**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                        Case No. 2:21-cv-14205-KAM

BENJAMIN K. SHARFI, in his personal and
fiduciary capacity as trustee of the Benjamin
Sharfi 2002 Trust, and NESHAFARM, INC.,

    *Defendants*.
_____/

**DEFENDANTS' STATEMENT OF MATERIAL UNDISPUTED FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to L.R. 56.1(a), Defendants Benjamin Sharfi, in his personal and fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and Neshafarm, Inc. ("Defendants"), submit this statement of Material Facts that are not genuinely disputed in support of their Motion for Summary Judgment.

## The Site

1. The site at issue in this case is an approximately 10-acre property located at 8227 SW Martin Highway, Palm City, Florida that Defendants purchased in 2017 (the "Site"). ECF No. 21, ¶¶ 19-21 (Amended Complaint); ECF No. 42, ¶¶ 19-21 (Answer of Neshafarm).

2. Nearby properties are used for agricultural purposes, including a greenhouse operation, a horse farm, and light pasture. [DOJ Expert Team Report (hereinafter "DOJ Report"), at p. 34 (attached as Ex. 1)].

3. In 2018, Defendants installed a new perimeter fence, improved a road near the fence, removed unwanted vegetation, and engaged in other activities so that the property could be used for agricultural purposes. [Deposition Transcript of Benjamin Sharfi 74:11 – 79:22 (attached as Ex. 2)].

4. Defendants fenced and left in place approximately an acre of wetlands on the Site. [Sharfi Tr. 96:18-22]. The parties dispute the size and boundary of the wetlands on the Site, but agree that at least some wetlands are present.

5. The nearest traditional navigable water to the Site is the tidally-influenced reach of Bessey Creek, which is located at least 4.5 miles away from the Site. [Deposition Transcript of Michael Wylie 67:25 – 68:20 (attached as Ex. 3)].

6. The tidally-influenced reach of Bessey Creek is part of the broader St. Lucie Estuary, which includes the St. Lucie River and St. Lucie Inlet. [Deposition Transcript of Wade Nutter 243:22-25 (attached as Ex. 4)].

## Connections/Ditches

7. There is an artificial ditch located on the western boundary of the Site. This ditch is oriented in a north-south direction (and will be referred to here as the "North-South Ditch"). The North-South Ditch was excavated decades ago, long before the Defendants acquired the Site. [Nutter Tr. 105:13-21]; [Deposition Transcript of Richard Creech 95:17-22 (attached as Ex. 5)].

1

8. North of the Site, the North-South Ditch extends through an undeveloped property owned by third-party Countess Joy LLC (this property will be referred to as the "Countess Joy Property"). [DOJ Report, at p. 9].

9. There was a berm between the North-South Ditch and the Site when Defendants took ownership of the property. [Deposition Transcript of Charles Berlusconi 260:19-24 (attached as Ex. 6)].

10. Wetlands on the Site did not directly touch the North-South Ditch when the Defendants purchased the property. [Berlusconi Tr. 262:16 – 263:17].

11. Today, a gravel road built around the perimeter of the Site prevents stormwater from flowing from the Site to the North-South Ditch. [Wylie Tr. 277:4-24].

12. The North-South ditch intersects another artificial ditch approximately 1,600 feet north of the Site. [Nutter Tr. 125:20 – 126:1].

13. The second ditch is oriented in an east-west direction (and will be referred to here as the "East-West Ditch"). The East-West Ditch is part of the 1923 plan of improvements of the Palm City Farms Drainage District, and was excavated in the 1940s or earlier. [Wylie Tr. 86:8-10; 87:3-10]; [Expert Rebuttal Report of Richard Creech at p. 2 (attached as Ex. 7)]; [Creech Tr., 154:10 – 156:9].

14. There are obstructions in the North-South Ditch that impede the ability of water to flow through the North-South Ditch directly to the East-West Ditch. [Nutter Tr. 202:20 – 203:4].

15. The Government's hydrology expert, Dr. Wade Nutter, did not observe any water flowing directly from the North-South Ditch into the East-West Ditch when he conducted his four site visits. [Nutter Tr. 200:25 – 201:21; 278:17-20].

