# EXHIBIT 4

**Page 1**

```
            UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF FLORIDA

              FORT PIERCE DIVISION

            CASE No. 2:21-cv-14205-KAM

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

BENJAMIN K. SHARFI, in his personal and fiduciary

capacity as trustee of the Benjamin Sharfi 2002 Trust,

and NESHAFARM, INC.,

            Defendants.

_____

          REMOTE DEPOSITION OF WADE NUTTER

              Friday, April 1, 2022

                9:01 - 5:20 p.m.

          Witness Located in Athens, Georgia

Reported By:

Christina Andrioff, Court Reporter

Notary Public, State of Florida

Boca Raton Office   Job #J8094595
```

**Page 2**

```
 1  APPEARANCES:
 2  On behalf of the Plaintiff:
 3      BRANDON N. ADKINS, ESQUIRE
        UNITED STATE DEPARTMENT OF JUSTICE
 4      P.O. Box 7611
        Washington, DC 2004
 5
 6  On behalf of the Defendant:
 7      CHRISTOPHER F. HAMILTON, ESQUIRE
        JOSHUA MIRON, ESQUIRE (general counsel)
 8      SHARFI HOLDINGS, INC.
        3731 NE Pineapple Avenue, 2nd Floor
 9      Jensen Beach, Florida 34957
10  On behalf of the Defendant:
11      T. NEAL McALILEY, ESQUIRE
        MICHAEL G. ZILBER, ESQUIRE
12      CARLTON FIELDS, P.A.
        700 NW 1st Avenue, Suite 1200
13      Miami, Florida 33136
14  Also Present:
15      WILLIAM MOORE, ESQUIRE
        ARMY CORPS OF ENGINEERS
16
17      ROBERT PACHECO, VIDEOGRAPHER
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              - - -
 2            I N D E X
 3              - - -
 4  Direct Examination by Mr. McAliley        Page 5
 5  Cross Examination by Mr. Adkins          Page 262
 6  Redirect Examination by Mr. McAliley     Page 275
 7
 8              - - -
 9            E X H I B I T S
10              - - -
11  Defendant's Exhibit No. 72               Page 14
12  Defendant's Exhibit No. 73               Page 17
13  Defendant's Exhibit No. 74               Page 17
14  Defendant's Exhibit No. 75               Page 18
15  Defendant's Exhibit No. 76               Page 172
16  Defendant's Exhibit No. 77               Page 112
17  Defendant's Exhibit No. 78               Page 257
18  Defendant's Exhibit No. 79               Page 228
19
20
21
22
23
24
25
```

**Page 4**

```
 1   P R O C E E D I N G S
 2            - - -
 3       Remote deposition taken before Christina
 4   Andrioff, Court Reporter and Notary Public in and
 5   for the State of Florida at Large, in the above
 6   Cause.
 7            - - -
 8       THE COURT REPORTER:  Pursuant to the
 9   In re: COVID-19 emergency procedures for the
10   administering of oaths via remote audio-video
11   equipment dated March 18, 2020, the deposition of
12   Wade Nutter is being conducted remotely via Zoom.
13   Today's date is April 1, 2022 and the time is
14   9:01 a.m.  The witness is located in Athens,
15   Georgia.
16       My name is Christina Andrioff, I am
17   administering the oath and reporting the deposition
18   remotely by stenographic means from my residence
19   within the State of Florida.  The witness has
20   positively identified to me that he is
21   Wade Nutter.  Would counsel please state their
22   appearances for the record and express their
23   stipulation that this deposition may take place with
24   a remote administration of the oath and remote
25   reporting of the deposition.
```



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
5–8

Page 5

1    MR. MCALILEY:  This is again
2  Neal McAliley, counsel for the Defendants, taking
3  the deposition today and the Defendants agree.
4         MR. ADKINS:  This is Brandon Adkins
5  for the United States Department of Justice
6  representing the Plaintiffs and the United States
7  also agrees.
8         MR. HAMILTON:  Good morning, this is
9  Christopher Hamilton here on behalf of the
10  Defendants and my colleague Joshua Miron and we
11  consent.
12        MR. MOORE:  William Moore with the
13  Corp of Engineers and I consent.
14  Thereupon,
15          (WADE NUTTER)
16  having been first duly sworn or affirmed, was examined
17  and testified as follows:
18      DIRECT EXAMINATION
19  BY MR. MCALILEY:
20    Q   Good morning, sir, can you please state
21  your full name and spell your last name for the
22  record.
23    A   Wade Lowry Nutter, last name Nutter, as in
24  Nancy, U-T-T-E-R.
25    Q   So, Dr. Nutter, first of all, it is a

Page 6

1  pleasure to see you this morning.  We are in a
2  deposition where you're in your office and I am in
3  my office so I think only one of us had to travel
4  today and that was Brandon Adkins so I am glad you
5  could be home for this.  What I would like to do is
6  just go over some ground rules for the deposition
7  today so we're on the same page.  First of all, you
8  had your deposition taken before, correct?
9    A   Yes.
10    Q   Have you ever had your deposition taken
11  before over a remote platform such as Zoom like
12  we're doing today?
13    A   No.
14    Q   Okay.  Let's go over some ground rules and
15  how this is going to work.  First of all, you
16  understand that you just swore an oath to tell the
17  truth, right?
18    A   Yes.
19    Q   You're obligated to tell the truth to the
20  best of your knowledge, do you understand that?
21    A   Yes.
22    Q   You also understand that if you knowingly
23  make statements that are false, that could be
24  considered perjury?
25    A   Yes.

Page 7

1    Q   We are on a -- You also understand there
2  is a transcript that is being taken and a videotape
3  of the proceedings today so we will be able to
4  remember what you said later, do you understand
5  that?
6    A   Yes.
7    Q   Now, as in every deposition, we need to
8  make sure that the record is clear so when I ask you
9  questions, if you don't understand me either because
10  I asked a bad question or if you just can't make out
11  my words, please tell me and I will try to restate
12  the question or rephrase that, do you understand
13  that?
14    A   I do.
15    Q   The same for you, when you answer a
16  question, I need you to answer verbally with a yes
17  or no or some word not simply a nod or shake of the
18  head or uh-huh where something on a written
19  transcript is hard to understand, do you understand
20  that?
21    A   I do.
22    Q   Dr. Nutter, I will just tell you, you may
23  hear me at various points say to you, is that a yes,
24  is that a no; when I do that, it is typically
25  because the way I heard the answer, I wasn't sure

Page 8

1  about what the transcript would look like and I am
2  just trying to make the transcript clear.  I would
3  also ask if I am not clear, you ask me to do a
4  better job on my end as well so we can at least have
5  a transcript we can all understand when this is
6  done, does that seem reasonable?
7    A   Yes.
8    Q   One of the challenges here about doing a
9  remote deposition is the technology, it's always
10  important that we don't talk over each other but it
11  is especially important when you do this on a remote
12  platform because there may be time delays between
13  when one of us speaks and the other hears it and
14  there may also be, at points, where the video or the
15  sound feed is a little garbled.  What I would ask is
16  that we both be careful not to talk over each other
17  to give each other a little bit of space to finish
18  what we're saying so we have a clear record, do you
19  understand that?
20    A   I do.
21    Q   Together, we will work through this and
22  get better as the day goes on so this can be as
23  clear as we can.  Where you are sitting, you are in
24  a conference room at your office, is that right?
25    A   That's correct.



Page 9

1    Q    Who do you have in the room there with?
2    A    Brandon Adkins.
3    Q    And Mr. Adkins is one of the lawyers for
4    the Plaintiff, right?
5    A    Yes.
6    Q    What I would ask, just like any
7    deposition, is that you do not speak with your
8    lawyer directly off the camera during your
9    testimony, just like if we were all sitting in the
10   room together, you wouldn't have a conversation
11   directly with your lawyer, on the virtual platform,
12   it's the same thing.  You understand that you
13   shouldn't, while you are testifying, have any kind
14   of direct communication with Mr. Adkins that is off
15   the camera?
16   A    I do.
17   Q    What do you have on your desk in front of
18   you?
19   A    I have a copy of our report, our expert
20   report, that's what I brought.  Mr. Adkins has a
21   copy of the report and some other materials, but I
22   just have a copy of the report.
23   Q    Do you have any other notes or pads or
24   anything like that in front of you?
25   A    No, I do not.  In the initial report, I

Page 10

1    have two sections of just some grafts and data
2    sheets that I copied because they're easy to look at
3    than this very thick document, I just photocopied
4    the actual pages.
5    Q    And I see you have a laptop in front of
6    you, I am assuming when I put up exhibits, you're
7    going to be able to see it on the laptop in front of
8    you?
9    A    Yes.
10   Q    Just in terms of process, we started right
11   around nine in the morning, I tend to take breaks
12   every hour to hour and a half.  If you need a break
13   at any point, just to stretch your legs or not be
14   looking at a computer screen for a moment, that's
15   totally fine, please let me know.  We got a lot of
16   ground to cover here so it is going to take a little
17   bit of time, but I just want to make sure that you
18   understand you can take a break whenever you need
19   it, preferably not when there is a pending question,
20   between questions, just let me know and I will find
21   a logical breaking point and you can get up and
22   stretch your legs, okay?
23   A    Okay.
24   Q    Do you have any questions for me before we
25   start?

Page 11

1    A    No, I do not.
2    Q    Dr. Nutter, what is your date of birth?
3    A    March 29, 1938.
4    Q    What is your address?
5    A    My home address is 140 Tilman Lane,
6    Athens, Georgia 30606.
7    Q    You live in Athens, Georgia, right?
8    A    I do, yes.
9    Q    How long have you lived in Athens?
10   A    Since 1968.
11   Q    Have you ever lived in Florida?
12   A    No.
13   Q    Have you ever done work in Florida prior
14   to this case?
15   A    I have.
16   Q    Can you describe what work you have done
17   in Florida prior to this case?
18   A    I have two DOJ cases in South Florida, I
19   have done work, not legal work, in Pensacola,
20   Florida for an international paper company, I think
21   that's the bulk of it in my career.
22   Q    Dr. Nutter, can you tell me, can you give
23   me the names of the two DOJ cases you worked on in
24   South Florida?
25   A    One was Sartori and the other one followed

Page 12

1    a few months or year afterwards and I honestly can't
2    remember the name of that case -- Pardon me?
3    Q    I am sorry, this is an example of where I
4    talked too soon before you finished your sentence so
5    I apologize.  For the Sartori case, is that United
6    States versus Sartori, S-A-R-T-O-R-I?
7    A    Yes.
8    Q    Was that a case concerning an agricultural
9    activity sort of north or northwest of
10   Lake Okeechobee?
11   A    That's correct.
12   Q    Is that a case that is a published
13   decision that deals with atypical circumstances
14   related to wetland delineations?
15   A    Yes.
16   Q    So the second --
17   A    Actually, if I could just say, my role in
18   that project was not delineation but just to study
19   the hydrology of the site.
20   Q    Thank you.  The second case you said after
21   Sartori, was it a related case?
22   A    It was similar, it was a caladium farm,
23   Sartori was a caladium farm, it was located in some
24   of same Lake Okeechobee or Lake Okeechobee basin.
25   Q    To be clear, both of those cases involved



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
13–16

Page 13

1  sites that were located at the opposite side of
2  Lake Okeechobee from the site in this case, right?
3     A   That's correct, yes.
4     Q   Have you ever done any wetland
5  jurisdictional determinations in Martin County,
6  Florida?
7     A   No.
8     Q   Have you ever conducted any scientific
9  investigations in Martin County, Florida other than
10  the work that you have done for this case?
11     A   No.
12     Q   Dr. Nutter, what did you do to prepare for
13  the deposition today?
14     A   I reread our report particularly the
15  sections that I was responsible for and I discussed
16  these issues with Mr. Adkins.
17     Q   Did you do anything else?
18     A   No, just reviewed.
19     Q   Am I right that you have been retained by
20  the government to provide expert testimony in this
21  case?
22     A   Yes.
23     Q   On what topics do you expect to provide
24  expert testimony?
25     A   Hydrology, wetland hydrology.

Page 14

1     Q   Anything else?
2     A   I was to provide assistance in the
3  logistics of our office in terms of mapping and
4  preparation of documents.  We had that capability in
5  our office, the other experts are independent and
6  don't have those kind of office facilities.
7     Q   You said provide assistance with the
8  documents, am I right in understanding that would be
9  things like preparing the figures and the tables and
10  materials like that?
11     A   That is correct.
12     Q   Did you help prepare a report in this case
13  that summarizes your opinions?
14     A   I'm sorry, would you repeat that.
15     Q   Yes, sir.  Did you help to prepare a
16  report, in this case, that summarizes your opinions?
17     A   Yes.
18     Q   What I would like to do is I would like of
19  the show you what I have marked as Exhibit No. 72, I
20  just put it up on the screen, can you see the first
21  page of the document that says U.S. Department of
22  Justice Expert Team Report?
23     A   Yes, that's the cover page.
24        (Whereupon, Defendant's Exhibit No. 72 was
25  marked for identification.)

Page 15

1  BY MR. MCALILEY:
2     Q   And you see there is one hundred two pages
3  on that report?
4     A   Yes.
5     Q   Does that look like a copy of your report?
6     A   Yes.
7     Q   Are all the opinions that you're going to
8  give in this case contained in this report?
9     A   Yes.
10     Q   Do you have any opinions you are going to
11  give in this case that are not contained in this
12  report?
13     A   Not unless I am asked specifically for
14  something that isn't in the report but my opinions
15  that I have expressed thus far are in the report.
16        MR. MCALILEY:  By the way,
17  Mr. Adkins, my calculation was Exhibit 72 is our
18  next number, does that sound right to you?
19        MR. ADKINS:  I believe that is right.
20        MR. MCALILEY:  I think our last
21  number was 71 so that's why I am starting at 72.
22  BY MR. MCALILEY:
23     Q   Dr. Nutter, am I right that when the
24  report was prepared, the figures and tables and
25  photographs referenced in it were separated out into

Page 16

1  separate documents?
2     A   I'm sorry, I don't understand what you
3  meant.
4     Q   By the way, thank you for asking me to be
5  clear, I need help too with the communication here
6  to make sure we have a good record and we understand
7  each other.  Am I right, Dr. Nutter, that your
8  report does not have integrated into the text the
9  figures?
10     A   That's correct.
11     Q   That the figures and the tables and the
12  photographs were attached as an appendices to the
13  report?
14     A   That's correct, normally, because the team
15  was due to Covid, we never really got together
16  except on the site so trying to assemble something
17  being edited by different people at different
18  places, it was easier just to put the figures and
19  the tables as an appendix.
20     Q   What I am going to do now is take down
21  Exhibit 72 and I am going to show you my next
22  exhibit.  I just put up on the screen what I marked
23  as Deposition Exhibit 73, do you see that on the
24  screen?
25     A   I do.



WADE NUTTER                                              April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                      17—20

Page 17

1      (Whereupon, Defendant's Exhibit No. 73 was
2   marked for identification.)
3   BY MR. MCALILEY:
4      Q   Does this appear to be the figures that go
5   with your expert report that I just labeled as
6   Exhibit 72?
7      A   Yes.
8      Q   Okay, so I am going to be using this as a
9   reference today.  Are the figures in the report
10  accurate to the best of your knowledge?
11     A   Yes.
12     Q   I am going to take down this document.  I
13  am now going to share with you another document,
14  which I labeled and marked as Deposition Exhibit
15  No. 74.  Do you see on the screen a table labeled
16  Table II.A.1?
17     A   Yes.
18     (Whereupon, Defendant's Exhibit No. 74 was
19  marked for identification.)
20  BY MR. MCALILEY:
21     Q   Does this appear to be a copy of the
22  tables that are an appendix to your expert report?
23     A   Yes.
24     Q   I am going to show you the next document
25  here, I am now showing you what I marked as

Page 18

1   Deposition Exhibit 75, does this appear to be the
2   photographs that are appended to your report?
3      A   Yes, there are several sections of
4   photographs, I believe this is the section where the
5   photographs were referenced in the text and there
6   are other photographs taken that are part of another
7   appendix.
8      (Whereupon, Defendant's Exhibit No. 75 was
9   marked for identification.)
10  BY MR. MCALILEY:
11     Q   These are the photographs that are
12  referenced in the text that are used in the text
13  report to support a conclusion of the report?
14     A   That's correct.
15     Q   There is maybe a few hundred photographs
16  that were taken during your site inspection that
17  were produced by the government to the Defendant, is
18  that right?
19     A   Yes.
20     Q   These are basically the main photographs
21  that you all use in the report to illustrate your
22  points, right?
23     A   That's correct.
24     MR. ADKINS:  May I ask a question?
25     MR. MCALILEY:  Sure.

Page 19

1      MR. ADKINS:  Was that Appendix 5 that
2   you showed?
3      MR. MCALILEY:  I believe it is,
4   Brandon, just the way these documents came, they
5   don't all populate as the appendix, I could go back
6   and confirm in our relativity system that it is
7   Appendix 5 but that's what where I got it.  It is
8   part of getting it into usable form versus how I got
9   it, we can do that on a break.
10     MR. ADKINS:  I think there were other
11  photographs and other appendices, I see what you're
12  saying, I think I am clear.
13     MR. MCALILEY:  We will check on it in
14  a break, Brandon, thank you for pointing that out.
15     THE WITNESS:  If I could interrupt
16  and make a clarification.
17     MR. MCALILEY:  Sure.
18     THE WITNESS:  The photographs that
19  have sort of what you showed me, Roman Numeral III,
20  something something, those reference the section of
21  the report in which they were referenced.  The other
22  photographs in the other appendix do not have any
23  text reference, they are just photographs that have
24  a Bates number, they're not referenced to the text,
25  they don't have a tieback in the report.

Page 20

1      MR. MCALILEY:  Thank you.  To be
2   frank with you, that's why I focused on the
3   photographs that have a reference back to the report
4   because if I am going through the report, the
5   easiest thing is to look at the photographs that
6   were referenced by the report's authors illustrating
7   a point because it makes it more possible to ask
8   questions in a coherent way, but I appreciate that
9   clarification.
10  BY MR. MCALILEY:
11     Q   Dr. Nutter, let me ask just to clarify, so
12  the figures also have a labeling system that matches
13  up with the section of the report, correct?
14     A   That's correct.
15     Q   And the same with the tables, the tables
16  have a labeling system that matches up with the
17  structure of the report, right?
18     A   Correct.
19     Q   So if I am looking at Section III.A of the
20  report, the figures and tables that go with
21  Section III.A would have in their label III.A
22  something something, right?
23     A   That's correct, yes.
24     Q   Okay.  So, Dr. Nutter, you're one of five
25  individuals who have been retained by the government



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
21–24

Page 21

1  to give expert opinions at trial related to wetlands
2  on the Defendant's property, is that right?
3      A   Yes.
4      Q   Am I right the five individuals are
5  yourself, Lyndon Lee, Kai Coshow Rains, Scott
6  Stewart and Mike Wylie?
7      A   That's correct.
8      Q   Each of you, those five people, have
9  different expertise, is that fair to say?
10     A   Yes.
11     Q   So your expertise is hydrology?
12     A   Yes.
13     Q   What is the expertise of Mr. Lee?
14         MR. ADKINS:  Objection.
15         THE WITNESS:  Mr. Lee, Dr. Lee is an
16  ecologist and one of his specialties is functional
17  assessment, riverine systems.
18  BY MR. MCALILEY:
19     Q   Is he a hydrologist to your knowledge?
20     A   No, he is not trained as a hydrologist;
21  but, like me, he's been around for a long time.
22     Q   So I asked you earlier what was the nature
23  of the opinions that you were going to be offering
24  in this case, I believe you said hydrology and
25  wetland hydrology is that right?

Page 22

1      A   That's correct.
2      Q   What is the nature of the opinions that
3  you understand Dr. Lee is going to give in this
4  case?
5      A   The sections of the report that he is
6  responsible for and where his opinions are dealing
7  with the functional assessment and mitigation.
8      Q   When you say functional assessment, you
9  mean functional assessment of the wetlands on the
10  site?
11     A   Yes, and comparison with reference sites.
12     Q   When you say mitigation, you mean
13  mitigation for impacts to the wetlands on the site?
14     A   Yes.
15     Q   What is Dr. Stewart's area of expertise?
16     A   Soils, hydric soils.
17     Q   What topics do you expect Dr. Stewart to
18  provide testimony at the trial?
19     A   Hydric soils.
20         MR. ADKINS:  Objection.
21  BY MR. MCALILEY:
22     Q   What is Dr. Rains area of expertise to the
23  best of your knowledge?
24     A   Wetland vegetation.
25     Q   What topics do you expect Dr. Lee to

Page 23

1  provide testimony at the trial in this case?
2      A   You mean Dr. Rains?
3      Q   I'm sorry, Dr. Rains, I apologize.
4         MR. ADKINS:  Objection.
5         THE WITNESS:  To the best of my
6  knowledge, he will be speaking about vegetation on
7  the site prior to and following and also vegetation
8  on reference areas.
9  BY MR. MCALILEY:
10     Q   And Mr. Wylie, what is his area of
11  expertise to the best of your knowledge?
12     A   Primarily regulatory, he also has
13  experience with soils; but, my understanding is his
14  testimony is mostly related to the regulatory
15  aspects of the Clean Water Act as they relate to
16  this case.
17     Q   Just to be clear then, there is a single
18  report that has been prepared for all five of you as
19  expert witnesses, isn't that right?
20     A   Yes.
21     Q   You didn't prepare a separate report of
22  just your opinions that got integrated somehow into
23  a broader report, am I understanding that right?
24     A   Well, we each wrote, if I understand
25  correctly what you're getting at, we each wrote

Page 24

1  sections, we wrote those sections and reviewed them
2  and integrated them so there was a flow to cover the
3  areas.  As the Table of Contents indicates, we
4  identified the sections that each person, each
5  expert, was responsible for and those are the
6  sections that they wrote primarily.
7      Q   Thank you.  Why didn't you each just write
8  separate reports?
9      A   We have worked together, at least some of
10  the members of this case have worked together on
11  other cases and we find make a better integrative
12  report by writing interconnected pieces to tell the
13  story so that's the reason.  We found that to be
14  successful in other cases we worked on so that's how
15  we did it here too.
16     Q   Am I right in understanding then that the
17  opinions you are going to be offering at the trial
18  are those that are contained in the sections of the
19  report where you are listed as the principal author?
20     A   That's correct.
21     Q   Are you going to be offering opinions in
22  the report from sections where you are not the
23  principal author?
24     A   No.
25     Q   What I would like to do now is go back to



Page 25

1  Deposition Exhibit No. 72 which is the report and
2  can you see that on the screen now, sir?
3      A  I can.
4      Q  I am going to scroll down to the third
5  page of the PDF, it's labeled as page ii, that's the
6  Table of Contents, do you see that?
7      A  Yes.
8      Q  On the right hand side, it says principal
9  author and there is initials right after each
10  section, do you see that?
11      A  Yes.
12      Q  Do those initials represent the identity
13  of the person on the team who is the principal
14  author of each section of the report?
15      A  Yes.
16      Q  So if I want to know what sections of the
17  report you're going to be offering testimony on, I
18  should look at the Table of Contents and identify
19  your initials next to a section, it that right?
20      A  Correct.
21      Q  Just to go over the initials, am I right
22  your initials are WLN?
23      A  Yes.
24      Q  And MW stands for Mike Wylie?
25      A  Correct.

Page 26

1      Q  LCL stands for Lyndon Lee?
2      A  Yes.
3      Q  SRS stands for Scott Stewart?
4      A  Yes.
5      Q  And KCR stands for Kai Coshow Rains?
6      A  Yes.
7      Q  I am going to scroll down now further in
8  Deposition Exhibit No. 72 and let me get to the
9  first page of the text, do you see I am on page 1 of
10  the report?
11      A  Yes.
12      Q  This is the seventeenth page of the PDF,
13  this is Section 1B, Technical Team Background, it
14  says there, the DOJ expert technical team members
15  and their roles are as follows and it lists all five
16  of you and then it also has brief statements of your
17  roles there, is that right?
18      A  Yes.
19      Q  Does this listing of roles accurately
20  represent what the subject matter of testimony will
21  be for each witness at the trial?
22      A  I think that's a better question to ask of
23  each one of individuals, that's, as I understand it,
24  what they identified as their area of expertise.
25      Q  Dr. Nutter, this is your report, right?

Page 27

1      A  No, it's a team report.
2      Q  Did you review this entire report before
3  it was finalized even the sections you didn't write?
4      A  Yes.
5      Q  The statements made about you, did you
6  look to see if there was any inaccuracies?
7      A  I'm sorry, would you repeat that.
8      Q  I will rephrase that.  When you reviewed
9  the report, did you look to see whether there was
10  any information you understood to be inaccurate in
11  it?
12      A  Each team member reviewed the entire
13  report and would raise what they might have
14  considered inconsistencies but not to the point of
15  changing somebody's opinion as I recall, so I am not
16  sure I fully follow what you're asking.
17      Q  This is a report that has your name on it,
18  I know you only wrote certain sections of it, but
19  this is the introductory section and there is a
20  statement here of the role of each if member of the
21  DOJ team and I am asking whether this statement, on
22  the first page of the report, accurately describes
23  the role of each individual on your team with regard
24  to the report and their testimony.
25          MR. ADKINS:  Objection.

Page 28

1          THE WITNESS:  It's my -- Let me
2  restate, each member described the areas of their
3  expertise and what they were investigating and
4  writing about as part of this report so what is
5  written after each person's name is what that
6  individual stated was their expertise and what they
7  would provide opinions about.
8  BY MR. MCALILEY:
9      Q  Do you expect other members of the expert
10  team to give opinions on matters of hydrology?
11      A  Not specifically but hydrology soils are
12  intertwined and so the soils people would use the
13  information I developed on hydrology in terms of
14  helping to make their conclusions, I assume, so you
15  can't divide it up into discrete units, that is one
16  of the reasons we have the integrated report.
17      Q  Thank you.  I am asking these questions
18  because I am in the position of a lawyer who has to
19  prepare for a trial, I have got five expert
20  witnesses who have written one report so it can be
21  like a shell game here, right, like who is saying
22  what in the report, what is the scope of each
23  witness's testimony.  It's a lot simpler if each
24  person writes a report; frankly, that's what the
25  Federal Rules of Civil Procedure contemplate, but



Page 29

1  the government, in this case, decided to do one
2  report with five people's names on it.  What I am
3  trying to do is figure out who is testifying about
4  what so how do I know what each person is going to
5  testify about and prepare for their deposition based
6  on this report?
7          MR. ADKINS:  Objection, asked and
8  answered.
9          THE WITNESS:  Each individual will be
10  testifying about the sections that they wrote; but,
11  as I said, I used information developed by the soils
12  people in making my conclusions about hydrology, but
13  those conclusions are mine alone and not the soils
14  expert as an example.
15  BY MR. MCALILEY:
16     Q    Would it be fair to say that each of you
17  relies upon the material prepared by the other
18  subject matter specialists that are contained in the
19  report?
20     A    Yes.
21     Q    So your work in hydrology would be the
22  hydrologic information that the other members, the
23  other experts, would rely upon for the subject of
24  hydrology, right?
25     A    You're asking me if my information was

Page 30

1  used by the other experts?
2     Q    Yes.
3     A    Yes.  To what extent, I don't know in
4  terms of reaching their conclusions, you have to ask
5  them individually about that.
6     Q    How many times have the five of you as an
7  expert team met to discuss your opinions?
8     A    I am sorry, that was garbled, could you
9  repeat that.
10     Q    How many times have the five of you in
11  your expert team met to discuss your opinions in
12  this case?
13     A    We had conference calls, the only time
14  that the team, the full team, was together was once
15  during a site visit and there were other site visits
16  where some members of the team were present, not
17  all.
18     Q    Was this a subject of discussion about who
19  is going to testify about what topic among members
20  of the team?
21     A    Well, our process was after we had
22  knowledge of the site and what was going on, we
23  developed an outline collectively and then we made
24  assignments, made modifications to the outline based
25  upon individual's requests or needs and then that

Page 31

1  outline served as the basis for the report and the
2  outline is largely divided up by the different
3  levels of expertise or the discipline.
4     Q    Dr. Nutter, I know I am going to take the
5  deposition of each member of the team, I just want
6  to clarify one thing, you are only testifying on the
7  matters that are in the sections of your report that
8  you wrote, right?
9     A    That's correct.
10     Q    And the subject matter of your expert
11  testimony relates to hydrology and wetland
12  hydrology, right?
13     A    Yes.
14     Q    I want to go through the methodology that
15  you followed in developing your opinions in this
16  case so what I would like to do is turn to, in
17  Deposition Exhibit No. 72 and go down to Section IV
18  which is methods and I am scrolling down to page 16,
19  do you see that on the screen?
20     A    Yes, I do.
21     Q    This methods section was not written by
22  you, right?
23     A    No, my hydrologic investigation was
24  written by me.
25     Q    For instance, the section IV.A, review of

Page 32

1  background materials, that was written by
2  Mike Wylie, is that right?
3     A    Yes.
4     Q    Am I correct that Mr. Wylie was including
5  in here not just the background materials that he
6  review but also background materials the whole team
7  reviewed?
8     A    Correct, Mr. Wylie spent a career in EPA
9  and did a lot of work in Florida so he had more
10  knowledge of sort of the background material of
11  Florida access.
12     Q    It made sense for one person on the team
13  to summarize all the materials you all reviewed in
14  background rather than have all five of you write a
15  different section, is that right?
16     A    That's correct.
17     Q    What I want to do is go through the
18  materials you looked at or considered in relation to
19  developing your opinions in this case.  Am I right
20  that Section IV of the report fully described the
21  method that you participated in or you followed in
22  developing your opinions in this case?
23     A    Yes.
24     Q    With regard to documents that you
25  considered in developing your opinions in this case,



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
33—36

Page 33

1   am I right that the report refers to some documents
2   by Bates numbers in the text?
3       A    That was garbled, can you repeat that, I'm
4   sorry.
5       Q    Sure.  I want to start with documents that
6   you considered in forming your opinions.  Am I right
7   that the report identifies by Bates numbers certain
8   documents in the text that you considered as part of
9   forming your opinions?
10      A    I don't think all the documents have Bates
11  numbers but those that were part of this case that
12  we identified had Bates numbers, yes.
13      Q    Let me rephrase this then.  Dr. Nutter, if
14  I wanted to look at the universe of documents that
15  you considered in forming your opinions in this
16  case, where would I find them?
17      A    I think if you scroll down on the page and
18  see that most all of those are publically available
19  documents, USG Maps, National Weather Inventory
20  maps, those are publically available, Google Earth
21  and so forth.  When we got into the records that
22  were specific to this case then, I think by and
23  large, they have the Bates numbers associated with
24  them.
25      Q    To your knowledge, they were all produced

Page 34

1   to the Defendants, right, the ones that you
2   specifically considered from these sources in
3   forming your opinions in this case?
4       A    I'm sorry, there was a little bit of a lag
5   in the audio, what was the first part of your
6   question or statement?
7       Q    Let me rephrase it.  Am I right that all
8   of the documents that you obtained from these
9   sources that you considered in this case would have
10  been produced to the Defendants in the case?
11      A    Yes.  I can't say they have been produced,
12  is that what you're asking?
13      Q    Yes, that's your understanding?
14      A    I can't say that they have been produced.
15  For instance, the imagery from Google Earth, the
16  ones we specifically refer to are included in our
17  report, but we might have looked at many others, the
18  ones we relied upon are in the report and
19  referenced.
20      Q    Are there any documents not identified in
21  your report or the figures or the tables or the
22  appendices of your report that you rely upon?
23      A    I can speak for myself and I don't believe
24  so, I think everything that I relied upon was
25  referenced or in the report and I think it is true

Page 35

1   for the others, but I can't speak for them fully.
2       Q    Let me go through Exhibit 72,
3   Section IV.A.1, page 16 of your report.  This is
4   section methods, review of background materials,
5   standard/public domain materials.  There is a list
6   in this section of materials used by the team, that
7   has lettered paragraphs or entries, do you see that
8   at the bottom of the page?
9       A    Yes.
10      Q    Let me go through each one of these, the
11  first one you see says U.S. Geological Survey maps,
12  do you see that?
13      A    Yes.
14      Q    What is meant by U.S. Geological Survey
15  maps?
16      A    Those are topographic maps that are
17  available from the Geologic Survey on the Internet.
18      Q    By the way, I meant to say USGS for short,
19  for the record, but I mean U.S. Geological Survey.
20      A    They are commonly known as USGS, most
21  people in the field know what that means.
22      Q    Maps that are issued by the
23  U.S. Geological Survey are prepared by the
24  U.S. Geological Survey?
25      A    Yes.

