# EXHIBIT 6

Charles Berlusconi                                    March 18, 2022

Page 1

1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                       FORT PIERCE DIVISION
3                   CASE NO. 2:21-cv-14205-KAM
4
         UNITED STATES OF AMERICA,
5
              Plaintiff,
6
         vs.
7
         BENJAMIN K. SHARFI, in his personal
8        and fiduciary capacity as trustee of
         the Benjamin Sharfi 2002 Trust, and
9        NESHAFARM, INC.,
10            Defendants.
         _____/
11
12
13                              United States Attorney's Office
                                101 South US 1
14                              Suite 3100
                                Fort Pierce, Florida
15                              Friday, 9:10 a.m.-4:14 p.m.
                                March 18, 2022
16
17
             VIDEOTAPED DEPOSITION OF CHARLES BERLUSCONI
18
19
20           Taken on Behalf of the Plaintiff before
21       Lisa Gerlach, Court Reporter, Notary Public
22       in and for the State of Florida at Large,
23       pursuant to Notice of Taking Deposition in
24       the above cause.
25

Charles Berlusconi                                                March 18, 2022

Page 2

```
 1    Appearances:
 2    Counsel for the Plaintiff:
 3    BRANDON N. ADKINS, ESQUIRE
      US Department of Justice
 4    Environmental & Natural Resources Division
      P.O. Box 7611
 5    Ben Franklin Station
      Washington, DC 20044
 6    202-616-9174
      brandon.adkins@usdoj.gov
 7
      WILLIAM MOORE, ESQUIRE
 8    Army Corps of Engineers
      701 San Marco Boulevard
 9    Jacksonville, FL 32207
      904-76204736
10    william.j.moore@usace.army.mil
11
      Counsel for the Defendants:
12
      CHRISTOPHER F. HAMILTON, ESQUIRE
13    JOSHUA D. MIRON, ESQUIRE (by speakerphone)
      Sharfi Holdings, Inc.
14    3690 West Gandy Boulevard
      Suite 422
15    Tampa, FL 33611-2608
      813-416-2352
16    chamilton@sharfiholding.com
      jmiron@sharfiholding.com
17
      T. NEAL MCALILEY, ESQUIRE
18    Carlton Fields, PA
      2 MiamiCentral
19    700 NW 1st Avenue
      Suite 1200
20    Miami, FL 33136
      305-530-4039
21    nmcaliley@carltonfields.com
22
      Also Present:
23
      Paul Smith, Videographer
24
25
```

Page 4

```
 1    Exhibit DX 49    Composite, DEF 0000863 through
                       DEF 0000868        137
 2
      Exhibit DX 50    Invoice,
 3                     2ndNatureLawn0000020     140
 4    Exhibit DX 51    Invoice,
                       2ndNatureLawn0000062     147
 5
      Exhibit DX 52    Invoice,
 6                     2ndNatureLawn0000080     149
 7    Exhibit DX 53    (Skipped)
 8    Exhibit DX 54    (Skipped)
 9    Exhibit DX 55    Invoices,
                       ProfessionalPump0000101 through
10                     ProfessionalPump0000102    161
11    Exhibit DX 56    Email, BYTE0000036 through
                       BYTE0000037        168
12
      Exhibit DX 57    SFWMD Documents, USACE0000014
13                     through USACE0000029    190
14    Exhibit DX 58    Email, BYTE0000034 through
                       BYTE0000035        196
15
      Exhibit DX 59    Photo, USACE0000317     207
16
      Exhibit DX 60    Aerial Photo, The Site     30
17
      Exhibit DX 61    Byte Me Document       99
18
      Exhibit DX 62    Photo, USACE0000318     209
19
      Exhibit DX 63    Photo, USACE0000319     212
20
      Exhibit DX 64    Photo, USACE0000307     219
21
      Exhibit DX 65    Photo, USACE0000323     223
22
      Exhibit DX 66    Photo, USACE0000312     224
23
      Exhibit DX 67    Photo, USACE0000313     227
24
      Exhibit DX 68    Photo, USACE0000322     228
25
      Exhibit DX 69    Photo, USACE0000982     234
```

Page 3

```
 1                 INDEX
 2    WITNESS      EXAMINATION        PAGE
 3    Charles Berlusconi
 4       Direct by Mr. Adkins         7
 5       Cross by Mr. Hamilton        258
 6    Certificate of Oath             268
 7    Certificate of Reporter         269
 8    Witness Review Letter           270
 9    Errata Sheet                    271
10              EXHIBITS
11    Exhibit DX 40    Aerial Photo, Close-up of
                       The Site        20
12
      Exhibit DX 41    Email, BYTE0000040 through
13                     BYTE0000041        107
14    Exhibit DX 42    Email, BYTE0000038 through
                       BYTE0000039        110
15
      Exhibit DX 43    Eddie Huggins Land Grading
16                     Invoices, EddieHuggins0000137
                       through EddieHuggins0000192  113
17
      Exhibit DX 44    Email, BYTE0000031 through
18                     BYTE0000033        119
19    Exhibit DX 45    Email, BYTE0000029 through
                       BYTE0000034        127
20
      Exhibit DX 46    Email, BYTE0000026 through
21                     BYTE0000027        132
22    Exhibit DX 47    Check and Contract,
                       BYTE0000861 through
23                     BYTE0000862        133
24    Exhibit DX 48    Composite, BYTE000002 through
                       BYTE000024         135
25
```

Page 5

```
 1    Exhibit DX 70     Aerial Photo, The Site,
                        2019               236
 2
      Exhibit DX 71     Aerial Photo, The Site,
 3                      2020               236
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Charles Berlusconi                                                          March 18, 2022

Page 6

1        THE VIDEOGRAPHER:  Good morning.  We're
2   going on record at 9:10 a.m. on Friday, March
3   18, 2022.  This is media unit one in the
4   video-recorded deposition of Charles
5   Berlusconi, taken in the matter of the United
6   States of America vs. Benjamin K. Sharfi and
7   NeshaFarm, Inc.  The deposition is being held
8   at the United States Attorney's office
9   located at 101 South US 1, Suite 3100, Fort
10  Pierce, Florida.
11       My name is Paul Smith, from the firm
12  Veritext.  I'm the videographer.  The court
13  reporter is Lisa Gerlach, from the firm of
14  Veritext.
15       Would counsel, please, introduce
16  yourselves?  After which, the court reporter
17  will swear in the witness.
18       MR. ADKINS:  Good morning,
19  Mr. Berlusconi.  My name is Brandon Adkins.
20  I'm a trial attorney with the United States
21  Department of Justice.  I represent the
22  United States, the plaintiff in this case.
23       THE WITNESS:  Okay.
24       MR. MOORE:  My name is William Moore.
25  I'm an attorney with the Army Corps of

Page 7

1   Engineers in the Jacksonville district.
2        THE WITNESS:  Okay.
3        MR. MCALILEY:  Good morning.  My name is
4   Neal McAliley.  I'm one of the lawyers for
5   the defendants.
6        THE WITNESS:  All right.
7        MR. HAMILTON:  Good morning.  I'm Chris
8   Hamilton.  I'm the deputy general counsel for
9   Sharfi Holdings.  I represent the defendants.
10       And we have someone on the phone too.
11       MR. MIRON:  Good morning, Mr. Berlusconi.
12  Joshua Miron, general counsel for the
13  defendants.
14       THE WITNESS:  Good morning.
15  THEREUPON,
16          CHARLES BERLUSCONI,
17       A Witness herein, acknowledged after having
18  been duly sworn and testified upon his oath as
19  follows:
20       THE WITNESS:  I do.
21          DIRECT EXAMINATION
22  BY MR. ADKINS:
23       Q.  Could you, please, state your name for the
24  record?
25       A.  Charles Berlusconi.

Page 8

1        Q.  Have you ever been deposed before,
2   Mr. Berlusconi?
3        A.  Excuse me?
4        Q.  Have you ever been deposed before?
5        A.  No.
6        Q.  So, in this deposition, I'll be asking you
7   some questions, to which you'll provide accurate and
8   truthful responses.  If you don't understand one of
9   the questions that I ask, just let me know.  I'll try
10  to rephrase or explain my question.
11       Does that make sense?
12       A.  Yeah.
13       Q.  And you understand you've taken an oath to
14  tell the truth today; is that right?
15       A.  Yes, I did.
16       Q.  We're not in a courtroom.  We don't have a
17  judge present.  But you're under the same obligation
18  to tell the truth as if we were in a courtroom and a
19  judge was present.
20       Do you understand that?
21       A.  Yeah.  And if I want to plead the 5th, I can.
22       Q.  Now, if I ask you a question and you give me
23  a response, I'd like you to give me a verbal response,
24  because we have a court reporter here.  So, if you nod
25  your head or shake your head, our court reporter can't

Page 9

1   take that down.
2        A.  Right.
3        Q.  There's another important ground rule that
4   we'll set.  If you could wait until I finish asking a
5   question before you provide a response, that will help
6   the court reporter take down my question accurately
7   without losing anything that you're saying.  I ask
8   that you do the same -- or I will do the same, I
9   should say.  I'll wait until you finish giving your
10  response before I ask a question.
11       Does that make sense?
12       A.  Yes.
13       Q.  Thank you.  That was very good.  It's kind of
14  an awkward way of speaking, but it is important for
15  making sure that we have a clear record.
16       The lawyers here today may object to
17  questions that I ask you.  Unless anyone specifically
18  instructs you not to answer, you can go ahead and
19  state your response after they state their objections
20  for the record.
21       Does that make sense?
22       A.  Yes.
23       Q.  Are you on any drugs or medications that
24  would affect your ability to provide accurate and
25  truthful testimony today?

Charles Berlusconi                                    March 18, 2022

Page 10

1      A.  No.  I'm just on blood pressure medicine --
2  high blood pressure.
3      Q.  Are you on any drugs or medications that
4  would affect your ability to remember events while
5  you're testifying today at your deposition?
6      A.  No.  I didn't smoke anything this morning.
7      Q.  Okay.  What did you do, if anything -- what,
8  if anything, did you do to prepare for today's
9  deposition?
10     A.  Not a thing.
11     Q.  Have you spoken to anyone about the subpoena
12  that we served for today's deposition?
13     A.  My lawyer.
14     Q.  Who is your lawyer?
15     A.  Tom Colter.
16     Q.  Does your lawyer represent you with respect
17  to this matter?
18     A.  No.  I just asked him a question.
19     Q.  Are you represented by counsel in connection
20  with this subpoena?
21     A.  No.  Not unless I need him.
22     Q.  Okay.  Have you talked to anyone else other
23  than your lawyer about today's deposition?
24     A.  My wife.
25     Q.  Anyone else?

Page 11

1      A.  Not that I can recall.
2      Q.  Has anyone reached out to you with respect to
3  today's deposition?
4      A.  No.
5      Q.  Before today, you and I haven't met; is that
6  right?
7      A.  No.
8      Q.  Have you had any communications with anyone
9  other than the lawyer that you mentioned with respect
10  to this litigation?
11     A.  Not really.  I spoke with my secretary --
12  that used to be my secretary -- because she was
13  moving, and we were just saying goodbye and stuff.
14  But we didn't touch base on anything.  I didn't tell
15  her I got subpoenaed, nor did she know.  She didn't
16  say nothing, so...
17     Q.  Who is your secretary that you're referring
18  to?
19     A.  Emilie Kirkpatrick.
20     Q.  Do you recall about when you spoke to
21  Ms. Kirkpatrick?
22     A.  About a week and a half ago.
23     Q.  Do you remember anything about what you
24  discussed with Ms. Kirkpatrick?
25     A.  Their home they purchased in Tennessee, she

Page 12

1  hasn't lost any more weight, talking about her dog,
2  talking about, you know, just what have I been doing
3  on retirement, forced retirement.
4      Q.  Did you have any conversations with
5  Ms. Kirkpatrick with respect to this litigation?
6      A.  No.  I already said no.
7      Q.  Has anyone reached out to you with respect to
8  this litigation?
9      A.  No.  No one has.
10     Q.  You said you're retired now?
11     A.  Yes.
12     Q.  When did you retire?
13     A.  Let's see.  I don't have the exact date.
14  Going on maybe two and a half years, two years, give
15  or take.  It was when I left employment with
16  Mr. Sharfi.
17     Q.  So that puts you maybe at 2019 or 2020, would
18  you say?
19     A.  Probably '19.  In that area.  I'm not -- I
20  don't have the dates in my head.  It's not something
21  that's really that important to me.
22     Q.  Was it before or after the pandemic?
23     A.  It was after, because I remember doing stuff
24  at work to prepare for the pandemic and the virus and
25  stuff.

Page 13

1      Q.  The pandemic started around March 2020, would
2  you say?
3      A.  I guess you would know better.  You're the
4  government.
5      Q.  So you'd say maybe you went into retirement
6  sometime after March 2020?
7      A.  Sometime, yeah.
8      Q.  Why did you go into retirement?
9      A.  Because I was of age and I wasn't working
10  anymore, so I applied for Social Security and -- see
11  if I can...
12     Q.  Sorry.  There was a beeping sound.  We were
13  trying to locate the source.
14        MR. HAMILTON:  We learned, if you leave a
15     door open, it sounds an alarm.  The place is
16     Fort Knox.
17  BY MR. ADKINS:
18     Q.  So you said you weren't working anymore.
19  What did you mean by that?
20     A.  Well, I wasn't employed.  So I was of age to
21  get on retirement, so I filed for Social Security.
22  And my wife was on disability, so we're both on Social
23  Security now and living the dream, trying to survive.
24     Q.  There was a period where you were unemployed
25  before you went into retirement; is that correct?

Charles Berlusconi                                                March 18, 2022

Page 14

1    A.  Oh, yeah.  The time it took me to file and do
2  all the paperwork.
3    Q.  What was the last job you held?
4    A.  I was employed by Mr. Sharfi.  I worked for
5  Mr. Sharfi for about eight years.
6    Q.  What was your title?
7    A.  It varied.  In the beginning, I was
8  electrician, maintenance.  Then I stepped up to a
9  super, and then I went to project manager, and then a
10  VP of operations.  I did all the construction work and
11  stuff and built his facilities that he owned.
12    Q.  When would you say -- you said you'd been
13  working for Mr. Sharfi for eight years.  Do you have a
14  ballpark of when you started?  Maybe a year?
15    A.  When I retired, a little -- the pandemic is
16  when I pretty much got out of work, so go back eight
17  years.
18    Q.  2014, about?
19    A.  Yeah.  Like I said, I don't have dates and I
20  don't remember the dates of when it was exactly.
21    Q.  Did you work for Mr. Sharfi or for a company
22  of Mr. Sharfi's?
23    A.  I worked for a company of his.
24    Q.  What company did you work for?
25    A.  BSI.

Page 15

1    Q.  Is that an acronym for something?
2    A.  Yeah.  What the heck was it?  It's escaping
3  my mind right now.
4    Q.  Could it be Byte Services, Inc.?
5    A.  There you go.
6    Q.  Is that right?
7    A.  Yeah.
8    Q.  So you started -- about eight years at BSI --
9  as an electrician.  Is that right?
10    A.  Yes, yeah.  I started working, doing electric
11  work through a company I used to work for previous to
12  him.
13    Q.  What company was that?
14    A.  It was Watts Electric.  And then it was --
15  well, Watts Electric was the main company that did the
16  work for Sharfi.  And then he hired me through --
17  doing the work on his property, he kind of -- we got
18  to, you know, like each other and he knew the work I
19  did, so he put me on as -- first, as his property
20  manager at his main house over there on Sewall's
21  Point.
22    Q.  About how long would you say you were an
23  electrician for Byte Services?
24    A.  About a year probably.  We were remodeling
25  some of the property over there.

Page 16

1    Q.  Did you supervise anyone?
2    A.  Yes.
3    Q.  Who did you supervise?
4    A.  Several different men, electricians.  We were
5  doing the building on the property and all the
6  landscape lighting, so I had three or four
7  electricians and then some helpers -- laborers.
8        Actually, Canam Electric, they came in and
9  bought Watts Electric.  They were the final company
10  that Mr. Sharfi used -- was Canam Electric, and they
11  bought Watts Electric out.
12    Q.  When you were an electrician for BSI, who did
13  you report to?
14    A.  Mr. Sharfi.
15    Q.  Directly?
16    A.  Excuse me?
17    Q.  Directly?
18    A.  Yes.  If he wanted something done, he would
19  let me know.  Then I would take it from there and tell
20  the men what to wire and what not to wire, what to dig
21  and what not to dig.
22    Q.  Next, you said you were a super?
23    A.  Yeah.  Then I became a property manager and I
24  maintained the property at 73 Sewall's Point.
25    Q.  Still working for BSI at this point?

Page 17

1  A.  Yes.
2    Q.  About how long were you a property manager?
3    A.  Probably a couple years, and then things
4  started getting -- we started getting busier and so
5  we -- and then he bought some real estate and he owned
6  some houses and we remodeled them.  We'd demo them and
7  remodel them.  Most of them, he kept for family
8  members that came down on vacation.  And then he
9  purchased the farm and various things in construction.
10        He had the airport.  There's a bunch of
11  businesses that he had, and I was in charge of all of
12  them, going around from one place to another, telling
13  guys what to do and what not to do and dealing with
14  the interior decorator.  Just doing the everyday thing
15  about construction.
16    Q.  In the couple of years that you were a
17  property manager, did you still report directly to
18  Mr. Sharfi?
19    A.  Most of the time.  If it wasn't -- if Sharfi
20  wasn't around -- if he was out of state or wasn't
21  available -- I would speak with Kevin.
22    Q.  Is this Kevin Kryzda?
23    A.  Kryzda, yeah.
24    Q.  Is there anyone else that you would report to
25  other than Mr. Sharfi and Kevin Kryzda while you were

5 (Pages 14 - 17)

Charles Berlusconi
March 18, 2022

Page 18

1  a property manager for Byte Services?
2      A.  Not to report to.  I mean, I would have to
3  deal with the accountant, the secretaries, the captain
4  on the boat, the captain of the airplanes.  I would
5  have to talk to numerous employees.  But my orders
6  came from Ben or from Kevin.
7      Q.  You said Mr. Sharfi had purchased the farm at
8  this time.  Is that NeshaFarm?
9      A.  Yes.
10     Q.  Next, you said you were a project manager; is
11  that correct?
12     A.  Yeah.
13     Q.  About how long --
14     A.  Everything is the same.  The names just --
15  it's just a title that they changed for -- when you
16  get a raise, apparently -- which I'm not that familiar
17  with the corporate stuff like that -- but if you get a
18  raise, an increase, you have to have a title that
19  matches the income of that.  So, as I was going up in
20  the pay scale, my titles had to change.  That's what I
21  assumed or was told.  But it's all -- I did the same
22  thing no matter what my title was.
23     Q.  So your responsibilities as a project manager
24  and VP of operations were the same as what you
25  described as when you were an electrician --

Page 19

1      A.  Yeah.  You know --
2      Q.  One second.  You have to let me finish my
3  question before --
4      A.  Oh, yeah.  Memory loss.
5      Q.  It's strange.  It's an awkward way of
6  speaking, but I'll try to remind you as we go.
7          Your responsibilities as a project manager
8  and a VP of operations were the same as what you
9  described as when you were a property manager and an
10  electrician for BSI; is that correct?
11         MR. HAMILTON:  Object to form.
12     A.  No.  In the beginning, property manager was
13  the property manager of his property, the one sole
14  property.  Once we started growing and expanding into
15  houses, remodeling and doing more construction work,
16  then that turned into a different title.  I didn't
17  pick up dog shit on the property.  I didn't clean up
18  and do stuff personally on his property when I
19  became -- you know -- into construction.  A property
20  manager is somebody that takes care of the property
21  solely and does whatever the owner or owners of that
22  property that live there request you to do.
23  BY MR. ADKINS:
24     Q.  When did you start doing any work on
25  NeshaFarm?

Page 20

1      A.  When he first bought it.
2      Q.  What were your responsibilities with respect
3  to NeshaFarm?
4      A.  When he first bought it, it was just a big,
5  open -- big -- just big field.  And there was a house
6  on there and we started to remodel the house that the
7  old fella lived in that he purchased the property
8  from.  And then we cut down some pine trees and
9  started just developing, like, for the animals and
10  stuff.
11         We put up a pole barn that housed some of the
12  animals, and some chicken coops and stuff.  And he
13  started getting animals, and he had some people that
14  worked there that took care of the animals.
15     Q.  Did you have any employees reporting to you
16  with respect to your work at NeshaFarm?
17     A.  Yes, yeah.  There was people that worked
18  there.  There was the general maintenance people that
19  took care of the grounds; there was the people that
20  took care of the animals.  And then, once we started
21  building the storage building, then I had to oversee
22  the construction company that we hired to do the
23  building.
24         (DX Exhibit 40 was marked.)
25  BY MR. ADKINS:

Page 21

1      Q.  Mr. Berlusconi, I'm going to show you a
2  document.  It's been marked DX 40.
3          Have you ever seen the property that's
4  depicted on DX 40?
5      A.  Have I ever seen this picture?
6      Q.  No.  Have you ever seen the property that is
7  depicted in this picture?
8          MR. HAMILTON:  Object to form.
9      A.  Can you repeat?  What are you saying?
10  BY MR. ADKINS:
11     Q.  I'll ask it a different way.  Are you
12  familiar with the property that is in this picture?
13         MR. HAMILTON:  Object to form.
14     A.  Yeah.  That's the farm.
15  BY MR. ADKINS:
16     Q.  Okay.  This litigation concerns allegations
17  that the defendants filled wetlands on a parcel of
18  real estate in Martin County.  In this litigation,
19  we've been referring to that property as "the site."
20  This is, for purposes of definition, the site.
21         So, throughout this litigation -- or
22  throughout this deposition -- excuse me -- I'll refer
23  to this property as "the site."
24         Now, do you understand that "the site" is not
25  the entirety of NeshaFarm?

6 (Pages 18 - 21)

Charles Berlusconi                                                    March 18, 2022

Page 22

1        MR. HAMILTON:  Object to form.
2        A.  Say that again.
3    BY MR. ADKINS:
4        Q.  Do you understand that "the site," as in the
5    area depicted on DX 40, is not the entirety of
6    NeshaFarm?
7        A.  Oh, yeah.  This picture doesn't show
8    everything.
9        Q.  Okay.  In fact, this picture is just showing
10   about 9.92 acres of NeshaFarm; is that correct?
11       MR. HAMILTON:  Object to form.
12       A.  Yeah.  There should be three parcels of 10
13   acres.
14   BY MR. ADKINS:
15       Q.  Now, I want to ask you some questions
16   specific to the site, to try to focus us in here.
17       Did you supervise any employees at NeshaFarm
18   with respect to activities that occurred at the site?
19       A.  As far as what?  What are you asking?
20       Q.  Well, you had mentioned that there was -- a
21   pole barn was erected -- that you had some general
22   maintenance, animal care, and some other construction
23   activities.
24       Did you supervise any employees with respect
25   to activities that occurred at this site, so the area

Page 23

1    depicted on DX 40?
2        A.  Well, yeah, I had to supervise the building
3    that was being built, the pole barns that we put up
4    for the horses, and any other structures that we put
5    up for the animals.
6        Q.  Do you recall the names of any of those
7    employees?
8        A.  Let's see.  We had Billy, we had -- oh, Josh.
9    What was their names?  We had two laborers.  And we
10   had a guy named Dominick.  We had -- what was the
11   other guy's name?  Well, there was people that worked
12   inside the building.  There was a Shorty.  His name is
13   Paul.  That was a nickname.  His name is Paul.  There
14   was Adam.  There was Noah.  There was -- I mean, I'd
15   have to get a list out.
16       There was -- at the time that I worked there,
17   we probably went through 30 people.  It's not easy
18   work.  It's not easy work.  It's hard work, and a lot
19   of them didn't cut it, so they didn't last with me too
20   long.  They couldn't handle it.  So they came and
21   gone.
22       Then, the ones that stayed -- there was a
23   crew that did the animals, you know.  That was Angie,
24   Charlie, and -- what was that poor guy's name?  He
25   passed away.  I'm trying to think of his name.  Nick

Page 24

1    was there.  Like I said, quite a few people.  There
2    was a lot of employees that came and gone.
3        Q.  Okay.  Do you recall any of these persons'
4    last names?  I can go through the list that I wrote
5    down, if that's helpful.
6        A.  Yeah.  I mean, I got a list of names, if you
7    want me to list every person that was there.
8        Q.  Did you bring documents with you today?
9        A.  I brought a list of employees.
10       Q.  Okay.  Let's take a look.
11       MR. HAMILTON:  The subpoena was not for
12   duces tecum and he brought documents, right?
13   Those were during the scope of his employment
14   with my company.  So we're not going to let
15   him turn over documents without reviewing
16   them.
17       THE WITNESS:  These aren't documents to
18   be turned over anyway.  This is my paperwork
19   that has nothing to do with whatever you're
20   going to ask me.  This is just notes that I
21   wrote when I was an employee.
22       MR. HAMILTON:  Right.
23       THE WITNESS:  And I don't have the names
24   of the people with me.
25       MR. HAMILTON:  I think those would still

Page 25

1    fall under things that were created during
2    the scope of employment with us.  We just
3    want to look at it before we turn it over to
4    the government because it was created during
5    your employment with Mr. Sharfi.
6        We can go over it on a break maybe and
7    look at it.  But, I think, right now, just to
8    turn it over -- we haven't had a chance to
9    review it or file a motion for protective
10   order because it wasn't a duces tecum
11   subpoena.
12       MR. ADKINS:  Are you concerned that it
13   may be privileged?
14       MR. HAMILTON:  It may be privileged;
15   there may be confidential information in
16   there.  We're not going to be okay with him
17   just turning it over.
18       If he can remember and testify to what he
19   remembers, that's totally fine.
20       MR. ADKINS:  Do you have any objection to
21   him consulting the documents that he brought
22   for his testimony?
23       MR. HAMILTON:  Yes.  If -- yes -- if it
24   has to refresh his recollection.  I didn't
25   want to get into this.  He signed an NDA.

7 (Pages 22 - 25)

Charles Berlusconi                                                                    March 18, 2022

Page 26

```
1      We're not going to prohibit him from
2   testifying.  He is under subpoena.  But, at
3   the same time, if there's confidential
4   information in there, we can't let that be
5   disclosed.  We want an opportunity to look at
6   it.
7      Sorry to do all this and --
8      THE WITNESS:  I understand.  There's
9   things in there -- there might be something
10   in there that doesn't pertain to this and it
11   reflects as Mr. Sharfi.  That's -- those are
12   papers that I didn't bring to show anybody
13   or --
14      MR. HAMILTON:  Of course.  Of course.
15      THE WITNESS:  That's what I had left from
16   eight years of my life.
17      MR. HAMILTON:  I understand.  I suspect
18   Mr. Adkins will ask questions --
19      (Overspeaking.)
20      MR. ADKINS:  I'm happy to talk about this
21   off the record once we hear about what's
22   here.
23      MR. HAMILTON:  That's fine.  He can
24   testify as to what his recollection is.  But,
25   I think, referring to it, that causes some
```

Page 27

```
1   concern.
2      MR. ADKINS:  Okay.
3      THE WITNESS:  I can -- do you want to sit
4   here for a few minutes and let me think?  I
5   could think of some of the names.  I mean, I
6   wasn't -- you know -- I know I have a list of
7   employees that used to work for me because I
8   keep it -- I kept it when I was a supervisor
9   with the electric company cause, you know,
10   down the road -- oh, I need some guys to help
11   me out and do something.  You don't lose
12   touch with guys that are good workers.
13      So, names -- couple of them, I got to be
14   buddies with, but the rest are just
15   employees.  I don't break bread with them.  I
16   don't -- they don't -- I say, they don't go
17   to the clubhouse, though.  They don't party
18   with me.
19   BY MR. ADKINS:
20      Q.  Can you describe what documents you brought
21   today?
22      MR. HAMILTON:  No.
23      MR. ADKINS:  Are you objecting?
24      MR. HAMILTON:  Yeah, I'm going to object
25   to that.
```

Page 28

```
1      MR. ADKINS:  On what basis?
2      MR. HAMILTON:  Under the fact that he
3   signed an NDA.  I want to know what those
4   documents are before we start talking about
5   what they are.  If they're privileged, we
6   need an opportunity to look at them.  They
7   may not be relevant to this proceeding as
8   well.
9   BY MR. ADKINS:
10      Q.  Can you describe them generally or when they
11   were created?
12      MR. HAMILTON:  I'm not okay with that
13   either.  At the end of the day, this wasn't a
14   duces tecum request, right?  It's a subpoena
15   to testify.  So that's our position on that.
16      MR. ADKINS:  We'll come back to this.
17      MR. HAMILTON:  That's fine.
18      MR. ADKINS:  We can talk off the record.
19      MR. HAMILTON:  Of course.
20   BY MR. ADKINS:
21      Q.  So we were talking about employees that you
22   supervised at this farm.  Let me ask you this.
23      Are you aware of any earthwork activity --
24      A.  Any what?
25      Q.  -- earthwork activity that was conducted at
```

Page 29

