# EXHIBIT 7

# CREECH CONSULTING, INC.

REBUTTAL REPORT OF RICHARD T. CREECH, P.E., P.S.M.

United States v. Benjamin K. Sharfi and Neshafarm, Inc.
Case No. 2:21-cv-14205-KAM (S.D. Fla)

April 7, 2022

This Rebuttal Report addresses the origin and nature of existing ditches in Martin County, Florida near the property that is the subject of this litigation that are identified by the Map of General Reclamation Plan of Palm City Drainage District as recorded in Plat Book 4, Page 60 of the Official Records of Martin County, Florida.   At the request of counsel for the defendants in the above-referenced case, I reviewed the U.S. Department of Justice's Expert Team Report dated February 18, 2022 ("DOJ Expert Report") and evaluated the accuracy of statements made regarding those ditches.

1.  Qualifications: I have practiced both civil engineering and land surveying in the Martin County area for over 40 years.   My professional career has focused on stormwater management, site development, environmental permitting, land surveying, and environmental systems/stormwater retrofits, serving both private and governmental clients. A sample of my clients includes the State of Florida, South Florida Water Management District, Florida Department of Environmental Protection, Florida Department of Natural Resources, Florida Department of Corrections, Florida Department of Transportation, and Martin County. I have performed for Martin County many stormwater master plans, drainage studies, and evaluated existing drainage systems during my career including areas within the Palm City Farms basins. I have personally been involved in evaluating culvert replacements within the Bessey Creek basin and have executed land surveying for various clients and Martin County within this basin.  I also have had the opportunity to speak with various people over the course of my career who had personal knowledge of methods of ditch construction, the purpose of local ditch systems, and pre-construction conditions. This work has given me a familiarity with the history, design and functions of historical ditch networks in Martin County.  I have also served as a qualified expert consultant and witness in various judicial proceedings involving both engineering and surveying challenges and have provided numerous testimonies in quasi-judicial proceedings.  I hold professional engineering licenses in Florida, North Carolina, and Texas and Professional Surveyor and Mapper in the State of Florida. My Resume is attached to this report.

2.  The DOJ Expert Report: The DOJ Expert Report addresses a roughly 9.92 acre site in unincorporated Martin County, that is identified as having an address of 8227 SW Martin Highway, Palm City Florida.  The DOJ Expert Report extensively discusses ditches in the vicinity of the site.  An east-west oriented ditch located north of the site is identified as "Bessey Creek" in the Expert Report.  The report (pages 7-8) states that this ditch was excavated in the 1940s or 1950s in the northern and upstream reach of Bessey Creek, and that it is perennially flowing. The DOJ Expert Report also discusses a smaller ditch that is oriented in a north-south direction and extends from the 9.92 acre site to the ditch identified as Bessey Creek. The DOJ Expert Report (pages 43-44) states that this ditch was excavated in wetlands, and flows intermittently.

3.  Rebuttal:  The DOJ Expert Report contains significant errors regarding the nature and history of the east-west and north-south ditches.  First, the DOJ Expert Report misstates the history of these ditches. These ditches were excavated pursuant to Palm City Reclamation Plan of 1920.  This was a State of Florida recognized program for reclamation as provided for the Regular Session of 1921, under the Special Acts as adopted by the Legislature of Florida during its 18th Regular Session.  As adopted under Chapter 8808 of the

DEPOSITION
EXHIBIT
169

SHARFIEXPERTS0000078

# CREECH CONSULTING, INC.

Laws of Florida, the Palm City Drainage District was initiated by the State and allowed the District to have taxing and bonding authority to construct the proposed reclamation project as identified by the Map of General Reclamation Plan of Palm City, Florida as recorded in the Martin County Public Records (attached as Exhibit M). Subsequently, the drainage projects were initiated and constructed during the 1920's and 1930's, as evidenced by the attached 1940's aerial photo. The District was abolished in 1943 by the Legislature and the District's duties, administration, and affairs were placed upon the Martin County Board of County Commissioners for execution. The ditches addressed in the DOJ Expert Report were part of these works that were initiated by the District for the drainage of the area to cultivate livestock and crops for the small farms that were served by the ditches.

Second, the ditches are not a relocated natural tributary and were not excavated within a natural tributary of Bessey Creek. They were located primarily along linear property lines or along convenient limited vegetational lines of sight as evident of the ditches being coincidental with the Palm City Farms Tract lines, and were not an arbitrary excavation connecting wetlands or depressions. The ditches were excavated, in most part, within pine flatwood upland lands and were constructed to remove runoff from precipitation that fell on the lands to a positive outfall such that the lands, livestock, and crops could be cultivated as described in the Martin County Soil Conservation Survey.

