# EXHIBIT 11

Rebuttal Report of Jerald S. Ault, Ph.D

United States v. Benjamin K. Sharfi and Neshafarm, Inc.,
Case No. 2:21-cv14205-KAM (S.D. Fla.)

**Summary.-**  This rebuttal report analyzes the assertion in the DOJ Expert Team Report that there is there a significant nexus between the 9.92 acre Site that is the subject of this case and downstream traditional navigable waters that are part of the St. Lucie Estuary.  The DOJ Expert Team Report asserts that the Site and similarly situated wetlands affect downstream waters in the St. Lucie Estuary (pages 38-44), but does not quantify those effects nor put them into the context of other sources of water that flow into the St. Lucie Estuary.  This report looks at the downstream waters in the St. Lucie Estuary, identifies the issues of concern for those waters, and evaluates the significance of any effects from the Site and similarly situated wetlands.  Based on my review of the available information and experience with the ecology of estuarine systems, it is my conclusion that the Site and similarly situated wetlands do not significantly affect the downstream estuarine waters of the St. Lucie Estuary when put in the context of other sources of water, pollutants, and other factors.

**Credentials.-**  I am a distinguished tenured Full Professor in the Department of Environmental Science and Policy at the University of Miami's Rosenstiel School of Marine and Atmospheric Science with more than 100 peer-reviewed scientific publications, four books, and hundreds of technical documents.  I am internationally recognized for my work in fisheries science, with specific expertise in population dynamics, machine learning, sampling techniques, ecosystem modeling and risk assessment.  I also am a marine and estuarine systems scientist who looks at physical, chemical and biological processes (including freshwater, nutrients, and biological inputs) as they influence and affect the dynamics and sustainability of fisheries and aquatic natural resources.  Over the course of my career, I have conducted studies in a number of US estuaries including Chesapeake Bay, San Francisco Bay, Biscayne Bay, Florida Bay, Tampa Bay, Humboldt Bay, San Diego Bay, Charlotte Harbor, Apalachicola and St. Lucie River.  For this study, I analyzed quantitative data and information provided in technical documents published by the South Florida Water Management District (SFWMD), Florida Department of Environmental Protection (FDEP), Army Corps of Engineers (ACOE), United States Fish & Wildlife Service (USFWS), United States Geological Survey (USGS), etc., conducted an extensive review of the peer-reviewed scientific literature, and I visited the Site and nearby areas.  A copy of current curriculum vitae is attached.

**190**

SHARFIEXPERTS0000001

**Sharfi Rebuttal Report**                                                                                     Page 2 of 25
April 8, 2022

## I.    The "Site" and its Connection to Bessey Creek

The subject of this litigation is a small 9.92-acre property (herein called the "Site") situated east of Palm City, in unincorporated Martin County, Florida.  The precise location of the Site is provided in the DOJ Expert Team Report.  In general terms, the Site is located less than 1.75 miles east of Interstate 95, 0.52 miles north of SW Martin Highway, 0.41 miles south of an east-west (E-W) ditch identified in the DOJ Expert Team Report as "Bessey Creek" (hereafter called the "E-W Ditch"), and 3.5 miles west of the Florida Turnpike (**Fig. I.1**).  Comparison of the aerial photographs in Figure I.1 indicates that the original Bessey Creek watershed was largely restricted to the area east of the Florida Turnpike.  The E-W Ditch extends from the Martin County Solid Waste Transfer Station and Landfill facility (MCTF) on the west to about SW Boatramp Avenue on the east.  Connected to the E-W Ditch are a series of intermittently spaced north-south (N-S) ditches developed to move water off the landscape.  One of these (hereafter called the "N-S Ditch") extends from the Site boundary to the E-W Ditch.  The litigation concerns Site communication with the E-W Ditch which may contribute some inflow to the Bessey Creek watershed.



**Figure I.1.-** Comparison of study area with proximity to the St. Lucie River Estuary in 1952 (upper panel) and 2022 (lower panel).  In the lower panel the Site is shown relative to the E-W Ditch (blue circles are Road crossings).  Light blue lines show Bessey Creek and Danforth Creek drainages in SFWMD's Basins 4, 5, & 6 and proximity to the St. Lucie River.  Green pentagons are SFWMD environmental monitoring stations.

129047663.1

SHARFIEXPERTS0000002

The E-W Ditch runs for about 6.3 miles from the MCTF before it reaches a confluence with the natural Bessey Creek tributary at roughly SW Boatramp Avenue between SW Busch Street and SW Citrus Road.  At this point, at about the westernmost end of the natural Bessey Creek, there is a Hybrid Wetland Technology Treatment (HWTT) facility designed to improve water quality (SWFMD 2015 permit).  The HWTT facility removes nutrients from the E-W Ditch and discharges the treated water back into Bessey Creek near SW Citrus Avenue.  From its confluence with the E-W ditch at SW Citrus Avenue, Bessey Creek flows about 2.8 miles east past the Florida Turnpike and north through a residential neighborhoods and golf courses until it joins and discharges into the downstream tidally-influenced reaches of Bessey Creek that are traditional navigable waters (TNWs) of the St. Lucie Estuary.  Traveling upstream from its Bessey Creek's confluence with the North Fork of the St. Lucie River and C-23 Canal, the uppermost limit of the tidal portion of the St. Lucie estuary (WBID 3211 in Basin 4) is probably just west of SW Murphy Road, near SFWMD monitoring station SLT-09 where the average salinity is 5.4 psu.

## II. The Bessey Creek Watershed

The Bessey Creek watershed (BCW) is the area that drains to Bessey Creek then ultimately to the St. Lucie River.  The upstream, freshwater portions of the BCW are mostly located west of the Florida Turnpike where there is a small portion of the natural creek, and a network of ditches that drain an area of pasture lands, low density residential properties, and some industrial uses.  Bessey Creek flows into the North Fork of the St. Lucie River near the confluence of the C-23 Canal, and its tidal portions become part of the St. Lucie Estuary (SLE).  Almost all of the natural Bessey Creek basin is located east of the Florida Turnpike in the midst of a densely populated and heavily developed area with numerous housing developments, homes and golf courses.  There are several branches of the creek in this area.

I am unaware of any map that formally identifies the hydrological boundaries of the overall BCW.  However, there are two general methodologies to approximate the BCW for purposes of my analysis.  One method is to use SFWMD drainage basins, which are defined by the SFWMD to assist in that agency's management activities.  The DOJ Expert Team Report uses SFWMD Basin 4 as the approximation of the BCW, and they relied on its acreages in certain calculations (DOJ Report, p. 2).  However, it is quite apparent that the BCW extends over a larger area than just Basin 4, and includes at least Basin 5 and possibly portions of other basins.  Notably, the SFWMD often treats Basins 4-5-6 as a group for purposes of its analyses.  Basin 4 has a total acreage of 11,049 acres, Basin 5 has a total acreage of 959 acres, and together Basins 4 and 5 have a combined total area of 12,008 acres (**Figure II.1 & Table II.1**).

Another method to identify the BCW is to use the waterbody identification (WBID) numbers assigned by FDEP to assist in the application of water quality standards.  There

SHARFIEXPERTS0000003

are two WBIDs that partially overlay SFWMD Basins 4 and 5: (1) WBID 3211, labeled "Bessey Creek," covers the area east of the Florida Turnpike; and (2) WBID 3211A that generally covers areas located west of the Florida Turnpike including the Site and the E-W Ditch.  By my calculations, WBID 3211 covers 3,652 acres and WBID 3211A covers 4,222 acres for a combined 7,875 acres (**Table II.1**).  To simplify my analysis, I used SFWMD Basins 4 and 5 to approximate the Bessey Creek watershed acreage, and WBIDs 3211 and 3211A to inform my evaluation of water quality issues.



