UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.   Case No. 2:21-cv-14205-KAM

BENJAMIN K. SHARFI, in his personal and fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and NESHAFARM, INC.,

    *Defendants*.

_____/

## NOTICE OF STRIKING DOCKET ENTRIES ECF NOS. 112 & 113

Defendants Benjamin Sharfi, in his personal and fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and Neshafarm, Inc. ("Defendants") hereby give notice of striking docket entries ECF Nos. 112 & 113. The documents were inadvertently filed as duplicates of ECF Nos. 110 & 111.

Dated: August 11, 2022

    Respectfully submitted,

    /s/ *Michael G. Zilber*
    T. Neal McAliley
    Florida Bar No. 172091
    nmcaliley@carltonfields.com
    Michael G. Zilber
    Florida Bar No. 1019146
    mzilber@carltonfields.com
    CARLTON FIELDS, P.A.
    2 MiamiCentral
    700 NW 1st Avenue, Suite 1200
    Miami, Florida 33136
    Tel: (305) 530-0050
    Fax: (305) 530-0055
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

/s/ Michael G. Zilber
Michael G. Zilber

## SERVICE LIST

*United States of America vs. NeshaFarm, Inc., et al.*
**United States District Court, Southern District of Florida**
**Case No.: 2:21-cv-14205-KAM**

| | |
|---|---|
| BRANDON N. ADKINS<br>Bar ID: A5502752<br>ANDREW DOYLE<br>FL Bar No.: 84948<br>JEFFREY HUGHES<br>Bar ID: A5502897<br>United States Department of Justice<br>Environment & Natural Resources Division<br>PO Box 7611<br>Washington, DC 2004<br>Tel: (202) 616-9174 (Adkins)<br>Tel: (415) 744-6469 (Doyle)<br>Fax: (202) 514-8865<br>Brandon.Adkins@usdoj.gov<br>Andrew.Doyle@usdoj.gov<br><br><br>JUAN ANTONIO GONZALEZ<br>Acting United States Attorney<br><br>DEXTER LEE<br>FL Bar No.: 936693<br>Assistant United States Attorney<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132<br>Tel: (305) 931-9320<br>Fax: (305) 530-7679<br>DLee@usa.doj.gov | CHRISTOPHER F. HAMILTON<br>FL Bar No.: 98527<br>chamilton@sharfiholding.com<br>JOSHUA D. MIRON<br>FL Bar No.: 644811<br>jmiron@sharfiholding.com<br>Sharfi Holdings, Inc.<br>3731 NE Pineapple Avenue<br>2nd Floor<br>Jensen Beach, FL 34957<br>Tel: 813-416-2352<br><br>*Attorneys for Defendants* |

1

| | |
|---|---|
| *Attorneys for Plaintiff, United States of America* | |

2