UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff*, | |
| v. | Case No. 2:21-cv-14205-KAM |
| BENJAMIN K. SHARFI, in his personal capacity, as well as in his fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and NESHAFARM, INC., | |
| *Defendants*. | |

**UNITED STATES' INDEX TO EXHIBITS**

| Plaintiff's Summary Judgment Exhibit No. | Identification No. (if applicable) | Document Description |
|---|---|---|
| 1 | | Photographic chronology of activities at the Site |
| 2 | DX 12 (DLS0000001) | Danna Small photographs from Site visit (March 9, 2018) |
| 3 | DX 24 (DLS0000078) | Danna Small photographs from Site visit (April 25, 2018) |
| 4 | USACE0000014 | SFWMD Environmental Resource Compliance Bureau Supporting Photo Exhibit (April 30, 2018) |
| 5 | DX 230 (USACE0001189) | Aerial photograph of Site (August 22, 2018) |
| 6 | DX 69 (USACE0000982) | Aerial photograph of Site (November 14, 2018) |
| 7 | Figure II.A.2 | Overview of the Site and Countess Joy Reference Area |
| 8 | Figure V.C.2.4 | Photograph of water in the N/S Ditch on August 23, 2021 |
| 9 | Figure II.B.3 | Topographic map with National Wetland Inventory (NWI) wetlands and other features |
| 10 | Figure III.C.1.1 | Location of the Site, Reference Areas, and Bessey Creek |

| | | |
|---|---|---|
| 11 | Figure III.C.2.1 | Defendants' map showing direction of "Run-off Flow" and "Stream Flow" to Bessey Creek |
| 12 | Figure IV.B.1.2 | Location of reference plots at the Countess Joy Reference Area |
| 13 | Figure IV.B.2.a.1 | Location of Site and Countess Joy Reference Area water table monitoring wells and surface water gauges |
| 14 | Figure V.C.2.5 | Photograph of water in N/S Ditch on September 15, 2021 |
| 15 | Figure V.C.1.1.a | Survey of Danna Small wetland delineation |
| 16 | Figure V.C.2.1 | United States expert team's wetland delineation |
| 17 | Figure V.C.2.3 | Photograph of confluence of N/S Ditch and upstream reach of Bessey Creek |
| 18 | Figure V.C.2.7 | Photograph of confluence of 84th Avenue roadside ditch and upstream reach of Bessey Creek (August 24, 2021) |
| 19 | Figure V.C.2.8 | Countess Joy East Reference Area wetlands abutting N/S Ditch |
| 20 | Figure V.C.2.9 | Countess Joy East Reference Area W7 wetland sampling point abutting upstream reach of Bessey Creek |
| 21 | Figure V.C.2.10 | Countess Joy East Reference Area W5 wetland sampling point abutting upstream reach of Bessey Creek |
| 22 | Figure V.C.2.11 | Countess Joy East Reference Area W6 wetland point abutting upstream reach of Bessey Creek |
| 23 | Figure V.C.2.12 | Photograph of where Bessey Creek becomes tidally influenced |
| 24 | Figure V.C.2.6 | Photograph of wetlands abutting 84th Avenue roadside ditch near Reference Well 7 |
| 25 | Figure V.D.1.a.1 | Aerial photograph from 1966 of Site and Countess Joy Reference Area |
| 26 | Figure V.C.6.b.1 | Depressional wetlands on Countess Joy Reference Area trapping and sequestering pollutants and nutrients |
| 27 | USAEXPERTS0005183 | Photograph of wetlands abutting upstream reach of Bessey Creek near W7 |
| 28 | USAEXPERTS0005185 | Photograph of wetlands abutting upstream reach of Bessey Creek near W5 |
| 29 | Figure V.C.6.c.2 | Photograph of confluence of 84th Avenue roadside ditch and upstream reach of Bessey Creek (October 19, 2021) |

| | | |
|---|---|---|
| 30 | USAEXPERTS0005115 | Wetland Map 1 – U.S. Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on 2021 aerial photography |
| 31 | USAEXPERTS0005117 | Wetland Map 2 – U.S. Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on 2019 LiDAR elevation model |
| 32 | Figure V.D.1.b.1.1–6 | Hydrology data collected by United States expert team |
| 33 | Figure V.G.1.b.1 | Site map depicting filled wetlands on Site |
| 34 | Table III.C.1.1 | Composited historical flow in Bessey Creek at the Hybrid Water Treatment Technology facility |
| 35 | DX280 | Upland locations in wetland areas indicated by W. Michael Dennis during deposition (October 19, 2023) |
| 36 | DX3 | Map of Site with activity locations indicated by Anthony Brown during deposition (March 16, 2022) |
| 37 | DX5 | Additional map of Site with activity locations indicated by Anthony Brown during deposition (March 16, 2022) |
| 38 | DX40 | Map of Site with activity locations indicated by Charles Berlusconi during deposition (March 18, 2022) |
| 39 | DX71 | Map of Site with interior road grading locations indicated by Charles Berlusconi during deposition (March 18, 2022) |
| 40 | | Wetland Determination Data Forms for 19 sampling points on the Site |
| 41 | | Wetland Determination Data Forms for 14 sampling points on the Countess Joy Reference Area (and 3 sampling points on other reference areas) |
| 42 | DEF 0000087 | Warranty Deed |
| 43 | USACE0000278 | Electronic Articles of Incorporation for NeshaFarm, Inc. |
| 44 | USACE0000235 | South Florida Water Management District Water Use Individual Permit for Bessey Creek HWTT (May 18, 2015) |
| 45 | DX 224 (DEF 0000703) | Email from Kevin Kryzda to Jonathan Pempek, blind copying Benjamin Sharfi (January 17, 2018) |

