# EXHIBIT 1

**Appendix 5 - Chronology of Activities on the Site**

Photograph 5-1. 1966 – Partially Cleared for Pasture/Agricultural Production
[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-2. 1995 – 29 Year Regrowth of Mosaic of Forested & Scrub/Shrub; Open Water in the SE Corner (Blue Arrow)

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-3. 2005 – 39 Year Regrowth of Forested & Scrub/Shrub

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-4. 2014 – 48 Year Regrowth of Forested & Scrub/Shrub Mosaic

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-5. 2016 – 50 Year Regrowth of Forested & Scrub/Shrub Mosaic

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Figure 5-1. 2016 Contours

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-6. 2016 – Digital Elevation Model

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-7. 2017 – 51 Year Regrowth of Forested & Scrub/Shrub Mosaic

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-8. 2018 – 52 Year Regrowth of Forested & Scrub/Shrub Mosaic. Note Construction of East, North, and West Perimeter Ring Road and Beginning Clearing and Fill in the South Central Area

[Source – Martin County Web Mapper - https://geoweb.martin.fl.us/general/]



Photograph 5-9. April 25, 2018 – Mechanical Clearing and Road Construction with a 200 Level Track Hoe, Ponding Evident (Blue Arrow) SW Corner [USACE 0000018]



South Florida Water Management District
Environmental Resource Permitting Bureau
Supporting Photo Exhibit

Prepared by: Jessica Huffman                          Date of this Exhibit: Apr 26, 2017
Project Name: Benjamin Sharfi 2002 Trust Informal Wetland Determination
Permit Number: _____  Application Number: 180402-436  Cost Code Number: _____
County: Martin                    Service Center: OKE        Photo taken on: Apr 25, 2018
Photographer: Jessica Huffman                              Purpose: Routine Site Visit
Direction of View: ⦿North  ○Northeast  ○East  ○Southeast  ○South  ○Southwest  ○West  ○Northwest

Notes & Comments:
Photo taken to show wetland clearing on area that was previously a vegetated wetland (red maple, Carolina willow, primrose willow, etc.). Clearing equipment can be seen. Photo taken at approximately 9:12 AM.

Photograph 5-10. April 25, 2018. Mechanical Clearing and Leveling. Bulldozer Showing in Center Right of Photograph. [USACE 0000014]

**South Florida Water Management District**
Environmental Resource Permitting Bureau
Supporting Photo Exhibit

Prepared by: Jessica Huffman                                    Date of this Exhibit: Apr 26, 2017

Project Name: Benjamin Sharfi 2002 Trust Informal Wetland Determination

Permit Number: _____   Application Number: 180402-436   Cost Code Number: _____

County: Martin                    Service Center: OKE              Photo taken on: Apr 25, 2018

Photographer: Jessica Huffman                                    Purpose: Routine Site Visit

Direction of View: ○North  ○Northeast  ○East  ○Southeast  ○South  ○Southwest  ○West  ◉Northwest



Notes & Comments:
Photo taken to show wetland clearing on area that was previously a vegetated wetland (red maple, Carolina willow, primrose willow, etc.). Bulldozer can be seen to the east. Photo taken at approximately 9:11 AM.

Photograph 5-11. April 25, 2018. Mechanical Clearing with Ponding Evident, SW Corner of the Site [USACE 0000016]



**South Florida Water Management District**
Environmental Resource Permitting Bureau
Supporting Photo Exhibit

Prepared by: Jessica Huffman          Date of this Exhibit: Apr 26, 2017

Project Name: Benjamin Sharfi 2002 Trust Informal Wetland Determination

Permit Number: _____   Application Number: _____   Cost Code Number: 11219

County: Martin          Service Center: OKE          Photo taken on: Apr 25, 2018

Photographer: Jessica Huffman          Purpose: Routine Site Visit

Direction of View: ○North  ⊙Northeast  ○East  ○Southeast  ○South  ○Southwest  ○West  ○Northwest

Notes & Comments:
Photo taken to show wetland clearing on area that was previously a vegetated wetland (red maple, Carolina willow, primrose willow, etc.). Bulldozer can be seen to the east. Photo taken at approximately 9:12 AM.