16. Dr. Nutter concluded that the "primary flow path" by which water from the Site reaches the East-West Ditch is by flowing across open pastureland west of the North-South Ditch in the Countess Joy Property until it reaches another ditch located along the 84th Avenue roadway, which in turn connects to the East-West Ditch northwest of the Site. [DOJ Report, Figure V.D.1.a.4 (attached as Ex. 8)]

17. The East-West Ditch intersects a naturally-occurring branch of Bessey Creek more than 2 miles east of the Site. [Expert Rebuttal Report of Michael Dennis (hereinafter "Dennis Report"), at p.16 (attached as Ex. 9)].

18. From the point where it intersects the East-West Ditch, Bessey Creek runs eastward beneath the Florida Turnpike and passes through a residential area until it reaches the North Fork of the St. Lucie River. [DOJ Report, at p. 45–46].

19. Bessey Creek becomes tidally-influenced where S.W. Murphy Road crosses the creek, approximately 4.5 miles east of the Site. [DOJ Report, at p. 50].

20. Bessey Creek contains freshwater upstream of the SW Murphy Road bridge. [DOJ Report, at p. 50].

### No Evidence of Flow

21. The Government's experts visited the Site and the Countess Joy Property immediately north of the Site on four occasions, specifically in August 2021, September 2021, October 2021, and December 2021. [Nutter Tr. 123:5-15].

22. The Government's experts never visited the Site during the months of January-July and therefore did not see conditions those months of the year. [Nutter Tr. 123:23 – 124:6]; [Wylie Tr. 97:18-23]

23. The South Florida wet season typically runs from June to mid-November each year. [Nutter Tr. 161:21-25].

24. The dry season typically runs from December to May each year. [Nutter Tr. 166:25 – 167:5].

25. Water levels are typically at their lowest point at the end of the dry season, and typically are at their highest point at the end of the wet season. [Nutter Tr. 162:6-12]

26. The Government did not conduct any tracer dye studies to determine whether water from the Site actually reaches the North-South Ditch or the tidally-influenced portions of Bessey Creek. [Nutter Tr. 158:21-24]; [Wylie Tr. 167:20 – 168:1].

27. A lay witness once saw water flow from the Site to the North-South Ditch after a hurricane. [Berlusconi Tr. 262:16 – 263:17]. No other witnesses have testified that they saw water flow from the Site to the North-South Ditch.

28. There is no evidence how much water actually flows from the Site to the North-South Ditch, the East-West Ditch, the tidally-influenced portions of Bessey Creek, the St. Lucie River, or any other water downstream. [Wylie Tr. 166:21 – 167:18; 192:13-22; 209:9-19].

29. The Government never measured the rate at which water flows in the North-South Ditch or the "primary flow path." [Nutter Tr. 155:3-5; 192:9-15].

30. The Government does not know how much water flows through the East-West Ditch near the Site. [Wylie Tr. 211:16-20]; [Nutter Tr. 192:9-15].

31. The Government installed gauges in the North-South Ditch and East-West Ditch near the Site to measure water depth, but never measured the volume of water flows in the North-South Ditch, East-West Ditch, or the "primary flow path." [Nutter Tr. 189:16-25; 192:5-8, 192:19 – 193:3; 193:22-25].

32. The Government cannot say how much that water from the East-West Ditch affects navigation in the tidally-influenced area of Bessey Creek. [Wylie Tr. 282:9-19].

33. The Government does not know the percentage of water in the East-West Ditch that originated from the Site or the "primary flow path" identified by the Government's hydrology expert, Dr. Wade Nutter. [Nutter Tr. 181:22 – 182:8].

34. The Government does not know whether the Defendants' activities on the Site have increased or decreased the amount of water in the North-South Ditch. [Nutter Tr. 222:11-16]; [Wylie Tr. 168:6-13].

35. The Government has no evidence regarding how much water might have flowed through the ground from the Site to the East-West Ditch, or the rate of groundwater flow, before the Defendants engaged in activities on the Site. [Nutter Tr. 214:16 – 215:1].