Page 36

1       Q    How are those maps prepared?
2           MR. ADKINS:  Objection.
3           MR. MCALILEY:  What is the objection,
4   Counsel?
5           MR. ADKINS:  Objection, foundation.
6           MR. MCALILEY:  I don't understand the
7   objection.  Let me rephrase the question or restate
8   the question, Dr. Nutter.
9   BY MR. MCALILEY:
10      Q    How does U.S. Geographical Survey prepare
11  the maps that you relied upon?
12          MR. ADKINS:  Objection, foundation.
13          THE WITNESS:  Those maps have been
14  around for probably the early 1800s and they're
15  updated by field survey.  As the technology improved
16  by aerial photography with ground-trooping and then
17  by satellite imagery from what I understand now,
18  they have land use, streams and topographic
19  features, names, geographic names and streams and
20  they have contour lines.
21  BY MR. MCALILEY:
22      Q    Dr. Nutter, do you consider USGS maps a
23  reliable source of information to rely upon in
24  forming your opinions?
25      A    Yes.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
37–40

Page 37

1    Q    When you mentioned these have been, how
2    they are prepared, you mentioned on site
3    investigations, what do you mean by that?
4    A    Back in the day before we had air
5    photography and so forth, they would do
6    ground-trooping.  They would go out and map and
7    convert those maps onto paper; and, today, it's all
8    available electronically.
9    Q    Do you know whether anybody from
10   U.S. Geological Survey ground-trooped the
11   information in the maps that are in the vicinity of
12   the site?
13   A    I have no specific knowledge of that, but
14   they're considered the foundation or mapping in the
15   United States, they're relied upon by everyone that
16   does any work with maps.
17   Q    Dr. Nutter, did you look at any of the
18   underlying information used by the USGS to prepare
19   the maps or did you just look at the maps
20   themselves?
21   A    Just looked at the maps themselves.
22   Q    What specifically date map did you look at
23   when you prepared your report in this case?
24   A    I don't have the specific dates, but the
25   maps are prepared and then they are updated

Page 38

1    occasionally if there is an update, that is shown as
2    a magenta color, perhaps a change in land use or
3    buildings, those are in magenta.  At some later
4    date, a new map was presented and those magenta
5    areas are converted into whatever color or feature
6    is appropriate for that feature.
7    Q    Am I right though that you -- Hold on, let
8    me rephrase this.  In order to get a copy of these
9    maps, am I right you can find them online at a USGS
10   website?
11   A    Yes.
12   Q    Did you simply go onto the website and get
13   a copy of the map when you formed your opinions in
14   this case?
15   A    Yes.
16   Q    So am I right that on the website, they
17   show the most recent version of the map?
18   A    Yes.
19   Q    Am I correct there could be a series of
20   these maps that have been done back over time into
21   the past that USGS prepared?
22   A    There are but when you go onto the
23   website, you have the option of looking at the most
24   recent and that's what we normally do.
25   Q    You only look at the most recent USGS map,

Page 39

1    is that correct?
2    A    That's correct.
3    Q    So I am going to take down this Exhibit 72
4    and I am going to turn to Exhibit 73, hold on one
5    second.  I just put up on the screen Deposition
6    Exhibit 73, these are the figures from the report
7    and you can see, I put up figure II.B.2.
8    A    Yes.
9    Q    Can you see that on the screen?
10   A    Yes.
11   Q    I just tried to zoom in a little bit to
12   make it a little easier to show, if you need me to
13   zoom in or out, please let me know or move it around
14   on the screen.
15   A    Okay.
16   Q    Dr. Nutter, first of all, it is your
17   office that did the technical work that pulled
18   together those figures, is that right?
19   A    Well, not entirely, individual experts may
20   have identified a particular map and then through
21   our communications, we actually prepared the figure
22   based upon the map or whatever feature they wanted
23   to portray.  In this particular case, what you have
24   shown is the USGS map and we over-layed the
25   National Hydrologic Dataset, which is also from the

Page 40

1    USGS.  This is the national database that shows the
2    streams in a more detailed fashion then what is
3    shown on the USGS map.
4    Q    Am I right that people in your office
5    prepared this figure by taking the base USGS map and
6    overlaying on top of this the National Hydrography
7    Dataset information?
8    A    Yes.
9    Q    It's the figure that I see in the report?
10   A    Yes.
11   Q    Let me break this into pieces here to
12   cover the ground.  When I look at this figure
13   II.B.2, I see there is a legend on the lower
14   left-hand corner of the document, do you see that?
15   A    Yes.
16   Q    Am I right that the first three items of
17   the legend were identified the color of the boxes
18   that identify specific locations on the map that are
19   relevant to the case?
20   A    Yes.
21   Q    And these are locations that you and other
22   members of the expert team have identified in this
23   figure for purposes of reference, right?
24   A    For purposes of?
25   Q    Of reference.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
41–44

Page 41

1  A   Yes, and the site itself.
2  Q   Dr. Nutter, I am going to confess that I
3  am colorblind, I can see some colors, but I don't
4  see it very well and at times like this, I wonder
5  why I went into the environmental law field because
6  environmental scientists use all sorts of fine
7  obscure shades of color.  I am going to ask you
8  questions that may seem sort of basic, but I just
9  want to make sure I am understanding this.  Am I
10  right that the site in question is shown in the
11  middle, it looks like it's a box, it looks like it
12  is black and red, is that correct?
13  A   That's correct, yes.
14  Q   And then there is what is marked as the
15  East Countess Joy property immediately above it,
16  what color is that?
17  A   That's an orange color outlining that
18  boundary.
19  Q   Thank you.  And then the West Countess Joy
20  property is also shown, what is the color of that?
21  A   That is red.
22  Q   Thank you.  If I go back to the legend, I
23  see it states NHD, what does that stand for?
24  A   That's the National Hydrography Dataset.
25  Q   It shows like a blue color for

Page 42

1  stream/river, is that right?
2  A   Yes, that's a dark blue.
3  Q   There is a light blue for canal/ditch?
4  A   Yes.
5  Q   If I want to see in this figure what is in
6  the National Hydrography Dataset for stream/river
7  and canal/ditch, I would look at those colors on
8  this figure, right?
9  A   Yes.  I will add that on the base USGS
10  photographic map, there are streams generally either
11  as a dash line or a solid light blue line.  The
12  National Hydrography Database is on top of those and
13  it has more classifications.  We only used several
14  of them here, we combined stream, river and canals
15  and ditches, but they have a number of different
16  classifications; for purposes, that's what we showed
17  here.
18  Q   Does the National Hydrography Dataset
19  distinguish between canals and ditches?
20  A   If you go down into the different layers,
21  they have that distinction, yes.
22  Q   So if I look at Figure II.B.2, I see there
23  is a light blue line that goes from the site up to
24  another light blue line that goes in an east/west
25  direction, do you see that?

Page 43

1  A   Yes.
2  Q   When I refer to that light blue line that
3  goes north from the site; for ease of reference, I
4  am going to call that the north/south ditch.
5  A   Correct.
6  Q   In fact, in your report, you refer to this
7  as the north/south ditch, right?
8  A   Yes.
9  Q   And then that ditch that goes into that
10  runs in the east/west direction, that is what you
11  refer to in the report as Bessey Creek, right?
12  A   Yes.
13  Q   I am going to refer to it as the east/west
14  ditch for purposes of clarify, do you understand how
15  I am going to refer to it?
16  MR. ADKINS:  Objection, Bessey Creek
17  is kind of long.  Just for purposes of
18  clarification, Mr. McAliley, can you explain the
19  boundary of what you're going to refer to as
20  east/west to?
21  MR. MCALILEY:  You know, Mr. Adkins,
22  I am just looking at this figure and I am trying to
23  distinguish between elements in the figure.
24  MR. ADKINS:  For purposes of
25  clarification, you're just going to refer to the

Page 44

1  portion of what we have been calling Bessey Creek
2  that is represented in Figure II.B.2 as the
3  east/west ditch?
4  MR. MCALILEY:  Yes, let me talk to
5  the witness about this.
6  BY MR. MCALILEY:
7  Q   Am I right, Dr. Nutter, that if I look in
8  Figure II.B.2, I see some of the dark blue line in
9  the far right of the screen of the figure?
10  A   Yes.
11  Q   And under the National Hydrography
12  Dataset, that dark blue line refers to, it depicts a
13  stream or river, right?
14  A   Yes.
15  Q   Would you agree with me that those are the
16  natural courses of Bessey Creek?
17  MR. ADKINS:  Objection.
18  THE WITNESS:  Part of it was, but it
19  looks like the vertical dark blue line would be a
20  ditch.  Since that was outside of our study area, we
21  didn't really investigate those, that whole drainage
22  system there to the west is a lot of discontinuous,
23  you can see here discontinuous slews and channels
24  that were consolidated when Bessey Creek, as I call
25  it, Bessey, the east/west ditch as you refer to, was

WADE NUTTER                                                April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                        45–48

Page 45

1  constructed back in perhaps the 60s or so.
2  BY MR. MCALILEY:
3     Q   Let me rephrase this, I think I didn't ask
4  the question very well.  I am just looking at the
5  dark blue lines on the right side of the figure.
6     A   Yes.
7     Q   There is all pieces of those dark blue
8  lines, am I right those dark blue lines represent
9  natural courses of Bessey Creek?
10        MR. ADKINS:  Objection.
11        THE WITNESS:  I can't answer that
12  directly, I didn't investigate that.
13  BY MR. MCALILEY:
14    Q   You did not investigate the conditions in
15  the creek further east of what is depicted on
16  Figure II.B.2?
17        MR. ADKINS:  Objection.
18        THE WITNESS:  I looked at that up to
19  the location of the Solid Waste Landfill, Martin
20  County Solid Waste Facility, which is where
21  Bessey Creek today originates where it is a
22  consolidated drainage --
23  BY MR. MCALILEY:
24    Q   I guess, let me, I am not being very clear
25  here.  Did you travel down the entire length of what

Page 46

1  you call Bessey Creek as part of your investigation
2  in this case?
3     A   I didn't travel it, I followed it all the
4  way to the west to the Martin County Solid Waste
5  Management Facility.
6     Q   How far east did you go in your
7  investigation?
8     A   I'm sorry, would you repeat that.
9     Q   How far east along the east/west ditch
10  that you're calling Bessey Creek did you go in
11  your --
12    A   How far east?
13    Q   Yes, sir.
14    A   I went all the way to the St. Lucie River.
15    Q   How did you do that, did you walk down the
16  creek, did you drive, explain to me how you went
17  down the creek?
18    A   We went to a series of crossings, road
19  crossings and bridge crossings and took all the way
20  down to -- I personally went all the way down to
21  that location, Mr. Wylie investigated that in
22  greater detail and he wrote about it in his section.
23    Q   I am going to ask him questions too, I am
24  trying to understand what you have done.
25  Dr. Nutter, you would agree with me that where

Page 47

1  Bessey Creek enters the St. Lucie River, it looks
2  like a natural stream, right?
3         MR. ADKINS:  Objection.
4         THE WITNESS:  I'm sorry, would you
5  repeat that last part.
6  BY MR. MCALILEY:
7     Q   You would agree with me that where
8  Bessey Creek enters the St. Lucie River, it looks
9  like a natural stream, doesn't it?
10    A   Yes.
11        MR. ADKINS:  Objection.
12  BY MR. MCALILEY:
13    Q   You also agree with me at a certain point
14  as you go upstream in a watershed, the water
15  portions look artificial?
16    A   It's an excavated channel.
17    Q   It's an excavated ditch or canal, right?
18        MR. ADKINS:  Objection.
19        THE WITNESS:  You said excavated
20  ditch or canal?
21        MR. MCALILEY:  Yes, sir.
22        THE WITNESS:  I would call it an
23  excavated ditch, I would refer to it that way on the
24  report.
25  BY MR. MCALILEY:

Page 48

1     Q   On Figure II.B.2, which I have up on the
2  screen as part of Deposition Exhibit 73, there is a
3  light blue colored line on that that goes in the
4  area that I am referring to as the east/west ditch,
5  do you see that?
6     A   Yes.
7     Q   The National Hydrography Dataset indicates
8  that east/west ditch is a ditch or canal, right?
9     A   Yes, yes.
10    Q   Does the National Hydrography Dataset when
11  you go into the layers you referenced a little while
12  ago indicate that it is a ditch or indicate that it
13  is a canal?
14    A   I would have to go back and look at the
15  underlying data, I am not sure if the distinction
16  was made, I would have to go back and look at it, I
17  can't answer that question directly.
18    Q   But for Figure II.B.2, you have combined
19  the designations for ditches and canals and you have
20  just shown it with the same light blue line, right?
21    A   Yes.
22    Q   For clarity just in the deposition today,
23  I am going to be referring to that east/west ditch
24  that is north of the site that you have labeled on
25  this figure as Bessey Creek; for clarify, I am going



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
49–52

Page 49

1  to refer to this as the east/west ditch, okay?
2      A   I will add the geological survey, the USGS
3  map that I refer to, at some scales as Bessey Creek.
4      Q   But the USGS maps that you used to create
5  the figures do not identify that east/west ditch,
6  that reach of the east/west ditch as Bessey Creek,
7  do they?
8      A   At the scale, it did not.
9      Q   Thank you.  For Figure II.B.2, do you know
10  when this base USGS map was created?
11      A   No, I would have to go back into the
12  database.
13      Q   As you sit here today, you don't know when
14  this base map from USGS that you used was created,
15  right?
16      A   No, it is within recent years, recent
17  mapping, because it has houses and streets and so
18  forth.  It is what we would refer to as a modern
19  map, I did not write down what date it was last
20  updated.
21      Q   This is the most recent USGS map for the
22  area that you found on the USGS website, right?
23      A   That's correct.  Yes, that's correct.
24      Q   Let me go through just to understand this
25  figure, this map, I will confess I always like maps

Page 50

1  since I was kid despite my challenges with color.  I
2  have some questions about the underlying map, does
3  this map, the underlying USGS map, which is shown as
4  Figure II.B.2 show topography?
5      A   Yes.
6      Q   Can you tell me where it shows topography?
7      A   There are contour lines and if you look at
8  the red box which has an A in it, you will see a
9  black line going across that from east to west, a
10  squiggly line somewhat, it will have the number 25
11  in it.
12      Q   Right.
13      A   That's the elevation of that contour line.
14      Q   That's 25' under what measurement
15  convention?
16      A   25' above sea level.
17      Q   25' above sea level, is that using the
18  NAVD88 convention?
19      A   Yes, that's the standard typically used.
20      Q   If I look at that line and I look just
21  north of that line where it says 25, is that higher
22  or lower?
23      A   If you go north, you will see another line
24  on the other side of Bessey Creek, that has a number
25  25 in it, the elevation on the interpretation would

Page 51

1  be that the elevation between those two is lower,
2  these are 5' contours, it does not go down to 20',
3  so it's a lower elevation.  There are some
4  locations, if you look up to sort of to the
5  northwest a little bit, you will see an X with a 28,
6  those are actual survey elevations that are on the
7  map and they are reference points, that's for
8  elevation.
9      Q   What is the contour interval for this map?
10      A   5', 5' is the contour elevation, contour
11  interval.
12      Q   If I look on the line on Figure II.B.2,
13  the Countess Joy West property, I see a contour line
14  for 25.
15      A   Yes.
16      Q   On the other side of the east/west ditch,
17  another contour line that says 25?
18      A   Yes.
19      Q   I want to figure out the elevation between
20  those two points, am I right that elevation is
21  anywhere between 20 and 25'?
22      A   That's correct.
23      Q   It could be 24.5' maybe, right?
24      A   It could be.
25      Q   It could be 20.5', right?

Page 52

1      A   Yes.
2      Q   If I go over to the Countess Joy East
3  property on Figure II.B.2, I see that same line with
4  the 25 in there that goes through the Countess Joy
5  East property down to the vicinity of the site, do
6  you see that?
7      A   Yes.
8      Q   Am I right in understanding that this USGS
9  map is indicating the elevation is slightly higher
10  to the west of this line than it is to the east of
11  this line?
12      A   Yes.
13      Q   Does the USGS map also show vegetation?
14      A   It shows vegetated areas whether it is --
15  It doesn't distinguish what type of vegetation;
16  generally, the degree indicates sparse or shrub type
17  vegetation.
18      Q   If I look at this map Figure II.B.2 and I
19  look at the box for the site, that has a green color
20  in it?
21      A   Yes.
22      Q   That green simply means some sort of
23  vegetation, right?
24      A   Yes.
25      Q   That doesn't mean wetlands, that simply

WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
53–56

Page 53

1   means vegetation?
2      A   No, that is just vegetation.
3      Q   Thank you.
4      A   That's generally from a photo
5   interpretation updated.  If you go north, you can
6   see there is a white area, that indicates that it is
7   not sufficiently vegetated; generally, that implies
8   agriculture or grazed land.
9      Q   You don't actually know what kind of
10  ground-trooping USGS did for this section of
11  Martin County, do you?
12     A   No.
13     Q   You assume they are using aerial
14  photographs but it is possible they also went onto
15  these areas and looked, right?
16     A   Can you repeat that last part, there is a
17  little bit of garbling coming across.
18     Q   Thank you and I am sorry about that.
19     A   That's okay.
20     Q   It's possible that someone from USGS, at
21  some point, went out and went out in these areas to
22  ground-troop it for this map, right?
23         MR. ADKINS:  Objection.
24         THE WITNESS:  I don't know how
25  frequently they would do that in this area or when

Page 54

1   it was last done.
2   BY MR. MCALILEY:
3      Q   But it is possible, right?
4      A   Yes.
5      Q   When you say it was done through aerial
6   photography, that's an assumption on your part
7   that's how they did the map, right?
8      A   I know they're updated using aerial
9   photography, but I think the frequency changes quite
10  a bit.  Where there is a lot of development, they do
11  it quite often; where there is no development, they
12  don't do it very often at all.
13     Q   I want to go back to Figure II.B.2, if I
14  go further west in the map in the upper part of the
15  east/west ditch, I will zoom in here a little bit.
16  Those little plantlike symbols, do you see that?
17     A   Yes.
18     Q   Am I right -- Well, what do those
19  plantlike symbols represent?
20     A   That is indicating a swamp.
21     Q   A swamp is a wetland?
22         MR. ADKINS:  Objection.
23         THE WITNESS:  Pardon me.
24  BY MR. MCALILEY:
25     Q   Is a swamp a wetland?

Page 55

1         MR. ADKINS:  Objection.
2         THE WITNESS:  These are general
3   classifications; to be more specific, you would look
4   at an NWI, National Wetlands Inventory map, it is
5   not to be assumed that it was mapped as a swamp and
6   necessarily a jurisdictional wetland.
7   BY MR. MCALILEY:
8      Q   Sir, that wasn't my question, my question
9   is just to understand the map.  Those little plant
10  figures on the USGS map indicate that it's a swamp
11  at that location, right?
12     A   Yes.
13     Q   A swamp is a form of wetland, right?
14         MR. ADKINS:  Objection.
15         THE WITNESS:  That was my point, it
16  could be but -- It might be a form of wetland, but I
17  am not in a position to interpret the map as to what
18  type of wetland.
19  BY MR. MCALILEY:
20     Q   Sir, I didn't ask you what kind of wetland
21  and I didn't ask you whether it maps jurisdictional
22  wetland.  When I say jurisdictional wetland, I
23  assume you are meaning wetlands under the
24  jurisdiction of the Clean Water Act.  My only
25  question was swamps in general are a form of

Page 56

1   wetlands, right?
2      A   I will agree to a form of wetlands, yes.
3      Q   Thank you.  If I also look at this figure,
4   I can see there is ovals at various points that has
5   a dash line.  If we go to the site and we go north
6   of it in the Countess Joy East property, do you see
7   there are these ovals with a dash line around them?
8      A   Yes.
9      Q   What do those represent?
10     A   They generally represent ponded water.
11     Q   If there is a dash line, does that mean
12  they are intermittently ponded?
13         MR. ADKINS:  Objection.
14         THE WITNESS:  Yes, I don't see any
15  with a solid line around it, that was the general
16  interpretation of the symbols that USGS uses, I
17  would say a seasonal ponding.
18  BY MR. MCALILEY:
19     Q   Okay.  So if I look at this figure and let
20  me zoom back out a little bit here.  By the way,
21  this is Figure II.B.2, on this figure, it has an
22  inset zoomed into the area around the site on the
23  lower right-hand corner of the figure, do you see
24  that?
25     A   Yes.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
57—60

Page 57

1    Q    Am I right if I look at that inset, the
2   USGS map does not identify any swamps on the site?
3    A    No.
4    Q    Am I incorrect or am I correct?
5    A    I agree, it does not show.
6    Q    It does not show any ponded features in
7   the site, does it?
8    A    Any what?
9    Q    Ponded features.
10    A    No.
11    Q    The USGS map does not show either swamp or
12   ponded features on the north/south ditch here, does
13   it?
14    A    No.
15    Q    According to the USGS map, the various
16   ponded features that are shown in the Countess Joy
17   East property are isolated from one another, right?
18        MR. ADKINS:  Objection.
19        THE WITNESS:  They're separate, yes.
20   BY MR. MCALILEY:
21    Q    And the USGS map does not have any symbol
22   that indicates they are connected like a stream
23   symbol or a ditch symbol, right?
24    A    No.
25    Q    This USGS map does not show a contiguous

Page 58

1   wetland complex that includes the site on the
2   Countess Joy property, does it?
3        MR. ADKINS:  Objection.
4        THE WITNESS:  That is not what the
5   USGS map is intended to do, it is not interpreting
6   wetlands.  It is a scale of one to twenty-four
7   thousand; and, generally speaking, if you want to
8   see more detail, you have to zoom in to smaller or
9   larger scales, one thousand or two thousand.
10   BY MR. MCALILEY:
11    Q    Dr. Nutter, my question was simpler, the
12   USGS map does not show a continuous wetland complex
13   on the site or the Countess Joy site, right?
14        MR. ADKINS:  Objection.
15        THE WITNESS:  No.
16   BY MR. MCALILEY:
17    Q    Let's talk about the National Hydrography
18   Dataset, that is not specifically identified as a
19   reference source in your report, is it?
20    A    I don't know, I would have to go back and
21   look.  Yes, it is referenced throughout the document
22   but it may not be in that list.
23    Q    What agency prepares or maintains the
24   National Hydrography Dataset?
25    A    The USGS.

Page 59

1    Q    Can you describe for me how that dataset
2   is created.
3        MR. ADKINS:  Objection, foundation.
4        THE WITNESS:  I don't know the
5   details how it is done.
6   BY MR. MCALILEY:
7    Q    Is that considered a reliable source of
8   information in forming opinions related to matters
9   of hydrology?
10    A    Yes.
11    Q    To your knowledge, do the depictions of
12   the National Hydrography Dataset in the vicinity of
13   the site and the referenced area accurate?
14    A    Yes.
15    Q    So for this map even though the base map
16   from the USGS was prepared by the USGS and the
17   National Hydrography Dataset is also maintained by
18   the USGS, it was your office that put them together
19   and created this figure, right?
20    A    Yes.
21        MR. MCALILEY:  I think I have been
22   going for an hour and twenty minutes, do we want to
23   take a short break here, Dr. Nutter, and stretch
24   your legs?
25        THE WITNESS:  Sure.

Page 60

1        MR. MCALILEY:  What is good for you,
2   five minutes, ten minutes?
3        THE WITNESS:  Five minutes is fine.
4        MR. MCALILEY:  Why don't we take a
5   five minute break here.
6        THE VIDEOGRAPHER:  Off the video
7   record, 10:20 a.m.
8        (Whereupon, a recess was taken.)
9        THE VIDEOGRAPHER:  We are now back on
10   the video record 10:26 a.m.
11   BY MR. MCALILEY:
12    Q    Dr. Nutter, let me go back, let me go back
13   to the report and put that back on the screen, this
14   is Deposition Exhibit No. 72, can you see it there
15   on the screen?
16    A    Yes.
17    Q    I am still on page 16 of the materials
18   that were used by you and the DOJ expert team.  We
19   just talked about the U.S. Geological Survey, I want
20   to turn down to the National Wetland Inventory maps,
21   do you see that on the screen?
22    A    Yes.
23    Q    Can you tell me what you mean by
24   National Wetland Inventory maps?
25    A    Those are maps that are prepared by the



Page 61

1   U.S. Fishing & Wildlife Service using the
2   U.S. Geological Survey maps as a base.  I might just
3   add, when we refer to A there, the U.S. Geological
4   Survey Maps, that would include the National
5   Hydrography Database, all the maps the USGS
6   produces.  The National Wetland Inventory maps, as I
7   indicated, are prepared by the Fish & Wildlife
8   Service using the USGS maps as a base and they use
9   hydric soil maps and vegetation maps, our vegetation
10  aerial photo interpretation and they prepare these
11  maps based upon those two parameters on top of the
12  USGS survey.
13      Q    Just for clarity, what are the two
14  parameters that USGS looks at when they compare the
15  National Wetland Inventory?
16      A    They use the soil maps prepared by the
17  NRCS, national Resource Conservation Service,
18  primarily interpreting the mapping of hydric soils
19  and vegetation.  As I understand, most of that
20  vegetation interpretation is from aerial
21  photography.
22      Q    Basically, the National Wetland Inventory
23  map pull together information from the USGS base
24  map, the National Resources Conservation NRCS soil
25  maps and also information from aerial photography

Page 62

1   and vegetation and by pulling that data together, it
2   identifies areas where wetlands are located, do I
3   have that right?
4       A    Yes, from their interpretation.  Hydrology
5   is not necessarily a parameter of that, it is
6   considered but it is not something they have a
7   database of hydrology to use.
8       Q    The USGS has the National Hydrography
9   Dataset, right, do they use that?
10      A    They may, but remember those are streams
11  and they're looking primarily at more landscape
12  geomorphic conditions that would have wetlands.
13      Q    Does the U.S. Fishing & Wildlife Service
14  do any on-site ground-trooping as part of their
15  preparation of the National Wetland Inventory maps?
16      A    I understand that they do a little bit.
17  My understanding, it is almost entirely a mapping
18  exercise because of budgetary constraints.
19      Q    Dr. Nutter, does the U.S. Fishing &
20  Wildlife Service update the National Wetland
21  Inventory maps?
22      A    I understand they do, but I don't know the
23  frequency.
24      Q    When you look at the National Wetland
25  Inventory map, how did you access them?

Page 63

1       A    From the National Wetland Inventory
2   website.
3       Q    Did you look at simply the most recent
4   maps that they had on the website?
5       A    You will have to ask Mr. Wylie that
6   question, he pulled those maps together, but when
7   you go in, they always have the most recent map
8   available.
9       Q    Do you consider National Wetland Inventory
10  maps to be reliable sources of information in
11  forming opinions related to hydrology and wetlands?
12      A    Not entirely, they tend to underestimate
13  the extent of wetlands on a site or a map unit
14  because, number one, they don't recognize or they
15  don't use hydrology because they can't interpret
16  hydrology in most cases on maps.  Our experience,
17  the documentation research has shown that generally
18  tends to underestimate the presence of wetlands on
19  landscape.
20      Q    It is your testimony that National Wetland
21  Inventory maps are unreliable sources of information
22  in forming opinions in the areas of hydrology and
23  wetlands?
24      A    They are a starting point to look at the
25  overall landscape, but they're not -- I would not

Page 64

1   use them to form an opinion as to whether wetland
2   hydrology is present or not.
3       Q    So the DOJ expert team rely in part on the
4   National Wetland Inventory maps, right?
5       A    They use it as a starting point, it was
6   not relied upon to form an opinion as to presence or
7   absence of wetness.
8       Q    Dr. Nutter, am I right, in order for
9   something to be determined to be a wetland, there is
10  three characteristics that need to be present?
11      A    Would you repeat that.
12      Q    Sure.  In order for an area to be deemed a
13  wetland, three characteristics have to be present,
14  right?
15      A    You said two?
16      Q    I said three.
17      A    Three, yes, three.
18      Q    And the three elements are, number one,
19  hydric soil; number two, wetland hydrology; number
20  three, wetland vegetation under normal
21  circumstances, right?
22      A    Yes, correct.
23      Q    If any one of those three elements exist,
24  the area is not considered a wetland, correct?
25          MR. ADKINS:  Objection.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
65–68

Page 65

1    THE WITNESS:  Not from the standpoint
2  of federal jurisdiction.
3  BY MR. MCALILEY:
4    Q    This case is entirely about the scope of
5  federal jurisdiction?
6    A    Yes.
7    Q    So the National Wetland Inventory map
8  looks at two of the three elements, correct?
9    A    Yes.
10    Q    It looks whether hydric soil and present
11  and it looks at vegetation, correct?
12    A    Yes.
13    Q    It does not look at the third element of
14  hydrology, correct?
15    A    No, not unless it is interpreted from the
16  topographic map which on a 5' contour that is not
17  necessarily an interpretation that makes it any more
18  reliable.
19    Q    If the National Weather Inventory maps
20  only looks at two of the three required
21  characteristics of a wetland, wouldn't you agree
22  they would tend to overestimate the scope of
23  wetlands?
24    MR. ADKINS:  Objection.
25    THE WITNESS:  In our experience and

Page 66

1  the literature that is available, in some parts of
2  the country, it is overestimated and some parts of
3  the country, it is underestimated.
4  BY MR. MCALILEY:
5    Q    It depends on the site?
6    A    Yes.
7    Q    Let me take down Exhibit 72 here and let's
8  go back to the previous, I am putting back up on the
9  screen Deposition Exhibit 73.  Can you see it on
10  screen here, Dr. Nutter?
11    A    Yes.
12    Q    I have on the screen here actually
13  Figure II.B.2 which is the figure we were just
14  talking about in the context of the U.S. Geological
15  Survey information, do you see that?
16    A    Yes.
17    Q    By the way, does the USGS Topographical
18  map identify the east/west ditch in the vicinity of
19  the site at Bessey Creek?
20    A    At some scales of the USGS map, it does,
21  yes.
22    Q    It is your testimony that the USGS map
23  identifies the east/west ditch right by the site at
24  Bessey Creek at some scales?
25    MR. ADKINS:  Objection.

Page 67

1    THE WITNESS:  There is another screen
2  that comes in from the southeast and joins with what
3  we are referring to as escalated ditch, it is also
4  called Bessey Creek.  I can't recall directly, but
5  it's commonly known within the area as Bessey Creek.
6  Work has been done downstream at a treatment
7  facility that refers to it as Bessey Creek and I
8  believe that the water management district refers to
9  it as Bessey Creek.
10  BY MR. MCALILEY:
11    Q    Dr. Nutter, my question was much simpler,
12  I am just confirming your testimony that you saw a
13  USGS Topographical map that identifies the east/west
14  ditch near the site as Bessey Creek, is that
15  accurate?
16    A    At this point, I looked at so many maps;
17  at this point, going back, I can't answer that
18  question in the infirmative, I am not sure.
19    Q    You're not sure, right?
20    A    Right.
21    Q    All that other statements you just made
22  about the name Bessey Creek in that area, I want to
23  unpack that.  First of all, you don't live in
24  Martin County, right?
25    A    No.

Page 68

1    Q    You have never done scientific
2  investigations in Martin County, right?
3    A    No.
4    Q    You have never done a wetlands delineation
5  in Martin County, right?
6    A    No.
7    Q    Have you ever worked at the South Florida
8  Water Management District?
9    A    No.
10    Q    Have you had any involvement in that
11  Hybrid Wetland Treatment Technology Facility that is
12  further downstream from the site?
13    A    Have I worked on it?
14    Q    Yes.
15    A    No.
16    Q    So you just made references here about
17  people referring to the ditch as Bessey Creek, which
18  specific people that are not members of the DOJ
19  expert team or members of the Plaintiff's team for
20  this case have you heard refer to the east/west
21  ditch as Bessey Creek?
22    A    Well, I guess I misspoke, I haven't heard
23  I know that in the Hybrid Waste Treatment Facility,
24  it is referred to as Bessey Creek.
25    Q    You have seen a document which is the



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
69–72

Page 69

1  permit application for the Hybrid Wetland Treatment
2  Facility, right?
3      A   Yes.
4      Q   That permit, you saw referenced to
5  Bessey Creek, right?
6      A   As I recall, yes.
7      Q   Are there any other documents that you
8  have read that refer to the east/west ditch in the
9  vicinity of the site as Bessey Creek?
10      A   I don't recall.
11      Q   Is there any specific person who is not a
12  member of the Plaintiff's trial team here who you
13  have heard refer to that east/west ditch in the
14  vicinity of the site as Bessey Creek?
15      A   The rancher that raises cattle on the
16  Countess Joy property has referred to it as
17  Bessey Creek, his name is referenced in our report;
18  when we interviewed people at the Martin County
19  Landfill Waste Management Facility, the person we
20  spoke to, whose name I don't recall, she referred to
21  it as Bessey Creek, those are two specific
22  instances. It was also referred to as Bessey Creek
23  by an individual from the Corps that we had spoken
24  to in getting background information.
25      Q   Anybody else?

Page 70

1      A   That's all that I recall.
2      Q   So the Corps of Engineers is essentially
3  the Plaintiff in this case, right?
4      A   Yes.
5      Q   What is the name of the person of the
6  Corps of Engineers?
7      A   Jon Stempic.
8      Q   Jon what?
9      A   Jon Stempic.
10      Q   Can you spell it, please.
11      A   I'm sorry, I can't, S-T-E-M-P-I-C,
12  something like that.
13      Q   Jon Stempic, am I hearing that right?
14      A   J-O-N.
15      Q   What is his job at the Army Corps of
16  Engineers?
17      A   My understanding, he was one of the
18  regulators that dealt with the Sharfi property.
19      Q   He is not a hydrologist then, right?
20      A   I don't know what his background is.
21      Q   As far as you know, he is not an expert at
22  all, right?
23      A   I don't know.
24      Q   The rancher on the site, is that
25  Dewaine Hazellief?

Page 71

1      A   Yes.
2      Q   He's referenced in your report, right?
3      A   Yes.
4      Q   Tell me about Mr. Dewaine Hazellief, when
5  did you speak with Mr. Hazellief?
6      A   We spoke with him on two different
7  occasions, the first was during our August site
8  visit on the Countess Joy properties. He leases it
9  from the owner of the property to raise cattle; and,
10  then the second occasion, I believe was in September
11  and then I believe he got sick after that and we
12  didn't see him again. Generally, he gave us access
13  onto the Countess Joy properties when we visited the
14  site.
15      Q   When you spoke with Mr. Hazellief, it
16  sounds like you spoke with him when you were out on
17  the field at the Countess Joy property, is that
18  right?
19      A   That's correct, yes.
20      Q   The first time you spoke with him, how
21  long did you speak with him for?
22      A   We stood around and talked for probably
23  twenty minutes, mostly about raising cattle and land
24  management and so forth. He complained a good bit
25  about the water quality of Bessey Creek.