```
1   the site?
2      MR. HAMILTON:  Object to form.
3      A.  Well, there was always work being done out
4   there.  We were grading it for the animals.  We were
5   taking out invasive stuff that didn't need to be
6   there.  We had to dig for the new building.  We put in
7   roads and we had to grade the roads.
8      We have an area -- it's not shown on here --
9   we have where the vegetable garden is and we
10   (unintelligible) that.  We have two big greenhouses --
11   they have two big greenhouses -- and we grew all kinds
12   of vegetables and we used them for the restaurant and
13   we gave them out to employees.  Nothing was for sale
14   to the public.  It was all for employees or the
15   restaurant.
16      I mean, there was always some kind of digging
17   going on on a farm like that.
18   BY MR. ADKINS:
19      Q.  The work with respect to a vegetable garden
20   and greenhouses, did that occur on the site or
21   somewhere else in NeshaFarm?
22      A.  It's on the site.  This picture -- let's
23   see -- that's the new building.  Okay.  Right here.
24      MR. HAMILTON:  I think, Mr. Berlusconi,
25   this is just the one parcel.
```

Charles Berlusconi                                                      March 18, 2022

Page 30

1      THE WITNESS:  That's the new building
2   right there.  Isn't that the storage
3   building?
4      MR. HAMILTON:  I don't want to testify.
5      THE WITNESS:  Wait.  I'm sorry.  This is
6   the back 10.  That's the horse arena I built.
7   I'm sorry.  That's the horse arena I built.
8   So, no, the garden is not on this picture.
9      (DX Exhibit 60 was marked.)
10  BY MR. ADKINS:
11     Q.  I'm going to show you a document marked
12  Exhibit DX 60.  I know we're jumping.  I premarked the
13  exhibits to try to be more efficient today.  This
14  document is marked DX 60.  It's an aerial photograph
15  with the words "The Site" at the top and there's a red
16  square highlighted.
17     Do you see that?
18     A.  Yeah.
19     Q.  So do you understand that the red highlighted
20  square is the site as we're defining that term for
21  this deposition?
22     A.  Yeah.
23     Q.  Okay.  And the parcel of property to the
24  south of that site is NeshaFarm property; is that
25  correct?

Page 31

1      A.  Let's see.  You go out that way and that way.
2   I know this is the main house, the main lake right
3   here.  Yes.  The bottom left is the main -- that's the
4   first 10 acres that was purchased.
5      Q.  So this is a parcel of real estate that's to
6   the south and to the west of the red highlighted
7   square; is that correct?
8      A.  That one there is the first one.  The house
9   is right there.  That's the lake.  That's the bridge I
10  put in.  Yeah.  This is the other horse arena we built
11  on the other 10 acres.
12     Q.  Okay.  And you're motioning to the parcel of
13  real estate just south of the red square?
14     A.  Yeah.  That would be 10 -- that's 15 acres
15  right there.
16     Q.  Okay.  Now that you're more familiar with
17  this image, I'm going to ask you a couple of
18  questions, Mr. Berlusconi.  I'm going to try to put
19  this into words so that we can figure out what we were
20  talking about in this record.
21     The parcel of real estate to the south of the
22  red highlighted square, is that NeshaFarm property?
23     MR. HAMILTON:  Object to form.
24     A.  This property here?
25  BY MR. ADKINS:

Page 32

1      Q.  To the south.  So you can see there's a
2   compass on the bottom here.
3      A.  Okay.  So?
4      Q.  Directly below.
5      A.  Yeah, that's the farm.
6      Q.  To the west or to the left of that property
7   that you've indicated is also NeshaFarm, was that also
8   NeshaFarm property?
9      A.  Yeah.  I just got done telling you that.  I
10  just got done telling you that's the first property we
11  bought.  Then that's the other property.  You're
12  asking me the same question, you know, and I'm going
13  to give you the same answer.
14     Q.  Great.
15     A.  All three of those are the property.
16     Q.  Okay.  So let's go back to DX 40.  This is an
17  image of the site.  You can set aside 60.
18     Now, I'd asked what, if any, earthwork
19  activities were conducted at the site --
20     MR. HAMILTON:  Object to form.
21  BY MR. ADKINS:
22     Q.  -- so the area indicated in DX 40.  Can you
23  please explain what earthwork activities you're aware
24  of that occurred at the site?
25     MR. HAMILTON:  Object to form.

Page 33

1      A.  The new arena right up in the upper
2   right-hand corner, that had to be graded and, you
3   know, to put the footer in, to have the steel building
4   erected.
5      Then, to the far left of that, where you see
6   the upper left-hand corner, that's a horse arena with
7   a shed that we built in the center.  Then, the white
8   in front of that is horse stables, covered, and that
9   area was graded for the horses.
10     Then you go straight down to the bottom and
11  you have where the cows were and stuff.  And there was
12  nothing done in there.  Just, there was a small,
13  little lake that was there.
14     Then the rest is the woods and stuff.  That's
15  the main road.
16  BY MR. ADKINS:
17     Q.  When you said, "straight to the bottom," were
18  you referring to the southwest corner of the site?
19     A.  Yes.  Down at the bottom here.
20     Q.  There was a small, little lake in the
21  southwest corner of the site; is that correct?
22     A.  Yep, yep.
23     Q.  Did that lake exist when Mr. Sharfi purchased
24  the site?
25     A.  That, I don't remember.  I'm trying to think

Page 34

1  if -- there was a little one there.  It was all --
2  yeah -- because that was along the property line
3  there.  That one, I don't remember.
4       Q.  Okay.  So let's take each of these in turn.
5  For the new arena that was constructed in the
6  northeast corner, who worked on that construction
7  project?
8       A.  Well, the contractor was John White, White
9  Construction.  My employees that were working there,
10  we did all the labor work, cleaning up, and laying the
11  roadwork around it.
12          Once the slab was -- footer was poured --
13  then the steel erectors came in.  Once they were done,
14  my electricians started wiring the building.  And then
15  we brought some red clay in so the horses could run
16  around in the arena, like any arena.  Red clay is
17  preferred for them, instead of regular dirt or sand.
18       Q.  You mentioned that your employees had worked
19  on this project.  Do you recall any names?
20       A.  Yeah.
21       Q.  Who?
22       A.  Sam was one of the electricians.  Noah.
23  Let's see.  A gentleman named Wayne.  Let's see.  Paul
24  worked on it a little bit -- nicknamed Shorty.  There
25  was some other guys in and out.  Mainly laborers.

Page 35

1          I have to think a little bit more and see
2  which other names come to my mind.
3       Q.  You said red clay was brought in for the
4  arena.
5          Were any other materials brought to the site
6  as part of this project?
7       A.  No, because we built the foundation around
8  it -- what they call a stem wall.  We put up the
9  concrete slab around it that would hold the clay in
10  the building, because it's a steel erection, so that
11  has to sit on top of a concrete footer.  That sits up
12  probably about 10 inches above grade so the red clay
13  doesn't get pushed out of the building or up onto the
14  steel.  And then the steel is fastened to the top of
15  the concrete.
16       Q.  Did this project require the use of any heavy
17  machinery?
18       MR. HAMILTON:  Object to form.
19       A.  It was a -- what they call an all-terrain
20  lift.  It's like a scissor lift.  It's not heavy
21  equipment though.
22          And then inside, once the clay was in there,
23  we used what they call a tractor back blade.  It
24  grades the -- your ground -- to get a flat surface.
25  BY MR. ADKINS:

Page 36

1       Q.  How about dump trucks?  Did you use any dump
2  trucks?
3       A.  Yeah, to bring the clay in.  It'd take a
4  shitload of pick-ups to bring it.
5       Q.  So when you say "pick-up," what do you mean
6  by "pick-up"?
7       A.  No.  It has to be -- I'm being a smart ass.
8  It has to come in in a dump truck.  You can't bring it
9  in in a pick-up truck.  It took three or four trucks
10  to bring that much clay in.  It's the same clay
11  that -- I don't know if any of you fellas ever played
12  baseball -- but it's the red clay that's on a baseball
13  field.
14       Q.  Okay.  Other than John White, Sam, Noah,
15  Wayne, Paul/Shorty, do you recall any other employees
16  who worked on this project?
17       A.  The steel erector.  I don't remember his
18  name.  That's why I had such a good secretary.  She
19  knew everything for me.  I'm just a junkyard dog.
20  I've been in construction my whole life, but I'm not
21  good with paperwork or computers or any of that stuff.
22       Q.  Who did you report to with respect to this
23  project?
24       MR. HAMILTON:  Object to form.
25       A.  For the construction of the arena?

Page 37

1  BY MR. ADKINS:
2       Q.  Yes.
3       A.  Mr. Sharfi.
4       Q.  Okay.  Let's talk about the road.  When I
5  asked about earthwork at the site, you mentioned a
6  road.
7          Can you describe what road was constructed at
8  the site?
9       A.  The one you see in this picture.
10       Q.  Can you describe that for us?
11       A.  The one that goes around the perimeter of the
12  10 acres.
13       Q.  Were any other roads constructed at the site?
14       A.  On the other parcels.
15       Q.  At the site.  Let's focus on --
16       A.  At the site, you see the white road going
17  behind the arena.  That's, like, a way to get the big
18  horse trailers in, because they're a fifth wheel and
19  it's hard to make turns.  So you would pull in one
20  way, make a circle, and go back out.
21          As far as your pictures here, there's no
22  other road other than the perimeter.
23       Q.  So setting aside the aerial photograph that
24  you're looking at, do you recall any other roads being
25  constructed at the site?

Charles Berlusconi                                                    March 18, 2022

Page 38

1    MR. HAMILTON: Object to the form of the
2    question.
3    THE WITNESS: Does that have to do with
4    me?
5    MR. HAMILTON: You can still answer. So
6    I may object during it. I'll just say,
7    "Objection to form." You can still answer
8    the question, unless I instruct you not to
9    for some reason, which I don't expect will
10   occur. When I ask a question, he may object
11   too. You can still answer. I'll try to do
12   it quietly so I don't interrupt you.
13   A. So it's not a road -- I mean, there's dirt
14   roads where you drive. You can't drive through a
15   forest or the woods with a golf cart or a Gator. So
16   there's -- dirt roads get made. There's a dirt road
17   that went along this tree garden that we were putting
18   up.
19   Right here, this little square, it's a
20   fenced-off area that we were growing palm trees and
21   some bottle palms. There was a dirt road that would
22   go by the side of the arena there. Then, of course --
23   BY MR. ADKINS:
24   Q. Just before you move on, you're referring to
25   the square that's in the roughly northeast quadrant of

Page 39

1    the site depicted in DX 40?
2    A. Yes. There's a little square that you can
3    see that's adjacent -- right near the arena, near
4    the -- the white road that goes behind the arena.
5    That's where we were growing palm trees and some
6    bottle necks and stuff like that.
7    Q. When was the perimeter road constructed?
8    A. I don't have the dates, but there was always
9    a way to get around that perimeter because of the
10   fence line. So there was a trail going around for
11   when the guy put the fence up -- when Albert installed
12   the fence. And then, as time went by, then we put
13   down the road.
14   The road, in all four places, it's adjacent
15   to the fence. And it's only 10 feet wide, to 12,
16   depending on which one -- this one is a little wider.
17   Q. So the road up in the northeast portion of
18   the site is a little wider?
19   A. Well, yeah. You can see it in your drawing
20   here. It's wider than the roads on the other
21   perimeter because it's for parking when there would be
22   horses, and people come to ride in and see the
23   horses, they would have a place to park.
24   Q. What about the perimeter fence; do you
25   remember when that went in?

Page 40

1    A. It went in before the arena. It went in
2    before -- it was -- it went in during the horse
3    grazing area in the top left corner. Yeah. Like, on
4    the arena side, there's some houses over here -- three
5    or four houses -- and the people were -- they were
6    real nice. They had a fence there originally and
7    their horses keep getting out. So then we said,
8    "Well, we're going to put a fence up." And they go,
9    "Oh, that's great." You know, because they were all
10   happy.
11   We put up typical farm fence that everybody
12   uses out there in Palm City or any basic farm. Then
13   we continued around the back.
14   This one over here, this fence, that was
15   there -- that fence was put up with the first 10 acres
16   that we got, because we didn't have any of that yet.
17   So we fenced in that area to keep the animals.
18   Q. Okay. So there's -- if I understand --
19   there's a perimeter fence that was constructed on the
20   eastern boundary of the site, the northern boundary of
21   the site, and the western boundary of the site; is
22   that correct?
23   MR. HAMILTON: Object to form.
24   BY MR. ADKINS:
25   Q. Is that right, Mr. Berlusconi?

Page 41

1    A. Yeah. Just, like, where you have it, there's
2    a fence.
3    Q. Did the construction of that fence require
4    the use of any fill material?
5    MR. HAMILTON: Object to form.
6    A. Any what?
7    BY MR. ADKINS:
8    Q. Fill material.
9    MR. HAMILTON: Same objection.
10   A. No. To put a fence up, you get these 8 to
11   10-foot round caliber poles that are -- depending on
12   the size, they're usually about 8 inches round -- from
13   6 to 8 inches. You dig them with a post hole digger
14   or an orbit bit that goes on -- it's a two-man
15   orbiter. You hold it and you dig a hole. You pick
16   the pole up and put it in the ground and you backfill
17   it with the dirt that came out from the orbiter. Any
18   left over, we rake it around to make it level.
19   Then you roll the fence out and stretch it.
20   And that's the basic -- just a basic farm fence with
21   the four-inch square metal. That's basically what
22   that is.
23   BY MR. ADKINS:
24   Q. How about the perimeter road; did that
25   require the use of any fill material?

11 (Pages 38 - 41)

Charles Berlusconi                                           March 18, 2022

Page 42

1    MR. HAMILTON:  Object to form.
2    A.  The perimeter road?  Which one are you
3    referring to?
4    BY MR. ADKINS:
5    Q.  The perimeter road around the site.
6    MR. HAMILTON:  Same objection.
7    A.  Okay.  I'm confused now.  You just asked me
8    if it took any equipment to put the fence up.
9    Q.  Right.
10   A.  Is that correct?
11   Q.  I asked you if it required any fill material.
12   A.  Fill material, and I said no.  Now, ask your
13   question.
14   Q.  Did it require any fill material to construct
15   the perimeter road around the site?
16   MR. HAMILTON:  Object to form.
17   A.  No.  Until we put some of the road rock down
18   to make a road.
19   BY MR. ADKINS:
20   Q.  Okay.  Could you explain to me how you made
21   the road around the site?
22   A.  With the same tractor that I told you that we
23   used inside the -- what do you call -- the arena.
24   It's a back blade.  You back-blade it.  You get it
25   semi-level.  Most of the time, we used a laser and you

Page 43

1    got it level.  And then you bring in some road rock
2    and you put the road rock down.  Thin base.  We didn't
3    need it to be that thick.  It wasn't going to be a
4    traffic road.  It was just for bringing the golf carts
5    and the Gators and walking the horses down there to
6    their facility, you know.  Stuff like that.
7    Q.  The back blade was used on the soil before
8    you brought in road rock; is that right?
9    MR. HAMILTON:  Object to form.
10   A.  Well, yeah.  The road, like I said, there was
11   always something there, because that was the perimeter
12   road -- of the road -- you know.  There was a fence
13   all the  way -- there was a fence in the back.  There
14   was the canal.  It's the only one -- did the canal
15   have a fence?  Yeah.  The canal had a shitty fence
16   that was all broken and tore down.
17   Actually, this canal was poorly maintained by
18   the -- Martin County.  The water, when it would rain,
19   it would fill up and overflow onto the property
20   because it couldn't drain down into -- I think it's
21   called the Bessey Canal -- or some place down at the
22   other 10 acres away from our property.  It was clogged
23   and it was -- water wouldn't drain.
24   BY MR. ADKINS:
25   Q.  By canal, are you referring to the ditch that

Page 44

1    runs along the western boundary of the site?
2    A.  Yeah.  That's a canal.  It's a drainage
3    ditch.  There's one there that goes all the way --
4    keeps going -- and the other one is over here in the
5    other property.
6    Q.  Was there a drainage ditch or any sort of
7    conveyance of water directly to the north of the site?
8    MR. HAMILTON:  Object to form.
9    A.  Where are you saying?
10   BY MR. ADKINS:
11   Q.  Well, I mean, on the northern boundary of the
12   site.
13   A.  Oh.  No, there was no drainage.  That's a
14   gentleman's property that had cows out there and
15   stuff.  There was -- it would flood out there.  I know
16   that.  The whole freaking Palm City is under water.
17   It doesn't drain worth a crap out there.
18   Q.  You testified that the rain would fill the
19   canal and it would overflow onto the property?
20   A.  Well, it would get high and it would come all
21   the way up.  Sometimes, it would come over.  Most of
22   the time, it would raise -- I mean, other than that
23   one time we had that one storm that came through.
24   Everything was flooded.  I can't remember how much
25   came over.

Page 45

1    But at a normal, good thunder buster out
2    there in Palm City, it would raise up.  And then, like
3    I said, it wouldn't drain, but, you know, water will
4    go down -- will percolate through the dirt, the mud.
5    And, eventually, it would go lower and lower and lower
6    each day.  It would eventually go away or to a
7    level-out point.  It never went dry.  I never seen it
8    dry.
9    Q.  So, during a typical rainstorm, water from
10   the canal on the western boundary of the site would
11   overflow onto the northwest corner of site; is that
12   correct?
13   MR. HAMILTON:  Object to form.
14   A.  Only in that one time when it was that one
15   storm we had.  I think it was the hurricane.  We had a
16   hurricane and -- it was a minor hurricane.  It didn't
17   really -- but, like I said, there was water
18   everywhere.  You couldn't walk anywhere on the
19   property without walking in a foot of water.
20   BY MR. ADKINS:
21   Q.  Right.  Okay.  During the one occurrence with
22   this hurricane, there was water everywhere on the
23   property.
24   My question is, how frequent was it that
25   water from the ditch that runs along the western edge

Charles Berlusconi                                                    March 18, 2022

Page 46

1    of the site would overflow onto any portion of the
2    site here?
3        A. One time.
4        Q. One time?
5        A. That I know of. Because, like I said, when
6    the storm came, everything was flooded. The whole --
7    everywhere. Other than that, I've never seen it
8    overflow.
9        Q. Can you mark with an X where you saw the
10   canal on the western edge of the site overflow onto
11   the site?
12       MR. HAMILTON: I'm going to object to the
13   form. Are you asking about the one time?
14       MR. ADKINS: I think he testified when he
15   saw it.
16   BY MR. ADKINS:
17       Q. Could you mark an X where you observed that?
18       MR. HAMILTON: I just want to make -- for
19   the record -- you're talking the one time
20   when the storm came through, right, for him
21   marking it? If he's going to be marking the
22   exhibit --
23       A. If I'm going to mark anything, it's going to
24   be what I said. The one time when the storm came
25   through, the whole property was flooded. When I say

Page 47

1    "flooded," I mean, the house had 5 inches of water in
2    it, my office had water in it, the barn was flooded.
3    Everything was flooded. Okay?
4        I spent days out there. I stayed all night
5    pumping water, trying to get it out of the house and
6    everything. And the water that came out, the only
7    place I seen it was right there.
8    BY MR. ADKINS:
9        Q. Can you put an A with a circle around that?
10       A. (Complies.)
11       Q. Okay. So you've indicated with an X and an A
12   with a circle around it --
13       A. And most -- go ahead.
14       Q. -- the area where you observed water
15   overflowing from the ditch that runs along the western
16   edge of the property onto the site, which, your
17   testimony is, happened on one occurrence; right?
18       A. Yes. Are you done?
19       Q. Do you have anything to add?
20       A. Yeah. The reason that I'm thinking that was
21   the area that came up so high is because, down here,
22   where the Bessey Canal or whatever it is, is blocked.
23   So the water was more -- it was flowing that way, but
24   it couldn't go out, so it raised up there more than
25   anywhere else.

Page 48

1        Q. Okay. So somewhere on the northern edge --
2    north of the site -- the canal that runs to Bessey
3    Creek was blocked. That's your --
4        A. Yeah. There was a -- if I recall, when I
5    sent the guys down there to see why the stuff wasn't
6    draining, this guy -- ended up being a nice guy, but
7    at first he told us to get the hell off his property.
8    There was a tree laying over in the ditch and a fence
9    that was blocking -- and it was all, like, shrubbery
10   that would stop the water from flowing.
11       Like I said, it eventually would seep
12   through, just like coffee percolates through a filter,
13   but it would take days. Then the canal would level
14   out.
15       I'd never seen that canal -- I seen it very
16   close to being dry, but that was out of rainy season.
17       Q. So you've never seen the ditch that's on the
18   western boundary of the site dry?
19       A. No. There was always mud and a little water
20   down there.
21       Q. You said that you sent two people onto the
22   property to the north?
23       A. Uh-huh.
24       Q. Can you explain that?
25       A. Well, as you said, I wanted to know why it

Page 49

1    isn't draining. There's got to be a reason why this
2    water is not going nowhere. Like I said, we got
3    partially down there and the guy said to get off, and
4    we tried to explain to him that we wanted to see what
5    was stopping it. And then we seen the tree and the
6    fence. That was it. We couldn't do nothing about it.
7    It wasn't our property.
8        I think -- I can't speak for someone else or
9    nothing -- but I think Kevin reached out to someone at
10   Martin County to see if that could be cleaned or what
11   can be done about it, but you would have to ask him.
12       Q. Okay. Did you go with these two people to
13   the property to the north of the site?
14       A. No. I only get my feet muddy when I have to.
15       Q. Okay. Do you recall the names of who you
16   sent?
17       A. Yeah. Josh and Aaron.
18       Q. Do they have last names?
19       A. Yep. Aaron's, I don't recall. No, I don't
20   have the names.
21       Q. Any other instances that you're aware of
22   where employees of NeshaFarm or Byte Services went to
23   the property to the north of the site?
24       A. Over here?
25       Q. Yes.

13 (Pages 46 - 49)

Charles Berlusconi                                    March 18, 2022

Page 50

1    A.  Only when the fence was being put up.  We had
2    to work both sides.  When you're stretching the wire
3    and stuff, we had to be on -- but we were in the
4    setback perimeter, so we weren't really on the man's
5    property.
6    Q.  About how far would --
7    A.  Setbacks were 15 feet.
8    Q.  Okay.  So other than having employees about
9    15 feet to the north of the site to construct the
10   perimeter fence and the instance where you sent Josh
11   and Aaron to the north of the site, are there any
12   other instances that you're aware of where an employee
13   of NeshaFarm or Byte Services went north --
14   A.  On that property, no.
15   Q.  Okay.  All right.  So let's go back to the
16   construction of the road.  You had referred to a back
17   blade.
18       Do you know what brand equipment this is?
19   A.  No.  It's an old tractor.  It's basically a
20   farm tractor.  It's a small tractor that has just what
21   it sounds like.  It's a box blade.  It's about 6 feet
22   wide -- 6 feet long -- and about 20 inches wide, and
23   it's just got a piece of metal on the back of it.  And
24   you take it and you can raise it up and down by
25   hydraulics.  As it goes along any surface, it just

Page 51

1    grades it.  And it's not a -- it's a light equipment.
2    It's a farm tractor.  That's what it's made for.
3    Q.  Do you recall where on the site this farm
4    tractor was operating?
5    A.  Along here, like I said, when we went to put
6    the fence in and the road.
7    Q.  So you've indicated the western road, the
8    northern road, and the eastern road of the site?
9    A.  Yeah.  The four -- the four walls around the
10   property.
11   Q.  Okay.  So the southern road too.  That would
12   be the entire perimeter of the site?
13   A.  Right, right.  Just as you see it.
14   Q.  Anywhere else on the road you recall --
15   A.  Well, actually, hold on.  I don't want to
16   mislead you.  This here is not a road.  This road is
17   on this property.
18   Q.  Right.
19   A.  This here and this is how we used to get in
20   to go like this; and then this was another gate that
21   took us down this way.  This was a fence.  This road
22   is on this property.
23   Q.  So the tractor operated around the perimeter
24   road, but you motioned to the southeastern corner,
25   where part of that road falls outside of the boundary

Page 52

1    of the site; is that correct?
2    A.  Yep.
3    Q.  Is there anywhere else on the site, other
4    than the road that you've indicated, where the back
5    blade tractor was operating?
6    A.  Like I said, inside the arena.
7    Q.  The arena is in the northeast corner of the
8    site?
9    A.  Yeah.  The northeast arena, we used it in
10   there.  Very little in here.  This was pretty flat.
11   Other than that, that tractor, it's not a -- it's not
12   construction equipment.  It's not made to, you know,
13   move dirt, move mountains.  It's just a grader.
14       So, no, I don't recall, unless someone else
15   did it, but I didn't see any.
16   Q.  One of the places where you indicated was the
17   northwest corner of the site.
18       Could you put an X where the back blade was
19   operating in the northwest corner of the site based on
20   your recollection?
21   A.  (Complies.)
22   Q.  Can you put a B with a circle around that?
23   A.  (Complies.)
24   Q.  Okay.  So where you've indicated X and a B
25   with a circle around it, you observed a back blade

Page 53

1    operating on the site; is that correct?
2    A.  Yeah.  Like I said, very little.  Now, I'd
3    like to state something.
4    Q.  Sure.
5    A.  There was a couple, Angie and Shorty --
6    Paul -- that lived on the property.  They were the --
7    she was in charge of the animals and Shorty was the
8    mechanic that worked for me.  But they lived on the
9    property.  So whatever happened after 5:00 'til 7:30
10   in the morning, I can't, you know, say anything for
11   what happened.  I don't know.
12       Because Shorty was well-equipped on working
13   any equipment.  He's -- but I can't testify to
14   anything that happened after 5:00 and before 7:00 in
15   the morning.
16   Q.  So you worked generally on NeshaFarm from
17   7:00 in the morning until about 5:00 in the afternoon?
18   A.  Yeah.  Sometimes, a little later than 5:00,
19   but, yeah.
20   Q.  Do you remember about when the back blade was
21   operating on the site?
22   A.  It was before the arena was built and it was
23   when we were doing the fence and the road.  Now, the
24   fence, if you were -- if they have records of it --
25   Albert was the fence installer.  He gave us bills, so

14 (Pages 50 - 53)

Charles Berlusconi                                                    March 18, 2022

Page 54

1    his bill would have a date on it.  Whenever the fence
2    went up, the back blade was working.
3        Q.  So what happened next in terms of road
4    construction?  You said, first, the back blade would
5    operate and then you would add road rock, with a thin
6    base of road rock.
7        Can you describe that process?
8        MR. HAMILTON:  Object to form.
9        A.  The truck -- the dump truck -- would come in
10   and dump the road rock and bounce it out of the truck,
11   you know, spread it as he drives.  Then you would come
12   in and you would take the roller and just roll it.
13       Q.  What is a roller?
14       A.  It's just a piece of equipment that has two
15   big steel rollers on it, front and a back, that you
16   use to grade -- not grade -- excuse me -- to level and
17   make something hard.
18       The road rock is pieces of crushed coral, so
19   you need something to roll over it to make it stable,
20   so you're riding on it a little smoother than riding
21   over a bunch of rocks.
22       Q.  Any other activity with the road rock to
23   create the road?
24       A.  No.  You just gotta put it down and roll it.
25   And then, obviously, once in a while, you get one of

Page 55

1    the little rainstorms out there.  Being that it's
2    coral and it's got lime in it, the rain will make
3    little potholes in it, so, you know, it makes it lumpy
4    to drive on and stuff.  You would have to take the
5    roller and just make it level again.  But that only
6    was when it would downpour or something.
7        Once again, we weren't building 95.  It's a
8    farm.  You're driving Gators, which is a souped-up
9    golf cart.  It's meant for farms.  It's called a
10   Gator.  It has a little compartment in the back where
11   you can put plants, dirt, and anything you wanted to
12   move around -- equipment, shovels, and stuff.
13       Q.  About how many dump trucks of road rock did
14   it take to construct the road?
15       MR. HAMILTON:  Object to form.
16       A.  I couldn't tell you that.  I don't have that
17   record.  I mean, if I had to guess at it, you know --
18       MR. HAMILTON:  Let me say, we don't want
19   you to speculate.  If you know, you know.  If
20   not --
21       THE WITNESS:  I don't.  I don't know.
22   BY MR. ADKINS:
23       Q.  You don't know the exact number --
24       A.  I mean, I can guess at it, being in
25   construction and everything, but I wouldn't want to

Page 56

1    put myself on record saying, it was X amount, and it
2    turned out to be Z amount.
3        Q.  Was it more than ten?
4        A.  Or less than six?  I don't know.
5        MR. HAMILTON:  Object to form.
6    BY MR. ADKINS:
7        Q.  Was it more than 50?
8        MR. HAMILTON:  Object to form.
9        A.  I don't know.
10   BY MR. ADKINS:
11       Q.  Was it more than one?
12       MR. HAMILTON:  Object to form.
13       A.  It had to be one.
14   BY MR. ADKINS:
15       Q.  Okay.
16       A.  You know.  I mean, what do you want me to --
17   he doesn't want me to put a number.  You want me to
18   put a number.  So either way I go, I'm either
19   misinformed or not intelligent enough to give you that
20   answer.
21       Q.  First of all, I'm asking the question, so he
22   can state his objections.  But unless he instructs you
23   not to answer, you're going to give me a response.
24       A.  Okay.
25       Q.  My question is, in your best estimate, in all

Page 57

1    the experience that you had working on this site and
2    your experience in the construction industry, can you
3    recall generally how many dump trucks it took to
4    construct this perimeter road?
5        MR. HAMILTON:  I'm going to object to
6        form, asked and answered.  He's also not an
7        expert in construction.
8        But, if you know, you can answer.
9        A.  I don't know.  If I had to give you a number,
10   I would say 15.
11   BY MR. ADKINS:
12       Q.  Okay.  Do you recall where on the site dump
13   trucks deposited road rock to construct the perimeter
14   road?
15       A.  Repeat the question.
16       Q.  Do you recall where on the site dump trucks
17   deposited road rock to construct the perimeter road?
18       A.  On the road that was being road-rocked.  He
19   didn't stockpile it.  He would come in and drive down,
20   dump it, and drive out.  Because, if you stockpile it,
21   then you need another piece of equipment to move it
22   from the stockpile to the area being roaded.  You
23   know, that's -- it's unproductive.
24       Dump truck -- these guys do it all the
25   time -- they lift their truck up and they shake it and

15 (Pages 54 - 57)

Charles Berlusconi                                                    March 18, 2022

Page 58

1  it comes out in small increments and then they take
2  off.  Then you go over and you roll it and spread it.
3  Then the truck comes back and does it again.
4         The only place there was any road rock piled
5  was right in this corner, because we couldn't get to
6  this road right here to put it into the -- I was still
7  backing the other truck in there for the red clay.  So
8  we didn't have this road built.  It was dirt.  So I
9  just had a little pile right there.
10     Q.  That's in the northeast corner of the site?
11     A.  Yeah.
12     Q.  So when the dump trucks would come to deposit
13  road rock, were they depositing road rock throughout
14  the entire perimeter road throughout construction?
15         MR. HAMILTON:  Object to form.
16     A.  No, because we couldn't -- we didn't have a
17  big enough crew to keep -- we would only go -- we'd do
18  so much and then we would have to do some more later
19  because something else came up.  It wasn't an ongoing
20  thing to where we did it five days in a row or 20 days
21  in a row, you know.
22         This road was always there, but we made --
23  defined it a little better once we built this
24  building.  This one was first right here.
25  BY MR. ADKINS:

Page 59

1      Q.  So you said the road on the eastern boundary
2  of the site was always there, but you defined it
3  better to construct the horse arena?
4      A.  When I say, "define it," just made it a
5  little wider, because we were going to have parking
6  there.  That was the idea.
7      Q.  Were there any other roads on the site that
8  you widened?
9      A.  That we what?
10     Q.  That you widened.
11     A.  Only over here on the other parcel.
12     Q.  That's south of the site?
13     A.  South of the site, yeah.  There's a little
14  island right there that had some palm trees in it, and
15  we just made a -- like, a circle -- so we were able to
16  come in and go around.  So we just made this area a
17  little bigger.
18         Because there's a gate there, there's a gate
19  there, and you get into the alpacas over here, you go
20  out to the cows that way, and then you can turn around
21  and come this way with your horse trailer, if you had
22  to.
23     Q.  Okay.  Could you indicate on DX 40 with an X
24  and a C with a circle around it where you observed
25  dump trucks dumping road rock?

Page 60

1      A.  You want where they started, or you want me
2  to draw a big X and put a C there?  Because I observed
3  all the road rock.
4      Q.  Well, I had asked earlier whether you had
5  observed it throughout the perimeter road.  I had
6  understood your testimony to be that it was in the
7  southwest corner and in the northeast corner, but
8  maybe I misunderstood.
9         MR. HAMILTON:  Object to form.
10  BY MR. ADKINS:
11     Q.  So is it your testimony that you observed
12  dump trucks dumping road rock everywhere where there's
13  a road on DX 40?
14     A.  Well, I wasn't --
15         MR. HAMILTON:  Object to form.
16     A.  -- there every minute of it.  But like I
17  said, we -- there is your X and your C.  That's where
18  I seen it being dumped for the first time.
19  BY MR. ADKINS:
20     Q.  Okay.  Any other times where you observed
21  dump trucks dumping road rock?
22     A.  Back here where I told you.
23     Q.  Can you put an X and a D where you observed
24  dump trucks dumping road rocks?
25     A.  (Complies.)

Page 61

1      Q.  You put an X and a D in the northeast corner
2  of the site near the horse arena?
3      A.  Yep.
4      Q.  Any other areas on the site where you
5  observed dump trucks dumping road rock?
6      A.  I mean, I would say yeah, but I can't -- I'm
7  not going to be distinct about it, because I wasn't on
8  the site all the time.  I had lead guys that would be
9  out there.  There was -- Josh would be out there.
10  Like I said, one of -- the other guy, Raymond, would
11  be out there.  Not Raymond.  Aaron.  I would be either
12  in my office or I would be on the other parts of the
13  project.
14         There's many times I wasn't on the farm
15  because I was -- I had five or six other projects that
16  I had to maintain.  I was building an airport,
17  remodeling an airport hangar.  I was in the process of
18  remodeling two houses -- oh -- and I was over -- we
19  were building a tech center in Jensen Beach over there
20  at the circle.
21         When the job started, I wasn't pleased with
22  the contractors that we had.  They were doing all
23  right.  Then I started seeing -- I would go to that
24  site and visit it and tell Ben what I thought -- I
25  mean, Mr. Sharfi what I thought -- so he told me to

16 (Pages 58 - 61)

Page 62

1    keep an eye on it.
2         So I started to go to that project more and I
3    found things that -- I didn't like the way they were
4    doing the construction.  And then I -- you know -- I
5    was going there more often.
6         So I wasn't at the farm as much as I was in
7    the very beginning when we first bought the place.
8    Towards the end, I was off -- away from there more.  I
9    didn't really want to be on the farm.  I was born in
10   the Bronx, New York, and I knew about this much about
11   farming as I wanted to and I didn't want to be there.
12   BY MR. ADKINS:
13        Q.  Other than where you've indicated an X and a
14   C and an X and a D on DX 40, are there any other areas
15   on the site where you observed dump trucks dumping
16   road rock?
17            MR. HAMILTON:  Object to form, asked and
18        answered.
19        A.  On this parcel right here -- let me see.
20   BY MR. ADKINS:
21        Q.  I see you looking at other parts of
22   NeshaFarm.  My question is with respect to the site.
23   So, on DX 40 --
24        A.  I thought you said if I seen any other dump
25   trucks dumping road rock.  But only on the site?

Page 63

1        Q.  Only on the site.
2        A.  Oh, I told you where I've seen -- I told you
3    I wasn't there all the time.  I would -- when I came
4    back -- whether I'd go back to the job -- from the
5    other jobs to the farm -- because I always would end
6    up back there -- 90 percent of the time, to see my
7    secretary and make sure everything is going right,
8    sign checks.  At one point, I did all the hiring and
9    firing and I also was a signer for payroll for
10   Mr. Sharfi.  Sometimes I had to sign checks.
11        Of course, I would see road rock.  But did I
12   observe the dump truck do it?  No.
13   BY MR. ADKINS:
14        Q.  When you say, "Of course, I saw road rock,"
15   is that after the road rock was dumped?
16        A.  Yeah, I seen progress.  I said, "Oh, you guys
17   got a lot done.  That's good."
18        Q.  You had testified also that there was an area
19   graded for horses in the northwest quadrant of the
20   site; is that correct?
21            MR. HAMILTON:  Object to form.
22        A.  Right here.  Very little grading was done
23   there because that was a low point and we just leveled
24   it out.  And once we started putting the horses in
25   there, it didn't matter anyway.  They tore it all up.

Page 64

1    We were constantly having laborers in there with rakes
2    and raking the potholes in there so they wouldn't
3    break their ankles and stuff.
4    BY MR. ADKINS:
5        Q.  What did you use to grade that area?
6            MR. HAMILTON:  Object to form.
7        A.  Metal rakes, hand rakes.
8    BY MR. ADKINS:
9        Q.  Any other areas of the site that were graded
10   that you're aware of?
11        A.  This plant area that I told you about
12   previous, where we were planting palm trees and bottle
13   necks, we did the same thing as the arena.  We didn't
14   use concrete, but we put railroad ties around that
15   square -- about three railroad ties high -- so the
16   dirt wouldn't come out.  We just had to grade that
17   dirt and then we planted trees in there.
18        Q.  Can you indicate that area on the map with an
19   X and an E with a circle around it?
20        A.  (Complies.)
21        Q.  Okay.  So you've indicated on DX 40 with an X
22   and an E where you installed railroad ties and graded
23   a small area for planting vegetation; is that correct?
24        A.  Uh-huh.
25        Q.  Any other area on the site where you observed

Page 65

1    grading?
2        A.  Just where we would take out -- we did that
3    mostly by hand -- where we took out the vines and
4    trees that were non-invasive.  Once again, that's
5    something that Kevin would know more, because he asked
6    the city what stuff can stay and what stuff can leave.
7    I know some of the trees, they had to stay -- whatever
8    names they were.  What was it?  Some kind of palm.  I
9    don't know the name of it.
10        Q.  You also testified that there was a small,
11   little lake in the southwest corner of the site where
12   earthwork activity took place.
13        Can you explain that?
14        A.  That was in -- this area here was pretty
15   muddy constantly.  It was always mud and the water
16   always gathered when it rained hard.  It would form --
17   this was a lower area -- so every time it rained,
18   water would gather there and it would stay until it
19   evaporated or sunk down or the cows drank it or
20   whatever.
21        Q.  Can you indicate on DX 4 with an X and an F
22   with a circle around it where you observed water
23   collecting because of rain?
24        A.  Right here.
25        Q.  You drew an X and an F with a circle around

Charles Berlusconi                                                    March 18, 2022

Page 66

1    it in the southwest corner of the site?
2        A. Uh-huh.
3        MR. HAMILTON: Just for clarity, it also
4    looks like you drew a circle.
5        THE WITNESS: Because it wasn't as big as
6    that. It was just an area in the corner,
7    because this here -- right here -- is a
8    corner of getting off this parcel. It's the
9    other spot that came over this way. There's
10   another canal that goes that way. You know,
11   if it rained hard, the water could have came
12   up from that too, but I never observed it.
13   But it would collect right there.
14   BY MR. ADKINS:
15       Q. What about after that perimeter road went in,
16   do you think the water could've still overflowed from
17   the canal?
18       MR. HAMILTON: Object to form.
19       A. Yeah.
20   BY MR. ADKINS:
21       Q. The perimeter road out on the western edge of
22   the site, after that road was constructed, do you
23   think it's more or less likely that water from the
24   ditch on the western part of the site would overflow?
25       MR. HAMILTON: Object to form.

Page 67

1        A. In a good storm, in a hurricane or a two or
2    three-day -- one of our thunder busters, that it rains
3    and rains -- I've seen the rain out there so hard, you
4    would think the end of the world was coming.
5    BY MR. ADKINS:
6        Q. Did the road on the western edge of the site
7    raise the elevation?
8        MR. HAMILTON: Object to form.
9        A. The road here? This one?
10   BY MR. ADKINS:
11       Q. The road on the western edge of the site.
12       MR. HAMILTON: Object to form.
13       A. No. We had to keep it within the elevation
14   of the rest of the property, you know. The road rock
15   might have brought it up a little bit, but we didn't
16   raise it up to where we had a wall or anything like
17   that.
18       If you looked along this canal area where the
19   road rock and the fence was, our road -- Mr. Sharfi's
20   road -- right there would be level and then, all of a
21   sudden, the canal would ditch down. So we were at the
22   same level as the earth was when we were starting to
23   put the road in. We didn't go high or nothing. I
24   mean, a couple inches here or there, but I couldn't
25   tell you exactly. I didn't record any of that.

Page 68

1        Q. So could you describe -- continue to
2    describe, I should say -- the earthwork activity that
3    took place in the area where you've indicated X and an
4    E with a circle? This is in the southwest corner of
5    the site where you said there was an area that
6    collected water --
7        A. Right here.
8        Q. And it looks different now.
9        A. Here.
10       Q. Yeah. So what happened there?
11       MR. HAMILTON: I'm going to object to
12   form. I think that's F.
13       MR. ADKINS: Oh, I'm so sorry. Thank
14   you.
15       A. The blacker marker. No -- it's F. That area
16   was always a muddy area. It collected -- when it
17   rained, it would hold water. It would -- it
18   wouldn't -- it's not deep, but it would go -- wherever
19   the low part of this property was, the water would
20   settle.
21       Q. Well, is the area different now than it was
22   when Mr. Sharfi first acquired the site?
23       MR. HAMILTON: Object to form.
24       A. Say that one more time.
25   BY MR. ADKINS:

Page 69

1        Q. That area where you indicated X with an F and
2    a circle, is it different now compared to when
3    Mr. Sharfi first acquired the site?
4        MR. HAMILTON: Object to form.
5        A. Well, I haven't been out there in three
6    years, so...
7    BY MR. ADKINS:
8        Q. When was the last time you were on the site?
9        A. When I got fired three -- two and a half
10   years ago.
11       Q. 2020, around?
12       A. Something like that.
13       Q. Between when Mr. Sharfi first acquired the
14   site and 2020, did that area change?
15       MR. HAMILTON: Object to form.
16       A. It changed to where they did some more
17   grading in there just to get the wetness out of there.
18   They tried to put some dirt around here to keep it
19   from flooding, because it was a mess. It was always
20   mud out there.
21   BY MR. ADKINS:
22       Q. This is in the area that you indicated X with
23   an F and a circle around it?
24       A. Right, right.
25       Q. You said they put some dirt in there. Can

18 (Pages 66 - 69)

Charles Berlusconi                                                              March 18, 2022

Page 70

1  you describe what you mean?
2      A.  Yeah.  Once again, the Gators that we use on
3  the farm, they have like a -- it's like a mini pickup
4  truck.  It has a little bed in the back.  We would
5  bring fill and dump it out there and rake it -- hand
6  rake it -- and try to fill in this muddy area.
7      Q.  Where did that fill come from?
8      A.  We had, right -- let's see -- before this got
9  cleaned up, we would have a dump truck dump a load of
10  fill right there, because we needed that to -- it
11  wasn't really dirt.  It was like a -- it was not sand,
12  but it was -- I don't know what kind of soil it was.
13      In this facility right here where we keep the
14  horses, behind the stables, there was what they call
15  walkabouts.  The horses could go out back.  They
16  would -- that's where they went to the bathroom and
17  everything, so we had to clean up the manure all the
18  time.  And the dirt would get kicked all over the
19  place, so we'd always have to bring fill in there to
20  regrade the stalls.
21      We always had a little dirt to take care of
22  the stalls and any low points that got -- from rain
23  and stuff like that.  So -- and it wasn't, like, every
24  week or every day.  But, after a couple of weeks, the
25  stalls would get low and then the horses, once again,

Page 71

1  could hurt themselves.  So, you know, you would have
2  to grade it and put some dirt in there.
3      Q.  Can you indicate on DX 40 with an X and a G
4  with a circle around it where you kept dirt?
5      A.  It's actually on this side of the -- I'm
6  going to put it over here.
7  BY MR. ADKINS:
8      Q.  You started to write an X that looked like it
9  was in the boundary of the site.  You scribbled that
10  out and put an X to the right of the G --
11      A.  Right.  I told you previous that that fence
12  is there and this road is on this side of that
13  property.  We would have the dirt where this little
14  circle turnaround is.  We would put the dirt right
15  there and it was in access to everybody to use.  There
16  was a gate there, a gate there, a gate there.
17      Q.  Just so we're clear with respect to position
18  G, was any of the dirt kept within the boundary of the
19  site based on DX 40?
20      MR. HAMILTON:  Object to form.
21      A.  No.  No, because there was no reason to have
22  to bring it in here because Mr. Sharfi was -- he was
23  particular how the place would be neat and everything
24  and not look like a mess, so we didn't want to have
25  piles of dirt everywhere.  So if we needed dirt in

Page 72

1  these stables, once again, Gators with two guys, two
2  shovels, two rakes, would go load up dirt, go through
3  this gate, and put the dirt in there.
4  BY MR. ADKINS:
5      Q.  Okay.  So you're indicating, you would take
6  dirt -- two guys would take dirt from position G and
7  take it over to the stable in the northwest corner?
8      A.  These are another seven or eight stables
9  right here, and they had -- this was a complete dirt
10  stable.  So dirt, horses kick it -- the cows -- dirt
11  goes everywhere.  You have to put a little sand back
12  in there and keep them happy.
13      Q.  And they carry the dirt on a Gator, which is
14  a sophisticated golf cart?
15      A.  It's a golf cart on steroids.  It's meant for
16  farm work.  You guys got a phone.  Google it.  Look it
17  up.
18      Q.  We're here to hear what you have to say about
19  it, so that's why we're asking questions.
20      A.  I'm just telling you what it is, you know.
21      MR. HAMILTON:  I know what a Gator is.
22  BY MR. ADKINS:
23      Q.  Fair enough.  So any other areas on the site
24  where you observed earthwork activity that we haven't
25  already discussed?

Page 73

1      MR. HAMILTON:  Object to form.
2      A.  I mean, we're always cleaning up everywhere.
3  There is no -- it was a farm.
4      At one point, Angie, the girl that took care
5  of the animals, she always argued about letting the
6  horses run wild back here because there was so much
7  things where they can get hurt.  She didn't like them
8  running.  She wanted them in their places.  So when
9  they did run, they would mess up.  And Ben --
10  Mr. Sharfi -- like I told you, he wanted this place to
11  look nice and presentable.  Not -- you know -- a
12  regular shit farm.  He wanted a place that he can take
13  his family, have -- we even had -- shit -- I
14  entertained -- the kids from school come out here and
15  showed them how chickens lay eggs and shit, you know.
16  He just -- that's what he wanted.
17  BY MR. ADKINS:
18      Q.  You described the two employees taking dirt
19  from position G and taking it up to the farm stable --
20  or to the horse stale in the northwest corner using a
21  Gator.
22      Did the employees need anything in particular
23  to get the dirt from the Gator onto the ground?
24      MR. HAMILTON:  Object to form.
25      A.  A shovel.  They used a shovel.  And then,

19 (Pages 70 - 73)

Page 74

1   once they got to there, the Gator -- one of the Gators
2   we had -- which they used to fight over -- had a
3   hydraulic lift.  It would lift up like a tailgate.  It
4   would go up, and it would dump easier.  The other one,
5   you couldn't.  You had to take it out, shovel it out,
6   and take a rake and rake it.
7       Just hand tools -- shovel and rake -- and a
8   Gator.  But you couldn't get a piece of equipment in
9   there anyway.  You could only fit a -- the stables
10  were only 8 feet wide.
11  BY MR. ADKINS:
12      Q.  How about this area here on DX 40?  I'm
13  motioning to a -- it appears to be some sort of
14  pond --
15      A.  Uh-huh.
16      Q.  -- near the center of the site.  Was that
17  always like that or did that change over the course of
18  time that Mr. Sharfi owned the site?
19      MR. HAMILTON:  Object to form.
20      A.  That pond was there.  The only thing that I