As part of this undertaking, based on my experience, the construction of these types of ditches were established along convenient lines of site, such as trails, limited vegetation, cleared paths, or along boundaries, sectional tract lines, or established platted property lines. They also served as borrow ditches for adjacent roadways. This type of construction is seen in many local drainage districts in the South Florida area. For example, Lake Worth Drainage District in Palm Beach County and Sebastian River Improvement District in Indian River County follow this similar approach of ditching along section lines or boundary lines to provide drainage for the agricultural areas that were anticipated. It would have been atypical for these drainage ditches to be constructed along historical creek or river tributary lines or paths as this would not serve the lot owners' needs conveniently. The typical construction process would have been to survey the section lines or the anticipated ditch or canal path (usually a straight line) that would utilize the topography to aid in the removal of stormwater runoff from precipitation and utilize the survey indicators as a base line. The Creek would be used as the outfall for the districts improvements, but the districts rarely would, at this time of history, construct improvements in wet, saturated, boggy muck areas of tributaries, as construction equipment of the time period were unable to perform such tasks without great effort and expense. The St. Lucie Canal is a good example of expense and challenges in constructing in existing tributaries or rivers as it took many years and dredge barges to construct. The ditches were constructed for the ability for surface runoff as a result of rainfall events from adjacent properties to be conveyed to the open tidal waterways for removal and would only see intermittent flow as a result of rainfall events. *The Expert Report fails to acknowledge these ditches were not constructed as a relocation of a tributary or within a tributary and were not constructed to drain wetlands, but were part of an overall drainage improvement project for this region of Martin County. The Expert Report also fails to recognize that the intermittent flow is the result of precipitation and the ensuing runoff.*

Moreover, in review of the Martin County Soil Conservation Survey (SCS) as published in 1981 (excerpts attached as Exhibits N-R), the majority of the lateral ditches identified were constructed in pine flatwood upland areas. As the ditches do not meander but are straight lines employing the construction and design techniques of the era, the ditches do not resemble or lay within a historical tributary. The constructed infrastructure and ditches do not resemble natural systems as they are linear in the design. Experience

SHARFIEXPERTS0000079

# CREECH CONSULTING, INC.

dictates that natural creek and riverine systems follow irregular patterns that were created by extreme seasonal events such as hurricanes and tropical systems. The Palm City District ditches and canals follow linear paths of property lines and construction conveniences, not irregular tributary paths. This can be seen on the attached aerials of the 1940's, 1950's, and 1960's along with the USGS Quadrangle Maps of the time periods (Exhibits A-K). The USGS Maps, which in my experience are very accurate, indicate the Bessey Creek's Natural Tributary north fork stops at roughly Boat Ramp Road to the north of the intersection of the east west ditch, as identified as Bessey Creek Canal Outlet Canal Number 1 on the Palm City Drainage District Map, and dissipates into the topography. The Soil Survey provides a good indicator that the ditches were constructed in uplands, albeit many agencies and municipalities remark that these "could be" hydric soils, the soils largely reflect pine flatwoods or upland areas. The ditches were excavated in Oldsmar fine sand, Malabar sand, Basinger fine sand, and Holopaw fine sand, according to the Soil Survey. These soils are described and observed to be predominately pine flatwoods containing slash pine, saw palmetto, sabal palms, and wax myrtle. Also, the SCS describes that with *water control measures to remove excess surface waters* these areas could support many agricultural endeavors. This was the intent of the District, to provide water control measures for crop and livestock cultivation. *The Expert Report fails to acknowledge these ditches were not constructed as a relocation of a tributary or within a tributary and were not constructed to drain wetlands, but were part of an overall drainage improvement project. The expert also fails to recognize that the intermittent flow is the result of precipitation and the ensuing runoff and the ditches are dry for significant times of the year.*

In summary, the ditches were constructed to manage surface water runoff from precipitation that fell upon the land and were not constructed as a relocation of a tributary nor constructed within a tributary of Bessey Creek. The ditches have intermittent flow during the year as a result of conveying runoff from the rainfall events to a positive drainage outfall (the natural tributary of Bessey Creek located further east) for the flood protection of the platted residential lots of Palm City Farms area along with providing water management for the cultivation of livestock, crops, and pasture areas. These ditches were part of a plan that was approved by the State of Florida and recorded in the annuals of the State Legislature and Martin County Official Records.

If new information or data becomes available that would materially alter my assessment, I reserve the right to amend or update the summary accordingly

Sincerely,

Richard T. Creech PE PSM

President

rtcreech@creech.consulting

SHARFIEXPERTS0000080