**Figure II.1.-** Differences in areal coverages between watershed Basins (SFWMD-ACOE) and Waterbody Identification (FDEP) units for: (A) Basins 4 & 5 and WBIDs 3211, 3211A and 3217; and, (B) Basin 6 and WBID 3215 that comprise the Bessey Creek-Danforth Creek watersheds.  Orange lines are basins, while thin yellow lines are WBID boundaries (unit number shown in polygon). Green pentagons in (A) denote the location of SFWMD water quality monitoring stations. Refer to Table 1 for areal calculations.

| Watershed | Basin | WBID | Area (m^2) | Acres | Total Acres | SLT | Difference |
|-----------|-------|------|-----------|-------|-------------|-----|------------|
| **SFWMD Basins** | | | | | | | |
| Bessey Creek | 4 | | | 11,049.1 | | | |
| | 5 | | | 959.1 | 12,008.2 | 09 | |
| | | | | | | | |
| Danforth Creek | 6 | | | 3,926.3 | 3,926.3 | 07 | |
| | | | | | | | |
| | **Basin 4-5-6** | | | | **15,935** | | |
| | | | | | | | |
| **FDEP WBIDs** | | | | | | | |
| Bessey Creek | 4 | 3211 | 14,782,705 | 3,652.9 | | 09 | |
| | 4 | 3211A | 17,087,116 | 4,222.3 | 7,875.2 | | |
| | | | | | | | |
| | 5 | 3217 | 3,376,750 | 834.4 | 834.4 | | |
| | | | | | | | |
| | **4 & 5** | | | | 8,709.60 | | |
| | | | | | | | |
| Danforth Creek | 6 | 3215 | 20,011,311 | 4,944.9 | | 07 | |
| | | | | | | | |
| | **WBID 4-5-6** | | | | **13,654** | | **(2,280.0)** |

**Table II.1.-** Calculation of watershed acreage for the Bessey Creek and Danforth Creek Watersheds that constitute either Basins 4-5-6 and/or WBIDs 3211, 3211A, 3217, & 3215.

129047663.1

## III.    St. Lucie River Estuary Watershed Basin

The St. Lucie River Estuary (SLE) Basin is located in southeast Florida in Martin, St. Lucie, and Okeechobee Counties and is a major tributary to the Southern Indian River Lagoon. The basin is an economically important area where water quality is affected by freshwater runoff from agricultural and urban sources in the watershed and Lake Okeechobee (SFWMD 2012a).  The SLE has experienced increasing human impacts because of population growth, land-use changes, and alteration of watershed drainage patterns (FDEP, 2009; SFWMD, FDEP, and FDACS, 2009).

Historically, the SLE had a relatively small natural watershed.  However, the network of canals, locks and water control structures constructed during the past century to allow drainage for expanding urban growth and agriculture has artificially enlarged that boundary.  Hydrological alterations began in 1924, when the South Fork of the SLE was physically connected to Lake Okeechobee via the C-44 Canal (St. Lucie Canal; Blake, 1980, Lapointe et al., 2012). Additional modifications, extending to the headwaters of the North Fork, were made during the early and mid-1900s to increase the receiving capacity of this system (Herren et al., 2011). The increased receiving capacity was needed to accommodate freshwater inputs from the C-23 and C-24 Canals connected to the North Fork in the 1950s and the previously connected C-44 Canal, which together have expanded the natural watershed to include most of Martin and St. Lucie Counties (Fig. I.2). Although the C-44 Canal normally conveys runoff from the C-44 basin to the SLE, periodic freshwater releases (2,500–10,000 cfs) are made by the ACOE from Lake Okeechobee to control lake water levels (Doering, 1996).

## IV. Claims in the DOJ Expert Team Report Relating to Significant Nexus

The DOJ Expert Team Report asserts that wetlands on the 9.92 acre Site are part of "the waters of the United States" subject to the permitting jurisdiction of the ACOE.  One of the bases of that assertion is the conclusion that wetlands on the Site, when considered alone or in combination with similarly situated wetlands, significantly affect the chemical, physical, and biological integrity of traditional navigable waters.

The DOJ Expert Team Report identifies the similarly situated wetlands as all of the wetlands in SFWMD Basin 4, which the report asserts is an approximation of the overall Bessey Creek watershed.  The DOJ Report calculates those wetlands to be approximately 1,064 acres, as mapped by the USFWS National Wetlands Inventory (NWI) (DOJ Report, pp. 2, 37 & Fig. II.B.1). The DOJ Expert Team Report identifies the affected traditional navigable waters as the tidally-influenced reach of Bessey Creek that it calculates as starting approximately 4.5 miles downstream from the Site, the St. Lucie River, and nearshore waters of the Atlantic Ocean (DOJ Report, pp. 2, 38).

The DOJ Expert Team Report states that the Site and similarly situated wetlands have a significant nexus with traditional navigable waters because they are important to maintaining the chemical, physical, and biological integrity of those downstream waters

129047663.1

SHARFIEXPERTS0000005

(DOJ Report, pp. 38-44).  In particular, the DOJ Report states that the Site and similarly situated wetlands store and release water from precipitation, floods, and stormwater inputs on a long-term and short-term basis (DOJ Report, pp. 38-39); affect water quality in the downstream waters, especially in connection with nutrients (*id.* pp. 40-41); supply carbon (energy) to downstream waters (*id.* pp. 41-42); trap sediments that might otherwise travel to downstream waters (*id.* p. 42); and support plant and faunal communities that are important to maintaining the biological integrity of downstream waters (*id.* p. 42-43).   The Report asserts that the Defendants' activities on the Site functionally diminished the benefits of the Site to the downstream traditionally navigable waters (DOJ Report, pp. 66-75).



**Figure I.2.-** Comparative compartmentalization of the St. Lucie River Watershed by responsible state and federal water management agencies: (A) using Waterbody Identification (WBID) units (FDEP 2020); and, (B) using water drainage Basins (SFWMD 2022). Blue lines in (A) are canals, rivers and creeks; yellow lines show Florida Waterbody Identification (WBID) partitions with WBID number designations.  Orange polygons in (B) are Basin designations.

SHARFIEXPERTS0000006

## III. Methodology for Evaluating Significant Nexus

### A. Standard for Significant Nexus

As indicated in the DOJ Expert Team Report, the federal Clean Water Act regulates the discharge of dredged and fill activities into the "navigable waters," which are defined in the statute as "the waters of the United States."  33 U.S.C. §§ 1311, 1362.  Wetlands are part of "the waters of the United States" if they have a "significant nexus" to traditional navigable waters.  "[W]etlands possess the requisite nexus, and thus come within the statutory phrase 'navigable waters,' if the wetlands, either alone or in combination with similarly situated lands in the region, significantly affect the chemical, physical, and biological integrity of other covered waters more readily understood as 'navigable.'  When, in contrast, wetlands' effects on water quality are speculative or insubstantial, they fall outside the zone fairly encompassed by the statutory term 'navigable waters.'"  Rapanos v. United States, 547 U.S. 715, 779-80 (2006) (Justice Kennedy concurring opinion).   This is the test that I have applied in my evaluation.

The DOJ Expert Team Report identifies various reference materials that relate to the determination of "significant nexus."  (DOJ Report, pp. 27-29.)  One of those materials, a 2008 guidance memorandum entitled "Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in Rapanos v. United States and Carabell v. United States" ("Rapanos Guidance"), provides a methodology for determining whether a significant nexus exists.  (Id. p. 27.)  I have used this methodology to guide my review of the DOJ Expert Team's conclusion that the 9.92 acre Site has a significant nexus to downstream traditional navigable waters.

The Rapanos Guidance indicates that in determining significant nexus, one should evaluate the effects of the subject wetland and all similarly situated wetlands on the downstream traditional navigable waters.  This means that one must identify the similarly situated wetlands and also the downstream traditional navigable waters.  The Rapanos Guidance indicates that "similarly situated wetlands" are those adjacent to the same tributary, which is defined as the "entire reach of the stream that is of the same order (i.e., from the point of confluence, where two lower order streams meet to form the tributary, downstream to the point such tributary enters a higher order stream)"  (Rapanos Guidance, p. 11).  The traditional navigable waters are those used in interstate or foreign commerce, including all waters subject to the ebb and flow of the tide.  (Id. p. 4-5).