3

| 46 | USACE0000001 | Benjamin Sharfi's Application for Department of the Army Permit (February 12, 2018) |
|---|---|---|
| 47 | DX 11 (DLS0000158) | Email from Kevin Kryzda to Danna Small (March 5, 2018) |
| 48 | USACE0000004 | Letter from Corps to NeshaFarm (care of Benjamin Sharfi) regarding deficient permit application (March 17, 2018) |
| 49 | DX 18 (DLS0000200) | Email from Kevin Kryzda to Danna Small (April 5, 2018) |
| 50 | DX 23 (DLS0000148) | SFWMD informal wetland determination (April 26, 2018) |
| 51 | DX 26 (DLS0000256) | Email from Danna Small to Karner Surveying (April 26, 2018) |
| 52 | DX 28 (DLS0000178) | Email from Danna Small to Kevin Kryzda (April 27, 2018) |
| 53 | USACE0000030 | Cease-and-Desist Letter to Sharfi regarding unauthorized discharges (April 30, 2018) |
| 54 | USACE0000518 | Email from Benjamin Sharfi to Corps and others (April 30, 2018) |
| 55 | USACE0000526 | Email from Kevin Kryzda to Corps attaching NeshaFarm correspondence (May 4, 2018) |
| 56 | DX 33 (DLS0000098) | Response to Corps' Request for Additional Information, including Danna Small's Wetland Determination Data Forms (May 4, 2018) |
| 57 | DX 35 (DLS0000189) | Email from Kevin Kryzda to Danna Small (May 7, 2018) |
| 58 | DX 232 (FDACS0000245–46) | Email from Kevin Kryzda to FDACS (November 12, 2018) |
| 59 | USACE0000533 | Email from Benjamin Sharfi to Corps and others (November 28, 2018) |
| 60 | DEF 0000563 | FDACS determination that wetlands in southwest corner of Site do not qualify for state law agriculture exemption (December 6, 2018) |
| 61 | | Corps of Engineers Wetlands Delineation Manual (January 1987) |
| 62 | | Deposition Transcript of W. Michael Dennis (October 19, 2023) |
| 63 | | Deposition Transcript of Wade Nutter (April 1, 2022) |
| 64 | | Deposition Transcript of Anthony Brown (March 16, 2022) |
| 65 | | Deposition Transcript of Danna Small (March 17, 2022) |
| 66 | | Deposition Transcript of Charles Berlusconi (March 18, 2022) |

| | | |
|---|---|---|
| 67 | | Deposition Transcript of Michael Wylie (October 5, 2023) |
| 68 | | Deposition Transcript of W. Michael Dennis (May 27, 2022) |
| 69 | | Deposition Transcript of Kevin Kryzda (June 8, 2022) |
| 70 | | Deposition Transcript of Benjamin Sharfi (June 9, 2022) |
| 71 | SHARFIEXPERTS0000101 | Expert report prepared by W. Michael Dennis, without appendices (April 8, 2022) |
| 72 | | The 1986 regulations published at 33 C.F.R. pt. 328 (1987) |
| 73 | | Stipulation Regarding Defendant Benjamin K. Sharfi's Control over the Benjamin Sharfi 2002 Trust |
| 74 | | Excerpts from United States' Amended Objections and Answers to NeshaFarm's Interrogatories (March 11, 2022) |
| 75 | ECF No. 40 | Defendant Benjamin Sharfi (fiduciary capacity) 2002 Trust's Answer and Affirmative Defenses to Amended Complaint (fiduciary capacity) |
| 76 | ECF No. 41 | Defendant Benjamin Sharfi's Answer and Affirmative Defenses to Amended Complaint (personal capacity) |
| 77 | ECF No. 42 | Defendant NeshaFarm, Inc.'s Answer and Affirmative Defenses to Amended Complaint |
| 78 | | Expert report prepared by W. Michael Dennis, exhibits removed (Sept. 29, 2023) |
| 79 | | Expert supplemental report prepared by Michael Wylie (Sept. 15, 2023) |
| 80 | | Expert supplemental report prepared by Wade Nutter (Sept. 15, 2023) |
| 81 | | United States Expert Team Report (Feb. 18, 2022) |
| 82 | Figure V.C.2.2 | Photograph of N/S Ditch with ordinary high water mark indications |
| 83 | USAEXPERTS0005207-CORRECTED; USAEXPERTS0005207 | Aerial photograph from 1966 with indications where wetlands abut N/S Ditch next to Site |