Photograph 5-12. April 30, 2018. SW Corner of Site, Recently Sodded, View is North. [USACE 0000022]

Note -

      a. Ring Road Construction Around the Entire Parcel.

      b. Beginning of Mechanical Clearing in NW Corner (Blue Arrow)



**South Florida Water Management District**
Environmental Resource Compliance Bureau
Supporting Photo Exhibit

Prepared by: Wayne Blythe        Date of this Exhibit: Apr 30, 2018

Project Name: Benjamin Sharfi 2002 Trust

Permit Number: 43-100235-P    Application Number: 180402-436    Cost Code Number:

County: Martin        Service Center: OKE        Photo taken on: Apr 30, 2018

Photographer: Scott McNabb        Purpose: Enforcement

Direction of View: ⦿North ○Northeast ○East ○Southeast ○South ○Southwest ○West ○Northwest



Notes & Comments:
Cleared and recently sodded area which was included as part of the informal wetland determination.

Photograph 5-13. April 30, 2018. SW Corner of Site, Recently Sodded. View is Southeast. Note Mechanical Clearing in the NW Corner (Blue Arrow) and Ring Road Constructed On Western and Southern Perimeters of the Site [USACE 0000025]



### South Florida Water Management District
Environmental Resource Compliance Bureau
Supporting Photo Exhibit

Prepared by: Wayne Blythe                                    Date of this Exhibit: Apr 30, 2018

Project Name: Benjamin Sharfi 2002 Trust

Permit Number: 43-100235-P          Application Number: 180402-436     Cost Code Number: _____

County: Martin                        Service Center: OKE            Photo taken on: Apr 30, 2018

Photographer: Scott McNabb                                   Purpose: Enforcement

Direction of View: ○North  ○Northeast  ○East  ⊙Southeast  ○South  ○Southwest  ○West  ○Northwest

Approximate Wetland Impact Area

Photograph 5-14. October 17, 2018 – Sod in Cleared SW Corner (Blue Arrow). More Mechanical Clearing and Earthwork in NW Corner (Yellow Arrow). Center Road Construction (Red Arrow). View is South by Southeast.
[Source – South Florida Water Management District (USACE 0000344)]



Photograph 5-15. November, 2018. Continued Mechanical Clearing in the NW Corner of the Site (Yellow Arrow). Road Construction Through the Center of the Site (Red Arrow) and a New Inner Ring Road in the SW Corner of the Site (Blue Arrow)
[Source – South Florida Water Management District (USACE 0000329)]



Figure 5-2. Karner Surveying Site Plans Dated 11-5-18 (?)

[Source – Karner Surveying via South Florida Water Management District (FACS 0000017)]



Photograph 5-16. 2019. Mechanical Clearing and Redistribution of Fill in the NW Corner of the Site. Note Extensive Ponding Throughout the Center of the Site (Yellow Arrow), and New Inner Ring Road in the SW Corner of the Site (Blue Arrow) [Source – Martin County GIS Portal at https://geoweb.martin.fl.us/general/]



Photograph 5-17. 2020. Extensive Mechanical Clearing, Internal Road Construction, and New Building Construction Throughout the Site. Note Pond and Drainage Swales in the Center and SW Corner of the Site. North is Up.
[Source – Martin County GIS Portal at https://geoweb.martin.fl.us/general/]



Photograph 5-18. 2021. More Mechanical Clearing, Rearrangement of Road Network, Pond Locations, and Associated Drainage Swales, New Fencing in the South Half of the Site and New Building Construction in the North Center of the Site. North is Up. [Source – Martin County GIS Portal at https://geoweb.martin.fl.us/general/]



Photograph 5-19. November 29, 2021 – Developed Conditions

Source - Martin County Pictometry Viewer [https://www.pa.martin.fl.us/-code/property-search/pictometry.php?x=-80.3622271079&y=27.1664672568]