36. The Government similarly does not know how much water flows through the ground today from the Site to the East-West Ditch, and does not know the rate of flow. [Nutter Tr. 215:2-8]; [Wylie Tr. 167:9-16; 168:2-5].

37. The Government never measured the rate of groundwater movement at or near the Site. [Nutter Tr. 212:1-7].

38. The Government does not know the amount of base flow of groundwater to Bessey Creek that comes from the Site. [Wylie Tr. 280:17-20].

39. The North-South Ditch does not have water flowing in it year round. [Nutter Tr. 241:6 – 242:18]; [Creech Tr. 194:17 – 196:15].

40. The East-West Ditch does not flow year-round. [Dennis Report, at p. 53].

41. The "primary flow path" identified by the Government does not flow year round. The Government's hydrology expert, Dr. Wade Nutter, observed water flowing in the "primary flow path" when he visited the area in August and September 2021, but water was not flowing in

4

the "primary flow path" when he visited in October and December 2021. [Nutter Tr. 156:5 – 157:24].

42. The Government does not know how many days each year that water flows over the "primary flow path." [Nutter Tr. 208:22 – 209:4].

43. Other witnesses testified that the North-South Ditch was completely dry in spring 2022. [Deposition Transcript of Michael Dennis 67:11 – 68:3 (attached as Ex. 10)].

44. There is some data regarding the amount of water flow in the East-West Ditch at a Hybrid Water Treatment Technology ("HWTT") facility. The facility is located 2.5 miles away from the Site. [Nutter Tr. 231:19-22; 237:2-9]; [Wylie Tr. 209:20-25].

45. Between the Site and the HWTT facility, there are other sources of water inflows to the East-West Ditch, [Nutter Tr. 237:6-9]; [Wylie Tr. 210:1-5], so conditions at the HWTT facility do not represent conditions in the East-West Ditch near the Site. [Nutter Tr. 233:1 – 234:3]; [Wylie Tr. 210:6-13].

46. Assuming that the source of inflows to the HWTT facility are evenly distributed across the basin draining to the East-West Ditch, which covers approximately 2,675 acres, the Site and areas that drain to the "primary flow path" contribute approximately 19 acre feet of water each year. [Expert Rebuttal Report of Jerald Ault (hereinafter "Ault Report"), at p. 12 (attached as Ex. 11)].

## No Evidence Regarding Water Quality

47. The Government never took water quality samples in its investigations. [Nutter Tr. 222:19 – 223:3]; [Wylie Tr. 209:3-7; 245:18-20].

48. The Government experts do not know how much nitrogen, phosphorus or any other pollutant is present in water at the Site, the North-South Ditch, or the East-West Ditch near the Site. [Nutter Tr. 223:4-7; 224:1-3]; [Wylie Tr. 209:3-7; 213:10 – 214:10].

49. The Government experts do not know how much nitrogen, phosphorus or any other pollutant from the Site or the Countess Joy Property north of the Site actually reaches the tidally-influenced portion of Bessey Creek. [Nutter Tr. 224:4-7; 224:16-20; 225:11-15; 226:1-4].

50. The Government's experts do not know what percentage of nitrogen, phosphorus, or any other pollutant in the tidally-influenced reach of Bessey Creek comes from the Site or from the Countess Joy Property immediately north of the Site. [Nutter Tr. 224:8-11; 224:16-25].

5

51. The Government acknowledges that the Corps' periodic decisions to release water from Lake Okeechobee has a much larger effect on water quality in the St. Lucie Estuary than any effect caused by the Defendants' activities on the Site. [Wylie Tr. 294:6 – 295:4].

52. The Government does not know how water quality has changed (if at all) as a result of the Defendants' activities on the Site. [Nutter Tr. 223:8-16; 224:12-15; 226:11-19]; [Wylie Tr. 235:16-21; 235:23 – 236:3].

53. If anything, the Defendants' work on the Site has reduced the potential runoff of pollutants to downstream waters. [Wylie Tr. 277:4 – 278:19].