Page 72

1      Q   What specifically did he say about the
2  water quality in Bessey Creek?
3      A   Well, he was aware of the hydrid waste
4  treatment facility that they put in and he said
5  that, in his opinion, a lot of that was being blamed
6  on agriculture. He felt most of the contamination
7  was coming from the landfill operation upstream, his
8  personal opinion.
9      Q   There is a large landfill at the western
10  end of what I am calling the east/wast ditch?
11      A   Yes.
12      Q   That landfill covers many acres of land,
13  right?
14      A   Yes.
15      Q   Is that landfill a source of pollutants to
16  the east/west ditch to your knowledge?
17      A   I'm sorry, would you repeat the first
18  part.
19      Q   Is that landfill a source of pollutants to
20  the east/west ditch to your knowledge?
21      A   I don't know.
22      Q   You never specifically looked at that,
23  right?
24      A   No.
25      Q   Are the cattle that are out on the



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
73–76

Page 73

1 Countess Joy property a source of pollutants in the
2 east/west ditch?
3    A   Probably, yes.
4    Q   Did you specifically go to look at that
5 issue?
6    A   We could see where cattle crossed into the
7 Bessey Creek and also there in the wetlands, yes,
8 there was a possibility there was contamination of
9 Bessey Creek from cattle including wildlife, deer so
10 forth.
11    Q   Basically, when you have large mammals or
12 mammals of any type, when they defecate and it gets
13 in the water, that could be a source of pollution,
14 right?
15    A   Yes.
16    Q   Is there any other source of pollution
17 related to the cattle that you can think of that
18 relates to the east/west ditch?
19    A   No, I don't think so.
20    Q   Okay.  Mr. Hazellief stated his view that
21 the contamination of the east/west ditch came from
22 the landfill and not the cattle, what else did he
23 tell you?
24    A   Well, we asked him about his land
25 management practice, if he improved his pasture to

Page 74

1 be fertilized, he said, no, that the landowner did
2 not want him to do that, he did not want him to
3 clear, so it was just natural woodland grazing.
4    Q   What else did he tell you?
5    A   He told us how many cows he grazed on the
6 three hundred acres.  He grazed cattle on the west
7 side as well, west side of 84th Street, 84th Avenue.
8    Q   How many cows did Mr. Hazellief graze on
9 the Countess Joy property?
10    A   He said he grazed thirty cattle on the
11 three hundred acres on what we call the Countess Joy
12 East and because it was so wet at times he had to
13 move his cattle out so they didn't get diseases and
14 so forth.  On the west side of 84th Avenue, he was
15 only able -- six hundred acres was the total area, I
16 think he only grazed ten cattle over there because
17 it was so wet, such poor grazing.
18    Q   What else did Mr. Hazellief tell you?
19    A   That's all I can recall.  I guess I did
20 mention that the landlord did not want him to do any
21 clearing or burning to improve the pasture, I think
22 I mentioned that, that's all.  We also talked, if
23 you want a complete conversation, he had some health
24 issues which we talked about that, I don't remember
25 what they were.  I think the later site visit we had

Page 75

1 he mentioned he had Covid, I mean it was just
2 general conversation.  He talked about he wouldn't
3 be there the next day and he was there on site for
4 two days.  He mentioned he wouldn't be there, he
5 gave us the combination for the lock because he was
6 on the west side because he was taking cattle to the
7 market I think.
8    Q   In all your conversations with
9 Mr. Hazellief, you just summarized what you recall
10 about them, right?
11    A   Yes, yes.
12    Q   Did you ever speak with the owner of the
13 Countess Joy property?
14    A   No, I did not.
15    Q   Do you know who the owner is?
16    A   My understanding his name is Goodfrin.
17    Q   Is he a farmer, does he do something else
18 for a living?
19    A   I don't know, I think he's -- I don't know
20 what his occupation is, I don't think he is a
21 farmer.
22    Q   Do you know whether Mr. Goodfrin intends
23 to develop the property to residential?
24    A   I have no idea.
25    Q   Did you speak with any other person

Page 76

1 associated with the Countess Joy property?
2    A   No.
3    Q   Let's go back to the figures, Dr. Nutter,
4 we were talking about the National Wetland Inventory
5 now.  I have put up on the screen Deposition Exhibit
6 73, I am going to go down to Figure II.B.3, can you
7 see that on the screen?
8    A   Yes.
9    Q   Do you see at the bottom it says USGS
10 topographic map, National Hydrography Dataset
11 streams, canals and ditches and the USFWS National
12 Wetland Inventory wetlands in the vicinity of the
13 Site and Reference Areas, did I read that right?
14    A   Yes.
15    Q   Am I understanding this correctly that
16 this Figure II.B.3 is essentially the same as the
17 prior figure except for that it layers on top of it
18 the National Wetland Inventory information for the
19 vicinity?
20    A   Yes.
21    Q   Am I right that on Figure II.B.3 there
22 is -- on the upper right-hand corner, there is
23 another legend that says NWI wetland type?
24    A   Yes.
25    Q   It shows different colors, once again, for



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
77—80

Page 77

1 different wetland types. This legend is in addition
2 to the legend on the lower left-hand corner which
3 has the USGS designations and the National
4 Hydrography Dataset, right?
5     A   It has the property designations not the
6 USGS designations, the NHD.
7     Q   On the lower right-hand corner of this
8 figure, it has a zoomed in section that shows the
9 site in the Countess Joy East property, do you see
10 that?
11     A   Yes.
12     Q   I see on this one there is a color, it is
13 a bluish color, that covers a portion of the site,
14 do you see that?
15     A   Yes.
16     Q   And what color does that represent?
17     A   That represents a freshwater
18 forested/shrub wetland.
19     Q   If I go to the legend at the top right of
20 Figure II.B.D, I can see that color matches up with
21 freshwater forested/shrub wetland, right?
22     A   Yes.
23     Q   Am I right that if I look at the rest of
24 the site there is the same green color that was on
25 the USGS map?

Page 78

1     A   The same what color?
2     Q   Green.
3     A   Green, yes.
4     Q   Am I correct that green color comes from
5 the USGS map that is part of what was used to
6 compile this figure?
7     A   Yes.
8     Q   So we have colors from the USGS map on
9 this figure and colors from the National Wetland
10 Inventory map on this figure, right?
11     A   Yes.
12     Q   If I look at -- That green color on the
13 site that is outside the bluish area that you just
14 identified, that is not a color that indicates the
15 presence of a wetland according to the National
16 Wetland Inventory, am I understand that right?
17     A   That's correct, it just indicates a
18 forested situation.
19     Q   If I look at Figure II.B.3, I do see there
20 are some ovals with a solid line around it with what
21 appears to be a slightly lighter green color, do you
22 see those?
23     A   Yes.
24     Q   Am I right that those correspond,
25 according to the legend for the National Weather

Page 79

1 Inventory, as freshwater emergent wetland?
2     A   Yes.
3     Q   This Figure II.B.3 indicates that the
4 National Wetland Inventory shows freshwater emergent
5 wetland in the Countess Joy property to the north,
6 these various ovals that have a solid line around
7 them, correct?
8     A   Yes.
9     Q   Am I correct a National Wetland Inventory
10 does not show the presence of freshwater emergent
11 wetland on the site itself?
12     A   On the Sharfi site?
13     Q   Yes.
14     A   No, it does not.
15     Q   Am I correct that according to the
16 National Wetland Inventory most of the Countess Joy
17 East property is not covered by a freshwater
18 emergent wetland?
19         MR. ADKINS:  Objection, vague.
20 BY MR. MCALILEY:
21     Q   I will rephrase.  Dr. Nutter, am I right
22 if I look at Figure II.B.3 and I look at the
23 Countess Joy East property there is only three
24 specific locations that are marked by the National
25 Wetland Inventory as freshwater emergent wetland?

Page 80

1     A   According to the mapping, that's correct.
2     Q   Would you agree with me that most of the
3 Countess Joy East property is not shown to be a
4 freshwater emergent wetland according to the
5 National Wetland Inventory?
6         MR. ADKINS:  Objection.
7         THE WITNESS:  That's correct.
8 BY MR. MCALILEY:
9     Q   You would agree with me that the
10 north/south ditch does not intersect any wetlands
11 according to the National Wetland Inventory?
12         MR. ADKINS:  Objection.
13         THE WITNESS:  That's correct.
14 BY MR. MCALILEY:
15     Q   You would agree with me that the National
16 Wetland Inventory map does not show a contiguous
17 wetland complex that includes the site in the
18 Countess Joy East property, right?
19         MR. ADKINS:  Objection.
20         THE WITNESS:  Correct.
21 BY MR. MCALILEY:
22     Q   By the way, that term contiguous wetland
23 complex, that is a term that is used in the DOJ
24 expert report, isn't it?
25     A   Yes.



WADE NUTTER                                                April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                        81–84

Page 81

1    Q    What do you understand the word contiguous
2  to mean?
3    A    Connected.
4    Q    Does it mean that they touch?
5    A    Yes.
6    Q    If I want to understand, if I am looking
7  for a contiguous wetland, I would look for wetlands
8  that touch each other?
9    A    Yes.
10   Q    So according to this figure II.B.3, the
11 National Wetland Inventory map do not show any
12 wetlands on the Countess Joy East property touching
13 wetlands, correct?
14   A    That is correct.  Remember, this is only
15 looking at vegetation hydric soil and does not
16 consider hydrology.
17   Q    Once again, the National Wetland Inventory
18 map is prepared in part using the soil maps from the
19 NRCS, correct?
20   A    Yes.
21   Q    So the National Wetland Inventory map was
22 prepared by putting together NRCS mapping of hydric
23 soils plus aerial interpretation of wetland
24 vegetation, right?
25   A    At the scale in which the maps were

Page 82

1  prepared, which is generally the one to twenty-four
2  thousand scale.
3    Q    But the National Wetland Inventory map
4  shows features at a much finer scale than the
5  Countess Joy property, right?
6    A    No, that whole map is still one to
7  twenty-four thousand.
8    Q    Let me exit this figure here and let's go
9  back to the report.  Dr. Nutter, I just put back up
10 Deposition Exhibit 72 and this is page 16, the
11 materials you all reviewed.  I want to go to the
12 third one, NRCS soils mapping of soil series and
13 soil properties, do you see that?
14   A    Yes.
15   Q    What does NRCS stand for again?
16   A    National Resource Conservation Service.
17   Q    Is that an agency formerly known as the
18 Soil Conservation Service?
19   A    That's correct.
20   Q    Is that an agency within the United States
21 Department of Agriculture?
22   A    Yes.
23   Q    Can you tell me -- The NRCS prepares maps
24 of soil series and soil properties, is that right?
25   A    Yes.

Page 83

1    Q    And how are those maps prepared?
2    A    Both by -- Let me step back, the degree of
3  mapping has a lot to do with land views, if it is
4  agriculture, there is a lot of ground-trooping and a
5  lot of mapping done.  If it is forested land not
6  really agriculture, there is a lot of mapping that
7  is done by some ground-trooping, photographic
8  position and other land features interpreted from
9  aerial photographs.  So the degree of mapping units
10 often times will be a couple of acres or maybe five
11 or ten acres in which the mapping is done depending
12 upon how they did it and what their expected land
13 use is.  So I guess what I am saying, a hydric soil
14 map doesn't say exactly that is the point in which
15 the hydric soil begins and another type of soil ends
16 or whatever the different soil types are.
17   Q    The NRCS prepares the soil maps for the
18 entire United States, right?
19   A    Yes.
20   Q    And so soil, by definition, is in the
21 ground, right?
22   A    Yes.
23   Q    So there has to be some kind of
24 ground-trooping to go and look what is in the ground
25 in order to figure out what soil is there?

Page 84

1    A    That's what I said, yes.
2    Q    So at some point in the past, did someone
3  from NRCS come and visit the site and vicinity?
4    A    I don't know if they did specifically,
5  they would have been certainly looking for
6  geomorphic land shape, they do some mapping and then
7  they interpolate those depending on what the
8  expected land use is and what the intensity of
9  mapping is.  As I indicated, the intensity of
10 mapping, ground-trooping is much greater for
11 agriculture than it is for forest land or grazing
12 land.
13   Q    Dr. Nutter, do you consider the NRCS soil
14 maps to be reliable sources of information in
15 developing opinions on hydrology and wetlands?
16   A    For identifying hydrology, no.
17   Q    For wetlands?
18   A    They are mapped for hydric soils, which is
19 one part of the soil, they are not mapping
20 hydrology.
21   Q    Do you consider them a reliable source of
22 information for identifying where wetlands are
23 present?
24   A    No, they're only reliable for where a
25 particular soil is present.

WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
85–88

Page 85

1    Q    One of the three elements of a wetland is
2    there needs to be hydric soils, correct?
3    A    Yes, but your question were they reliable
4    to determine wetlands, that is only one piece.
5    Q    I think maybe I wasn't clear.  You would
6    agree with me that NRCS soil maps are a reliable
7    source of information in determining whether
8    wetlands are present?
9    A    Yes.
10   Q    I would like to go now to exit out of that
11   report and go back to the figure here.  I just put
12   back on the screen Exhibit 73 and I have it set to
13   Figure III.D.1, do you see that?
14   A    Yes.
15   Q    This figure is entitled USDA NRCS soil map
16   units in the vicinity of the Site, Reference Area
17   and Other Reference Plots, did I read that
18   correctly?
19   A    Yes.
20   Q    Would you agree with me that these colors
21   that are used on this map are incredibly nuance and
22   difficult to see for a person who might have
23   difficulty seeing colors?
24   A    I agree, yes, even for one who sees
25   colors.  There are a lot of different soil types

Page 86

1    throughout the area so there are a lot of different
2    colors.
3    Q    On a side, I asked my wife the other day,
4    what color is that even she had trouble.  This is
5    a -- So this Figure III.D.1 is one of the figures
6    that was created using the NRCS soil map data,
7    right?
8    A    Yes.
9    Q    And who actually created this figure, was
10   it someone in your office?
11   A    It was an overlay of the soil map that was
12   downloaded from the NRCS web soil site, website.
13   Q    Do you know when the NRCS determined that
14   the soil depicted on this figure existed on the site
15   in the reference area?
16   A    No, you have to ask Dr. Stewart, he is the
17   one that pulled these maps together and examined the
18   maps.
19   Q    Would you agree with me, Dr. Nutter, this
20   Figure III.D.1 shows hydric soil covering almost the
21   entire area depicted in the figure?
22   MR. ADKINS:  Objection, foundation.
23   THE WITNESS:  No, there are soils
24   depicted that are not hydric.
25   BY MR. MCALILEY:

Page 87

1    Q    My question wasn't whether there was any
2    non-hydric soils depicted in this picture --
3    A    Yes, there are hydric soils there.
4    Q    You would agree with me that almost the
5    entire figure III.D.1 is covered by hydric soils
6    according to this map?
7    A    No, I wouldn't agree to that.
8    Q    Would you agree that the majority of the
9    area depicted in Figure III.D.1 consists of hydric
10   soils according to this map?
11   MR. ADKINS:  Objection, foundation.
12   THE WITNESS:  No, I can't agree to
13   that.  I would have to go back and look at the
14   hydric soil list from Martin County.  At this scale,
15   I am not sure we looked more specifically at the
16   site and the reference area and the same map but
17   blown up and you have to ask those specific
18   questions of Dr. Stewart.
19   BY MR. MCALILEY:
20   Q    Let me take down the document and go back
21   to the report.
22   A    I'm sorry, would you repeat.
23   Q    I am going back to the report, I'm sorry.
24   I just put back up Deposition Exhibit 72, which is
25   the report, page 16, I am just going through the

Page 88

1    list of materials that you all used in forming your
2    opinion.  I see now the Federal Emergency Management
3    Agency (FEMA) flood hazard and floodplain maps, do
4    you see that?
5    A    Yes.
6    Q    What do you mean by a FEMA flood hazard
7    and floodplain map?
8    A    Well, FEMA publishes a map, which is
9    something we look at, and it showed, if I remember
10   correctly, that the site and the Countess Joy East
11   property was kind of 1% flood hazard which meant it
12   would be subject to the one hundred year flood once
13   every, I would have to look at the figure, I can't
14   remember, but anyway the site is subject to flooding
15   from Bessey Creek.
16   Q    But we will get into what the map shows in
17   a minute, I am trying to understand the map, FEMA
18   prepares these maps, right?
19   A    Yes.
20   Q    What does FEMA use to prepare those maps?
21   A    They use studies of stream gauges
22   throughout the area and they extrapolate that along
23   stream channels.  They generally will take cross
24   sections of stream channels and using topographic
25   information to develop the flood hazard map.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
89—92

Page 89

1    Q    Do you know what specific stream gauges
2    that FEMA used to develop the floods hazards and
3    floodplain map for the site in this vicinity?
4    A    No, I do not.
5    Q    Have you looked at any of the underlying
6    data that was used by FEMA in developing the map?
7    A    No.
8    Q    You simply just looked at the map, itself,
9    that they created, do I understand that right?
10    A    Looked at the map, it did not really enter
11    into any of my conclusions or opinions just is one
12    source of information that indicated the site was
13    subject to flooding.
14    Q    Fair enough.  Let me exit out of the
15    report and let's go back to the figures again.  I
16    just put Deposition Exhibit 73 up, up there is
17    figure II.C.3.1, this is call FEMA National Flood
18    Hazard flood zones for Basin 4 study area, can you
19    see that?
20    A    Yes.
21    Q    Who actually created this figure here, is
22    it somebody in your office?
23    A    It was just a download of the flood zones
24    from on top of a -- If you look down just below the
25    legend, it says this was an ESRI World Imagery dated

Page 90

1    2/15/21 and over-layed on top of that the FEMA map.
2    Q    But is it somebody in your office that did
3    the overlaying and produced this figure?
4    A    Yes.
5    Q    This figure, it shows the FEMA flood zone
6    just for South Florida Water Management District
7    Basin 4, is that correct?
8    A    Yes.
9    Q    FEMA also has depicted flood risk in the
10    areas outside of Basin 4, right?
11    A    Yes.
12    Q    This figure doesn't simply depict the
13    flood risk outside of Basin 4, correct?
14    A    No, Basin 4 was selected in the early part
15    of the report which we did.  We selected Basin 4 as
16    our study area so most everything was presented in
17    terms of the study area to try to consolidate
18    things.
19    Q    If the area does not have those two colors
20    on it from the FEMA map, it doesn't mean there is no
21    flood risk, it means you didn't map the flood risk
22    for purposes of creating this figure, right?
23    A    Basin 4, if it is not colored, it is not
24    considered as one of those two FEMA flood zones, A,
25    B or X.

Page 91

1    Q    If I were to look immediately south of
2    this site and I cross Martin Highway, that area is
3    not colored in with the same colors, right?
4    A    Right, because it is not part of Basin 4.
5    Q    As far as you know, it has the same color
6    on the other side of Martin Highway, you just
7    haven't put it on the figure because it's outside
8    the basin, right?
9    A    It could possibly, I don't know, I would
10    have to go back and look at the overall map.
11    Q    Am I right that there is a legend in the
12    lower left-hand corner of this figure and it shows
13    the site and the Countess Joy properties similarly
14    to the other figures we looked at, right?
15    A    Yes.
16    Q    Then it shows the FEMA flood zone, do you
17    see that?
18    A    Yes.
19    Q    Am I right that there is two colors
20    depicted here for the FEMA flood zone?
21    A    Yes.
22    Q    The first one next to it, it says
23    AE>1% annual flood, do you see that?
24    A    Yes.
25    Q    What color is that?

Page 92

1    A    That's sort of a magenta color, pink.
2    Q    Thank you.  And then immediately below it,
3    there is another color next to it X<0.2% annual
4    flood, do you see that?
5    A    Right, yes.
6    Q    What color is that?
7    A    Light green.
8    Q    Okay, thank you for defining the colors
9    for me, I see them, just giving a name to them is
10    part of my challenge.  Can you describe for me what
11    the pink or magenta color represents?
12    A    It represents there is a >1% chance of an
13    annual flood, which means that an annual flood is
14    that flood which is expected to occur, on average,
15    every two years or 2.3 years so there is a >1%
16    chance, one in a hundred, that will flood, the
17    annual flood, on the frequency of every two years.
18    It's called the annual flood, but it has a frequency
19    of two or three years.
20    Q    This site shows -- This figure shows that
21    the site in the Countess Joy East referenced area
22    has a >1% chance of the annual flood, right?
23    A    Yes.
24    Q    By the way, this figures also shows that
25    the residential area that is further to the east



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
93—96

Page 93

1  around the Martin, north of the Martin Highway and
2  also this area that is south of the Martin Highway
3  which you can see on that aerial photograph as
4  having houses, that also has a >1% chance of annual
5  flood, right?
6      A   Yes.
7      Q   The other color, the light green color,
8  what does that represent?
9      A   That represents there is <0.2% chance of
10  an annual flood.
11      Q   So the light green color means there is
12  less of a chance there will be a flood in that area,
13  right?
14      A   That's correct, yes.
15      Q   That light green color is most of the area
16  of Basin 4 east of the turnpike, right?
17      A   Yes.
18      Q   Also, that light green color is also a
19  portion of the area in Basin 4 west of the turnpike,
20  right?
21      A   A portion west of the turnpike, yes.
22      Q   I want to draw your attention there to the
23  Countess Joy West property, do you see that on
24  Figure II.C.3.1?
25      A   Yes.

Page 94

1      Q   The Countess Joy West property is in a
2  different flood zone than the Countess Joy East
3  property, isn't it?
4      A   Yes.
5      Q   According to this figure, it indicates
6  there is a less of a chance of flooding in the
7  Countess Joy West property as there is in the
8  Countess Joy East property, right?
9      A   Yes.
10      Q   And the Countess Joy East and West
11  property are separated by 84th Avenue, is that
12  right?
13      A   Yes.
14      Q   And 84th Avenue is a paved road, right?
15      A   Yes.
16      Q   It's like a highway, isn't it?
17      A   It's a two lane road, heavy traffic.
18      Q   And it's built up on an embankment, isn't
19  it?
20      A   I'm sorry.
21      Q   It's built up on an embankment, isn't it?
22      A   Yes.
23      Q   There is some hydrological separation
24  caused by 84th Avenue between the East Countess Joy
25  property and the West Countess Joy property, right?

Page 95

1      A   Yes, although there is ditches on both
2  sides that connect to Bessey Creek.
3      Q   I understand, but would you agree with me
4  that FEMA thinks that there is some hydrological
5  separation that affects flood risk --
6          MR. ADKINS:  Objection.
7          MR. MCALILEY:  -- that is created
8  by -- Let me rephrase it.  The FEMA map indicates
9  there is some difference in the hydrology east and
10  west of 84th Avenue, right?
11          THE WITNESS:  I wouldn't call it a
12  hydrology, there is a difference in the flood risk.
13  BY MR. MCALILEY:
14      Q   But the flood risk is a chance you will
15  get water above the ground, is that right?
16      A   Yes.
17      Q   So it is wetter east of 84th Avenue than
18  it is west of 84th Avenue?
19      A   No, it doesn't mean it is wetter, it means
20  there is a chance of flood risk because of elevation
21  or whatever connectivity of channels or whatever.  I
22  am somewhat puzzled by the west side having a lower
23  annual flood risk, but I don't know how this map was
24  or what the interpretation of how that designation
25  was made.

Page 96

1      Q   You're puzzled by the FEMA map because you
2  think the Countess Joy West property should have the
3  same flood risk as the Countess Joy East property?
4      A   I will just say it has similar elevations
5  and I don't know what parameters they have that
6  would indicate floodwaters not going there.  There
7  is a relatively small color beneath 84th Avenue on
8  Bessey Creek that would possibly restrict flood
9  flows moving in from the east; and, therefore, you
10  have less likely being inundated, that could be the
11  reason.  I didn't investigate that, it doesn't have
12  any implication what the hydrology is.
13      Q   You understand this mapping of flood risk
14  indicates the risk of flooding during a hurricane
15  where there would be storm surge coming from the
16  east?
17      A   That is one possible or it could be a
18  rainfall over the entire area.  There is a lot of
19  circumstances that go into developing these maps.
20  As I said, we only used it as a background
21  information, it did not enter into our conclusions
22  about wetland hydrology.
23      Q   Okay.  Do you think this FEMA map is a
24  reliable source of information?
25      A   No, it is not used in determining



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
97—100

Page 97

1  hydrology.

2      Q    Do you consider it a reliable source of

3  information for other matters related to hydrology?

4      A    It's a reliable source of information for

5  land use planning, flood risk and so forth, that is

6  what it is used for.

7      Q    Dr. Nutter, I will look at Figure

8  II.C.3.1, east of the turnpike, you can see some of

9  the magenta color, can't you?

10     A    Yes.

11     Q    It looks like the magenta color is

12 tracking a natural creek, right?

13     A    Yes.

14     Q    Is that the natural Bessey Creek there, to

15 your knowledge, that is being shown in magenta east

16 of the turnpike?

17     A    Yes.

18     Q    Bessey Creek east of the turnpike in its

19 natural form, there is more than one arm to the

20 creek?

21     A    Would you repeat that.

22     Q    There is more than one arm to Bessey Creek

23 east of the turnpike, right?

24     A    Yes.

25     Q    You mentioned, Dr. Nutter, on this figure,

Page 98

1  on the lower left-hand corner, the base map is

2  ESRI World Imagery, do you remember testifying to

3  that a moment ago?

4      A    I'm sorry, you were garbled, could you

5  repeat that.

6      Q    You testified earlier that the base

7  imagery of this figure is ESRI World Imagery, is

8  that right?

9      A    Yes.

10     Q    What is ESRI World Imagery?

11     A    Right now, my mind is blank, it's Earth, I

12 can't remember what the S stands for, Resource

13 Inventory.  It's a commercial operation that does

14 worldwide mapping and it is a source of air

15 photography and GIS databases; commonly used by land

16 use planners and most everybody that gets into

17 mapping.

18     Q    Is this like aerial imagery that someone

19 could get from Google Earth?

20     A    It would be similar what you get form

21 Google Earth, but ESRI, often times, their imagery

22 is sharper and it's more up to date.

23     Q    Basically, this is like a commercial

24 product that has aerial photographs that you are

25 able to download and use for the figure?

Page 99

1      A    Yes, the base map was ESRI and on top of

2  that is the FEMA map.

3      Q    If I want to figure out when the

4  photograph was taken, on this figure at least, I can

5  see on the bottom left hand-hand corner, ESRI World

6  Imagery, 2/15/21, is that the date of the

7  photograph?

8      A    Yes.

9      Q    By the way, does ESRI stand for

10 Enviromental Systems Research Institute?

11     A    There you go, that's correct, thank you.

12     Q    No problem.  Let me exit out of the

13 figures here again and go back to the report.  Can

14 you see Deposition Exhibit 72 on the screen?

15     A    Yes.

16     Q    So down little f, it refers to materials

17 used by the team, historic and current LiDAR imagery

18 and aerial photographs of Martin County, Florida, do

19 you see that?

20     A    Yes.

21     Q    Can you tell me what you mean by LiDAR

22 imagery?

23     A    LiDAR is remote sensing, these imageries

24 for 2016 and 2019 were obtained from Martin County

25 and they were obtained by Dr. Rains as I recall and

Page 100

1  her contacts in Martin County.

2      Q    What does LiDAR stand for?

3      A    Light Imagery Visual Radar, I am sorry, my

4  memory is flat today for all these documents.

5      Q    So this is -- Can you tell me how a LiDAR

6  image is created?

7      A    Yes, there is generally an aircraft with

8  special cameras, light penetrating radar, that then

9  basically gets a digital imagery of the surface, the

10 land surface, the vegetation and so forth and that

11 is converted to various software manipulations into

12 a digital map.

13     Q    Does a LiDAR image show just ground

14 elevation?

15     A    No, it can be, it will show elevation for

16 vegetation as well; in other words, the light beam

17 does not penetrate to vegetation.

18     Q    Does the vegetation have the effect of

19 screening the LiDAR so it is less active as to

20 ground elevation?

21     A    Yes.

22     Q    Do buildings and other structures affect

23 LiDAR?

24     A    Yes.

25     Q    Does LiDAR show water?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
101–104

Page 101

1    A    If it's clear vegetation, yes, it does
2   not penetrate water.
3    Q    So if I had LiDAR fly over -- If there is
4   a LiDAR plane flying over a pond, the LiDAR would
5   show the surface of the pond, it wouldn't show the
6   symmetry of the pond, right?
7    A    That's correct.
8    Q    What degree of accuracy is the LiDAR image
9   when it comes to ground elevation?
10         MR. ADKINS:  Objection.
11         THE WITNESS:  It can vary depending
12   on the parameters set with the imagery of the
13   equipment used; but, typically, it can be a couple
14   of centimeters, an inch or so if there is a no
15   interference with vegetation or something like that.
16   BY MR. MCALILEY:
17    Q    For the LiDAR images from Martin County
18   that you used in developing your report, what were
19   the parameters that were used for studying the
20   accuracy of the imagery?
21    A    You will have to refer to Dr. Rains and
22   Dr. Lee, they both worked on the LiDAR imagery.
23    Q    You don't know how accurate -- Let me
24   rephrase, you don't know the scale of accuracy of
25   the LiDAR images that you used as to the figures in

Page 102

1   the report, right?
2    A    I don't have that information on hand, no.
3    Q    If I want to ask questions about the LiDAR
4   images then, I should ask Dr. Lee and Dr. Rains?
5    A    Yes, that's right.
6    Q    Dr. Nutter, I am going to pull up on the
7   screen again Deposition Exhibit 73 and this is -- I
8   am showing you a figure, I can zoom in a little bit,
9   Figure V.D.1.a.4 and it says the 2019 Martin County
10   LiDAR showing the field located primary surface flow
11   path, do you see that on the bottom of the document?
12    A    Yes.
13    Q    Is this a figure that you put together?
14    A    It's a figure that our shop put together,
15   yes.  It is just taking the Martin County LiDAR and
16   using colors to indicate elevation of whatever the
17   light being the scene and then superimpose it on a
18   track.
19    Q    This is one of the figures that goes with
20   your portion of the report, right?
21    A    Yes.
22    Q    You don't -- As you sit here today, you
23   don't know the degree of accuracy of ground
24   elevations shown by the LiDAR in this figure,
25   correct?

Page 103

1    A    No, I wasn't using the accuracy of the
2   elevation.  What I did, if you want me to explain
3   how this was developed, I could do that, but the
4   elevation was not a factor in developing this
5   figure.
6    Q    Why don't I do it this, why don't I come
7   back to this later, I am going to go through the
8   report.  I just remembered this figure that you had
9   done so let me come back to this later.  Let's go
10   back to the report again, Figure 72, back to page
11   16, you see there is a reference in paragraph f, you
12   aerial photographs of Martin County, Florida?
13    A    Yes.
14    Q    What aerial photographs did you use for
15   Martin County, Florida other than the ESRI images
16   that we just talked about?
17    A    There was other aerial photography that
18   Dr. Lee and Mike Wylie used.  I did not use any of
19   the Martin County photographs.
20    Q    If I want to ask about the aerial
21   photographs, I should ask them, right?
22    A    Yes.
23    Q    I see also here in g, imagery from Google
24   Earth Pro, do you see that?
25    A    Yes.

Page 104

1    Q    Did you use Google Earth Pro in forming
2   your opinions?
3    A    I used Google Earth Pro to examine
4   historical aerial photography that was available
5   just to look at changes that had taken place with
6   aerial photographic record.  It was used as just
7   background information in terms of land use changes
8   and various things when certain things need to be
9   done, but it was just a general background
10   information to show the land use changes.  I made
11   no -- If you're asking me a question about
12   hydrology, no hydrologic interpretation or
13   conclusions made; obviously, I looked at changes and
14   things like taking place over time.
15    Q    What is the oldest aerial photograph of
16   the site that you have seen?
17    A    The oldest that we used was 1966 from
18   Google Earth I recall.  We had seen some earlier
19   photography, but it was very black and white and
20   very poor and I believe some of that had come from
21   Martin County, but I did not -- I might have glanced
22   at those, but I didn't use any of that imagery.
23    Q    Is it right, Dr. Nutter, that you don't
24   know what the site in reference area looked like
25   prior to 1966?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
105–108

Page 105

1    A   Only from my recollection looking at some
2  of the old photographs but that's correct.
3    Q   What is the oldest photograph that you
4  looked at --
5    A   I think that we were able to pull up on
6  the Martin County site one from around 1940, I
7  believe Dr. Lee had pulled those up and you might
8  ask them directly about those older photographs.
9    Q   Do you know whether the ditch network
10 includes the east/west and north/south ditch existed
11 in that photograph?
12   A   I'm sorry, can you repeat that.
13   Q   Do you know whether the ditch network that
14 we have been talking about and all these specific to
15 the east/west ditch and the north/south ditch are
16 shown in that early photograph that you just
17 referenced?
18   A   I don't think that they were, those
19 ditches were constructed some time after that, I
20 believe our best estimate was some time in the 50s,
21 early 60s perhaps.
22   Q   It sounds like if I want to know what
23 Dr. Lee saw in that 1940 photograph I should ask
24 him, right?
25   A   That's correct, yes.

Page 106

1    Q   I am in Deposition Exhibit 72, this is the
2  background materials.  Let me ask you, I see on
3  page 17, there is an entry for Martin County,
4  Florida website, what materials from the Martin
5  County website did you all rely upon in developing
6  your opinions?
7    A   I did not use that website, I believe
8  mostly that was done by Dr. Lee and Mike Wylie.
9    Q   If I go down here to Section 2, on page
10 17, it refers to document and electronically stored
11 information and this portion of the report says,
12 "Starting in April 2021, the DOJ Expert Team
13 reviewed background materials associated with the
14 Site.  In addition to the standard materials listed
15 immediately above, the DOJ Expert Team reviewed and
16 considered several types of materials that provided
17 context to evaluate Site conditions," did I read
18 that correctly?
19   A   Yes.
20   Q   What were the several types of materials
21 that were reviewed by the DOG Expert Team that
22 provided context to evaluate Site conditions?
23   A   That would include the delineation report
24 and notes and so forth from the wetland consultant.
25 It would include all of the materials that were

Page 107

1  listed above, aerial photographs of Google Earth
2  particularly referring more focused in on the Sharfi
3  site, it was -- those are what come to mind.
4    Q   Dr. Nutter, to your knowledge, has the
5  government produced to the Defendants copies of all
6  the materials considered by the experts in
7  developing their opinions?
8    A   Say that again.
9    Q   To your knowledge, has the government
10 produced to the Defendant all of the materials that
11 were relied upon by the DOJ expert team in
12 developing their opinions?
13   A   Well, if they produced it, we reviewed it.
14 I can't say that we received or they produced
15 everything, I don't know they had beyond what we
16 received.  We received a lot of documents produced
17 by the Defendants and also by the Plaintiffs in this
18 case.
19   Q   This document doesn't identify every
20 document that you considered in developing your
21 opinions, does it?
22   A   No.
23   Q   I can't figure out all the documents you
24 considered in developing your opinions from the
25 report, can I?

Page 108

1    A   Yes, I think you can, if you're referring
2  to some particular document, we refer to it and we
3  identify the Bates number.
4    Q   I asked you that question right at the
5  start of the deposition and you indicated that not
6  all the documents that you relied upon were
7  identified with a Bates number in the report, did I
8  remember that testimony correctly?
9    A   Yes, that's correct.
10   Q   I am trying to figure out whether, I am
11 trying to figure out what it is you relied upon and
12 whether I got it so I can review it.  It sounds
13 like, well, tell me how do I figure out all the
14 documents you relied upon in forming your opinion
15 and whether I got them?
16   A   If there was a document referred to in the
17 report that doesn't have a Bates number then the
18 reference to where it is located or where it
19 resides.
20   Q   The only document you relied upon are
21 those that are referred to in the report either with
22 a Bates number or otherwise, right?
23   A   That's correct.
24   Q   I want to go down to the interviews here,
25 let's go down this list here.  We already talked



Page 109

1  about your conversation with the rancher,
2  Mr. Hazellief.  Do you see here on page 17 of the
3  report, it indicates interviews and other contacts.
4  The first on the list is Chuck Olson and David
5  McIntosh, Bluefield Ranch Mitigation Bank, do you
6  see that?
7      A   Yes.
8      Q   Who are Mr. Olson and Mr. McIntosh?
9      A   They are officials with the Bluefield
10  Ranch Mitigation Bank and Dr. Lee interviewed them.
11  To my knowledge, he was the only one that spoke to
12  them.
13      Q   Their knowledge would relate to wetland
14  mitigation, right?
15      A   The mitigation bank, yes.
16      Q   Who is Dr. Mark Brown, University of
17  Florida Wetlands Center.
18      A   He is also a mitigation expert in Florida
19  Wetlands and Dr. Lee spoke to him.
20      Q   Then I see a reference to Dr. Ralph
21  Haugerud USGS, who is that?
22      A   He is an employee of the USGS assigned to
23  the University of Washington in Seattle.  He has
24  worked with Dr. Lee on other occasions interpreting
25  LiDAR and there was a contact with him to try to

Page 110

1  interpret the LiDAR maps that we have with respect
2  to seeing through the vegetation and Dr. Lee can
3  respond to questions about his input.
4      Q   Thank you, this is very helpful, it helps
5  me figure out what I don't have to ask you questions
6  about.  Mark Woodruff, Martin County Utilities,
7  August 2021 telephone interview, can you tell me
8  about Mr. Woodruff?
9      A   That was a conversation that Mike Wylie
10  had with Martin County and I don't know the context
11  of that conversation.  It had to do with some of
12  their issues with water quality and so forth that
13  Mike was developing.
14      Q   We talked about Mr. Hazellief already.
15      A   Right.
16      Q   Did you consider mapping, Dr. Nutter, that
17  is produced pursuant to the Florida Land Use Cover
18  Classification System?
19      A   That was all used primarily by Dr. Rains
20  and her analysis.
21      Q   Those are the so called flex maps, right?
22      A   Yes.
23      Q   You didn't rely on the flex maps in
24  forming your opinions on hydrology, right?
25      A   No.