21  remember we were doing with that pond -- once again,
22  the way he loved his trees and all his -- we took the
23  bank of it and graded it by hand and we put -- what
24  kind of trees were they?  I'll try to remember.  But
25  they were -- cypress -- not cypress.  It was a type of

Page 75

1   tree that is meant to be in water or water's edge.  We
2   must have put 20 of them around it.  It beautified it.
3       And then we put a little sod up under.  We'd
4   just put it up -- as the thing goes up and levels out
5   to level, we just sodded it and we put a couple of
6   trees around there.
7       THE VIDEOGRAPHER:  I need to change
8   media.
9       MR. ADKINS:  Why don't we go off record
10  for a minute?  We can take a break.
11      THE VIDEOGRAPHER:  Going off the record
12  at 10:41.
13      (Brief recess.)
14      THE VIDEOGRAPHER:  Back on the record at
15  10:56 a.m.
16  BY MR. ADKINS:
17      Q.  Mr. Berlusconi, are you aware of any
18  vegetation clearing that occurred at the site?
19      A.  Define -- what do you mean by vegetation?
20  You mean vegetables or trees?
21      Q.  I mean more generally, plants -- anything
22  that's a plant.  It could be a tree, shrubs.
23      A.  I think I said that previous.  I think Kevin
24  asked the city, and they said that we can remove vines
25  and -- I always got this one backwards -- invasive, I

Page 76

1   think, means, can come out or, if I'm wrong, then it's
2   the other way.  But they said, we were able to take
3   out the vines and non-invasive shrubs.
4       Q.  So did any such clearing occur at the site?
5       A.  Yeah.  We took all the vines that were
6   wrapped around pine trees, that were choking the palm
7   trees -- I mean pine trees -- cleaning up and taking
8   out the -- I don't know the exact name of the other
9   invasive stuff that can be taken out.  That stuff was
10  just the stuff we were allowed to take out.
11      And, once again, I didn't have a big part in
12  that either.  I think -- actually, I do need to
13  restate something.
14      You asked me if I spoke with anybody about --
15  the only person that I spoke to -- and it was months
16  ago -- was a contractor that was -- did some of the
17  landscaping out there -- 2nd Nature.
18      Billy told me that he was approached by
19  yourself, and he said, "They're probably going to call
20  you."  I said, "Whatever."  So, yeah -- so I put it on
21  the record that I did speak with someone, but it was
22  way, way before I got the subpoena.  And, like I said,
23  Billy was the one that took the vines out because
24  that's his job, and all he did was take out the stuff.
25      If I'm not mistaken, which I can't speak for

Page 77

1   him either, but he also went to the city and checked
2   with the guys, what could be taken out and stuff.  He
3   only did a minor amount of work.  Ben had some of the
4   laborers do it.  But that's about what the extent of
5   that was.
6       Q.  How did Mr. Pickard get in touch with you?
7       A.  By phone.
8       Q.  Did he call you?
9       A.  Yeah, but it was not for that reason.  We're
10  friends.  We've known each other.  And I actually was
11  calling him about purchasing a palm tree so I could
12  put it on my property.
13      Q.  Okay.  Mr. Pickard said that he spoke to me;
14  is that correct?
15      A.  Yeah, yeah.  How do you spell your last name?
16  How do you say it?
17      Q.  Adkins, A-D-K-I-N-S.
18      A.  He said that that was the name.  Then I
19  recognized it on the subpoena.
20      Q.  What did he tell you about me?
21      A.  Nothing.  Just that he wanted -- you wanted
22  to speak with him.  Billy says, "It's best if I don't
23  say anything."  I said, "Yeah.  I don't want to know
24  anything."  I says, "The more you tell me, then I
25  know.  I don't want to know."

20 (Pages 74 - 77)

Charles Berlusconi                                          March 18, 2022

Page 78

1     Q. So Billy told you, he didn't think it would
2  be best for you to say anything; is that correct?
3         MR. HAMILTON:  Object to form.
4     A. No.  I said, "I don't want to know what you
5  guys talked about.  It's none of my business."  I
6  says, "If they're gonna call me, they're gonna call
7  me."  I says, "Apparently, I didn't" -- I didn't think
8  I was going to get called because the way that things
9  went down with Mr. Sharfi.
10 BY MR. ADKINS:
11    Q. So did Billy tell you anything about his
12 conversation with me?
13        MR. HAMILTON:  Object to form.
14    A. No, no.
15 BY MR. ADKINS:
16    Q. Did Mr. Pickard say anything about this case?
17    A. No.  Just that they called him about the
18 farm.  And I said, "I don't want to know, Billy."  I
19 says, "You tell me something, then I gotta -- then I
20 know about it.  I don't" -- I didn't want to hear
21 nothing.
22    Q. About how long would you say you spoke to
23 Mr. Pickard about my contact with him?
24    A. Let's think here.  About -- it's probably a
25 month, give or take.  Like I said, days kind of get

Page 79

1  all mixed up, being retired.
2     Q. So you spoke to him about a month ago.  My
3  question is, for how long during that call did you
4  speak to Mr. Pickard about this matter?
5     A. Half a minute.  I mean, I told you that I
6  came forth and let you know that because I just
7  remembered about the vines and stuff, so I didn't want
8  to let you think that I was holding anything.  We
9  didn't talk anything about this.  End of question.  I
10 didn't ask him and he didn't tell me.
11    Q. Okay.
12    A. At that point, I didn't give a shit, and I
13 still don't.
14    Q. I'm only asking so we can be clear.
15    A. All right.  Well, I'm being clear to you.  I
16 don't give a shit then.  I don't give a shit now.
17    Q. Understood.  So you spoke -- you said that
18 there was some removal of vines and non-invasives.
19        Any other vegetation clearing that occurred
20 at the site that you were aware of?
21    A. Just in this back area here where I built a
22 little shack, and we just cleared it because we were
23 storing materials back there.  All the way in the back
24 corner on the north property line.
25        MR. HAMILTON:  Can I just clarify?  Are

Page 80

1  you saying non-invasive or invasive?
2         THE WITNESS:  I'm mixed up on that term.
3  So if a plant cannot be taken out of the
4  ground, is that evasive or invasive?  See,
5  I'm not a landscaper and I'm not that -- what
6  I do know is, we were told not to take out
7  something that can't be taken out.  Like
8  savage [sic] palms, you know.  For whatever
9  reason, Florida thinks they're beautiful and
10 you can't cut them down.  I don't know what
11 idiot invented that because it's the ugliest
12 palm tree in the world.
13        MR. HAMILTON:  I think that's
14 non-invasive.
15        THE WITNESS:  So it was stuff that was
16 allowed to be taken out.
17 BY MR. ADKINS:
18    Q. And you said Mr. Kryzda confirmed that with
19 Martin County?
20    A. I'm pretty -- yeah.  Kevin was like the
21 middleman between -- when Ben wasn't around or --
22 see -- Kevin wasn't there all the time.  He got hired
23 towards the end, because he worked for the city --
24 Martin County -- and he retired.  So he came over and
25 he became -- what was his title -- the CEO or

Page 81

1  whatever.
2         He would tell me things that Ben said.  "Oh,
3  Ben said check on this and do that," when Ben was out
4  of town, because he went to California to maintain his
5  other company.  So, you know, Kevin -- me and Kevin
6  talked a lot.
7         And I said, "Well, Kevin, make sure the city
8  is aware of what we're doing," blah, blah, blah.
9  Kevin -- "No -- I'm talking to them."  And that was
10 what they told us.
11        Same with Billy.  Billy -- I do know one
12 thing about Billy, and I -- it's hearsay because I'm
13 just saying it -- but Billy is a straight-up guy.
14 He's got a good business.  He's an honest guy you ever
15 met in your life.  Too honest.  And he checks with the
16 city on everything he does, because he's a small
17 company and he doesn't want to get in trouble and get
18 any fines on him or anything.  So he pulls permits and
19 he does whatever he is supposed to do, from all the
20 years I've know him.
21    Q. Other than removing vines and removing either
22 non-invasive or invasive, whatever you were instructed
23 to remove, was there any other vegetation that you're
24 aware of being removed from the site?
25        MR. HAMILTON:  Object to form.

21 (Pages 78 - 81)

Charles Berlusconi                                                    March 18, 2022

Page 82

1      A. Like I said, just this back area, and it was
2  nothing that was -- other than the stuff we were
3  allowed to take out. We made this a compound, sort
4  of, to where we stored fence material, rocks, logs,
5  stepping stones, anything we needed to repair.
6      That was because Mr. Sharfi didn't like -- I
7  used to have a compound over closer to the main
8  property and he used to get on my ass and say, "Look,
9  when I come in here, I don't want to see all this
10  garbage." He said, "Find somewhere else to put that
11  stuff." I said, "All right." So I found the furthest
12  spot away from him on the property and I made a
13  compound, and that's where I kept the stuff.
14  BY MR. ADKINS:
15      Q. And you're motioning to the area to the north
16  of the site in the center?
17      A. Yeah. It was closer to the -- what do you
18  call the -- arena than it was to the horse pen -- the
19  horse arena. It was closer to the steel arena.
20  Pretty close. It could have been the center.
21      Q. Did you use any equipment to remove
22  vegetation on the site?
23      A. No. Just the -- well, the vines you pull
24  out. They rip out with rakes. And some of those
25  other little plants, the Gator pulled a couple out.

Page 83

1      I know -- I know that we did have to use the
2  chain saws to cut the -- we had to get rid of some
3  pine trees. They were infested with the -- it's a bug
4  that eats the pine trees and it turns them into
5  sawdust. And it spreads like wildfire. If one tree
6  has it, the six around it is going to get it.
7      So we did use chain saws and then -- to cut
8  them down and get rid of that bug. It was a shame,
9  because that's one tree I kind of liked. It was a
10  pine tree. They were cool because all the needles
11  would fall on the ground and it was nice. You drive
12  through the woods and shit.
13      Q. Any other equipment other than the chain saws
14  and the Gator?
15      A. Well, we had a backhoe on the property, but
16  that was used only to transport debris to the
17  dumpster. Like, when we cut -- what do you call --
18  the pine trees down, we would cut them into manageable
19  pieces, put them in the Gator, take them to the
20  roadside. The backhoe would take -- load them in the
21  backhoe and drive it down -- and I always kept a
22  dumpster right over here in the corner of the
23  perimeter of the property right there.
24      Q. So you're motioning to the southeast corner?
25      A. Southeast corner. I think that might be a

Page 84

1  dumpster in the picture right there.
2      Q. Where did you operate the backhoe on the
3  site?
4      A. On the roads.
5      MR. HAMILTON: Object to form.
6  BY MR. ADKINS:
7      Q. Can you point to what road you operated a
8  backhoe?
9      A. Any road I could drive it on. The backhoe --
10  once again, it was very few times that this place
11  wasn't wet, you know, from the rain and stuff. So if
12  you drive big pieces of equipment out there, you're
13  going to make tracks, and then I would have to fix it.
14  So we didn't do that. At least, I didn't.
15      Q. Okay. Other than the backhoe and the Gator,
16  were there any other pieces of heavy equipment that
17  operated on the site to remove vegetation?
18      MR. HAMILTON: Object to form.
19      A. No, not to my knowledge.
20  BY MR. ADKINS:
21      Q. Now, you said there were very few times where
22  areas on the site were not wet.
23      What do you mean by that?
24      A. Well, if you didn't get rain constantly or
25  every -- whenever a storm came through -- the ground

Page 85

1  would dry up, but it stays mucky, you know, wet. It's
2  just dirt. The rain -- it rains like hell out there
3  in Palm City.
4      I don't know if you know about Palm City or
5  anything, but I think it rains in that area more than
6  anywhere around. I live in Port St. Lucie and we
7  hardly get any rain. But it pours like hell out
8  there.
9      Q. Are there any areas on the site where
10  standing water would collect?
11      A. Like I say, standing there, a little back
12  here would get wet. On any given day, depending on
13  how hard it rained.
14      Q. You're saying by the X and an F, and X and a
15  B?
16      A. Yeah. Remember this, I said, was low. So
17  water would get in there. We would have to go in
18  there and rake, because the horse, which --
19      Q. Before you go on, you're motioning to the
20  area between the X and A, and X and B; is that
21  correct?
22      MR. HAMILTON: Object to form.
23      A. Yeah -- where I told you, from here. And
24  then, like I said previous, that water would get in
25  here on a hard rain, and horses can't stand in water.

22 (Pages 82 - 85)

Page 86

1  It messes up their hooves or whatever. So we would
2  have to rake it and get -- when I say, "rake it," if
3  you've got -- like, see that little spot right there?
4  See that? That's all mud and there's water standing.
5       So you would take some dirt in there from the
6  Gator, pile the dirt, bring it in there, spread it
7  with a rake to dry up the mud, so they're not
8  constantly walking through the mud.
9  BY MR. ADKINS:
10      Q. There were areas near X and B on DX 40 that
11  would become muddy and you would spread dirt; is that
12  correct?
13      MR. HAMILTON: Object to form; asked and
14  answered.
15      A. Only inside the horse -- right here -- in
16  this here, where the horses were.
17  BY MR. ADKINS:
18      Q. Let me stop you for a second.
19      MR. HAMILTON: Let the witness finish.
20  BY MR. ADKINS:
21      Q. We're writing down everything that you say.
22  When you say, "in here," when we look at this months
23  from now, we're not going to have any idea what you
24  were saying.
25      So to the extent you can describe either in

Page 87

1  the quadrant --
2      A. You can look at the video.
3      Q. Well, we're not going to be able to see
4  actually where you're pointing from the video. So if
5  you can describe, "It's around A" or "around B" -- or
6  we can make another marking on here, if that's
7  necessary, that would be helpful. So later, when
8  we're looking at it, we know what you're talking
9  about.
10      A. Several times, I mentioned the horse arena
11  where the horses graze. That would be XA and XB. It
12  gets muddy in there. So you have to grade it to get
13  the dirt from being mucky and water.
14      Then XF, water would gain in that far corner.
15  That's it. That's where water would gain.
16      Q. Other than those two locations, do you recall
17  water collecting in any other areas of the site?
18      MR. HAMILTON: Object to form.
19      A. Well, water would always collect over here in
20  this area. It's a wetland area. That's why they call
21  it a wetland.
22  BY MR. ADKINS:
23      Q. So your signaling an area that appears --
24      A. What are we up to?
25      Q. -- why don't you circle it and we could put

Page 88

1  a -- let me make sure before we do this -- we're on H.
2      A. That's a -- that area right there is a
3  wetland, or supposed to be. There's water in there.
4      Q. Why don't you circle the area that you're
5  referring to as a wetland?
6      A. I'm not an expert on wetlands.
7      Q. Oh, sure. I know that you're --
8      A. All I know is that this area gathers water.
9  And from what I was told from people, "Oh, that's a
10  wetland area right there. That's why there's a fence
11  around it."
12      Q. And that's in the area that you've indicated
13  as X with an H?
14      A. Yes, sir.
15      Q. When did you first meet Benjamin Sharfi?
16      A. My son is also an electrician and he was
17  working on the main property at 73 Sewall's Point. I
18  was -- at the time, it was slow in the industry -- in
19  electric. So I told the company, Watts Electric --
20  which I've known the owner quite a while -- we came
21  from Long Island together and stuff -- I told -- his
22  name is John Morrell, which he's passed away right
23  now.
24      I said, "Look" -- I says, "I can handle being
25  off for a while. Keep my son working." I said, "He's

Page 89

1  got a family and he needs to work."
2      So Frank was on the site hooking up the pumps
3  and doing the work. So it got to be a point where it
4  was a lot more work than he could handle by himself.
5  So he reached out and told Ben, "We need to" --
6  Mr. Sharfi -- "We need to go and get a couple more
7  guys."
8      So my son told the boss, "We can use Chuck
9  out there." So then I went out there and kind of took
10  over. That's when we started pulling all the
11  perimeter landscape lighting. I mean, miles and miles
12  of wire. And then that's when I met Ben. Actually,
13  my guys were in the courtyard. I never met Ben.
14      His logo is like B with a dollar sign or
15  something. I'm trying to remember how I -- I always
16  thought he was the owner of Burger King, because I
17  never knew the guy.
18      We're working in the courtyard and one of my
19  guys, Tito -- we were putting in stakes. I was --
20  10-foot piece of electrical pipe. They were cutting
21  the stakes up to drive in the ground. He came out and
22  started screaming, "Why you cutting them stakes?
23  You're wasting my money."
24      I didn't know really -- I didn't know who he
25  was yet. I said, "Whoa." I said, "Who the 'F' you

                                      23 (Pages 86 - 89)

Charles Berlusconi                                                                    March 18, 2022

1    yelling at?" I said, "Chill out." I said, "Those are
2    the stakes." Then he says, "Well, who are you?" I
3    said, "I'm the new electrician that's coming out here
4    to work." And that's how I met him. I told him to
5    pretty much "F off" and started having a
6    relationship. Because he got mad at the guys for no
7    reason.
8         I don't know the year. It was eight years
9    ago. I've been with him for about eight years.
10        Q. What would you say the nature of your
11   relationship was with Mr. Sharfi before you were
12   fired?
13        A. Father and son. He even told me I was in his
14   will.
15        Q. How did your relationship end?
16        A. Shitty.
17        Q. Well, tell me what happened.
18        A. It don't relate to this.
19        Q. How did your relationship end?
20        A. It doesn't relate to this. I mean, I don't
21   know if I should answer that. I probably should ask
22   my lawyer first. I don't know.
23        Does it relate to it or not? It has nothing
24   to do with what -- you know.
25        Q. Until you tell us, we can't --

1         A. I know. I'm having you guess. Well, you got
2    a few minutes? It's going to take a few minutes to
3    tell you the story, if you're looking for answers.
4         Q. We have time.
5         A. Ben had a girlfriend. He had a couple of
6    girlfriends. He's single; he got divorced from Lila.
7    He's had a couple of girlfriends.
8         And he had this one Cuban girl that he met.
9    Everybody thought they was getting along good. She
10   even moved in.
11        We were getting ready to put a pool right
12   there behind the main house on the farm. She was
13   having family come down for Labor Day or Memorial Day,
14   one of the weekends. The pool wasn't going to be
15   done. There was no way in God's earth it was going to
16   be done.
17        So we took off Monday. I gave everybody off,
18   because it was a holiday. So we didn't work Saturday
19   or Monday, so we took off. And Ben called me on
20   Saturday and said, "Why ain't we working?" The
21   pool" -- I said, "Ben, it won't get done if I had 20
22   guys here. It just ain't gonna happen."
23        He was very upset, so I went out there to
24   talk to him, and he already had the contractor that
25   was doing the cement work on the site. He told them,

1    if they don't get out there and do this -- so, when I
2    got out there, he started yelling at me, telling me I
3    was a lousy manager and some other things. And I told
4    him to get out of my face and back up. And that's
5    when he just said, "Well, you're fired, and your son
6    is fired and your son-in-law is fired, and you can let
7    them know you're the son of a bitch that got them
8    fired."
9         I says, "What? Because I didn't get the
10   pool" -- anyway, that's how it ended. I got
11   shit-canned from that. Then, once I got fired, you
12   know, the big bad boss is gone -- because I wasn't
13   that nice to a lot of the employees -- I was a hard
14   ass on them. So rumors start.
15        Next thing I know, I'm getting phone calls
16   from Kevin telling me that I stole a bunch of stuff
17   and this and that. I said, "Kevin, I didn't steal
18   anything." I said, "Whatever I got, I have. I'll
19   give him back everything." I said, "I'll be there
20   tomorrow. I'll give you the truck back" -- because I
21   had a truck -- "I'll give you all the credit cards.
22   I'll give you all the tools. My son will do the same
23   thing."
24        I came in. Then they said, "Okay. Well,
25   there's a golf cart missing." I said "No. I just

1    haven't brought it back yet. It's coming." "Well,
2    there's generators missing." I says, "Kevin" -- I
3    said -- at this point, he wouldn't talk to me, so I
4    couldn't speak to him. I said, "Kevin, both of you's
5    get your heads out of your asses." And he has nine
6    rental properties. "Go in the garage and look at the
7    generator in every garage, for hurricanes, for the
8    people to have a generator. That's where your
9    generators are. I don't have them. I didn't sell
10   them."
11        So I gave everything back -- short end of the
12   story. And he couldn't find nothing else on me that I
13   did. I gave everything back. Did I buy a couple of
14   things through the company? Yeah. I mean, you give
15   me three credit cards and the right to write checks.
16   I buy stuff for the farm, I buy stuff for the thing.
17        Someone ratted me out and said that we
18   scrapped wire at the scrap yard. I says, "Yeah.
19   Electricians do that since electricians were
20   invented." I said, "Ben knows that. Half the wire I
21   take there, I either got lunch for the men and had a
22   big spread catered for lunch or I bought tools for the
23   farm."
24        So, short of it, my son gets arrested because
25   he took some from all the jobs he was demo'ing. And

24 (Pages 90 - 93)

Charles Berlusconi                                           March 18, 2022

Page 94

1    most of it was wire that he demo'd from his property
2    that would've been thrown away anyway. Some didn't
3    even come from his jobs.
4         So the short of the end of that, my son
5    catches three or four felonies, I get a couple
6    felonies, for selling stolen goods to a pawn dealer,
7    which is a scrap yard. At first, I said, "What the
8    hell are you talking about, pawn?"
9         So, you know, I was furious. My son's got
10   five kids. I says, "He can't go to jail. I said --
11   you know -- so I told my lawyer, I says, "Look" --
12        Q. Wait. Before you go on, we don't want to
13   hear about conversations you had with your lawyer.
14   Those, your lawyer probably instructed you, are
15   privileged. This deposition is not about issues that
16   you have legal representation for.
17        A. I can tell you whatever. He didn't say --
18   you wanted to know what the freak -- what happened.
19   I'm telling you --
20        Q. So you had a dispute with Mr. Sharfi over the
21   nature of the work?
22        A. What I'm getting at is, I told my lawyer --
23   he didn't tell me --
24        Q. No. Please stop. We're not asking you about
25   your -- I'm not asking you about your conversations

Page 95

1    with your lawyer. I don't want to hear what --
2         (Overspeaking.)
3         A. I reached out to Sharfi. I told him, "I want
4    to make restitution." I actually reached out to
5    the -- I'm sorry -- I reached out to the state
6    attorney's -- whoever the girl was prosecuting me. I
7    told her -- I said, "I want to make restitution.
8    Okay? Let me speak to Mr. Sharfi" --
9         Q. Can I pause? I feel like this is going into
10   something that I understand now why you're saying this
11   is not part of this deposition --
12        A. You're the one that made me say it. I'm
13   telling you what -- I'm trying to tell you -- and I'm
14   telling you that -- I'm about already done here.
15        Q. So could I just try to summarize what I'm
16   hearing from you? Because I think I've heard what is
17   a sufficient answer for this question.
18        You had a disagreement with Mr. Sharfi over
19   the nature of the work and he fired you; is that
20   correct?
21        MR. HAMILTON: Object to form.
22        A. Yeah, whatever. Take it anyway you want.
23   BY MR. ADKINS:
24        Q. Have you ever had any conversations about
25   alleged filling of wetlands on the site with

Page 96

1    Mr. Sharfi?
2         MR. HAMILTON: Object to form.
3         A. Not that I recall.
4    BY MR. ADKINS:
5         Q. When did you first meet Kevin Kryzda?
6         A. When he became on board on the company, and
7    he was overseeing all the companies. Like I said, he
8    was CEO or whatever the titles they give people.
9         Q. Have you ever had any conversations about an
10   alleged filling of wetlands on the site with
11   Mr. Kryzda?
12        MR. HAMILTON: Object to form.
13   BY MR. ADKINS:
14        Q. I see your shaking your head.
15        A. I'm thinking. Not that I recall. When I
16   first -- when the wetlands all became a conversation
17   with people -- "Oh, that's a wetland" -- I have no
18   idea what a wetland was. I didn't know what it did,
19   what was the purpose of it. I didn't know nothing. I
20   really didn't care. Like I said, I could care less
21   about knowing about that or...
22        Q. About when did you first learn that there
23   might be wetlands on the site?
24        MR. HAMILTON: Object to form.
25        A. Over on -- let's see -- over on the -- this

Page 97

1    lake here that -- that, I think, had wetlands in it.
2    And Ben put a -- Mr. Sharfi put a fence around it so
3    nobody would go in it or do anything to damage it
4    around that. It gave us a bumper zone of how far we
5    were able to stay away from it. Then sodded all that
6    area out around it.
7         You want me to mark it for you?
8    BY MR. ADKINS:
9         Q. No. My question is, actually, when did you
10   first become aware there may be wetlands on-site?
11        A. I don't know. I couldn't tell you. I
12   couldn't tell you. I don't keep dates of things like
13   that and I don't have a -- did too many drugs in my
14   life. I don't have a good memory.
15        Q. Did you ever become aware that there may be
16   wetlands on the site?
17        A. When he told me.
18        Q. Who is he?
19        A. Everybody. Everybody was talking -- when the
20   girls -- Angie, she's saying that that is a wetland.
21   Ben said to keep the horses out of there. She
22   probably was the one who told me first, and then
23   everybody talked about it.
24        MR. HAMILTON: That's the one on the
25   south; right?

25 (Pages 94 - 97)

Page 98

1    THE WITNESS:  There's a mobile home over
2  there now.
3    MR. HAMILTON:  Not in the red?
4    THE WITNESS:  No, no.  It's over here.
5  That's where Angie lived, in that mobile
6  home.
7  BY MR. ADKINS:
8    Q.  How about on the site, Mr. Berlusconi?  DX 40
9  depicts the site.  Remember, we talked about that?
10    A.  Right.
11    Q.  Did you ever become aware ever whether there
12  may be wetlands on the site?
13    A.  Yeah.  I previous -- before your break, I
14  told you that this was a wetland here and that's why
15  we put a fence around it, to keep everything -- people
16  out of there.  We didn't want the horses running
17  through there, didn't want the cows in there.  We
18  didn't want people in there.
19  BY MR. ADKINS:
20    Q.  That's the area that you --
21    A.  That's the area I made H.
22    Q.  H?
23    A.  Yeah, H.
24    Q.  Do you remember how you learned that there
25  may be wetlands in that area?

Page 99

1    A.  Well, at that point, I mean, you know, like I
2  said, Kevin said something, the people on the farm --
3  everybody knew.  Angie knew more because she's a
4  country girl.  She knows all that kind of stuff.  She
5  was saying, "Well, that's wetland."  And there was
6  another spot -- that one there.  Oh, that was off the
7  property.  Never mind.  That was the guys up front.
8    Q.  Are you familiar with a person named
9  Christopher Watkins?
10    MR. HAMILTON:  Object to form.
11    A.  Christopher Watkins, is that his captain --
12  Ben's captain?
13  BY MR. ADKINS:
14    Q.  Do you know who he is?
15    MR. HAMILTON:  Object to form.
16    A.  Chris Watkins?  There was a couple of Chrises
17  that worked for us.  I'm trying to think of what's his
18  last name.
19    MR. HAMILTON:  There's more now.
20    THE WITNESS:  Chris Watkins?  Shit.  I
21  hate to say it's him.  I don't know.  I know
22  Captain Tim Bright used to be the captain of
23  the boat.  But then, once he got his jet,
24  then he became the pilot and -- yeah, I think
25  that's the captain of the boat, Chris.

Page 100

1    (DX Exhibit 61 was marked.)
2  BY MR. ADKINS:
3    Q.  I'm going to show you an exhibit marked DX
4  61.
5    MR. HAMILTON:  I'm just going to object
6  to the relevance of this exhibit.  It has
7  nothing to do with the site.
8    A.  Chris Watkins is the captain of the boat.
9  And that's Tim Bright and he's the pilot and oversees
10  everything.  If it floats, flies or rolls, Captain was
11  in charge of it.
12  BY MR. ADKINS:
13    Q.  On page 2 of Exhibit 61, there's a picture of
14  a man at the bottom of the page.
15    Do you recognize that face?
16    A.  Yeah.  That's Chris Watkins.
17    Q.  Okay.  So you know who Chris Watkins is?
18    A.  Do I know who he is?
19    MR. HAMILTON:  Object to form.
20  BY MR. ADKINS:
21    Q.  Yes.  Have you met him?
22    A.  Yeah.  He was an employee of the company.
23  He's the captain of the boat.  He has a wife who just
24  had another baby and -- two babies and she has
25  insurance -- she was part of the company's

Page 101

1  insurance -- getting policies, I guess.  And Chris
2  came on and took over the boat for Tim, from what I
3  understand.
4    Q.  Do you understand what Mr. Watkins'
5  responsibilities are?
6    MR. HAMILTON:  Object to form.
7    A.  Keep the boat clean and take out guests on
8  the boat.  There ain't much else.  I know that he's
9  definitely in charge of the boat -- maintain it,
10  maintenance, taking it out with guests.  Other than
11  that, I don't know.  I don't know his personal -- I
12  know of his wife and his kids because they came to
13  family -- not family -- company picnics and stuff like
14  that.  That's how I know him.
15  BY MR. ADKINS:
16    Q.  Have you ever seen Mr. Watkins on the site?
17    MR. HAMILTON:  Object to form.
18    A.  Yeah.  He had to come and pick up payroll in
19  my office, which is in this building right there.
20  BY MR. ADKINS:
21    Q.  So you see him on NeshaFarm.  How about on
22  the site?
23    A.  Let's see.  Did he ever come back to pick up
24  any -- yeah -- he was over here to pick up a trailer.
25  We used to store our trailers right here until Ben

Charles Berlusconi

March 18, 2022

Page 102

1   yelled at me. It got to be too much. And he'd have
2   to come and get the -- what do you call those
3   things -- Jet Ski trailer -- or he would come and get
4   a flatbed trailer -- yeah -- I mean, all he did was
5   hook up a trailer and leave. Yeah.
6       Q. Have you ever seen Mr. Watkins taking
7   pictures of the site?
8           MR. HAMILTON: Object to form.
9       A. That, no. I mean, I know Chris -- Chris is
10  just what he looks like. He's a boat fisherman. Not
11  a "get his hands dirty" kind of guy. No, he's never
12  -- no, I haven't seen him take them. I know he likes
13  to take pictures. I mean, he takes them of all our
14  picnics and all that kind of stuff, you know. Could
15  he have taken them, I couldn't tell you.
16  BY MR. ADKINS:
17      Q. Have you ever observed Mr. Watkins flying a
18  drone over the site?
19          MR. HAMILTON: Object to form.
20      A. Not over the site, but I know he has a drone
21  because I asked him about it and -- because it was
22  probably a pretty fancy one. Because I was joking
23  with him. I bought a little cheap one for my
24  grandson. I said, "Holy hell, that thing is ten
25  times" -- it probably, sort of, almost looked like

Page 103

1   what the military would use.
2   BY MR. ADKINS:
3       Q. Have you had any contact with Mr. Watkins
4   with respect to the issues we've been discussing at
5   the deposition?
6           MR. HAMILTON: Object to form.
7       A. No. I haven't seen him. I haven't seen him
8   since way before I got fired.
9   BY MR. ADKINS:
10      Q. With respect to your communications with
11  Mr. Sharfi, when you communicated with him, would it
12  be via text or email or some other way?
13      A. All of the above. Text, email, mainly in
14  person. We used to like to meet together and discuss
15  all the daily things that are going on as far as the
16  projects that are being built, the tech center. That
17  was his baby, and he wanted to make sure that I was on
18  top of it.
19          Towards the end -- most of the time, he
20  started to worry about that I was overworked and, you
21  know -- "Do I need to get you an assistant?" I said,
22  "I don't need no freakin' assistant." I said, "I'm
23  all right." He was just worried about my well-being,
24  until the end.
25      Q. When you communicated with Mr. Sharfi via

Page 104

1   email, do you recall what email address you would use?
2       A. Yeah. Pretty much the same one everybody
3   uses. Your name and then Byte Services.
4       Q. Did you ever use a personal email to
5   communicate with Mr. Sharfi?
6       A. No.
7       Q. How about with Mr. Kryzda, did you ever use a
8   personal email to communicate with him?
9       A. No. My laptop was company-issued and my cell
10  phone was company-issued, and they were both taken
11  from me at the point of dismissal. Kryzda took my
12  phone, my laptop, and everything that I had. I have
13  no records of any of that.
14      Q. The text messages that you had with
15  Mr. Sharfi, were those on your company-issued cell
16  phone?
17      A. Yeah.
18      Q. Do you have any text messages on your
19  personal cell phone with Mr. Sharfi?
20      A. No. I always kept -- I kept my personal life
21  away from the work. I didn't want my -- because, my
22  texts, I used for my wife, my grandkids, and I didn't
23  need it to be loaded up with -- sometimes, you know,
24  the job gets -- so many people text me. I mean, that
25  was one of the biggest reasons me and my old lady

Page 105

1   would fight. We couldn't sit down and have dinner
2   without the damn phone going off.
3       Q. And you handed in your company-issued phone
4   when you were fired; is that right?
5       A. I gave him -- yeah -- gave him the truck,
6   credit cards, the phone, computer, and everything else
7   that I had in the truck. And came back the next day
8   and gave him the rest of the stuff and then...
9           MR. ADKINS: Do you want to take a break?
10          MR. HAMILTON: I'm good.
11  BY MR. ADKINS:
12      Q. So I'm going to ask you some questions about
13  contractors who performed work on the site.
14          Are you familiar with a company called Eddie
15  Huggins Land Grading Company?
16      A. Yeah.
17      Q. What do you know by Eddie Huggins Land
18  Grading?
19      A. Eddie Huggins is the owner, and they do land
20  development. They do blacktop, they do road work --
21  road rock -- they do fill. They do anything with land
22  development. They do curbing. They used to do
23  everything, but I believe Eddie -- I don't know -- I
24  can't speculate -- but I think Eddie got sick and he
25  kind of backed away from the company for a while and

27 (Pages 102 - 105)

Charles Berlusconi                                          March 18, 2022

Page 106

1    had somebody run it for him.  I don't even know if
2    he's in business anymore, because I know he wasn't
3    well.
4        Q.  Did Eddie Huggins Land Grading Company
5    perform work at the site?  So, again, I'm referring to
6    the area depicted in DX 40.
7        A.  They were the company that brought in some
8    road rock.
9        Q.  Did they do any other services?
10       A.  Eddie -- well, he brought some road rock and
11   he brought -- once in a while, he would bring me that
12   dirt if I couldn't get it from someone else.  Eddie --
13   over here on this property -- I know we're getting --
14   you're concentrating here.
15       Other work that he did was this -- this
16   bridge I built over to the island on this main -- the
17   main lake right here -- he brought in what they recall
18   rip rap rock, and we had to put rock all the way
19   around that island so it wouldn't sink, because the
20   island -- the water would come up high and take over.
21   So you put down this felt and you put the rock in
22   there.  Carried the rock across that bridge in the
23   Gator hundreds of times to build that.  Came out nice.
24       Q.  I want to do my best to try to get us out of
25   here timely, so I'm going to focus my questions on the

Page 107

1    site.  If I want to ask you about other parts of the
2    farm, I will.  You're welcome to tell me what you
3    want, but it's going to keep us here a little bit
4    longer if we do that.
5        So other than bringing some road rock to the
6    site, are you aware of any other work that Eddie
7    Huggins Land Grading performed at the site?
8        A.  No.
9        (Exhibit 41 was marked.)
10   BY MR. ADKINS:
11       Q.  So I'm going to show you a document that's
12   been marked DX 41.  Take a moment to review that
13   document.  DX 41 is an email from Jane Jones to you on
14   August 1, 2018.  It's been marked Byte 40 through 41.
15       Do you recognize this document?
16       A.  Not to my knowledge.  Let me finish reading
17   it.  Where is this?  You're saying it's in here?
18       Q.  I haven't said anything.  My question was, do
19   you recognize the document?
20       A.  I mean, off the top of my head, I don't.  You
21   know how many documents I've seen all the time I was
22   there?  This one I don't recognize because they never
23   came over in this type of form.  If it did, it would
24   be a different form that I would sign for and...
25       Q.  Do you know who Jane Jones is?

Page 108

1        A.  Who?
2        Q.  Jane Jones?
3        A.  Jane?
4        Q.  Jane Jones.  She sent you this email on
5    August 1.
6        A.  Doesn't sound familiar.  It could have been
7    one of his secretaries, I guess.
8        Q.  Do you know why Jane Jones would have sent
9    you this document?
10       A.  I'm trying to figure out which property she
11   could be talking about, because it doesn't say.  It
12   just says "the back 10 acres."  And it's an estimate.
13   It doesn't say the work was done.
14       Q.  Okay.
15       A.  Because I sure the hell -- if I signed a
16   check for $70,000, Ben would sure know about it.
17       Q.  This document says, on page 41, "Scope of
18   work, clear back 10 acres."
19       Do you understand that to refer to the site
20   or you're not sure?
21       A.  Say that -- I'm sorry?
22       Q.  Do you understand "clearing back 10 acres" to
23   be referring to the site?  So this area depicted in
24   DX 40.
25       MR. HAMILTON:  Object to form.

Page 109

1        A.  Yeah, but it says back 10 acres.  It could
2    have been this other 10 acres.  It could have been the
3    one over there.  Eddie did some other work out there.
4    There's no way Eddie -- no.  See, what I'm getting at
5    is, this was an estimate.
6        Do you have an invoice that it was done and
7    paid for?
8    BY MR. ADKINS:
9        Q.  Well --
10       A.  It's hard for me, you know, to -- to agree to
11   it -- that I agreed to it -- if I don't even know if
12   it was done or paid for, and it's not signed.  I don't
13   know.
14       Q.  Well, I'll not asking whether this work was
15   actually performed.  I'm not asking whether you agreed
16   to pay for it.  I'm just asking whether -- when Eddie
17   Huggins sent this to you, this scope of work, clearing
18   back 10 acres, was referring to the site or someplace
19   else.
20       MR. HAMILTON:  Object to form.
21   BY MR. ADKINS:
22       Q.  It sounds like you're not sure; is that
23   right?
24       MR. HAMILTON:  Same objection.
25       A.  I don't remember.

28 (Pages 106 - 109)

Charles Berlusconi                                                March 18, 2022

1  BY MR. ADKINS:
2      Q. If you look under "Estimated site prep bid,"
3  it says, "Clearing and chipping back 10 acres."
4      Does that make sense to you?
5      MR. HAMILTON: Object to form; asked and
6  answered multiple times.
7      A. The way she wrote it, it doesn't -- clearing
8  and chipping doesn't -- chipping what?  Chipping
9  doesn't -- chipping -- you would use a chipper.  And
10  when we did cut down those pine trees, Eddie didn't do
11  it.  This one, I'm at a loss.  I don't remember it.  I
12  don't -- sorry.  I can't...
13      (Exhibit DX 42 was marked.)
14  BY MR. ADKINS:
15      Q. I'm going to show you a document marked
16  DX 42.  This is another email from Jane Jones to
17  Emilie Kirkpatrick, copying you, on September 26,
18  2018.  It's stamped Byte38 through 39.  Take a moment
19  to look at that document.
20      Have you had a moment to look at that?
21      A. Yeah, yeah.
22      Q. Do you recall receiving this proposal?
23      A. Once again, I don't -- I don't remember
24  seeing them.  I mean, this -- a company like this,
25  I've never gotten a type of thing like this that I can

1  remember from Eddie.  If I got anything, it was bills
2  that he did other work for us when he brought in the
3  road rock and when he brought some fill.
4      What's confusing to me is -- are you telling
5  me that they stated it's in this section, not other
6  work that was done out here?  Because Eddie did do
7  some work around the other parts of the property.
8      Q. Actually, I'm not trying to tell you
9  anything.  I'm just asking you questions to see what
10  you know about this document.  So let me ask a
11  question.  How about that?
12      On page 39, if you look at the bottom right
13  corner, there's some page numbers here.  Okay.
14  There's a heading that says, "Job location" in bold.
15      A. Oh, yeah.  Okay.
16      Q. You see that?  It has a PCN number.  I can
17  represent to you that that PCN number is the same as
18  the site, so this area depicted on DX 40.
19      A. Okay.
20      Q. So the scope of work is the complete removal
21  of spruce, pines, exotic trees, exotic vines, and
22  exotic vegetation from all upland areas in accordance
23  with any regulatory requirements of regulatory
24  agencies, including, but not limited to, Martin
25  County, South Florida Water Management District, or

1  any other regulatory agency having jurisdiction with
2  the requested activity.
3      Do you see that?
4      A. Uh-huh.
5      Q. Do you know whether or not Eddie Huggins
6  conducted work that's consistent with what is
7  reflected in this document at the site?
8      A. I'm trying to remember.
9      MR. HAMILTON: Object to form.
10      A. That's a little while back.  I know -- see,
11  but I don't -- what I don't remember is the pricing.
12  I would -- that would strike me.  I can't remember.
13  BY MR. ADKINS:
14      Q. Okay.  Are you aware of whether anyone told
15  Eddie Huggins Land Grading Company to include that
16  description of the scope of work?
17      MR. HAMILTON: Object to form.
18      A. It could be anybody.  It could have been
19  anybody from Ben to Kevin.  It could have been me.  I
20  don't remember.  I really don't.  It's a ways back
21  then, and there's been so many people that worked out
22  there and so much work that's gone on.  Believe me.
23  If I remembered, I would let you know.
24  BY MR. ADKINS:
25      Q. If you go down to terms and conditions, the

1  first bullet is, "EHLG will be responsible for
2  preserving any wetland or protected habitat, if any,
3  on the property."
4      Do you see that?
5      A. Uh-huh.
6      Q. Do you know whether anyone from NeshaFarm,
7  Byte Services, or any of the defendants advised Eddie
8  Huggins Land Grading Company of where protected
9  habitat or wetlands existed on the site?
10      MR. HAMILTON: Object to form; calls for
11  speculation.
12      A. No.  If I didn't -- I can't remember about
13  that.  I don't remember speaking with Eddie about any
14  wetlands.  I know -- I don't even know how to remember
15  when people started coming to the farm.  I know we had
16  Martin County come out, the Army Reserve come out, and
17  they were starting to put flags up and saying --
18  that's when it got popular -- wetlands.  Then
19  everybody knew where the wetlands were, because there
20  was yellow flags everywhere.  It could have been
21  anybody.  Sorry.  I don't remember.  I can't help you
22  on that one.
23  BY MR. ADKINS:
24      Q. Okay.  Do you recall anyone giving Eddie
25  Huggins Land Grading Company information about where

Charles Berlusconi                                           March 18, 2022

Page 114

1   uplands existed on the site?
2        MR. HAMILTON:  Object to form.
3        A.  No.  Same thing.  I wasn't in that
4   conversation.
5        (DX Exhibit 43 was marked.)
6   BY MR. ADKINS:
7        Q.  I'm handing you a document marked Exhibit
8   DX 43.  It's a thick one.  This is invoices from Eddie
9   Huggins Land Grading Company marked Eddie Huggins 137
10  through Eddie Huggins 192.  I want you to turn to
11  page 168.  This should be an invoice dated April 6,
12  2018, invoice number 105830.
13       Do you see that?
14       A.  What's the invoice?
15       Q.  105830.
16       A.  Yeah.
17       Q.  Okay.  Now, if you look at the description of
18  services rendered, on April 3, 2018, it says, "Muck
19  removal by the load."
20       Do you know what that might mean?
21       MR. HAMILTON:  Object to form; calls for
22  speculation.
23       A.  Muck removal.  Well, I mean, muck is just
24  some -- it's dirt that's sopped in water that's like
25  Jello.  Not Jello.  Pudding.  It's just muck.

Page 115

1        MR. HAMILTON:  I'm also going to object
2   to this exhibit because he hasn't laid a
3   foundation that he's even seen it before,
4   knows what it is, where it came from -- just
5   for the record.  Thank you.
6        A.  I don't know...
7   BY MR. ADKINS:
8        Q.  Are you aware of whether Eddie Huggins ever
9   removed muck from the site?
10       MR. HAMILTON:  Object to form.  Also
11  object as to the qualification of muck.  He's
12  not a soils expert.
13       A.  I mean, to me, muck is just dirt that's
14  wet -- sopping wet.  Like I told you before, I know
15  Eddie has taken away some debris from the pine trees
16  and stuff, but I can't recall what the dates were or
17  when it was.  We cut down quite a few palm -- pine
18  trees.
19       At one point, I tried to find a place that
20  would take the trees for lumber and I couldn't find
21  nobody.  So Eddie would take that stuff away.  Then,
22  once you cut down the pine trees, you have to clean
23  the area around them.
24  BY MR. ADKINS:
25       Q.  What responsibilities did you have for hiring

Page 116

1   contractors to do work at the site?
2        MR. HAMILTON:  Object to form.
3        A.  I would -- we would find people, and then I
4   would run it by Ben, and then Ben would say, "Okay,
5   we'll use him to do that."  Everything went through
6   him or Kevin before we signed any contract, if there
7   was a contract, or before we made any agreement.
8   BY MR. ADKINS:
9        Q.  Were you responsible for reviewing invoices
10  from those contractors?
11       A.  Some of them.  Some of them went directly to
12  the accountant, and then Kevin would look at it or
13  even Ben.  The high-dollar ones would always have to
14  go through -- Ben would ask me if it was done or if it
15  wasn't, and he would have to approve it.
16       I'm trying to remember.  Does anybody have
17  the date that Ben purchased the farm?  No?
18  BY MR. ADKINS:
19       Q.  Do you know?
20       A.  No.  I know it's a while ago.  But what I'm
21  getting at is, because we cut down a lot of -- when we
22  bought the -- when he bought the place, we
23  landscaped -- we took everything out where the house
24  was and we cut down a bunch of trees.
25       Q.  Okay.  So you're unaware of what the

Page 117

1   description "muck removal" is on this invoice from
2   Eddie Huggins; is that right?
3        A.  Yeah.  I could tell you what I think muck is.
4   Muck is saturated dirt.
5        Q.  I'm not asking you what muck is.  I'm asking,
6   do you know what the work that Eddie Huggins did
7   that's described in this invoice?
8        MR. HAMILTON:  Object to form; asked and
9   answered.
10       A.  No.
11  BY MR. ADKINS:
12       Q.  How about dozer service; do you see that
13  right above, on April 2?
14       A.  Yeah.
15       Q.  What kind of dozer service -- what, if any,
16  dozer service was Eddie Huggins rendering on April 2,
17  2018?
18       A.  Well, we were -- we were getting ready to
19  purchase a dozer for another piece of property
20  elsewhere and Eddie -- I think Eddie came and used it
21  to -- he made a -- he cleared a path right here, if I
22  recall.  Yeah.  Yeah.  I don't recall him doing that
23  much.  That's only -- it's eight hours of dozer.
24  That's not a lot.  Then he was back on that...
25       Q.  Are there any other areas on NeshaFarm -- so

30 (Pages 114 - 117)

Charles Berlusconi                                      March 18, 2022

Page 118

1  now I'm speaking beyond just the site -- other areas
2  of NeshaFarm where Eddie Huggins might have been using
3  a dozer on April 2018?
4        MR. HAMILTON: I'm going to object to
5  form, relevance.
6        A. No, no. Not that I can recall.
7  BY MR. ADKINS:
8        Q. If you go back to the invoice,
9  Mr. Berlusconi, you'll see that there are a few
10  entries for fill material. There's one on April 2 for
11  quantity 8. It says, "Fill material by the load,
12  quantity 8." Again, on April 3, quantity 14; April 4,
13  quantity 6; April 5, quantity 8; April 6, quantity 9.
14        Do you know what these services are relating
15  to?
16        MR. HAMILTON: Object to form.
17        A. Eddie brought -- like I said, he brought some
18  fill in. I know we did some work on the other two
19  properties that you're not speaking of. He brought
20  fill that we put back here. Definitely some fill --
21  you can't see -- you can see it, but -- right here,
22  this is the main -- this is the main house right
23  there. This out here is a big soccer field, and that
24  was low, so we put fill out here to level it out.
25        MR. HAMILTON: For the record, you're

Page 119

1  pointing off of the site?
2        THE WITNESS: Yeah. If I'm not mistaken,
3  he asked me if he did other work other than
4  the site. That was -- we put dirt in there.
5  BY MR. ADKINS:
6        Q. That was work happening around April 2018,
7  Mr. Berlusconi?
8        MR. HAMILTON: Object to form.
9        A. I couldn't tell you. I don't have records of
10  it and I don't have a memory of it.
11  BY MR. ADKINS:
12        Q. You're not sure whether or not --
13        A. No. I couldn't tell you the dates when that
14  work was done and something else was done.
15        Q. Try to let me finish my question. You're not
16  sure whether or not the fill represented in the
17  invoice from Eddie Huggins was for fill on the site or
18  fill somewhere else on NeshaFarm; is that right?
19        MR. HAMILTON: Object to form.
20        A. Yes. I don't know.
21        MR. HAMILTON: Are you doing okay? Would
22  you like a break?
23        THE WITNESS: No. I'm all right.
24        MR. HAMILTON: I just want to make sure.
25        THE WITNESS: Just getting more

Page 120

1  aggravated as the minutes go on.
2        (DX Exhibit 44 was marked.)
3  BY MR. ADKINS:
4        Q. I'm showing you a document marked DX 44.
5  This is an email from 2nd Nature to you on July 17,
6  2018. It's Bates-stamped Byte31 through 33.
7        Do you recognize this email, Mr. Berlusconi?
8        A. Yep.
9        Q. Do you remember receiving this email on July
10  17, 2018?
11        A. Yeah, yes.
12        Q. How about the attachment, the estimate from
13  2nd Nature, that appears on page 32?
14        A. Yes, I remember it. If I'm not mistaken, Ben
15  didn't accept it. It was too much. And a new price
16  was given or we just deducted what him and Ben came
17  to, if I'm remembering the same invoice.
18        Ben is obviously a wise businessman and he
19  knew how to negotiate contracts and stuff and he would
20  get -- if he didn't like the price, they negotiated
21  it.
22        I believe this is where we go back to where