The relevant question for analysis is whether wetlands on the Site and similarly situated wetlands significantly affect the chemical, physical and biological integrity of the downstream traditional navigable waters.  This requires an evaluation of effects and significance.  The Rapanos Guidance indicates that considerations in determining effects include the amount of water flow, contribution of pollutants, and ecological functions performed by the similarly situated wetlands that affect the downstream traditional navigable waters.  (Rapanos Guidance, p. 10-11).  In determining significance, one must evaluate the effects in based on conditions in the downstream traditional navigable waters

SHARFIEXPERTS0000007

and determine whether those effects are important in the context of other factors affecting conditions in the downstream waters.

## B. Framework of Analysis

### 1. Similarly Situated Wetlands

The first step in the analysis is identifying the wetlands whose effects on downstream waters must be evaluated. The Site at issue in this case is the 9.92 acre property.  The Rapanos Guidance indicates that similarly situated wetlands are those adjacent to the same tributary as the site.  The 9.92 acre property is located next to the N-S Ditch, which then travels north approximately 0.4 miles until it reaches the larger E-W Ditch.  Since the E-W Ditch is a higher order stream for purposes of the analysis, the relevant tributary would be the N-S Ditch.  The similarly situated wetlands therefore would be those wetlands adjacent the N-S Ditch.  I have not specifically sought to identify the acreage of those wetlands, but I am aware that Dr. Michael Dennis has calculated that there are approximately 13 acres of wetlands as mapped by the NWI in the vicinity of the N-S Ditch and "primary flow path" identified in the DOJ Expert Report, and that the entire area that drains to the N-S Ditch is approximately 103 acres.  For purposes of my analysis, I have accepted Dr. Dennis' calculation of the location and acreage of the similarly situated wetlands.

The DOJ Expert Team Report indicates that the similarly situated wetlands are all wetlands identified by the NWI in Basin 4, which their report calculates to be approximately 1,064 acres (DOJ Report, pages 2, 37).  This identification of similarly situated wetlands is inconsistent with the Rapanos Guidance, which calls for one to identify the tributary where a wetland is located and include only those wetlands adjacent to that tributary (Rapanos Guidance, p. 10).  Moreover, on a technical level, it is my opinion that wetlands located miles away from the Site, wetlands located along other ditches and branches of Bessey Creek, and saltwater wetlands are not similarly situated to the freshwater wetlands located on the Site and nearby areas.

### 2. Downstream Traditional Navigable Waters

The second step of the significant nexus analysis is to determine the downstream traditional navigable water that may be affected.  The DOJ Expert Team Report identifies those waters as the tidally-influenced waters of Bessey Creek, the North Fork of the St. Lucie River, and the nearshore waters of the Atlantic Ocean near the St. Lucie Inlet (DOJ Report, pp. 2, 38).  That is a reasonable identification of the downstream traditional navigable waters.

All of those waters are part of the St. Lucie River Estuary (with the exception of the Atlantic Ocean).  An **estuary** is defined as a partly enclosed coastal body of water in which river freshwater is mixed with seawater, and the saltwater is measurably diluted with freshwater.  The term *estuary* is derived from the Latin words *aestus* ("the tide") and *aestuo* ("boil"), indicating the effect generated when tidal flows and river flows meet.

129047663.1

SHARFIEXPERTS0000008

In a general sense, the estuarine environment is defined by salinity boundaries rather than by geographic boundaries. Fresh water, being lighter than salt water, tends to form a distinct layer that floats at the surface of the estuary. At the boundary between fresh and salt water, there is a certain amount of mixing caused by the flow of fresh water over salt and by the ebb and flow of tides. Additional mixing may be caused from time to time by strong winds and by internal waves that are propagated along the interface between fresh and salt water. On average, estuaries are biologically more productive than either the adjacent river or the sea, because they have a special kind of water circulation that traps plant nutrients and stimulates primary production.

The waters of the St. Lucie Estuary all are affected by the tides, and water flows between those different waters not only from inflow tributaries like Bessey Creek but also as a result of tidal forces. This means those waters are interrelated from a chemical, physical, and biological perspective, and it is difficult to separate the conditions in individual parts of the estuary from other parts of the estuary. For that reason, federal and state agencies that have developed evaluations and plans for the protection of those waters have done so for the overall St. Lucie Estuary, not for individual waters within the estuary. Those plans that I have reviewed include the TMDL Report, Nutrient and Dissolved Oxygen TMDL for the St. Lucie Basin (prepared by FDEP in 2008); the Basin Management Action Plan for the St. Lucie River and Estuary Basin (prepared by FDEP and local stakeholders in 2013); the St. Lucie River Watershed Protection Plan (prepared by the SFWMD, FDEP and FDACS in 2009); and the Central and Southern Florida Project, Indian River Lagoon-South restoration project (prepared by the U.S. Army Corps of Engineers and SFWMD in 2004).

Since these waters all are part of an interrelated aquatic ecosystem, I have evaluated the effects of the Site and similarly situated wetlands principally on the chemical, physical and biological integrity of the St. Lucie Estuary, using the various government planning documents as a point of reference. Where possible, I also have sought to evaluate the effects of the site and similarly situated wetlands on just the tidal portions of Bessey Creek. It appears that the DOJ Expert Team Report has taken the same approach, as it discusses the TNWs of the overall St. Lucie Estuary in general terms but provides in some instances information specific to the estuarine portions of Bessey Creek.

## V. Evaluation of Factors Related to Significant Nexus

The DOJ Expert Team Report identifies five ways that the Site and similarly situated wetlands have an effect on the downstream traditional navigable waters. (DOJ Report, pp. 38-43.) My rebuttal report follows that organization for ease of reference,

### A. Hydrological Effects

The DOJ Expert Team Report states generally that "[w]etlands store and release water from precipitation, floods, and stormwater inputs on a long-term and short-term basis." The Report indicates that wetlands both attenuate peak floodwater flows, and also provide water during seasonal low flows and droughts. The report indicates that there is shallow groundwater in the area of the Site; that the 9.92 acre property is located within the FEMA

SHARFIEXPERTS0000009

100-year flood zone area (which means that there is a 1% chance of flooding in any given year); and, that approximately 56% of Basin 4 consists of residential/commercial and agricultural uses (DOJ Report, pp. 38-39).

The DOJ Expert Team Report provides no quantitative information regarding the effect of the Site and similarly situated wetlands on the hydrology of the downstream traditional navigable waters. There is no quantification of how much flood waters the 9.92 acre property and similarly situated wetlands capture each year or during a 100-year flood event. The Report does not estimate how much water is contributed from the Site, similarly situated wetlands or even all wetlands in Basin 4, during low flow and drought events. The Report does not indicate how the Site and nearby wetlands help prevent flooding in residential, commercial or agricultural areas. There is no data in the DOJ Expert Team Report to evaluate the significance of the hydrological effects on the downstream traditional navigable waters.

To evaluate the assertions in the DOJ Expert Team Report that there are significant hydrological effects, I have turned to reports and planning documents prepared by state and federal government agencies for the St. Lucie Estuary. Using these reports, I have attempted to calculate the approximate percentage of freshwater flows into the St. Lucie Estuary that originate from the Site and similarly situated wetlands. To quantify and assess relative inputs of fresh water and nutrients to the SLE, the St. Lucie River Watershed (SLRW) is divided into three contributing sources: (1) **St. Lucie Basins** (C-44, C-23, C-24, and Ten Mile Creek [TMC] basins); (2) **Tidal Basins** (North Fork; North Mid-Estuary; Basins 4,5,6; South Fork; South Mid-Estuary; and South Coastal basins); and, (3) **Lake Okeechobee**. The corresponding acreages for these contributing areas are shown in **Table IV.A.1**.

| Contributing Areas | Basins | Basin Acreage | Fraction of Watershed Area |
|---|---|---|---|
| **Lake Okeechobee** | NA | NA | |
| **St. Lucie Basins** | C-44 | 132,705 | 0.2468 |
| | C-23 | 110,872 | 0.2062 |
| | C-24 | 83,359 | 0.1550 |
| | Ten Mile Creek (TMC) | 40,327 | 0.0750 |
| | | **367,263** | **0.6829** |
| **Tidal Basins** | North Fork | 91,529 | 0.1702 |
| | North Mid-Estuary | 4,196 | 0.0078 |
| | Basin 4, 5, 6 | 15,935 | 0.0296 |
| | South Fork | 48,792 | 0.0907 |
| | South Mid-Estuary | 2,080 | 0.0039 |
| | South Coastal | 7,991 | 0.0149 |
| | | **170,523** | **0.3171** |
| | **TOTAL SLRW** | **537,786** | **1.0000** |
| | **SLRW (sq. miles)** | 840 | |

Table IV.A.1.- St. Lucie River Watershed acreages for the three principal contributing areas and associated basins (SFWMD 2018, 2022).