54. The HWTT facility east of the Site removes nitrogen and phosphorus from water in the East-West Ditch. This facility treats virtually all of the water in the East-West Ditch except in high flow conditions. [Nutter Tr. 114:20 – 115:18].

55. Water leaving the facility meets downstream water quality standards for nitrogen and phosphorus. [Wylie Tr. 219:1-12]; [DOJ Report, at p. 41].

56. The only water quality data the Government has for the tidally-influenced reach of Bessey Creek is at SFWMD monitoring station SLT-9. [Wylie Tr. 221:2-8].

57. SLT-9 is located approximately 1.5 miles downstream of the HWTT facility. [Wylie Tr. 221:9-11].

58. Concentrations of phosphorus and nitrogen at monitoring station SLT-9 exceed water quality standards. [DOJ Report, at p. 41].

59. The Government does not know the percentage of water flow at SLT-9 that comes from the East-West Ditch. [Wylie Tr. 229:6-11].

60. The Government does not know how much of the phosphorus and nitrogen detected at SLT-9 comes from the East-West Ditch. [Wylie Tr. 225:19-24; 222:24 – 223:8].

61. There are other sources of phosphorus and nitrogen that could affect water quality at SLT-9, including septic tanks from nearby urban areas and back flows from the St. Lucie River. [Wylie Tr. 222:6-24; 225:8-17].

62. The Government does not know whether water from the East-West Ditch is causing the impairment of water quality at SLT-9. [Wylie Tr. 234:12-24].

63. As far as the Government experts are aware, there would still be water quality exceedances at SLT-9 even if no phosphorus and nitrogen came from the East-West Ditch. [Wylie Tr. 225:25 – 226:6; 233:10-16].

6

64. The Government cannot quantify the effect on water quality of wetlands generally in the Bessey Creek drainage basin. A water management basin identified by the SFWMD, Basin 4, covers much of the Bessey Creek watershed. [Wylie Tr. 64:14-18].

65. The Government's experts did not visit all of the wetlands in Basin 4. [Wylie Tr. 31:16 – 32:9].

66. The Government does not even know if all of those wetlands have a hydrological connection to downstream waters. [Wylie Tr. 32:18 – 33:1].

67. The Corps previously determined that some wetlands in Basin 4 are isolated from Bessey Creek. [Deposition Transcript of Shannon White 107:20 – 108:20; 110:25 – 111:3; 118:23 – 119:4; 119:13-16; 120:9-16; 120:21 – 121:7 (attached as Ex. 12)].

68. The Government does not know how much phosphorus and nitrogen is trapped by all wetlands in Basin 4, by wetlands in the area drained by the East-West Ditch, or by wetlands on the Site. [Wylie Tr. 249:16-19; 259:6-10; 288:18-22].

69. The Government also acknowledges that the existence of wetlands in Basin 4 has not prevented the impairment of water quality. [Wylie Tr. 259:1-5].

## No Evidence of Other Effects

70. There is no evidence that Defendants' activities on the Site have harmed the tidal waters of Bessey Creek or the St. Lucie Estuary. [Wylie Tr. 168:5-1;, 235:16-21; 235:23 – 236:3; 287:3-12]; [Nutter Tr. 209:14-20; 214:17 – 215:1; 223:8-16, 225:21-25].

71. The Government's experts claim that wetlands on the Site and similarly situated wetlands significantly affect sedimentation in the tidally-influenced section of Bessey Creek and other downstream navigable waters. [DOJ Report, at p. 42].

72. The only evidence that the Government has regarding sedimentation is that Government experts saw sediment (sand) in the Countess Joy Property and in the East-West Ditch near the outflow of the HWTT facility. [Wylie Tr. 286:18-24].

73. The Government does not know how much sedimentation occurs each year in Bessey Creek or the area drained by the East-West Ditch. [Wylie Tr. 286:15-24].

74. The Government does not know how much sediment is trapped by wetlands on the Site or in the Countess Joy Property each year, which is between the Site and the East-West Ditch. [Wylie Tr. 286:25 – 287:2; 288:12-17].