Page 111

1      Q   What materials from the South Florida
2  Water Management District did you rely upon in
3  forming your opinion?
4      A   There wasn't anything that I recall from
5  the South Florida Water Management District that I
6  needed for my opinion or opinions.
7      Q   Did you use the South Florida Management
8  District's map of basins for Martin County as part
9  of developing your opinion?
10      A   Earlier on in the process, Mike Wylie in
11  terms of his developing background information
12  decided or he suggested that we use Basin 4 as our
13  study area so that he could use that to tie in all
14  the way from the upstream of Bessey Creek all the
15  way down to the Atlantic Ocean so that's how Basin 4
16  was utilized in defining the study area.  There was
17  discussions in his section about the occurrence
18  about various wetland types and land uses throughout
19  Basin 4.
20      Q   Dr. Nutter, have you gone out to try to
21  identify the boundaries of the watershed that feeds
22  into Bessey Creek?
23      A   No, in some places, it is bigger than
24  Basin 4.
25      Q   Can you just tell me, in general, what are

Page 112

1  the areas outside of Basin 4 that are also part of
2  the Bessey Creek watershed?
3      A   I know there is an arm to the southeast
4  reach what is called Bessey Creek also on the maps
5  which extends to the southeast which is outside of
6  Basin 4, a short reach outside of Basin 4.  There is
7  a lot of Basin 4 that is not -- that is outside the
8  watershed of Bessey Creek; again, the excavated
9  ditch that we're speaking of.
10      Q   Dr. Nutter, while we're on the topic, I am
11  going to put up on the screen what I have marked as
12  Deposition Exhibit No. 77.  I just put that up on
13  the screen, can you see it, sir?
14      A   Yes.
15          (Whereupon, Defendant's Exhibit No. 77 was
16  marked for identification.)
17  BY MR. MCALILEY:
18      Q   This is a document labeled drainage basins
19  for Martin County, Florida?
20      A   Yes.
21      Q   Have you seen this before?
22      A   I have.
23      Q   This is produced by the South Florida
24  Water Management District, isn't it?
25      A   Yes.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
113–116

Page 113

1    Q   This is their map of basins in
2  Martin County, correct?
3    A   Yes, they're not watersheds, they're
4  really management basins for the Water Management
5  District.
6    Q   This doesn't attempt to show all of the
7  area that drains into Bessey Creek in Basin 4?
8    A   No.
9    Q   Let me zoom in here and you can see Basin
10  4 more clearly, can you see it, I made it bigger
11  here so we can focus on Basin 4?
12    A   Yes.
13    Q   You can see on Exhibit 77 here lines that
14  look like a stream and next to it says Bessey Cr. do
15  you see it?
16    A   Yes.
17    Q   Does that represent Bessey Creek?
18    A   Yes.
19    Q   And so consistent with your testimony a
20  moment ago, there is a couple of these arms that go
21  outside of Basin 4, correct?
22    A   Yes, I think to the south, there is one
23  that goes to the southwest which goes into Basin 5
24  and then there is some in the north that go outside
25  of Basin 4.

Page 114

1    Q   This area to the north of Basin 4 is the
2  C23 basin, correct?
3    A   Yes.
4    Q   If I wanted to total up the total
5  watershed area that flows into the Bessey Creek, I
6  would need to look at a greater area than just
7  Basin 4, correct?
8    A   Yes.
9    Q   Have you gone and determined the overall
10  boundaries of the Bessey Creek watershed?
11    A   Not the entire part, I did look at the
12  topographic map, a USGS topographic map, to satisfy
13  myself that the basin area provided in the permit
14  application for the Hybrid Waste Treatment Facility
15  was reasonable and I found there was something on
16  the order of 4.2 square miles something like that,
17  twenty-seven acres or so, for just the excavated
18  channel that we're dealing with in this case of
19  Bessey Creek.
20    Q   The Hybrid Wetland Treatment Facility
21  treats all the water that comes down that east/west
22  ditch that you have been talking about, right?
23    A   It doesn't treat all of it, they withdraw
24  some and treat it in the wetlands and discharged
25  back into Bessey Creek.

Page 115

1    Q   But that Hybrid Wetland Treatment Facility
2  can pump a rate of 20CFFs, correct?
3    A   I believe that is correct.
4    Q   If the flow down of the east/west ditch is
5  greater than 20CFFS, it can't hold all that water,
6  right?
7    A   No, it bypasses.
8    Q   If the flow was less then 20CFFs, it can
9  treat all that water, right?
10    A   Yes, that's correct.  They also adjust
11  their pumping or so, it varies, but the total
12  capacity is 20CFFs.
13    Q   You would agree with me that other than in
14  very high flow conditions, that Hybrid Wetland
15  Treatment Facility treats all the water or virtually
16  all the water coming down the east/west ditch?
17         MR. ADKINS:  Objection, vague.
18         THE WITNESS:  Yes.
19  BY MR. MCALILEY:
20    Q   You looked at the watershed that leads
21  into the east/west ditch in relation to the Hybrid
22  Wetland Treatment Facility, correct?
23    A   Yes.
24    Q   But you haven't gone out to determine the
25  total area of the watershed that feeds into

Page 116

1  Bessey Creek in total, correct?
2         MR. ADKINS:  Objection, asked and
3  answered.
4         THE WITNESS:  You're referring to all
5  of the stream reaches that are shown on this map,
6  no, I did not.
7  BY MR. MCALILEY:
8    Q   Has Mr. Wylie gone out, to your knowledge,
9  and determined the total scope of the watershed of
10  Bessey Creek?
11    A   Go out in the field, no.
12    Q   Has he done it on a desktop exercise
13  identify the watershed --
14    A   You will have to ask him that question, I
15  don't know.
16         MR. MCALILEY:  I think I have been
17  going a little more than an hour since our last
18  break, would you like to take a break?
19         THE WITNESS:  It is almost noon, do
20  you want to take a quick lunch?
21         MR. MCALILEY:  We can do that if you
22  would like, it looks like you're hungry.
23         THE WITNESS:  If we can break for
24  lunch.
25         MR. MCALILEY:  That will be fine.  I



Page 117

1  want to make sure we finish today by five so my
2  request is that we make the lunch break not super
3  long, I am sure Brandon wants to try to get home
4  maybe tonight, would half an hour be too long, too
5  short, forty-five minutes or something like that?
6          THE WITNESS:  It is not too short and
7  not too long, half hour is fine.
8          MR. MCALILEY:  If that works for
9  everyone else, it's 11:52, let's say we come back
10  around 12:25, something like that.
11          THE VIDEOGRAPHER:  Going off the
12  video record, 11:53 a.m.
13          (Whereupon, a lunch break was taken.)
14          THE VIDEOGRAPHER:  We're now back on
15  12:31.
16  BY MR. MCALILEY:
17      Q    Dr. Nutter, I realized there was a
18  question I forget to ask you about an exhibit right
19  before lunch so I wanted to go back to it just
20  briefly.  I want to show you what I marked as
21  Deposition Exhibit 77, this is the basin map that
22  the Water Management District created for Martin
23  County, can you see that on the screen there?
24      A    Yes.
25      Q    Remember I asked you some questions about

Page 118

1  what is shown on Basin 4?
2      A    Yes.
3      Q    Would you agree with me that the site that
4  is the subject of this case is located in the
5  western area of Basin 4?
6      A    Yes.
7      Q    If I look at Exhibit 77, the site is
8  somewhere to the left of the letter B in Basin 4,
9  right?
10      A    Yes, to my recollection, that is correct.
11      Q    Would you agree with me that this Water
12  Management District map of basins of Martin County
13  does not show a branch of Bessey Creek going out in
14  that area of Basin 4 that is in the vicinity of the
15  site?
16      A    Correct, yes.
17      Q    That's a question I forgot to ask on that,
18  let me put that away.  I want to make sure we're on
19  the same page, the site that is at issue in this
20  case is approximately 9.92 acres, correct?
21      A    Yes.
22      Q    Let me put up the figures again and we can
23  use that as a reference, Deposition Exhibit 73 which
24  is the figure, I am going to figure II.B.2 which
25  seems to be a good general reference and the site on

Page 119

1  this figure is identified with that black and red
2  box, isn't that right?
3      A    Yes.
4      Q    And there is a zoom in on the right side
5  of the figure?
6      A    Yes.
7      Q    We already talked about the north/south
8  ditch what is depicted on this figure, right?
9      A    Yes.
10      Q    The north/south ditch runs along the
11  western boundary of the site and extends up toward
12  what we call the east/west ditch, right?
13      A    Yes.
14      Q    Am I right there also is a small ditch on
15  the northern boundary of the site?
16      A    Yes.
17      Q    And you have seen that small ditch when
18  you went out and did your site visits, right?
19      A    Yes.
20      Q    Can you describe that for me?
21      A    It's a ditch that is probably maybe two to
22  three feet wide varies in depth probably from two,
23  three feet as you go east beyond the site, it tapers
24  down to where it is no longer a ditch.  It is not a
25  continuous ditch, in other words, over to the

Page 120

1  north/south ditch on the east side of the reference
2  area.
3      Q    So that little ditch on the north side of
4  the site does not go west and connect to the ditch
5  along 84th Avenue?
6      A    It terminates just about where that symbol
7  is of the pond as I recall on the map.
8      Q    So I am looking at the zoomed in portion
9  of Figure II.B.2, the ditch we're talking about is
10  on the north side of the site, what is the eastern
11  most location of the ditch?
12      A    As I recall, it terminates somewhere close
13  to that where that pond is indicated on the USGS
14  map, right there, somewhere just a little bit of
15  west of that it terminates as I recall.
16      Q    On Figure II.B.2 in the zoomed in area to
17  the right of the site, there is the number 17 and
18  there is two ovals, so you're referring to the oval
19  that has the diagonal crosshatching as the small
20  pond?
21      A    Yes, I am referring to the more northern
22  pond; as I recall, that was an emergent pond that
23  had aquatic vegetation in it.
24      Q    Okay.  To your recollection, did that
25  east/west ditch that's along the northern boundary



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
121–124

Page 121

1  of the site go all the way to and connect with that
2  pond?
3      A   I don't think it connects, it goes into
4  the vicinity of it.  I don't recall it connecting to
5  the pond, it tapers out to it and just disappears.
6  You can still see that it has flowing water in the
7  pond because the vegetation doesn't actually connect
8  with a depth into that pond.
9      Q   Does that small ditch in the northern
10 boundary of the property cross over the north/south
11 ditch?
12     A   No.
13     Q   That small ditch in the northern boundary
14 of the property essentially drains into the
15 north/south ditch?
16     A   Yes.
17     Q   It's a small tributary of the north/south
18 ditch in a sense, right?
19     A   I wouldn't call it a tributary, it's just
20 a connecting ditch.
21     Q   That ditch on the northern boundary of the
22 site is smaller than the north/south ditch?
23     A   By all means, yes.
24     Q   So the north/south ditch is wider and
25 deeper than that ditch on the northern boundary of

Page 122

1  the site, correct?
2      A   Yes, that small ditch we're talking about
3  does not retain water to my observation.
4      Q   Okay.  You have been out doing site
5  investigations at the site in the referenced area
6  approximately four times, is that right?
7      A   Yes.
8      Q   If I want to know the date you were at the
9  site, there is a table that is attached to your
10 report that shows the dates that you're on the site,
11 correct?
12     A   Yes.
13     Q   Let me go there, I will exit out of the
14 figures and go down to Deposition Exhibit 74 which
15 is the tables.  Can you see Deposition Exhibit 74 on
16 the screen, Dr. Nutter?
17     A   Yes.
18     Q   This is Table IV.B.1.1, dates of field
19 visit, does this accurately describe the dates when
20 you and other members of the time were at the site
21 in the reference areas related to this case?
22     A   To the best of my knowledge, yes.
23     Q   You're the one person who was present at
24 all of the site visits from the DOJ team, right?
25     A   Yes.

Page 123

1      Q   When you made reference that when you saw
2  these ditches, it was during one of these visits
3  that is identified on Table IV.B.1.1, right?
4      A   Yes.
5      Q   The first time you visited to the site or
6  the reference area was in August of 2021?
7      A   Yes.
8      Q   And then you visited again in September of
9  2021?
10     A   Yes.
11     Q   You visited in October of 2021?
12     A   Yes.
13     Q   And the last time you went was in
14 December of '21, correct?
15     A   Yes.
16     Q   Am I correct that the last time you went
17 was pretty much to take out your monitoring well and
18 gauges and thing of that nature?
19     A   That's all we did, yes.
20     Q   You didn't go and do a full investigation
21 of conditions in the site?
22     A   No.
23     Q   I will stop sharing this document.  Before
24 I do that, let me just ask, you have never been to
25 the site or the reference area in the months of

Page 124

1  January through July, is that fair to say?
2      A   That's correct.
3      Q   You haven't seen what conditions are like
4  in those months of January through July of the year,
5  correct?
6      A   No.
7      Q   I am going back to the figures here,
8  Exhibit 73, I am back to Figure II.B.2.  We talked
9  about before lunch this figure and its
10 identification of the reference areas and I want to
11 turn to those reference areas now.  So those
12 reference areas are marked with, there is a green
13 color I think, or orange color for East Countess Joy
14 and there is the darker red color for the West
15 Countess Joy, am I getting that right?
16     A   Yes.
17     Q   So these are what you consider to be
18 reference areas, right?
19     A   Yes.
20     Q   What is a reference area?
21     A   A reference area is an area that
22 represents the geomorphic soil vegetation
23 characteristics of the subject study site and
24 hydrology.
25     Q   So referenced area is an area that



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
125–128

Page 125

1 represents the same soils and geomorphic conditions
2 and hydrology as the subject site, is that right?
3   A   Yes, it may contain more than that because
4 of the size of it.  It has the same similar
5 characteristics to access and reference.
6   Q   When you say similar characteristics, I
7 assume you are referring to characteristics before
8 the work was done on the site, right?
9   A   In terms of hydrology soils, geomorphic
10 configurations and so forth, yes.
11   Q   So the reference area represents similar
12 conditions to the site at least with regard to the
13 factors you just identified, hydrology, soils and
14 geomorphic conditions, right?
15   A   Yes.
16   Q   Just so I understand, you would agree with
17 me that the north/south ditch bisects the East
18 Countess Joy property?
19   A   Yes, that's correct.
20   Q   Would you agree with me that the east/west
21 ditch is approximately one thousand six hundred feet
22 north of the site?
23   A   Yes.
24   Q   And sixteen hundred feet is about a third
25 of a mile, correct?

Page 126

1   A   Yes.
2   Q   And if I go to the Countess Joy West
3 reference area, that is on the opposite side of
4 84th Avenue, right?
5   A   Yes.
6   Q   Would you agree with me that the eastern
7 boundary of the Countess Joy West reference area is
8 approximately fourteen hundred feet west of the
9 site?
10       MR. ADKINS:  Objection.
11       THE WITNESS:  I'm sorry, say that,
12 going to the west?
13 BY MR. MCALILEY:
14   Q   The closest location in the Countess Joy
15 West reference area is approximately one thousand
16 four hundred feet away from the closest spot in the
17 site?
18       MR. ADKINS:  Objection, foundation.
19       THE WITNESS:  Yes.
20 BY MR. MCALILEY:
21   Q   Would you agree with me that fourteen
22 hundred feet is around a quarter of a mile?
23   A   Yes.
24   Q   Would you agree with me that the western
25 boundary of the Countess Joy West reference area is

Page 127

1 approximately half a mile away from the site?
2       MR. ADKINS:  Objection.
3       THE WITNESS:  Yes.
4 BY MR. MCALILEY:
5   Q   Am I right that the northern boundary of
6 both the Countess Joy East and Countess Joy West
7 reference areas is the east/west ditch?
8   A   Yes.
9   Q   So tell me how it was that you came to
10 identify the Countess Joy East and West parcels as
11 the reference area?
12   A   Well, the east area -- When we first got
13 to the site, we walked over, spent a little bit of
14 time walking over to the site and identified it had
15 wetland characteristics to occur on the site.  The
16 West Countess Joy property served only as a
17 reference for our functional assessment, it was not
18 used in terms of comparing to the Sharfi site.
19 BY MR. MCALILEY:
20   Q   Let me ask you questions about the
21 drainage in the Countess Joy properties.  Let's
22 start with the Countess Joy East property so the
23 north/south ditch that we referred to that bisects
24 the Countess Joy property?
25   A   Yes.

Page 128

1   Q   Would you agree with me that the areas
2 near that north/south ditch on the Countess Joy East
3 property would drain toward that ditch?
4   A   Would you repeat that.
5   Q   Yes.  Would you agree with me that areas
6 in the Countess Joy East property that are near the
7 north/south ditch would tend to drain towards the
8 north/south ditch?
9       MR. ADKINS:  Objection, vague.
10       THE WITNESS:  Not necessarily, the
11 north/south ditch, water drains towards Bessey Creek
12 in other locations in addition to the north/south
13 ditch.
14 BY MR. MCALILEY:
15   Q   The areas that are adjacent to the
16 north/south ditch though, would you agree with me
17 that the closest ditch to them is the north/south
18 ditch?
19   A   Yes.
20   Q   If I look at this Figure II.B.2, I can see
21 on the eastern boundary of the Countess Joy East
22 property, there is another north/south ditch, right?
23   A   Yes.
24   Q   Would you agree with me that areas on the
25 eastern end of the Countess Joy East property that



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
129–132

Page 129

1  are closer to that ditch on the eastern boundary of
2  Countess Joy would tend to drain towards that ditch
3  as opposed to the north/south ditch?
4      A   Yes.
5      Q   If I go with the Countess Joy, hold on, if
6  I go to the west side of the Countess Joy East
7  property, the western boundary is 84th Avenue,
8  right?
9      A   Yes.
10      Q   There is a roadside ditch next to
11  84th Avenue, correct?
12      A   Yes, on both sides.
13      Q   On the Countess Joy East property, the
14  wetland that are adjacent to that ditch, that's in
15  the western side of the Countess Joy East property,
16  those would tend to drain towards that ditch along
17  84th Avenue, right?
18      A   They would tend to drain towards the ditch
19  or they tend to drain towards Bessey Creek, which
20  was identified, and also could during different
21  rainfall conditions drain toward the original
22  north/south ditch of Bessey Creek.  There are a
23  number of different outlets to Bessey Creek either
24  to the west or to the north.
25      Q   You just said that those areas on the

Page 130

1  western side of the Countess Joy East property would
2  drain to the original north/south ditch, are you
3  referring to the north/south ditch that goes right
4  by the site on the Countess Joy property?
5      A   Yes.
6      Q   You think that water sometimes flows from
7  the 84th Avenue ditches toward the site?
8      A   No, I implied that I was wrong, no, water
9  flows generally from on the Countess Joy property on
10  the west side of the north/south ditch, the water
11  tends to flow to the northwest and can exit at
12  locations in Bessey Creek or to the roadside ditch
13  along 84th Avenue.
14      Q   Have you gone out to try to identify which
15  areas in the Countess Joy East property drain to
16  which ditch?
17      A   Yes, I have not investigated the -- If
18  you're referring to all -- I have not investigated
19  flow to the eastern most ditch because we identified
20  earlier that the flow is going to the north and to
21  the northwest from the vicinity of the site.
22      Q   So the property in the eastern side of the
23  Countess Joy East reference area, at least some of
24  that drains toward that ditch that's on the eastern
25  boundary of that referenced area, right?

Page 131

1      MR. ADKINS:  Objection.
2      THE WITNESS:  I did not confirm that
3  because our flow vectors were all to the north and
4  to the northwest.
5  BY MR. MCALILEY:
6      Q   Did you conduct any kind of survey of
7  elevations across the Countess Joy East property so
8  you could identify with a very fine grain
9  topographical line that would show where each spot
10  on the property --
11      A   No, only in our flow pathways that we
12  identified of surveyed elevations.
13      Q   You surveyed elevations along the flow
14  pathway?
15      A   Yes.  I'm sorry, what was the last part of
16  your question?
17      Q   You conducted ground surveys of elevations
18  along the root of your flow pathway?
19      A   Yes.
20      Q   Let me go to that figure now just so I
21  understand.  I am now showing Figure IV.D.1.a.4,
22  this is the LiDAR map showing your flow pathway, can
23  you see that?
24      A   Yes.
25      MR. ADKINS:  I think you said IV, did

Page 132

1  you mean V?
2      MR. MCALILEY:  Thank you.  It's
3  Figure V.D.1.a.4.
4      THE WITNESS:  Yes.
5  BY MR. MCALILEY:
6      Q   The base of this figure is a LiDAR image,
7  correct?
8      A   Yes.
9      Q   If there are elevations that are shown in
10  the legend, it says elevation NAVD88 feet, you see
11  that?
12      A   Yes.
13      Q   And then it matches up colors, once again,
14  to the elevations, right?
15      A   Yes.
16      Q   All those elevations come from the LiDAR
17  image, correct?
18      A   Yes.
19      Q   Did you actually go out and survey, in any
20  other way, the ground elevations along the pathway
21  that you have identified in this figure?
22      A   Yes.
23      Q   Where do I find that data?
24      A   It's in the appendix, it's a large
25  spreadsheet, Appendix 6 or 7, maybe 7, all of our



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
133–136

Page 133

1  data are in spreadsheets that appendix.
2    Q  I see there is a number of blue dots here
3  on this figure, which the legend says field located
4  flow pathway, do you see the blue dots?
5    A  Yes.
6    Q  Did you survey the ground elevations of
7  each of those locations?
8    A  Where we could, yes, we had a little bit
9  of difficulty surveying every one of those points
10  over towards 84th Avenue because the vegetation was
11  so intense, but the blue points or the blue marker
12  or circles show where I dropped a flag and then we
13  came back later and surveyed those points to get the
14  track and also the elevations.
15    Q  So if I wanted to see what the ground
16  elevation is at each point, each blue dot, I need to
17  go into the appendix spreadsheet, Appendix 6 or 7
18  and look for it there, right?
19    A  Yes, yes.
20    Q  For the rest of the Countess Joy East
21  property, did you attempt to survey ground
22  elevations other than the use of the LiDAR to figure
23  out where the boundaries of different portions of
24  the site would drain to which ditch?
25    A  Well, the answer was no, let me clarify, I

Page 134

1  did not use LiDAR or any ground surface elevation
2  because it's modified by the vegetation. What I did
3  use the LiDAR map for because it clearly showed the
4  land forms on the old farming when it was Palm City
5  Farms, I guess they were trying to grow citrus and
6  shows some of the miles they planted the trees on, I
7  was using it only as a map that showed the
8  characteristics of the site but not for elevations.
9  Elevations are determined by the survey.
10    Q  I shouldn't focus on the elevations shown
11  in the LiDAR on this figure because you don't think
12  that is as accurate as you need to have --
13    A  They are mostly elevation of the
14  vegetation because the orange to the left of the
15  picture is all trees and vegetation. The important
16  part that I was trying to demonstrate was where the
17  north/south ditch was intercepted by an earlier
18  ditch where you see the track going to the west.
19  You can see white dots and those are many, many
20  years ago when they dug a ditch there, that ditch
21  intercepts the flow.
22    Q  So basically when I look at this LiDAR map
23  and I am looking across the open areas between the
24  ditches and I see different colors, what is showing
25  here is the height of the vegetation not necessarily

Page 135

1  of the ground, do I understand that right?
2    A  Well, it shows both where the ground
3  surface can be seen, like those white dots, those
4  are there, they have grass on them, there are some
5  ground elevations shown, some ground surfaces shown
6  there but not all.
7    Q  There is an area of the site where the
8  grass is higher, it is going to show the ground
9  elevation is higher than where the grass is a little
10  shorter, is that fair to say?
11    A  Yes, the areas where it is heavily grazed
12  so the grass isn't very high in most places.
13    Q  Have you gone out to try to identify
14  basically, I will call it the drainage watersheds,
15  where each of these flow paths in the Countess Joy
16  East property? What I mean by that to be very
17  clear, what is the area that drains to the flow path
18  that you depicted here on Figure V.D.1.a.4 or areas
19  that drain directly to the east/west ditch or areas
20  that drain directly to the ditch along
21  Southwest 84th Avenue?
22    A  Yes, this was a flow path that we
23  identified when we had water flowing over the
24  surface when we were on one of our early visits.
25    Q  Am I correct that you have not gone out to

Page 136

1  identify the specific acres within the Countess Joy
2  East site which drain to this flow path?
3          MR. ADKINS: Objection, misstates the
4  testimony.
5          THE WITNESS: No, I did not.
6  BY MR. MCALILEY:
7    Q  Did any member of your team do that?
8    A  No.
9    Q  So if I wanted to -- I know this is a very
10  fine scale here, if I wanted to look at the Countess
11  Joy East property and identify where is the boundary
12  on this property, the water flows to the north/south
13  ditch, water on the other side goes to some other
14  place, there is no such document that exists, is
15  that fair to say?
16          MR. ADKINS: Objection.
17          THE WITNESS: I think you might be
18  misconstruing the objective of what I was doing, I
19  was following a flow path of continuous water flow
20  from the north/south ditch to the vicinity of
21  Bessey Creek. In this particular case, it flowed
22  towards 84th Avenue and down the ditch into
23  Bessey Creek.
24  BY MR. MCALILEY:
25    Q  I am just asking, if I wanted to find out



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
137–140

Page 137

1  where on the Countess Joy East property water drains
2  to this flow path, you haven't gone to figure out
3  exactly where the watershed is that drains to this
4  flow path, that's all my question is?
5          MR. ADKINS:  Objection.
6          THE WITNESS:  No, I did.
7  BY MR. MCALILEY:
8      Q   If I look at the Countess Joy East
9  property on this figure and I go to the southwest
10  corner, right above the legend, am I right to assume
11  that the water there if it drains anywhere is
12  probably draining straight to the ditch along
13  84th Avenue?
14      A   Yes, it does flow towards the 84th Avenue
15  ditch.
16      Q   If I look at this figure and I look at the
17  area of the Countess Joy East property which is'
18  east of the north/south ditch -- Well, let me
19  rephrase this.  If I look at this figure, again, I
20  am at Figure V.D.1.a.4 and I look at this figure and
21  look at the areas of the Countess Joy East property
22  that is north of where your flow path crosses over
23  the pasture between the north/south ditch and
24  84th Avenue and east of the north/south ditch, am I
25  right in assuming that this back area does not drain

Page 138

1  into this flow path that you identified?
2      A   To that flow path, that would be correct,
3  it would discharge either directly to Bessey Creek
4  or into the north/south ditch.
5      Q   But I can't tell from this figure which
6  wetlands are adjacent to this flow path and drain to
7  this flow path, right?
8      A   The entire area of the flow path goes to
9  our wetlands.
10      Q   That wasn't my question, my question is
11  simpler, I can't tell from this figure which
12  wetlands around that flow path that you identified
13  actually drain to that flow path as opposed to some
14  other place, right?
15          MR. ADKINS:  Objection.
16          THE WITNESS:  Well, I guess I have to
17  say yes, but I think it is still mischaracterizing
18  the observation of water flowing in that direction.
19  That water flow, that flow path would be, as I
20  mentioned in the report 5' wide because it is
21  intersecting swales and wetlands, it's a continuity
22  of all these drainage features and wetland features
23  on the site.  It's a wide drainage area, this was
24  just the focus of the drainage.
25  BY MR. MCALILEY:

Page 139

1      Q   Dr. Nutter, we already established that
2  the entire Countess Joy East property does not drain
3  to this flow path you identified, right?
4      A   I would agree with that statement, yes.
5      Q   Okay.  I think we already established that
6  there is no figure that you or other members of your
7  team has created that would show which wetlands on
8  the Countess Joy East property drained into this
9  location, right?
10          MR. ADKINS:  Objection.
11          THE WITNESS:  That would be correct.
12  BY MR. MCALILEY:
13      Q   I can't tell from this figure that you
14  created which wetlands on the Countess Joy East site
15  drained to the flow path you identified, right?
16          MR. ADKINS:  Objection.
17          THE WITNESS:  As I pointed out, it's
18  all wetlands, we did not identify in all of our soil
19  investigation throughout the area anything that
20  wasn't a wetland.
21  BY MR. MCALILEY:
22      Q   So your testimony is that the entire
23  Countess Joy East site is a wetland?
24      A   No, I didn't say that.  I said there was
25  an upland particularly where that orange area, where

Page 140

1  the tree are, a lot of that is wetlands, but the
2  other area that would be, that is continuous and
3  adjoining and abutting this flow path are wetlands.
4      Q   I understand your testimony that the flow
5  path travels entirely through wetlands, I
6  understand.  What I am trying to figure out is are
7  the wetlands that are adjacent to the flow path on
8  either side, where is the limit of the adjacent
9  wetlands that would drain to your flow path as
10  opposed to draining to some other location because I
11  can't figure that out just by looking at this
12  figure, can I?
13      A   I think a better definition would be to go
14  to the map that shows where the soil investigations
15  were done, there was something fifteen, seventeen of
16  those, they were all wetlands and they were standard
17  all throughout that area.
18      Q   I am trying to figure out just where each
19  specific wetland drains to, whether it drains to
20  your flow path, whether it drains directly to the
21  east/west ditch, whether it drains to one of the
22  north/south ditches of the Countess Joy East
23  property, that is what I am trying to figure out.
24  Is there any place that I can look in the materials
25  that you and your team members have put together



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
141–144

Page 141

1  that would show me where each specific location on
2  the Countess Joy East property drains to?
3          MR. ADKINS:  Objection.
4          THE WITNESS:  As I pointed out, there
5  is one thing that shows different locations where we
6  identify drainage, well 6, the triangle showing 6,
7  that's an outlet right there in Bessey Ditch.  There
8  is another outlet where well 4 is.  If you go to the
9  north/south ditch and look just to the east just a
10  little bit south of Bessey Creek, you can see sort
11  of a curved line, that's another drainage going into
12  Bessey Creek.  My point is, it's all wetland, it is
13  not a specific wetland.  We identified this whole
14  area, at least in the proximity of where we are
15  talking about, are wetlands.  They might be swales,
16  they might be flat woods, they might be depressions
17  but they are all interconnected in wetlands.
18  BY MR. MCALILEY:
19      Q    Let me try this another way.  I use the
20  word watershed, is it a fair definition of a
21  watershed that every land that drains to a certain
22  stream or river or ditch or something of that
23  nature --
24      A    It would be an area abounded by a high
25  elevation that constitutes a drainage area.

Page 142

1      Q    Have you gone out to identify the
2  watershed for the north/south ditch that goes next
3  to the site and goes north under the Countess Joy
4  property?
5      A    Not specifically as you defined it, no.
6      Q    Have you gone out to identify the
7  watershed that drains to the 84th Avenue roadside
8  ditch?
9      A    No.
10      Q    Have you gone out to identify the
11  watershed that drains to the ditch on the far
12  eastern side of the Countess Joy East property?
13      A    As I pointed out earlier, no, I did not.
14      Q    You can't tell me how many acres of land;
15  for instance, are in the watershed for the water
16  flow pathway that you identified in this figure,
17  right?
18      A    No, I could easily determine that but I
19  did not do it.
20      Q    You could determine it but you haven't
21  gone to do that, right?
22      A    That's correct.
23      Q    Let's go back, detour, to the earlier
24  figure I had up on the screen, Figure II.B.2, which
25  is the USGS topographic map and the National

Page 143

1  Hydrography Dataset.  On the Countess Joy West
2  property, does any of that property drain to the
3  flow path that we just discussed that you have
4  gone --
5      A    No.
6      Q    The Countess Joy West property does not
7  drain to the flow path you identified for water
8  coming off the site, correct?
9      A    No, the only area of water would be the
10  water from the west flowing to Bessey ditch, Bessey
11  Creek and intermingling with the water coming off
12  the east area in Bessey Creek.
13      Q    So the connection would be an east/west
14  ditch?
15      A    Yes, that's correct.  Historically, before
16  84th Avenue was built, it flowed across into
17  Bessey Creek across what is now 84th Avenue.
18      Q    So you would agree with me that there is
19  no direct hydrological connection between the
20  Countess Joy East property and the Countess Joy West
21  property with the exception of the east/west ditch,
22  right?
23      A    That's correct.
24      Q    In your report, it identifies three other
25  reference areas, the landfill and two locations near

Page 144

1  the Martin Highway, is that right?
2      A    Yes.
3      Q    Can you tell me what the purpose of those
4  reference areas were?
5      A    Those reference areas along with the West
6  Countess Joy were for the functional assessment
7  analysis that was conducted by Dr. Lee.
8      Q    I am curious, why did you not identify
9  areas north of the east/west ditch as a reference
10  area?
11      A    Well, the site on the landfill is north of
12  the Bessey Creek.
13      Q    When I say north, I guess I am referring
14  to directly north of the site.
15      A    There wasn't a direct hydrologic
16  connection so we didn't see the need to go across
17  Bessey Creek, we were primarily concerned with what
18  our hydrologic connections were to the site not
19  interrupted by another feature.
20      Q    There is no direct hydrological connection
21  between the area north of the east/west ditch and
22  the site other than the east/west ditch itself,
23  right?
24      A    That's correct.  Excuse me, make one point
25  of clarification, during a flood, there might be



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
145–148

Page 145

1  flood waters on both sides of Bessey Creek and there
2  would be a hydrologic connection then; but, under
3  normal circumstances, no.
4      Q    When you say a flood, we're talking like a
5  catastrophic flood after a hurricane?
6      A    Correct, right.
7      Q    Under that criteria, all of the area
8  around Martin Highway could flood, there would be a
9  hydrologic connection, right?
10     A    Correct.
11     Q    Why didn't you identify the property
12  immediately east of the site of the reference area?
13     A    Well, our purpose in developing the
14  reference area was a reference area for the site and
15  hydrologic connections. In our investigation of the
16  site, when we first went out there and walked all
17  over and did our soil investigation and looking at
18  maps, we focused on the north/south ditch and this
19  relationship.
20     Q    Did you all ever go out on that property
21  east of the site?
22     A    Beyond the Countess Joy?
23     Q    Correct.
24     A    Not beyond the ditch that is on the east
25  side, I have walked over that eastern side of the

Page 146

1  Countess Joy site, yes.
2      Q    Just to be more clear, I guess I am also
3  referring to the site that is immediately east of
4  the site owned by the Defendants and south of the
5  Countess Joy property, there is some buildings on it
6  and animals grazing on it, that area.
7      A    No, I did not.
8      Q    Based on the historical aerial photographs
9  in the report, that area looked very similar to the
10  site at one point, wouldn't you agree?
11     A    Our conclusion was because of the homes
12  and various structures built there, it was not
13  representative of what was on the Sharfi site before
14  the activity started.
15     Q    My question was a little different, before
16  the homes and the development of that site, east of
17  the site, were done, the aerial photographs indicate
18  it looked pretty much the same as the undisturbed
19  site, itself, before the work was done?
20     A    I can't recall exactly, but I know we
21  looked at the soil maps and the soil maps did not
22  indicate the presence of hydric soils.
23     Q    The soil maps could have been done after
24  that site was filled and houses were built, right?
25     A    Possibly, I don't know, I can't answer

Page 147

1  that question.
2      Q    Do you know when that property east of the
3  site was developed by the owners?
4      A    No, I can't recall from the aerial
5  photographs that I looked at.
6      Q    Do you know whether they ever got permits
7  from the U.S. Army Corps of Engineers to do work in
8  wetlands there?
9      A    I have no idea.
10     Q    I am going to ask the same question about
11  the property immediately west of the site where
12  there are some greenhouses on it, did you ever go
13  over into that property as part of your
14  investigations?
15     A    No.
16     Q    Do you know when those greenhouses and
17  other structures were constructed?
18     A    I recall seeing aerial photographs when
19  they weren't there, I can't recall just exactly when
20  that happened.
21     Q    Let me go back to the report now and I
22  want to turn to a section that I believe you wrote,
23  on page 19. Do you see on the screen Deposition
24  Exhibit 72, it's page 19?
25     A    Yes.