23  Billy had a call from you, and you asked me if he
24  talked to me about it. He didn't. But that's the
25  kind of work that Billy did, was take out the vines

Page 121

1  and the stuff that it says here.
2        Q. You see on page 32, it says, "Activity," with
3  a gray box and then, "NeshaFarm wetland project"?
4        A. Uh-huh.
5        Q. Do you recall what this project was?
6        A. Why Billy would write it like that, I don't
7  know, because it had nothing to do with the wetland.
8  It was all the surrounding area of, once again -- what
9  do you call those things -- invasive stuff that was
10  growing, the vines, the pine trees that had the bugs
11  in it. And then Billy did have -- that's what they
12  called it -- that's what they were -- the cabbage
13  palms.
14        Billy did have what they call a -- it's a
15  small Bobcat. It's, like, a little -- I don't know --
16  it's a small machine that has a little bucket on the
17  front. Billy was able to -- there's an attachment
18  that he was able to grind out the stumps of the pine
19  trees and all the other stuff that he had taken out.
20  And I'm almost positive that Billy went to the city
21  and talked to them about this.
22  BY MR. ADKINS:
23        Q. By "Billy" in your response, you mean Billy
24  Pickard of 2nd Nature Lawn & Landscaping?
25        A. Yes, yeah. Billy, yep. I'm almost positive

                                        31 (Pages 118 - 121)

Charles Berlusconi                                                              March 18, 2022

Page 122

1    that he went and asked the city.
2        Q.  Mr. Pickard wrote in this -- well, his
3    estimate states, under labor, "Remove invasive exotic
4    and diseased vegetation from wetland area to be staged
5    for chipping.  10 men, 6 days, plus tractor."
6        What do you suppose "from wetland area" meant
7    in this estimate?
8        MR. HAMILTON:  Object to form.
9        A.  All right.  Let me -- where did you read that
10   from?
11   BY MR. ADKINS:
12       Q.  It's under labor -- phase 1, labor, on
13   page 32.
14       A.  Okay.  Like I said, I don't know why he wrote
15   it like that.  It wasn't in the wetlands.  It was a
16   wetland area.  So I would think he's meaning the area
17   surrounding the wetland.  Not, per se, in the wetland.
18   But then, again, I didn't write it and I don't -- I
19   know -- I know for a fact, on your exhibit here, no
20   machinery has ever been inside this wetland, other
21   than human feet.
22       Q.  And that's the wetland near --
23       A.  You're calling it H.
24       Q.  H.  Okay.
25       A.  Cows and human feet.

Page 123

1        Q.  Did anyone ever inform Mr. Pickard of where
2    the wetland area was on the site?
3        MR. HAMILTON:  Object to form.
4        A.  I don't know, but I stated before that, when
5    Martin County and the Army Reserve and someone else
6    was out there, they flagged everything, so there was
7    yellow flags everywhere showing you where that stuff
8    is.  Yeah.
9    BY MR. ADKINS:
10       Q.  Going back to the invoice on page 32 --
11       A.  Uh-huh.
12       Q.  -- the estimate, I should say -- it says,
13   "should be staged for chipping."
14       What do you understand that to mean?
15       A.  It's a machine that -- you put tree branches
16   in it and it chips it and makes mulch.  That was for
17   the pipe trees and any of the other invasive stuff.
18   We took that mulch and that stuff and put it back down
19   around the areas as ground covering.  It was nice for
20   the animals.  They grazed in it.  It made -- keep the
21   dirt from -- the sand and everything -- being wet all
22   the time.  It was like mulch.  I don't know if you
23   guys ever do any gardening.  It was mulch.
24       Q.  Where on the site was the mulch spread?
25       MR. HAMILTON:  Object to form.

Page 124

1        A.  Back over here anywhere we could use it.  We
2    used it on the other site.  There was quite a bit, so
3    we just spread it wherever we had to.
4        The girl, Angie, even used it for packing for
5    the alpacas, the sheep, the goats, those animals --
6    freaking garbage-can animals -- they lay and eat in
7    anything.  So they liked it.
8    BY MR. ADKINS:
9        Q.  Are you able to indicate on DX 40 where you
10   spread mulch?
11       A.  We definitely put some in the cows area and,
12   like I said, all around -- anywhere we could put it.
13   None went inside the wetland, because, if you put
14   anything inside the wetland, then you're drying up the
15   wet.
16       Q.  Can you put an X with an I and a circle
17   around it where you spread the mulch?
18       A.  I know "I" had a ton of it back here.  Do you
19   want to go to another letter or stay with "I" so it
20   indicates mulch?
21       Q.  You can do "I" for all three -- for however
22   many you indicate.
23       A.  That's about it.  Like I said, it doesn't go
24   far.  We used it -- I know we used it on the other
25   sites too.

Page 125

1        Q.  You indicated in three places on DX 40 --
2        A.  Yeah.  I mean, it could have been -- once
3    that stuff was chopped up, it still was under my
4    supervision, but that went to the gardener's -- Moe --
5    his name is Moe.  He was the gardener that grew all
6    the vegetables, trimmed all the oak trees, and
7    fertilized, and did whatever he had to do to keep
8    everything alive.  So, at that point, he would take
9    it.
10       At one point, we even took all the manure and
11   we made compost and we mixed manure with the mulch and
12   we would put that down and spread, and it would help
13   fertilize and grow a lot faster for the vegetables and
14   stuff.  You know, it --
15       Q.  Mr. Berlusconi, I didn't even get a chance to
16   finish my question before you responded.  So can I ask
17   my question before you give a response?
18       A.  Yeah.
19       Q.  It will hopefully move this along a little
20   bit.
21       So you indicated in three places on DX 40
22   with an X and an I and a circle around it where mulch
23   was spread; is that correct?
24       A.  Yes.
25       Q.  Going back to Byte32 -- this is the

32 (Pages 122 - 125)

Charles Berlusconi                                                    March 18, 2022

Page 126

1  estimate -- under phase 3, toward the end of that part
2  of the estimate, you'll see, "2 days, track chipper
3  plus loader."
4       Do you know what a track chipper plus loader
5  is?
6       A. That was the Bobcat that I explained to you a
7  little while ago that grinded up the stuff. And then
8  the grinder is the other piece of equipment that
9  grinded the stuff after it was picked up and made
10 mulch.
11      Q. And did 2nd Nature Lawn & Landscape operate a
12 track chipper plus loader on the site?
13      MR. HAMILTON: Object to form.
14      A. Not on the site. Staged in the road, to
15 where they did the chipping -- excuse me -- the
16 chipping. The thing that dug up the invasives and the
17 stumps of the pine trees, you know, that was in
18 various areas wherever the pine trees were. There was
19 a bunch over here, there was some over here, some over
20 here, some over here, but nothing was in there.
21      I had strict orders to stay the "F" out of
22 the wetland. He said, "do not make anybody touch the
23 wetland or it's your ass."
24 BY MR. ADKINS:
25      Q. Who gave you those orders?

Page 127

1       A. Mr. Sharfi.
2       Q. Himself personally?
3       A. Yes. He said, "Do not touch the wetland."
4       Q. When about was that?
5       A. I don't know. Pick a day. Any day. It
6  could have been once a week. It could have been -- he
7  just -- he just didn't want nobody to mess the
8  wetlands up. That's why he had me put a fence around
9  it, so animals wouldn't go in it, people wouldn't go
10 in it, or some dummy would drive a golf cart through
11 it and get stuck.
12      I don't have dates for you. Sorry.
13      Q. Were there any other parts of the site that
14 Mr. Sharfi considered to be a wetland that were
15 outside of the area where you put a perimeter fence?
16      MR. HAMILTON: Object to form.
17      A. Outside of your project right here that
18 you've been talking about?
19 BY MR. ADKINS:
20      Q. Within the site, but outside of the area that
21 you described as a wetland. So any other part of the
22 site --
23      A. Yeah.
24      MR. HAMILTON: Object to form.
25 BY MR. ADKINS:

Page 128

1       Q. -- did Mr. Sharfi consider any other part of
2  the site to be a wetland, other than what you
3  described here, XH?
4       A. No. I didn't have to fence nothing. He
5  didn't tell me.
6       (DX Exhibit 45 was marked.)
7  BY MR. ADKINS:
8       Q. I'm handing you a document marked DX 45.
9  This is an email from 2nd Nature to Emilie Kirkpatrick
10 and you on September 25, 2018. It's Bates-stamped
11 Byte29 through 30.
12      Do you recognize this document,
13 Mr. Berlusconi?
14      A. Yep. This is just a continuation of -- after
15 Ben seen it, he wanted some more area done, to my
16 knowledge, is what I'm thinking.
17      Q. So in the estimate --
18      A. See -- shit.
19      Q. On page 30 of the estimate, it says, "Tree
20 and associated debris removal." And then there's a
21 PCN number that I'll represent to you is the PCN for
22 the site.
23      Now, is this estimate related in any way to
24 DX 44 that we just looked at that's right here?
25      A. Yeah. If you'll notice, on this one, Ben

Page 129

1  didn't want the equipment coming in. That's why he
2  got 10 men. He made them do it by hand, and pull
3  everything out by hand, and then pull it over to the
4  chipper and chip it up.
5       I didn't think, you know, they should keep
6  bringing the Bobcat on there. Even though we're
7  cutting down pine trees and everything, it's kind
8  of -- it could shock the trees. So Ben said, "That's
9  it." He said, "Now you do it by hand." I'm pretty
10 sure that's what that was, to the best of my
11 knowledge.
12      Q. Do you recall whether any work took place
13 between the estimate in DX 44 and the estimate in
14 DX 45?
15      A. If what happened?
16      Q. If any work had taken place between these two
17 estimates?
18      MR. HAMILTON: Object to form.
19      A. I don't remember. I don't know dates. I
20 mean, there was always something going on on the farm.
21 BY MR. ADKINS:
22      Q. This estimate refers to one tractor at
23 126 hours. What do you understand the tractor to be?
24      A. That's that Bobcat I'm telling you, the
25 tractor chipper. Not the chipper. I mean, the thing

33 (Pages 126 - 129)

Charles Berlusconi                                    March 18, 2022

Page 130

1  that grinded the roots.
2      Q. There's a front loader at 18 hours --
3      A. That's the front loader we owned on the
4  property that we used to take the debris from either
5  the road to the dumpster or to a dump truck, and they
6  took the debris off-site.
7      Q. Was the front loader used for any other
8  activities?
9      A. No, because it's -- well, yeah. I mean, I'm
10  going to have to get off your site again. It was used
11  on the other property.
12      Q. How about on the site? Was the front loader
13  used for any other activities on the site?
14      A. Yes. I had to use it inside this horse arena
15  here -- that would be XB -- to help lift up the
16  20-foot telephone polls. We couldn't lift them by
17  hand. So we chained them around the bucket and we
18  lifted them up and then set them in the hole until we
19  were able to pound the dirt around and then put
20  another joist going the other way. So it worked as --
21  like, a small crane, if you want to say.
22      Q. In the, I'll call it, small print on page
23  30 -- this is Byte30 -- you'll see, in the second to
24  last sentence, it says, "2nd Nature Lawn & Landscaping
25  and ST Enterprises are to comply with all Martin

Page 131

1  County wetland requirements."
2          Did that language appear in the estimate that
3  we looked at which is DX 44?
4      A. Where did you read that from?
5      Q. Down here.
6      A. Oh, down here.
7      Q. Second to last sentence.
8      MR. HAMILTON: The documents speak for
9  themselves, but you can answer.
10      A. What was your question?
11  BY MR. ADKINS:
12      Q. Does that language appear in DX 44, the
13  earlier estimate that we looked at?
14      A. Not word for word.
15      Q. Does it in any way appear?
16      MR. HAMILTON: Object to form.
17      A. No, it doesn't say the same thing. But what
18  Billy is saying, that he's not responsible for
19  anything, and then he contacted Martin County and got
20  their opinion, apparently.
21  BY MR. ADKINS:
22      Q. Why do you think this estimate includes this
23  language now?
24      MR. HAMILTON: Object to form; calls for
25      speculation.

Page 132

1      A. I don't know. I couldn't answer that.
2  Unless Billy was just concerned that he's taking out
3  too much of the vines and stuff and he wants to make
4  sure that Martin County is aware of it.
5          Billy, like I said, he always went to the
6  county and found out what he was able to do or not.
7  So I couldn't answer that. You'd have to ask Billy.
8      Q. Do you know whether anyone told 2nd Nature
9  Lawn & Landscaping to include that language?
10      MR. HAMILTON: Object to form.
11      A. Not to my knowledge. I don't know.
12      MR. ADKINS: Why don't we go off the
13  record?
14      THE VIDEOGRAPHER: Going off record at
15  12:23 p.m.
16      (Brief recess.)
17      THE VIDEOGRAPHER: Back on record at
18  12:29 p.m.
19      (DX Exhibit 46 was marked.)
20  BY MR. ADKINS:
21      Q. I'm showing you a document marked DX 46.
22  This is another email from 2nd Nature to you and
23  Emilie Kirkpatrick, Bates-stamped Byte26 through 28.
24      Do you recognize this document?
25      A. Yeah. It basically all refers to the same

Page 133

1  stuff you were talking about.
2      Q. So you recognize the email from 2nd Nature to
3  you?
4      A. Yeah. It's just another -- it's just a
5  document that Billy sent to cover himself with the
6  city's requirements and letting us know where his
7  responsibilities lie, and pretty much giving us his
8  payment breakdown.
9      Q. Do you recall having any conversations with
10  Billy Pickard with respect to the contract that
11  appears at Byte27?
12      A. No, not that I remember. I thinking, if
13  anything, it was about money. I probably told him
14  that I wasn't happy with that much down payment, that
15  I'd rather do something less. Apparently, it stayed
16  where it was. The guys always want to come in and get
17  a bunch of money from Ben -- from Mr. Sharfi -- before
18  they do the work. Then you have to fight to keep them
19  busy. But that wasn't the case with this guy.
20          As far as I'm concerned, same thing.
21      (DX Exhibit 47 was marked.)
22  BY MR. ADKINS:
23      Q. I'm going to show you a document marked
24  DX 47. This is a check and a contract, and it's
25  marked Bates stamp DEF861 through 862.

34 (Pages 130 - 133)

Charles Berlusconi                                                    March 18, 2022

Page 134

1    Do you recognize the check that appears on
2  861?
3    A.  Yeah.  Like I said, I lost the argument about
4  the down payment, and there's a check for it right
5  there.
6    Q.  Okay.  How about the document that appears on
7  862, do you recognize that?
8    A.  Same document that's in 026.
9    Q.  Okay.  This is a contract between 2nd Nature
10 and who?
11   A.  With Byte Services.
12   Q.  Is that your signature at the bottom?
13   A.  Yep.
14   Q.  How about on 861, is that your signature on
15 the check, number 3359?
16   A.  Yep.
17   Q.  And, in the contract, it refers to removal of
18 all spruce pine, invasive vegetation, and vines in the
19 upland areas.
20     Is that the same work that you already
21 described for us with 2nd Nature?
22   A.  Yeah.
23   Q.  Any other work that you haven't described
24 with 2nd Nature that you're aware of being conducted
25 on the site?

Page 135

1    MR. HAMILTON:  Object to form.
2    A.  I've talked about the trees we planted around
3  that water and --
4  BY MR. ADKINS:
5    Q.  That's the cypress trees?
6    A.  I think they're cypress, yeah.  The trees
7  around there.  And he also -- did he put any oak trees
8  up there?  Yeah, he planted a couple oak trees.
9  That's stuff that he -- that's stuff he put in, not
10 take out.
11     Oh, he put some palm -- yeah -- inside this
12 area right here where the cows -- pasture -- we did a
13 little cluster of palm trees right there to give shade
14 to the cows, because there was very little shade out
15 there, so he put some palm trees in.
16     He put a couple -- see the palm trees right
17 there?  He put a couple of nice -- these are royal
18 palms that he put right there.  Yeah.  That's it.
19     (DX Exhibit 48 was marked.)
20 BY MR. ADKINS:
21   Q.  I'm showing you a document marked DX 48.
22 This document is Bates-stamped Byte2 through Byte24.
23 I'd like you to go to page 018, if you would, please.
24     This is a bill to Byte Services from 2nd
25 Nature, 018?

Page 136

1    A.  018.  Uh-huh.
2    Q.  Invoice number 3815.  Do you recognize this
3  bill?
4    A.  If I'm not mistaken, it's a second draw from
5  what you gave me right here.  Second week, 13 --
6  yeah -- that's this right here.
7    Q.  So you're looking at Byte27?
8    A.  Yeah.  You can take 27 and you can take the
9  one before that.
10   Q.  I think you're looking for this here, page 2.
11   A.  It's the same thing.  It's all the same.
12 Right?  Unless I'm looking at it wrong.  That right
13 there.  7, 13, 38 (as spoken), yep.
14   Q.  So let's see if we can keep this straight.
15 You're looking at DX 47, page DEF862.  This is the
16 contract that we talked about?
17   A.  Right.
18   Q.  You're saying that DX 48, page 018, is the
19 second draw on this contract; is that right?
20   A.  Yeah.  That's what it appears to be.
21   Q.  Is that your signature on page 018?
22   A.  Yep.
23   Q.  And were you approving this second draw for
24 Byte Services?
25   A.  Yep.

Page 137

1    Q.  Let's go to page 020.
2    A.  Yep.
3    Q.  This is an invoice, number 3872, from 2nd
4  Nature, billed to Byte Services.  Do you recognize
5  this document?
6    A.  Yep.  It would be the third draw.
7    Q.  It's a third draw on the contract with 2nd
8  Nature?
9    A.  Yeah.
10   Q.  Is that your signature on page 020?
11   A.  Yes.
12   Q.  Your signature is indicating your approval
13 for payment?
14   A.  Yes.
15   Q.  You can set those aside for a second.
16   A.  Okay.
17     (DX Exhibit 49 was marked.)
18 BY MR. ADKINS:
19   Q.  I'm showing you a document I marked Exhibit
20 DX 49.  It's Bates-stamped DEF863 through 868.  I'd
21 like to take you to page 864 of this document.
22   A.  Uh-huh.
23   Q.  So, at the top, it appears to be a check from
24 Byte Services to 2nd Nature Lawn & Landscape, number
25 3566.

35 (Pages 134 - 137)

Charles Berlusconi                                    March 18, 2022

Page 138

1    Q. Do you see that?
2    A. Yes.
3    Q. Do you recognize this check?
4    A. Yep.
5    Q. Is that your signature on the check?
6    A. Yes.
7    Q. If you look at the check amount and the
8    information below the check, is this check for the
9    contract that we've been discussing with 2nd Nature?
10   A. I think it's the final balance, if I'm not
11   mistaken. Completion -- yeah, yep. That would be
12   that.
13   Q. Okay. Turn to page 866.
14   A. 866, uh-huh.
15   Q. Okay. This is another -- I'm sorry -- this
16   is actually duplicative, so we can skip this.
17         Actually, could you turn to 863 in that
18   document, please?
19   A. Uh-huh.
20   Q. Are you familiar with Kevin Kryzda's
21   signature?
22      MR. HAMILTON: Object to form.
23   A. I mean, I've seen it; but, if you showed me
24   three of them right now, I probably couldn't pick it
25   out. I'm not a...

Page 139

1    BY MR. ADKINS:
2    Q. I want to take you to DX 47 again. Let's see
3    if we can find it in your pile here. Oh, here it is.
4    DX 47 -- okay -- the contract.
5         Now, if you'll turn to page 863 in DX 49?
6    A. Right.
7    Q. Is this payment related to the services
8    provided by 2nd Nature in the contract in DEF862?
9       MR. HAMILTON: Wait.
10      MR. ADKINS: 862 should be the contract.
11      MR. HAMILTON: You're saying, is 863
12   related to 862?
13      MR. ADKINS: Correct.
14   BY MR. ADKINS:
15   Q. Is it a payment for the contract -- under the
16   contract?
17      MR. HAMILTON: Object to form.
18   A. Well, it looks like it is, but that don't
19   make any sense because they already have their
20   payments, those three. What was the date? 11 --
21   what's the date on that one? 10. What was the other
22   one? Where's the other one like that? Yeah. Here it
23   is right here. That date is what? 10. That's 10/3.
24   That's 10/28. Where is the third one then? There
25   should be a third one; right? All right.

Page 140

1    Q. Let's see here. This is the second draw.
2    What I'm trying to find is -- where is the --
3    BY MR. ADKINS:
4    Q. Did you think that there's an extra payment?
5    Is that --
6    A. Well, I want to see something. I want to see
7    it, because I seen -- you showed me three payments of
8    where I signed for -- at least two --
9    Q. Two.
10   A. -- maybe I'm wrong.
11   Q. Two where you signed.
12   A. Oh, okay.
13   Q. These were the bills. I think you mean the
14   checks; right?
15   A. Yeah. The checks, yeah. I only signed two.
16   Then I probably was either out of the office or not
17   around, and Kevin signed for the third one.
18   Q. Okay.
19   A. Because Kevin also is a signer for the
20   company. Obviously, he's the vice president or
21   whatever he was. If I was out in the field -- if I
22   was in West Palm Beach at the Buccaneer, and I
23   couldn't get back to sign checks, Kevin would come to
24   the farm -- what do you call it -- on a regular basis
25   and see Emilie, check in with her, make sure I'm

Page 141

1    treating her right and all that good stuff, and he
2    would sign checks.
3         Yeah, you had me baffled there. I'm, like,
4    wait a minute. I thought I'd seen that already.
5    Q. It wasn't a trick.
6    A. You almost got me.
7       (DX Exhibit 50 was marked.)
8    BY MR. ADKINS:
9    Q. I'm going to show you Exhibit DX 50. This is
10   Bates-stamped 2nd Nature Lawn 20. It's an invoice
11   with an invoice number 3969. It's dated December 17,
12   2018.
13         Do you recognize this invoice?
14   A. Yes.
15   Q. Are you familiar with the activity that
16   2nd Nature performed with respect to this invoice?
17      MR. HAMILTON: Object to form.
18   A. Yeah. I'm trying to think if this was the
19   time we -- once we got everything cut out of there, it
20   was -- grinding and everything -- it looked --
21   everything looked, like, uneven -- dirt and
22   everything.
23         We went and purchased -- believe it not, they
24   sell pine needles that fall from pine trees -- so we
25   purchased bails -- just like a bail of pot -- we

36 (Pages 138 - 141)

Charles Berlusconi

March 18, 2022

Page 142

1 purchased them and we spread them around the place to
2 make it look like the forest; that it wasn't all mud
3 and dirt and shit.
4     Like I said previous, if you remember, the
5 animals like it. It was nice walking through it. It
6 was nice-looking. That's what that's got to be. Or
7 it's just -- I can't read what -- can you make --
8 what's the word underneath "paid"? Machine --
9 BY MR. ADKINS:
10    Q. It's hard to say.
11    A. Me too.
12    Q. I'm guessing it says, machine something, not
13 access -- could --
14    A. Machine could not access. So this could be
15 also where he had the laborers do it by hand. They
16 couldn't get in there with the grinder. That's the
17 best I can think of -- right -- what that is.
18    Q. Why would the grinder not be able to access
19 certain areas on the site?
20    MR. HAMILTON: Object to form.
21    A. You can't get in -- this tree might be the
22 one we want, and then there's a tree right here, and
23 the machine is going to hurt the other tree. There's
24 several things it could be. Too close to the
25 building, too close to the wetland. It could have

Page 143

1 been anything.
2 BY MR. ADKINS:
3    Q. Is says, "Labor to spread and grade
4 owner-provided fill."
5     Is the owner-provided fill the pine needles?
6    A. That's what I'm thinking. Because I asked
7 Billy -- I says, "What can I put down here?" He said,
8 "Oh, you're going to laugh at me, but they sell pine
9 needles." I said, "Come on." They did. I went out
10 and got a trailer load and spread it.
11    Q. It says "tiller" under labor. What would a
12 tiller be used for with respect --
13    A. That's the thing we talked about previously,
14 where the machine had the thing on it that grinded the
15 trunks of a -- it's a tiller. It takes the trunk out
16 and it tills the dirt and it makes it all nice, nice,
17 and nice. It looks like mulch.
18    Q. There's a star. The last line says,
19 "Northwest corner and south edge to be completed
20 when" -- it's partially obstructed -- maybe "area
21 dries out."
22     What does that mean?
23    MR. HAMILTON: Object to form.
24    A. Same thing -- where did it go? I got it
25 right here. Like I said previously, when it rained

Page 144

1 and got wet, all the areas got wet. So Billy -- I
2 wouldn't let him go in where machinery would put ruts.
3 And then, just to get in there to get a tree out or to
4 grade a little bit, he's going to put several ruts a
5 foot deep into my dirt. So you're defeating the
6 purpose. He's creating more work for me than if you
7 just wait until it drys out and do it later.
8 BY MR. ADKINS:
9    Q. About how long would it take from a rain to
10 dry out enough?
11    A. Three or four days to be hard enough to drive
12 a -- what do you call that thing -- the backhoe. The
13 Gators, they're meant to -- they're 4-wheel drive --
14 you can drive it. It don't make a big rut. But
15 anything with those big mud tires on it, like the
16 Bobcat has, it makes a rut. You're constantly fixing
17 that shit.
18    Q. Is there anywhere on the site where you
19 didn't have that concern after it rained?
20    A. Well, yeah. This site?
21    Q. On the site, yes.
22    A. Well, no, because this area coming through
23 here and everything, if it wasn't wet, you can drive
24 around with the golf carts and the Gators. We only
25 went in there with Gators to put dirt in or to fill

Page 145

1 the rut holes. Same with in here.
2     See, every time we had to work in here, she
3 had to move the horses to another pen, because it
4 would make them nervous and they'd be jumping and
5 shit. The cows, depending upon what mood they were in,
6 they would come after you if you went in there, so you
7 had to move them out of there. It was a little bit of
8 a fiasco, but you learned to live with it.
9    Q. A few days after it rained, you would wait --
10 you would wait a few days after a rain to put heavy
11 equipment on the site, because you were concerned
12 about creating ruts?
13    MR. HAMILTON: Object to form.
14    A. Not heavy equipment. The Bobcat. It's a
15 small -- it's a small excavator. It's no bigger
16 than -- longer than this desk. It's got four wheels
17 and a bucket on the front.
18 BY MR. ADKINS:
19    Q. After a rain, the Bobcat would leave ruts
20 about a foot deep, you said?
21    MR. HAMILTON: Object to form.
22    A. Yeah. If it was muddy, it would definitely
23 leave ruts in the dirt.
24 BY MR. ADKINS:
25    Q. Are there any places on the site where you

37 (Pages 142 - 145)

Charles Berlusconi                                    March 18, 2022

Page 146

1  didn't have that concern about running a Bobcat a few
2  days after it rained?
3        MR. HAMILTON: Object to form.
4        A. Maybe back here to get material, you know,
5  because the Bobcat would lift up the heavy poles. We
6  were always doing fencing and repairing fences. The
7  horses are famous for breaking them.
8  BY MR. ADKINS:
9        Q. So that's in the northern portion by I?
10       A. Yeah. In I, we would have to go and pull in
11  there and pick up posts. We would stock boulders in
12  there -- rocks -- and other things that we would use
13  on the farm every day. So, yeah, other than that,
14  there was no reason to drive the Bobcat back in there.
15       Q. No reason because it would create ruts?
16       MR. HAMILTON: Object to form.
17       A. Even when it's dry, why would you want to --
18  if one of my guys drive back there in a Bobcat, I
19  would want to know why and chew his ass out if he
20  wasn't doing something he was ordered to. There's no
21  reason to have a machine back there. Golf carts,
22  Gators.
23  BY MR. ADKINS:
24       Q. What about the case where you would have a
25  reason to do that? Are there any parts of the site

Page 147

1  where you weren't concerned about having to wait a few
2  days until after a rain to use the Bobcat?
3        MR. HAMILTON: Object to form.
4        A. Maybe where I told you on XE, where I planted
5  palm trees and bottle neck trees to grow from little
6  ones to big ones, so we can put them on different
7  projects that we have -- our other rentals and stuff
8  and the farm. I would come in off of the main road of
9  the riding arena just to carry the palm trees in and
10  unload them. Other than that, there wouldn't be a
11  reason.
12  BY MR. ADKINS:
13       Q. So would you have a concern, though? Are
14  there any other areas where you would have a -- where
15  you wouldn't have a concern --
16       MR. HAMILTON: Object to form.
17  BY MR. ADKINS:
18       Q. -- about using a Bobcat within a few days
19  after it rained?
20       MR. HAMILTON: Object to form; asked and
21       answered multiple times.
22       A. I wouldn't have a concern, no. I wouldn't do
23  it. I wouldn't allow it unless I needed to.
24       (DX Exhibit 51 was marked.)
25  BY MR. ADKINS:

Page 148

1        Q. I'm going to show you a document labeled
2  Exhibit DX 51. This is another invoice from 2nd
3  Nature, number 4742, billed to Byte Services, and it
4  has a Bates stamp, 2nd Nature Lawn 62.
5        Do you recognize this invoice?
6        A. Yes. Can you make out that word under
7  "paid"? For pine needles. There's my pine needles.
8        Q. New pine straw?
9        A. That's the pine needles I was talking about.
10       Q. So new pine straw is the pine needles?
11       A. Yeah.
12       Q. This invoice is from a different date from
13  the one we talked about.
14       A. But we did it more than once.
15       Q. Okay.
16       A. We had so much of the damn shit. Because,
17  when you opened up the bail of the pine needles, it
18  expanded. So I had to take it to other property and
19  use it on another place somewhere else.
20       Damn, I was paying Billy too much money.
21       Q. Under labor, it says, "Labor to remove
22  existing vegetation and prep areas for new pine
23  straw."
24       Where was there a need to remove existing
25  vegetation?

Page 149

1        MR. HAMILTON: Object to form.
2        A. All the same -- I mean, I don't -- maybe I'm
3  wrong -- everything you're talking about, it repeats
4  itself. Everything was done in here. So, if it was
5  done one day here, the next day it was over here, you
6  know. Or the next day it was over here or over here.
7  It all had to do within this perimeter because that's
8  where we took out all the vines and all the pine
9  trees -- so many pine trees -- especially over here.
10  The damn things all died. It was a sin. I don't know
11  what else.
12       Q. Do you recall what equipment 2nd Nature used
13  to remove vegetation?
14       MR. HAMILTON: Object to form; asked and
15       answered.
16       A. The same thing. Used that one Bobcat with
17  the mixer on it, and then rakes and human labor. And,
18  of course, not to -- I already stated that I used my
19  front end loader to remove debris from the road to a
20  dumpster or a dump truck to take off of the site.
21       (DX Exhibit 52 was marked.)
22  BY MR. ADKINS:
23       Q. I'm showing you a document marked Exhibit
24  DX 52. This is an invoice from 2nd Nature Lawn to
25  Byte Services numbered 5277 --

38 (Pages 146 - 149)

Charles Berlusconi                                                    March 18, 2022

Page 150

1    A. Uh-huh.
2    Q. -- dated May 28, 2020.
3    A. Right.
4    Q. Are you familiar with this invoice?
5    A. Yeah. I know -- the invoice is real, but I'm
6  trying to think -- this is just top soil, so it has to
7  be for around all the trees he planted that he put
8  good top soil around the new plants and the new royal
9  palms and stuff that he planted.
10    Q. Do you know whether any of that top soil was
11 used on the site or at other parts of NeshaFarm?
12    MR. HAMILTON: Object to form.
13    A. Well, it would have to be used wherever he
14 planted. See, Billy -- a lot of this area, even
15 though some of it is so wet and mucky, there's spots
16 that are sandy and stuff like that.
17    I know these two royal palms over at XD --
18 there's two royal palms -- I know he would put good
19 top soil there. He would put it over in XF, where the
20 palm trees were put, and definitely wherever he put an
21 oak tree. But then, again, that's not a lot of top
22 soil right there.
23    Q. That's one cubic yard, based on this invoice;
24 is that right?
25    A. Yeah. That's one bucket of a front-end

Page 151

1  loader. You can do ten trees with that. It's not
2  that much dirt.
3    Q. Do you know how 2nd Nature disbursed this top
4  soil?
5    MR. HAMILTON: Object to form.
6    A. In a Gator. He also has a Gator. He would
7  put it in the back and his men would -- he's got a lot
8  of Guatamalans that work for him and they'd just throw
9  it around.
10 BY MR. ADKINS:
11    Q. Using shovels or something else?
12    A. Yeah. Shovels, hands, whatever works for
13 them. Those guys are amazing, hard workers.
14    Q. So Independent Construction of the Treasure
15 Coast, are you familiar with the work they did on the
16 site?
17    A. Yes. That's John White.
18    Q. Did Independent Construction do any earthwork
19 activity at that site?
20    A. None at all. I'm sorry. The arena -- he had
21 to dig the footer around the perimeter of XD. Yeah,
22 XD is close enough to the arena. He had to dig the
23 footer. But that dirt went inside the arena and then
24 he poured the cement. And any extra dirt that was
25 left in there was taken out by my Gators and brought

Page 152

1  over to my dirt pile that I stockpiled, to put into my
2  horse stalls.
3    So, no, he would have no other reason to do
4  any excavating or anything that has to do with the
5  earth in your DX 40.
6    Q. Did Independent Construction have anything to
7  do with vegetation clearing on the site?
8    A. No.
9    MR. HAMILTON: Object to form.
10 BY MR. ADKINS:
11    Q. What about construction of the road; did
12 Independent Construction have anything to do with
13 construction of the road on the site?
14    A. Not at the time that I worked there.
15    Q. Are you aware of other times that Independent
16 Construction was involved with creating the road on
17 the site?
18    A. Not that I can state. I only heard rumors.
19 I don't speak for other people. I don't know anything
20 else.
21    Q. Do you know of anyone else who would have
22 information about work that Independent Construction
23 performed on the road at the site?
24    A. Other than John White, I wouldn't know. I
25 think John -- the only work -- I think John did, and

Page 153

1  it wasn't on your DX 40. It was over on your DX 60,
2  on the other property where I got in trouble for not
3  getting the pool done. He brought John in to finish
4  it. That's where he did the work there. And he would
5  have had backfill and take dirt, and he poured cement
6  and all that stuff.
7    Q. Are you familiar with a company called
8  Professional Pump?
9    A. Yes.
10    Q. Are you aware of whether Professional Pump
11 provided any parts or services or work at the site?
12    A. We had -- we had some wells drilled, and
13 Professional Pump -- God, I wish I had Emilie with me.
14 I think, towards the end, that company came and
15 repaired some of my sprinkler 5-horse pumps. Because
16 the other -- the guy that dug the well -- it was a
17 couple of good ole boys from Okeechobee -- they dug
18 the well, and they didn't do repairs on pumps.
19    So, if I got my names right, that company --
20 he might've dug one well, but he definitely repaired
21 my pumps.
22    Q. So you said there were two wells dug on the
23 site, is that right, that you're aware of?
24    MR. HAMILTON: Form.
25    A. We're talking about DX 40?

39 (Pages 150 - 153)

Charles Berlusconi                                                              March 18, 2022

Page 154

1  BY MR. ADKINS:
2      Q. Yes, DX 40.
3      A. DX 40, there's one well.
4      Q. Are you able to identify the location of the
5  well on DX 40?
6      A. What letter are we up to?
7      Q. We're up to J.
8      A. JX, there's a well there.
9      Q. So you drew an X and a J with a circle around
10 it on the eastern side of the site?
11     A. Yeah. That's the well that gives me water
12 for my trees I was planting, water for the horses, and
13 back at my supply house. It was my supply house.
14 Yeah, that's the pump right there.
15     Q. Are there any other wells --
16     A. Now -- go ahead.
17     Q. Are there any wells outside of the site that
18 are used to bring water to this site?
19         MR. HAMILTON: Object to form.
20     A. No.
21 BY MR. ADKINS:
22     Q. How about irrigation systems; are you aware
23 of any irrigation systems on the site?
24     A. Okay. Let me think here, because that was
25 one of me and Mr. Sharfi's biggest arguments, was

Page 155

1  irrigation. I know I did this irrigation. I did that
2  irrigation. No, there's no irrigation out there. No.
3  You know why -- I know there ain't.
4         Because I actually met the man through Billy,
5  2nd Nature. This gentleman makes a pump. He has a
6  pump, and it's like a whirlybird that -- it's like
7  a -- I don't know if you guys ever bought a sprinkler
8  for your house, a little one that goes
9  "te-te-te-te-te." Right? This one goes
10 "DU-DU-DU-DU-DU," like a Tommy gun. It would go
11 50 feet. So we would put that out there and water the
12 grass and water the trees with that.
13        So, yes, there was no sprinkler out there. I
14 would have to pump that pump and we would have to get
15 that.
16 BY MR. ADKINS:
17     Q. How about drains; are you aware of any drains
18 on the site?
19     A. I had a drain --
20     Q. We're up to K?
21     A. Let's see. Where my compound was where I
22 stored material --
23     Q. That's on the northern border of the site?
24     A. Yeah. Let me see. I'm trying to remember --
25 yeah. No. We there was a pipe that was over here

Page 156

1  when we first got the property, and it went -- when we
2  did the fence, I hit it with the post hole digger. We
3  found the pipe, and it was going over to this guy's
4  property and we took it out. So, no.
5      Q. Okay. So you're saying, when Mr. Sharfi
6  first acquired the property --
7      A. -- right.
8      Q. -- there was a pipe --
9      A. Yeah.
10     Q. -- somewhere in the northern area of site?
11     A. Yeah. There was a pipe that -- I don't know
12 who put it there or what was there. But it could have
13 been -- I don't know what it was.
14     Q. Can you indicate maybe with a line and then a
15 K next to it where the pipe was?
16     A. (Complies.)
17     Q. So you drew a K, an X, and a line on the
18 northern border of the site.
19         Do you know where the pipe was bringing water
20 to and from?
21         MR. HAMILTON: Object to form.
22     A. No.
23 BY MR. ADKINS:
24     Q. Do you know where the pipe began?
25     A. I'm backwards. Sorry. I'm thinking about

Page 157

1  the Chinaman's thing. I'm all backwards right now.
2  See, over here -- see this right here -- this is two
3  brothers -- they're Chinamen -- Chinese -- that's
4  where I found the pipe. It wasn't this property.
5      Q. So don't cross it out. We can set for the
6  record that you were not -- you were mistaken about
7  where you indicated a pipe on K and the X and the
8  line?
9      A. Yeah. It's on the two brothers' --
10     Q. Okay.
11     A. Because there's another canal that goes --
12 what I was telling you before -- right here, this is a
13 canal that goes out to Bessey. If you go out this
14 way, that's this way right here. And then it stops
15 right here with a concrete wall. So nothing can go --
16 when this gets filled up -- this guy -- Ben --
17 Mr. Sharfi was already pissed off that his chemicals
18 that he sprays for all his vegetation, this guy's
19 doing over here, the water would come up on our
20 property and seep in because there was a pipe there.
21 And that's -- sorry about that.
22     Q. So you wrote on DX 60 an area where the
23 canal --
24     A. Yeah. The canal does, like, an L --
25 (whistles) -- way out that way.

40 (Pages 154 - 157)

Charles Berlusconi                                                    March 18, 2022

Page 158

1    Q. Okay. So you drew where the canal runs away
2  from the site, but north of another part of Bessey
3  Creek.
4       Then, on DX 40, you drew an arrow on the
5  bottom --
6    A. Yeah. That's where -- so if you want to --
7  want to label it?
8    Q. No. I don't think we need to label this.
9       Are you aware of any other pipes on the site?
10   A. I don't know if it's still there since I left
11 or whatever, but this used to be -- remember, I said
12 this area flooded a lot? So we put a pipe in from
13 here to here. So, when this would overflow, it would
14 go into this lake and we would alleviate some of the
15 water out of the cow pasture and it would go into
16 there.
17   Q. Was there a drain or a grate of some sort on
18 top? How did it collect water?
19      MR. HAMILTON: Object to form.
20   A. It was a drain box. It was like a grid box.
21 Everything was -- flowed to that section right there.
22 BY MR. ADKINS:
23   Q. So why don't you put an X where the drain box
24 was and an L? Can you draw an arrow indicating the
25 direction of the flow?

Page 159

1    A. Right there.
2    Q. All right. Who installed that drain box?
3    A. The men, employees.
4    Q. Byte Services' employees?
5    A. Uh-huh. It wasn't a big pipe. It was
6  just -- I think, if I remember correctly, a 6-inch
7  pipe or something.
8    Q. And the purpose was to collect water that was
9  accumulating --
10   A. Well, not to collect water --
11      MR. HAMILTON: Object to form.
12   A. -- to reject water, to take it out of the
13 cows' area. Like I said, this area always got very
14 wet. And this water, when it filled up in here, it
15 would drain until it leveled out, and it would go into
16 that lake, which was collecting water from everywhere
17 else that was flooding when it rained.
18 BY MR. ADKINS:
19   Q. That lake is where the end of your arrow is
20 on DX 40?
21   A. Yeah. That's a lake right there.
22   Q. Any other pipes on the site that you're aware
23 of?
24   A. No.
25   Q. How about drains; any other drains that

Page 160

1  you're aware of on the site?
2    A. Not on this site. Plenty of drains on the
3  other site, on DX 60.
4    Q. Why don't you describe some of the drains on
5  DX 60? Are there any -- well, why don't you tell me
6  where they are? How about that?
7    A. Remember when I spoke about the main property
8  and the soccer field? The soccer field has always
9  been below grade, always. It was always low. So we
10 installed a couple of drains along the roadway.
11 Actually, it would be right here.
12      MR. HAMILTON: This has nothing to do
13   with the site, though; right?
14      MR. ADKINS: We're off the site. I
15   wouldn't say that it has nothing to do with
16   the site, but the location appears to be
17   outside of the site.
18      MR. HAMILTON: I'll object to relevance,
19   because he's talking about another parcel
20   other than the site that's outside the scope
21   of this lawsuit.
22      THE WITNESS: Just so you know, too --
23   the drains are here -- right -- and it drains
24   into Mr. Sharfi's own canal. It would take
25   the water off the soccer field and go into

Page 161

1  the lake that was that size from the day we
2  bought the property.
3  BY MR. ADKINS:
4    Q. So you drew three dots and an arrow to a --
5       (Overspeaking.)
6       THE REPORTER: Hang on, hang on. I can
7    only take one at a time.
8    Q. You drew three dots and an arrow to a pond in
9  DX 60; is that right?
10   A. Yes.
11   Q. And that's the location of three drains that
12 lead to that pond; is that right?
13   A. Yep.
14   Q. Any other drains in that area that you're
15 aware of?
16      MR. HAMILTON: Object to form.
17   A. Not in that area, no. Everything else gets
18 washed here. No, that's it.
19      (DX Exhibit 55 was marked.)
20 BY MR. ADKINS:
21   Q. I'm going to show you an exhibit marked
22 DX 55. This is an invoice from Professional Pump
23 Corporation, numbered 1290986, and Bates-stamped
24 Professional Pump 101 through 102.
25      Do you recognize this document?

41 (Pages 158 - 161)

Charles Berlusconi                                                    March 18, 2022

Page 162

1    A. I don't recall it exactly. We bought
2 numerous sprinkler supplies from this company.
3 They're, like, sprinkler/plumbing. So we bought our
4 sprinkler pumps from them, I bought sprinkler pipe
5 from them, I bought the drain boxes from them, I
6 bought the big pipe from them. Yeah, it's a...
7 BY MR. ADKINS:
8    Q. Can you go to page 102? It says, "Shipment
9 accepted by, picked up by Charles Berlusconi."
10    MR. HAMILTON: I'm going to make an
11    objection. It's to another address that's
12    not the site. I don't see any reference to
13    the site on here, or even NeshaFarm for that
14    matter. I'm going to put that on the record.
15 BY MR. ADKINS:
16    Q. Do you see where it says, "Picked up by
17 Charles Berlusconi"?
18    A. Uh-huh.
19    Q. Did you often pick up parts from this
20 company?
21    A. Yeah, if I was in the area coming back from
22 West Palm. This place is right around the corner from
23 the farm, so I would stop there and pick it up and
24 gave my driver -- that was my delivery driver -- if he
25 wasn't in the area.

Page 163

1    Q. How frequently would you pick up parts in
2 person?
3    A. It all depends. It could be once a week,
4 once a month. It all depended.
5    Q. So let's look at the items here. Fourth from
6 the top, it says "SNF-L jet pump, 1.5 HP."
7    A. Yep.
8    Q. Below, it has more numbers and letters and
9 then "shallow well pump."
10    Do you see that?
11    A. Uh-huh.
12    Q. The price of $495?
13    A. Yeah.
14    Q. Do you know what that is?
15    MR. HAMILTON: Object to form.
16    A. Yeah.
17 BY MR. ADKINS:
18    Q. What is that?
19    A. That's my 5-horse sprinkler pump that's in --
20 where is my other paper? There it is. It's in this
21 off-site -- it's off of DX 40 in that pump house right
22 there.
23    Q. Okay. So there's a pump house outside of the
24 site. Do you want to put an X there? And we're up to
25 M.

Page 164

1    A. (Complies.)
2    Q. So you drew an X and an M and an arrow to a
3 pump house on DX 40; is that right?
4    A. Yes.
5    A couple of statements back, when you asked
6 me about that pump company -- the well company -- I
7 told you that we had 5-horse pumps that pumped up --
8 and that guy repaired them. We found them -- Emilie
9 found them after these guys. Because I said, "I keep
10 buying these pumps at $500, when this guy can repair
11 it for 200." So that's what that is.
12    Q. This pump house, what does it do?
13    A. Sprinklers --
14    MR. HAMILTON: Object to form.
15    A. It's sprinklers outside of DX 40. It's the
16 sprinklers for DX 60.
17 BY MR. ADKINS:
18    Q. For other parts of NeshaFarm?
19    A. Yes.
20    Q. Okay. From where does it pump water?
21    A. There's a well there.
22    Q. There's a well at M?
23    A. At M.
24    Q. On DX 40?
25    A. It's outside of DX 40.

Page 165

1    Q. So it's outside of the site, but you've
2 indicated it as M on DX 40; is that accurate?
3    A. Yes, yes.
4    MR. HAMILTON: You said M as in Mike?
5    THE WITNESS: M as in Mike, yeah.
6 BY MR. ADKINS:
7    Q. What do you know about that well?
8    MR. HAMILTON: Object to form.
9    A. As far as?
10 BY MR. ADKINS:
11    Q. Do you know how deep it is?
12    MR. HAMILTON: Object to form.
13    A. There would be records of it. I know
14 Emilie -- it all depended on the type of well. If you
15 understand wells, it will go as deep as they'll let
16 them get into the core where the good water is. That
17 well could be 25 feet, it could be 125 feet. If they
18 can't break through the coral base and get down to the
19 minerals and the water, then it could be as deep -- I
20 don't --
21 BY MR. ADKINS:
22    Q. But you don't know how deep it is?
23    A. No. If someone looked up that pump that was
24 paid for, the guy might have wrote it on an invoice.
25    Q. Are there any other wells on the property

42 (Pages 162 - 165)

Charles Berlusconi                                                    March 18, 2022

Page 166

1    adjacent and south to the site that you're aware of?
2         MR. HAMILTON:  I'm going to object to
3    form on relevance, Brandon.  We're getting
4    far field.  There's no allegations in the
5    government's amended complaint about any
6    other parcels.  It's just the site.
7    BY MR. ADKINS:
8         Q.  You can answer.
9         A.  Yeah, there's more pumps.  I mean, it's a big
10   property.
11        Q.  On the property due south of the site, are
12   there any wells that you're aware of?
13        A.  Due south?  So we're coming this way; right?
14        Q.  Yes.
15        A.  Where the hell is -- I want to get this
16   right.  There's a pump right here.
17        Q.  Is that a pump or a well?
18        A.  It's a well.  You have to have a pump to suck
19   the water out of the well.  Like, you've got a straw,
20   you want to get your water.
21        Q.  So you've drawn a dot on DX 60.  Do you want
22   to put an X -- and why don't we  use an N so we can
23   continue the lettering?
24        A.  (Complies.)
25        Q.  All right.

Page 167

1         A.  And that -- and the reason that was put in --
2    for sprinklers here, plus we have -- there it is right
3    there -- that's a mobile home.  That's where Angie and
4    Shorty lived.  So we had to have the well and a pump
5    to give them water to take showers and baths.  And
6    then I also did it for sprinklers and water for the --
7    over here, there's like six cages where the alpacas
8    stay.  That's one there.  If you come over here, that
9    used to be my -- that used to be my road house.
10        There's another pump right here.
11        Q.  Do an X, and let's skip O and go right to P,
12   so it's not confusing.
13        A.  Do what -- a P?
14        Q.  Yeah, P.  We're going to skip O so it's not
15   two circles.
16        A.  So there's a pump there, which now feeds the
17   pump.  And the well feeds -- there's another horse
18   barn right here -- right there -- that green building.
19   It gives water to that horse barn and irrigation.
20        Q.  Any others you recall?
21        A.  And then the last one is -- where the hell --
22   right behind -- right near Ben's house, right there.
23        Where did we leave off at?
24        Q.  We're on Q.
25        A.  Q.

Page 168

1         Q.  Okay.
2         A.  All right.  That feeds Ben's house and the
3    irrigation around the soccer field and stuff.
4         Q.  That's a well at Q?
5         A.  Yeah.  Every well has to have a pump to pump
6    the water.  And then, in two cases, it feeds houses,
7    to give water to bathe.  And, in all the cases, it
8    helps with the sprinklers.
9         Q.  For all of these wells, you're not aware of
10   the depth?
11        A.  No.  They had to be at least -- I don't want
12   to speculate, because they could go anywhere, like I
13   told you, from 25 feet to 125 feet.
14        Q.  Are you aware of anything else on the site --
15   so back to DX 40 -- that would carry water from one
16   area to another that we haven't discussed yet, either
17   above ground or below ground?
18        A.  No, not that I know of.
19        (DX Exhibit 56 was marked.)
20   BY MR. ADKINS:
21        Q.  I'm going to show you a document marked
22   DX 56.  This is an email from Emilie Kirkpatrick to
23   you, dated July 26, 2019, Bates-stamped Byte 36
24   through 37.
25        First, do you recognize this email?

Page 169

1         A.  Yeah, I mean, it's one of many that I've
2    gotten from Absolute.  They serviced our water and
3    pumps and stuff.
4         Q.  And Emilie wrote, "For new well on back 10
5    acres."
6         Do you know what area she was referring to?
7         A.  That well right -- what the hell number is
8    it?  J -- XJ in DX 40 -- that's the pump right there.
9         Q.  That's on the site; right?
10        A.  On the site, DX 40.
11        Q.  Did Absolute Water Service -- what was
12   your -- what work did they perform on the well?
13        A.  They drilled it and -- they drilled it and
14   capped it, and then my guys come along and put the
15   pump in.
16        Q.  Was there any particular person you were in
17   contact with from Absolute Water Service?
18        A.  No.  That was Emilie.  She did all that for
19   me.  She had a great personality, and she was able to
20   talk to the guys.  I kind of got annoyed if I didn't
21   get the answer I wanted right away.
22        Q.  Does Emilie still work at Byte Services, as
23   far as you know?