129047663.1

SHARFIEXPERTS0000010

St. Lucie River Estuary has a drainage basin of about **840 square miles** (or 537,786 acres) throughout the St. Lucie River Watershed on the Treasure Coast. **St. Lucie Basins** represent 68.3% of the watershed area, while **Tidal Basins** represent about 31.7% of the watershed area in the SLRW. Lake Okeechobee is not a drainage basin for purposes of this analysis because water from the lake only enters the SLE when the ACOE releases water from the lake. However, the average flows from Lake Okeechobee are the largest individual source of inflows to the SLE, exceeding the total inflows from all of the Tidal Basins combined (**Table IV.A.2**).

The SFWMD South Florida Environmental Reports (Volume I), TMDL Report and BMAP Report were used to calculate the total freshwater flows into the St. Lucie Estuary. For the period from Water Years (WY) 2013-2020 (e.g., WY2020; May 1, 2019–April 30, 2020) these were approximately 977,060 acre-feet [ac-ft] per year, on average (**Table IV.A.2**).

| Water Year | Lake Okeechobee | St. Lucie Basin | | | | Tidal | Total |
|---|---|---|---|---|---|---|---|
| | | C-44 | C-23 | C-24 | TMC | | |
| WY2013 | 61.99 | 90.73 | 85.78 | 125.82 | 81.34 | 213.60 | 659.26 |
| WY2014 | 418.56 | 257.15 | 169.43 | 107.68 | 84.33 | 267.83 | 1,304.98 |
| WY2015 | 80.25 | 107.98 | 104.99 | 104.55 | 84.17 | 268.67 | 750.61 |
| WY2016 | 369.84 | 188.57 | 106.70 | 176.61 | 114.44 | 262.56 | 1,218.72 |
| WY2017 | 338.21 | 78.82 | 65.89 | 97.95 | 127.77 | 236.53 | 945.17 |
| WY2018 | 585.62 | 79.85 | 219.66 | 221.13 | 152.87 | 316.85 | 1,575.98 |
| WY2019 | 308.28 | 121.06 | 92.03 | 77.01 | 92.95 | 176.19 | 867.52 |
| WY2020 | 0.00 | 31.16 | 56.39 | 59.39 | 85.68 | 261.58 | 494.20 |
| | | | | | | | |
| Average | 270.34 | 119.42 | 112.61 | 121.27 | 102.94 | 250.48 | 977.06 |
| Fraction of Total | 0.2767 | 0.1222 | 0.1153 | 0.1241 | 0.1054 | 0.2564 | 1.0000 |

Table IV.A.2.- St. Lucie River Watershed annual inflow volumes (x 1,000 acre-feet) for principal contributing basins shown in Table IV.A.1 for Watershed Years 2013-2020 (SFWMD 2022).

This was slightly lower than the full period of record (POR; WY1997–WY2020) long-term average of 983,710 ac-ft per year (**Table IV.A.3**). For the full POR, 25.7% (252,300 ac-ft) was from the Tidal Basins, 48.4% (476,490 ac-ft) from the St. Lucie Basins, and 25.9% (254,920 ac-ft) from Lake Okeechobee to the SLE.

Notably, average total rainfall across the SLRW in WY2020 was 51.6 inches, lower than WY2019 (52.8 inches), but slightly above the long-term annual average (WY1997–WY2020 = 48.8 inches). In WY2020, 66% of the precipitation occurred in the wet season and 34% in the dry season.

Of those total inflows, Tidal Basins contribute about 25.6% or 250,480 acre-feet per year. Since Basin 4-5-6 is about 2.96% of the St. Lucie River Watershed Basin Acreage (**Table IV.A.1**), it contributes roughly about 23,577 ac-ft per year. Those reports also indicate that Basins 4 & 5, which represent the Bessey Creek watershed and some adjacent areas, contribute 17,767 acre-feet per year, on average, or 7.0 percent of Tidal Basin inflows or 1.8 percent of total inflows to SLRW. These reports thus indicate that the Bessey Creek watershed, as a whole, is a minor source of freshwater for the St. Lucie Estuary.

129047663.1

SHARFIEXPERTS0000011

| Water Year | Lake Okeechobee | St. Lucie Basins | Tidal Basins | TOTAL |
|---|---|---|---|---|
| WY2013 | 61.99 | 383.67 | 213.60 | 659.26 |
| WY2014 | 418.56 | 618.59 | 267.83 | 1,304.98 |
| WY2015 | 80.25 | 401.69 | 268.67 | 750.61 |
| WY2016 | 369.84 | 586.32 | 262.56 | 1,218.72 |
| WY2017 | 338.21 | 370.43 | 236.53 | 945.17 |
| WY2018 | 585.62 | 673.51 | 316.85 | 1,575.98 |
| WY2019 | 308.28 | 383.05 | 176.19 | 867.52 |
| WY2020 | 0.00 | 232.62 | 261.58 | 494.20 |
|  |  |  |  |  |
| **Avg. WY2013-WY2020** | **270.34** | **456.24** | **250.48** | **977.06** |
| Fraction of Total | 0.2767 | 0.4669 | 0.2564 | 1.0000 |
|  |  |  |  |  |
|  |  | **Tributary-based** | 0.7233 |  |
|  |  |  |  |  |
| **Avg. WY1997-WY2020** | **254.92** | **476.49** | **252.3** | **983.71** |
| Fraction of Total | 0.2591 | 0.4844 | 0.2565 | 1.0000 |
|  |  |  |  |  |
|  |  | **Tributary-based** | 0.7409 |  |

**Table IV.A.3.-** St. Lucie River Watershed Basin annual inflow volumes (x 1,000 acre-feet) for the three principal contributing areas for Watershed Years 2013-2020 (SFWMD 2022).

The Site and similarly situated wetlands contribute an even smaller percentage of water to the St. Lucie Estuary. Dr. Dennis has calculated there to be 13 acres of wetlands on the Site and adjacent to the N-S Ditch and "primary flow path," and 103 acres in the total drainage area for that same tributary. Using either the acreage of similarly situated wetlands (13 acres) or the acreage of the drainage area of the N-S Ditch and "primary flow path" (103 acres), it is clear these areas are only a small portion of the Bessey Creek watershed. The Bessey Creek watershed (Basins 4 and 5) cover approximately 12,008 acres total. This means that the similarly situated wetlands make up approximately 0.1% of the Bessey Creek watershed, and the entire area that drains to the N-S Ditch is 0.86% of the Bessey Creek watershed. Assuming conservatively that acreage in the watershed contributes freshwater flows in rough proportion to its respective fraction of the watershed, this means that the Site and similarly situated wetlands would generate 19.2 ac-ft of inflow annually, and contribute 0.0076%, 0.019%, and 0.11 % of the total annual inflows from the Tidal Basins, St. Lucie River, and Bessey Creek watersheds, respectively. This is an insignificant contribution to the hydrology of the St. Lucie Estuary.

| Watershed | Acreage | Areal Fraction | Contribution |
|---|---|---|---|
| "Site" & similar situated wetlands | 13.00 | 1.00000000 | 0.00002417 |
| N/S Ditch | 103.00 | 0.12621359 | 0.00019153 |
| Bessey Creek (Basins 4, 5) | 12,008.20 | 0.00108259 | 0.02232896 |
| Basins 4, 5, 6 | 15,935.00 | 0.00081581 | 0.02963075 |
| Tidal Basins | 170,523.00 | 0.00007624 | 0.31708338 |
| St Lucie River Watershed | 537,786.00 | 0.00002417 | 1.00000000 |

**Table IV.A.4.-** Relative comparisons of watershed acreages in and contributions to the St. Lucie River Watershed (SLRW).