7

75. The Government also does not know whether the amount of sediment has changed since Defendants engaged in their activities on the Site. [Wylie Tr. 287:3-12].

76. The Government's experts claim that plants growing in wetlands on the Site produce and export carbon (which is an energy source for plants and animals) to downstream waters. [DOJ Report, at p. 41–42].

77. The Government's evidence of carbon export consists of photographs showing floating leaves and other plant material in the ditches downstream of the Site. [DOJ Report, Figure V.C.6.c.1 (attached as Ex. 13)]; [Wylie Tr. 284:5-12].

78. The Government does not know much carbon or energy sources in Bessey Creek come from wetlands versus upland plants. [Wylie Tr. 285:3-9].

79. The Government never quantifies the relative contribution of carbon from the Site and similarly situated wetlands to the tidally-influenced waters of Bessey Creek compared to other sources of carbon. [DOJ Report, at pp. 41–42, 71].

80. The Government claims that the Site significantly affects aquatic ecosystems in the downstream tidally-influenced waters. Government experts did not see any fish in the North-South Ditch that also live in tidally-influenced waters. [Wylie Tr. 297:17 – 298:12].

81. The Government experts cannot estimate the proportion of biological function provided by wetlands adjacent to the East-West Ditch to downstream navigable waters. [Wylie Tr. 305:19-24].

## Proportion of Watershed

82. The watershed that drains to Bessey Creek exceeds 11,000 acres. [Ault Report at p. 3-4, Figure II.1].

83. That watershed includes the area designated as Basin 4 by the South Florida Water Management District. The watershed also includes other areas, including Basin 5 and portions of other basins designated by the SFWMD. The total acreage of Basins 4 and 5 is approximately 12,008 acres. [Ault Report at p. 3-4, Figure II.1].

84. The Site makes up less than 0.1% of the Bessey Creek watershed. [Ault Report at p.12, Table IV.A.4.].

85. The area that drains to the North-South Ditch and the "primary flow path" identified by the Government's hydrology expert is approximately 103 acres. That 103-acre area makes up approximately 1% of the total area of Basin 4 and Basin 5. [Ault Report, at p. 12].

8

86. Based on water quality data from inflows to the HWTT facility, and assuming that the source of pollutants is evenly distributed across the basin that drains to the East-West Ditch, the Site and areas adjacent to the "primary flow path" contribute less than .00085% and .0014% of the phosphorus and nitrogen discharged to the St. Lucie Estuary.  [Ault Report, at p. 15.]

87. A Government Guidance Memorandum issued in 2008 indicated that similarly situated wetlands are those located adjacent to the "same tributary" as the wetlands at issue.  [2008 Rapanos Guidance, at p. 10 (attached as Ex. 14)].

88. "A tributary is … the entire reach of the stream that is of the same order (i.e., from the point of confluence, where two lower order streams meet to form the tributary, downstream to the point such tributary enters a higher order stream)."  [Rapanos Guidance, at p. 10].

89. The 2008 Rapanos Guidance provides the best methodology for determining whether a wetland has a significant nexus to downstream waters.  [Wylie Tr. 179:14 – 181:15].

90. A ditch can be a tributary.  [Nutter Tr. 244:19-21].

91. The North-South Ditch is a tributary to the East-West Ditch and the tidal waters of Bessey Creek.  [Wylie Tr. 318:6-10; 319:9-13].

92. The wetlands on the Site are adjacent to the North-South Ditch.  [Wylie Tr. 145:17-23].

93. The parties' experts have characterized the "order" of tributary between the Site and Bessey Creek.  The North-South Ditch is a lower-order tributary than the East-West Ditch.  [Nutter Tr. 255:9-16].

94. The Government witnesses calculated the acreage of similarly situated wetlands using wetlands mapped by the National Wetland Inventory.  [Wylie Tr. 107:11-14].

95. There are no more than six acres of wetlands on the Site.  [Wylie Tr. 200:24 – 201:1].

96. There are 103 acres of wetlands mapped by the National Wetland Inventory adjacent to the "primary flow path" identified by the Government.  [Dennis Report, at p. 61].