Page 148

1      Q    Do you see there is a section there
2  2. Reference Area Study Methods a. Hydrology?
3      A    Yes.
4      Q    This is one of the sections of the report
5  that you wrote, right?
6      A    Yes.
7      Q    I am going to scroll down a little bit to
8  page 23 here. Do you see Section 3 Site Study
9  Methods a. Hydrology, you wrote that section too,
10  right?
11     A    Yes.
12     Q    So these two sections describe the site
13  study methods that you engaged in to evaluate the
14  hydrology of the site and the reference area, right?
15     A    Yes, this section deals with just site,
16  the previous section dealt with the reference area.
17     Q    Correct. Let me ask some general
18  questions and put a figure up. Am I right that when
19  you went to the site and the reference area, you
20  installed groundwater monitor wells?
21     A    Yes.
22     Q    Am I right that you also installed some
23  surface water monitoring gauges in the reference
24  area?
25     A    Yes.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
149–152

Page 149

1    Q    Are there any other scientific
2  investigations of hydrology that you conducted on
3  either the site or the reference area other than the
4  installation of the monitoring wells and the surface
5  water gauges?
6    A    No.
7    Q    So what I would like to do --
8    A    I will back up, I did observe, when holes
9  were dug in the soil investigation, where the water
10  treatment was, that was recorded in the notes.
11    Q    But the data was all generated from your
12  ground monitoring wells and your surface water
13  gauges, right?
14    A    Yes.
15    Q    Let me exit out of the report and go back
16  to the figures here.  I just put up Deposition
17  Exhibit No. 73 and I turn to figure IV.B.2.a.1.  Am
18  I right that this figure shows the location of the
19  monitoring wells and the surface water gauges that
20  you installed as part of your investigation?
21    A    Yes.
22    Q    Are there any other monitoring wells or
23  surface water gauges that you installed that are not
24  shown on this figure?
25    A    No.

Page 150

1    Q    Let me start by asking you this, this
2  figure doesn't show the flow path that you
3  identified in the other figure we were just looking
4  at, right?
5    A    No.
6    Q    Am I right that you did not install, other
7  than maybe monitoring well number 5, you did not
8  install any monitoring wells along the route of your
9  pathway between monitoring well 5 and approximately
10  monitoring well 3?
11    A    Well 7 is in the photograph.
12    Q    Monitoring well 7 is at the exit point of
13  your pathway to the ditch along 84th Avenue, right?
14    A    Yes.
15    Q    Monitoring well 5 is along the pathway
16  that you identified as well, correct?
17    A    Yes, and monitoring well 6 is on the edge
18  of that pathway, although the pathway is a single
19  line, that indicated the flow path was much wider so
20  well 6 be on that flow path that I mapped, but
21  it is also along another flow path that goes into
22  Bessey Creek that we identified.
23    Q    But you have no monitoring wells in the
24  pathway between monitoring well 5 until you get down
25  to the vicinity of monitoring well 3, correct?

Page 151

1    A    Well 3, just south of the Sharfi site
2  would be considered to be in that pathway because it
3  is next to the north/south ditch.
4    Q    Well 3 is actually not in the pathway
5  because it is not in the ditch there?
6    A    That's correct.
7    Q    I am just trying to establish, you don't
8  have any monitoring wells or surface water gauges in
9  the pathway between gauge 1 shown on this figure
10  until I get up to monitoring well number 5, is that
11  right?
12    A    That's right.  I would add that had I had
13  the opportunity to put in additional wells, I would
14  have done that as I learned more about the site.  We
15  are restricted to a certain number of wells, no more
16  than 6 by the property owner.  We had to go back and
17  get permission to put in well number 7, we were
18  restricted the number of wells so I had to do the
19  first site visit to get all the wells in place.
20        MR. ADKINS:  Is the question in
21  respect to the flow pathway?  It cut out a little
22  bit.
23        MR. MCALILEY:  Yes, I think he
24  answered the question, Brandon.
25        MR. ADKINS:  I couldn't hear it, was

Page 152

1  your question asking about wells in the flow
2  pathway, is that what you were saying?
3        MR. MCALILEY:  Yes, and any other
4  monitoring site.
5  BY MR. MCALILEY:
6    Q    Dr. Nutter, let me just follow up, you
7  said the property owner restricted you, you're not
8  referring to the Defendants here, you're referring
9  to whoever owns the Countess Joy property, right?
10    A    That's right, there was an agreement that
11  was made with that property.
12    Q    Okay, I see.  You also didn't install any
13  kind of surface water gauge along the flow water
14  path that you identified with the exception of gauge
15  number 1 which is in the north/south ditch, is that
16  fair?
17    A    That's correct, but the water, surface
18  water flow gauge, would not have been possible as
19  constructed in the others because the water might
20  only be a couple of inches deep or just an inch deep
21  at times, it was not continuous.
22    Q    This flow water path that you identified,
23  it doesn't have a define channel to it, does it?
24    A    It is not channelized, it is not part of
25  the north/south ditch.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
153–156

Page 153

1    Q    So this flow water pathway between the
2 north/south ditch and 84th Avenue is not
3 channelized, is it?
4    A    No.
5    Q    It has no ordinary high watermark either,
6 right?
7    A    No.
8    Q    How wide is it?
9    A    It had directionally oriented vegetation
10 and flowing water an inch or two deep, whatever the
11 case was following the rainfall.
12    Q    How wide was this pathway across the
13 pasture between the north/south ditch and
14 84th Avenue?
15    A    Well, as I mentioned, it was a coalescent
16 of all these swales and flat wood wetland features
17 and I tried to walk down what I consider to be the
18 middle of this coalescing flow and it was
19 directionally oriented vegetation or ponded areas
20 around well 5 and other places where water was
21 ponding and those were all interconnected with
22 flowing water when I outlined this flow path.
23    Q    It sounds like it was a narrow area at
24 some point or a broad area at some point?
25    A    It could be fifty feet wide and perhaps as

Page 154

1 much as seventy-five to one hundred feet wide in
2 some places.
3    Q    Essentially, what you're describing is
4 water pouring out over the pasture into a sheet
5 between the north/south ditch and 84th Avenue, is
6 that fair?
7    A    You say as a sheet?
8    Q    Yes.
9    A    In places it was sheet flow and other
10 places it was a little deeper.
11    Q    What was the deepest depth of the water
12 that you saw in the flow path between the
13 north/south ditch and 84th Avenue?
14    A    I would have to go back, somewhere around
15 eighteen inches, twelve inches deep in that
16 particular area.
17    Q    What was the shallowest that the water was
18 in the flow path?
19    A    Maybe an inch of so or two, it's flowing
20 through vegetation, resistance to flow, some places
21 it would be deeper, I would say usually around an
22 inch or so.
23    Q    How fast was the water moving?
24    A    In some places, you could see the water
25 moving fast; other places, it was flowing slower, I

Page 155

1 took the time to visually determine water was
2 flowing.
3    Q    You didn't measure the rate of flow in the
4 pathway, right?
5    A    No, I did not.
6    Q    You can't tell me what the rate of flow
7 was in terms of cubic feet per second, can you?
8        MR. ADKINS:  Objection.
9        THE WITNESS:  Actually, the deeper
10 sections, the flow rate would be slower; as the
11 water became concentrated, the water became faster.
12 BY MR. MCALILEY:
13    Q    Let me go back.  You already established
14 you were out in the reference area a total of four
15 times, right?
16    A    Yes.
17    Q    And the first time you were out at the
18 site was August, is that correct?
19    A    Yes.
20    Q    So when is it that you saw the water
21 flowing on the flow path?
22    A    I saw it, I hadn't put it all together on
23 those days we were on the site because we
24 investigated the first day the entire site looking
25 at soils and just the overall landscape condition.

Page 156

1 The second day, put in wells and was following the
2 geometry of the landscape, if you will, the second
3 day and the next visits I made which I actually
4 mapped out the flow path.
5    Q    Am I correct to understand that the time
6 you saw the water flowing in the flow path was when
7 you went in August and again in September of 2021?
8    A    Yes.
9    Q    Did you go and look at the flow path when
10 you visited in October of 2021?
11    A    I looked at it, but I traversed the whole
12 area again.  There was ponded water, I could not
13 establish at that time a continuous flow path.
14 There was evidence of flow because in some places
15 grass and leaves had accumulated, there was a little
16 dam, vegetation would be oriented indicating it was
17 a velocity.
18    Q    So you saw it flowing in August and
19 September, but you did not see it flowing through
20 the flow path in October, correct?
21    A    That's correct, yes.
22    Q    When you went back in December of 2021 to
23 remove the instruments, what did you find in the
24 flow path?
25    A    No real changes other than the cattle



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
157–160

Page 157

1 mucking around. My objective there was to remove
2 all the wells in one day, we had one day in which we
3 had access to the site and the purpose was just to
4 take out the wells.
5     Q    When you went in October, you didn't see
6 the water actually flowing in the flow path, you
7 just saw ponded water, correct?
8     A    Yes.
9     Q    When you went in December, were the
10 conditions similar to what you had seen in October?
11     A    No, well, the visual signs were there, but
12 the water was not as common because we had been
13 through a drought for about two months. It hadn't
14 rained any significant amount and it was declared
15 what we call a drought and my purpose was just to
16 remove the wells.
17     Q    Just to be clear, there was less water in
18 the vicinity of the flow path in December of 2021
19 when you visited compared to October of 2021, right?
20     A    That's correct.
21     Q    In December of 2021, you did not see any
22 water flowing to that flow path, did you?
23     A    Not flowing, I saw water in some places
24 but not flowing, that's correct.
25     Q    Did you actually see continuous flow from

Page 158

1 the site all along that flow path that you
2 identified?
3     A    Yes, starting with the north/south ditch.
4     Q    Did you track water going all the way from
5 the north/south ditch where it is next to the site
6 and follow that water along the flow path?
7     A    Yes.
8     Q    How did you do that?
9     A    As I indicated, I walked it, I started, I
10 have found, from my past experience, it is much
11 better to walk upstream so I started -- By this
12 time, I identified that 84th Avenue, we were -- In
13 my transversing across the site, I knew there had to
14 be some other outlet and so we started walking along
15 84th Avenue and identifying some potential outlets
16 so I identified that and investigated it and I
17 started at 84th Avenue and walked upstream because
18 you can see vegetation and other things that are
19 characteristic of water flowing much easier by
20 walking upstream.
21     Q    Did you ever conduct any tracer study,
22 trace water from the site to see where it goes?
23     A    No, we did not have opportunity beyond
24 either site to do that.
25     Q    Had you gone out to calculate what

Page 159

1 percentage of the water you saw in the flow path
2 originated from the site?
3     A    No.
4     Q    That flow path is collecting water from
5 the whole Countess Joy, not the whole but a portion
6 of the Countess Joy East property, right?
7     A    And from the southern extent of the
8 north/south ditch on the west side of the site, yes.
9     Q    So the water that you were observing
10 wasn't all coming from the site, some of it was just
11 coming from the Countess Joy East property, right?
12     A    That's correct.
13     Q    How many days a year do you believe there
14 is continuous flowing water from that flow path from
15 the site at 84th Avenue?
16         MR. ADKINS:  Objection.
17         THE WITNESS:  I would have to guess,
18 I am not in a position to do that, but I think that
19 under normal rainfall conditions that occurs from
20 what I saw ponded water and soils, it occurs on a
21 frequent basis primarily during the wet season which
22 the wet season didn't develop into much of a wet
23 season this particular year 2021.
24 BY MR. MCALILEY:
25     Q    That's a guess, right, you characterize

Page 160

1 that answer as a guess, is that right?
2     A    Not a guess on the amount of rainfall, our
3 ground water monitoring wells on the reference area
4 showed pretty much whenever it rained, as the water
5 level was above the service or below the surface.
6     Q    Your answer about how many days a year you
7 think there is a continuous flow of water through
8 that pathway, you don't know, right?
9         MR. ADKINS:  Objection.
10         THE WITNESS:  It would be my
11 professional judgment.
12 BY MR. MCALILEY:
13     Q    You don't know, you described earlier when
14 I asked you that question that you would just have
15 to guess as to how many days a year there would be
16 continuous flow of water to that flow path, right?
17         MR. ADKINS:  Objection, asked and
18 answered.
19         THE WITNESS:  I don't think I used
20 the word guess.
21         MR. MCALILEY:  We can look at the
22 transcript and the video.
23 BY MR. MCALILEY:
24     Q    Can you tell me how many days, in 2021,
25 there was a continuous flow of water through that



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
161–164

Page 161

1  flow path from the site to the 84th Avenue ditch?
2      A    I can only respond to that in terms of
3  times I was there.
4      Q    You saw it on two occasions water flowing
5  in September and October, that's all you can testify
6  to, right?
7      A    August and September.
8      Q    I'm sorry, you're right, you're exactly
9  right, you only saw the water flowing in that flow
10  path in August and September of '21?
11      A    And I saw a discontinuous flow, when I say
12  discontinuous, there was ponded water or water on
13  the surface but not continuous when I was there in
14  October.
15      Q    But in October, you're seeing some ponded
16  water on the surface, that could simply be water
17  sitting in the flow path, it doesn't mean water was
18  flowing through the flow way, right?
19      A    I didn't say that it was, right, that's
20  surface water.
21      Q    The wet season, in South Florida, runs
22  from approximately June until the end of October or
23  potentially the middle of November, would you agree
24  with that?
25      A    Yes.

Page 162

1      Q    You don't live here, right, in South
2  Florida?
3      A    I studied the rainfall records and looked,
4  what you said is generally the case, it wasn't the
5  case necessarily this year.
6      Q    Dr. Nutter, water levels tend to be at
7  their lowest point at the beginning of the wet
8  season, do you agree with that?
9      A    Yes.
10      Q    And the water levels tend to be at their
11  highest point at the end of the wet season, correct?
12      A    Yes.
13      Q    So you were there in August of 2021, that
14  was in the heart of the wet season, right?
15      A    Yes.
16      Q    And September and October were also the
17  end of the wet season, correct?
18      A    Yes.
19      Q    And then December of 2021, when you went
20  out there to remove the instrument, that's the
21  beginning of the dry season, right?
22      A    Yes.
23      Q    The beginning of he dry season, water
24  levels still tend to be high on average in South
25  Florida, correct?

Page 163

1      A    Yes, if you had normal rainfall.
2      Q    You would agree with me, Dr. Nutter, that
3  in South Florida, most rainfall comes in the form of
4  thunderstorms, right?
5          MR. ADKINS:  Objection.
6          THE WITNESS:  Yes.
7  BY MR. MCALILEY:
8      Q    And thunderstorms can be highly localized
9  where the rainfall is, isn't that true?
10      A    Yes.
11      Q    I don't know what it is like in
12  North Georgia, I would guess a little different than
13  down here, you can be in a location and it can be
14  pouring cats and dogs on you and a few miles away,
15  the sun is out, isn't that right?
16          MR. ADKINS:  Objection.
17          THE WITNESS:  The same thing here,
18  pretty common in thunderstorms.
19  BY MR. MCALILEY:
20      Q    The rainfall records that you used in your
21  report were rainfall records from Stuart, correct?
22      A    No, that was only in terms of using the
23  antecedent precipitation tool, the rainfall was only
24  used for observing our monitoring well data and was
25  at a site that was just a couple of miles away.

Page 164

1      Q    Which site did you use when you were using
2  that with your monitoring level data?
3      A    I can't remember, there were Palm City or
4  Palm from there to the east and I would have to -- I
5  can't recall the exact number, but it is identified
6  in our data sheets.
7      Q    The rainfall station that you used, these
8  Palm stations, they're located a few miles away from
9  the site, isn't that correct?
10          MR. ADKINS:  Objection.
11          THE WITNESS:  Yes, that's correct.
12  BY MR. MCALILEY:
13      Q    Are you also aware that in
14  South Florida there tend to be more thunderstorms
15  inland than along the coast due to heating affects
16  of the land?
17          MR. ADKINS:  Objection.
18          THE WITNESS:  Yes.
19  BY MR. MCALILEY:
20      Q    There can be some times a significant
21  difference in rainfall between a site inland and a
22  site closer to the coast, right?
23      A    Our monitoring wells particularly in the
24  reference area serve pretty much a rain gauge
25  because every time any of the rain occurred, they



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
165–168

Page 165

1 would respond and the records show that they pretty
2 much coincide with the rainfall we were getting just
3 a few miles away.
4     Q   My question was, you would agree that in
5 South Florida there can be a significant difference
6 in the amount of rain a couple of miles inland from
7 a weather station that is closer to the coast?
8     A   Agreed, certainly, yes.
9     Q   Let's go back to the gauges here.  So the
10 groundwater wells and the surface water gauges were
11 installed in August and September of 2021, is that
12 correct?
13     A   Yes.
14     Q   That's, again, during the wet season,
15 right?
16     A   Yes.
17     Q   That's when water levels typically are at
18 the highest, right?
19     A   Yes.
20     Q   And you moved the ground water monitoring
21 wells and surface water gauges December of '21,
22 right?
23     A   Yes.
24     Q   Once again, that is shortly after the wet
25 season ended, correct?

Page 166

1     A   Yes, but not this particular year, that's
2 generally true.
3     Q   Your monitoring well and surface water
4 data does not show a dry season condition, does it?
5     A   We had a period of time in November going
6 into December where the groundwater levels dropped
7 and without any rainfall, they dropped in the
8 reference area, as I recall, most of them stayed
9 within a foot of the surface or close by.  The
10 surface water at least where we had the wells was
11 gone, water table would rise close to the surface or
12 above the surface after a rainfall would drop again
13 but it remained for the most part.
14     Q   Dr. Nutter, my question was, you don't
15 have any data from the dry season at the site of the
16 reference area, do you?
17     A   What I am referring to we had a period of
18 very little rainfall considered to be a local
19 drought.
20     Q   Sir, you don't live locally in the area,
21 do you?
22     A   No, but I used the antecedent
23 precipitation tool that is used by the Corps of
24 Engineers to evaluate rainfall records.
25     Q   Dr. Nutter, would you agree with me in

Page 167

1 South Florida, the dry season is widely understood
2 to run from December until the end of May to the
3 beginning of June?
4         MR. ADKINS:  Objection.
5         THE WITNESS:  Yes.
6 BY MR. MCALILEY:
7     Q   You have no data in the period of January
8 through July those months of the year, do you?
9     A   No.
10     Q   Let's go to this antecedent precipitation
11 tool if I can find it here.
12     A   It's more towards the earlier part of the
13 figures.
14     Q   Deposition Exhibit 73, I am looking at
15 Figure III.B.2.1, this figure shows the site in
16 relation to the weather station, correct?
17     A   The weather stations were used in the APT.
18     Q   Am I right the antecedent precipitation
19 tool used data from the Stuart station as shown on
20 Figure III.B.2.1?
21     Would you repeat that question.
22     Q   Would you agree with me that the
23 antecedent precipitation tool relied on data from
24 the Stuart weather station as depicted on
25 Figure III.B.2.1?

Page 168

1     A   It relied on all those stations that are
2 shown there.
3     Q   I want to go back to the report which is
4 Exhibit 72.  Can you see Exhibit 72 which is the
5 report, page 6?
6     A   Yes.
7     Q   I want to draw your attention to the last
8 paragraph and I will highlight here just so we can
9 see.  It says, "Mean annual climatic data are
10 summarized for the study area in the NRCS "WETS"
11 table (Table III.B.2.1) compiled for the National
12 Oceanographic and Atmospheric Administration station
13 at Stuart, Florida," do you see that statement?
14     A   Yes.
15     Q   Did I read that correctly?
16     A   Yes.
17     Q   Is that a true and correct statement?
18     A   Yes, I mean that's the definition of WETS.
19     Q   Let me go back to the figure here.  If I
20 got to Figure III.B.2.1, it shows the Stuart weather
21 station on it, correct?
22     A   Yes.
23     Q   If I go to the next figure, this is
24 Figure III.B.3.1, this is the antecedent
25 precipitation tool, correct?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
169–172

Page 169

1    A   Yes.

2    Q   Do you see there is a blue line on this

3  graph?

4    A   Yes.

5    Q   Which station is that daily total shown

6  on?

7    A   I'm sorry, say that again.

8    Q   From which station data is that blue line

9  showing for daily rainfall?

10    A   That is the compilation of all the

11  rainfall that was collected at those different

12  stations.  The west analysis that you showed is

13  different than the antecedent precipitation

14  analysis.  The antecedent precipitation tool is

15  designed to use available rainfall within the

16  region, it's all focused to the east of the site.

17    Q   Somebody went through and got the daily

18  rainfall data from all these weather stations listed

19  on this Figure III.B.3.1 and totaled up the rainfall

20  and then averaged it for purposes of developing the

21  blue line on that figure?

22    A   The blue line shows the departure from

23  normal, normal is the yellow line, that shows the

24  departure from normal.  So when there was a rainfall

25  collectively the averaging for let's say in early

Page 170

1  August, that caused the rolling average of rainfall

2  to increase and was above the normal rainfall.

3  There wasn't any significant rainfall for a while

4  and it dropped down to where the rainfall was less

5  than the normal and the analysis that is pointed out

6  here, it was considered to be dryer than normal.

7  And there was rainfall in mid November that caused

8  the antecedent precipitation to become in the normal

9  range and it's intercepted with that yellow area.

10    Q   Dr. Nutter, if I look at Figure III.B.3.1,

11  there are two axises on the graph, right?

12    A   Yes.

13    Q   The horizontal axis is time?

14    A   Yes.

15    Q   The vertical axis is rainfall in inches?

16    A   Yes.

17    Q   Am I wrong in understanding the blue line

18  to represent daily rainfall in inches?

19    A   No, the daily rainfall are the bars along

20  the bottom of the graph.

21    Q   I see.  So the blue line is the thirty day

22  rolling total?

23    A   Yes.

24    Q   This is a great example of where my

25  colorblindness has got me again.  The legend on the

Page 171

1  top right, that's the thirty day rolling total.

2    A   I have a son who is colorblind so I

3  sympathize.  Unfortunately, all things today are in

4  color where it used to be everything was black and

5  white.

6    Q   And there is crosshatching and different

7  lines and numerous things, I can figure that out,

8  the other stuff is hard.  Maybe this is a good time

9  to take a short break?

10    A   Sure.

11        THE VIDEOGRAPHER:  Going off the

12  video record, 1:54 p.m.

13        (Whereupon, a brief recess was

14  taken.)

15        THE VIDEOGRAPHER:  Back on the video

16  record, 2:04 p.m.

17  BY MR. MCALILEY:

18    Q   Dr. Nutter, we talked about the monitoring

19  well stations and surface water gauges that

20  installed on the site and the reference area, am I

21  correct that you collected the data which you

22  collected on an Excel spreadsheet?

23    A   Yes, the data are electronically logged

24  and we download those data into a spreadsheet and we

25  make the conversions for barometric pressure and it

Page 172

1  remains on the spreadsheet, yes.

2    Q   I would like to show you what I marked as

3  Deposition Exhibit 76, this is an Excel spreadsheet,

4  do you see that on the screen, sir?

5    A   Yes.

6        (Whereupon, Defendant's Exhibit No. 76 was

7  marked for identification.)

8  BY MR. MCALILEY:

9    Q   It is labeled USvSharfi hydrology

10  database, do you see that?

11    A   Yes.

12    Q   Is this the Excel database you collected

13  the data that you collect at the site in the

14  reference area?

15    A   This is the results of the survey, this is

16  not the water level data.

17    Q   There are several tabs here in this

18  database, there is a tab for well specs and there

19  are other tabs; for instance, if I was to go to one

20  that says A5, this would give me water level data,

21  right?

22    A   Yes.

23    Q   I will go back to the first tab here, this

24  is essentially where you collected all of your data

25  that you collected where I can use it as a



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
173–176

Page 173

1 reference, is that fair to say?

2    A    Yes, you can only measure, when you

3 measure the water depth, you measure to the top of

4 the casing, the TOC and then we measure it at the

5 ground level.

6    Q    Is there any other document that I should

7 be looking at if I want to see all the data that you

8 collected related to this case?

9    A    No, this is it.  Now there is another set

10 of spreadsheets which are on a survey data but this

11 has some of the survey data in it, these are all the

12 wells and gauges.

13         MR. ADKINS:  I heard the videographer

14 mention that we had a new joiner, I see there are

15 now eleven participants, we're doing another check

16 of who is present at this deposition.

17         MR. MCALILEY:  I will say my client,

18 Ben Sharfi is now listening, he is entitled to

19 listen as he is a party and also my associate

20 Michael Zilber who was introduced before and

21 Dr. Michael Dennis who you know is one of our

22 experts.  Ever other appearance was made.

23         MR. ADKINS:  Did they join recently

24 or have they been on the entirety of the deposition?

25         MR. MCALILEY:  I think Mr. Sharfi

Page 174

1 just joined.  I have not been looking at who is on

2 the video, I have been looking at the documents and

3 the witness, I can't tell you when everybody joined.

4 I think the record can reflect that Mr. Sharfi and

5 Dr. Dennis are listening to at least part of the

6 deposition.

7 BY MR. MCALILEY:

8    Q    Let's go back to the spreadsheet here

9 which I marked as Deposition Exhibit No. 76.

10 Dr. Nutter, I just want to go through the

11 spreadsheet and make sure that I understand how to

12 read it so I am going to walk through this and have

13 you explain what the different entries are.

14    A    Okay.

15    Q    I am in the first tab here for well specs,

16 am I correct these are the specifications for the

17 ground water wells that you installed?

18    A    Yes, the first one in the upper left-hand

19 corner is just the top of the casing above the

20 ground surface and where the censor is to the ones

21 that are marked A5, A6, the top of the casing there

22 was at ground level, that's why it reads zero.

23    Q    Let me walk through this and make sure I

24 understand this, on the upper left-hand corner of

25 this first page, it says groundwater well

Page 175

1 (relative), what does that groundwater well

2 relative?

3    A    This is just the relative elevation at the

4 top of the casing, there is no survey, ground

5 surface elevation in this particular page.  This is

6 just a physical measurement from the top of the

7 casing to the ground surface.

8    Q    If I go to the right, groundwater water

9 well (surveyed true elevation), it is the elevation

10 converted to height above sea level?

11    A    Yes.

12    Q    You are using NAV88 for the data of sea

13 level, correct?

14    A    Yes.

15    Q    Let's go to the left side, I see these

16 RWell 1, RWell 2, down to RWell 7, what does RWell

17 stand for?

18    A    Reference wells 1 through 7.

19    Q    Those are the groundwater wells on the

20 reference site?

21    A    Yes.

22    Q    In this case, this is the Countess Joy

23 East property, correct?

24    A    Yes.

25    Q    Below that, I see the row there for GW

Page 176

1 Well A5, A6, B7, what do those represent?

2    A    Groundwater wells within Mr. Sharfi's

3 site.

4    Q    Why do you have two wells, you have A5 and

5 A6 but no A1 through 4, one level B7, how did you

6 come up with that designation?

7    A    We had two days on the site, we spent the

8 first day identifying the characteristics of the

9 site.  As we identified an area, we said the soils

10 indicated, I would investigate that area.

11    Q    Thank you.  So I look at the groundwater

12 well (relative) top of cap to sensor, what does that

13 refer to?

14    A    They were 1" pipes with a pipe cap.  We

15 had a wire hanging down from a hole in the cap down

16 to the sensor and we measured that distance because

17 that was our reference.  I am using my hand so that

18 was our base measurement wherever the sensor was

19 below the top of the cap.  We also measured from the

20 top of the casing with the cap off and then we

21 converted that over to the sensor depth from the

22 ground surface.

23    Q    Am I right, the sensor is located at the

24 surface of the water?

25    A    No, it was a foot or two below the surface



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
177–180

Page 177

1  of the water at the time when we put them in.
2      Q    Does the sensor work by measuring the
3  pressure of the water on the sensor?
4      A    Yes.
5      Q    And then I see GSE, am I correct that
6  means ground surface elevation?
7      A    Yes.
8      Q    If I go to the right, groundwater
9  (surveyed true elevation), do you see the third
10  column?
11      A    I need to move, your faces are covering up
12  the left side, the right side, excuse me.  Your
13  question was?
14      Q    My question is on the right side of
15  Column I, it says GSE (RTK BM as reference), what
16  does that mean?
17      A    RTK was the instrument we were using, BM
18  was the benchmark.  The benchmark was on
19  Mr. Sharfi's site on the stump on the east side of
20  the property, we drew back to that point as a
21  benchmark.
22      Q    If I go down on the spreadsheet, I see
23  there is reference in the lower left, stage
24  recorders, what does that portion of the spreadsheet
25  show?

Page 178

1      A    This is just measuring the top of the
2  casing of the water surface which is WSE, water
3  depth at transducer and then the sensor to the top
4  of the cap, same as the others, and then the sensor
5  relative to the top of the casing.
6      Q    There is a reference there to
7  RStaff-Gage-Bessey, what does that refer to?
8      A    Which one are you speaking now?
9      Q    Row 23 on the left-hand side under stage
10  recorder RStaff-Gage-Bessey, what does that mean?
11      A    We had two gauges in Bessey Creek, the one
12  says RStaff, that's reference staff, Gage-Bessey,
13  that's downstream, RStaff Gage-Bessey Up, that's
14  upstream from the line 23, and RStaff Gage1 is just
15  downstream from the Sharfi property on the reference
16  area.
17      Q    Those are your three surface water gauges,
18  right?
19      A    Yes.
20      Q    Downstream in the east/west ditch is areas
21  that are further to the east, is that right?
22      A    Repeat that again, I'm sorry, your sound
23  is muffled.
24      Q    When you say Bessey there, you're
25  referring to the east/west ditch as I referred to it

Page 179

1  in the questions today?
2      A    Yes.
3      Q    So downstream is areas further to the
4  east?
5      A    Downstream would be to the east, yes.
6      Q    Upstream is a little further to the west,
7  correct?
8      A    Yes.
9      Q    Why don't we make sure I have no confusion
10  about the locations here.  Let me exit out of the
11  spreadsheet here and go back to the figure that
12  shows the location.  Going back to Deposition
13  Exhibit Figure IV.B.2.a.1, this is the figure that
14  shows the location of the monitoring levels and the
15  gauges that you put in, right?
16      A    Yes.
17      Q    For the surface water gauges, gauge one is
18  shown in the north/south ditch, just north of the
19  site, is that right?
20      A    Yes.
21      Q    And the gauge Bessey is the east/west
22  ditch right above monitoring well 4, is that right?
23      A    Yes.
24      Q    I am curious, why did you pick a location
25  for that location for the gauge that you labeled the

Page 180

1  Bessey gauge?
2      A    When we were there, we had a considerable
3  amount of flow going through that location where
4  well 4 is, so we put a water level report down the
5  stream from the inflow was to Bessey Creek.  As we
6  moved upstream on Bessey Creek, we identified
7  another location where a flow was occurring so we
8  put in the upstream, the idea was, was there
9  sufficient flow coming off the reference area in the
10  Bessey Creek would be a difference between up and
11  downstream because of the inflow between the two.
12  As it turned out, things got dryer and flow wasn't
13  that great so basically there was no difference
14  between Bessey Up and Bessey.
15      Q    Am I correct in understanding, Dr. Nutter,
16  the two water surface water gauges at the east/west
17  ditch at the locations where you believe the water
18  from the site was entering the east/west ditch?
19      A    We saw it was discharging when we were
20  there.
21      Q    You put those gauges there because that is
22  where you saw water from the flow path that you
23  identified going in the east/west ditch, right?
24      A    No, not at that time.  We hadn't
25  identified, at that time, the flow path more to the



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
181–184

Page 181

1  west from 5 towards 7.  There was a flow path, at
2  that time, from 5 towards 4 and 5 towards 6 so that
3  was what we were trying to -- We had no idea how
4  much flow there would be, the idea was to determine
5  if there was any flow coming into Bessey Creek
6  between those two would be identified by an increase
7  stage level downstream.  As I mentioned, flow
8  diminished, it was periodic so they were basically
9  the same.
10      Q    Did you ever put anything in the surface
11  water gauges downstream or further east of the gauge
12  that you identified as the Bessey gauge?
13      A    No.
14      Q    Did you ever put any surface water gauges
15  into the east/west ditch further upstream at the
16  location that you indicated -- Let me restate that,
17  did you put any surface water gauges in the
18  east/west ditch further west of the location of the
19  Bessey Up gauge?
20      A    No, everything we put in is shown on this
21  figure.
22      Q    Did you ever attempt to quantify what
23  percentage of water in the east/west ditch
24  originated in the flow path which you identified?
25          MR. ADKINS:  Objection.