24        A.  No, she doesn't.  She resigned because she's
25   moving up to Tennessee.

43 (Pages 166 - 169)

Charles Berlusconi                                          March 18, 2022

Page 170

1    Q. Has she moved yet?
2    A. What are we in -- March what -- 10, 15?
3    Q. 18.
4    A. She might have left. I think she was saying
5    she had to leave by Friday of last week. I might have
6    the weeks mixed up.
7    Q. Do you know where in Tennessee she's moving
8    to?
9    A. A place that I would love to be. I don't
10   know the name of the town. It's a small town.
11   Q. What do you know about a company called TAS
12   Landscaping Services?
13   A. That's Tom.
14   Q. Did they perform any work at the site?
15   A. Yes. Tom was, like, my
16   sprinkler/gardener/tree man. He used to have a
17   company years ago that did a lot of tree trimming on
18   oaks and stuff like that. Him and his partner split
19   ways. I met Tom through a friend. And so I hired him
20   as a subcontractor, sort of, and he would do any
21   irrigation I needed. He would hook these pumps up
22   that I just mentioned, because Tom had knowledge in
23   sprinklers and plumbing.
24       And he used to cut all the grass on all three
25   properties. I gave him that contract to cut the

Page 171

1    grass, because that's another thing that he used -- he
2    had, like, a lawn service. Billy was too expensive,
3    so I gave it to Tom. And he would actually take two
4    of the guys that worked for us that didn't make a lot
5    of money and used them on Saturday, to help cut the
6    grass and pay them to help out. We were all kind of a
7    close little family and everybody kind of took care of
8    themselves -- each other.
9    Q. Is the Tom you're referring to Tom Shivers?
10   A. Yes.
11   Q. Who is Jermahn Williams?
12   A. Who?
13   Q. Jermahn Williams?
14   A. Jermahn Williams.
15   Q. Jermahn Williams?
16   A. Yeah.
17   Q. Are you familiar with that name?
18   A. Yeah. He was one of -- like I spoke
19   before -- some people didn't cut it. He was a -- how
20   can I say it? He's a hoodlum.
21   Q. Was he associated with TAS?
22   A. He worked for Tom on and off, and I had run
23   into him -- five minutes -- I'm pretty sure I fired
24   him or I just threw him off the farm because it got
25   escalated. He was trouble. He bugged me.

Page 172

1    Q. Did he ever work directly for Byte Services?
2    A. No.
3    Q. So he was a subcontractor?
4    A. Yeah. He worked under Tom. How Tom paid him
5    was his business.
6    Q. Let's go back to DX 48.
7    A. The one with all the black in it. There we
8    go.
9    Q. Okay. If you could turn to page 7? So this
10   page says, "BSI, independent contractor. Contractor
11   Jermahn Williams."
12       Are you familiar with this document?
13   A. Yeah.
14   Q. What is this?
15   A. Okay. Four or five guys worked under Tom,
16   and Tom would pay them. He would submit a bill to
17   Byte Services for his work, through his company, and
18   then he would pay the guys.
19       So Emilie came up with this timesheet. We
20   had one similar that was Byte Services. But this one
21   was Byte Services, independent contractor. That means
22   they were paid cash from Tom or whatever. They had to
23   pay their own taxes. They were independent
24   contractors. So there were several guys like this.
25   There was more than just him. I don't know why you

Page 173

1    just got him. But that's what he -- he worked with
2    Tom.
3    Q. When you say there were more guys like him,
4    were there others that worked on the site like
5    Jermahn?
6    A. Well, yeah, that worked with Tom. There were
7    probably three other guys that Tom would use and work
8    on the site, whether they were doing sprinklers, the
9    pump. And then Tom would send me an invoice, and he
10   would say, "Jermahn, Peter" -- or what was the other
11   kid's name -- Sammy -- not Sammy -- anyway, another
12   kid. He would say, "Okay. He worked 30 hours, $300."
13       Then Tom would give me his timesheet and then
14   I'd cut Tom a check for paying -- to pay Tom's TSA
15   company -- and he would pay the guys.
16       It was too much to have all these people
17   working on the farm because, at that point in time, we
18   didn't have workman's comp, and Tom did. He had a
19   company. So they worked under him as a subcontractor.
20   So they were responsible for their own insurance,
21   their own taxes, and everything. It made it easier on
22   everybody. We didn't have to get workers' comp yet.
23       But then, once we got the building built and
24   we started getting more employees under my BSI, we had
25   to get -- we were over the limit or whatever. HR told

44 (Pages 170 - 173)

Charles Berlusconi                                                March 18, 2022

Page 174

1 us we had to get workman's comp and all that stuff.
2        That's more than I understand. She said,
3 "You can't keep doing that. We have to get the guys
4 on the payroll," so...
5        Q. At the top of this document, it says, "Tues,
6 help clear off the new 10 acres."
7        Is that referring to the site?
8        A. Yeah, probably.
9        MR. HAMILTON: Object to form.
10        A. That's Tuesday.
11 BY MR. ADKINS:
12        Q. Tuesday?
13        A. Yeah.
14        Q. Then cutting vines, trees --
15        A. Right. So at that given day or given week or
16 whatever, I probably told Tom to help Billy pull out
17 some vines and get it -- move it faster. Ben said it
18 wasn't moving fast enough. I said, "Well, let me put
19 some of my boys on it," and that's what that is.
20 BY MR. ADKINS:
21        Q. Did Mr. Williams or anyone else contracting
22 with TAS use any kind of equipment to remove
23 vegetation?
24        MR. HAMILTON: Object to form.
25        A. No. Nobody that -- those young guys that

Page 175

1 worked with Tom. Tom is an experienced operator on
2 any piece of equipment. So if he had to use the
3 backhoe to pick up debris and take it to the dumpster,
4 he would. He knows, you know, once again, not to
5 drive through the mud and all that crap. Tom drove
6 all the lawnmowers. He drove the Bobcat -- not the
7 Bobcat -- the Gators. To your -- no.
8 BY MR. ADKINS:
9        Q. The next line says, "Also tamp the dirt in
10 front of the road house."
11        Is that on the site or is --
12        A. No, no. That's on my -- used to -- when we
13 bought the property --
14        Q. I'm sorry. Is your answer, it's somewhere
15 else?
16        A. Yeah. My answer is, somewhere else.
17        Q. How about "laid sod"? Did that happen on the
18 site or somewhere else?
19        MR. HAMILTON: Object to form.
20        A. Sod, sod, sod? That could be -- it could be
21 on -- it could be on the site or, most likely,
22 somewhere else.
23 BY MR. ADKINS:
24        Q. If you go to the bottom of this document, it
25 says, "Wed" -- presumably, Wednesday -- "dug the hole

Page 176

1 for Tito on the outside of the new pump house."
2        A. Yeah.
3        Q. Do you know where the new pump house was?
4        A. I'm going to go back to the site, DX 60 --
5 I'm sorry -- DX 45?
6        Q. It's 40.
7        A. All right. On DX 40, that pump -- I had
8 electric coming this way. Tito is my electrician. So
9 that laborer dug the trench so Tito could put the
10 electric in to feed the pump.
11        Q. Okay. So this is referring to work to --
12        A. To feed the -- to feed that well, yeah --
13        Q. Okay. One second. This is referring to work
14 done to bring electricity to the pump at J on DX 40;
15 is that right?
16        MR. HAMILTON: Object to form.
17        A. Yes.
18 BY MR. ADKINS:
19        Q. Was there any sod in that area at that time?
20 This is July 2017.
21        A. No. That next day was on a different site.
22 There's no sod in the DX 40 area. There is now, but
23 it wasn't when we did it.
24        Q. Okay. Let's flip over to page 23.
25        A. What is it?

Page 177

1        Q. 23 of the same document.
2        A. Okay.
3        Q. So are you familiar with this document?
4        A. Yes. It's in the same -- one of those
5 timesheets.
6        Q. Okay. This is another timesheet for Jermahn
7 Williams --
8        A. Jermahn to give to TSA.
9        Q. Okay. And it's dated August 4, 2017; is that
10 right?
11        A. Uh-huh, yes.
12        Q. At the top, it says "Mon" --
13        A. Monday.
14        Q. -- "Monday, cleared the pipes and checked the
15 valve. Tropical storm day."
16        What is that referring to?
17        MR. HAMILTON: Object to form.
18        A. Apparently, that's when we had that tropical
19 storm, and all the pump houses that we have the pumps
20 and the wells in, they get flooded from the rain and
21 everything. You have to go in there and clean them
22 out and check the valves and just do a maintenance.
23 And then -- go ahead.
24 BY MR. ADKINS:
25        Q. What do you mean, cleaning them out? I'm not

45 (Pages 174 - 177)

Charles Berlusconi                                                    March 18, 2022

Page 178

1    so familiar with wells --
2        A.  No -- you build a -- we didn't build it out
3    of concrete block.  It was just telephone poles with
4    some wood siding and a tin roof.  So, when it rains,
5    it really gets wet in there.  It floods.  So you gotta
6    go in there and dig out the solenoids that turn the
7    sprinklers on.  They're down in the ground.  They'll
8    get all muddy and everything.
9        If you don't clean them up, that little valve
10   on the top won't turn electronically by the time
11   clock.  So you're doing a maintenance -- it's
12   preventative maintenance -- after all the rain.  Even
13   if it don't rain, they gotta go do that once a month.
14   Animals go in there.  There's so much maintenance --
15   it's amazing -- to keep up with this.
16       Q.  On the bottom of this timesheet, it says,
17   "Clearing the 10 acres, clearing the fence line, and
18   pulling vines."
19       What was this work for?
20       A.  That's in your DX 40.  This fence line right
21   here, where we put the fence up, there was -- mainly
22   in this front area and over here -- the homeowner that
23   lived over here, they were very pleased with the fence
24   and they just asked if we can clean up the rest of the
25   vines in the trees.  So I put Jermahn on it and made

Page 179

1    him clean it up.  That was done as a "be a nice
2    neighbor" thing.
3        Q.  That's along the eastern boundary of the
4    site?
5        A.  Yeah.
6        Q.  Okay.  Go to page 12, please.  This is a
7    document.  It says, "AWB Trucking."  It looks like a
8    bill with the number 229229 to Byte Services.
9        Are you familiar with this document?
10       A.  Yes.
11       Q.  What is this?
12       A.  That is a load of fill -- a little better
13   than normal dirt -- that was dropped behind the
14   greenhouse for Moe to use in his plants and
15   everything, for planting and stuff.
16       Q.  The greenhouse being somewhere else on
17   NeshaFarm?
18       A.  Yes.  It's off of DX 40 and it's on DX 60
19   adjacent to my new storage building.
20       Q.  Let's go to page 9.
21       A.  Uh-huh.
22       Q.  This is another bill from AWB Trucking, dated
23   March 2, 2018.
24       A.  Uh-huh.
25       Q.  Are you familiar with this document?

Page 180

1        A.  Uh-huh.
2        Q.  What is this bill for?
3        A.  Okay.  The first part is -- I don't know if
4    you guys ever heard of pervious concrete.  It's a
5    concrete that, it lets water drain through.  It
6    doesn't hold water.  A lot of Walgreens and Publixes
7    use it.  And we met this guy that does this for a
8    living.
9        Nowhere on DX 40 we used it.  But on DX 60,
10   where we poured a driveway and so forth, we would have
11   to put what they call 57 rock -- they're drainage
12   rocks -- they're anywhere from a marshmallow to a
13   marble.  You dig an 8-inch hole, grade it, you put the
14   57 rock down.  First you put felt.  Then you put the
15   57 rock.  Then the guy comes in -- Rob -- it was Rob &
16   Sons -- they come in and they pour the concrete, which
17   is pervious.
18       It pours just like concrete, but it looks
19   like grated cheese.  It's got all little holes in it.
20   And water literally drains through it, into the earth,
21   and it don't leave puddles.
22       So that's half the invoice.  The other --
23       Q.  By half the invoice, you mean, "Quantity 6,
24   57 rock," is that right?
25       A.  Yeah.  That has off -- that's not on DX 40.

Page 181

1        Q.  Okay.  And how about road base?
2        A.  Yeah.  That's just one of the loads that he
3    brought -- remember when I was telling you that the
4    dump truck guy brings a load of road rock and dumps
5    it?  Tony happened to be available and he brought me a
6    load of rock.
7        Q.  And is this your signature?
8        A.  Yeah.
9        Q.  Were you approving this bill by signing it?
10       A.  Yes.
11       Q.  AWB Trucking, you said they dumped road base.
12       Who were you in contact with at AWB Trucking?
13       A.  The owner of the dump truck.
14       Q.  Do you recall the name of the owner?
15       A.  Tony Brown.
16       Q.  How frequently have you been in contact with
17   Mr. Brown?
18       A.  You mean now or back then?
19       Q.  Back then.
20       A.  Whenever -- let's see.  He would bring --
21   just to give you a background of what Tony -- he'll
22   bring anything in his dump truck.  He'll take debris
23   off.  He was one of the trucks that used to take
24   debris out of there.  He's the one that brought me the
25   red clay.  He drove all the way up to northern Florida

46 (Pages 178 - 181)

Charles Berlusconi                                            March 18, 2022

Page 182

1    to get it.  He would bring me the 57 rock, which we
2    used a lot of.  He would bring me road base when we
3    needed it.  He would bring me this pile of dirt when I
4    needed it.
5         What else did he do?  He's just a dump truck
6    driver that's for hire.  It's his company.  He can
7    bring you whatever you want.  I mean, did I talk to
8    him a lot?  On occasion, because, like I said, it took
9    numerous trucks to bring that in.  This was, like,
10   every couple of weeks or -- give or take.
11        Off of the DX 40 property, on the DX 60
12   property, he had to bring me some fill for that soccer
13   field, so he brought that in.
14        Oh, the road house that I called -- it was
15   the old house that was there -- not the one Ben
16   remodeled -- but it was an old house.  I converted it,
17   when we first took the property, into a lunch house.
18   All the men went there and ate lunch.  Then it got --
19   it was pretty rickety, so we knocked it down.  Tony
20   took all that house debris out of there, and then
21   brought me a little fill to fill the empty hole where
22   we knocked the house down.
23        Q.  Are there any other companies that provided
24   dump truck services for work being conducted at the
25   site?

Page 183

1        A.  No.  Just -- Tony was one and then you got
2    your stuff on Eddie Huggins.
3        Q.  So other than Eddie Huggins and --
4        A.  Yeah -- because I --
5        Q.  Just one second.  Other than Eddie Huggins
6    and AWB Trucking, were there any other companies that
7    performed dump truck services for work being performed
8    at the site?
9        MR. HAMILTON:  Objection; asked and
10       answered.
11       A.  I'm going to say, not to my knowledge,
12   because I didn't -- I didn't want to bring in so many
13   different vendors, you know.  It got complicated in
14   billing and all that, and who did what, who did what.
15       So I -- one thing that I am, I'm loyal to
16   contractors that do me right or do the company I work
17   for right.  If you're honest, then we're going to give
18   you more work.  If you're a dirtbag and you just want
19   to gouge me, you'll never hear from us again, or hear
20   from me again.
21       Q.  Are you familiar with the company, Palm City
22   Landscape & Irrigation?
23       A.  Palm City?  That's got to be one of the other
24   well guys.  The "Landscape" is throwing me off, but --
25       Q.  How about Palm City Sod?

Page 184

1        A.  Oh, oh, yeah.  All right.  That's better.
2    Yeah.  That's Palm City Sod.  They're right down the
3    street.
4        Q.  Did Palm City Sod perform any work at the
5    site?
6        A.  Supplied me with sod.
7        Q.  About when did Palm City Sod supply you with
8    sod?
9        A.  Oh, ongoing.  Sod dies.  Despite what Angie,
10   the animal keeper -- would fight with Ben.  He wants
11   the horses running and he wants the cows running.
12   Well, what do they do?  They graze, and all they do is
13   eat grass all day long.  So if you put them in this
14   section, they tear up all the grass.  Okay?  Billy,
15   bring me some more grass.  You're sodding all the
16   time.
17       I mean, off of DX 40 and go to DX 60, that
18   soccer field --
19       Q.  I'm only asking about the site.  You can
20   continue your answer.
21       A.  No.
22       Q.  Okay.  Are you able to indicate where on
23   DX 40 you placed sod?
24       A.  In this area here --
25       Q.  Can you put some Xs -- and I think we are --

Page 185

1    let me just be sure here before we --
2        MR. HAMILTON:  Do you want him to do a
3        different shape, since he's going to be
4        putting multiple ones, just to give you --
5        MR. ADKINS:  I think that's a good idea.
6    BY MR. ADKINS:
7        Q.  Do you want to do a couple squares where you
8    placed sod on the site?
9        A.  (Complies.)
10       Q.  Okay.  I see you placed three squares on
11   DX 40 in, generally, the western side of the site.
12       Now, are those squares the precise areas of
13   where you placed sod or are they more of a general
14   indication?
15       A.  It's a general, because -- I mean, if you
16   want me to outline it all, this is all -- this is all
17   grass right here.  At least, it was when I left.  Over
18   here, there's more grass in here.
19       Q.  So you put a fourth square in the northwest
20   corner?
21       A.  XP, yeah.
22       Q.  Any other areas on the site where you recall
23   laying sod?
24       A.  Over in XD, in front of the new building, to
25   make it look good.

Charles Berlusconi                                           March 18, 2022

Page 186

1      Q. So you put a fifth square in the northeast
2  corner?
3      A. Yeah.
4      Q. Any other areas where you recall laying sod?
5      A. No. It's a pretty big area.
6      Q. Do you know from where the sod was harvested?
7         MR. HAMILTON: Object to form.
8      A. In a sod field.
9  BY MR. ADKINS:
10      Q. Do you know where that sod field was?
11      A. It's somewhere out west. I'm going to take a
12  guess that it's somewhere in the Belle Glade area
13  or -- somewhere out there in Belle Glade or Plant
14  City, out there where the good muck is.
15      Q. Did you do any work to prepare the surface
16  before laying the sod?
17         MR. HAMILTON: Object to form.
18      A. Only if there was traffic from a Gator or
19  golf cart that made tiny, little ruts. We would go
20  out there with the laborers, with rakes, and rake it
21  as flat as you can get it. Otherwise, sod gets all
22  lumpy and then now you've got lumpy sod. It's just
23  like a lumpy road. Sod should be, like, a mirror --
24  nice and flat.
25  BY MR. ADKINS:

Page 187

1      Q. Are you familiar with an environmental
2  consultant by the name of Danna Small?
3      A. I've heard of her. Is it a she or a me --
4  she or a man?
5      Q. It's a she.
6      A. I think I heard the name.
7      Q. Have you ever met Ms. Small?
8      A. At this point, I can't say yes or no, because
9  the name doesn't really -- I don't want to be a -- I
10  would only recognize her if I could remember what she
11  looked like. You know what I mean?
12      Q. You don't recall any conversations with
13  Ms. Small?
14      A. Not right now, unless you got something to
15  refresh my memory. Then I could help you out.
16      Q. What about a company called Karner Surveying;
17  have you ever heard of a company called Karner
18  Surveying?
19      A. I've heard of them. There's been surveyors
20  out on the property. I just don't remember which ones
21  they were. Once again, Emilie would know -- if we
22  called them, then Emilie would know who they were. If
23  someone else called them, then I wouldn't know.
24      Q. Are you aware of any surveys being done on
25  the site?

Page 188

1         MR. HAMILTON: Object to form.
2      A. I don't know if they were surveys or what,
3  but the only strangers that I've seen out there was
4  the time when -- I believe it was Martin County or the
5  Army Corps came out and flagged wetlands, like I told
6  you. That's the only strangers that I've seen other
7  than people that belong there. And who they were, I'm
8  not sure. If they introduced themselves, it didn't
9  mean that much to me to remember.
10  BY MR. ADKINS:
11      Q. When did you first become aware that work
12  being conducted on alleged wetlands on the site could
13  be a problem?
14         MR. HAMILTON: Object to form.
15      A. I'm going to speculate and say --
16         MR. HAMILTON: Don't speculate.
17         MR. ADKINS: I'm sorry. He can answer
18      the question.
19         MR. HAMILTON: I'm just saying, you
20      shouldn't speculate.
21         THE WITNESS: Oh, okay. I'll say -- I
22      got curious when I seen people putting flags
23      everywhere and marking stuff up. Like I told
24      you, it's way before. I didn't know where
25      the wetlands were, didn't know what they

Page 189

1      looked like. It was all a learning process
2      on, this is a wetland, this is a preserve. I
3      couldn't give you a good answer on that.
4  BY MR. ADKINS:
5      Q. When you became curious about that, what did
6      you do?
7         MR. HAMILTON: Object to form.
8      A. Nothing. I stayed out of it, like I was
9  told. And, like I told you before, I didn't give a
10  shit about it then. I don't give a shit now.
11  BY MR. ADKINS:
12      Q. Do you recall members from the Water
13  Management District, the South Florida Water
14  Management District, visiting the site in April 2018?
15         MR. HAMILTON: Object to form.
16      A. Yep. They drove around with Kevin and I
17  wasn't -- I was present for a little bit -- then they
18  drove around -- whatever they talked about.
19  BY MR. ADKINS:
20      Q. Did you have any conversations with any of
21  the representatives from the Water Management
22  District?
23      A. If I did, it was just them asking me where
24  this was or what was something. Nothing relevant that
25  I can remember.

48 (Pages 186 - 189)

Charles Berlusconi                                          March 18, 2022

Page 190

1    Q.  Do you remember whether there were any
2  activities occurring at the site at that time?
3      MR. HAMILTON:  Object to form.
4    A.  The only thing I was told by Kevin to do was,
5  remove the animals in the area they were going to go
6  ride around in, because they didn't want the horses or
7  the cows to come running up on them -- or the emus or
8  whatever.  So, no.  Other than that, I don't know.
9  BY MR. ADKINS:
10     Q.  Did you receive any instructions from anyone
11  else about what to do that day?
12     A.  No.
13     (DX Exhibit 57 was marked.)
14  BY MR. ADKINS:
15     Q.  I'm going to show you a document marked
16  DX 57.  It's labeled, "South Florida Water Management
17  District, Environmental Resource Compliance Bureau,
18  Supporting Photo Exhibit, UCSCE14 through 29."
19     So take a look at the first page.  There's a
20  photograph.
21     Now, are you able to recognize what this is a
22  photograph of?
23     A.  Not really.  It doesn't show me anything I
24  can pinpoint -- a fence or nothing.
25     Q.  How about that machine that looks like a

Page 191

1  bulldozer, is that familiar to you at all?
2      MR. HAMILTON:  Object to form.
3    A.  I mean, it's a bulldozer, but it doesn't...
4  BY MR. ADKINS:
5    Q.  Not familiar?
6    A.  Uh-uh.
7    Q.  How about on page 15 --
8    A.  Uh-huh.
9    Q.  -- do you recognize this photograph as
10  anything familiar to you?
11     A.  Like I said, it's an open field.  I don't see
12  no -- anything I can pinpoint.  There's no buildings,
13  no fence.  Looks like an open field.
14     Q.  How about the machine in the top left corner?
15     A.  I see that.
16     Q.  Do you recognize that machine?
17     A.  It looks like a backhoe.
18     Q.  Have you ever seen a backhoe on the site?
19     A.  In the beginning, when we first bought the
20  properties, we used one to knock down the Australian
21  pines.
22     Q.  Turn to page 17.
23     A.  Uh-huh.
24     Q.  How about this -- anything in this picture
25  look familiar to you?

Page 192

1    A.  That's some -- what do you call it -- 6 or
2  8-inch piping I was telling you about.
3    Q.  Okay.  So you recognize the piping in this
4  picture?
5    A.  Yeah.  Well, I mean, I know what it is.  It's
6  6-inch piping.
7    Q.  If we could go back to DX 40, so I can be
8  clear here?  Is this the piping that was installed
9  where you indicated L on DX 40?
10     MR. HAMILTON:  Object to form.
11     A.  That would be part -- a piece of it -- yeah.
12  But I used a lot of that type of pipe out here and
13  over at the other site.
14  BY MR. ADKINS:
15     Q.  This is somewhere else outside of the site?
16     A.  Yeah.  Outside of the DX 40, I had to use it
17  on the soccer field, where I put those dots.  All that
18  is that type of pipe.
19     Q.  So back to page 17.  Do you recognize the
20  bulldozer that appears in the top left portion of this
21  picture?
22     A.  Uh-huh.
23     Q.  You do?
24     A.  I don't recognize it.  I recognize it's a
25  bulldozer.

Page 193

1    Q.  Okay.  You see it, but it's not familiar to
2  you?
3    A.  No.  It looks like every bulldozer.  It's a
4  Cat.
5    Q.  How about the next page, USACE18?
6    A.  That looks like the same machine that was in
7  the other picture.
8    Q.  In this area that's depicted, that doesn't
9  look familiar to you?
10     A.  I mean, you could guess, you know.  It's an
11  open field where there's a shitload of water and mud,
12  but I can't tell you which one it is.
13     Q.  Did the site ever reflect conditions that you
14  see in this photograph?
15     MR. HAMILTON:  Object to form.
16     A.  Not bad like that.
17  BY MR. ADKINS:
18     Q.  Bad in -- how do you mean?
19     A.  Well, this is -- this is some serious muck
20  right here.  But when I was talking about muck, it
21  wouldn't be as bad as that over in the DX 40 area
22  where I told you it got muddy.
23     Q.  Turn to page 19.  How about this; does this
24  photograph reflect anything that's familiar to you?
25     A.  I mean, this looks like all the woods out

49 (Pages 190 - 193)

Charles Berlusconi                                                            March 18, 2022

Page 194

1  there in Palm City.
2      Q.  So, no?
3      A.  No.
4         THE VIDEOGRAPHER:  (Inaudible.)
5      MR. ADKINS:  We can take a quick break if
6  you want to flip.  Thank you.
7         THE VIDEOGRAPHER:  Going off record at
8  1:58.
9         (Brief recess.)
10        THE VIDEOGRAPHER:  Back on the record at
11  2:15 p.m.
12 BY MR. ADKINS:
13     Q.  Let's dive back into this document.  We're
14 looking at USACE20.  And my question here is, do you
15 recognize what's being depicted in this photograph?
16     A.  No.  Other than someone is doing some
17 grading.
18     Q.  Before, you said, there were no landmarks.
19 There was no fence or anything to kind of --
20     A.  Uh-huh, yeah.
21     Q.  If you look at the back here, do you see what
22 looks to be a fence line?
23     A.  Yeah.  That's a typical fence that's, you
24 know, used everywhere out there in Palm City.  It's
25 similar to the one that's on the farm.  It looks like

Page 195

1  a standard fence.
2      Q.  That doesn't help familiarize yourself --
3      A.  No.  I mean, like I said, if you drove down
4  714, you'll see that fence on every property.  There's
5  no -- the trees don't show nothing.  I don't know.
6      Q.  Again, the conditions at the site never
7  mirrored what you're seeing in the photograph at
8  USACE20?
9      A.  No, I mean, that's a big open area all
10 cleaned up.
11     Q.  Would you be surprised if this was a picture
12 of the site?
13     A.  Probably.  I didn't think there would be that
14 much area that's clean like that.
15     Q.  What do you mean by clean?
16     A.  There's no trees.  It's an empty field.
17 Where are all the trees at?  You can't go anywhere
18 around the property out there without seeing trees.
19     Q.  Would you be surprised to see a bulldozer and
20 an excavator on the site if this were to be the site?
21     A.  When were these taken?  I mean, does this go
22 back to your paperwork of Eddie Huggins, where you
23 said there was machinery out there?
24     Q.  I don't know whose machinery this.  That's
25 why I'm asking you.

Page 196

1      A.  I don't either.  I don't -- I don't...
2      Q.  How about the next page, USACE21?
3      A.  Same thing.  Same picture, different angle.
4      Q.  You don't recognize what this is depicting?
5      A.  No.
6      Q.  How about the blue dumpster; are you familiar
7  with that blue dumpster?
8      A.  Yeah.  I've seen them before.  That's a
9  standard company.  I think it's -- it ain't Waste
10 Management.  I don't know.  I know I've used blue
11 dumpsters before, but...
12        (DX Exhibit 58 was marked.)
13 BY MR. ADKINS:
14     Q.  You can set this document aside.  I'm handing
15 you a document marked Exhibit DX 58.  This is an email
16 from Kevin Kryzda to you on April 26, 2018, stamped
17 Byte 34 through 35.
18        Do you recognize this email?
19     A.  Let me look it over.  Obviously, he sent it,
20 and if I've seen it, I don't remember it.  It's
21 another email that was sent to me.  I wasn't the
22 greatest of reading all my emails.  But, once again,
23 that's what Emilie did for me.  So I'm just trying to
24 see.
25        Who is Mr. Hook?

Page 197

1      Q.  Do you recall receiving this email from
2  Mr. Kryzda?
3      A.  Honestly, I'm going to say, I don't remember.
4  I don't remember getting it.  Obviously, it was sent,
5  but it does not -- I don't remember.
6      Q.  So Mr. Kryzda, in this email, is forwarding
7  an email from Jonathan Pempek.
8         Do you know who Jonathan Pempek is?
9      A.  The name doesn't catch -- I don't know.
10     Q.  In Mr. Pempek's email, he says, "The USACE
11 project manager responsible with reviewing the permit
12 application has recently withdrew the application for
13 failure to respond to it in RAI."
14        Do you know what the acronym "USACE" means?
15     A.  No.
16     Q.  So I'll represent to you that Mr. Pempek is
17 an employee with the United States Army Corps of
18 Engineers.
19     A.  Okay.
20     Q.  Do you recall there being any issues on the
21 site with respect to an investigation by the Army
22 Corps of Engineers?
23        MR. HAMILTON:  Object to form.
24     A.  What do you mean -- an argument or a
25 disagreement?  What do you mean?

Charles Berlusconi                                                   March 18, 2022

Page 198

BY MR. ADKINS:

Q. Well, do you recall any investigation by the United States Army Corps of Engineers regarding activities on the site?

A. Yeah. Remember, if you go back a ways, I said that there was people from Palm City land development and from the Army Corps.

When the people first started coming out that I noticed meeting with Ben and Kevin, there were a couple of young guys out of the -- out of the -- I don't want to say college -- but out of the Army Corps. They were young and Ben kind of giggled with them and said, "You guys are kind of young to know this and that."

But, yeah, I recall them being out there, but not -- every time they were there, they dealt with Kevin or Ben -- Ben drove around with them -- Mr. Sharfi. I mean, why was I going to drive with them for?

Q. So Mr. Kryzda says, "Got this late this afternoon. I will try to speak with Ben about this." Is Ben, Ben Sharfi?

A. I would imagine, yeah.

MR. HAMILTON: Object to form.

BY MR. ADKINS:

Page 199

Q. Are there any other Bens that you know that Mr. Kryzda would've been referring to?

MR. HAMILTON: Object to form.

A. I would say no, but I don't know Kevin's friends or whatever. You know, obviously it's got to be Ben. I mean -- you know.

BY MR. ADKINS:

Q. Well, he wouldn't have been using that word with you if it was about his friends; right?

MR. HAMILTON: Object to form.

A. What word?

BY MR. ADKINS:

Q. Ben.

A. I don't know what you mean.

Q. Well, you said, "I don't know. It could have been one of Kevin Kryzda's friends."

Why would he be referring to Ben to you if --

A. Well, yeah. And you're also asking me if that's Ben Sharfi. I mean, I'm not a mind reader. I mean, it's obviously got to be Ben. I don't know any other Bens, you know, and...

Q. Mr. Kryzda said, "This morning, I sent him a text."

Do you know anything about the text that Mr. Kryzda sent to Mr. Sharfi?

Page 200

MR. HAMILTON: Object to form; calls for speculation. This whole line does.

A. I don't know about a text. Apparently, in a statement there, he says he hasn't replied, so that means he's either busy or he might not have been in town and that's why he didn't get a response yet. The time difference from California -- I don't know. I'd be guessing at anything I tell you.

BY MR. ADKINS:

Q. Do you know whether Mr. Kryzda ever got a response from Mr. Sharfi?

MR. HAMILTON: Object to form, calls for speculation.

MR. ADKINS: I'm asking if he knows. How does that call for speculation?

MR. HAMILTON: How would he know? It's a message presumably between whoever the Ben is and Kevin. Not him.

BY MR. ADKINS:

Q. So do you know whether Mr. Sharfi ever responded to Mr. Kryzda's text?

A. No. I couldn't answer that.

Q. Do you know whether Mr. Kryzda had any conversations with Mr. Sharfi with respect to the issues in this email?

Page 201

MR. HAMILTON: Object to form.

A. I couldn't answer that either. Not unless I was there. I don't recall.

BY MR. ADKINS:

Q. Do you recall having any conversation with Mr. Kryzda with respect to this email?

A. No, not to this. I really don't remember talking to him about it. Like I said, if he sent it to me, I read through it briefly or at all. I used to have hundreds of emails on my laptop. I told you before, I'm not into that. I was bad at it. That's why Emilie was such a great secretary. She would tell me if I needed to look at something.

I don't recall it.

Q. Do you recall having any discussions with Mr. Kryzda with respect to the United States Army Corps' investigation of activities on the site?

A. Let's see. Other than him telling me that there might be some visitors coming out to the farm, move the animals, if I need you, I'll call you -- stuff like that. You know, he didn't really -- I asked him -- I did ask him one time. I said, "What did we do wrong? What's going on?" He said, "Well, we're handling it. We'll take care of it."

I guess it was above my pay grade. I don't

51 (Pages 198 - 201)

Charles Berlusconi                                          March 18, 2022

Page 202

1   know.  Couldn't help you there.
2        Q.  Is there anything else you ever discussed
3   with Mr. Kryzda with respect to the Corps'
4   investigation?
5        A.  Not that I can remember.  If I -- no, not
6   that I can put an exact thing on it.  We've talked
7   about millions of things.  I know I probably -- just
8   being curious, I probably asked him, "Are we in
9   trouble?  What did we do wrong?" -- or something like
10  that.  You start seeing people coming out on private
11  property, walking around, taking soils, and this and
12  that, you ain't stupid.  You know something is going
13  on.
14       Q.  Do you recall what responses Mr. Kryzda gave
15  to your questions?
16       A.  He just said, "Don't worry about it.  It's
17  being taken care of.  If we need you, we'll let you
18  know."
19       Q.  How about with other authorities; do you
20  recall any conversations with Mr. Kryzda about
21  investigations by Martin County or the Water
22  Management District?
23       A.  No, not really.  I know they came -- and they
24  were out there too.  Kevin don't talk a lot.  I don't
25  know if you ever talked to him or met him yet, but

Page 203

1   he's a quiet guy.  He only says what he wants to say
2   and that's it.  It takes forever to get him to laugh
3   or -- he's kind of a -- I don't know.
4        Q.  So you don't recall having any such
5   conversations with him?
6        A.  Not to my knowledge.  Not that I can
7   remember.
8        Q.  What about with Mr. Sharfi; do you recall
9   having any conversations with respect to
10  investigations by the Water Management District, by
11  Martin County, or the United States Army Corps of
12  Engineers with Mr. Sharfi?
13       MR. HAMILTON:  Object to form.
14       A.  Just that he told me they're going to be
15  coming out.  Same as I told -- Kevin told me.  He just
16  said, you know, "If I need you, I'll call you."  He
17  says, "I'll handle it."
18       I know -- I mean, this is not a major
19  thing -- but I know, one time they were coming out,
20  and then he called me and he said, "They're not going
21  to come out.  We postponed it.  I have to go to
22  California for my other -- for the company out there.
23  I had to postpone it."  He says, "Just maintain what
24  you're doing and run the farm, and I'll see you when I
25  get back."

Page 204

1   So, you know, no, not that I have anymore.
2   BY MR. ADKINS:
3        Q.  Do you recall having any conversations with
4   anyone else with respect to investigations by Martin
5   County, the South Florida Water Management District,
6   or the Army Corps of Engineers?
7        MR. HAMILTON:  Object to form.
8        A.  No.  I haven't remembered speaking with any
9   of those people.  At one time, there was a guy that
10  came around, and I did drive around with Ben, but I
11  can't remember, for the life of me, who he was with;
12  whether he was from the Army Corps or Martin County or
13  private.  I don't know.  Ben just said, "Come on.
14  Just drive around with me so you can tell me where
15  this is and that is and we can show the guy."  I think
16  he was just showing -- could have been a friend of
17  his.  Don't know.
18  BY MR. ADKINS:
19       Q.  At any point, did anyone ask you to stop work
20  at the site?
21       MR. HAMILTON:  Object to form.
22       A.  Stop which work?  I mean, there's work going
23  on every day out there.  Everyday maintenance or
24  pulling the vines?
25  BY MR. ADKINS:

Page 205

1        Q.  Around the time that the Corps, Martin
2   County, and the Water Management District were
3   visiting the site and conducting investigations, did
4   anyone ask you to stop any work being conducted at the
5   site?
6        A.  I think maybe at one time, when Ben went out
7   of town, he just said, "Just, you know, slow down on
8   the process until I get back -- of cleaning up and
9   everything."  But he never told me to stop work.
10  There was work to do.  If anything, I was always
11  behind the eight ball because there's so much to do.
12       Q.  When Mr. Sharfi said, "Slow down the
13  process," what was he referring to?
14       A.  Cleaning up the invasives and the vines and
15  putting out some pine needles, the stuff we were doing
16  to dress the place up.
17       Q.  And this is on the site?
18       A.  On -- yeah -- DX 40.
19       Q.  Why did he ask you to slow work down?
20       MR. HAMILTON:  Object to form.
21       A.  He was going out of town and the meeting was
22  cancelled, and he said, "Just wait until I get back."
23  He cancelled whoever it was with -- the Army Corps or
24  Martin County -- Civil -- I don't know.  He left town
25  a lot.

Charles Berlusconi                                            March 18, 2022

Page 206

1    He had big contracts with the government and
2  with the Army, and he had to make sure that product
3  was getting out.  Sometimes, it was good; sometimes,
4  it was -- they had problems -- so he had to get out
5  there.
6  BY MR. ADKINS:
7    Q.  You had said you were curious about why
8  people were coming to the site.
9    At any point, did you ask, "Should we stop
10  what we're doing?"
11    MR. HAMILTON:  Object to form.
12    A.  I might have said -- I might have been --
13  just conversation -- "Should I keep doing what I'm
14  doing, Ben?  Am I okay?  What's going on?"  "No, no.
15  You're fine.  Just do what you gotta do.  I'll tell
16  you when to stop or when not to stop."
17    He was my boss.  He told me what to do and I
18  did it, just like any employee should do when
19  you're -- you know -- unless it's murder.
20  BY MR. ADKINS:
21    Q.  The United States Army Corps of Engineers and
22  the Water Management District inspected the site on
23  May 14, 2018.
24    Do you recall being present during that
25  inspection?

Page 207

1    A.  Probably.  I don't recall it, but I lived at
2  that farm.  I was there every day.  Didn't miss a day.
3  Didn't take a vacation in the years.  Didn't take a
4  day off.
5    Q.  When you say you lived out there, did you
6  literally live out there or --
7    A.  No.  It's a saying.  It seems like you're
8  always there.  You're there from dusk to dawn.  You're
9  there when there's a problem.  You're there when a
10  horse gets out.  You get called in for this.  You get
11  called in when the water is flooding.  You're just
12  always there.  That's why I'm sorry I decided to ever
13  do it.
14    Q.  Do you recall having any conversations with
15  representatives from the Army Corps or the Water
16  Management District during that inspection?
17    A.  No.
18    Q.  Do you recall -- please continue.
19    A.  Like I said, if I did talk to them, it was in
20  general conversation or whatever and I don't remember.
21  I mean, I don't have a good recollection of -- you
22  know.  It wasn't something important to me.
23    Q.  Did you overhear any conversations between
24  representatives of the Corps and the Water Management
25  District and anyone else on the farm?

Page 208

1    A.  No.  When they go around, I get away.  I go
2  in my golf cart and get away from them.  No, I
3  don't -- I told you, I don't remember having any
4  conversations.  If I did, it wasn't important enough
5  for me to remember.
6    (DX Exhibit 59 was marked.)
7  BY MR. ADKINS:
8    Q.  Okay.  I'm going to show you a document
9  marked DX 59.  This is a photograph taken during that
10  May 2018 inspection of the site.  I see someone in a
11  golf cart here.
12    Do you recognize that person?
13    A.  No, I can't recognize him, but he's got to be
14  a square toe because he's afraid to get wet.
15    Q.  Well, could that person be you, by chance?
16    A.  I'm driving there, fella.  You don't see --
17  who's holding the umbrella?
18    Q.  I don't see who's holding the umbrella.  No,
19  I don't.
20    A.  You just asked me who was in the cart with
21  me; didn't you?
22    Q.  No.  I said, "Do you recognize who this
23  person is in the golf cart?"  Is that you?
24    A.  There's two people in there.
25    (Overspeaking.)

Page 209

1    A.  The driver of the golf cart, that's me.  And
2  you know that.  Now, there's someone else that's in
3  there which I can't recognize.
4    Q.  Very good.
5    A.  Okay?
6    Q.  So you were present during the Corps'
7  inspection.  Do you recall driving around on a golf
8  cart during that inspection?
9    A.  Sure.  15 acres.  Could drive a lot of
10  places.
11    Q.  Do you know what portion of the site that
12  this picture is depicting?
13    A.  That looks like that back perimeter there.
14    Q.  So somewhere along the northern road?
15    A.  Yeah.  That looks like -- then again -- wait
16  a minute.  It ain't this one, because that has --
17  that's the house over there.  There's no canal.
18  That's got to be the back -- the back right here --
19  which I don't see -- a little further would be the --
20  what do you call it -- the horse barn.
21    (DX Exhibit 62 was marked.)
22  BY MR. ADKINS:
23    Q.  Okay.  I'm handing you a photograph that's
24  marked DX 62.
25    Now, are you familiar with the area that is

53 (Pages 206 - 209)

Charles Berlusconi                                                    March 18, 2022

Page 210

1    depicted in this photograph?
2       A.  Yep.
3       Q.  Are you able to identify who is driving the
4    golf cart in this picture?
5       A.  That's me.
6       Q.  Are you able to locate on DX 40 from where
7    this picture was taken?
8       A.  Yeah.  It's this road right here.
9       Q.  So you're indicating the road on the eastern
10   boundary of the site?
11      A.  Yeah, because that's -- on the other side of
12   the fence, you see the green areas.  Those are those
13   four homes that are right there that have the
14   backyard.
15      Q.  Is this toward the north or the southern end
16   of the site, would you say?  Are you able to tell?
17      A.  Yeah, I can tell.  This is the southern end.
18   This is -- at the end of this road is where the horse
19   barn -- this -- on DX 40, we're about right here in
20   this picture.
21      Q.  Okay.  So the taker of this picture would've
22   been standing in the southern end of the site facing
23   north; is that right?
24      A.  You mean the drone?
25      Q.  I'm not sure this was taken by a drone.

Page 211

1       A.  Yeah.  Well, nobody is going to be standing
2    in front of me taking a picture without me asking them
3    what they're doing.
4       Q.  So is it right -- this picture was taken
5    facing north; is that right?
6       A.  Yeah.
7       Q.  What do you see at the foreground of this
8    picture on the ground?
9       A.  Water, dirt.
10      Q.  Would you characterize this as standing
11   water?
12      A.  Yeah.  That's from rain.
13      Q.  Would it be typical to see standing water
14   like this on the site?
15          MR. HAMILTON:  Object to form.
16      A.  Yeah, after rain.
17   BY MR. ADKINS:
18      Q.  About how long would it take this standing
19   water to dissipate after rain?
20      A.  A couple of days.  It all depends.  If I
21   didn't come in there and take the tractor and just
22   rode over and smoothed the dirt to where it mixed up
23   with the water a little bit and dry up faster.  But it
24   all depends -- was the temp 90 out?  Was it 80 out?
25   It depends on what the temperature is to dry it up and

Page 212

1    absorb into the earth.
2       Q.  How about farther back, do you see the piles
3    of dirt?
4       A.  Yep.
5       Q.  What are those?
6       A.  That's the -- some of the road base that we
7    had dropped for stockpile to do the road.  I can't
8    see, with all the trees, if the -- what do you call
9    it -- the riding arena was starting to be erected,
10   then we were using that rock for the roads around the
11   arena.
12      Q.  About how many dump trucks would you say it
13   would take to deliver that much road base?
14          MR. HAMILTON:  Object to form.
15      A.  From looking at it at that angle and that,
16   that's no more than a dump truck and a half.  A dump
17   truck -- a normal-size dump truck can dump -- it can
18   carry 20 yards.  It depends on the driver.  Some don't
19   like to carry that much.  They'll drive -- only take,
20   like, 18.
21          (DX Exhibit 63 was marked.)
22   BY MR. ADKINS:
23      Q.  I'm handing you a document marked DX 63.
24   It's Bates-stamped USACE316.
25          Do you recognize the area depicted in this

Page 213

1    photograph?
2       A.  Yep.
3       Q.  Is this the site?
4       A.  This is DX 40.  You're standing right here.
5       Q.  So you're indicating in the southeast corner
6    of the site; is that right?
7       A.  Yeah.  Let me make sure.  Yeah.  That's --
8    we're over here -- right there in the corner.  It
9    looks like -- to me, it looks like Ben, some guy in a
10   hazmat suit.  I don't know if that's a lady or a guy.
11   And then it could be another girl in a rain jacket.
12   Then, all Ben's dogs.
13      Q.  In the last picture, you were able to
14   identify where you were based on the fence and this
15   cleared area, the neighbors' property.  Is that the
16   same property that's on the other side of the fence
17   here?
18      A.  Let me see here.  I don't think so.  I'm
19   thinking that, on DX 40, we're standing here and this
20   area here is this in here.
21      Q.  So you're indicating this picture was taken
22   from the southeast corner of the property facing west;
23   is that right?
24      A.  Yeah.  Because, remember when I was telling
25   you that this fence along here was up already?  We

54 (Pages 210 - 213)

Charles Berlusconi                                                    March 18, 2022

Page 214

1    didn't put that up.  If I'm not mistaken, over in this
2    corner over here where this dog is, is a gate.  That
3    takes us to this area over here where we built a
4    storage shed and where the XM pump house is.  That's
5    where I think it is.
6          Then this here -- this here -- wraps around
7    like this.  I'm coming down that road and then it
8    turns and then you go the long way.  And, at that end
9    right there, at that end of the road, you're right
10   over here.  That's the best I can see without a
11   different...
12       Q.  Okay.  So --
13       A.  Wait, wait, wait a minute, wait a minute.
14   Hold, hold, hold, hold, hold, hold.  They turned it
15   around on me.  Okay.
16         No.  This here is -- this here -- this dirt
17   right here, your pile of dirt there -- that road
18   rock -- that's the same dirt as that.
19       Q.  Okay.  So the --
20       A.  It's just turned around.  So now that is the
21   property back there.  It's just turned around.  Now
22   you're looking -- now you got closer to this dirt.
23   See that dirt right there?  Now you're closer to it
24   and you're looking the other way.  It's the same
25   place.

Page 215

1        Q.  I'm going to try to make sense of this for
2    the record.  So the dirt that you're observing on
3    DX 62 is the same pile that you're saying is in DX 63?
4        A.  Yeah.  That's the way it looks to me.  It
5    just looks like you're at one end to the other.  It
6    could be, these guys were down at this end of the rock
7    and I was getting away from them or leaving, because I
8    didn't stay with anybody.  But that's the same road,
9    because that's the back -- we don't have an oak tree
10   that big on the side I was talking about.  So I was
11   mistaken.  That's the same road as the arena is on.
12       Q.  So this would be the road on the eastern
13   boundary of the property; is that right?
14       A.  Yeah.
15       Q.  If you look at DX 63, this area that's
16   forested to the right side of this photograph, would
17   that be a portion of the site?
18       A.  Of DX 40?
19       Q.  Of 63.  Sorry.
20       A.  Yeah.  DX 63 would be part of DX 40.  That's
21   all that standing water right there.
22       Q.  And by DX 40, you mean the site?
23       A.  The site, yeah.
24       Q.  Okay.  Now, do you recall seeing piles of
25   road base?  Not just in this photograph, but in your

Page 216

1    recollection, do you recall seeing piles of road base
2    at the site?
3        A.  Like I said, we had piles dumped to repair --
4    like, now, we're way past the road that we built.
5    That is -- if you recall my statement a couple hours
6    ago, we would have road rock dumped to fill in the
7    potholes when it would rain and make the potholes in
8    there.
9          I know it's hard to see, but the first pile
10   is road rock.  The second one is sand.  There's -- you
11   can see the difference in the piles.
12       Q.  So when you testified earlier -- you had told
13   me that the dump truck would come and dump the
14   material and move on and --
15       A.  That's when we were building the road.
16       Q.  Right.  So this is later?
17       A.  Yeah.  The road's been -- that road's been
18   there for a while.  This is fill material to fill --
19   and I couldn't leave fill material on the DX 60
20   property.  It was too dangerous for the animals and
21   stuff.  There was no place to put it.  Plus, we were
22   still getting ready to build the other arena.  We were
23   going to need road rock there.  It was a project
24   ongoing.  So there's only so many places you could
25   store stuff and move stuff.

Page 217

1        Q.  Would it be fair to say that this material
2    was being staged for other work at this location?
3          MR. HAMILTON:  Object to form.
4        A.  Not other than what I said it's used for, to
5    fill in potholes.
6    BY MR. ADKINS:
7        Q.  Do you recall where on the site piles of fill
8    material or sand had been deposited until they were
9    used for a project?
10         MR. HAMILTON:  Object to form.
11       A.  On the DX 40 project, on there?
12   BY MR. ADKINS:
13       Q.  Yes.
14       A.  Other than down -- down the road from the
15   arena, because we needed it there, I had some dumped
16   here to make this little parking lot, per se.
17   Because, every time we drove in there, this thing
18   would -- before I made this all nice, it was all
19   water, a foot high, all the materials was getting
20   soaked, and so we had some road rock there.
21       Q.  So you said so far, the eastern road on the
22   site --
23       A.  Here and there.  Anywhere else on IX?