129047663.1

Based on these rough calculations, it is my opinion that the 9.92 acre property and similarly situated wetlands do not have a significant effect on the hydrology or salinity of the St. Lucie Estuary or tidally-influenced portions of Bessey Creek. Water that is discharged from or held on the Site and similarly situated wetlands would have no measurable effect on salinity, water levels, of flow into the downstream TNWs.

### B. Water Quality Effects

The DOJ Expert Team Report states that wetlands are critical to downstream water quality by storing and sometimes removing pollutants (DOJ Report, pp. 40). The Report provides no data regarding water quality at the Site or nearby wetlands. The Report also does not explain how much activities on the Site have increased the potential for pollutants to travel to downstream TNWs; to the contrary, the Report indicates that the defendants' activities reduce surface runoff from the Site which also would reduce pollutants leaving the Site (DOJ Report, p. 70). The DOJ Expert Team Report also provides no data regarding water quality in the downstream TNWs except for limited data for the HWTT facility and at SLT-09 (DOJ Report, p. 41). It is not possible to conclude that the Site and similarly situated wetlands have a significant effect on water quality in downstream estuarine areas without comprehensive water quality data.

To evaluate water quality effects on traditional navigable waters, I focused on data related water quality standards. Florida's water quality standards are designed to ensure that surface waters can be used for their designated uses. The most important pollutants for the health of South Florida waterbodies typically are total phosphorus (TP) and total nitrogen (TN). For the SLE, the WY2013–WY2020 eight-year averages indicate that of the **St. Lucie Basins**, the C-23 basin represented the largest contribution, with 12% of total flow, 19.6% of TP load, and 14% of TN load. The WY2013–WY2020 eight-year averages indicate the **Tidal Basins** represented the smallest contribution to the SLE with 25.6% of total flow, 11.2% of TP load, and 17% of TN load. For the WYs 2013-2020, the percent contribution of total phosphorus (TP) loads to the SLE were: 21% from Lake Okeechobee; 67.8% for the St. Lucie Basin, and 11.2% for Tidal Basins (**Table IV.B.2**).

| TP (pounds) | | St. Lucie Basin | | | | | |
|---|---|---|---|---|---|---|---|
| WY | Lake Okeechobee | C-44 | C-23 | C-24 | TMC | Tidal | Total |
| WY2013 | 20,854 | 79,315 | 114,674 | 109,780 | 54,074 | 60,401 | 439,098 |
| WY2014 | 156,404 | 233,999 | 205,452 | 97,634 | 49,621 | 83,481 | 826,591 |
| WY2015 | 29,407 | 81,828 | 126,137 | 91,682 | 42,369 | 67,477 | 438,900 |
| WY2016 | 184,267 | 140,510 | 117,936 | 131,935 | 92,409 | 67,411 | 734,469 |
| WY2017 | 125,277 | 66,199 | 62,804 | 75,568 | 113,836 | 62,980 | 506,664 |
| WY2018 | 353,831 | 150,430 | 220,486 | 245,484 | 155,015 | 99,904 | 1,225,151 |
| WY2019 | 161,915 | 112,514 | 80,814 | 90,139 | 63,553 | 38,203 | 547,137 |
| WY2020 | 0 | 10,515 | 37,277 | 33,375 | 49,511 | 70,277 | 200,955 |
| | | | | | | | |
| Avg WY2013-WY2020 | 128,994 | 109,414 | 120,698 | 109,449 | 77,549 | 68,767 | 614,871 |
| Fraction | 0.2098 | 0.1779 | 0.1963 | 0.1780 | 0.1261 | 0.1118 | 1.0000 |

**Table IV.B.1.-** Total phosphorus (TP) inputs (pounds) to the St. Lucie River Watershed (SLRW) for the principal Basins contributing for Water Years 2013-2020 (SFWMD 2022).

129047663.1

The high TP measurement at C-23 seems to be borne out by the C23S48 monitoring station time series (**Fig. IV.B.1**).



**Figure IV.B.1.-** C-23 canal time series of total phosphate as P (TP) measurements at station C23S48 from January 19, 1971, to January 18, 2022 (n = 1,747). Dashed horizontal blue line shows time series mean total P observation ($\bar{P}$). Solid horizontal red line shows the FDEP maximum allowable total P concentration ($P_{lim}$).

|  | pound/mg | cubic ft/L | gallon/cubic ft | acre-ft/gallon | lbs/acre-ft | Avg Depth Adj. | lbs/acre |
|---|---|---|---|---|---|---|---|
| 1 mg | 2.204623E-06 |  |  |  | 2.719365 | 1.34162 | 3.648354 |
| 1 L |  | 0.0353147 | 7.48049461 | 3.068887E-06 |  |  |  |

**Table IV.B.2.-** Algorithmic steps to convert pollutant concentration measurement units of milligrams per liter (mg/L) to pounds per acre (lbs/acre).

|  |  | TP |  |  |
|---|---|---|---|---|
|  | Lake Okeechobee | St. Lucie | Tidal | TOTAL |
| pounds | 128,994 | 417,109 | 68,767 | 614,871 |
| concentration (mg/L) | 0.1413 | 0.3261 | 0.1007 |  |
| pounds/acre | 0.5157 | 1.1899 | 0.3673 |  |
| acres est |  | 350,550 | 187,237 | 537,786 |
|  |  |  |  |  |
| Fraction of Area | 0.0000 | 0.6518 | 0.3482 | 1.0000 |
| Fraction of TP Load | 0.2098 | 0.6784 | 0.1118 | 1.0000 |

**Table IV.B.3.-** Average total phosphorus (TP) loads (in pounds) to the St. Lucie River Watershed for the three principal contributing areas for Watershed Years 2013-2020 (SFWMD 2022)..

SHARFIEXPERTS0000014

| TN (pounds) | | St. Lucie Basin | | | | | |
| WY | Lake Okeechobee | C-44 | C-23 | C-24 | TMC | Tidal | Total |
|---|---|---|---|---|---|---|---|
| WY2013 | 227,672 | 388,948 | 398,493 | 561,576 | 231,662 | 523,197 | 2,331,549 |
| WY2014 | 1,455,402 | 1,165,896 | 794,958 | 417,782 | 211,514 | 702,086 | 4,747,637 |
| WY2015 | 274,803 | 385,178 | 444,433 | 418,421 | 204,967 | 585,097 | 2,312,900 |
| WY2016 | 1,581,076 | 637,276 | 450,738 | 719,743 | 329,936 | 669,526 | 4,388,295 |
| WY2017 | 1,369,518 | 137,071 | 251,061 | 357,359 | 351,076 | 567,704 | 3,033,789 |
| WY2018 | 2,966,113 | 565,742 | 1,008,478 | 1,007,839 | 503,930 | 859,107 | 6,911,209 |
| WY2019 | 1,203,724 | 354,096 | 366,970 | 339,459 | 247,733 | 394,856 | 2,906,836 |
| WY2020 | 0 | 98,361 | 216,827 | 240,326 | 236,644 | 677,595 | 1,469,753 |
| | | | | | | | |
| Avg WY2013-WY2020 | 1,134,789 | 466,571 | 491,495 | 507,813 | 289,683 | 622,396 | 3,512,746 |
| Fraction | 0.3230 | 0.1328 | 0.1399 | 0.1446 | 0.0825 | 0.1772 | 1.0000 |

**Table IV.B.4 -** Total nitrogen (TN) inputs (pounds) to the St. Lucie River Watershed (SLRW) for the principal Basins contributing for Water Years (WY) 2013-2020 (SFWMD 2022).