97. There are 1,064 acres of wetlands in Basin 4 as mapped by the National Wetland Inventory.  [Dennis Report, at p. 4].

98. The Government does not know how many wetlands there are adjacent to the East-West Ditch, or what proportion of wetlands in Basin 4 are located adjacent to the East-West Ditch.  [Wylie Tr. 304:14 – 305:6].

**The Government's Investigation**

99. When Corps staff first told the Defendants that they needed a Clean Water Act permit, they did no investigation whether wetlands on the Site significantly affect the chemical, physical and biological integrity of traditional navigable waters. [Deposition Transcript of Jonathan Pempek 120:12-20 (attached as Ex. 15)]; [Deposition Transcript of Robert Halbert 90:3-7; 116:7 – 117:8; 120:4 – 121:20 (attached as Ex. 16)].

100. Corps personnel simply determined that there were wetlands on the Site and that there could be a hydrological connection to downstream navigable waters. [Pempek Tr. 121:1-16; 151:19 – 152:15].

101. The Government's evidence of significant nexus is all contained in the report of its five expert witnesses. [DOJ Report, Section 6]; [United States' Amended Answer to Defendant Neshafarm's Interrogatory No. 1 (attached as Ex. 17)].

102. Mr. Michael Wylie is the Government's expert witness who will testify about whether the wetlands on the Site have a significant nexus with downstream navigable waters and whether they are part of "the waters of the United States." [Wylie Tr. 26:21 – 27:4].

103. The other Government experts will not testify on the topic of whether wetlands on the Site are part of "the waters of the United States" or whether they have a significant nexus to downstream navigable waters. [Nutter Tr. 243:14-20]; [Deposition Transcript of Lyndon Lee 168:19-23 (attached as Ex. 18)]; [Deposition Transcript of Kai Coshow Rains 41:22 – 42:1 (attached as Ex. 19)].

Dated:  August 10, 2022

Respectfully submitted,

/s/  *Michael G. Zilber*
T. Neal McAliley
Florida Bar No. 172091
nmcaliley@carltonfields.com
Michael G. Zilber
Florida Bar No. 1019146
mzilber@carltonfields.com
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Tel: (305) 530-0050
Fax: (305) 530-0055
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*/s/ Michael G. Zilber*
Michael G. Zilber

## SERVICE LIST

*United States of America vs. NeshaFarm, Inc., et al.*
**United States District Court, Southern District of Florida**
**Case No.: 2:21-cv-14205-KAM**

| | |
|---|---|
| BRANDON N. ADKINS<br>Bar ID: A5502752<br>ANDREW DOYLE<br>FL Bar No.: 84948<br>JEFFREY HUGHES<br>Bar ID: A5502897<br>United States Department of Justice<br>Environment & Natural Resources Division<br>PO Box 7611<br>Washington, DC 2004<br>Tel: (202) 616-9174 (Adkins)<br>Tel: (415) 744-6469 (Doyle)<br>Fax: (202) 514-8865 | CHRISTOPHER F. HAMILTON<br>FL Bar No.: 98527<br>chamilton@sharfiholding.com<br>JOSHUA D. MIRON<br>FL Bar No.: 644811<br>jmiron@sharfiholding.com<br>Sharfi Holdings, Inc.<br>3731 NE Pineapple Avenue<br>2nd Floor<br>Jensen Beach, FL 34957<br>Tel: 813-416-2352<br><br>*Attorneys for Defendants* |

11

| | |
|---|---|
| Brandon.Adkins@usdoj.gov <br> Andrew.Doyle@usdoj.gov <br><br><br> JUAN ANTONIO GONZALEZ <br> Acting United States Attorney <br><br> DEXTER LEE <br> FL Bar No.: 936693 <br> Assistant United States Attorney <br> Southern District of Florida <br> 99 N.E. 4th Street <br> Miami, FL 33132 <br> Tel: (305) 931-9320 <br> Fax: (305) 530-7679 <br> DLee@usa.doj.gov <br><br> *Attorneys for Plaintiff, United States of America* | |

12