Page 182

1          THE WITNESS:  No, we talked about
2  that before, no, I did not.
3  BY MR. MCALILEY:
4      Q    You don't know how much water in the
5  east/west ditch that is at the northeast corner of
6  the Countess Joy East property originated from the
7  site, right?
8      A    No.
9      Q    Let me exit this document and go back to
10  the spreadsheets, do you see the spreadsheet again?
11      A    Yes.
12      Q    So let me go now to the next tab at the
13  bottom of the spreadsheet, field visit tape downs,
14  can you tell me what this page of this spreadsheet
15  shows?
16      A    Yes, what we do is just to crosscheck with
17  our sensor is to measure from the top of the casing
18  with a, it's a tape down, it's an electronic sensor,
19  battery operated sensor.  When the point touches
20  water, it sounds like a whistle and has a red light.
21  We measured that and just as a crosscheck with our
22  other instruments; also, if the sensor is not
23  working, we can crosscheck with these manual
24  measurements.
25      Q    I know this page refers to the tape down,

Page 183

1  but am I correct that I can look at this page for
2  each time you went out and collected data what the
3  water surface elevation was in the monitoring wells?
4      A    Yes.
5      Q    I am making sure that I understand it so I
6  know what I am looking at.  If I look at this, this
7  is again Exhibit 76, the spreadsheet, can you see in
8  the middle column, September 2021 site installed
9  reference download, do you see that?
10      A    Yes.
11      Q    This would show me the monitoring well,
12  the water level in the monitoring well when you
13  first installed the monitoring well, is that right?
14      A    The one to the left, the August 2021 was
15  the first time we installed the reference wells.  So
16  measuring from the top of the casing down to the
17  water surface elevation, Column D, and subtracting
18  the height of the casing above the ground surface,
19  Column E gives us the water surface elevation and
20  you see that well 2, the water level is two hundred
21  below the surface, well 3, above the surface and so
22  forth.
23      Q    If I go to the September 2021 grouping
24  that shows not only the waters in the reference
25  wells on the reference site but also the groundwater

Page 184

1  well elevation on Mr. Sharfi's property, correct?
2      A    Yes, we installed the wells on
3  Mr. Sharfi's site on that date, yes.
4      Q    Am I right if I look at that, I can see
5  that the water level and reference wells as to 1
6  through 3 are higher in September of 2021 than any
7  of the water levels on Mr. Sharfi's site, the wells,
8  is that right?
9      A    Yes, in terms of absolute NAV88 elevation.
10  Can I go back, I may have misspoken, over on the
11  August 21st, in Column E, the negative indicates
12  below the water surface, did I say that wrong?  I
13  didn't mean to if I did.  Well 1, the water level is
14  below the ground surface, I might have said it
15  backwards.
16      Q    Dr. Nutter, just so the record is clear,
17  when I look at these columns for WSE relative to
18  GSE, that is water elevation relative to the ground
19  surface elevation, if the number is less, it is
20  lower, if it's a positive number, it means it above
21  the ground surface?
22      A    Yes, that's correct.  I apologize if I
23  misspoke.
24      Q    Thank you for clarifying.  Now we go down
25  to the bottom tab again to the tab that says Precip



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
185–188

Page 185

1 Palm Cty, what does this tab show?
2     A    That is the rainfall from the Palm City
3 1.4 Northwest Station that we use in plotting the
4 spreadsheets of the graphs for each of the wells.
5 It states there, for graphic only; in other words,
6 that station was only used on the graphs, but it was
7 one of the stations used in the APT analysis.
8     Q    If I go to the Tab A5, what does that
9 show?
10     A    This is the raw data downloaded, it
11 downloads the date, the time, the computer language
12 so to speak and everything is in metric as these
13 devices are from Canada so it is converted also
14 against temperature.  We convert that to feet and we
15 have water surface elevation, relative ground
16 surface elevation as in Column I and then the serial
17 number is given, that is for reference of the
18 device.  Now it doesn't show this, but each of these
19 readings had to be corrected for barometric pressure
20 so hanging in the tree on the site nearby is another
21 instrument that is measuring barometric pressure.
22 Each of those, you download the data into the
23 spreadsheets provided by the manufacturer and it
24 automatically corrects for the barometric pressure
25 and so these are all corrected data off the

Page 186

1 spreadsheet from the software.
2     Q    If I go on the right side of this tab,
3 there is a graph GWL, what does this show?
4     A    It shows the surface, the vertical bars,
5 the scale is on the right side, that's the rainfall
6 the Palm City station I showed.  And the second
7 horizontal line is one foot below the surface and
8 there is some orange diamonds that show when we
9 visited the site and downloaded the data.
10     Q    Am I right in looking at this graph, it
11 indicates the groundwater table is increasing
12 gradually from September of 2021 until December of
13 2021?
14     A    In this particular well, that is correct,
15 yes.
16     Q    Is there any other significant data that
17 is relevant to your opinions?
18     A    Not in the context of what we're talking
19 about, no.
20     Q    Let me go to page 6 tab, what is this?
21     A    Same information downloaded from the well.
22     Q    What do you think the data shows here that
23 is significant to your opinion?
24     A    As I pointed out in the report, this is an
25 unusual response to the groundwater.  We think there

Page 187

1 is some other subsurface drainage or some other
2 subsurface influence on this because it doesn't
3 match up with what we would expect.
4     Q    Let me go to the next one B7, what do you
5 think the data shows with regard to B7 that is
6 relevant to your opinions?
7     A    There is two things, one thing is the
8 data, we downloaded in October and sometime between
9 October when we downloaded and when we came back in
10 December, the data couldn't be downloaded and this
11 happened on five of the wells, four on the site and
12 one just across to the north in the reference area.
13 We sent them back to the manufacturer, they were
14 able to recover the data from three of the files and
15 this is one they weren't able to recover the data.
16     Q    This was an equipment malfunction?
17     A    They were brand new, the batteries were
18 good for ten years.  They said they have never seen
19 this before and certainly not in a group like this.
20 They said there was a dial that went bad causing the
21 battery to drain and the one they were able to
22 recover, it will still recording because the battery
23 still had some power left.  There wasn't enough
24 battery power and it lost the data, we only had the
25 data from September through October.

Page 188

1     Q    C1, this is the data?
2     A    Yes, this is on the north side of the
3 site, same rainfall shown, same information diamond
4 on the site and the red line of the first solid line
5 on the top is the sole surface as it currently
6 exists not what it was originally and then one foot
7 below the surface.  You can see here the response
8 from rainfall that occurred and all the wells on the
9 northern part of the site tend to have this same
10 pattern, the ones on the southern part of the site
11 did not.
12     Q    The water table goings out after it rains
13 and drops down after the rain?
14     A    That's correct.
15     Q    Top C4, this is, again, the data for
16 monitoring?
17     A    Yes, this is the other well which they
18 didn't recover the data.  The data still shows the
19 same kind of reference, here we see the water table
20 rising almost to the current surface.
21     Q    Let's go to the Tab C6, this is the data
22 for monitoring well C6 on the site?
23     A    Same story here, yes, this one shows the
24 period of October and November, shows very little
25 rain.  What little rain did occur, you can see a



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
189–192

Page 189

1  change in the groundwater elevation, it was a
2  relatively dry period in comparison with the period
3  of time earlier.
4      Q    Let me go to the next tab RStaff Bessey,
5  am I right this the data from the surface water
6  gauge located in the north side ditch just north of
7  the site?
8      A    No, RStaff gauge one is the one in the
9  north/south ditch downstream from the site.  RStaff
10  Bessey is the one opposite well 5, I think it is,
11  well 4 and Bessey is the one opposite 6.
12      Q    I apologize, this is the afternoon getting
13  to me, I promise on the next break, I will have more
14  coffee.
15      A    You're keeping me on my toes.
16      Q    These staff gauges that you have at the
17  surface water, am I correct they measure the
18  elevation of the surface water?
19      A    Not elevation, just the depth of the water
20  with the fluctuations in the depth of the water as
21  it fluctuates, yes.
22      Q    So it just shows the depth of the water at
23  the location where you have the gauge, right?
24      A    The depth of the water above the sensor,
25  yes.

Page 190

1      Q    I see.
2      A    It is not measured from the bottom of the
3  channel because we didn't have our boots on and we
4  couldn't go out into the middle of the channel,
5  these were several feet off the edge of the channel.
6  You will notice in this one you have RStaff Bessey,
7  you will see it shows zero for a period of time,
8  that was when the water level had dropped below the
9  sensor but there was still water in the ditch, more
10  towards the center.
11      Q    Did you survey the bottom elevation of the
12  east/west ditch of the location of this gauge?
13      A    No, we did not.
14      Q    I can't tell how deep the water is in the
15  ditch based on looking, I can only see how deep the
16  water was over the top of the sensor?
17      A    That's right, yes.
18      Q    These surface water sensors do not show
19  the volume of the water in the ditch at that site,
20  do they?
21      A    No, if you knew the cross sectional area
22  survey the cross sectional area using the depth
23  would determine how much water was there, we did not
24  do that.  Our response was to determine how Bessey
25  Creek responds to rainfall.

Page 191

1      Q    You don't know the volume of the water in
2  the ditch in the east/west ditch at any point in
3  time, correct?
4      A    No.
5      Q    Does this ditch show the rate at which
6  water was moving at the east/west ditch?
7      A    No, this is not a flow measure, this is
8  just a depth measurement.
9      Q    You don't know how fast the water was
10  moving in the east/west ditch based on --
11          MR. ADKINS:  Objection, is this based
12  on the well data that we're looking at or generally?
13          MR. MCALILEY:  Counsel, is there a
14  problem with the question?
15          MR. ADKINS:  Objection, vague.
16  BY MR. MCALILEY:
17      Q    Dr. Nutter, we are looking right now at
18  the data for your RStaff Bessey gauge, right?
19      A    Yes.
20      Q    Your RStaff Bessey gauge is a surface
21  water gauge, correct?
22      A    Yes.
23      Q    You have the RStaff Bessey Up gauge?
24      A    Yes.
25      Q    And the RStaff gauge 1?

Page 192

1      A    Yes.
2      Q    All of these surface water gauges measure
3  the same thing, don't they?
4      A    Yes.
5      Q    Based on these gauges, you don't know the
6  volume of the water in these ditches at any point in
7  time, correct?
8      A    No.
9      Q    You also don't know how fast the water is
10  moving in either the east/west ditch or the
11  north/south ditch, correct?
12      A    I do not know the rate of flow, is that
13  what your question was?
14      Q    Yes, sir.
15      A    No, I do not.
16      Q    You asked it better than me.
17      A    It tells me because the water level was
18  dropping that there is flow.
19      Q    You don't know how much flow there is, do
20  you?
21      A    No.
22      Q    How much water flows down the east/west
23  ditch by the Countess Joy property each year?
24      A    I don't know.
25      Q    You can't tell me how much water was



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
193—196

Page 193

1  flowing down the east/west ditch in any specific
2  year, isn't that right?
3      A   That's correct.
4      Q   You can't tell me on average how much
5  water flows down the east/west ditch?
6      A   The east/west ditch, no. I do have
7  knowledge of the stream data which I reproduced from
8  the Hybrid Waste Treatment Facility.
9      Q   You have data from what the water flow is
10  at the Hybrid Wetland Treatment Facility, correct?
11      A   Yes.
12      Q   That is data that you got from the permit
13  application for that facility?
14      A   Yes, I also looked at the report that I
15  relied on the information given in the permit
16  application.
17      Q   Other than information that you got from
18  the Hybrid Wetland Treatment Facility, you don't
19  have any data about how much water flows down the
20  east/west ditch each year, do you?
21      A   No.
22      Q   Do you have any data of how much water
23  flows down the pathway that you identified from the
24  site to the east/west ditch, right?
25      A   No.

Page 194

1      Q   How much freshwater flows into Bessey
2  Creek each year from all sources?
3      A   It is all freshwater from this location
4  upstream and some distance downstream. From the
5  data presented in the Hybrid Wetland Treatment
6  system, I could calculate that but I haven't done
7  that.
8      Q   When I am referring to Bessey Creek, I am
9  referring to all of Bessey Creek, do you remember
10  before lunch we looked at a figure that showed there
11  is multiple branches to Bessey Creek east of the
12  turnpike, right?
13      A   Yes.
14      Q   Even for the area west of the turnpike,
15  there is more water going into Bessey Creek than the
16  water in the east/west ditch, right?
17      A   I'm sorry, say that again.
18      Q   The east/west ditch does not deliver all
19  the water to Bessey Creek that originates west of
20  the turnpike?
21      A   No.
22      Q   My question to you is this, how much water
23  flows into Bessey Creek, in general, from all
24  sources each year?
25      A   I don't know. At this time, I don't now.

Page 195

1      Q   How much water flows from Bessey Creek
2  into the St. Lucie River each year?
3      A   I don't have that data but I could
4  determine it.
5      Q   It is not in your report, right?
6      A   No.
7      Q   Let me go to the tab RStaff gauge 1, am I
8  right this data is showing the reason for your gauge
9  in the north/south ditch just north of the site?
10      A   Yes.
11      Q   Does this gauge indicate during the period
12  you were taking the measurements there is always
13  some water in the north/south ditch at that
14  location?
15      A   Yes.
16      Q   Once again, it doesn't show me the volume
17  of water flowing in the north/south ditch, right?
18      A   No.
19      Q   By the way, this doesn't tell you the
20  direction it flows, does it?
21      A   No.
22      Q   Is the north/south ditch wet year round?
23      A   From my understanding and from what I
24  recently read in the deposition on this case, it is
25  half water year round.

Page 196

1      Q   As far as your data, the only data you
2  have about the presence of water in the north/south
3  ditch comes from the data that is summarized here in
4  Exhibit 76, right?
5      A   Yes.
6      Q   And you only visited the site at four
7  different times, right?
8      A   Yes.
9      Q   You have never been out to the site of the
10  reference area during the dry season, correct? When
11  I say dry season, I mean from December through the
12  end of May.
13      A   No.
14      Q   Am I right that you never went out and
15  surveyed the bottom elevation of the whole length of
16  the north/south ditch when you did your site
17  investigation?
18      A   No.
19      Q   So the north/south ditch is a different
20  depth and different location, right?
21      A   Would you repeat that.
22      Q   I can rephrase that better, thank you.
23  The bottom elevation of the north/south ditch is
24  different depending where you are and the length of
25  the ditch, right?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
197—200

Page 197

1    A   The bottom elevation?
2    Q   Yes.
3    A   It varies.  I am sure because I know that
4    further down on the reference site that the ditch
5    tends to get very wide and shallower.  When I have
6    been to it, it has always had water.
7    Q   But you're aware that the Defendants
8    actually cleaned out the north/south ditch right by
9    their site, correct?
10   A   For about maybe one hundred feet or so,
11   yes.
12   Q   In that location, the bottom elevation of
13   the ditch is lower than areas further to the north,
14   right?
15       MR. ADKINS:  Objection.
16       THE WITNESS:  It could be, I don't
17   know.  It appears that most of it was clearing the
18   banks and maybe some debris out from what I saw.
19   BY MR. MCALILEY:
20   Q   Just to make sure, you have not surveyed
21   the elevation of the bottom of the ditch, the entire
22   length of that north/south ditch from the site?
23   A   No, I have not.
24   Q   Am I right that the area of the
25   north/south ditch that is closest to the east/west

Page 198

1    ditch, the bottom elevation is higher?
2    A   Repeat that again, I'm sorry, please.
3    Q   If I look at the north/south ditch and I
4    look at the length of it, the area of the
5    north/south ditch that is furthest north up close to
6    the east/west ditch, the bottom elevation is higher
7    there, isn't it?
8        MR. ADKINS:  Objection.
9        THE WITNESS:  You're telling me that
10   the bottom elevation at the junction with the
11   east/west ditch of Bessey Creek is higher then the
12   elevation?
13       MR. MCALILEY:  It's a question, is
14   that accurate?
15       THE WITNESS:  No, I don't see that's
16   possible if water is flowing in the ditch towards
17   Bessey Creek.  It's the water surface elevation that
18   controls the water flow, not necessarily the change
19   in elevation of the bottom of the ditch.  You could
20   have deep pockets and it's the water surface
21   elevation in terms of the direction of the water
22   flowing.
23   BY MR. MCALILEY:
24   Q   Dr. Nutter, water flows downhill, right?
25   A   Most of the time, yes.

Page 199

1    Q   And so if the water is higher in one spot,
2    the water elevation is higher in one spot and lower
3    in another spot, the water tends to flow from the
4    high spot to the low spot, right?
5    A   Yes.
6    Q   That's true in groundwater too, right?
7    A   Yes.
8    Q   So if groundwater is higher in one
9    location and lower in another location, the
10   groundwater is flowing from the area of high
11   groundwater elevation to low groundwater elevation,
12   right?
13       MR. ADKINS:  Objection, vague.
14       THE WITNESS:  Yes.
15   BY MR. MCALILEY:
16   Q   What I would like to do now is go back to
17   the exhibits again, this will help me to ask my
18   questions better.  So I am going back to the
19   exhibits, this is Deposition Exhibit 73 and we are
20   back again to the figure of the flow path we
21   created, Figure V.D.1.a.4.  Once again, this is the
22   figure that shows the pathway by which you believe
23   water flows from the site to the east/west ditch,
24   right?
25   A   Yes.

Page 200

1    Q   So as I follow this pathway from the site,
2    it goes north up the north/south ditch and leaves
3    the north/south ditch and goes westward towards
4    84th Avenue and east/west ditch, right?
5    A   Yes.
6    Q   There is a segment of the north/south
7    ditch between that pathway and the east/west ditch,
8    do you see that?
9    A   Yes.
10   Q   Am I correct in interpreting this figure
11   that you believe water is not flowing through that
12   northern section of the north/south ditch?
13   A   No, I am defining at the time that I was
14   there and under the rainfall conditions that show
15   the continuous pathway of flow to Bessey Creek.  I
16   saw the water flow that I pointed out at the other
17   locations to the east but the north/south ditch has
18   become overgrown, it doesn't have as defined a
19   channel anymore, very high rainfall periods, it had
20   evidence of flow.  The period of time I was there,
21   it did not have direct discharge to Bessey Creek.
22   The discharge was -- I have a series of photographs
23   that are identified that show pictures of that, that
24   are referenced in the report.
25   Q   Dr. Nutter, when you saw the water flowing



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
201–204

Page 201

1  on the flow path in August and September of 2021, as
2  depicted here in this figure, it is your testimony
3  that you did not see water flowing in the
4  north/south ditch all the way up to the east/west
5  ditch?
6  A   As I recall, there was water in the ditch
7  that did not appear to be flowing and did not appear
8  to discharge directly at that time with the Bessey
9  Creek.  There was evidence that during high flow and
10 high rainfall period, maybe during the peek of the
11 wet season, water would discharge all the way on the
12 north/south ditch to Bessey Creek as well as these
13 other pathways as well.
14 Q   Just to be clear, when you were on the
15 site, you never saw water flowing through the
16 north/south ditch all the way up to the east/west
17 ditch, right?
18       MR. ADKINS:  Objection, ambiguous.
19       THE WITNESS:  I did not see water
20 flowing from the point that I saw it discharging
21 into Bessey Creek.
22 BY MR. MCALILEY:
23 Q   Is the bottom elevation of the ditch, in
24 that segment, between your flow path where it
25 departs to the north/south ditch and the east/west

Page 202

1  ditch, is the bottom elevation of the ditch higher
2  than the areas of the north/south ditch that is
3  further to the south?
4        MR. ADKINS:  Objection, vague.
5        THE WITNESS:  I can't tell you if it
6  is higher, there is vegetation growing there.  As
7  you see that the flow is diverted to the north/south
8  ditch through that, that is a less restricted flow
9  path so the water is going to seep its easiest way
10 to flow so the vegetation creates a lot of
11 resistance to flow and the bank have been trampled
12 on by the cattle.  As I said, I would suspect during
13 the high rainfall, the wet season, that there would
14 be discharge directly to Bessey Creek in the
15 north/south ditch as well as the flow path that I
16 showed.  I think there is multiple discharge points
17 as we identified when we were there in August near
18 well 4 and well 6.
19 BY MR. MCALILEY:
20 Q   Basically, the north/south ditch is
21 blocked of vegetation and other materials, between
22 the point that you show the flow path leaving the
23 ditch and where it reaches the east/west ditch,
24 right?
25       MR. ADKINS:  Objection.

Page 203

1        THE WITNESS:  I wouldn't characterize
2  it as blocked, it has a high resistance to the water
3  movement and not a well-defined channel as it was
4  originally.
5  BY MR. MCALILEY:
6  Q   And the ground elevation of the bottom of
7  the ditch could be higher then the areas for the
8  south as far as you know, correct?
9        MR. ADKINS:  Objection, foundation.
10       THE WITNESS:  I don't know, I didn't
11 investigate that.
12 BY MR. MCALILEY:
13 Q   You didn't investigate the five elevations
14 of the north/south ditch so you can't tell me
15 whether the ditch gets essentially higher up the
16 further north you go, right?
17       MR. ADKINS:  Objection.
18       THE WITNESS:  I am not sure I follow
19 what your question is.
20 BY MR. MCALILEY:
21 Q   I guess I am thinking about what's uphill
22 and what is downhill.  Downhill where the elevation
23 is lower, uphill the areas of elevation are higher.
24 So we have a ditch, there is a bottom of the ditch,
25 some areas, the elevation are lower relative to sea

Page 204

1  level and some areas where the elevation is a little
2  higher relative to sea level.  In order to figure
3  that out, you need to survey it and figure out what
4  the ground elevation is at each point.  My question
5  is, you never went to survey what the ground
6  elevations were in the different points of the
7  north/south ditch, right?
8  A   Are you speaking about measuring
9  elevations at the north/south ditch, no --
10 Q   You don't know whether --
11       MR. ADKINS:  Did he finish his
12 answer, Counsel?
13       MR. MCALILEY:  I thought he had.  Go
14 ahead, Dr. Nutter.
15       THE WITNESS:  I was going to repeat
16 what I said, there is only six inches or so of slope
17 between the north and the south, excuse me, from the
18 south to the north part of the reference area, that
19 is leading from Mr. Sharfi's property which is
20 height elevation all the way down to Bessey Creek.
21 Any type of resistance to flow, the water is going
22 to find its easiest pathway.  As I said, I saw
23 evidence of flow in the north/south ditch beyond
24 where I show the diversions to the west, but it was
25 not flowing at that time.  It was full vegetation;



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
205–208

Page 205

1  as I said, there are pictures of that referenced in
2  my text. I can't say that the elevation is higher
3  causing the water to flow fully to the west. There
4  is no doubt this was performed as a drainage ditch
5  for many years as it was converted to agriculture,
6  cattle grazing, it has lost some of its water
7  carrying capacity which is why more water is
8  probably being diverted off to the west. So it is
9  still, in my mind, an operating ditch when there is
10 sufficient water flow off the site.
11 BY MR. MCALILEY:
12    Q   Dr. Nutter, what was the surface water
13 elevation in your flow path at the time that you saw
14 water in the flow path which you identified in this
15 figure?
16    A   As I said, it was anywhere from an inch or
17 two deep to over a foot deep depending upon whether
18 it was flowing through a depressional area or
19 geomorphic surface; when it is wide, the water
20 spreads out. The fundamental concept in hydrology
21 is you have a cross sectional area, you decrease the
22 cross sectional area, velocity has to flow; if you
23 increase the cross sectional area, velocity goes
24 down.
25    Q   I am not asking for the depth of water

Page 206

1  above ground surface, I am asking what was the
2  surface elevation of the water compared to sea level
3  so I can have some height of the water on the
4  landscape.
5    A   As I said, it varied depending upon the
6  flow path, an inch or so deep to several inches
7  deep. When it went through a depression, it was
8  around R5, it was a foot deep or more.
9    Q   Can you tell me if I looked at this
10 Figure V.D.1.a.4 and there is a blue dot right where
11 the flow path leaves the north/south ditch and
12 starts to go across the pasture, do you see that
13 dot?
14    A   Yes.
15    Q   At the point that you saw the water
16 flowing in that flow path, what was the height of
17 the water not relative to the ground around it but
18 expressed in NAV88?
19    A   I would have to go back and look at all
20 the data to determine that, I couldn't tell you what
21 I know right now.
22    Q   Where should I look in the materials we
23 got from the government, in this case, to find that
24 data?
25    A   You won't find the water surface

Page 207

1  elevation, we didn't measure that. We surveyed
2  those dots and that data are in the spreadsheet with
3  the survey date.
4    Q   You did not measure water surface
5  elevation in terms of NAV88?
6            MR. ADKINS: Objection, misstates
7  testimony.
8            THE WITNESS: No, not water surface
9  elevation. I had a concept of how deep the water
10 was, I did not measure the surface elevation in
11 reference to NAV88.
12 BY MR. MCALILEY:
13    Q   What does the water surface elevation need
14 to be in the north/south ditch for water to flow
15 directly to the north/south ditch all the way up to
16 the east/west ditch?
17    A   Just has to have a slight slope, it is not
18 a question of elevation, just a question of slope,
19 higher elevation to the south and lower elevation to
20 the north.
21    Q   Whatever the water surface elevation was
22 when you went out there in August and September of
23 2021, that water elevation wasn't enough to be
24 pushing water directly to the north/south ditch all
25 the way up to the east/west ditch, right?

Page 208

1    A   Correct.
2    Q   How much higher did the water have to be
3  out in the Countess Joy East property for water to
4  be pushed all the way through the north/south ditch
5  all the way up to the east/west ditch?
6    A   I would have to go back and look. I know
7  I have some photographs, but I don't have direct
8  recollection of what that would have to be.
9    Q   As you sit here today, you don't know,
10 right?
11    A   Not at this time, no.
12    Q   It is not in your report, is it?
13    A   No.
14    Q   So you don't know how many days out of the
15 year water would be flowing on the north/south ditch
16 all the way up to the site straight up to the
17 east/west ditch, do you?
18            MR. ADKINS: Objection, asked and
19 answered.
20            THE WITNESS: No.
21 BY MR. MCALILEY:
22    Q   Frankly, you also don't know how many days
23 out of the year water is going to the site on your
24 pathway that you identified in this figure to
25 eighty-four thousand, do you?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
209–212

Page 209

1   A   No.
2   Q   How much water from the site flows into
3   the east/west ditch each year?
4   A   You asked me that before, I don't know.
5   Q   How much water from the Countess Joy East
6   property flows into the east/west ditch each year?
7   A   That is the Countess Joy East site at the
8   main discharge is the east/west Bessey Creek so all
9   of the surface water that flows and some of the
10  groundwater would flow in that direction as well.
11  Q   How much is that each year on average?
12  A   I don't know.  I could do a water balance,
13  but I have not done that.
14  Q   Am I correct you don't know how much the
15  volume of water flow from the site to the east/west
16  ditch has changed since the Defendants engaged in
17  the activities that are the subject of this case?
18  A   No.
19  Q   You don't know, right?
20  A   No, I do not know, that is correct.
21  Q   Let's talk about groundwater for a minute,
22  you testified earlier you think the subsurface flow
23  from the site towards the east/west ditch, am I
24  understanding that correctly?
25  A   Yes.

Page 210

1   Q   And when you say subsurface flow, is this
2   is movement of water in the form of groundwater
3   beneath the ground?
4   A   Yes.
5   Q   Am I correct, that groundwater moves in
6   the direction of the groundwater radiant?
7   A   Yes.
8   Q   Groundwater is going to move from areas
9   where the water level is higher, areas where the
10  water level is lower, right?
11  A   Yes.
12  Q   And the direction of groundwater flow can
13  also be affected by the nature of the sub-straight,
14  correct?
15  A   Yes.
16  Q   Or some soils or rock formations can have
17  different porosity than others, correct?
18  A   Yes.
19  Q   In order to know the direction of
20  groundwater flow precisely, you would need to have
21  some understanding of the permeability of the
22  metric for which the groundwater flows?
23  A   Permeability of what?
24  Q   The metric, the permeability of the
25  matrix.

Page 211

1   A   If you want to determine the rate of flow,
2   you would need to know permeability, yes.
3   Q   What is the direction of the groundwater
4   gradient on the site?
5   A   Generally, the ground water level gradient
6   follows when you have shallow groundwater such as
7   this.
8   Q   Have you gone to calculate what the ground
9   water gradient is across the site and the reference
10  area?
11  A   We have elevation data at our wells and,
12  as I indicated, there is a very slight gradient that
13  the site is sloping towards Bessey Creek and towards
14  the northwest and at least the site that we're
15  referring to in our reference area here, the western
16  portion, and our groundwater wells show that water
17  level rises and falls slowly and we have not -- We
18  have the elevation of the wells, but we have not
19  measured actual flow rates between them.  We didn't
20  have the time to do that over the time we were
21  allowed to have access to the site.
22  Q   Is there any graph or other document in
23  your report that depicts the groundwater gradient
24  across the site and the reference area?
25  A   No.

Page 212

1   Q   You have not specifically gone out to
2   calculate what the ground level gradient is across
3   the site and the reference area?
4   A   No.
5   Q   You can't tell me how fast the groundwater
6   moves, correct?
7   A   No.
8   Q   And you would also agree with me that
9   sometimes where the water table is lower at the site
10  then it is further north in Countess Joy area on the
11  property, right?
12      MR. ADKINS:  Objection.
13      THE WITNESS:  Repeat that question,
14  please.
15  BY MR. MCALILEY:
16  Q   Your data shows there are at least some
17  times when the groundwater level is higher in the
18  Countess Joy area then it is on the site, correct?
19      MR. ADKINS:  Objection.
20      THE WITNESS:  Yes, but the data on
21  the site has been modified due to filling and
22  modification of soil velocity and so forth, that
23  alone is not the situation that leads me to any kind
24  of conclusion of what you asked me.
25  BY MR. MCALILEY:



Page 213

1    Q    If the groundwater level is higher north
2  of the site than it is at the site, that would
3  indicate that the groundwater is flowing toward the
4  site not from the site toward the east/west ditch,
5  right?
6    A    We don't know what the groundwater
7  elevations were on the site before the disturbance.
8  Making those kind of conclusions under conditions of
9  fill and other disturbances, that changes the water
10 holding capacity of soils, you can't make those
11 direct conclusions that you are implying.
12   Q    I am asking about today, today is
13 April 1, 2022, the condition today, if the water
14 level, the groundwater levels are higher than on the
15 site, you would agree with me that water is going
16 towards the site not away from the site, right?
17       MR. ADKINS:  Objection, asked and
18 answered.
19       THE WITNESS:  I need to look at the
20 elevations of the different wells on the site, I
21 don't recall -- The wells on the site are higher,
22 ground surface elevations are higher than the ground
23 surface elevation just north of the site.
24 BY MR. MCALILEY:
25   Q    What is the water in the ground,

Page 214

1  Dr. Nutter, what difference does it make how high
2  the ground surface elevation is when you're looking
3  at the ground water gradient?
4    A    Because our groundwater well data are
5  referenced to the current surface elevation and we
6  identified fill and raised that ground surface
7  elevation --
8    Q    My question is different --
9        MR. ADKINS:  Can he finish his
10 answer?
11       MR. MCALILEY:  I am sorry, I thought
12 he had.  Go ahead, finish your answer, sir.
13       THE WITNESS:  I forgot what it was
14 going to be.  Go ahead with your next question.
15 BY MR. MCALILEY:
16   Q    Thank you, let me try to wrap this up.
17 You don't know how much water traveled through the
18 ground from the site to the east/west ditch on an
19 annual basis before the Defendants did their
20 activities, right?
21   A    No.
22   Q    You don't know how long it took the water
23 from the site to travel through the ground to the
24 east/west ditch before the Defendant engaged in
25 their activities, right?

Page 215

1    A    Correct.
2    Q    You don't know how much groundwater
3  travels through the ground from the site of the
4  east/west ditch today?
5    A    No.
6    Q    You don't know the rate of flow to the
7  ground either, right?
8    A    No.
9    Q    So when you're saying that there was
10 subsurface flow, you never actually went out and
11 measured any subsurface flow in any of your
12 groundwater monitoring levels?
13       MR. ADKINS:  Objection.
14       THE WITNESS:  No, if my well data
15 shows a decline in water surface, excuse me, in the
16 groundwater table elevation over rainfall that
17 indicates water is moving minus whatever components.
18 BY MR. MCALILEY:
19   Q    Dr. Nutter, do you have any background in
20 the topic of fate and transport in groundwater?
21   A    Some years ago, I was involved in
22 academics, yes, we did that with pesticides, but I
23 haven't done that recently.
24   Q    Am I correct that the rock beneath the
25 ground in this area is limestone?

Page 216

1    A    That's my understanding, yes, yes.
2    Q    And I am curious how far below the ground
3  surface was the limestone when you sank your
4  monitoring wells?
5    A    We didn't reach any limestone when we put
6  our monitoring wells in.
7    Q    Would you agree with me that if there are
8  pollutants in water, let me be more specific,
9  nutrients in water as it flows through the ground
10 that the process of absorption can cause movement of
11 the nutrients of the groundwater?
12   A    I didn't pick up all of your question, can
13 you repeat it.
14   Q    Would you agree with me that when water
15 moves through the ground, the nutrients that are
16 dissolved in the water can be retarded through
17 chemical and geological processes?
18   A    Some of the nutrients can, they can be
19 uptaken by vegetation, absorbed on the soil
20 particles and some are very local and move through
21 the soil.
22   Q    You haven't gone out to evaluate the
23 extent to which nutrients or any other type of
24 pollutant in the groundwater is effected by its
25 movement through the ground in the area of the site



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
217–220

Page 217

1    and the reference area, right?

2        A    No.

3        Q    Did the work that was done by the

4    Defendants on the site change the groundwater flow?

5        A    Yes, in my opinion, it did.

6        Q    How did it change the groundwater flow?

7        A    Several ways, one thing, the recharge of

8    the groundwater is impacted by the fill and the

9    disturbance of the overlying soil by changing the

10   structure, that changes the water holding capacity,

11   the rate at which water will move down to the

12   groundwater.  The other thing, in the southern part

13   of the property, there is the appearance of some

14   type of subsurface drainage or connection to ponds

15   that are affecting the groundwater elevations within

16   the southern part of the property.  We don't know

17   what that is, but there is evidence from the wells

18   that indicates there is some type of modification of

19   some surface flow in the ground.

20       Q    Are these factors that you identified in

21   general increasing the groundwater elevation or

22   decreasing the groundwater elevation?

23       A    I don't know what was before the

24   disturbance, but it would be my impression that

25   given in the southern part of the site where it was

Page 218

1    documented to have high water table and mock soils

2    indicating that the site was pretty wet, those areas

3    are quite -- the water table is quite low today, I

4    would expect them to be much higher if the original

5    soil had been in place and not disturbed.

6        Q    It is your opinion that the Defendant's

7    activities in the site reduced the groundwater level

8    on the site?

9        A    On the southern portion, yes.

10       Q    What about the northern portion of the

11   site?

12       A    Well, there is still, it appears that the

13   water table still responds because the fill is

14   not -- the water table is not rising as high as it

15   was implied to maintain a hydric soil in that area

16   which you have to have hydrology conditions in order

17   to maintain hydric soil.  That presence of the

18   hydric soil, that should be discussed with

19   Dr. Stewart.

20       Q    In general, the absence of hydric soil on

21   the north side would reduce the water table in the

22   north side of the property in general, right?

23       A    I didn't say it was a reduction.  I'm

24   sorry, can you repeat what you said about hydric

25   soils.

Page 219

1        Q    I am trying to summarize your answer

2    there, is the work on the property on the north side

3    of the property, you think that may have had the

4    effect of reducing the water table on the north side

5    of the property?

6        A    On the northwest side of the property, not

7    on the northeast, that's upland.  On the side of the

8    property where hydric soils were present that the

9    water table today does not respond as high as it did

10   in order to maintain these hydric soils in the first

11   place.

12       Q    You agree with me, Dr. Nutter, that if the

13   Defendant's activities reduced the water level on

14   the property compared to the water level on the

15   Countess Joy property to the north, that would

16   affect the groundwater gradient, right?

17       A    Groundwater gradient where?

18       Q    From the site and the reference property.

19       A    Again, I have to go back and look at what

20   those elevations of the original soil surface was as

21   best as can be reconstructed and what they were at

22   the Countess Joy property.  Right now, as I recall,

23   in the vicinity of around C1 on the northern part of

24   the site, it's about six inches higher than the

25   corresponding elevation of the well over on the

Page 220

1    Countess Joy, that's the surface elevation of the

2    soil and that's counting the fact there is fill

3    there.

4        Q    Dr. Nutter, the groundwater gradient

5    between two locations is determined in large part by

6    what the water elevation is in the ground of those

7    two locations, right?

8        A    Right.

9        Q    If I have location A and the water level

10   is ten and I have a location water levels at five,

11   you would agree with me that groundwater is going to

12   tend to flow from A to B, right?

13       A    Yes.

14       Q    Would you also agree with me that if the

15   ground level elevation is ten and B is nine, the

16   groundwater will flow much more slowly between A and

17   B?

18       A    Yes.

19       Q    Would you agree with me that if the

20   groundwater elevation in A went from ten to four and

21   the groundwater level elevation in B stayed at five,

22   the direction of groundwater flow would change, it

23   would go from B to A?