24       Q.  Okay.
25       A.  Yeah, IX and XD.  Nowhere else on the site

55 (Pages 214 - 217)

Page 218

1  there would be a reason to put road rock.  It would be
2  in the way.  It would be -- now, over at the stable, I
3  had sand dropped there when I filled in these stables.
4  But, after we got done shoveling it and putting it in
5  there, that became the driveway to get into the
6  stables.
7      So, yeah.  At one time, there was a pile of
8  sand there for the horses.  It takes a little while to
9  move a truckload of sand.  Other than that, no.
10     Q.  Do you recall when a truckload of sand was
11  deposited in the northwest corner of the site?
12     A.  Let's see.  We built that -- that -- that
13  structure was built within the year -- within --
14  sometime in the year that I got fired the previous
15  year.  That's, like, one of the last structures I
16  built.  That one and that one.
17     Q.  How did the sand get to be in a pile here?
18     A.  That, we had -- that one, we'd have the dump
19  truck dump it, because it was too much to be taken
20  over there.
21     Q.  Could you put an X where you're indicating --
22  and let me just be sure about this -- let me see your
23  sheet here -- and an R with a circle around it?
24     A.  (Complies.)
25     Q.  So you've drawn an X and an R with a circle

Page 219

1  around it in the northwest area of the site on DX 40?
2      A.  Outside the horse stables.
3      Q.  That's indicating where a dump truck
4  deposited sand that was to be used for those stables?
5      A.  Right.  He would come in and go right through
6  this gate, turn right here, dump it, and come back
7  out.
8      Q.  Any other places that you can recall there
9  being piles of sand or rock or any other earthen
10  material?
11     A.  No, not that I can remember right now.  Like
12  I said, there was something going on every minute.
13         (DX Exhibit 64 was marked.)
14  BY MR. ADKINS:
15     Q.  I'm going to show you another photo marked
16  Exhibit DX 64.  I'm going to show you an exhibit
17  marked Exhibit DX 64.  This has a Bates stamp of
18  USACE307.
19         Do you recognize what's depicted in this
20  photograph?
21     A.  Yeah.
22     Q.  Is this the site?
23     A.  Yep.
24     Q.  Are you able to identify from where this
25  picture was taken?

Page 220

1      A.  Yep.
2      Q.  On the site?
3      A.  Yep.
4      Q.  Where?
5      A.  Right there.
6      Q.  Okay.  So you're motioning to the southwest
7  corner?
8      A.  Right -- yeah -- right where I had XF, where
9  I told you that water would collect because of the
10  rain and everything.  There's all your water that
11  would make that -- it even got a little worse over
12  there.  But that's that corner right there.
13     Q.  Okay.  There's some water in the lower
14  left-hand area of the picture you're looking at?
15     A.  Yeah.  Because, all these trees that you see,
16  those are brand new oak trees that we put in.  I
17  installed over 170 oak trees on that property.  I
18  remember this.  I had to replace at least three of
19  them out there because the water root-rotted the
20  bottom of the roots and they died.  That's that corner
21  I spoke of earlier.
22     Q.  Now, you said that this is in an area where
23  there is now a pond.
24         How was that pond constructed then?
25     A.  There was always a small little thing right

Page 221

1  here.  Remember, I said it wasn't deep?  There was
2  always water held there, you know, in that corner.
3      Q.  When you said it wasn't deep, could you walk
4  through it?
5      A.  Yeah, I mean, you could.  I mean, I don't
6  know why you would want to.  You could.
7         Then -- see, this picture doesn't show it.
8  This is definitely the corner, because this is the
9  fence coming this way.  Right out in here -- yeah,
10  there it is.  Is that it?  Or is that the tree?  No, I
11  can't tell.
12         But, yeah, over in this area, there's a
13  small, little pond.
14     Q.  So you're indicating on the left side of --
15     A.  Yeah.  It's in this corner.
16     Q.  -- DX 64; is that correct?
17     A.  Yeah.  In DX 40, over near XF right there.
18     Q.  So the area of standing water in DX 64 is
19  near on DX 40 where you've indicated XF; is that
20  right?
21     A.  Right.
22     Q.  Okay.  Now, how did the site come to look
23  like this as it does on DX 40?
24         MR. HAMILTON:  Object to form.
25     A.  This part here, I know, at one time, there

56 (Pages 218 - 221)

Charles Berlusconi                                                    March 18, 2022

Page 222

1  was a guy that worked out there for Ben. I don't know
2  his name. Damn it. Juan or -- he took the box blade
3  and he just cleaned the sides and made it more of a
4  swale, instead of -- not deep, but just swaled it so
5  it would hold more water, because the cows were always
6  grazing in there. I didn't have much -- I wasn't
7  around there. I don't know if I was down south or
8  where I was.
9  BY MR. ADKINS:
10     Q. So explain to me how that works. You take
11  the box blade -- does it dig?
12     A. Well, it scrapes. It doesn't have a bucket.
13  It's just a tractor with a box blade. You back the
14  tractor up and you lower the box blade. Here's your
15  tractor and here's your blade. You lower it and then
16  you drive up and you make it as low as you want. You
17  just keep pulling dirt and you make a little swale.
18  It makes it -- you know -- I don't know how deep it
19  is. I never went in it. Like I said, I might have
20  been down south when this happened.
21     Q. And what happened to the dirt that's pulled
22  out?
23     A. It was used to make the bank. That's why --
24  it's like just taking anything -- you're at the beach;
25  right? You're sitting at the beach and you're

Page 223

1  watching your kid play in the sand. He's taking the
2  sand and pushing it up and he's making banks; right?
3  All of a sudden, the water appears. Now you've got a
4  lake.
5     Q. Do you know about how much depth was created
6  to make that swale?
7        MR. HAMILTON: Object to form.
8     A. No. It wasn't deep, because I know Angie
9  said that the cows loved standing in it. And with
10  that statement, I took it that, okay, maybe they're in
11  it 6 inches, 8 inches. I mean, they wouldn't be --
12  they weren't bathing in it.
13        I don't know too much about that. That was
14  that area. And when they started cleaning up around
15  here, I was off on the other sites a lot. I was told
16  to go check the other projects and I left -- what the
17  hell was his name -- Josh -- Josh -- in charge of
18  doing stuff.
19        And I know Ben was out there a lot. He kind
20  of got a little annoyed with Josh. He didn't think he
21  could do the job. Back and forth. You gotta come
22  back, you gotta go -- I said, "It is what it is. The
23  kid's got to learn somehow."
24        (DX Exhibit 65 was marked.)
25  BY MR. ADKINS:

Page 224

1     Q. I'm handing you an exhibit marked DX 65.
2  This is another photograph with a Bates stamp
3  USACE323.
4        Do you recognize what's being depicted in
5  this photograph?
6     A. That's the same area right here.
7     Q. So you're pointing to DX 62?
8     A. Yeah.
9     Q. These are the piles of material --
10     A. Right.
11     Q. -- in DX 62?
12     A. Yeah. Also -- I mean, it's off-site -- but
13  we had -- I don't know if you know how the road is.
14  It ain't that way now. But there used to be a dirt
15  road coming onto the property. That dirt road
16  constantly, when it rained, got potholes and you
17  couldn't even drive your car down it. It would shake
18  the shit out of it.
19        So we were always scraping that. Then, when
20  you scrape it, you always end up with extra dirt. So,
21  you know, we had to have a place to stockpile some of
22  it. This is some of the stuff I stockpiled to use for
23  the arena center.
24     Q. So the road you're referring to, is that the
25  road to NeshaFarm?

Page 225

1     A. Yeah. Out on -- what is it -- 714?
2     Q. Martin Highway?
3     A. Yeah. Same thing.
4        (DX Exhibit 66 was marked.)
5  BY MR. ADKINS:
6     Q. I'm showing you a document marked Exhibit
7  DX 66.
8        Do you recognize what's depicted in DX 66?
9  Sorry. This is Bates USACE312.
10     A. Yes.
11     Q. What is this photo depicting?
12     A. Right back here. In XB, it's this corner of
13  the fence line right there.
14     Q. Okay. So you're looking at XB on DX 40 and
15  this is facing the fence corner on the northwest
16  corner of the site?
17     A. Yes. See that rock there?
18     Q. Yes.
19     A. That was a triangle rock garden that kept
20  people from driving into the corner of the fence. So
21  it was more of a decorative -- kind of make it look
22  nice. But that's where that is.
23     Q. Do you see this area of water on the right
24  side of the exhibit?
25     A. Uh-huh.

57 (Pages 222 - 225)

www.CapitalReportingCompany.com

Charles Berlusconi                                                    March 18, 2022

Page 226

1     Q. Is that standing water?
2     A. It could be rainwater. It could be that's
3 part of the area where we were ripping out the vines
4 and all that unwanted stuff. You see this one tree
5 still has the vines going up it -- the pine tree?
6     Q. Uh-huh. In the foreground?
7     A. Yeah. It's still got the vine going up.
8 Then, all the stuff down below it is all invasive
9 stuff. When you start rotisering (phonetic) that
10 stuff up, once -- like I said, once again, Palm City
11 is a very, very low water line. So, when it rains,
12 the ground gets moisture, damp and it stays -- you
13 could dig 6 inches down or a foot down, you're going
14 to hit water. So you upset the dirt -- the land --
15 it's going to be water.
16     Q. Did you ever have that experience in this
17 area of the site that's depicted in DX 66?
18     A. No, because I can't remember if that's
19 rainwater or if it was from just a -- it looks lower
20 than the other areas, so it could be where we picked
21 up -- you see in front of this pine tree?
22     Q. Okay.
23     A. That's -- that's -- when I said we'd bring
24 the debris out to the road and then we come with the
25 front end loader and pick it up and take it to the

Page 227

1 dumpster? That's all debris you see there. That
2 could be the Bobcat bringing the debris and it just
3 made a rut, which I spoke to you about a rut, and it
4 makes water. That's what I would speculate, because
5 that's definitely all the debris. That's part of the
6 stuff we rip up -- vines and that crap.
7     Q. What were the conditions like in this area of
8 the site? Were they generally wet, generally dry, or
9 something else?
10     MR. HAMILTON: Object to form.
11     A. Once again, always wet. If it rains out
12 there, it stays wet for days. I'll put it to you this
13 way. My guys had -- we wore rubber boots all the time
14 because you never know where -- like, if I had to dig
15 and put in some electrical pipe, you dig a foot and
16 you hit water. I mean, but that's anywhere on the
17 site. I could be all the way in the back corner.
18     (DX Exhibit 67 was marked.)
19 BY MR. ADKINS:
20     Q. I'm going to show you a document marked
21 Exhibit DX 67. This is Bates-stamped USACE 313.
22     Do you recognize what's depicted in this
23 photograph?
24     A. Yep.
25     Q. Okay. What is this?

Page 228

1     A. This post right here --
2     Q. This is on the right side of DX 67?
3     A. Yeah. See that post? That post is -- that
4 post right here, somewhere -- it's in this area. And
5 that is your wetlands, gentlemen. See that shitty
6 fence that's there, that piece of barbed wire and
7 crap? Well, we took that down and put up a slatted
8 fence. It would be posts, and then it would be 6-inch
9 planks like that, so animals can't get through.
10     All around -- that's what you're seeing right
11 here. You see this? See that, that, that, that? All
12 that.
13     Q. So you're saying DX 67 was taken on the
14 southern boundary of the site facing the wetland?
15     A. This here -- yeah -- to what it looks to me.
16 That's my corner post that I would have in this corner
17 before we -- that was the existing post. That's where
18 I think it is. It could be wrong, though.
19     Q. Do you know about when you constructed a new
20 fence around the wetland, where you've characterized
21 it as the wetland on the site?
22     A. No, I don't have a date.
23     Q. Would it have been before or after May of
24 2018?
25     A. Yeah -- I'm saying, I still don't know what

Page 229

1 day it was or when it was. Obviously, it had to be
2 after this date, you know. Maybe if the people that
3 took the pictures were a little more -- showed
4 different areas to pinpoint. You guys are making me
5 remember stuff that I don't think anybody sitting here
6 could remember as good as I'm remembering it right
7 now.
8     (DX Exhibit 68 was marked.)
9 BY MR. ADKINS:
10     Q. Okay. I'm going to show you a document
11 marked DX 68.
12     Do you recognize what's depicted in this
13 photograph?
14     A. I'm going to go out on a limb, and that's
15 your canal that we've been talking about.
16     Q. Okay. So this is the -- what you've
17 characterized as the canal on the western --
18     A. Yeah -- drainage canal. Drainage canal.
19 That -- that looks like the very -- this fence line
20 right here, I'm thinking it's somewhere right in here,
21 because the canal went that way towards Bessey. And
22 then right here, where this cluster is, it turned and
23 went down to the Chinamen. It looks like that.
24     Because, see on the other side of the fence
25 right here, there's, like, a little 2-foot setback.

58 (Pages 226 - 229)

Page 230

1  We kept that as the same grade as the other side, so
2  you were able to walk on the other side of the fence
3  with a weedeater and weed-eat all the older grass in
4  the canal, because the foliage that's inside there
5  stops the water from flowing.
6      So we would have -- we would have our own
7  guys clean up a canal maintained by Martin County,
8  that had never been there since I worked there.
9      Q. So, in DX 68, you're saying that this
10 waterway is the -- what you're characterizing as the
11 canal that runs along the --
12     A. Yes.
13     Q. Excuse me -- western boundary of the site.
14 Is that right?
15     A. Yeah, yes. That's the only -- go ahead.
16     Q. This photo is depicting what you've described
17 as a canal looking northward; is that right?
18     A. Yeah.
19     Q. This area of -- would this be road base on
20 the bottom right corner?
21     MR. HAMILTON: Object to form.
22     A. This here?
23 BY MR. ADKINS:
24     Q. Yes.
25     A. That's -- it could be a little bit of road

Page 231

1  base, but it's mainly what is along the canal area.
2  It's just shell rock that comes out of the earth.
3      Q. So this material on the lower right-hand
4  corner of Exhibit DX 68 is some combination of
5  material from the canal and road base; is that
6  correct?
7      MR. HAMILTON: Object to form.
8      A. It could be. I mean, it could be some --
9  because we did the road and then we put the fence up
10 and we made it a little wider, because we -- he has --
11 unfortunately, the setback is 15 feet; but, on the
12 canal side -- what's half of 15 -- 7 and a half?
13     Q. 7 and a half.
14     A. 7 and a half puts you in the center of the
15 canal. So it really -- it really -- the property,
16 it's useless to Ben. You can't use it. So we kept it
17 to 7 feet back, and, that way, we had a walkway to
18 clean up the foliage and stuff.
19     Q. Okay. Can we go back to DX 67? It should be
20 right under DX 68. Okay.
21     Is it possible that the water there that
22 you're seeing in DX 67 is also part of what you've
23 described as the canal?
24     A. Now you got me thinking here. I wish there
25 were more shots of -- man -- you got me on that one,

Page 232

1  buddy. We're backwards. I made a mistake. This
2  post --
3      Q. You're motioning to the post in DX 67 --
4      A. This post is not the one that I thought was
5  over here -- I mean, over here.
6      Q. And over here is in the southern portion of
7  the site?
8      A. XH.
9      Q. Okay. Are you able to identify where that
10 post is?
11     A. That post is right there.
12     Q. Okay. So --
13     A. On XB. This fence -- all the old-timers out
14 there, they all put in the skinny post with barbed
15 wire and stuff, and it's common for them. We had the
16 same crap over here.
17     This right here is the end of this property
18 right here, and that's the canal. You're a
19 hundred percent right. And going past that wire is
20 this gentleman's fence, which you can make out -- we
21 put our fence in front of it. And, on the other side
22 of that wire, goes to Bessey's, to the canal. This
23 way is this way. I was wrong.
24     Q. I'm going to try to set a record here. So
25 the post that you observed in DX 67 is the northwest

Page 233

1  corner of the site; is that right?
2      A. Yes.
3      Q. And the two skinny posts on the left side of
4  DX 67 with barbed wire is a fence that was in place,
5  existing, in the northern property of the site; is
6  that right?
7      A. Yes, and you can see it in the picture.
8      Q. And I should say, property north of the site;
9  is that right?
10     A. Yeah, north. You can see it right there.
11     Q. Sure. Now, the water in the left side of
12 DX 67 is part of what you're calling the canal that
13 ran along the western boundary of the site; is that
14 correct?
15     A. Yes. And it's at a point where the canal is
16 overflowing. This is -- this is at its highest peak
17 right here. You can't make out the ground. It's
18 covering the foliage and all that. That's after a
19 good storm or something.
20     Q. About how often would you see the canal
21 looking the way it does in DX 67?
22     A. After every good rainstorm. Like I said, it
23 would take days to go down, but it would eventually
24 percolate through.
25     Q. The Florida Department of Agriculture and

Charles Berlusconi                                                    March 18, 2022

Page 234

1  Consumer Services inspected the site on October 25,
2  2018.
3       Do you recall being present during that
4  inspection?
5       MR. HAMILTON: Object to form.
6       A. No. I can't remember. I don't remember
7  that.
8  BY MR. ADKINS:
9       Q. Do you remember speaking to any
10  representatives of that agency?
11       MR. HAMILTON: Object to form; asked and
12       answered.
13       A. Like I said before, if I did, it was, "Hello.
14  How you doing? Can I get you something?" Or they
15  asked me where is this or where does this go. I don't
16  remember.
17       (DX Exhibit 69 was marked.)
18  BY MR. ADKINS:
19       Q. I'm going to show you a document marked
20  Exhibit DX 69.
21       MR. HAMILTON: You good? You need a
22       break?
23       THE WITNESS: No. I need to get the fuck
24       out of here. That's what I need.
25       MR. HAMILTON: Are you sure you don't

Page 235

1  want something to eat?
2       THE WITNESS: No.
3  BY MR. ADKINS:
4       Q. This is DX 69, Bates-stamped USACE982. This
5  is an aerial photograph.
6       Do you recognize the area depicted on this
7  photograph as the site?
8       A. I'm turned around here. These are always
9  the -- that's your Chinamen. That's those things.
10  From what it looks like, that would be -- this would
11  be adjacent to the Chinamen there.
12       Q. So do you recognize a portion of this
13  photograph to be representative of the site?
14       A. Yeah. This one's got me turned around. I
15  don't really -- I don't see -- I don't see enough of
16  the other property to make a...
17       Q. Why don't you take a look at the greenhouses
18  here? If it helps, are you able to identify this area
19  of the photograph based on where those greenhouses are
20  placed?
21       A. There's the main house. There's the main
22  canal. Came in right here. And that's that. Okay.
23       Yeah, these are -- yeah, this area here is
24  your area, DX 40.
25       Q. So the site is depicted within DX 69; is that

Page 236

1  correct?
2       A. Yeah.
3       Q. Now, there's an area here that appears to be
4  reflective and maybe even some standing water.
5       Do you see that in the center of DX 69?
6       MR. HAMILTON: Object to form.
7       A. Yeah. It looks like muddy water.
8  BY MR. ADKINS:
9       Q. Would that be the northwest corner of the
10  site in DX 40?
11       A. See, I can't determine that. Where does the
12  10 acres stop? Not out there. This picture is weird.
13  I gotta -- see what I'm saying? I don't know how that
14  would be out back. There should be a fence -- there
15  should be something going through here. I don't know.
16  I can't answer that one thoroughly.
17       (DX Exhibits 70 and 71 were marked.)
18  BY MR. ADKINS:
19       Q. I'm going to hand you an exhibit marked
20  DX 70. This is an aerial photograph of the site based
21  on imagery from 2019. I'm also going to hand you an
22  exhibit marked DX 71, which is another aerial image of
23  the site based on imagery from 2020.
24       First look at DX 70. This is the image based
25  on 2019 aerial imagery.

Page 237

1       Do you recognize the area depicted in DX 70
2  as being the site?
3       A. Yeah.
4       Q. Is this consistent with the conditions of the
5  site around that time, around 2019?
6       MR. HAMILTON: Object to form.
7       A. I couldn't remember. Looking at it from an
8  aerial and looking at it on the ground, I couldn't
9  tell you if every area is the same. I'd be lying.
10  BY MR. ADKINS:
11       Q. Let's turn to DX 71. That's the site based
12  on 2020 aerial imagery.
13       Do you recognize this as depicting the site?
14       MR. HAMILTON: Object to form.
15       A. Yes. Okay. I've got it.
16  BY MR. ADKINS:
17       Q. Now, the image in DX 70 is different from the
18  image in DX 71; is that right?
19       A. Yeah. You can see where -- this was starting
20  to build the arena. The arena is built there.
21       Q. So you're motioning --
22       A. That's my horse barn I built there, and
23  that's the shack out there in the far corner of XB.
24  That's my planning area where X6 -- where I planted
25  palm trees.

Charles Berlusconi                                                           March 18, 2022

Page 238

1     THE REPORTER: X6?
2     THE WITNESS: Oh, XE.
3  BY MR. ADKINS:
4     Q. Very good. So there's been some changes.
5  You can see there's been some construction activity,
6  some construction of some buildings that you pointed
7  out.
8     Do you see there's also what appears to be
9  pads or roads moving throughout the site in DX 71?
10    MR. HAMILTON: Object to form.
11    A. Dirt roads. That's where we drove Gators and
12 golf carts. Instead of driving through the trees, you
13 had to get around the property. It's 10 acres.
14 BY MR. ADKINS:
15    Q. Are you aware of any activities to create
16 those roads?
17    A. We did a lot of hand-cleaning and pushing
18 stuff around. But, like I said, the box blade -- that
19 box blade -- that tractor did most of the grading for
20 roads like that. Those are just dirt.
21    Q. Was dirt brought in to create the roads
22 throughout the site in DX 71?
23    MR. HAMILTON: Object to form.
24    A. No. I mean, we scraped a lot. Like I said,
25 if we did bring any in, it was minimal, because we had

Page 239

1  -- at one point -- I don't know who gave it to me or
2  not -- but I think it was Kevin. He gave me a picture
3  with a shitload of numbers on it and showed me all the
4  high spots of the land and stuff.
5     So, of course, when we're grading, we tried
6  to keep it to the same elevation. So we gathered some
7  dirt from that.
8     You see -- that's a dirt road. There's that
9  fence I was talking about. That's a dirt road.
10 BY MR. ADKINS:
11    Q. So --
12    A. That's your pump house right there.
13    Q. -- looking at DX 71 -- you might have
14 gathered by now that I don't know much about farming.
15 Explain to me how you grade to create a road as you
16 did on this site.
17    MR. HAMILTON: Object to form.
18    A. Well, I'll go back to when Billy and the
19 laborers -- and they were pulling out invasives and
20 weeds and vines and everything. You're pulling all
21 that stuff out.
22    So, as we're going through the property, you
23 look at a patch of trees, and nature made these two
24 trees 10 feet apart. That looks like a good path to
25 go and we're going to make a road, instead of going

Page 240

1  through a patch of trees. They just form after a
2  while.
3     When we first got in, you're driving out
4  there with the buggy -- the dune buggy -- half the
5  guys -- you know -- I told them, "as long as I don't
6  catch you" -- but they'd take a ride and go smoke a
7  joint, and they're going through the woods. After a
8  while, you're getting a track and you're making a
9  road.
10    Then Ben will say, "Well, I want this road to
11 go like this or drag me the dirt and make a road."
12    Q. So that explains how you came to have the
13 location of the road that's depicted in DX 71, but how
14 was this constructed? You said you used a box grader?
15    A. Right.
16    MR. HAMILTON: Object to form.
17 BY MR. ADKINS:
18    Q. How do you -- walk me through --
19    MR. HAMILTON: Object to form.
20    A. If stuff was already -- most of the stuff was
21 already out of the way. If it wasn't, the box grader
22 will be able to take up small plants and stuff that --
23 the vines -- and rip it out. And you make a pile --
24 wherever that other drawing is -- there's a pile that
25 you pile on the side of the road. You just keep going

Page 241

1  until you get a dirt road going.
2     Then, after you drive on it for six months or
3  longer -- it didn't look like this when it -- first
4  driving through there. I mean, this could be six
5  months to a year after that was driven on a thousand
6  times by the backhoe -- the Gator -- the Gator and the
7  golf cart. It could have been -- I don't know.
8     Q. When you're grading the road, are you moving
9  any dirt?
10    MR. HAMILTON: Object to form.
11    A. Well, yeah. The box blade has a hydraulic
12 lever on it. You can raise it or lower it. So, as
13 the driver is going, and he's driving and he's going
14 up on a hill, he's going to lower the blade and he's
15 going to scrape that and get it to the same elevation
16 as here to here. Then he'll go back and forth and
17 he'll get it to where it's an even plane. So we're
18 not looking for a roller coaster. You're looking for
19 a flat surface to drive on.
20 BY MR. ADKINS:
21    Q. Through that action, is the box grader moving
22 soil from one place to another?
23    MR. HAMILTON: Object to form.
24    A. Only in the path that he's making. He's not
25 going into the woods and pulling stuff out.

61 (Pages 238 - 241)

Charles Berlusconi                                                    March 18, 2022

Page 242

1   BY MR. ADKINS:
2        Q.  On DX 71, you see a path that starts in the
3   northwestern portion of the site and moves down
4   through the center of the site to the southern end of
5   the site.
6        Was a box grader used to create that road?
7   So we're starting from the northern edge of the site
8   and working our way from the center to the southern
9   edge of the site.
10       MR. HAMILTON:  Object to form.
11       A.  Okay.  That's the cow -- the cow area.
12   Here's all the palm trees we put in.
13       So you're talking about this road here?
14   BY MR. ADKINS:
15       Q.  I'm saying, starting from the northern end of
16   the site --
17       A.  Right.
18       Q.  -- and working your way down this road that
19   bisects the site, was a box grader used to create that
20   road?
21       A.  Yeah.  All that.  That's all part of the
22   road.  This road is actually -- did he make -- did he
23   fill that in?  I don't remember after I -- this here,
24   might not even be there now.  I don't know.  But it
25   was a road that took us out to this gate right here.

Page 243

1   See, there's your path right there.  See that?
2        Q.  Okay.  So there's a -- what looks to be a
3   rectangle in the lower southwest corner of the site.
4        A.  Yeah.
5        Q.  And you're saying that a portion of this road
6   no longer exists; is that right?
7        A.  Well, I don't know.  It might still be there.
8   It might not.  But this is where -- this here is this
9   here.  You would go -- it would be between the wetland
10   and the cow pasture.  You would be able to get up and
11   go out to this lake or canal or whatever -- pond --
12   and then you would be able to go around and go where
13   you gotta go.
14       Q.  Why don't you do this for me?  Can you trace
15   on DX 71 anywhere there's a road where a box cutter
16   was used?
17       A.  Yeah, I could draw it.  It's your path right
18   here.  This is all your path.  It's the same as your
19   picture.  Dirt road.
20       Q.  You've drawn on DX 71 in a black Sharpie an
21   outline over what appears to be a road in the aerial
22   of where a box cutter was used on the site; is that
23   right?
24       A.  Yes.
25       Q.  And when a box cutter was used, you testified

Page 244

1   earlier that dirt was moved from one place to another;
2   is that right?
3        A.  Not from one place to another.  From one part
4   of the road -- or the path.  It's not a road.  It's a
5   path.
6        Q.  Right.
7        A.  It's not -- it's not a road.  It's a path
8   through the woods to get to these trees, to get to
9   this pond, to get over here.  It's just a way to get
10   around.
11       Ben would take -- when he goes riding on his
12   horse, he would ride -- he would take the path,
13   instead of having to go through trees and having to
14   put branches out of his way.  It was a horse trail, if
15   you want -- per se.
16       The same thing on this other property over
17   here.  He would ride his horse all through here.  You
18   know, there's no trees there now because we excavated
19   through everything and cleaned it all up.  He loved to
20   ride back here.
21       Q.  By one place to another, I mean, areas where
22   the path was slightly higher, evened out with areas
23   that were slightly lower; is that right?
24       MR. HAMILTON:  Object to form.
25       A.  Yeah.  You make it the same elevation.  Like

Page 245

1   I said, there's no sense in -- there's no sense in
2   dragging the box blade and leaving all the hills and
3   upsetting it.  I mean, I'm talking minor excavation of
4   dirt.  It could be a couple of roots that were still
5   in the ground that you have to blade out so it becomes
6   dirt.
7   BY MR. ADKINS:
8        Q.  Now, I asked if dirt was brought in to create
9   any of these paths throughout the site, and you said,
10   "Not a lot."
11       MR. HAMILTON:  Object to form.
12   BY MR. ADKINS:
13       Q.  Do you recall exactly whether any was brought
14   in or none was brought in?
15       A.  If I did, I misunderstood the question.  I
16   didn't bring dirt in to make a path.  I created the
17   dirt making a path, if you follow what I'm saying.
18   You know, low point, I went to a high point, and I
19   pulled the dirt back to the low point and I made it
20   level.
21       Q.  Okay.  This area where there's a loop on
22   DX 71 --
23       A.  Yeah.
24       Q.  -- what was happening in this area where the
25   road seems to be doing a circle?

62 (Pages 242 - 245)

Charles Berlusconi                                          March 18, 2022

Page 246

1    A. Let me see. That was just -- that was just a
2 bend in the -- he actually got mad at me for doing it.
3 It was just easier for us to -- it was just easier to
4 get around. There was too much in here to tear apart
5 and make any type of garden out of it or whatever you
6 want to do with it -- sod. I had the guys -- I said,
7 "Go around there and come out this way."
8         There were a couple things I did, you know,
9 and, if he didn't like it, I had to fix it. He
10 just -- sometimes I can read him. Sometimes I
11 couldn't.
12    Q. You said there were a couple of these roads
13 in the southwestern corner of the site that no longer
14 exist?
15    A. I don't know if they don't exist anymore. I
16 know we had to repair this one a couple times. This
17 one has to exist because you have to get to that canal
18 to do any service work. In case you had to bring
19 something down there, you couldn't get it down the
20 path for the golf cart -- the little dirt path.
21    Q. So why don't you go back to DX 70? This is
22 the imagery based on 2019 imagery. Here we go. So I
23 see two areas that look to be, like, ponds in 2020
24 that were not in the 2019 imagery.
25        Can you explain how those ponds were created?

Page 247

1    A. This one, I told you about.
2    Q. So this is in the southwest corner?
3    A. Yeah. That one, he just cleaned it out with
4 the box blade to make a small pond right there. And
5 what picture you said this wasn't in? I thought there
6 was always a pond there.
7    Q. I'm asking you to compare DX 70 to DX 71.
8    A. That's that area right here. Okay. You're
9 coming out of -- wait a minute. That's got to be
10 right there. Right? You seeing that?
11    Q. Uh-huh. Okay. So there's a pond in the
12 southwest area of DX 71?
13    A. Yeah. This is the one that's adjacent to the
14 cows and in front of the horses.
15    Q. And it's below the ringed road; is that
16 right?
17    A. You're calling this the ring road?
18    Q. Yes, the road that goes in a circle.
19    A. Yeah. It's in between there, yeah. That's a
20 canal he had dug out to make a small pond there.
21    Q. How?
22    A. What do you mean, how?
23    Q. How was it dug out?
24    A. Oh, with machinery. With a piece of
25 machinery.

Page 248

1    Q. With a box cutter?
2    A. No. The box blade didn't do that. Well, the
3 box blade trimmed it up after the dirt was excavated
4 out of there. That was done with a small -- what do
5 they call them -- hold on -- it's a mini excavator --
6 the smallest one they make. And that was taken out.
7 Then, there was one there.
8        Yeah. That's how that was made.
9    Q. Do you know who performed that work?
10    A. He was a Spanish guy. I don't recall his
11 name. These were done, like I said, when I was
12 off-site.
13    Q. The ponds were dug when you were off-site?
14    A. Yeah. I was back -- I mean, I was there on
15 and off. I don't recall that guy's name. He was a
16 Spanish guy. He just was an operator. He just came
17 in and dug it. And, once he left, we just graded it
18 with the back blade.
19        See, I'm confused. There was -- I don't
20 know. That picture doesn't show it. There was a pond
21 there. All we did was have the guy dress it up.
22    Q. So the person who operated the mini
23 excavator, was that a contractor?
24    A. Yeah. Just some guy -- one-man show -- that
25 runs his own machine.

Page 249

1        Why do I -- do you have any other pictures
2 that shows that area a little better?
3    Q. From that year, no. So --
4    A. All right. See, this picture -- see, this is
5 what's throwing me off. I'm looking at DX 70. That's
6 way over here near my building. Over here -- I'm
7 missing something over here. There was a small lake
8 there -- a small canal there -- or whatever -- a pond.
9 And they just had that dressed up.
10    Q. Okay. In DX 71 --
11    A. I'm positive there was a small pond there.
12 There's no way that he could have dug that whole pond
13 with that little machine. I know he didn't. These
14 pictures are not -- something ain't right. This one
15 doesn't give me -- you don't have a better picture
16 going that way?
17    Q. Do you know what the person operating the
18 mini excavator did with the material that was dug out
19 of the pond?
20    A. It was --
21        MR. HAMILTON: Object to form.
22    A. -- all brought up on the sides and spread out
23 around it and made a foundation. He didn't dig much.
24 You'd be surprised how much dirt you take out -- I
25 mean, you take a little dirt out and get a big effort

Page 250

1  out -- what am I trying to say -- a big response to
2  it.
3      I'm telling you, though, you guys -- I ain't
4  saying too much about that. There was a pond there.
5  I know there was.
6      Q. So if we go to DX 40, the pond that we're
7  talking about being excavated, are you able to
8  identify that on DX 40?
9      A. Yeah. It's right there.
10     Q. Could you put an X and an S next to that?
11     A. A what?
12     Q. X with an S and a circle.
13     A. (Complies.)
14     Q. Okay. So in the area that you identified
15  with an X and an S next to it on DX 40, a mini
16  excavator was used to remove material and it was
17  deposited on the outside of that pond; is that
18  correct?
19     A. Right.
20     Q. Does the name Curtis Bell -- is that familiar
21  to you?
22     A. Yeah. He's dead.
23     Q. What do you know about Curtis Bell?
24     A. He's a box blade operator that taught us how
25  to use the box blade. He's the one that did all the

Page 251

1  box-blading for the -- off-site of the DX 40 -- on the
2  soccer field. He graded that and he graded -- he did
3  a lot of the grading on the roads on the other
4  properties other than your DX 40.
5      But Curtis passed away, and I bought his
6  equipment from him to give it to his wife, because she
7  had nothing. He was kind of -- you know -- he wasn't
8  a rich man. He was working day to day. Poor guy was
9  in his 80s, still working.
10     So I told Ben, "I gotta do something for his
11  wife." So he says, "Well, can we use that machine?"
12  I said, "It's a tractor. We can use that, the
13  trailer." So he let me buy it and I gave it to his
14  wife.
15     Q. And, Mr. Bell, did he pass away around 2016?
16     MR. HAMILTON: Object to form.
17     A. I can't remember what year he died. I know
18  he died before all this -- your 2019 -- all your shit
19  here.
20  BY MR. ADKINS:
21     Q. Okay. Do you know whether or not Mr. Bell
22  did any work on the site that's represented in DX 40?
23     A. Hell, no.
24     MR. HAMILTON: Sorry. We need one
25  minute.

Page 252

1      MR. ADKINS: Why don't we go off record
2  for a moment?
3      THE VIDEOGRAPHER: Going off the record
4  at 3:47 p.m.
5      (Off record.)
6      THE VIDEOGRAPHER: Back on the record at
7  3:47 p.m.
8  BY MR. ADKINS:
9      Q. Do you know whether or not Mr. Bell has a
10  son?
11     A. Don't know.
12     Q. Do you know whether any of Mr. Bell's next of
13  kin performed work on the site?
14     MR. HAMILTON: Object to form.
15     A. I'll say no, because they would have -- they
16  would have came and said, "I'm" -- blah, blah, blah --
17  "to Mr. Bell." You know, "I'm the son, cousin,
18  nephew." Never.
19     All I touched base with was with the wife.
20  She moved to Georgia with her family because she had
21  nothing to stay here for. And she liquidated all his
22  equipment and moved.
23     Q. Who are the employees or contractors who
24  operated the box blade on the site that you're aware
25  of?

Page 253

1      A. Tom.
2      Q. Does Tom have a last name?
3      A. Yes. Silver. I don't pronounce it right.
4  Tom Silvas? He's the landscaper -- remember -- for
5  T -- what was it -- TAS. Tom Sivers -- Shivers -- Tom
6  Shivers. That's how it is. Shivers. I'm pretty
7  sure.
8      And then, that guy, Paul -- Shorty -- that
9  was on the property because he lived there, so he had
10  access to it. Josh was one of my lead guys.
11     Q. Does Josh have a last name that you're aware
12  of?
13     A. I'm trying to think of his last name. I
14  can't think of it right now. Let me think about it.
15     Who else would drive that thing? Not too
16  many people because it's complicated. You have to
17  know how to use it.
18     Q. Did you ever operate it?
19     A. To move it and stuff, but I didn't do that --
20  not that I wouldn't. I had a lot more things to do
21  than to do that. That's all I needed, to be seen by
22  Mr. Sharfi out there on a piece of equipment, when I'm
23  supposed to be running a bunch of other things.
24     I can't remember Josh's last name. Damn it.
25  He moved up to Georgia. I can't remember his last

Charles Berlusconi                                                    March 18, 2022

Page 254

1    name. Josh, Josh, Josh, Josh, Josh...
2        Q. Okay. We talked a little bit about pipes,
3    drains, wells at the site and elsewhere.
4        Are you aware of any schematics that describe
5    the existence of pipes, drains, or wells on the site?
6        MR. HAMILTON: Object to form.
7        A. The only thing that I remember we started to
8    do -- and I think it got dropped at the waistline -- I
9    was doing a drawing for Mr. Sharfi on all the
10   irrigation on the properties other than DX 40, because
11   he wanted to know where the sprinklers were and so
12   forth.
13       So I was starting to draw that up, and, at
14   the same time, I put the drain boxes that are on the
15   soccer field. But I don't know -- I don't think there
16   is one.
17   BY MR. ADKINS:
18       Q. Any diagrams that would --
19       A. I mean, I would imagine Ben or Kevin has
20   something. I mean, we got -- I mean, we had
21   blueprints coming out through -- we had all kinds of
22   drawings. But, me, no, I ain't got none.
23       Q. Have you ever seen any drawings that would
24   show where different pipes or underground conveyances
25   of water are located on the site?

Page 255

1        MR. HAMILTON: Object to form.
2        A. Just the ones I told you about, you know,
3    when he told me to fix this soccer field, or you don't
4    know what you're doing on the sprinklers. Get a
5    sprinkler guy. And you know how to do it. I said,
6    "Okay." So we look at the drawing and then put them
7    here, there, and there.
8        That's when Tom was a big help, because he
9    used to do that. I said, "Well, come on. Get me out
10   of the woods, Tom. Show me how to do sprinklers."
11   BY MR. ADKINS:
12       Q. How about on the site; have you ever seen any
13   drawings?
14       MR. HAMILTON: Object to form.
15       A. The only drawings I've ever seen is the one I
16   mentioned a while ago that had all the numbers on it
17   and showed me the different -- it showed anybody the
18   different heights of the elevation of the property --
19   the high and low points. Where was the low point,
20   where were the high points. That's pretty much that.
21       And, of course, Mr. Sharfi's drawing showing
22   me where he wants his arena, where he wants the horse
23   stable put. You know, he would draw it up for me.
24   That way, I had something to go by.
25       You see, because, out there, being a farmer,

Page 256

1    you don't need permits for structures. You're exempt.
2    The only time you need to pull a permit is if you're
3    building a facility that's going to house people.
4        Q. If I wanted to talk to someone who had
5    information about the location of wells or pipes, any
6    kind of underground conveyance of water on the site,
7    who would I --
8        MR. HAMILTON: Object to form.
9        A. On DX 40?
10   BY MR. ADKINS:
11       Q. Everyone talked over me. Why don't I ask the
12   question again?
13       If I wanted to talk with someone who had
14   information about the location of any wells, pipes, or
15   underground conveyances of water at the site, who
16   would I talk to?
17       MR. HAMILTON: Object to form.
18       A. Well, you know about the ones that I was
19   telling you about. And other than that, I don't know
20   if there is any. If there is, Mr. Sharfi would know.
21   BY MR. ADKINS:
22       Q. Is there anything else about the site or the
23   conduct at issue in this case that you know and we
24   haven't discussed yet?
25       A. I missed the second word.

Page 257

1        Q. Is there anything else about the site or the
2    conduct in this case that you know of and that we
3    haven't yet discussed?
4        MR. HAMILTON: Object to form.
5        A. I'm trying to mull that question over here
6    for a minute. No. I ain't got nothing to say.
7    BY MR. ADKINS:
8        Q. But are you aware of anything else about the
9    site or the conduct that we discussed?
10       MR. HAMILTON: Object to form.
11       A. No.
12   BY MR. ADKINS:
13       Q. The trial in this case is scheduled in
14   February 2023. Is there any reason that you're aware
15   of today that you would be unavailable to be a witness
16   at trial?
17       A. Other than I -- I don't know. I don't know
18   how to answer that. I'll tell you, I ain't going to
19   trial. I'm not going to keep -- I'm not going to play
20   with this.
21       My life was ruined three years ago -- two and
22   a half years ago -- I lost everything. And I'm not
23   going to keep going through this. I don't sleep at
24   night. All I do is dream. I've had everything taken
25   from me. I ain't going through it no more. You can

65 (Pages 254 - 257)

Page 258

1  put me in jail.  I'll plead the 5th.  I'm not helping
2  anybody.
3      You're lucky I stayed here.  I should've -- I
4  fuckin' knew I should have brought my lawyer with me,
5  and I wouldn't have had to answer a God damn question.
6      Q.  Okay.  Well, we weren't aware of that when we
7  started this deposition.
8      My last question is, would you like an
9  opportunity to review and sign your transcript?
10     A.  Review what?
11     Q.  There will be a transcript taken of this
12  proceeding and I'm wondering if you want an
13  opportunity to review it.
14     A.  Well, I want a copy of it at least.
15     MR. ADKINS:  Okay.  We'll give you an
16     opportunity to review.
17     THE WITNESS:  I ain't doing it today.
18     MR. ADKINS:  Of course not, no.  We're
19     going to take a short break and then the
20     defendants will have some questions for you.
21     Okay?  Go off the record.
22     THE VIDEOGRAPHER:  Going off record at
23     3:56 p.m.
24     (Brief recess.)
25     THE VIDEOGRAPHER:  Back on the record at

Page 259

1  4:06.
2      MR. ADKINS:  The United States passes the
3      witness.
4          CROSS-EXAMINATION
5  BY MR. HAMILTON:
6      Q.  Good afternoon, Mr. Berlusconi.  Chris
7  Hamilton.  I represent Mr. Sharfi and NeshaFarm in
8  this matter.
9      I know we've been here for a long time -- I
10  think, close to seven hours that the government has
11  had with you without lunch.  I know you've had a
12  bottle of water today.  So I'm going to make this as
13  quick as I can and then we'll get you out of here.
14     So I just have a few questions.  I want to
15  direct you first to DX 40.  We talked a ton about it
16  -- this one -- this exhibit here.  Right?
17     So you had testified earlier -- let me back
18  up.  You had said you saw the site before any of the
19  work was done on it; correct?
20     A.  As far as when the property was bought or --
21     Q.  When it was bought.  Yeah, shortly after it
22  was bought.
23     A.  Well, yeah.  I seen it when it was bought,
24  yes.
25     Q.  Okay.  I know we talked a lot about this sort

Page 260

1  of southwest corner here; right?
2      A.  Yes.
3      Q.  And I know you talked about -- we talked
4  about this western ditch that goes up and down?
5      A.  Yes.
6      Q.  When I say, "western ditch," I'm talking
7  about the one that goes on the left side, the left
8  side of DX 40.  And I know you also testified about a
9  fence that was existing going north to south along
10  that ditch when the property was bought?
11     A.  Yes.
12     Q.  So you recall seeing that; correct?
13     A.  Yeah.  It was a typical skinny post with
14  barbed wire that went along that canal and the back
15  property.  Actually, there was a fence on this other
16  property too, but it was a little better fence,
17  because these homeowners that lived there had horses,
18  so they had a fence that would contain the horses.
19     Q.  Right.  So on the, I guess, kind of the
20  closer side to that ditch to the site, there was
21  already a fence and berm along that ditch; correct?
22     A.  Uh-huh.
23     Q.  I'm sorry.  Is that yes?
24     A.  Yes, yes.
25     Q.  So that side was higher than the ditch;

Page 261

1  correct?
2      MR. ADKINS:  Objection.
3  BY MR. HAMILTON:
4      Q.  Let me rephrase the question.  Where the
5  fence was along the west side of the property when it
6  was purchased, it was higher than the ditch; correct?
7      A.  The property that was purchased by Mr. Sharfi
8  was higher than the ditch, the canal?
9      Q.  Yes, sir.
10     A.  Yes.  The canal went from whatever elevation
11  the ground was, whether it was on Sharfi's side or the
12  other little path that went along the canal -- was
13  always the same height, and then it dipped down to a
14  slope just like -- this is how a drainage canal is
15  made.  Just like that.
16     Q.  Right.  So --
17     A.  When it gets up here, it levels out and goes
18  to zero to your property line -- to your property
19  level.
20     Q.  Right.  So why don't we use that -- what you
21  just did there -- if you want to hold it up again?
22  You talked about -- right -- the side being higher on
23  this side?  It flattened out kind of.  So the fence
24  was along this here, right -- above the ditch, right?
25     A.  Right.

Charles Berlusconi                                                                    March 18, 2022

Page 262

1    Q. So there was already a berm along this side?
2    A. You know, it was -- you would have to be
3  careful walking it, you know. It's not wide. You'd
4  slide down or whatever. Then, of course -- I don't
5  know -- other than weed-eating it, I don't know why
6  you would be in there for. There was alligators in
7  there and so forth.
8    Q. Okay. We talked about -- you talked about
9  kind of this area in the southwest corner here. I
10  forget which letter you put. I think it's F maybe.
11    A. Yeah. I think it's F or E. I think it's XF.
12    Q. XF, right. So, that area, I think you
13  described it at one point as being mucky, depending on
14  when it rains?
15    A. Yeah. It always held water in that corner.
16    Q. Right. But since there was a berm here along
17  this side of the ditch, that mucky water never
18  connected to that ditch; correct?
19    MR. ADKINS: Objection.
20    A. You mean, the water never flowed over into
21  the canal?
22  BY MR. HAMILTON:
23    Q. Yes, sir.
24    A. I never seen it do that.
25    Q. Let me re-ask the question because Mr. Adkins

Page 263

1  objected. I want the record to be really clear.
2    The water you saw standing here never flowed
3  over to this ditch, the north-south ditch; correct?
4    MR. ADKINS: Objection.
5    MR. HAMILTON: What's your objection?
6    MR. ADKINS: How can he testify to
7  whether it's ever done that?
8    MR. HAMILTON: His personal observations.
9  BY MR. HAMILTON:
10    Q. Your personal observations. Have you ever
11  seen the water here on the southwest corner flow over
12  the ditch?
13    A. I'm going to say only once -- and I didn't,
14  you know, make that big a deal -- is when that storm
15  came through -- that hurricane -- and water was
16  literally everywhere. So, you know -- any other time,
17  I didn't know.
18  BY MR. HAMILTON:
19    Q. So from 2017 to 2020 -- so three, three and a
20  half years -- it was that one-time storm; correct?
21    A. Yes. And to go back to your statement -- it
22  couldn't flow over because this area, XF, was low and
23  it was holding water. So how does water that goes
24  from this down here go up here and flow into
25  something?

Page 264

1    Q. One moment. Just to clarify, because I think
2  you testified early on that you saw the water flow --
3  or during that storm -- talking about the storm -- you
4  saw it flow over on this northwest corner; correct?
5    A. Right.
6    Q. So did you mean the northwest corner or the
7  southwest corner when you saw it flow over the --
8    A. During the storm, that whole -- that whole
9  road and everything was gone. It was all water. It
10  was -- I'll say it again. At that hurricane, there
11  was water everywhere, everywhere on the property.
12  Everything was flooded.
13    Q. I know we looked at a ton of pictures
14  today -- Mr. Adkins showed you a bunch -- of different
15  angles and aerials and sites. You pointed out some
16  water here and there.
17    Do you remember all these questions he asked
18  you, generally?
19    A. Uh-huh.
20    Q. Yes?
21    A. Yes, I remember the questions.
22    Q. So we don't know, though, looking, as we sit
23  here today, whether it had rained that day when the
24  photo was taken?
25    A. Oh, yeah. I mean, I can't tell you from when

Page 265

1  it rained, when the picture was taken, no. There's no
2  way.
3    Q. So it's very possible, if a picture shows
4  standing water, it could have rained 30 minutes before
5  the picture was taken; correct?
6    MR. ADKINS: Objection.
7    MR. HAMILTON: What's the --
8    MR. ADKINS: You're asking him to
9  speculate.
10    MR. HAMILTON: I'm asking if it's
11  possible.
12    THE WITNESS: Can I go?
13  BY MR. HAMILTON:
14    Q. You can answer the question.
15    A. I'll say yes, because -- once again, I'm
16  picking on Palm City -- but Palm City can have a
17  thunderstorm come through, and, 20 minutes later, it's
18  90 degrees out. That's Florida. It's worse in Palm
19  City. And I'm serious. A half-hour rainstorm will
20  drop 6, 7 inches of water in a heartbeat out there. I
21  mean, I wouldn't believe it, but I seen it, and I
22  worked out there. When it was done, I couldn't say
23  that. Only God knows that.
24    MR. HAMILTON: Well, Mr. Berlusconi, I
25  think that's all I have, unless the

67 (Pages 262 - 265)

Page 266