From these data, it is clear that the Site and similarly situated wetlands are insignificant contributors of TP and TN to the SLE. All the Tidal Basin combined contribute 11.2% and 17.7% of TP and TN loads, respectively. Basins 4 and 5, which approximate the Bessey Creek watershed contribute 0.79% and 1.25% of TP and TN loads, respectively. The Site and similarly situated wetlands make up approximately 0.11% of Basins 4 and 5. Even if one assumes that pollutant loading is evenly distributed across the watershed (which is a conservative assumption as explained below), that would mean that the Site and similarly situated wetlands contribute 0.00085% and 0.0014% of TP and TN loads to the SLE, respectively.

The location of the Site and similarly situated wetlands indicates that they affect water quality in downstream estuarine areas less than their proportion of the watershed would suggest. The DOJ Expert Team Report indicates that the primary sources of water pollution to the estuarine portions of Bessey Creek and the broader SLE are septic tanks and agricultural runoff (DOJ Report, pp. 37-38, 40-41). That is consistent with the scientific literature. Pollution in the SLE now includes elevated concentrations of fecal coliform bacteria, which could be related to the increased use of septic tanks in the surrounding urban watersheds in the City of Stuart and Martin County (Belanger, Price, and Heck, 2007). Elevated concentrations of fecal coliforms typically follow periods of heavy rainfall in urbanized areas along the land–sea interface (Mallin et al., 2000; Weiskel et al. 1996). Once riverine surface waters become contaminated by fecal organisms, their survival and growth is dependent on environmental factors, such as salinity, nutrients, organic matter, and irradiance. On-site sewage disposal systems (septic tanks and shallow injection wells) enrich shallow groundwaters with dissolved nutrients, coliform bacteria and viruses that are transported into nearshore surface waters via submarine groundwater discharge (Lapointe et al., 2012). As pointed out in the DOJ Expert Team Report, the majority of septic tanks in the Bessey Creek watershed are located east of the Florida Turnpike along the estuarine portions of the creek (DOJ Report, p. 40, Figs. V.C.4.1 & V.C.4.2). There is no dense urban development in the area of the Site, so there is no similar concentration of septic systems. The report also shows that only a small area of agricultural activities occur near the Site, with most agricultural areas in Basin 4 located more than a mile away. (DOJ Report, p. 40 & Fig. V.C.4.3). Even if wetlands help to trap pollutants from septic tanks and

SHARFIEXPERTS0000015

agricultural activities, the lack of proximity of the Site to the major locations those pollutant sources means that they have little importance in addressing septic and agricultural pollution. This mapping indicates that the area near the Site contributes fewer pollutants to downstream estuarine waters than other areas of Basins 4 and 5, which further reduces the significance of the Site and similarly situated wetlands on water quality in the tidal areas of Bessey Creek and the SLE (**Fig. IV.B.2**).



**Figure IV.B.2.-** Land uses in 2004 in the St. Lucie River Watershed and Estuary Basin (FDEP 2014).

The importance of the area near the Site on downstream water quality is further diminished by the presence of the HWTT facility. The Watershed Technologies, Inc. (WT) HWTT plant at SW Boatramp Avenue was completed in 2015. The HWTT water treatment plant is a continuous flow-through water treatment system, designed for nutrient removal for the portion of the watershed upstream (or west) of SW Boatramp Avenue totaling 2,675 acres. The Site and similarly situated wetlands all are located upstream of this facility. The facility comprises a 23.2 acre western portion of the WPCC flow-through marsh. The inflow pump withdraws water from Bessey Creek at a rate equal to or less than real-time creek flow. The minimum pumping rate is 0.5 cfs, while the maximum pumping rate is 20.0 cfs. Reports from WT indicate that flows in the E-W Ditch at the inflow point rarely exceed 20 cfs, which suggests that the HWTT treats most of the flow in normal conditions. Studies over five years show that HWTT achieves inflow reductions of approximately 85% for TP, and TN reductions of 57%. This means that the Site and wetlands served by the E-W Ditch contribute less TP and TN than even their acreage would suggest, because the HWTT facility removes most TP and nearly half the TN from the water flowing in the E-W Ditch.

Since the Site and nearby wetlands constitute a small percentage of the overall Bessey Creek and SLE watersheds, they are not located near the primary sources of pollutants affecting the downstream areas, and the amount of pollutants in the E-W Ditch is further reduced by the HWTT, the effect of those wetlands on water quality in the downstream waters is insignificant.

129047663.1

This conclusion is consistent with the FDEP's designation of impaired water bodies in the SLE. FDEP periodically reviews data from all water bodies in Florida to determine if those water bodies are meeting water quality standards. Water bodies not meeting water quality standards are listed as "impaired" for specific pollutants. For impaired water bodies, FDEP calculates total maximum daily loads (TMDL) of the relevant pollutants that a water body can assimilate and meet water quality standards. FDEP then issues a Basin Management Action Plan (BMAP) that identifies actions to achieve the TMDL.

As noted in the DOJ Expert Team Report, several of the WIBIDs in the SLE were listed as impaired for nutrients (TP and TN) in 1998 (DOJ Report, p. 38). The list of impaired waters included WIBID 3211, which covers the estuarine portions of Bessey Creek. In 2008, FDEP issued a TMDL report for the SLE (FDEP 2008). The TMDL report indicated that WIBID 3211 was impaired for nutrients, but that WIBID 3211A (the upstream basin where the Site is located) is not. This can be seen in **Fig. IV.B.3** (FDEP 2008). The 2008 TMDL report indicates that its TN and TP load limitations specifically apply to WBID 3211.



**Figure IV.B.3.-** Verified impaired WBIDs for nutrients and dissolved oxygen for the St. Lucie Basin (WBIDs 3193, 3194, 3194B, 3197, 3200, 3210, 3210A, 3211, and 3218). Source: FDEP (2008).

The St. Lucie Basin TMDL report set loading limits for TP, TN, and biological oxygen demand (BOD) in WBID 3211. The TMDL water quality targets (using arithmetic means) or nutrient endpoints for WBID 3211 are:

Total Phosphorus (TP) = $810 \frac{\mu g}{L} = 0.081 \frac{mg}{L}$

Total Nitrogen (TN) = 0.72 mg/L

SHARFIEXPERTS0000017

The primary water quality data available for WIBID 3211 is SLT-09, which is located in the estuarine portion of Bessey Creek east of the Florida Turnpike.  SLT-09 is located approximately two miles downstream of the HWTT.

The introduction of the HWTT reduced contributions of TN and TP from areas in WIBID 3211A (including the E-W Ditch).  Prior to introduction of the HWTT, WT reported that its monitoring results in the 2014 - 2015 period mirrored its 2015 – 2016 results.  TN average at SLT-09 for June 2015 to July 2016 was 0.991 mg/L, and TN average at SLT-09 for June 2014 to July 2015 was 0.996 mg/L.  TP average at SLT-09 for June 2015 to July 2016 was 0.179 mg/L, and TP average at SLT-9 for June 2014 to July 2015 was 0.178 mg/L.  WT's monitoring results for TP for the June 2015 to July 2016 period resulted in an inflow mean of 0.196 mg/L and an outflow mean of 0.029 mg/L.

$$\frac{0.196-0.029}{0.196} = 0.8520 \text{ or a } 85.20\% \text{ reduction in TP}$$

Monitored results for TN at the HWTT during the same period showed an inflow mean at 1.57 mg/L with an outflow mean at 0.67 mg/L.

$$\frac{1.57-0.67}{1.57} = 0.5732 \text{ or a } 57.32\% \text{ reduction in TN}$$

Data from SLT-09 indicates that water quality improved at that location after implementation of the HWTT.  These positive effects of the HWTT on waters flowing from the E-W Ditch post-implementation in 2015 are reflected in the downstream SLT-09 monitoring station time series for TP (**Fig. IV.B.4**), TN (**Fig. IV.B.5**), nitrate-nitrite and ammonia (**Fig. IV.B.6**).