24       A    Yes.

25       Q    In order to figure out the effects of the



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
221–224

Page 221

1 Defendant's work on the site on both the direction
2 of the gradient and the strength of the gradient,
3 you would need to look at the relative changes in
4 the groundwater table at the different locations,
5 correct?
6    A   Yes.
7    Q   How has the Defendant's activity in the
8 site changed the amount of water that goes into the
9 north/south ditch?
10    A   Well, I can speak in terms of the southern
11 part of the site, there is a lake referred to as
12 Peanut Lake, what we call the southwest pond.  There
13 is a pipe there that connects that pond to the
14 ditch, we weren't able to find the outlet of the
15 pipe, but the water elevation in the pond was
16 exactly the same as the water elevation in the
17 north/south ditch when we measured it, that was in,
18 I believe October, the date is in the report.  If
19 you're draining a pond and moving water from the
20 pond or a ditch, you're impacting water table
21 elevations and we would expect well 5 to reflect
22 that, there is something underground that apparently
23 is modifying those ground water elevations.  I would
24 be glad to, at the break, look at the data and look
25 at what the elevation of the groundwater is at C1

Page 222

1 and our R1 well and be able to answer your question
2 more specifically if you would like me to.
3    Q   What I would say on that, Dr. Nutter, you
4 have to talk to your counsel, I am not asking you to
5 do anything, I am just asking what you have done.
6 You are supposed to identify your opinion put in the
7 reports and answer questions about it.  I am really
8 just asking what you have done to date and what
9 opinions you formed now.  I will let you have
10 discussion what you do in the future with your
11 counsel.  Let me go back to this, it sounds like you
12 don't know whether the activities on the site have
13 increased or decreased the amount of water in the
14 north/south ditch, is that fair?
15        MR. ADKINS:  Objection.
16        THE WITNESS:  I do not know.
17 BY MR. MCALILEY:
18    Q   I got a few more questions and then we
19 will take a break.  Dr. Nutter, did you or any other
20 member of your DOJ expert team take any water
21 quality samples?
22    A   No.
23    Q   Nobody took a sample of water quality from
24 the north/south or the east/west ditches, right?
25    A   No.

Page 223

1    Q   Nobody took any water quality samples from
2 any groundwater monitoring well?
3    A   No.
4    Q   You can't tell me what concentrations of
5 total phosphorus are in water in the north/south
6 ditch, right?
7    A   No.
8    Q   You also can't tell me -- That was an
9 example, you also therefore can't tell me how water
10 quality may have changed in any of the ditches as a
11 result of the Defendant's activities on the site,
12 right?
13    A   No.
14    Q   No, meaning you can't tell me whether
15 there has been a change in water quality, right?
16    A   That's correct.
17    Q   I am only doing that just so the record is
18 clear.  Do you know how much phosphorus from the
19 site travels to water each year?
20    A   Phosphorus is readily attached to soil
21 depending on the nature of chemistry and soil
22 property.  Clay soils are very good at absorbing
23 phosphorus.  I can't tell you what the mobility of
24 phosphorus would be without doing some chemical
25 analysis of the soil itself.

Page 224

1    Q   Dr. Nutter, you can't tell me how much
2 total phosphorus goes in the site?
3    A   No.
4    Q   You can't tell me how much total
5 phosphorus flows in the Countess Joy property to the
6 downstream tidal waters, can you?
7    A   No.
8    Q   What percentage of the phosphorus that
9 flows in the tidal waters of Bessey Creek east of
10 the turnpike comes from the site?
11    A   I do not know.
12    Q   You have no data indicating whether the
13 amount of phosphorus leaving the site and reaching
14 the tidal waters at Bessey Creek has changed, right?
15    A   No.
16    Q   You have no data regarding how much
17 nitrogen from the site of the Countess Joy property
18 reaches the tidal waters of Bessey Creek each year,
19 right?
20    A   That's correct.
21    Q   You can't tell me what percentage of the
22 nitrogen that flows into the tidal waters of Bessey
23 Creek came from the site of the Countess Joy
24 property, can you?
25    A   No.



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
225–228

Page 225

1    Q    You have no data indicating whether the
2    amount of nitrogen that flows from the site to the
3    downstream tidal waters has changed since the
4    Defendant's engaged in their activities, right?
5        A    I want to point out this is not in my
6    chart was to look at water quality, I am looking at
7    water dynamics and I did not have responsibility for
8    looking at water quality.  I can answer for the team
9    and the answer is no, we do not have water quality
10   data.
11       Q    Do you know how much enterococci travels
12   from the site of the tidal waters?
13       A    How much what?
14       Q    Enterococci.
15       A    No, I do not know.
16       Q    You can't tell me what percentage of
17   enterococci that is detected in samples in the tidal
18   waters of Bessey Creeks comes from the site of the
19   Countess Joy property, can you?
20       A    No, I cannot.
21       Q    You can't tell me whether there are levels
22   of enterococci in the downstream tidal waters of
23   Bessey Creek have changed as a result of the
24   Defendant's activities on the site, right?
25       A    Correct.

Page 226

1    Q    Lastly, am I right, you can't tell me how
2    much copper travels from the site to tidal waters
3    each year, can you?
4        A    No.
5        Q    You don't know what percentage whether any
6    copper from the site where the Countess Joy property
7    traveled to the tidal waters of Bessey Creek, do
8    you?
9        A    I think it is clear we didn't do any water
10   quality data so I do not know.
11       Q    There is no member of the DOJ team that
12   went out and tried to do a water quality analysis of
13   what is the water quality effects of the site on the
14   downstream tidal waters, right?
15           MR. ADKINS:  Objection, vague.
16           THE WITNESS:  I personally did not, I
17   know that Mike Wylie examined water quality data
18   from the Hybrid Wetland Systems, but you have to ask
19   him about his review regarding those questions.
20   BY MR. MCALILEY:
21       Q    Dr. Nutter, Mr. Wylie didn't do any
22   separate technical investigations on the site or on
23   the Countess Joy property, did he?
24           MR. ADKINS:  Objection, vague.
25           THE WITNESS:  When you say technical,

Page 227

1    you mean taking samples?
2            MR. MCALILEY:  Yes.
3            THE WITNESS:  No.
4            MR. MCALILEY:  Why don't we take a
5    break, take five minutes, we are getting toward the
6    end here.
7            THE VIDEOGRAPHER:  Going off the
8    video record, 3:29 p.m.
9            (Whereupon, a brief recess was
10   taken.)
11           THE VIDEOGRAPHER:  Now back on the
12   video record 3:43 p.m.
13   BY MR. MCALILEY:
14       Q    Dr. Nutter, before the break, I was asking
15   you questions where I could find the survey data
16   where you survey ground elevations out in the
17   referenced site, I asked my colleague,
18   Michael Zilber, to look at the documents we received
19   and I think I identified the documents that showed
20   it.  What I would like to do is show this to you and
21   ask whether this is the right place and whether I am
22   looking at the right thing.  This is a document that
23   I have just marked as Deposition Exhibit No. 79.
24   Brandon, I am going to put everything I used in the
25   box folder, this is a new one obviously.  Do you

Page 228

1    see, Dr. Nutter, Deposition Exhibit No. 79?
2        A    Yes.
3            (Whereupon, Defendant's Exhibit No. 79 was
4    marked for identification.)
5    BY MR. MCALILEY:
6        Q    Does this appear to be one of the
7    spreadsheets that you or your team prepared related
8    to your investigation?
9        A    Yes, I am looking at the -- These are
10   assessment locations that were compiled by
11   Dr. Rains and she was pulling off elevations, I
12   don't believe she used them, these were her
13   assessment locations.  The way I recognize this, you
14   see on the date and time?
15       Q    Yes.
16       A    I mean the name, it says name Rains, she
17   used the date and timestamp to name each of her
18   photographs or assessments areas, these are her
19   data, you have to ask her about these.
20       Q    We were looking at this and saw ground
21   water well reference and you go over to the right
22   and you can see this 2021 NIA survey elevation.
23       A    She reviewed all these from our data
24   sheet, we provided those to her, yes.
25           MR. ADKINS:  If you want to go off



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
229–232

Page 229

1  the record, I can point this to you.
2        MR. MCALILEY:  That would be great.
3        THE VIDEOGRAPHER:  Going off the
4  video record, 3:47 p.m.
5        (Whereupon, a discussion was had off
6  the record.)
7        THE VIDEOGRAPHER:  Back on the
8  record, 3:48 p.m.
9  BY MR. MCALILEY:
10      Q   Dr. Nutter, I want to go back to the
11  report which is Exhibit No. 72, give me a second to
12  get there.  I have some questions about the sections
13  that you have written here.  Are you able to see,
14  Dr. Nutter, Deposition Exhibit No. 72 which is the
15  report?
16      A   Yes.
17      Q   Do you see the picture I am showing you
18  page 37?
19      A   Yes.
20      Q   This is Section 5.C.3 of the report,
21  right?
22      A   Yes.
23      Q   This is a section that you wrote, correct?
24      A   Yes, I was principal author of this, this
25  is incorporated, a lot of information collaborated

Page 230

1  with Mike Wylie on this.  I accepted principal
2  authorship.
3        Q   I just want to ask you some specific
4  questions about this.  When we go to the first
5  paragraph, the second sentence, I am going to
6  highlight for purposes of the discussion here, just
7  not to keep in the document just to make it easier
8  to read here and follow along.  The second sentence
9  of the first paragraph says, well, the first
10  sentence says, "The N/S ditch makes a surface water
11  connection with Bessey Creek approximately 1,600
12  feet north of the Site.  At this confluence and over
13  the course of three DOJ expert team site
14  investigations, we observed that Bessey Creek is a
15  perennially flowing tributary."  Did I write that
16  right?
17      A   Yes.
18      Q   What do you define perennial to be?
19      A   Flowing about ninety-five percent of the
20  year.
21      Q   Is it year round?
22      A   It could potentially stop flowing at times
23  and still be considered perennial.  I think some of
24  the regulations regarding wetland does require a
25  long flowing period, ninety-five percent of the

Page 231

1  time.
2        Q   In this section, Dr. Nutter, in that
3  sentence we observed it to be a perennially flowing
4  tributary, am I right that you were referring to
5  that area that I have been referring to as the
6  east/west ditch?
7        A   Yes.
8        Q   So the east/west ditch there you believe
9  is a perennial flowing tributary?
10      A   Yes.
11      Q   Am I right that the only time that you
12  observed the east/west ditch at that location north
13  of the site was at the four time you went to the
14  reference area from August to December of 2021,
15  right?
16      A   Yes, but I have the information from the
17  Hybrid Wetlands Treatment System data that confirm
18  in my mind that it was a perennial stream.
19      Q   The Hybrid Wetland Treatment Facility is
20  located a few hours downstream in the east/west
21  ditch, right?
22      A   Yes.
23      Q   And there are other ditches that flow into
24  the east/west ditch downstream from the Countess Joy
25  property, right?

Page 232

1        A   I don't recall seeing any streams, but
2  there are pipes that we identified draining water
3  from the north side of Bessey Creek to the berm into
4  Bessey Creek, but I don't think there is any streams
5  between this location and the site.
6        Q   Dr. Nutter, I want to go back to the
7  figures now so I am putting up on the screen
8  Deposition Exhibit 73.  We are going to back to
9  Figure II.B.3, this is a figure that you have
10  prepared that shows -- Actually, let me go to a
11  different one, Figure II.B.2 which is a figure from
12  the USGS topographic map and the National
13  Hydrography Dataset, do you remember we talked about
14  that before?
15      A   Yes.
16      Q   Do you see there are a series of
17  north/south ditches that flow into the east/west
18  ditch?
19      A   Yes.
20      Q   Of the Countess Joy property?
21      A   Yes.
22      Q   And am I correct that the Hybrid Wetland
23  Treatment location is in the extreme right of this
24  figure approximately?
25      A   Close, yes, I will accept that.



WADE NUTTER                                           April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                          233–236

Page 233

1    Q   So data showing that annually there is
2  water in the ditch at the Hybrid Wetland Treatment
3  Facility does not necessarily represent water levels
4  in the east/west ditch by the Countess Joy property,
5  correct?
6          MR. ADKINS:  Objection.
7          THE WITNESS:  I will modify my answer
8  to your previous questions about the streams flowing
9  into Bessey Creek and I said no, but there are, you
10  said streams, there are ditches, I was speaking of
11  tributary streams.
12  BY MR. MCALILEY:
13    Q   Fair enough, these terms tend to get
14  interchangeable at times.  Going back to my
15  question, you would agree with me that just because
16  there is always some water in the east/west ditch at
17  the Hybrid Wetland Treatment Facility doesn't mean
18  there is always water in the east/west ditch by the
19  site?
20          MR. ADKINS:  Objection.
21          THE WITNESS:  No, your question is
22  correct, but you have to look at the amount of flow
23  as I did at the wetland treatment system and
24  recognize that has to come from a rather large
25  watershed and I do, based on my professional

Page 234

1  opinion, it would be perennial given the size of the
2  stream and the organized high water mark that it was
3  a perennial stream.
4  BY MR. MCALILEY:
5    Q   Let me go now to show you Deposition
6  Exhibit 74, can you see that on the screen?
7    A   Yes.
8    Q   Let me show you Table III.C.1.1,
9  composited historical flow in Bessey Creek at the
10  Hybrid Water Treatment technology facility, do you
11  see that?
12    A   Yes.
13    Q   Did you create this?
14    A   I created it, but it's a copy of what was
15  in the permit application submitted to the Water
16  Management District for the permit.
17    Q   When was that permit application submitted
18  for that?
19    A   It is in the reports, I think it was
20  around 2018, it was a long period of time between
21  application and construction and the permit, so I
22  can't, but it was in that timeframe.
23    Q   Composited historical flow in Bessey
24  Creek, what do you understand to be the point in
25  which the flow was measured for purposes of this

Page 235

1  table?
2    A   The way I understood it, it was at the
3  water treatment facility so they could design their
4  pump capacities and wetland capacity and so forth.
5    Q   That facility pumps water from the
6  east/west ditch, treats it and puts it back into the
7  ditch, right?
8    A   Yes.
9    Q   Where is this flow measured, at the inflow
10  or the outflow?
11          MR. ADKINS:  Objection, foundation.
12          THE WITNESS:  I don't know
13  specifically but if I were designing it, I would
14  measure the flow as inflow because that's where my
15  pumps have to pull water from, it is measured by the
16  inflow so I would want to know what the inflow was.
17  The outflow is going to be, in fact, their reports
18  points out how the peak flows are going to be
19  reduced because they are running the water through
20  the grounds and the peak flows would be reduced
21  down.  I would design it and use the upstream, I
22  can't imagine using the downstream.
23  BY MR. MCALILEY:
24    Q   So this table shows the daily maximum flow
25  in (cfs), right?

Page 236

1    A   Yes.
2    Q   It also shows the daily median flow and
3  daily mean flow, right?
4    A   Yes.
5    Q   It doesn't show the daily minium flow,
6  does it?
7    A   No.
8    Q   It doesn't show where there was times
9  where the flow gets close to zero, does it?
10          MR. ADKINS:  Objection.
11          THE WITNESS:  Well, the daily mean
12  flow is the mean flow over twenty-four hours so it
13  would be the -- I would not anticipate I could have
14  to flow such as .344 CFS and having no flow, even I
15  had no flow for part of the day, I would still
16  classify it as a perennial stream, it has a flow
17  part of the time.
18  BY MR. MCALILEY:
19    Q   You would agree with me that a daily mean
20  flow of 0.344 CFS is a very small amount of flow,
21  right?
22          MR. ADKINS:  Objection, ambiguous.
23          THE WITNESS:  It's a small flow but I
24  mean it's the size of everything else.  Lots of
25  steams have that kind of flow.



WADE NUTTER                                                    April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                                237–240

Page 237

1  BY MR. MCALILEY:
2      Q    And there is a few miles between this
3  location of these measurement that were taken and
4  the site, right?
5      A    Yes.
6      Q    And there are other sources of inflow to
7  the east/west ditch between the site and where these
8  measurements were taken, right?
9      A    Yes.
10     Q    Am I right, by the way, that the Hybrid
11  Water Treatment Technology Facility is sized to
12  treat essentially all of the flows except for when
13  you get high flows over 20 CFS?
14         MR. ADKINS:  Objection, foundation.
15         THE WITNESS:  That was my
16  understanding from the permit application.
17  BY MR. MCALILEY:
18     Q    HWTT is designed to remove phosphorus and
19  nitrogen from the water, right?
20     A    You have to ask Mike Wylie, he
21  investigated those records.
22     Q    Let's go back to the report so I am back
23  at Exhibit 72, on page 37, that first paragraph, so
24  just to understand this, the statement on the second
25  paragraph that we observe that Bessey Creek is a

Page 238

1  perennially flowing tributary, that is in reference
2  to your observation, right?
3      A    Yes.
4      Q    You only made observations during your wet
5  season?
6          MR. ADKINS:  Objection, vague.
7          THE WITNESS:  That was supported by
8  the table we just looked at, yes.
9  BY MR. MCALILEY:
10     Q    When you're referring to Bessey Creek as a
11  perennial flowing tributary, again, for the record
12  to be clear, you're referring to the east/west ditch
13  near the Countess Joy property, right?
14     A    Right.
15     Q    The east/west ditch is the perennially
16  flowing tributary that you are referring to in this
17  sentence?
18     A    There is other indications of perennial
19  flow, the high water mark so there are other
20  indicators that would indicate the perennial stream.
21     Q    Is it your belief, Dr. Nutter, there is a
22  perennial flow that extends from the site all the
23  way to the Atlantic Ocean?
24     A    As we established, I do not have knowledge
25  that the north/south ditch flows perennial, I don't

Page 239

1  think we called it perennial, but it does flow a
2  good part of the year.
3      Q    The north/south ditch not a perennially
4  flowing ditch?
5      A    To my knowledge, I didn't say it wasn't, I
6  said to my knowledge.
7      Q    You're the hydrologist on the DOJ team,
8  right?
9      A    Yes.
10     Q    So in your hydrological opinion, as an
11  expert hydrologist, am I correct that you do not
12  believe that the north/south ditch is a cranially
13  flowing ditch?
14     A    No, I don't think it is, I don't think I
15  said it was perennial.
16     Q    It is not perennial?
17     A    No.
18     Q    I would like to go back to the figures
19  again.
20     A    Can I ask for a point of clarification, we
21  already talked about the north/south ditch, correct?
22     Q    Yes, that question was just the
23  north/south ditch, sir.  I just put out Deposition
24  Exhibit 73 and Figure V.D.1.a.5, do you see that on
25  the screen?

Page 240

1      A    Yes.
2      Q    And you see the title of this is perennial
3  flow from the site wetlands to the Atlantic Ocean,
4  did I read that right?
5      A    Yes, you did, that is an error that
6  slipped by me, I changed that and I didn't pick it
7  up until you showed me.  The legend says continuous
8  flow pathway, it was supposed to be changed to be
9  continuous flow from the wetland site to the
10  Atlantic Ocean so I stand corrected that should be
11  corrected in the figure, that slipped by me, that
12  was at the very end of our preparation.
13     Q    I know how it is when you get to the end
14  of something you have been working on for a while,
15  you can get tired so I understand.  Thank you.
16     A    Deadlines too.
17     Q    The figure is inaccurate to the extent
18  that it indicates that there is a perennial flow
19  from the site wetlands all the way to the Atlantic
20  Ocean?
21     A    It should say continuous flow from the
22  site wetlands.
23     Q    Continuous flow and I am focusing on the
24  area around the site and the reference area going to
25  the east/west ditch, what is the basis for the



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
241–244

Page 241

1  statement that there is a continuous flow, pathway
2  from the site to the east/west ditch?
3      A   I used the word continuous to mean it's a
4  connection, it doesn't mean it flows all the time,
5  that's really what I can say about that.
6      Q   Again, you went out to the site in the
7  reference area four times from August to December of
8  2021, two to four times, you saw water flowing, two
9  of the four times, you did not see water flowing to
10  that pathway, right?
11      A   That's correct.
12      Q   And the only time you were out there was
13  in the wet season and the very beginning of the dry
14  season, right?
15      A   Yes.
16      Q   So you actually -- based on your
17  observations alone, you can't say there is a
18  continuous flow from the site to the east/west
19  ditch, right?
20          MR. ADKINS:  Objection, misstates the
21  testimony.
22          THE WITNESS:  I cannot say there is
23  flow at all times from the site to Bessey Creek if
24  that's what your question is.
25  BY MCALILEY:

Page 242

1      Q   Yes, thank you.  What do you understand
2  the word continuous to mean?
3      A   The way I would use the word continuous,
4  there is a connection that has flow at times, it's a
5  continuous connection; in this case, a ditch and
6  flow.
7      Q   I just looked up the word continuous in
8  the dictionary, it is defined in the dictionary,
9  uninterrupted in time without cessation, would you
10  agree that's a reasonable definition of the word
11  continuous?
12      A   That's a reasonable definition, yes.
13      Q   You would agree with me then there is not
14  a continuous flow between the site and the east/west
15  ditch, right?
16          MR. ADKINS:  Objection, vague.
17          THE WITNESS:  Based upon that
18  definition, that's correct.
19  BY MR. MCALILEY:
20      Q   While we're on this figure, is it your
21  testimony that water from the site exits all the way
22  to the Atlantic Ocean?
23      A   At times, it can, yes.
24      Q   When you say at times it can --
25      A   Whenever it's -- If I can explain,

Page 243

1  whenever there is flow to the north/south ditch and
2  the north/south ditch to its various discharge
3  points, it would flow into Bessey Creek.
4      Q   You don't know how much water from Bessey
5  Creek makes it into the St. Lucie River, right?
6      A   No, except what I know from the upper
7  region where the wetland treatment facility but
8  there is inference all the way down to the St. Lucie
9  River out to the ocean.
10      Q   When I look at this Figure 5.D.1.a.5, it
11  shows broader view and shows the St. Lucie Estuary,
12  right?
13      A   Yes.
14      Q   Is the suggestion in this figure that
15  water from the site has a significant nexus with the
16  St. Lucie Estuary?
17          MR. ADKINS:  Objection, foundation.
18          THE WITNESS:  This is something that
19  Mike Wylie has investigated, I would suggest you ask
20  him for that assessment.
21  BY MR. MCALILEY:
22      Q   Would you agree with me, by the way, that
23  the tidal waters of Bessey Creek are a part of the
24  waters of the St. Lucie Estuary, right?
25      A   Yes.

Page 244

1      Q   Can you see Deposition Exhibit 72, your
2  report on page 37?
3      A   Yes.
4      Q   Before I take off the highlighting in the
5  first paragraph, is it your testimony that the
6  east/west ditch at the location of the Countess Joy
7  property is a tributary?
8          MR. ADKINS:  Objection, foundation.
9          THE WITNESS:  It is perennial flowing
10  and it is a tributary to the St. Lucie River.  I
11  will point out this was a discussion of the team,
12  this is something that Mike Wylie could respond to
13  better than I can in terms of the jurisdiction term
14  tributary.
15  BY MR. MCALILEY:
16      Q   But you wrote this section, right?
17      A   I took responsibility for joint effort
18  between the two of us.
19      Q   You would agree with me that a ditch can
20  be a tributary to the downstream water, right?
21      A   Yes.
22      Q   That's fine.  I want to go to the next
23  paragraph here on page 37 of the report and let's go
24  to the second sentence, second and third sentence, I
25  am going to read this out loud.  "For example, the



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
245–248

Page 245

1 size of the Bessey Creek watershed (study area) is
2 approximately 11,029 acres.  It includes
3 approximately 1,063 acres of wetland (Figure
4 II.B.1)" did I read that right?
5    A   Yes.
6    Q   In this sentence in the section of the
7 report, what are you referring to as the Bessey
8 Creek watershed?
9    A   In this case, as I pointed out, this is
10 what Mike Wylie selected as our study area.
11    Q   And the study area --
12    A   The study area that we identified is
13 11,029 acres.
14    Q   But the study area is Water Management
15 District Basin 4?
16    A   Yes, that's correct.
17    Q   When there is this calculation of 11,029
18 acres in the watershed, that basically means there
19 is 11,029 acres in Basin 4, correct?
20    A   Yes, that's correct, yes.
21    Q   And Basin 4 is east of the turnpike and
22 west of the turnpike, right?
23    A   Yes, as identified in the previous figure
24 that you showed me.
25    Q   Before lunch, you testified that the

Page 246

1 actual watershed of Bessey Creek is larger because
2 Basin 5 appears to be in the watershed and part of
3 the C23 basin appears to be in the watershed, right?
4    A   Correct.
5    Q   What is in the inference in the overall
6 watershed that drains into Bessey Creek?
7    A   I don't know that, this focus here was on
8 the study area, Basin 4.
9    Q   On page 37, this estimate of the total
10 acreage of the Bessey Creek watershed is an
11 underestimate, right?
12    A   Yes, it is really the size of the Bessey
13 Creek study area which is Basin 4.
14    Q   So that 11,029 acres is a smaller number
15 than the number for the overall Bessey Creek
16 watershed, right?
17    A   Yes.
18    Q   And that 11,029 acres does not represent
19 acreage that is served by the east/west ditch,
20 correct?
21        MR. ADKINS:  Objection, vague.
22        THE WITNESS:  Would you repeat that.
23 BY MR. MCALILEY:
24    Q   When I look at that number, 11,029 acres,
25 that is not the acreage served by the east/west

Page 247

1 ditch, that is all of the acreage of Basin 4?
2    A   That's correct.
3    Q   So then the second sentence here talks
4 about, it says there is approximately 1,063 acres of
5 wetlands, do you see that?
6    A   Yes.
7    Q   Am I right that is all the wetlands in
8 Basin 4?
9    A   That was an analysis conducted by
10 Mr. Wylie as he points out and we point out in the
11 next sentence by the NWI maps and NRCS hydric soil
12 map and using the expertise on his experience, he
13 identified that 1,063 acres of, I would call them
14 potential wetlands, it is just a mapping exercise.
15    Q   I will ask these questions of Mr. Wylie
16 too but because you're the principal author of this
17 section, I just want to make sure I covered it with
18 you as well.  Am I right that this 1,063 acres
19 represents all the wetlands in Basin 4 that
20 Mr. Wylie identified?
21    A   Based upon the NWI and the hydric soil
22 map.
23    Q   He calculated that for the entire basin
24 not just one portion of the basin?
25    A   For all of Basin 4.

Page 248

1    Q   So that 1,063 acres of wetlands that you
2 refer to in this section of the report, that
3 includes wetlands east of the turnpike, right?
4    A   It's all Basin 4 so, yes, whatever portion
5 of Basin 4 is east of the turnpike, it would
6 include.
7    Q   East of the turnpike most of the wetlands
8 are salt water wetlands, aren't they?
9        MR. ADKINS:  Objection, foundation.
10        THE WITNESS:  I think you need to ask
11 Mr. Wylie about this paragraph, yes, there are some
12 salt water whether he excluded those or not, I don't
13 know.  He doesn't say he did but I would assume they
14 are included.
15 BY MR. MCALILEY:
16    Q   Am I right, Dr. Nutter, you're the
17 principal author of this section but it doesn't
18 sound like you're owning it.
19    A   As I said earlier, this is a joint effort,
20 instead of trying to put down both our names, I
21 tried to simplify things and take responsibility for
22 it.  Now I find I don't know exactly what he did or
23 I can't recall exactly what he did.
24    Q   Do you know what part of the wetlands is
25 served by the east/west ditch?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
249–252

1    A    No, the study was for the entire Basin 4.
2    Q    I want to go further up in the report to
3  another section you wrote, page 8, sorry if I am
4  bouncing around.  This is page 8, this is the
5  section III.C.1 which is the Bessey Creek area
6  hydrology, this is one of the sections that you
7  wrote, right?
8    A    Yes.
9    Q    Now I am going to go down to -- On the top
10  of page 8 on the top paragraph, there is a reference
11  in here where you made the figure we talked about
12  before using USGS National Hydrography Database
13  Channels, do you remember that?
14    A    Yes.
15    Q    I want to highlight -- So I highlighted a
16  sentence, the next to last sentence, in the top
17  paragraph of page 8, let me read it out loud.  "The
18  NHD designations include the excavated channel
19  referred to in this expert report as the excavated
20  Bessey Creek and many of the primary and secondary
21  drainage ditches discharging to excavated Bessey
22  Creek," did I read that right?
23    A    Yes.
24    Q    So the excavated channel in Bessey Creak
25  is what I have been calling the east/west ditch,

1  right?
2    A    Yes.
3    Q    What I want to understand is you also make
4  many of the primary and secondary drainage ditches
5  discharging to the excavated Bessey Creek, what do
6  you mean by that?
7    A    Those are the ditches generally running
8  north and south on both sides of Bessey Creek
9  discharging, they were part of the, as I understood,
10  our team understood, the development of the drainage
11  system there consolidating all of the drainage
12  channels and wetlands into one ditch that they put
13  the side ditches in to help reduce the water table
14  and make it preventative for agriculture.
15    Q    How do I tell the difference between a
16  primary and secondary drainage ditch discharging to
17  the excavated Bessey Creek?
18    A    I think that's the way it was portrayed in
19  the document that I was reviewing.
20    Q    Let me go to the exhibits again, we can
21  look at those.  This is referring to one of the
22  figures, Deposition 73, Figure II.B.2, this is the
23  figure that you prepared that overlays the National
24  Hydrography Dataset streams, canals and ditches on
25  top of the USGS map, right?

1    A    Yes.
2    Q    So the excavated channel that you call
3  Bessey Creek and I call the east/west ditch is shown
4  right at the northern boundary of the Countess Joy
5  property, right?
6    A    Yes.
7    Q    And the primary, secondary ditch are the
8  north/south ditch that goes into various points?
9    A    Yes.
10    Q    So basically the east/west ditch is a
11  higher order body of water than the smaller ditches
12  that flow into it?
13    A    Yes.
14    Q    And I am going to refer to that ditch as a
15  tributary, how do I distinguish between what is a
16  primary ditch and which is a secondary ditch?
17    A    This only portrays a small portion of the
18  entire so the long ditch such as north/south ditch,
19  I would call primary. The secondary ditch might be
20  on the north side of Bessey Creek where you had
21  ditches gathering form an east/west ditch, those
22  would be the primary connecting to secondary ditches
23  flowing directly to Bessey Creek secondary flow into
24  a primary.
25    Q    So for instance, if I look at Figure

1  II.B.2, I can see over to the left side, the left of
2  the Countess Joy West, I see there appears to be a
3  larger ditch that connects to the east/west ditch,
4  it has a swirl bank next to it?
5    A    Yes.
6    Q    That might be an example of more of a
7  primary ditch?
8    A    Yes.
9    Q    And then just to take another example, if
10  I look at the east/west ditch north -- If I look at
11  the east/west ditch on the Countess Joy property, on
12  the north side, there is a short little north side
13  ditch, do you see that?
14    A    Yes.
15    Q    Is that a primary ditch, secondary ditch
16  or what?
17    A    I don't know if I go just go east of that
18  and you see a ditch that is connecting to another
19  ditch running east and west, I would call that the
20  east/west ditch at the top as the primary and the
21  one leading to Bessey Creek would be the secondary
22  ditch.  It is not necessarily a classification
23  system.
24    Q    I want to go to your report, I am still on
25  Deposition Exhibit 73, it looks like this was taken



Page 253

1 from a reference book of some sort?
2   A   Yes.
3   Q   Depiction of treelike or disingenuous
4 stream channel patters, did I read that right?
5   A   Yes.
6   Q   Does this basically depict the concept of
7 different orders like a hierarchy of tributaries?
8   A   Stream channel connections, these are,
9 generally speaking, you would find the first order
10 of streams there, the second order of streams, it's
11 a way of classifying size of stream for the
12 watershed.  In a drainage network system such as
13 this, the ditches might all be first order leading
14 into Bessey Creek.  It takes two first orders to
15 make a second one.  As you get further down the
16 stream, we have other streams coming in, they might
17 be second or third order and two thirds orders
18 coming together.  I think we identified Bessey Creek
19 down near St. Lucie or St. Lucie being a fourth
20 order, it's in the report.
21   Q   If I go back to that report, Exhibit 72,
22 if I go up to page 6, I will highlight to make it
23 easier to read, page 6.  Am I right in the report
24 the DOJ team identified the North Fork of the St.
25 Lucie River as a fourth order stream channel?

Page 254

1   A   Yes.
2   Q   And the Bessey Creek as a third order
3 stream?
4   A   Yes, C23 canal.
5   Q   So the report is indicating that the
6 entire length of Bessey Creek (inaudible) --
7   A   Part of your words got blanked out, can
8 you repeat that.
9   Q   For some reason, I am getting feedback.  I
10 am going to read the sentence again, Dr. Nutter; for
11 example, from the site, Bessey Creek is a third
12 order stream at a mapping scale of one to
13 twenty-four thousand, it flows east for about 5.6
14 miles, I will stop there, did I read that correctly?
15   A   Yes.
16   Q   It is the position of the DOJ team that
17 the east/west ditch is a third stream?
18   A   At the point where it joins the C23 canal.
19   Q   It doesn't say that, does it?  Doesn't it
20 say from the site Bessey Creek is a third order
21 stream?
22   A   Yes, remains a third order stream because
23 until it has a stream, is not a ditch -- I have to
24 go back and look at how I did this, I was looking at
25 streams and their first order, it takes two first

Page 255

1 orders to make a second order and a third order,
2 that's the way it was determined.  The scale of a
3 map is important just because as you get to a
4 smaller scale, a lot of those features drop out.  If
5 you go to one to twelve thousand more of those
6 features appear on the map and you get a different
7 stream order and configuration because there is more
8 detail on the map.
9   Q   Would you agree with me that the
10 north/south ditch is a lower order stream than the'
11 east/west ditch under this logic?
12   A   Yes, the north/south ditch is a first
13 order stream.
14   Q   And the east/west ditch is a second order
15 stream or a third order stream, right?
16   A   Yes, that's correct.
17   Q   What I would like to do now is exit the
18 report and go to your CV.  I am going to show you
19 what I marked as deposition No. 78, is that a
20 current curricular vitae?
21   A   Yes.
22   Q   Does it accurately depict your
23 credentials?
24   A   Yes, you're blanking out, I think you
25 asked me if that was my credentials, that is

Page 256

1 correct, yes.
2   Q   Is it an accurate summary of your
3 credentials?
4   A   It is what I currently use, yes.
5   Q   By the way, just before I forget, the
6 north/south ditch between the site and the east/west
7 ditch is a first order stream, right?
8   A   It would be classified as a first order.
9   Q   Would you agree --
10   A   First order.
11   Q   There is also the opposite side of the
12 east/west ditch that is little north?
13   A   Yes.
14   Q   Is that also a first order stream?
15   A   I am not sure there is one that had a
16 east/west and you had short ones coming off.  If
17 they were connected, you have east/west ditch, that
18 would be a second order.
19   Q   Make sure I got it right, I am going to go
20 back to the exhibit.  I am going back to Exhibit 73
21 here Figure II.B.2, can you this figure?
22   A   Yes.
23   Q   You said there was a north/south ditch
24 that leads to the east/west ditch?
25   A   Firsts order, yes, the one directly across



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
257—260

Page 257

1 from the north/south ditch would be a first order.
2    Q    The north/south ditch that is north of the
3 east/west ditch, that is a first order stream,
4 right?
5    A    Yes.
6    Q    And the ditch from the south, that we have
7 been talking about as the north/south ditch, that is
8 a first order stream?
9    A    Yes.
10       (Whereupon, Defendant's Exhibit No. 78 was
11 marked for identification.)
12 BY MR. MCALILEY:
13    Q    Let me go back to your CV here, can you
14 see Deposition Exhibit 78 back up on the screen?
15    A    Yes.
16    Q    I just have a few questions about it.
17 First of all, it is a greats photo of you, does this
18 CV have a complete list of your publications
19 relevant to your testimony?
20    A    If I remember correctly, that's nine
21 pages, that is my complete publication list which
22 does not includes reports that I have prepared as a
23 consultant, but it is my publication list.
24    Q    Is there any of these publications that
25 you deem are relevant to your opinions in this case?