```
1    government asks you more questions.  I may
2    have to talk about something they asked.
3    But, other than that, thank you for being
4    here.  Sorry you had to be here for seven
5    hours, but I appreciate you taking a few
6    minutes with us.  Thank you.
7         MR. ADKINS:  No further questions from
8    the United States.
9         THE WITNESS:  I don't know.  I think it
10   came from you guys.  I don't want your money.
11        MR. ADKINS:  Wait.  Before we go off the
12   record, what is this?
13        THE WITNESS:  I don't know.  Someone told
14   me, there's a thing there that says "Cash
15   $42."
16        MR. HAMILTON:  Oh, this is the government
17   witness fee when you subpoenaed him.  The
18   government, I guess, served a check on
19   Mr. Berlusconi.
20        MR. ADKINS:  This looks like a payment to
21   Mr. Berlusconi from Boyd's 1 Process Service.
22        MR. HAMILTON:  We didn't -- I don't
23   think --
24        THE WITNESS:  I don't know where it comes
25   from, but I don't want a dime from anybody.
```

Page 267

```
1         MR. ADKINS:  We have no further
2    questions.
3         THE VIDEOGRAPHER:  Going off record, 4:14
4    p.m.
5         (The reading and signing of the
6    transcript were not waived and these
7    proceedings concluded at 4:14 p.m.)
```

Page 268