**Figure IV.B.4.-** Time series of total phosphate as P (TP) at SLT-09 from November 2001, to October 2021 (n = 276). Dashed horizontal blue line shows time series mean total P observation ($\bar{P}$). Solid horizontal red line shows the Florida TMDL standard (FDEP 2013) maximum allowable total P concentration ($P_{NNC}$). Vertical red line shows the introduction of the HWTT.  Purple vertical dashed line shows point of Sharfi site activities.

SHARFIEXPERTS0000018



**Figure IV.B.5.-** Time series of total nitrogen (TN) measurements at SLT-09 from November 19, 2001, to October 22, 2021 (n = 274). The early part of the series is Kjeldahl Total N (green circles), while the later portion was a change in method to Total N (red circles). Dashed horizontal blue line shows time series mean total N observation ($\bar{N}$). Solid black horizontal line is the TMDL. Vertical red line shows the introduction of the HWTT. Dashed vertical purple line shows the point of Sharfi site activities.



**Figure IV.B.6.-** Measurement time series of: (A) total Nitrate & Nitrite; and (B) Ammonia at SLT-09 from November 11, 2001, to November 2, 2021. Dashed horizontal blue line shows time series mean. Vertical red line shows the introduction of the HWTT. Vertical dashed line shows point of Sharfi site activities.

SFWMD's recent monitoring results at SLT-09 continue to demonstrate poor water quality in Bessey Creek. SFWMD monitoring results for TP from August 2019 to October 2021 found 22 out of 35 samples greatly exceeding the FDEP TMDL target goal of 0.081 mg/L for TP. SFWMD sampling results for DO from May 2020 to November 2021 found 13 of 14 samples with DO less than 5 mg/L. Although SFWMD did not report oxygen saturation levels in their sampling efforts, prolonged DO levels below 5 mg/L stress aquatic life (Dowling and Wiley 1986).

However, SLT-09 is located approximately 2.1 miles downstream from the HWTT. There are multiple potential sources of TN and TP downstream of the HWTT, including the large residential area with septic tanks east of the Florida Turnpike. Since the HWTT dramatically reduces the levels of TN and TP flowing from the E-W Ditch, water quality at SLT-9 since 2015 appears driven by other sources of pollutants than those coming from the E-W Ditch. Moreover, the Site and nearby area draining to the N-S Ditch make up only

SHARFIEXPERTS0000019

3.8% of the basin served by the HWTT (103 acres out of 2,675 acres in the basin), so the contribution of the Site and similarly situated wetlands to pollutants in the E-W Ditch, and by extension SLT-9, necessarily is quite small. I also note that since 2018, when the defendants engaged in activities on the Site that are the subject of this case, water quality at SLT-09 is the same or better than prior to 2018, which is consistent with Site's effects on downstream water quality being *de minimis*.

### C. Carbon Production, Cycling and Export Effects

The DOJ Expert Team Report states that wetlands in Basin 4 contribute particulate and dissolved organic matter to downstream waters, which provides an energy source for flora and fauna. (DOJ Report, pp. 41-42). The Report provides no quantitative information regarding the amount of carbon exported from the Site and similarly situated wetlands, the total amount of carbon available in the estuarine portions of Bessey Creek and SLE.

The movement of carbon from one area to another is the functional basis of the carbon cycle. Basically, carbon is important for all life on Earth as all living things are made up of carbon. Sources of carbon can be produced by both naturally and anthropogenically. Typically, carbon is found in wetlands ecosystem stored in plants and trees, but it is also found in soil from dead and decaying animals and animal waste. Plants use carbon dioxide from the atmosphere to make the building blocks of food during photosynthesis, and animal and plant respiration emit carbon into the atmosphere. These are large dynamical cycles and processes. However, given the small area of the Site, the DOJ Report failed to provide any specific any insights nor provided any data, either qualitative or quantitative on which to base absolute or comparative effects of what might be real or perceived changes in carbon production, cycling or export. Frankly, from what was presented it is impossible to conclude any significant effect(s). The similarly situated wetlands we identified have been shown to be a very small portion of the Bessey Creek, or further, the St. Lucie River watersheds, and as a consequence, expected carbon inputs are going to be comparatively quite small. From the variety of carbon sources identified above, there was no specific information in the DOJ Report that identified specific processes involved or the quantity of those processes, for example, the amount or ratio of production of wetland plants versus upland plants. Finally, it is apparent that the HWTT has likely had a significant effect in reducing the quantity of carbon matter floating downstream, making the similarly situated wetlands even less important. Even if wetlands in general can be a source of carbon inputs to downstream waters, the DOJ Report provides no basis to conclude that those inputs from the Site and similarly situated wetlands in this case have any measurable or significant effects on downstream TNWs.

129047663.1

SHARFIEXPERTS0000020

### D.  Sediment Effects

The DOJ Expert Team Report states that wetlands can trap and entrain sediments in stormwater flows, which can benefit downstream water quality.  (DOJ Report, p. 42).  The Report states that the authors saw sediment in the E-W Ditch and nearby areas, and based on that, concludes that wetlands in the area are "critical" to reducing downstream phosphorus levels.

With respect to sedimentation effects, these could produce detrimental impacts on wetlands, since accumulation of sediments in wetlands decreases wetland volume, decreases the duration of time that wetlands retain water, and can could affect plant community structure by burial of seed banks.  However, the exceptionally flat topography and the low transport volumes from the Site to the E-W Ditch and then downstream strongly suggest little to no effect are to be expected.  On the other hand, in terms of actually quantifying sediment effects if they were to exist, the DOJ Expert Team Report failed to present any data or evidence concerning sedimentation loads or processes either near the Site or in the TNWs.  The DOJ Report also does not quantify how much sedimentation trapping reduces phosphorus levels, and cites to literature indicating that sediment trapping is ineffective in reducing dissolved phosphorus concentrations.  (DOJ Report, p. 42).  As a consequence, it is impossible to conclude that there are significant sedimentation effects from the wetlands at issue here on the downstream TNWs.  Additionally, the DOJ Report did not consider the potential contributions of similarly situated wetlands, and as we have shown, these are a miniscule portion of the total watershed, thus, expected sedimentation effects are likely proportional.  The DOJ Report does not provide any facts that would suggest that the Site wetlands and nearby areas are located in a place important for intercepting sediments.  Finally, the distance from the Site to downstream navigable waters, coupled with the very flat regional topography indicates that the sedimentation effects would be less than that expected from other areas downstream, simply because it would be difficult for sediments to flow miles downstream over the intervening terrain. I find no reason to believe that sedimentation effects from the Site and areas near the N-S Ditch would be significant on estuarine portions of Bessey Creek.

### E.  Plant and Faunal Community Effects

The DOJ Expert Team Report states that Site wetlands and similarly situated wetlands provide habitat for plant and faunal communities that use those areas and downstream TNWs.  (DOJ Report, pp. 42-43).  These statements on their face do not indicate that the Site and nearby areas have significant effects on plant and animal populations in downstream estuarine waters.  The DOJ Report also does not indicate that wetlands in the vicinity of the

SHARFIEXPERTS0000021

Site are used by any organisms in the estuarine aquatic habitat. The only species referenced in the Report are terrestrial species and birds. With respect to potential plant and faunal community effects, it should be noted that the Site is at the very upper reaches of the watershed (more than 8 miles distant from the SLE via ditch and creek). For most of the wildlife cited, the dependence on the Site as functional habitat would appear to be zero. Even for birds that frequent estuarine environments and are capable of large ranges that cover substantial areas of real estate (including areas outside of Basins 4 and 5), there are many other alternative habitats available that provide greater value to their life history demographics (birth and growth rates).