Page 258

1    A    Well, it is knowledge I developed over a
2 career of sixty years or so.
3    Q    I want to turn to your testimony of other
4 cases. There is a summary of project requiring
5 expert studies and testimony, this is just a list of
6 cases that you have done in the last three years?
7    A    Yes.
8    Q    Is this matters where there is an active
9 litigation or matters which you have been hired to
10 provides expert assistance?
11    A    They all were involved in litigation and I
12 was hired and my firm as well to provide expert
13 assistance and testimony.
14    Q    On the first page of your CV, it says you
15 are highly sought expert witness in assessment of
16 hydrologic, water quality and wetland issues, do you
17 think that is a true and correct statement?
18    A    Yes.
19    Q    How many times did you serve as an expert
20 witness in a case?
21    A    In my career, probably twenty-five or
22 thirty times.
23    Q    Out of those twenty-five or thirty times
24 you served as an expert witness, how many times did
25 you do so where your client was an agency of the

Page 259

1 federal government?
2    A    Probably about maybe twenty percent,
3 twenty-five percent, more in recent years, less in
4 earlier years.
5    Q    If I go back here to page 9, this is page
6 9 of your CV, is the other case you worked on where
7 you gave expert testimony, am I right the cases
8 where your opinions relate to a site is part of the
9 (inaudible) --
10    A    Yes, I think you were breaking up, but I
11 think I understood your question, that was the U.S.
12 identified there in that list.
13    Q    How much are you getting paid on an hourly
14 basis for your testimony in this case?
15    A    My firm charges for my expert services, my
16 fee is two twenty an hour and for testimony, it's
17 double that four forty.
18    Q    So the testimony is four hundred forty
19 dollars an hour?
20    A    Twice, four hundred forty dollars, yes.
21    Q    In the Sartori case and the other case,
22 did you get testimony in those cases related to
23 whether areas in questions were subject to the
24 federal jurisdiction under the Clean Water Act?
25    A    Yes.

Page 260

1    Q    The Sartori case, I am recalling The Court
2 found that the area was not subject to jurisdiction
3 under the Clean Water Act, is that right?
4    A    I was not aware until recently of The
5 Court's decision. It was a second trial which I was
6 called to on claims so I did not know until that
7 trial that the case had not been decided in the
8 plaintiff's favor.
9    Q    Dr. Nutter, if we can take a five minute
10 break, I just want to review my papers to see if I
11 missed anything, I think we're close to the end.
12       THE VIDEOGRAPHER:  Going off the
13 video record, 4:42 p.m.
14       (Whereupon, a brief recess was
15 taken.)
16       THE VIDEOGRAPHER:  We are now back on
17 video record 4:48 p.m.
18 BY MR. MCALILEY:
19    Q    Dr. Nutter, I just have a couple of last
20 questions.
21    A    Before we get underway, I need to make a
22 correction on the last question what my hourly rate
23 was, it is correct in my CV, I would say it is two
24 fifty and five hundred, not two twenty and
25 four-forty, that's the old days, it's correct in my



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
261–264

Page 261

1 CV.
2      Q    That helps to makes this a good day for
3 you.  My last question or two, do you recall earlier
4 in the day I asked you whether there was always
5 water in the north/south ditch and you indicated you
6 saw a deposition that indicated there was always
7 water in the north/south ditch?
8      A    Yes.
9      Q    Which deposition was that?
10     A    That was Mrs. Ber Losconi, I read that two
11 days ago.
12          MR. MCALILEY:  Dr. Nutter, I thank
13 you for bearing with me today, I know it's been a
14 long day for both of us but I know for you.  I very
15 much appreciate your patience and also your helping
16 to correct the clarify of my questions and my
17 communication skills here today, so I very much
18 appreciate it.
19          THE WITNESS:  I appreciate your
20 patience with me.
21          MR. MCALILEY:  It is always a
22 pleasure of having the change to work with people
23 like yourself so thank you.  Mr. Adkins.
24          MR. ADKINS:  Do you pass the witness?
25          MR. MCALILEY:  I do.

Page 262

1          MR. ADKINS:  Okay, great.
2          CROSS EXAMINATION
3 BY MR. ADKINS:
4      Q    Dr. Nutter, as you know, I am Brandon
5 Adkins, I represent the United States in this case.
6 It is my turn to ask you some questions, I will try
7 to keep this brief and I am also going to navigate
8 this platform so let me start by showing you a
9 document that we spoke at length about today.  This
10 is Deposition Exhibit 72, I am going to share my
11 screen.  Do you see Deposition Exhibit 72, U.S.
12 Department of Justice Expert Team Report?
13     A    Yes.
14     Q    I am going to scroll down to page 16, do
15 you recall testifying about the U.S. Geological
16 Survey Map, National Wetland Inventory Map, the soil
17 mapping, the FEMA Agency flood hazard and flood plan
18 map, the LiDAR imagery that are referred to on page
19 16 of the expert report?
20     A    Yes, I do.
21     Q    Your testimony this morning was that you
22 did not rely extensively on those maps, do you
23 recall that?
24     A    I don't know that I characterized -- What
25 I relied on, as I always do, in cases of background

Page 263

1 information, anything that is specific to my field
2 endeavor, I will focus on.  I look at the soil maps
3 but they weren't important in me forming an opinion
4 because that was for the soil expert to do.
5      Q    You used the term ground-trooping, do you
6 see that?
7      A    Yes.
8      Q    What is ground-trooping?
9      A    It is going into the field and making
10 observations or survey and correcting or expanding
11 on what you can see from aerial photograph or
12 whatever might be your original data source. they
13 have the team that they go out into the field and
14 they have maps some prepared back in the 40s in many
15 cases, they update those.  The whole concept of soil
16 classification has changed over the years, they
17 update the maps.  The maps we use are the most
18 current.  The soil maps are actually in the field
19 primarily for agriculture.  They take measurement
20 and using proximity to other ground features,
21 streams and so forth to verify they're mapping and
22 bring it up to date.
23     Q    Did you conduct any ground-trooping with
24 respect to the maps that are listed on page 16 at
25 the site or the --

Page 264

1          MR. MCALILEY:  Object to form.
2          THE WITNESS:  For certain, the soil
3 mapping was used as a guide and they were confirming
4 every hole they thought was the soil series was and
5 what the description was as they made as they did
6 their soil description.
7 BY MR. ADKINS:
8      Q    In your experience, which analysis would
9 lead to a stronger conclusion, one based solely on
10 maps or one that is based on maps that have been
11 ground-trooped?
12     A    Definitely on site information is what you
13 go by; generally, what we think of is the maps are a
14 starting point and then we use the maps to correlate
15 with aerial photography.
16     Q    Your were asked questions about whether
17 you look at the underlying data for some of these
18 maps, was there any reason to do that in this case?
19     A    No.
20     Q    Is the fact that you didn't look at some
21 of that underlying data as you testified, does that
22 suggest a weakness in the conclusions you are
23 offering in this case?
24     A    Speaking of me, personally, the soil map,
25 I did not, I know that Scott Stewart did.  He



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
265–268

Page 265

1  knows -- He can respond to that very specifically,
2  we have a number of references in the report where
3  they go back and look at the various descriptions
4  and all the different tests.  The USGS maps are just
5  basically a tool to help you get grounded to the
6  site, the National Weather Inventory maps are a tool
7  to get an idea what exists in the area.  We do not
8  use the NWI maps as gospel so to speak, it is a
9  guides to say there is weather in the area.
10      Q   Let me take you to page 9 of the same
11  exhibit.  I want to make sure this was accurate,
12  earlier in your testimony you said that the width of
13  the north/south ditch was two to three feet wide in
14  the area along the site, did I hear that testimony
15  correctly?
16      A   Know, if I said that, it is two to three
17  feet deep.
18      Q   So let's look at what is written in this
19  expert report, I will the highlight this, "In the
20  defined confines of the north/south ditch, depths
21  range from several feet and width six to ten feet at
22  the site/reference areas boundary to shallower and
23  wider as distance increases northward through the
24  reference areas," did I read that correctly?
25      A   Yes.

Page 266

1      Q   It is your opinion that the width of the
2  north/south ditch ranged from six to ten feet around
3  the site in the reference area?
4          MR. MCALILEY:  Object to form.
5          THE WITNESS:  Yes.
6  BY MR. ADKINS:
7      Q   Now do you remember when counsel asked you
8  about whether you had identified watersheds that
9  drain to the north/south ditch, watersheds that
10  drain to the ditch that runs along 84th Avenue and
11  the watersheds that drain to the easternmost ditch
12  on the East Countess Joy property, do you recall
13  that question?
14      A   Yes.
15      Q   You said in your testimony that you could
16  determine what those watersheds were but you didn't,
17  why didn't you?
18      A   Well, the connection and the watershed, as
19  I pointed out, I think I said on the Countess Joy
20  site, basically all the wetlands and soils and
21  geomorphic flats that we looked at all were
22  connected, ever one of our soil borings and ever one
23  of our wells said they were wetlands and so that
24  defined for the purposes of my study and the rest of
25  the expert team what the contributing area was.  It

Page 267

1  wasn't important, at that time, to say what the
2  watershed area was because it was all wetlands
3  within the Countess Joy property that the flow
4  occurred.
5      Q   Would identifying the watershed that
6  drained into the north/south ditch, the ditch that
7  runs along 84th Avenue or the easternmost ditch on
8  the East Countess Joy property, would that have any
9  relevance to whether there is a hydrologic
10  connection between wetlands on the site and Bessey
11  Creek which is defined as the east/west ditch
12  throughout the questions today?
13          MR. MCALILEY:  Object to form.
14          THE WITNESS:  The purpose of our
15  study was to identity wetland areas and connections.
16  We didn't the time on the site to try to define the
17  watershed because the gradient is so small that it
18  takes some rather precise surveying in order to do
19  that and it's a vegetated site that would take
20  probably a week or better to do the survey in order
21  to see it.  It wasn't part of our scope of work to
22  do that, it wasn't necessary for us to make the
23  conclusion.
24  BY MR. ADKINS:
25      Q   For those specific watersheds; again, the

Page 268

1  watersheds that drain the north/south ditch, the
2  eastern most ditch at Countess Joy, would those
3  watersheds have fallen within a study area?
4          MR. MCALILEY:  Object to form.
5          THE WITNESS:  In the general frame of
6  reference, all of the wetlands in the area, that's
7  why we look at the overall area.  In terms of the
8  connection between the site and Bessey Creek, that
9  was focused for those flow paths.
10  BY MR. ADKINS:
11      Q   Let me share my screen, I am now showing
12  you Figure V.D.1.a.4 from Deposition Exhibit 73, do
13  you see that, Dr. Nutter?
14      A   Yes.
15      Q   We spoke about at length, you answered
16  quite a few questions about the deposition exhibit.
17      A   Yes.
18      Q   Can you confirm whether or not the blue
19  line, the flow path that has been described today,
20  is that surface flow or subsurface flow?
21      A   That is surface flow.
22      Q   Do you have any opinions regarding other
23  movements of water on the East Countess Joy
24  property?
25      A   Yes, I identified on several points, as I



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
269–272

Page 269

1  pointed out in my testimony, we saw water moving in
2  the vicinity of well 4 and well 6 and we also walked
3  along that whole area and saw other places where
4  surface water has exited into Bessey ditch because
5  the banks have cattle that knocked them down.  There
6  were a number of discharge points into Bessey Creek,
7  it all depends on how it was at that time of the
8  year.  On our short time on the site, what I decided
9  to do is identify what I can identify in the period
10 of time I had and represented what I had evidence
11 for.
12      Q    Let me show you the figure, now we're
13 looking at V.D.1.a.3, do you see that?
14      A    Yes.
15      Q    You said that there were other points of
16 discharge, can you explain what we're looking at in
17 this figure?
18      A    This is the photograph from 1966 and it
19 shows points that we identified historically
20 discharging, initially, looking at again, doing
21 aerial photography interpretation, you can see that
22 the discharge went down the flow path and before
23 Highway 84 was built and the ditches, it went across
24 into Countess Joy West and we actually traced that,
25 that channel is still there and discharging into

Page 270

1  Bessey Creek.  You can see it on the north side of
2  Bessey Creek, there is another squiggly line that
3  indicates another channel, the whole idea of Bessey
4  Creek was to consolidate all that drainage to drain
5  the land so that was historical.
6        The circle number one is the current
7  discharge of the flow path that I outlined.  Number
8  four is the connection between 84 ditch and Bessey
9  Creek and number three is a whole series of little
10 over bank or thru bank into Bessey ditch that occur
11 when it gets real bad.
12      Q    When you use the term discharge, are we
13 talking about surface water or subsurface water?
14      A    I observed surface water but we know that
15 in order for Bessey Creek to continue flowing
16 between rain events, there has to be some surface
17 discharge or surface flow, that was sustained
18 shortly after rain periods.
19      Q    And did you observe any -- Do you have any
20 opinions regarding hydrologic connection between the
21 reference site and Bessey Creek which has been
22 referred to as east/west?
23      A    Well, the water table measurements that we
24 had at well 4 and 6 had several purposes and one was
25 to identify water table in the close proximity to

Page 271

1  Bessey ditch, Bessey Creek, and the water table was
2  higher than the water level in the ditch, Bessey
3  Creek.  And, again, it goes from high elevation
4  water table to low elevation stream so the water
5  would have been flowing towards Bessey Creek.
6      Q    Figure V.D.1.a.4, do you see that?
7      A    Yes.
8      Q    You were asked questions about that ground
9  surface of the north/south ditch and this flow cap,
10 do you have any reason to think based on what you
11 know about this case and reference sites, everything
12 you studied, to think that flow would be southward
13 towards the site from the reference area?
14        MR. MCALILEY:  Form.
15        THE WITNESS:  No, it was very low
16 gradient from the site towards Bessey Creek.  If I
17 remember correctly, it is less than a foot, it is a
18 very low gradient.  Water moves very slowly
19 subsurface flow and that's why we have extensive
20 weapons, water can't drain away fast enough so it
21 remains.
22 BY MR. ADKINS:
23      Q    And you testified that you don't know the
24 precise number of days of the year that water flows
25 along the path represented, do you recall that

Page 272

1  testimony?
2      A    Yes.
3      Q    You were referring to surface water flow,
4  is that right?
5      A    No.
6      Q    You were not referring to subsurface water
7  flow, is that right?
8      A    No, subsurface flow would tend to be more
9  as a general flow might follow some of these surface
10 flow paths, but there can still be a gradual
11 movement of water some surface towards Bessey Creek.
12      Q    To personally observe flow for everyday of
13 the year, you have to stand out at the reference
14 site everyday, isn't that right?
15      A    Well, I would certainly have to go every
16 time there was a significant rainfall, several
17 inches and observe it, yes.
18      Q    Have you ever done that?
19      A    Yes, but not necessarily for a whole year,
20 I have done many sites after a rainfall, yes.
21      Q    Is there any reason to doubt your
22 conclusion here that this flow path existed because
23 you didn't observe it every single day of the year,
24 you couldn't name the number of days in a year that
25 this flow path existed?



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
273–276

Page 273

1     MR. MCALILEY: Object to form,
2  leading, argumentative.
3     THE WITNESS: My opinion is that this
4  represents one flow path that I was able to observe
5  when I was on site. As I indicated, we also saw
6  evidence of other flow paths when perhaps the site
7  was wetter and I identified those in some of the
8  other exhibits and you can see those signatures on
9  the LiDAR.
10 BY MR. ADKINS:
11    Q    Do you remember testifying about the
12 continuous flow path that you identified?
13    A    Yes.
14    Q    When you were describing the continuous
15 flow path, is that surface water or subsurface
16 water?
17    A    That was surface water, that was surface
18 water.
19    Q    And do you have any reason to think that
20 there is not a continuous hydrologic connection
21 between the site and the east/west ditch?
22    MR. MCALILEY: Object to form,
23 leading, argumentative.
24    THE WITNESS: My analysis would
25 indicate there is a continual gradual flow, some

Page 274

1  surface flow of water towards Bessey ditch which
2  varies by season of the year with rainfall.
3  BY MR. ADKINS:
4     Q    Just a couple more questions, we talked
5  about the rainfall gauges and you testified that you
6  used rainfall data from a source a couple of miles
7  away, do you recall that?
8     A    Yes.
9     Q    In terms of investigation that you --
10 wetlands investigations that you conducted, is
11 having rainfall data from a location a couple of
12 miles away, is that relatively close?
13    A    From what we are able to find, I consider
14 that to be reasonably close, it is not on the site.
15 In this case, we had to be concerned about cattle on
16 the reference site and we didn't have access to
17 Mr. Sharfi's site. A mile or less then two miles
18 away, if I remember correctly, that is very close in
19 terms of most studies we do. You recognize it is
20 not the actual rainfall that fell on the site
21 always; but, as I pointed out, the fact that our
22 water table measurements generally corresponded to
23 the rainfall data several miles away indicated that
24 we had a pretty good representation.
25    MR. ADKINS: I have no other

Page 275

1  questions for you at this time, thank you. Counsel,
2  for your professionalism today.
3     REDIRECT EXAMINATION
4  BY MR. MCALILEY:
5     Q    I actually have a couple of followup
6  questions. I am sorry, Dr. Nutter, but what I would
7  like to do is show you Deposition Exhibit 73, which
8  is the figures, Figure V.D.1.a.3, do you see that?
9     A    Yes.
10    Q    This is the figure your counsel just asked
11 you about, right?
12    A    Yes.
13    Q    This figure is entitled aerial photo from
14 1996 showing historical wetland discharge location
15 and how they have changed for the construction of
16 84th Avenue, all discharge locations are currently
17 evident and were verified during the expert team
18 field visit, did I read that right?
19    A    Yes.
20    Q    Is that a true and correct statement?
21    A    Yes.
22    Q    So the historical connection between the
23 Countess Joy property and the east/west ditch in
24 1966 is the location number 2, east/west ditch, is
25 that right?

Page 276

1     A    Location number 2, what is your question
2  about?
3     Q    That's my question, if I want to identify
4  the historical location where water flows from the
5  Countess Joy property to the east/west ditch, am I
6  right that location is labeled with a circle with
7  the number 2?
8     A    Yes.
9     Q    Number 1 is historical flow across where
10 84th Avenue is now located?
11    A    Yes.
12    Q    If I want to look on this figure as to
13 where the current connection was at Bessey Creek,
14 this figure indicates that the current connection at
15 Bessey Creek is where you have circle number 4,
16 right?
17    A    Well, from the flow path that I described,
18 it goes to number 1 and then to number 4 in
19 Bessey Creek.
20    Q    This figure shows the point where water
21 from the Countess Joy East property reaches the
22 east/west ditch, that is identified as location
23 number 4, right?
24    A    Yes.
25    Q    I also see there is a connection number 3,



WADE NUTTER
UNITED STATES vs BENJAMIN K. SHARFI

April 01, 2022
277–280

Page 277

1  wet season connection to Bessey Creek, that's the
2  location where you testified the water level was
3  high, you saw water flowing across the pasture into
4  Bessey Creek at that location, right?
5      A   Yes.
6      Q   So these are the locations that you, as a
7  field expert team, verified during the field visit
8  where the wetlands discharged to the east/west
9  ditch, right?
10     A   Yes.
11     Q   You have not identified as a wetland
12  connection to Bessey Creek the north/south ditch,
13  have you?
14     A   Not directly all the way in north/south
15  ditch to Bessey Creek, no.  I did not see evidence
16  of flow at that point, I was able to verify with the
17  aerial photograph in my field work in August and
18  September and October.
19     Q   My question is this, this figure does not
20  show the north/south ditch in connection to what
21  you're calling Bessey Creek, right?
22     A   That's correct, right.
23     Q   This shows all discharge locations, right?
24         MR. ADKINS:  Objection.
25         THE WITNESS:  My caption says all

Page 278

1  discharged locations are currently evident and
2  verified, we verified each one of those currently.
3  I did not verify a direct discharge from north/south
4  ditch into Bessey Creek.
5  BY MR. MCALILEY:
6      Q   This figure shows there is no discharge
7  from the north/south ditch?
8      A   I wouldn't say there is no discharge, I
9  said I wasn't able to verify it during my visit.
10     Q   Dr. Nutter, this figure that you created
11  doesn't show any discharge form the north/south
12  ditch into Bessey Creek, right?
13     A   I think you're misconstruing what I said,
14  I said the locations were currently evident.  At
15  that time when I was there, it did not show evidence
16  of discharge that I could verify.
17     Q   Just to be clear, when you did your site
18  visit, you saw no evidence of discharge directly
19  into what you are calling Bessey Creek?
20     A   That's right.
21     Q   This figure shows what appears to be an
22  old historical stream channel on the Countess Joy
23  West property?
24     A   Historical what?
25     Q   Stream channel?

Page 279

1      A   Yes.
2      Q   Am I right in looking at this, that the
3  east/west does not appear to track any specific
4  natural stream channel in this photograph?
5      A   I'm sorry, you are a little fuzzy, I am
6  not sure I understand your question.
7      Q   I will try to do it again.  Am I right,
8  sir, that this figure in that 1966 aerial photograph
9  that is the basis of this figure does not show any
10  natural stream channel in the approximate location
11  of the east/west ditch?
12         MR. ADKINS:  Objection, vague.
13         THE WITNESS:  In the location of
14  where?
15         MR. MCALILEY:  East/west ditch.
16         MR. ADKINS:  Same objection.
17         THE WITNESS:  I am not sure I fully
18  understand.  The 1966 photograph shows wetland
19  discharges that occurred into Bessey ditch and I was
20  able to verify each one of those based upon the
21  current conditions when I was there.
22         MR. MCALILEY:  Thank you, I have no
23  further questions, sir.
24         MR. ADKINS:  No questions for the
25  United States.

Page 280

1          THE WITNESS:  Thank you.
2          MR. MCALILEY:  Dr. Nutter, you have
3  the option to read your transcript before it is
4  submitted, it is your choice.
5          THE WITNESS:  Yes.
6          MR. ADKINS:  We will read.
7          MR. MCALILEY:  Thank you so much,
8  Dr. Nutter, I hope you have a great weekend.
9          THE VIDEOGRAPHER:  This concludes the
10  videotape deposition, the time is 5:21 p.m. going
11  off the record now.
12         MR. MCALILEY:  I will order.
13         MR. ADKINS:  I will take a copy.
14         (Whereupon, the deposition was
15  concluded at 5:21 o'clock p.m.)
16
17
18
19
20
21
22
23
24
25



**Page 281**

CERTIFICATE OF OATH

1
2   THE STATE OF FLORIDA)
3   COUNTY OF PALM BEACH)
4
5       I, the undersigned authority, certify that the
6   aforementioned witness, Wade Nutter, personally
7   appeared before me and was duly sworn on Friday,
8   April 1, 2022.
9
10          Dated this 25th day of April, 2022.
11
12
13
14          _____
15
16          CHRISTINA ANDRIOFF, COURT REPORTER
            Notary Public - State of Florida
17          My Commission Expires:  8/26/25
            My Commission No.:  HH 140422
18
19
20
21
22
23
24
25

**Page 282**

C E R T I F I C A T E

1
2   THE STATE OF FLORIDA)
3   COUNTY OF PALM BEACH)
4
5       I, CHRISTINA ANDRIOFF, Court Reporter and
    Notary Public in and for the State of Florida at
6   large, do hereby certify that I was authorized to
    and did report said deposition in stenotype; and
7   that the foregoing pages are a true and correct
    transcription of my shorthand notes of said
8   deposition.
9       I further certify that said deposition was
    taken at the time and place hereinabove set forth
10  and that the taking of said deposition was commenced
    and completed as hereinabove set out.
11
        I further certify that I am not attorney or
12  counsel of any of the parties, nor am I a relative
    or employee of any attorney or counsel of any party
13  connected with the action, nor am I financially
    interested in the action.
14
        The foregoing certification of this transcript
15  does not apply to any reproduction of the same by
    any means unless under the direct control and/or
16  direction of the certifying reporter.
17      Dated this 25th day of April, 2022.
18
19
20
21          _____
            CHRISTINA ANDRIOFF, COURT REPORTER
22          Notary Public - State of Florida
23
24
25

**Page 283**

DEPOSITION ERRATA SHEET

1
2
3       Our Assignment No.  J8094595
4       Case Caption:   United States of America
5       vs.  Sharfi
6
7       DECLARATION UNDER PENALTY OF PERJURY
8
9   I, Wade Nutter, declare under penalty of
10  perjury that I have read the entire transcript of
11  my Deposition taken in the captioned matter
12  or the same has been read to me, and
13  the same is true and accurate, save and
14  except for changes and/or corrections, if
15  any, as indicated by me on the DEPOSITION
16  ERRATA SHEET hereof, with the understanding
17  that I offer these changes as if still under
18  oath.
19      Signed on the _____ day of
20  _____, 20___.
21
22  _____
    Wade Nutter
23
24
25

**Page 284**

DEPOSITION ERRATA SHEET

1
2   Page No._____Line No._____Change to:_____
3   _____
4   Reason for change:_____
5   Page No._____Line No._____Change to:_____
6   _____
7   Reason for change:_____
8   Page No._____Line No._____Change to:_____
9   _____
10  Reason for change:_____
11  Page No._____Line No._____Change to:_____
12  _____
13  Reason for change:_____
14  Page No._____Line No._____Change to:_____
15  _____
16  Reason for change:_____
17  Page No._____Line No._____Change to:_____
18  _____
19  Reason for change:_____
20  Page No._____Line No._____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____DATE:_____
            Wade Nutter
25



WADE NUTTER                                                    April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                                       285

```
                                                     Page 285
1              DEPOSITION ERRATA SHEET

2     Page No._____Line No._____Change to:_____

3     _____

4     Reason for change:_____

5     Page No._____Line No._____Change to:_____

6     _____

7     Reason for change:_____

8     Page No._____Line No._____Change to:_____

9     _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____
              Wade Nutter
25
```



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

               *Plaintiff*,

     v.

BENJAMIN K. SHARFI, in his personal and
fiduciary capacity as trustee of the Benjamin
Sharfi 2002 Trust, and NESHAFARM, INC.

               *Defendants*.

Case No. 2:21-cv-14205-KAM

## <u>ERRATA FOR DEPOSITION OF WADE L. NUTTER</u>

    I, Wade L. Nutter, Ph.D., PH, have read the transcript of my deposition taken on April 1,

2022, in the above-captioned case and, pursuant to Federal Rule of Civil Procedure 30(e)(1), list

the following changes to the transcript and the reasons for making them:

| Page | Line | Reads | Should Read | Reasons For Change |
|---|---|---|---|---|
| 10 | 1 | grafts | graphs | mistranscribed |
| 11 | 5 | Tilman | Tillman | misspelled |
| 11 | 20 | an international paper company | International Paper Company | mistranscribed |
| 16 | 12 | an | delete "an" | mistranscribed |
| 16 | 15 | was due to | was out due to | mistranscribed |
| 19 | 19 | have sort of what | delete | mistranscribed |
| 23 | 6 | he | she | mistranscribed |
| 24 | 11 | find make | find we can make | mistranscribed |
| 27 | 5 | about | by | mistranscribed |
| 28 | 11 | hydrology soils | hydrology and soils | mistranscribed |
| 33 | 19 | Weather | Wetland | mistranscribed |
| 36 | 16 | ground-trooping | ground-truthing | mistranscribed |
| 37 | 6 | ground-trooping | ground-truthing | mistranscribed |
| 40 | 2 | then | than | mistranscribed |
| 42 | 16 | for purposes | for our purposes | mistranscribed |
| 44 | 23 | slews | sloughs | mistranscribed |
| 53 | 10 | ground-trooping | ground-truthing | mistranscribed |
| 53 | 22 | ground-trooping | ground-truthing | mistranscribed |

| 56 | 14–17 | | The dashed line means a feature of one-half the contour interval of 5 feet and could, in the area mapped, be intermittently ponded or not. | clarification |
|---|---|---|---|---|
| 61 | 1 | Fishing | Fish | mistranscribed |
| 61 | 9 | our | delete | mistranscribed |
| 62 | 13 | Fishing | Fish | mistranscribed |
| 62 | 14 | ground-trooping | ground-truthing | mistranscribed |
| 62 | 19 | Fishing | Fish | mistranscribed |
| 65 | 19 | Weather | Wetland | |
| 67 | 1 | screen | stream | mistranscribed |
| 67 | 3 | escalated | excavated | mistranscribed |
| 75 | 16 | Goodfrin | Goodfriend | mistranscribed |
| 75 | 22 | Goodfrin | Goodfriend | mistranscribed |
| 78 | 25 | Weather | Wetland | mistranscribed |
| 81 | 15 | vegetation hydric | vegetation and hydric soil | mistranscribed |
| 83 | 3 | views | use | mistranscribed |
| 83 | 4 | ground-trooping | ground-truthing | mistranscribed |
| 83 | 7 | ground-trooping | ground-truthing | mistranscribed |
| 83 | 7 | photographic | geomorphic | mistranscribed |
| 83 | 24 | ground-trooping | ground-truthing | mistranscribed |
| 84 | 10 | ground-trooping | ground-truthing | mistranscribed |
| 88 | 11 | was kind of | has a | clarification |
| 88 | 13 | every, | every, 100 years, or 1% chance in any year | clarification |
| 95 | 1 | is | are | grammatical error |
| 95 | 11 | a | [delete] | mistranscribed |
| 96 | 7 | color | culvert | mistranscribed |
| 98 | 20 | form | from | mistranscribed |
| 100 | 17 | to | through | mistranscribed |
| 100 | 19 | active | accurate | mistranscribed |
| 101 | 1 | clear vegetation | clear of vegetation | mistranscribed |
| 101 | 14 | a | [delete] | mistranscribed |
| 105 | 8 | them | him | mistranscribed |
| 110 | 21 | flex | FLCCS | mistranscribed |
| 110 | 23 | flex | FLCCS | mistranscribed |
| 114 | 17 | twenty-seven | twenty-seven hundred | mistranscribed |
| 131 | 18 | root | route | mistranscribed |
| 134 | 6 | miles | mounds | mistranscribed |
| 138 | 20 | 5' | 50 to 75 ft | clarification/mistranscribed |

| 140 | 1 | tree | trees | mistranscribed |
|---|---|---|---|---|
| 140 | 1 | is wetlands | is not wetlands | mistranscribed |
| 140 | 16 | standard | situated | mistranscribed |
| 149 | 10 | treatment | level | mistranscribed |
| 154 | 19 | of | or | mistranscribed |
| 158 | 23 | beyond | on | mistranscribed |
| 160 | 5 | service | surface | mistranscribed |
| 164 | 24 | a | as a | mistranscribed |
| 169 | 12 | west | WETS | mistranscribed |
| 183 | 20 | hundred | hundredths | mistranscribed |
| 185 | 16 | I | 1 (one) | mistranscribed |
| 187 | 20 | dial | diode | mistranscribed |
| 188 | 5 | sole | soil | mistranscribed |
| 190 | 24 | response | purpose | mistranscribed |
| 195 | 25 | half | full of | mistranscribed |
| 201 | 8 | with | into | mistranscribed |
| 205 | 4 | was | has | mistranscribed |
| 205 | 22 | flow | increase | mistranscribed |
| 207 | 10 | the surface | the water surface | mistranscribed |
| 208 | 25 | eighty-four thousand | 84th Ave | mistranscribed |
| 210 | 2 | is | [delete] | mistranscribed |
| 210 | 6 | radiant | gradient | mistranscribed |
| 210 | 13 | sub-straight | substrate | mistranscribed |
| 212 | 22 | velocity | porosity | mistranscribed |
| 214 | 6 | and | that | mistranscribed |
| 215 | 16 | over | after | mistranscribed |
| 215 | 17 | minus whatever components | [delete] | part of testimony lost to complete the sentence |
| 217 | 19 | some surface | subsurface | mistranscribed |
| 218 | 1 | mock | muck | mistranscribed |
| 225 | 6 | chart | charge | mistranscribed |
| 231 | 20 | hours | miles | mistranscribed |
| 234 | 2 | organized | ordinary | mistranscribed |
| 239 | 12 | cranially | perennial | mistranscribed |
| 250 | 14 | preventable | suitable | mistranscribed |
| 251 | 21 | form | from | mistranscribed |
| 252 | 4 | swirl | spoil | mistranscribed |
| 253 | 3 | disingenuous | dendritic | mistranscribed |
| 253 | 4 | patters | patterns | mistranscribed |
| 256 | 25 | Firsts | First | mistranscribed |
| 261 | 10 | Mrs. Ber Losconi | Mr. Berlusconi | mistranscribed |
| 263 | 5 | ground-trooping | ground-truthing | mistranscribed |
| 263 | 6 | see | remember | mistranscribed |
| 263 | 8 | ground-trooping | ground-truthing | mistranscribed |

| 263 | 11 | photograph | photographs | mistranscribed |
| 263 | 19 | measurement | measurements | mistranscribed |
| 263 | 21 | they're | their | mistranscribed |
| 263 | 23 | ground-trooping | ground-truthing | mistranscribed |
| 264 | 11 | ground-trooped | ground-truthed | mistranscribed |
| 265 | 6 | Weather | Wetlands | mistranscribed |
| 265 | 7 | idea what | idea of what | mistranscribed |
| 265 | 9 | is weather | are wetlands | mistranscribed |
| 265 | 16 | Know | Now | mistranscribed |
| 266 | 22 | ever [both instances] | every [both instances] | mistranscribed |
| 269 | 7 | how it | how wet it | mistranscribed |
| 270 | 11 | bad | wet | mistranscribed |
| 270 | 33 | as east/west | as the east/west ditch | mistranscribed |
| 271 | 9 | cap | map | mistranscribed |
| 271 | 20 | weapons | wetlands | mistranscribed |
| 272 | 11 | some surface | subsurface | mistranscribed |
| 272 | 12 | everyday | every day | mistranscribed |
| 272 | 13 | you have | you would have | mistranscribed |
| 272 | 14 | everyday | every day | mistranscribed |
| 274 | 10 | you conducted | you've conducted | mistranscribed |
| 275 | 14 | 1996 | 1966 | mistranscribed |

Executed on May 3, 2022 in Riviera Beach, Florida.

Wade L. Nutter, Ph.D., PH