```
1                 CERTIFICATE OF OATH
2
3
4    STATE OF FLORIDA
5    COUNTY OF PORT ST. LUCIE
6
7
8
9         I, Lisa Gerlach, Shorthand Reporter and
10   Notary Public, State of Florida, certify that Charles
11   Berlusconi personally appeared before me on the 18th
12   of March, 2022 and was duly sworn.
13
14
15        WITNESS my hand and official seal this 28th
16   day of March, 2022.
17
18
19
20        Lisa Gerlach, Reporter
          Commission #HH41912
          Expires 9/13/2024
21
22
23
     The witness produced Florida driver's license.
24
25
```

Page 269

```
1                CERTIFICATE OF REPORTER
2
3    STATE OF FLORIDA
4    COUNTY OF PORT ST. LUCIE
5
6         I, Lisa Gerlach, Court Reporter, do hereby
7    certify that I was authorized to and did
8    stenographically report the foregoing deposition; and
9    that the transcript is a true and correct
10   transcription of the testimony given by the witness.
11        I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorney or counsel connected with the action, nor am
15   I financially interested in the action.
16        Dated this 28th day of March, 2022.
17
18
19        Lisa Gerlach, Court Reporter
20
21   The foregoing certification of this transcript does
22   not apply to any reproduction of the same by any means
23   unless under the direct control and/or discretion of
24   the certifying reporter.
25
```

Charles Berlusconi                                                    March 18, 2022

Page 270

1   Brandon Adkins, Esq.
2   Brandon.adkins@usdoj.gov
3          March 28th, 2022
4   RE:   United States Of America v. Sharfi, Benjamin K. Et Al
5      3/18/2022, Charles Berlusconi (#5105567)
6      The above-referenced transcript is available for
7   review.
8        Within the applicable timeframe, the witness should
9   read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com.
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 271

1   United States Of America v. Sharfi, Benjamin K. Et Al
2   Charles Berlusconi (#5105567)
3        E R R A T A   S H E E T
4   PAGE_____ LINE_____ CHANGE_____
5   _____
6   REASON_____
7   PAGE_____ LINE_____ CHANGE_____
8   _____
9   REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Charles Berlusconi          Date
25

Page 272

1   United States Of America v. Sharfi, Benjamin K. Et Al
2   Charles Berlusconi (#5105567)
3        ACKNOWLEDGEMENT OF DEPONENT
4        I, Charles Berlusconi, do hereby declare that I
5   have read the foregoing transcript, I have made any
6   corrections, additions, or changes I deemed necessary as
7   noted above to be appended hereto, and that the same is
8   a true, correct and complete transcript of the testimony
9   given by me.
10
11  _____  _____
12  Charles Berlusconi          Date
13  *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19  NOTARY PUBLIC
20
21
22
23
24
25

69 (Pages 270 - 272)