In general, river-estuarine ecosystem dynamics are characterized by a system of delicate balances in a series of physical, chemical and biological process dynamics. Physical processes like flows bring essential nutrients (e.g., phosphorus and nitrogen), appropriate salinities on key habitats, and other life sustaining chemicals from the watershed to the river. These are essential ingredients of the biological food chain/food web dynamics. Nutrients stimulate primary production (i.e., plant growth, phytoplankton) and zooplankton at the base of the food chain. This energy is passed up the chain to generate secondary production in the form of small invertebrates (e.g., crabs, shrimp, etc.) and baitfish (e.g., mullet, silversides, pinfish, etc.), and ultimately up to principal predators (e.g., snook, red drum, tarpon and sharks). TMDLs represent the estimated boundary of system overages in nutrients, etc., that lead to, *vis a vis*, oxygen depletion and harmful algal blooms. Thus, maintaining the balance is critical to maintaining productive ecosystem dynamics and the human benefits derived from them.

In this regard, the DOJ Expert Team Report failed to provide any quantification of the absolute or relative numbers of animal (fishes, birds, mammals, reptiles, etc.) present on the Site or in fact in areas proximal to the TNWs, so again it is impossible to quantify the relative significance of the Site to the regional biology and population dynamics of the TNWs. Very clearly, the ecology and ecological dynamics of the Site is quite different than the river-estuarine ecology of the TNWs, so this is really an apples-and-oranges comparison. Additionally, the proportion of the similarly situated wetlands to the watershed suggests there is an insignificant biological effect. Finally, as previously noted, the Site's location, many miles away from the estuarine waters of the SLE makes it far less likely that flora and fauna from the Site would ever interact with those estuarine waters.

## VI. Conclusion

I am aware of no evidence that would indicate that the Site and similarly situated wetlands have a significant effect on the chemical, physical and biological integrity of downstream TNWs in the St. Lucie Estuary. The Site and nearby areas are a tiny fraction of the overall

SHARFIEXPERTS0000022

watershed, and are located at uppermost reach of the drainage basin miles away from estuarine waters. Publicly available data indicates that they contribute insignificant percentages of freshwater flows and pollutants to the downstream waters, and that they are not the cause of water quality problems downstream. The DOJ Expert Team Report does not quantify any effect of the Site and similarly situated wetlands on downstream waters, and does not show how the effect of these wetlands are significant in the context of conditions in the downstream waters. I therefore conclude that there is no significant nexus between the Site and similarly situated wetlands and the waters of the St. Lucie Estuary.

Dated: April 8, 2022

Jerald S. Ault, Ph.D.

**References**

Belanger T.V., Price T.L., & Heck H.H. 2007. Submarine groundwater discharge in the Indian River Lagoon, Florida. How important is it? Hydrological Sciences, 4, 3442362.

Blake, N.M., 1980. Land into Water—Water into Land: a History of Water Management in Florida. Tallahassee: University Presses of Florida, 344 p.

Byrne B.M.J., Patino E., & Norton G.A. 2004. Hydrologic data summary for the St. Lucie River Estuary, Martin and St. Lucie Counties, Florida, 1998–2001. USGS (United States Geological Survey), Reston, VA. 19 p.

Chamberlain R., Hayward D. Evaluation of water quality and monitoring in the St. Lucie Estuary, Florida. 1996. J. American Water Resources Association 32: 681–696.

Cooper R.M., Ortel T.W. 1988. An Atlas of St. Lucie County Surface Water Management Basins. Technical Memorandum, South Florida Water Management District. West Palm Beach, FL. 40 p.

Doering, P.H. 1996. Temporal variability of water quality in the St. Lucie Estuary, South Florida. Journal of American Water Resources Association 32(6): 1293–1306.

FDEP (Florida Department of Environmental Protection). 2008. TMDL Report Nutrient and Dissolved Oxygen TMDL for the St. Lucie Basin. 70 p.

FDEP (Florida Department of Environmental Protection) Staff, 2009. North Fork St. Lucie River Aquatic Preserve Management Plan: 2009–2019. Tallahassee, Florida: Office of Coastal and Aquatic Managed Areas, 216 p.

FDEP (Florida Department of Environmental Protection). 2013. Implementation of Florida's Numeric Nutrient Standards. Florida Department of Environmental Protection. 82 p.

SHARFIEXPERTS0000023

FDEP (Florida Department of Environmental Protection). 2020. St. Lucie River and Estuary Basin Management Action Plan; Florida Department of Environmental Protection: Tallahassee, FL. 216 p.

FDEP (Florida Department of Environmental Protection). 2013. St. Lucie River and Estuary Basin Management Action for the Implementation of Total Maximum Daily Loads for Nutrients and Dissolved Oxygen; Florida Department of Environmental Protection: Tallahassee, FL, USA. 114 p.

FDEP (Florida Department of Environmental Protection). 2013. Basin Management Action Plan for the Implementation of Total Maximum Daily Loads for Nutrients and Dissolved Oxygen by the Florida Department of Environmental Protection in the St. Lucie River and Estuary Basin. Florida Department of Environmental Protection. Tallahassee, FL. 131 p.

FDEP (Florida Department of Environmental Protection). 2018. 5-Year Review of the St. Lucie River and Estuary Basin Management Action Plan. Florida Department of Environmental Protection. Tallahassee, FL. 130 p.

Herren L., Sharpe B., Beal J., Tucker J., & Conrad, C. 2011. Hydrological restoration of the North Fork St. Lucie River and Ten Mile Creek: 2011 Needs Update. Fort Pierce, Florida: Florida Department of Environmental Protection, Office of Coastal and Aquatic Managed Areas Technical Publication, 307 p.

Lapointe B.E., Herren L.W., & Pauley A.L. 2017. Septic Systems Contribute to Nutrient Pollution and Harmful Algal Blooms in the St. Lucie Estuary, Southeast Florida, USA. Harmful Algae 70: 1–22.

Lapointe B.E., Herren L.W., & Bedford B.J. 2012. Effects of hurricanes, land use, and water management on nutrient and microbial pollution: St. Lucie Estuary, Southeast Florida. J. Coast. Res. 285: 1345–1361.

Mallin M.A., Williams K.E., Cartier-Esham E., & Lowe R.P. 2000. Effect of human development on bacteriological water quality in coastal watersheds. Ecological Applications 10(4): 1047–1056.

Moncada A.M., Melesse A.M., Vithanage J., & Price R.M. 2021. Long-term assessment of surface water quality in a highly managed estuary basin. Environmental Research and Public Health 18: 9417

SFWMD (South Florida Water Management District). 2002. Technical Documentation to Support Development of Minimum Flows for the St. Lucie River and Estuary. South Florida Water Management District, West Palm Beach, FL, USA.136 p.

SFWMD (South Florida Water Management District), FDEP (Florida Department of Environmental Protection), and FDACS (Florida Department of Agriculture and Consumer Services) Staff, 2009. St. Lucie River Watershed Protection Plan. West Palm Beach, Florida, and Tallahassee, Florida. 274 p.

SFWMD (South Florida Water Management District). 2022. [Dataset] DBHYDRO Surface Water Hydrological & Physical Data-Surface Water Data. Available online: https://my.sfwmd.gov/dbhydroplsql/show_dbkey_info.web_qry_form?v_category=SW &v_js_flag=Y&v paramStr=station&v_param_value= (accessed on 01 April 2022).

SFWMD (South Florida Water Management District). 2020. DBHYDRO Browser User's Guide; South Florida Water Management District: West Palm Beach, FL. 106 p.

SHARFIEXPERTS0000024

**Sharfi Rebuttal Report**
April 8, 2022

Page 25 of 25

SFWMD (South Florida Water Management District). 2022. South Florida Environmental
Reports. Volume I – The South Florida Environment, Chapter 8C: St. Lucie River
Watershed Upstream Monitoring & Focus Area Assessment.

Sime, P. 2005. St. Lucie Estuary and Indian River Lagoon conceptual ecological model.
Wetlands 25: 898–907.

Weiskel P.K., Howes B.L., & Heufelder, G.R. 1996. Coliform contamination of a coastal
embayment: sources and transport pathways. Environmental Science and Technology
30: 1872–1881.

129047663.1

SHARFIEXPERTS0000025