# EXHIBIT 62

Page 1

1                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF FLORIDA

2

                      CASE NO. 2:21-cv-14205-KAM

3

4

      UNITED STATES OF AMERICA,

5

6                         Plaintiff,

7       vs.

8

       BENJAMIN K. SHARFI, in his

9      personal and fiduciary capacity

       as trustee of the Benjamin

10     Sharfi 2002 Trust, and

       NESHAFARM, INC.,

11

12                        Defendants.

       _____/

13

14

15                    Via Zoom Videoconference

                      Winter Park, Florida

16                    Thursday, October 19, 2023

                      9:00 a.m. to 5:48 p.m.

17

18

19        VIDEOTAPED DEPOSITION OF W. MICHAEL DENNIS, Ph.D.

20

21          Taken before Marlene Gutierrez, Notary

22     Public, State of Florida at Large, pursuant to Notice

23     of Taking Deposition filed in the above cause.

24     Job No. CS6143970

25                        - - - - - -

1      is that correct?

2             MR. MCALILEY:  Object to form.

3             THE WITNESS:  That's basically correct, yes.

4      BY MR. ADKINS:

5         Q    Okay.  And your opinion now is that -- oh, well,

6      let me go back.

7             So what was -- what was the basis for your

8      opinion, applying the Rapanos plurality in the 2008

9      guidance, that the east-west canal ditch qualified as a

10     relatively permanent water?

11            MR. MCALILEY:  Object to form.

12            THE WITNESS:  I may not understand that

13         question, because I think that question was what we

14         just discussed and agreed upon.

15     BY MR. ADKINS:

16        Q    Right.  Well, I'm curious what the basis was --

17     you know, I know your opinions changed, but what was

18     the basis, when you disclosed your first report, that

19     the east-west canal ditch qualified as a relatively

20     permanent water?

21            MR. MCALILEY:  Object to form.

22            THE WITNESS:  Yeah, that's what we just talked

23         about.  And it was a combination of Scalia's opinion

24         and the 2008 guidance.

25     BY MR. ADKINS:

W. Michael Dennis                                    October 19, 2023

Page 46

1        Q   And what facts were you basing your opinion on?

2            MR. MCALILEY:  Object to form.

3            THE WITNESS:  The -- the data that was produced

4        in the treatment plant permit and analysis, which

5        had some data and model data on amount of flow.

6        Also, I was basing it on my observations of the --

7        what you call the east-west ditch, in its very

8        westerly edge, north of Countess Joy, over to the

9        84th Avenue Road.

10   BY MR. ADKINS:

11       Q   The data you're referring is from the Hybrid

12   Wetland Treatment Technology facility?

13       A   Yeah.  That's what I would've said if I could've

14   remembered it.

15       Q   Yeah, I had it written down.  I usually call it

16   the HWTT facility.  Is that a fair acronym?

17       A   That's -- that's good.  I would've written it

18   down, too, but -- I do have a pad in front of me, but I

19   don't have anything written on it.

20       Q   Okay.  Now, did you observe the conditions of

21   the east-west ditch in the vicinity of the Countess Joy

22   reference area when you inspected that area on

23   December 3, 2021, and March 10, 2022?

24           MR. MCALILEY:  Object to form.

25           THE WITNESS:  Yes.

W. Michael Dennis                                    October 19, 2023

Page 47

 1    BY MR. ADKINS:

 2        Q    So just focusing in -- focusing in on the

 3    December 2021 inspection, what parts of the east-west

 4    ditch did you observe that day?

 5        A    I looked at the east-west ditch, I recall, in

 6    the area where the north-south ditch that we've

 7    referred to comes into that -- your east-west ditch.

 8    So I looked at the ditch there, and then for a little

 9    bit east and west of that point.

10        Q    And when you say "a little bit," are we talking

11    10, 15 feet, or something more?

12        A    Probably something more.

13        Q    About how far did you go east and west of the

14    confluence of the north-south ditch and the east-west

15    ditch?

16        A    I didn't measure it, but my recollection is

17    it would've been probably less than a hundred yards in

18    either direction.

19        Q    Okay.  So you did not observe the entirety of

20    the east-west ditch that runs along the Countess Joy

21    reference property?

22        A    No, not on that December date.

23        Q    Right.  Thank you.  Yeah, we're just talking

24    about the December inspection right now.

25            And the portions of the east-west ditch that you

W. Michael Dennis                                    October 19, 2023

Page 48

1     observed in December 2021 had water in the east-west

2     ditch, correct?

3              MR. MCALILEY:  Object to form.

4              THE WITNESS:  Yes, it had some water.

5     BY MR. ADKINS:

6        Q    Okay.  So now let's -- well, let me say, did you

7     observe an ordinary high watermark in the east-west

8     ditch?

9        A    Yes.

10       Q    Okay.  And in the east-west ditch, during your

11    December inspection, you observed an ordinary -- excuse

12    me -- a bed and bank, correct?

13       A    Yes.

14       Q    Okay.  So let's turn to your March 10, 2022,

15    inspection.  What portions, if any, of the east-west

16    ditch did you observe in March 2022?

17       A    I observed the east-west ditch from 84th Avenue

18    all the way past the north-south ditch, and on --

19    probably another hundred or so yards east of that.  So

20    I walked the southern bank, the southern area of that

21    east-west ditch, and I looked at it in various places

22    where I could walk down to the edge of it and I could

23    look up and down it.  So at that -- at that time, I

24    viewed the entirety of it, from 84th Avenue to a ways

25    past the north-south ditch.

W. Michael Dennis                                           October 19, 2023

Page 49

1    Q   And in the area between -- in the portion of the

2   east-west ditch between 84th Avenue and the

3   intersection with the north-south ditch, the east-west

4   ditch lacked contiguous standing or flowing water; is

5   that correct?

6    A   Correct.

7    Q   Okay.  And in the area east of the north-south

8   ditch, did you observe standing or flowing water in the

9   east-west ditch?

10   A   East of the north-south ditch?

11   Q   East of the north-south ditch, yup.

12   A   No, not in the portion I looked at.

13   Q   Okay.  Do you have any photos depicting the

14   east-west ditch, east of its intersection with the

15   north-south ditch, from March 10, 2022?

16   A   I don't recall.

17   Q   Are there any other instances where you observed

18   any part of the east-west ditch in connection with this

19   case, other than the December and March inspections we

20   discussed?

21   A   No, other than the video.  And over the course

22   of this couple-of-year investigation, I have looked at

23   the Google Earth imagery and looked at the imagery

24   from -- from 84th Avenue all the way to -- past the

25   treatment facility, on into the naturally occurring

Page 50

1    parts of Bessey Creek.  So I have -- at one point or

2    another, I have looked at those -- just gone to Google

3    Earth and looked at the imagery.  And they have -- and

4    I've looked at the historical imagery.  So it goes back

5    a number of years.  So I familiarized myself with that

6    section by looking at those images.

7        Q   The video that you referred to is an exhibit to

8    your second rebuttal report, correct?

9        A   Correct.

10       Q   And the Google Earth imagery is not an exhibit

11   to your second supplemental report?

12       A   No.

13       Q   Is it -- would it be fair to say that you didn't

14   rely on the Google Earth imagery in forming your

15   opinions in this case?

16           MR. MCALILEY:  Object to form.

17           THE WITNESS:  No, I don't think that would be

18       correct.  I think that would be part of the

19       background material and information, you know, when

20       I talk about aerials and historic aerials.  I did

21       not take any screenshots of the Google Earth images.

22       But I looked at those, and those were, you know,

23       background information, along with everything else,

24       that I would consider in forming my opinions.

25   BY MR. ADKINS:

W. Michael Dennis                                    October 19, 2023

Page 51

1        Q    What was the approximate date range that you

2    reviewed Google Earth imagery of the east-west ditch?

3             MR. MCALILEY:   Object to form.

4             THE WITNESS:   Whatever -- whatever is on Google

5        Earth.   I don't remember the dates, but from present

6        to -- usually, there's -- there's decent clarity on

7        those going back to mid-1990s, late 1990s.

8    BY MR. ADKINS:

9        Q    Okay.   So we spoke a little bit about -- well,

10   we spoke quite a bit about the Sackett decision,

11   speaking generally, but I want to understand your

12   opinion with respect to the east-west canal ditch being

13   a relatively permanent water and how that's changed

14   since the Sackett decision.

15            So my question to you is, what about the Sackett

16   decision has caused you to change your opinion that the

17   east-west canal ditch no longer qualifies as a

18   relatively permanent water?

19            MR. MCALILEY:   Object to form.   Asked and

20       answered.   I think you spent about 15 minutes on

21       this, Brandon.

22   BY MR. ADKINS:

23       Q    Go ahead.

24       A    My opinions about the east-west canal ditch, or

25   the east-west ditch, have not changed relative to it

W. Michael Dennis                                    October 19, 2023

Page 64

1          A   Well, I think we've discussed that.  I don't

2      have indications that the east-west canal ditch flows

3      more than seasonally, again based on observations,

4      based on the treatment facility data that was relied

5      on, and most recently, you know, reading the reports

6      and the depositions of the DOJ experts.

7          Q   Do you agree that if the east-west canal

8      ditch -- well, strike that question.

9              Do you agree that if seasonal flow were

10     sufficient to demonstrate the east-west canal ditch,

11     the north-south canal ditch, or the 84th Avenue

12     roadside ditch are relatively permanent waters, that

13     they would be relatively permanent waters, in your

14     view?

15             MR. MCALILEY:  Object to form.

16             THE WITNESS:  That almost sounded like a

17         circular argument.  I would agree that if the

18         definition of "relatively permanent waters" includes

19         seasonal flow, and if seasonal flow only is a

20         dispositive criterion to make it a relatively

21         permanent water, then by that definition, it would

22         be.

23     BY MR. ADKINS:

24         Q   Okay.  And that's -- it would be -- you're

25     referring to the east-west canal ditch?

W. Michael Dennis                                        October 19, 2023

Page 65

1        A    Yes.

2        Q    Okay.  We'll talk about the north-south ditch

3    and the 84th Avenue ditch, but we'll come back to

4    those.

5            Going back to your report, you wrote, "These

6    channels have water typically only after it rains or

7    for limited times of year when water levels are

8    highest."

9            What's the basis for your opinion that the three

10   ditches referred to in the prior sentence have water

11   typically only after it rains or for limited times of

12   year when water levels are highest?

13       A    Again, my personal observations, data and

14   analysis from prior expert reports, reviewing aerial

15   photographs.  All of that speaks to the fact that these

16   are man-made drainage ditches, they carry water

17   seasonally, when there's enough rain, and that -- that

18   could be -- it could be continuous through the wet

19   season, or it could be not continuous during the wet

20   season, again based on rainfall.  Or if you had another

21   rainfall event that created enough water, it could

22   flow, in times, outside the rainy season for short

23   periods of time.

24       Q    Did you monitor rainfall in the area of the site

25   or the Countess Joy reference property?

W. Michael Dennis                                    October 19, 2023

Page 66

1         A    No.

2         Q    On how much occasions did you observe the

3    north-south ditch, the east-west ditch, or the 84th

4    Avenue ditch after rainfall?

5              MR. MCALILEY:  Object to form.

6              THE WITNESS:  Well, I reviewed those during the

7         times of my site visits.  I am aware of the rainfall

8         records before -- before all of the site visits,

9         except for my March 10th site visit.  So I'm aware

10        of the rainfall that occurred before that.

11   BY MR. ADKINS:

12        Q    How many -- how many days before your

13   December 2021 inspection of the Countess Joy reference

14   area had it rained?

15        A    I don't recall.

16        Q    And how many days before your March 10, 2022,

17   inspection of the Countess Joy reference area had it

18   rained?

19        A    I don't recall.

20        Q    That's not something that you disclosed in your

21   report, correct?

22        A    I don't think I addressed that.

23        Q    What times of the year, in your view, is the

24   water level highest in the east-west ditch?

25        A    It would probably be, in a normal -- in a normal

W. Michael Dennis                                          October 19, 2023

Page 67

1    rain-cycle wet season in that part of Florida.  It

2    would probably be the highest in July, August, early

3    September.  If you had hurricanes, then that changes

4    everything.  So it could be certainly high if you had a

5    hurricane event.

6        Q    What time of the year would water be at its

7    lowest in the east-west ditch?

8        A    Probably in the -- it would begin to dry up

9    after the wet season, and it would be the driest in the

10   late spring.

11       Q    What -- what months are we talking?

12       A    Well, in that part of Florida, spring is a

13   subjective term, I guess.  But in answer to your

14   question, probably we're talking March to early May.

15       Q    And with respect to the north-south ditch and

16   the 84th Avenue roadside ditch, are your answers the

17   same about generally when water levels would be at

18   their highest and lowest that you gave for the

19   east-west ditch?

20       A    Generally, yes.

21       Q    Oh, by the way, when you were on the Countess

22   Joy reference area in December 2021, you observed flow

23   in the east -- where the east-west ditch connects to

24   the north-south ditch?

25       A    I observed water.  I believe there was shallow,

W. Michael Dennis                                           October 19, 2023

Page 68

1    standing water.  And there may have been a slight

2    amount of perceptible flow.  It was very slight.  But

3    there was -- I think there probably was just a little

4    bit of flow.

5        Q   Okay.  So I'm showing you what we'll mark as

6    Exhibit 264.

7                (Plaintiff's Exhibit 264 was marked for

8                identification.)

9    BY MR. ADKINS:

10       Q   The first line, I think, reads, "Site

11   inspection, 3 December 2021."  Do you see that?

12       A   I do.

13       Q   Okay.  Are these your notes of your inspection

14   on December 3, 2021, of the Countess Joy reference

15   property?

16       A   Yes.

17       Q   Okay.  So at the top of these notes, it says,

18   "Inspection of N/S ditch."

19           That's inspection of north-south ditch?

20       A   Yes.

21       Q   Okay.  And you have what looks to be five

22   different indentations with hyphens, that say "NS1,"

23   "NS2," "NS3," "EW1," "NS4," and then there's other text

24   after those indentations.

25       A   Yes.

Case 2:21-cv-14205-KAM   Document 151-63   Entered on FLSD Docket 11/10/2023   Page 15 of
109
W. Michael Dennis                                    October 19, 2023

Page 69

1      Q    And these are points along the north-south ditch

2   on the Countess Joy reference property?

3      A    Yes.

4      Q    The EW1, that's a smaller ditch that branches

5   off the north-south ditch on the Countess Joy reference

6   property?

7      A    That is -- could I see the rest of the --

8      Q    Sure can, yeah.  Do you want to go up or down?

9      A    I'm just trying to make sure whether my

10   reference to east-west -- sometimes I refer to the

11   small swale ditch on the northern portion of -- the

12   northern boundary of the 9.92-acre area -- in my

13   reports, I refer to it as the swale ditch, I believe.

14   But sometimes I made a shorthand and just referred to

15   it as the east-west --

16      Q    Why don't we do it this way.  We can walk

17   through each one.

18      A    I think I can clarify it for you --

19      Q    Okay.

20      A    -- just a little bit.

21          North-south 3, north of the east-west -- okay.

22   So that -- that east-west is referring to the east-west

23   ditch.  Go down a little bit.

24          Go up a little bit.

25          North of the east-west 1.

W. Michael Dennis                                October 19, 2023

Page 70

1       Q   So there are two other pages of these notes that

2   we can look at, and that might help you too.  We're on

3   page 2 now.

4       A   Yeah.

5       Q   "NS5."  And then midway through, it says "EW

6   canal 1."  Do you see that?

7       A   Yup.

8       Q   Okay.  Does that help refresh your recollection

9   that "EW1" on page 1 is not referring to the east-west

10  canal ditch?

11      A   I think that's probably correct, yes.

12      Q   Okay.  Okay.  On page 2, it says, "NS7, end of

13  ditch before canal, slight perceptive flow, about 1

14  foot wide, 1 inch deep."  Do you see that?

15      A   I do.

16      Q   Did I read your handwriting correctly?

17      A   You did a pretty good job.

18      Q   Okay.  Okay.  And so does this help refresh your

19  recollection that you observed flow at the area where

20  the north-south ditch connects with the east-west

21  ditch?

22          MR. MCALILEY:  Object to form.

23          THE WITNESS:  Yes.  There was -- go back up and

24      let me look at the -- as you'll see, I've got the

25      north-south ditch 1 at the property line.  So I was

Page 102

1    feature, I understood your response to be referring

2    back to the man-made nature of the ditch.  But your

3    report seems to suggest there's something else that you

4    mean by "geographic feature," because you're talking

5    about how the north-south ditch loses its structure

6    through the middle section of it.

7        A    Right.

8        Q    Do you see that?

9        A    Yes.

10       Q    Okay.  So what do you mean when you say the

11   north-south ditch does not constitute a geographical

12   feature?

13       A    It does not constitute a natural geographical

14   feature as is suggested in Alito's words.

15       Q    Okay.  And so in this second sentence that I've

16   highlighted, "loses its structure," can you explain

17   what you mean.

18       A    Yeah.  If you -- if you start on the north-south

19   ditch, adjacent to the 9.92-acre site, what I observed,

20   it is a well-maintained ditch, and then if you walk

21   north on that ditch, it becomes shallower as you go --

22   as you go north.  And then about midway between the

23   9.92-acre site and the east-west canal ditch, the

24   berms -- and what I would believe were spoil piles, on

25   either side or sometimes both sides of the north-south

W. Michael Dennis                                    October 19, 2023

Page 103

1      ditch, for lack of a better word, sort of go away.

2      They -- they're not prominent anymore.  Still maybe a

3      little berm, but they're not as prominent.

4           And that's an area, in the middle, where -- if

5      you look at historic aerials over time, two things have

6      happened.  One is, there's a field road, a pasture

7      road, that goes from the eastern side of the

8      north-south ditch on Countess Joy to -- in a

9      southwesterly direction, to the southwest part of

10     Countess Joy.  So there's an area that, looks like, is

11     a field road.  And in that section, the integrity of

12     the north-south ditch breaks down.

13          Also, there's a section in the middle where the

14     berms pretty much are all gone and it's flattened out,

15     and it is an area where cattle, over the years, have

16     gone back and forth, the north-south ditch.  So in

17     those places, and in that middle section, the -- you

18     know, the integrity of the ditch, as a well-defined,

19     well-constructed conduit, sort of break down.

20          And then as you get further north of those two

21     places in the center, then, again, you have more of

22     the -- what looks like a well-constructed ditch, with

23     spoil piles, berms, on either side of it.

24     Q   So in the areas where -- these two areas that

25     you're describing, where the north-south ditch has lost

W. Michael Dennis                                    October 19, 2023

Page 104

1    its structure -- or loses its structure, were you able

2    to identify an ordinary high watermark?

3        A    In the cattle crossing area?  Probably not.

4        Q    And what about the old farm road area?

5        A    I'm not sure.  I'd have to go back and look at

6    that.  That was not as -- not as flat as the cow

7    crossing area was.

8        Q    Okay.  And in those two areas where the

9    north-south ditch has -- loses its structure, would you

10   say that it has a defined bed and bank?

11       A    It's stretching that definition in the cow

12   crossing area.

13       Q    And how about in the area where the old farm

14   road crossed?

15       A    It's still got some -- probably some bed and

16   bank characteristics there.

17       Q    Okay.  And then -- so, you know, reversing that,

18   the other areas of the north-south ditch, and not

19   including those two areas you've described where the

20   north-south ditch loses its structure, does the

21   north-south ditch have an ordinary high watermark?

22       A    Yes.  I can identify, and I had identified, I

23   believe, the point along the bank of the ditch where

24   the water, in the wet season, would get up to.  And you

25   have a change in the character of the bed and bank in

W. Michael Dennis                                    October 19, 2023

Page 105

1    that place.  So to that degree, yes, I could -- I could

2    identify a mark where in the wet season water would get

3    up to, most of the time, and create a mark.

4       Q   And in those areas of the north-south ditch,

5    excluding where it loses its structure, the north-south

6    ditch has a defined bed and bank, correct?

7       A   Yes.

8       Q   And would you agree that a majority of the

9    north-south ditch has a defined bed and bank?

10      A   I think so.

11      Q   And do you agree that a majority of the

12   north-south ditch has an ordinary high water?

13      A   It has that mark that I described, of where the

14   water would get to seasonally in the ditch, yes.

15      Q   Okay.  So going back to your report, you say

16   that the north-south ditch has a higher bottom

17   elevation compared to locations further south toward

18   the 9.92-acre property.  How does that impact your

19   opinion that the north-south ditch does not constitute

20   a geographical feature?

21      A   That really doesn't address the geographical

22   feature comment.

23      Q   Okay.  What -- how is it relevant at all to your

24   opinion whether the north-south ditch is a relatively

25   permanent water?

Page 106

1      A   Well, to the degree that there's different

2   elevations in the ditch, that would suggest that when

3   the ditch is drying up from, you know, perhaps seasonal

4   flow, wet season conditions, that the areas that were

5   lower would have water, maybe standing water in it.

6   And then you may have a higher area in the bottom of

7   the ditch, and then that would -- that would break the

8   flow.

9          So if you had a -- if you had a ditch with a

10  uniform bottom, then when the water came up or went

11  down, it would be uniform throughout that ditch

12  section, recognizing there is some fall to the land.  I

13  mean, the ditches were put in to drain, so there's some

14  fall to the land with that ditch.  But if you had high

15  spots in the middle of the ditch, that would serve to

16  further break up the amount of time when the water

17  would be available to continuously flow.

18      Q   So there are times where the higher bottom

19  elevation in portions of the north-south ditch could

20  impede flow?

21      A   Yes.

22      Q   And at what -- when you say "higher bottom

23  elevation," what are we talking?  Are we talking about

24  feet?  inches?

25      A   I presented cross-sections of those in my

W. Michael Dennis                                October 19, 2023

Page 107

1    report, but typically, it would be -- you know, we're

2    talking a foot or less.

3        Q   And you agree that there are times during the

4    wet season where water can continue to flow in the

5    north-south ditch despite these changes in the bottom

6    elevation?

7        A   I believe that would be the case, yes.

8        Q   Okay.  So I want to show you your first rebuttal

9    report, and we're looking at the page that's Bates

10   stamped Sharfi Experts ending in 134.  This is Figure

11   16 of your first rebuttal report.  Do you see that?

12       A   No.

13           MR. MCALILEY:  No, it's not on the screen.

14           MR. ADKINS:  Oh.

15   BY MR. ADKINS:

16       Q   Do you see anything on the screen right now?

17       A   I see me.

18       Q   Okay.  Maybe it's just taking a minute.  Let me

19   know --

20       A   I see it.

21       Q   Oh, you see it now.  Okay.  Very good.  Okay.

22   There might just have been a delay there.

23           Okay.  So this is Figure 16 of your first

24   rebuttal report, correct?

25       A   Yes.

W. Michael Dennis                                          October 19, 2023

Page 108

1      Q   And what we're looking at here, this Detail 1 of

2   8, this is an aerial of the defendants' site and --

3   overlaid with survey data from the Karner survey,

4   correct?

5      A   Correct.

6      Q   Now, I want to focus in on some of the

7   measurements that were taken in the north-south ditch

8   where it runs along the boundary of the defendants'

9   site.  Now, the southernmost measurement we have here

10   is 19.534.  I believe that's feet; is that correct?

11      A   Correct.

12      Q   Okay.  And the next measurement northward is

13   19.302, correct?

14      A   Correct.

15      Q   And then we have 20.418.  It looks like there

16   are two measurements of that elevation, correct?

17      A   Yes.

18      Q   And then 19.968, correct?

19      A   Correct.

20      Q   20.093; is that right?

21      A   Correct.

22      Q   And I believe -- and you can confirm this for

23   me -- 21.163 is measuring the swale ditch that is on

24   the northern boundary of the site.  Is that right?

25      A   I believe so.  I believe that's where the swale

W. Michael Dennis                                    October 19, 2023

Page 109

1      ditch comes almost -- well, it's entering -- it's in

2      the vicinity, entering the north-south ditch, correct.

3          Q   Right.  Right.  Okay.

4              Okay.  So the 21.163 measurement, that's a

5      higher elevation than 19.534; is that correct?

6          A   That's correct.

7          Q   And that difference in elevation doesn't always

8      impede flow in the north-south ditch, correct?

9              MR. MCALILEY:  Object to form.

10             THE WITNESS:  I'm sorry.  Say that again.

11     BY MR. ADKINS:

12         Q   That difference in elevation, between 21.163 and

13     19.534, that doesn't impede flow all the time in the

14     north-south ditch?

15         A   No.

16         Q   Do you agree with that?

17         A   I agree with that.

18         Q   Okay.  And so water can flow northward in the

19     north-south ditch despite that difference in elevation.

20     Do you agree?

21             MR. MCALILEY:  Object to form.

22             THE WITNESS:  Yeah.  Yeah.  As long as the

23         water is above that 21.13, or really, it's probably

24         the twenty point -- the next number down from that.

25     BY MR. ADKINS:

Page 110

1        Q    Okay.  So let's go up to Detail 3 of 8 in your

2    expert report.

3            And so now we're looking at the area farther

4    north of the site, on the Countess Joy reference area.

5    Do you see that on your screen?

6        A    Yes.

7        Q    Okay.  So I want to continue along and read the

8    elevation measurements that we have in the north-south

9    ditch.  The next elevation measurement in the

10    north-south ditch, from the defendants' site, is

11    21.125; is that right?

12        A    Correct.

13        Q    And then 20.841; is that right?

14        A    Correct.

15        Q    And 20.631, correct?

16        A    Correct.

17        Q    Okay.  So the difference between this area of

18    the north-south ditch and the area where the

19    north-south ditch runs along the boundary of the

20    defendants' site, that's less than a foot difference in

21    elevation, correct?

22        A    Yeah.  If the math works out that way, yes.

23        Q    Okay.  I mean, we're talking about a difference

24    of inches, correct?

25        A    Yeah, tenths of an inch, perhaps.

W. Michael Dennis                                    October 19, 2023

Page 111

1     Q   Okay.  So I'm going to fast-forward to Detail 8

2   of 8, which shows the remainder of the north-south

3   ditch where you have elevation measurements.  I tried

4   to zoom in.  Can you read the numbers on your screen?

5     A   Yeah, I can.

6     Q   Okay.  Very good.

7         So it looks like the next elevation measurement

8   that we have moving northward on the north-south ditch

9   is 20.75.  Do you see that?

10    A   I do.

11    Q   Okay.  And then the next is 19.985; is that

12  right?

13    A   Correct.

14    Q   And then 19.971, correct?

15    A   Correct.

16    Q   And then we have 19.254, correct?

17    A   Correct.

18    Q   19.133; is that right?

19    A   Yes.

20    Q   Then 19.511; is that right?

21    A   Correct.

22    Q   Okay.  And it's unclear to me whether this

23  19.511 -- is that in the east-west ditch, or is that

24  still in the north-south ditch?  Do you know?

25    A   I believe that is -- I'm not sure.  I believe

W. Michael Dennis                                    October 19, 2023

Page 112

1    that's in the north-south ditch.

2        Q    Okay.  And so would you agree that these

3    measurements that we went through on Figure 8 of 8 --

4    you agree that those are generally lower in elevation

5    compared to the measurements and locations further

6    south on the north-south ditch?

7        A    Mostly, yes.

8        Q    Okay.  Are there any that are higher?

9        A    Well, some -- some are higher.  As I recall,

10   there were -- there were elevations in the north-south

11   ditch in the 19-foot area next to the -- next to the

12   9.92-acre site.

13       Q    Okay.  So it looks like the highest we have on 8

14   of 8 is 20.75 in the north-south ditch?

15       A    That's the highest in this section, yes.

16       Q    And I'll just go back so we can confirm this, to

17   Detail 3 of 8.  And at the top, we have 20.75.  Do you

18   see that?

19       A    Yeah, I do.

20       Q    Okay.

21       A    Yeah.  So that's the highest.  Go down.  You're

22   going to have to go, I guess, to the next one.

23       Q    Well, it looks like -- you know, if you look

24   further south here, we have a measurement that's

25   20.841.  Do you see that?

W. Michael Dennis                                        October 19, 2023

Page 113

1        A    Uh-huh.  Yes.

2        Q    Okay.  And that would be higher than 20.75,

3   right?

4        A    Yes.

5        Q    And that's right next to another measurement

6   that's 20.631, which is lower than 20.75, right?

7        A    Correct.

8        Q    Okay.

9        A    And then the next one below that is 21.126.

10       Q    Yeah, I think I'm reading that as 125.  Let me

11   zoom in and see if you have that.

12       A    125.

13       Q    21.125.  Okay.

14            So the measurements farther north are generally

15   lower in elevation from the measurements that are

16   further south in the north-south ditch?

17       A    Yes.

18       Q    Okay.  So I'm going to take you back to your

19   expert report.  We're on Deposition Exhibit 262.

20            And I've highlighted the same sentence, "The

21   north-south canal ditch and the 84th Avenue roadside

22   ditch are also dry for months of the year, either in

23   whole or in part."

24            So with respect to the north-south ditch, what's

25   the basis for your opinion that the north-south ditch

W. Michael Dennis                                                    October 19, 2023

Page 114

1    is dry for months of the year, either in whole or in

2    part?

3        A   Inspections of those areas during the December

4    and March site inspections -- well, wait a minute.

5    You're in the March site inspection.  I don't believe I

6    inspected that area in December.  I think it was March.

7    That, and, again, the information from the video.

8    There's some of the aerials where you can see the

9    ditch.

10       Q   Okay.  Now, when you inspected the -- well, you

11   did inspect the north-south ditch during your December

12   site visit, right?

13       A   The north-south ditch, I did.  I'm not sure that

14   I inspected the 84th Avenue ditch.

15       Q   Okay.  Very good.  So let's just focus in on the

16   north-south ditch right now.

17       A   Okay.

18       Q   When you inspected the north-south ditch during

19   your December site inspection --

20       A   Yes.

21       Q   -- you observed water continually in the

22   north-south ditch and then a small amount of flow where

23   it intersects with the east-west ditch; is that right?

24           MR. MCALILEY:  Object to form.

25           THE WITNESS:  Yeah, I think -- I think we went

W. Michael Dennis                                          October 19, 2023

Page 115

1        through that with my field notes.  I didn't see

2        flow, but there was water.  And then at the extreme

3        northern end, there was that one-foot,

4        less-than-an-inch trickle that came out, yes.

5    BY MR. ADKINS:

6        Q   Right.  You observed water continually in the

7    north-south ditch, but you did not necessarily observe

8    flow continually in the north-south ditch; is that

9    right?

10           MR. MCALILEY:  Object to form.

11           THE WITNESS:  I'd have -- I'd have to go back

12       and double-check with the field notes.

13   BY MR. ADKINS:

14       Q   Sure.  Why don't we take a look while we have

15   them here.

16       A   Okay.

17               (Plaintiff's Exhibit 264 was marked for

18               identification.)

19   BY MR. ADKINS:

20       Q   So I put on the screen Exhibit 264, your field

21   notes from December 3, 2021.  Do you see that?

22       A   Correct.

23       Q   Okay.

24       A   All right.

25       Q   So just let me know when you want to flip to the

Page 116

1    next page and I'll flip it for you.  Okay?

2        A    Okay.

3        Q    Okay.

4        A    Okay.

5             Yeah, it appears that in December, there was

6    water in the ditch, up to the east-west ditch, not

7    flowing but standing.

8        Q    So, Dr. Dennis, I'm going to show you what's

9    been marked as Exhibit 268.  This is Appendix 3,

10   topographic survey of ditches and DOJ expert report,

11   primary flow pathway.  Do you see that on your screen?

12       A    I do.

13             (Plaintiff's Exhibit 268 was marked for

14             identification.)

15   BY MR. ADKINS:

16       Q    Okay.  This is Appendix 3 from your first

17   rebuttal report, right?

18             Well, how about I show you what Appendix 3 is,

19   and then you can --

20       A    Yeah.

21       Q    This is the Karner survey, correct?

22       A    Okay.  Yes.

23       Q    Okay.  And this was an exhibit you included with

24   your first rebuttal report, right?

25       A    Correct.

W. Michael Dennis                                          October 19, 2023

                                                          Page 117

1        Q    Okay.  And Karner Surveying was conducting a

2   survey when you were on the Countess Joy property of

3   the north-south ditch in December 2021, right?

4        A    Yes.

5        Q    Okay.  So I want to show you a few of the

6   cross-sections in this survey and make sure I'm looking

7   at this right.  So the area that I've zoomed in on

8   shows cross-section 37, 38, and 39.  Do you see that?

9        A    Yes.

10       Q    Okay.  And 37, 38, and 39 are the northern area

11   of the north-south ditch, past the areas where the bed

12   and bank features flatten out, correct?

13       A    Yes.

14       Q    If you want me to -- this is a big exhibit, so

15   if you ever want me to zoom out so you can kind of get

16   your bearings where we're looking, just let me know.

17   Okay?

18       A    Okay.

19       Q    And then I'm going to go back in, and there are

20   two other cross-sections, cross-section 40 and 41.  Do

21   you see those?

22       A    Yes.

23       Q    And that looks like about where the area -- the

24   area where the north-south ditch connects with the

25   east-west ditch.  Do you see that?

W. Michael Dennis                                    October 19, 2023

Page 118

1      A    That's not -- not -- this is not where it

2   connects with the east-west ditch as you define it, no.

3      Q    Oh, okay.  What area is this?

4      A    This is -- if you go up the north-south ditch,

5   there are -- and there's a figure in my first report

6   that labels all these.  This is a ditch that connects a

7   wetland to the west to the north-south ditch.  So these

8   are cross-sections of that ditch.

9      Q    Okay.  I think I can help here.  So let's go all

10  the way down to the defendants' site.  Do you see that

11  on your screen now?

12     A    Yes.

13     Q    Okay.  And you see the greenhouses in the top

14  left portion of your screen?

15     A    Yeah.

16     Q    Okay.  So we're following -- let's follow the

17  north-south ditch until we get to the area where

18  there's another ditch that runs east-west.  And I

19  believe that is about here on your screen, the

20  cross-section 22.  Do you see that?

21     A    Yes.

22     Q    Okay.  So then we're going to continue north on

23  the north-south ditch.

24     A    Okay.

25     Q    And that's where we get to cross-sections 37

W. Michael Dennis                                          October 19, 2023

Page 119

1     through 39.  Do you see that?

2         A    Yup, you're right.

3         Q    Okay.  Okay.  So 40 and 41 are -- look like

4     they're in the north-south ditch, about where it

5     connects with the east-west ditch, right?

6         A    I believe so.

7         Q    Okay.  Very good.

8              So we're going to go to the second page of this

9     survey, and I just want to look at the cross-section

10    information for 37 through 41.

11        A    Okay.

12        Q    But I need some help with some of the terms on

13    here.

14             So I've now zoomed in on cross-section 37.  This

15    is one of the cross-sections in the north-south ditch.

16    Do you see that on your screen?

17        A    Yes.

18        Q    And there's an indication that says -- I think

19    it says "toe."  What is toe, T-O-E?

20        A    That would be the -- oh, the toe -- the toe

21    northern -- north-south?  That's the bottom of the --

22    that's the toe of the slope that comes out of the

23    ditch.

24        Q    Okay.  So that's part of the bank of the ditch?

25        A    Yes.

W. Michael Dennis                                        October 19, 2023

Page 120

1      Q   Okay.  And then "top stain line, north-south

2      ditch," what is the top stain line?

3      A   Well, that's the top of the water stain line

4      where there's a change in color along the vegetation or

5      the trees, or whatever, that's in the ditch.

6      Q   Okay.  And the "CL" in the middle, is that

7      centerline?

8      A   Yes.

9      Q   Is that the deepest point in the ditch surveyed?

10     A   According to this survey, yes.

11     Q   Okay.  Okay.  So it might not always be the

12     deepest point, but with this cross-section that we're

13     looking at, the centerline is -- happens to be the

14     deepest part of the ditch?

15     A   Yes.

16     Q   Okay.  And then there's one more that says "top

17     of water."  Do you see that?

18     A   Yes.

19     Q   Okay.  And so top of water was at 20.94 feet,

20     correct?

21     A   Yes.

22     Q   And the centerline here says -- I think it says

23     21.55.  Do you see that?

24     A   Yup.

25     Q   That's probably not right, correct?  Because

W. Michael Dennis                                    October 19, 2023

Page 121

1    that would make the centerline higher in elevation than

2    the top of water.

3         MR. MCALILEY:  Object to form.

4         THE WITNESS:  Could I see where this

5      cross-section is again.

6    BY MR. ADKINS:

7      Q    Sure can, yeah.  So you want me to go to the

8    first page?

9      A    Yeah.  Where it's --

10     Q    Yeah.

11         And before you do -- I'm happy to go show you

12    that, but I just want -- so there are some numbers on

13    the left side of this cross-section, 17 through 24.  Do

14    you see that?

15     A    Yes.

16     Q    Okay.  And the point for the centerline equates

17    roughly to about 20 1/2.  Do you see that?

18     A    Yes.

19     Q    Okay.  But the figure represents that it's

20    21.55.  Do you see that?

21     A    Yes.

22     Q    Okay.  So I'm going to show you -- I think

23    what's happening here is, it maybe should just say

24    20.55.  But I'll show you the cross-section again,

25    since you asked.

W. Michael Dennis                                          October 19, 2023

Page 122

1             Okay.  Here we go.  Do you see that on your

2     screen?

3        A    I do.

4        Q    Okay.

5        A    And which cross-section are we --

6        Q    We're on 37.

7        A    37.

8             Go out just a little bit.

9        Q    Sure.

10       A    Okay.  So this is a cross-section, 37, within

11    the north-south ditch.

12            That's what we're looking at, right?

13       Q    Well, I believe that's correct.  I mean, I'll --

14       A    Yeah.  Yeah.  Yeah.  Okay.

15       Q    Okay.  So we were -- what I want to look at

16    is -- are 37, 38, and 39, and then 40 and 41.  So 37

17    through 41.

18       A    Okay.  All right.

19       Q    All right.  So going back down to the

20    cross-section for 37, I was -- you know, my question

21    here is, is there an error in this centerline number?

22    Because it's showing a higher elevation than the top

23    water indication.

24       A    Not necessarily.  I mean, the surveyors were

25    picking up bottom elevations, and then where there was

W. Michael Dennis                                    October 19, 2023

Page 123

1    water, they were picking up that water elevation.  So,

2    you know, we're talking tenths of a foot there.  So it

3    may have been that the -- that they had the centerline

4    elevation correct, but then there could have been some

5    blockage or something.  I don't know.  I don't

6    remember.

7        Q   Okay.  So let's just look at the point for the

8    centerline.  It equates roughly on this graph to about

9    20 1/2 feet.  Do you see that?

10       A   Right.

11       Q   Right.  And the top of water equates to almost

12   21 --

13       A   Okay.

14       Q   -- on the line.

15       A   I see what you're saying.  Right.

16       Q   So, you know, if this point is accurate, then

17   the number 21.55 must be wrong, right?

18       A   Yeah, it may be.  It may be.  I don't know.  I

19   had this surveyor produce these.  It may have been a

20   transposed number or something.

21       Q   Sure.  It's a small error.  There are a lot of

22   numbers on this thing.

23           Okay.  So this cross-section at least shows that

24   there was some water in this point in the cross-section

25   of the north-south ditch, right?

W. Michael Dennis                                                    October 19, 2023

Page 124

1      A    Correct.

2      Q    Okay.  So let's go down to 38.

3           And now we have top of water for cross-section

4      38 is 20.80.  Do you see that?

5      A    Correct.

6      Q    And the centerline is 19.99, right?

7      A    Correct.

8      Q    So this, too, shows that there was water in the

9      north-south ditch at this point in the cross-section?

10     A    Correct.

11     Q    Same for cross-section 39.  Top of water is

12     listed as 20.73?

13     A    Right.

14     Q    And the centerline is 19.97, right?

15     A    Correct.

16     Q    So there was water in the area of the

17     north-south ditch at cross-section 39 during the

18     survey, right?

19     A    Correct.

20     Q    And then cross-section 40, top of water is

21     listed as 19.89, right?

22     A    Correct.

23     Q    And the centerline is 19.25?

24     A    Yes.

25     Q    And here, again, we see there's -- there's --

W. Michael Dennis                                    October 19, 2023

Page 125

1    this cross-section is showing us that there's water in

2    the north-south ditch at the cross-section 40 on the

3    date of the survey, right?

4        A    Correct.

5        Q    Okay.  The top stain line, Dr. Dennis, is that

6    the equivalent of the ordinary high water?

7        A    Well, it could be or maybe not.  It's one of the

8    indicators.  So I told the surveyors in my instructions

9    to them to pick up physical features.  So that's what

10   they were doing.  They were picking up that stain line.

11   So in -- it could be.  It could be the -- where that

12   mark on the bank is, it would be the ordinary high

13   waterline.

14       Q    Okay.  So I've got about ten more minutes on

15   this before we break.  Is that all right?

16       A    Yeah, that's fine.

17       Q    Okay.  So we'll keep going here.

18            I want to go back to your report.  We're on

19   Exhibit 262.  And the last sentence that's going to

20   carry over on -- from page 9 to 10 is, "The DOJ surface

21   water gauge in north-south canal ditch shows water

22   levels that are slightly above the surface at that

23   location, but are below the ground elevation of the

24   ditch further north, based on elevation surveys" -- and

25   then there's a citation -- "and elevation survey data

Page 126

1      in rebuttal report."

2             Do you see that?

3         A   No.

4         Q   Oh, okay.  Gosh, are we not -- am I not sharing

5      the right exhibit with you again?

6             MR. MCALILEY:  You're not showing anything.

7             MR. ADKINS:  All right.

8      BY MR. ADKINS:

9         Q   I told you that Mr. McAliley has made this look

10     very smooth, and I'm just proving the point here.

11            So let me start again.  We're on Exhibit 262.

12     Do you see that?

13        A   Yes.

14        Q   Okay.  Very good.

15            And I'm going to read to you the last sentence

16     on page 9 that carries over to page 10.

17            "The DOJ surface water gauge in north-south

18     canal ditch shows water levels that are slightly above

19     the surface at that location but are below the ground

20     elevation of the ditch further north, based on

21     elevation surveys."

22            Do you see that?

23        A   Yes.

24        Q   Okay.  And can you just explain what you mean in

25     this sentence.

W. Michael Dennis                                          October 19, 2023

Page 127

1       A    I was referring to the DOJ report figures and

2    the -- and I think we looked at those staff gages

3    earlier this morning.  So I was referring to those, and

4    showing where the water levels were, based on that,

5    indicating it was above the surface location at that

6    place, but looking at the surveys, the ground elevation

7    of the ditch further north -- go to the first part of

8    that sentence.

9       Q    Yup.

10      A    All right.  We're still talking here about the

11   north-south canal ditch.  We're not talking about the

12   east-west canal ditch.

13           All right.  So go back to 10.

14           "Slightly above the surface" -- we're in the

15   north-south ditch.  "Above the surface" -- okay.

16   That's -- it's describing what the surface elevations

17   were and the ground elevations in that part of the

18   ditch, based on looking at the DOJ's staff gages and

19   the bottom elevations of the ditch.

20      Q    And the DOJ staff gages and bottom elevations,

21   we looked at that.  I'm going to show you Exhibit 18

22   again.

23           Do you see what's been marked as Deposition

24   Exhibit 267, which is Exhibit 18 to your second report?

25      A    Yes.

W. Michael Dennis                                    October 19, 2023

Page 128

1        Q    Okay.  And so these are the staff gages that

2    you're referring to, correct?

3        A    Uh-huh.  Yes.

4        Q    Now, if I could flip back to your report, you

5    also cite Exhibit 20 and 21, which are reference well

6    data.  Was that in error?

7             MR. MCALILEY:  Counsel, maybe you just should

8        show him the two exhibits so he can see.

9             MR. ADKINS:  Sure.  We can do that.

10   BY MR. ADKINS:

11       Q    Well, let me ask you this:  Dr. Dennis, do you

12   know -- you agree that there were no reference wells

13   installed in the north-south ditch by the DOJ expert

14   team, right?

15       A    Not in -- no, no reference wells in the

16   north-south ditch.

17               (Plaintiff's Exhibit 269 was marked for

18                identification.)

19   BY MR. ADKINS:

20       Q    So I'll show you what's been marked as

21   Exhibit 269.  This is Exhibit 20 to your second report.

22   And these are the charts of the DOJ monitoring wells 1

23   through 3, right?

24       A    Yes.

25

W. Michael Dennis                                                    October 19, 2023

Page 129

1              (Plaintiff's Exhibit 270 was marked for

2              identification.)

3    BY MR. ADKINS:

4        Q    Okay.  And I'll show you what's been marked as

5    Exhibit 270.  And this is Exhibit 21 of your report.

6    And this is the DOJ monitoring well data for wells 4

7    through 6.  Do you see that?

8        A    Yes.

9        Q    Okay.  So we'll go back to your report.

10             So the monitoring well data 1 through 6, that

11   you cite here, that has nothing to do with the water

12   levels in the north-south ditch, correct?

13       A    I believe that's correct.

14       Q    Okay.  So let's focus in, then, on the reference

15   gage data, which will be Exhibit 18 and Deposition

16   Exhibit 267.

17             Okay.  So you see that on your screen?

18       A    Yes.

19       Q    And ref staff gage 1 is the staff gage that the

20   U.S. DOJ expert team installed in the north-south

21   ditch, right?

22       A    I believe that's correct.

23       Q    And this staff gage data shows that there's

24   roughly a foot of water in the staff gage for most of

25   the time, since it was installed until it was removed,

W. Michael Dennis                                              October 19, 2023

Page 130

1      right?

2          A    Yeah, roughly a foot.   Sometimes it's above it,

3      and sometimes it's below it.

4          Q    Yup.   It's never less than a half a foot, right?

5          A    No.

6          Q    Okay.

7          A    Not according to this.

8          Q    So I'm going to take you back to Deposition

9      Exhibit 268, which is the Karner survey.   Do you see

10     that on your screen?

11         A    Yes.

12         Q    Okay.   Now, there's a cross-section,

13     cross-section 30, that includes the area where the DOJ

14     expert team installed the reference gage in the

15     north-south ditch, right?

16         A    Yes.

17         Q    Okay.   So let's go to the cross-section 30 data.

18              So I'm zooming in on the cross-section 30 data

19     from Deposition Exhibit 268.   Do you see that?

20         A    Yes.

21         Q    And there's an indication here for "top of PVC,

22     23.19," right?

23         A    Correct.

24         Q    And that marker is where the survey team

25     identified the reference -- staff gage, rather, in the

Page 131

1    north-south ditch?

2         A    The water level recorded there, yes.

3         Q    Okay.  And the staff gage was about 10 feet away

4    from the centerline of the ditch laterally.  Would you

5    agree with that?

6              MR. MCALILEY:  Object to form.

7              THE WITNESS:  About, yes.

8    BY MR. ADKINS:

9         Q    Something less than 10, something more than 5;

10   between --

11        A    Yeah.

12        Q    -- 5 and 10 feet laterally?  Okay.

13        A    Yeah.

14        Q    And would you agree that the gage was installed

15   about one foot higher in elevation from the centerline

16   of the ditch?

17        A    Based on that survey data, yes.

18        Q    Right.  Based on this gage, it looks like the

19   base of the reference gage was around the 21-foot

20   elevation marker, right?

21        A    Yes.

22        Q    So if we combine this Karner survey data with

23   the gage data that the U.S. expert team produced, there

24   was about 21 -- the water level was at about 21 feet,

25   more or less, during the time -- the observation time.

Page 132

1    Would you agree with that?

2          Actually, I'll withdraw the question, because I

3    think I misstated it.

4          So we established that the reference gage is at

5    about 21 foot -- feet in elevation, and we established

6    that the reference gage -- the monitoring data showed

7    about one foot of water consistently during the

8    monitoring period.  So if we combine that data, would

9    you agree that the U.S. expert team data shows that

10   there was generally about -- there was water in the

11   north-south ditch at about the 22-foot elevation?  Do

12   you agree with that?

13         MR. MCALILEY:  Object to form.

14         THE WITNESS:  I'd have to go back and look at

15      that other graph.  I'm sorry.

16   BY MR. ADKINS:

17      Q   Yeah.  No, let's do it.

18         So we have here that we're at about 21 feet at

19   the base of the staff gage.  And so I'll flip back to

20   the monitoring data, which is Exhibit 267.  Do you see

21   that here?

22      A   Yes.

23      Q   Right.

24         And so we said there's -- you know, there were

25   times where the monitoring data shows water was below a

W. Michael Dennis                                      October 19, 2023

Page 133

1      foot, sometimes above a foot, but generally about a

2      foot from mid-August to mid-December, right?

3          A    Yes.

4              MR. MCALILEY:  Object to form.

5      BY MR. ADKINS:

6          Q    So if we combine this sensor depth data with the

7      elevation data in the Karner survey, that would suggest

8      that the water level was at about 22 feet, more or

9      less, from August to December 2021, right?

10             MR. MCALILEY:  Object to form.

11             THE WITNESS:  I think that's right.

12     BY MR. ADKINS:

13         Q    Okay.  And so would you agree, then, that

14     22 feet is higher than any of the ground elevation

15     measures farther north in the north-south ditch?

16             MR. MCALILEY:  Object to form.

17             THE WITNESS:  I'd have to go back and look.  I

18         don't remember all of them.  There was one -- I

19         thought the highest was the 21 --

20     BY MR. ADKINS:

21         Q    So I'm showing you -- we're back to Exhibit 194.

22     This is your first rebuttal report.  Do you see that?

23         A    Yeah.

24         Q    Okay.

25         A    Come on further south.  Those are all old.

W. Michael Dennis                                    October 19, 2023

Page 134

1       Q   Yes.  Okay.

2           So I'm starting at the site.  I'm on --

3       A   Right.

4       Q   -- Detail 1 of 8.  So this -- these measures

5   would be southward of the staff gage, right?

6       A   Correct.

7       Q   Okay.  So we'll go farther north.  And you can

8   see there's an indication for gage 1 that's a staff

9   gage?

10      A   Yes.

11      Q   Okay.  And just for the record, we're on

12  Figure 16, Detail 2 of 8, of Deposition Exhibit 194.

13          And none of the elevation measures in the

14  north-south ditch in this detail are above 22 feet,

15  right?

16      A   Go just a little further north.

17      Q   Okay.  I think I'm at the end of the page here,

18  so let me see if I can adjust my screen.

19          Where my cursor is is the end of the exhibit.

20  Do you see that?

21      A   Yes.

22      Q   Okay.  So none of these elevation measures in

23  the north-south ditch, this portion of the north-south,

24  are above 22 feet, right?

25      A   Not in this section, no.

Page 135

1      Q    Okay.  So let's go farther north.

2           And now we're at Detail 3 of 8.  Do you see any

3      elevation measures in the north-south ditch that exceed

4      22 feet?

5      A    No.

6           MR. MCALILEY:  Object to form.

7           THE WITNESS:  Wait.

8      BY MR. ADKINS:

9      Q    Let's go back.  Yup.

10     A    Yeah, look at those -- yeah, there's one --

11     there's a 22, a 23, 21, 23 -- those -- those two over

12     there.  But there's a cross-section right there where

13     it looks like -- it looks like the -- either side of

14     the ditch -- one of them is 22.5, and the other one is

15     23.3.

16     Q    Those are in red?

17     A    Yes.

18     Q    Okay.  Those are the cross-sections that Karner

19     took during the March visit?

20     A    Yes.

21     Q    Okay.  So those weren't cross-sections of the

22     north-south ditch, which they performed in December,

23     right?

24          MR. MCALILEY:  Object to form.

25          THE WITNESS:  Well, most of the north-south --

W. Michael Dennis                                    October 19, 2023

Page 136

1           most of the north-south ditch was done in December.

2           Can you blow that up a little bit more.

3       BY MR. ADKINS:

4           Q    Sure.  I'll zoom out.

5                Is that good?

6           A    Now zoom in.

7           Q    Okay.

8           A    Some more.

9                Yeah, it looks like -- it looks like that 22 and

10      23 are in the north-south ditch.

11          Q    Okay.  And so the measure 20.41, just next to

12      it, what -- the north-south ditch just jumps two feet

13      there?

14               MR. MCALILEY:  Object to form.

15               THE WITNESS:  I don't think the ditch jumps,

16          but that -- that is in the area where there is a

17          east-west ditch that goes to a wetland to the west

18          and then comes back to the north-south ditch.  So

19          that's a -- that's a busy area right there.  And I'm

20          trying to decipher -- it looks like the -- it looks

21          like the December measurements in that area were

22          20.889 and 20.41.  But then it looks like that there

23          was some more survey done that had some above 22 and

24          23.

25          Is there -- on the Karner survey cross-section, is

W. Michael Dennis                                October 19, 2023

Page 137

1       there one right there?

2   BY MR. ADKINS:

3       Q   I think there is, yes.  And you want to go back

4   and look at that?

5       A   Yeah, look at that.  And that may help us

6   understand it.

7       Q   Let's put a pin in that one.  So there's a

8   question mark here whether 22 is above the north-south

9   ditch in this section.

10      A   Right.

11      Q   And then let's just -- so we can close this out,

12  we'll go down to the final detail that shows the

13  north-south ditch.

14          So now we're on Detail 8 of 8.  Do you see that?

15      A   Uh-huh.  Yes.

16      Q   And none of those -- none of these survey points

17  in the north-south ditch, in its northernmost reach

18  before it intersects with the east-west ditch, is above

19  22 feet, right?

20      A   No.

21      Q   No.  Okay.

22          So we'll go back to the Karner survey, and let's

23  see if we can find a cross-section in the area that

24  you're describing.

25          So I see two cross-sections in this

W. Michael Dennis                                    October 19, 2023

Page 138

1     intersection.  It looks like cross-section 21 and

2     cross-section 22.  Do you see that?

3         A    Yes.

4         Q    Okay.  And cross-section 21 is running in a

5     north-to-south direction.  Do you see that?

6         A    Yes.  That would be going over the east-west

7     ditch to that wetland.

8         Q    So that's not a cross-section of the north-south

9     ditch?

10        A    No.

11        Q    And then cross-section 22 looks like a

12    cross-section of the north-south ditch, correct?

13        A    Yes.  Let's look at that.

14        Q    Okay.  Let's look at that one.

15             Okay.  So we're now on Exhibit 268, and we're

16    looking at the cross-section 22.  Do you see that?

17        A    Yes.

18        Q    Okay.  So I'll just give you a second to look at

19    this data.

20        A    Yeah, it looks like the centerline is 20.41, so

21    that would be below 22.

22        Q    Right.

23             So all of the survey data in the north-south

24    ditch shows that the bottom elevation of the ditch is

25    below 22 feet, right?

W. Michael Dennis                                          October 19, 2023

                                                    Page 139

 1      A    That's what -- that's what I think we're

 2   finding.

 3      Q    Okay.

 4        MR. ADKINS:  Okay.  I think we're ready for a

 5   break here.  Shall we go off the record?

 6        MR. MCALILEY:  Before we go off the record, let

 7   me just say, I think we have misnumbered an exhibit.

 8        MR. ADKINS:  Oh, no.

 9        MR. MCALILEY:  So why don't we just put that on

10   the record.

11        MR. ADKINS:  Yes.

12        MR. MCALILEY:  So just to go through the

13   exhibit numbers, 268 is the Karner survey, right?

14        MR. ADKINS:  Correct.

15        MR. MCALILEY:  So this is Appendix 3 to the

16   original report.

17   I think you -- then you -- there's another exhibit,

18   which I had written down as -- okay.  There is --

19   there is an exhibit -- it's Exhibit 18 to the DOJ --

20   Exhibit 18 to the supplemental report.

21   What is your number for that?

22        MR. ADKINS:  267.

23        MR. MCALILEY:  267.  Okay.  Got it.

24        MR. ADKINS:  And then -- and, Mr. McAliley, I

25   have 269 -- is Exhibit 20 to the second rebuttal.

W. Michael Dennis                                    October 19, 2023

                                                    Page 140

 1          MR. MCALILEY:  Right.

 2          MR. ADKINS:  And then 270 is --

 3          MR. MCALILEY:  And 270 --

 4          MR. ADKINS:  Yeah.

 5          MR. MCALILEY:  Perfect.  Okay.  Got it.  All

 6      right.

 7          MR. ADKINS:  Okay.

 8          MR. MCALILEY:  Thanks.  That clarifies it for

 9      me.  Thank you.

10          MR. ADKINS:  Okay.

11      All right.  Let's go off.

12          THE VIDEOGRAPHER:  Off the record at 1:00 p.m.

13              (A break was taken from 1:00 p.m. to

14              1:48 p.m.)

15          THE VIDEOGRAPHER:  The time is approximately

16      1:48 p.m.  This begins media unit number 3 [sic],

17      and we are back on the record.

18  BY MR. ADKINS:

19      Q   Now, Dr. Dennis, in your opinion, the 84th

20  Avenue ditch is not a relatively permanent water,

21  correct?

22      A   Correct.

23      Q   What is your basis for that opinion, sir?

24      A   It does not meet the requirements, as I

25  understand it from the Sackett decision, to be a

W. Michael Dennis                                     October 19, 2023

Page 141

1    relatively permanent water.  The 84th Avenue ditch is a

2    roadside ditch, clearly constructed, man-made.  The

3    ditch in question, I believe, is on the east side of

4    the road, and was constructed primarily to take

5    roadside runoff from the highway.  Therefore, it was --

6    it was not intended when constructed, and it slopes

7    from south to north, and, again, provides drainage.  So

8    it doesn't have the characteristics, in my opinion, to

9    be a relatively permanent water.

10       Q   You say it was constructed to drain runoff from

11   the road.  But, in fact, the 84th Avenue ditch drains

12   wetlands that are next to the 84th Avenue ditch on the

13   Countess Joy reference property?

14          MR. MCALILEY:  Object to form.

15          THE WITNESS:  There are wetlands on the

16       Countess Joy property just east of that ditch, and

17       under certain -- certain water conditions in that

18       wetland, that water would reach the 34th [sic]

19       Avenue ditch.

20   BY MR. ADKINS:

21       Q   What conditions are those?

22       A   Well, it be enough water in the wetlands to be

23   high enough to flow across to that ditch.  The ditch

24   doesn't come and dead-end in that wetland.  It's on the

25   edge of it.  So there's right-of-way and there's a

W. Michael Dennis                                    October 19, 2023

Page 142

1    fence line.  There's an area between the ditch and the

2    wetland.  But under -- if the wetland is full of water

3    and is very high, then it could -- it could touch and

4    drain into the roadside ditch.

5        Q   And it does, in fact, do that, right?

6        A   I never saw it do that.

7            MR. MCALILEY:  Objection.

8        I'm sorry.  Go ahead.  I just had an objection for

9        the record there.  Go ahead.

10   BY MR. ADKINS:

11       Q   Okay.  And so how frequently does water -- if

12   the wetland full and water comes down and touches and

13   drains into the 84th Avenue ditch, in your view?

14       A   I think that it could, under certain

15   circumstances.  Again, I never -- I never saw any water

16   connection.

17       Q   And when you say "water connection," do you mean

18   surface water?

19       A   Yes.

20       Q   Does the 84th Avenue ditch -- is it -- does it

21   constitute a geographic feature, in your opinion?

22       A   Well, consistent with our discussions this

23   morning, it's not a natural geographic feature --

24   geologic feature, geographic feature.  It's a man-made

25   ditch.  So to that degree, it would be a feature.

W. Michael Dennis                                  October 19, 2023

Page 143

1      Q   Okay.  So it's -- I guess your view is, the 84th

2   Avenue ditch isn't a natural geographic feature, but it

3   is a geographic feature.  Is that correct?

4      A   Yes.

5      Q   Okay.  And does the 84th Avenue ditch have a

6   relatively continuous bed and bank?

7      A   No, I didn't observe that.

8      Q   Okay.

9      A   Toward the northern end, there may be some

10   indication of that, but I didn't -- I didn't indicate

11   or see that it had a typical bed and bank feature.

12      Q   And when you say you didn't observe it, you

13   didn't observe it one way or the another, or you

14   observed that it does not have an ordinary bed and

15   bank -- or a typical bed and bank?

16      A   Yeah, it struck me as being a roadside ditch

17   that probably has -- has occasional maintenance on it.

18   So it's -- it falls, in my mind, in a little bit

19   different category than the other ditches we've talked

20   about.

21      Q   Okay.  But going back to my question, you said

22   you didn't observe a bed and bank.  Is it that you

23   observed the 84th Avenue ditch and you didn't see a bed

24   and bank, or is it that you just didn't observe it one

25   way or the other?

W. Michael Dennis                                         October 19, 2023

Page 144

1       A    Well, I observed the 34th [sic] Avenue ditch.

2   And depending on how far up that ditch you go from

3   the -- from the south, I didn't -- I didn't observe a

4   continuous bed and bank along the length of that entire

5   ditch.

6       Q    Okay.  And do you have an opinion on whether the

7   84th Avenue ditch has an ordinary high watermark?

8       A    It has -- it has an area -- it has a mark.  You

9   can see where water gets up into the ditch at certain

10  times of the year at certain flows.  So there is --

11  there is that, more toward the northern end of it than

12  as you move upslope to the south.

13               (Plaintiff's Exhibit 271 was marked for

14               identification.)

15  BY MR. ADKINS:

16      Q    I'm showing you what I've marked as Deposition

17  Exhibit 271.  This is Exhibit 26 to your second

18  rebuttal report.  Do you see that on your screen?

19      A    I do.

20      Q    Okay.  Now, this exhibit is the location of the

21  water table monitoring wells and the surface water

22  gages on the site and the Countess Joy reference

23  property that the U.S. DOJ expert team prepared?

24      A    Yes.

25      Q    Okay.  I want to focus in on reference well 7.

W. Michael Dennis                                   October 19, 2023

Page 145

1    Do you see that on your screen?

2        A    I do.

3        Q    Okay.  So reference well 7 is in the

4    northwestern area of the Countess Joy reference site

5    east, and east of the 84th Avenue roadside ditch,

6    right?

7        A    That's where it appears to be, yes.

8        Q    And reference well -- the location of reference

9    well 7 is generally in the area where the U.S. expert

10   team has opined that there is a -- a direct surface

11   connection from wetlands on the Countess Joy site and

12   the 84th Avenue ditch?

13           MR. MCALILEY:  Object to form.

14           THE WITNESS:  Generally, yes.

15   BY MR. ADKINS:

16       Q    Okay.  So I want to focus in on the section of

17   the 84th Avenue ditch between the area where reference

18   well 7 is and upstream where the 84th Avenue ditch

19   connects to the east-west ditch.  Okay?

20       A    Okay.

21       Q    So in that section between reference well 7 and

22   the east-west ditch, does the 84th Avenue ditch have a

23   relatively continuous bed and bank?

24       A    I don't recall.  My recollection of the ditch in

25   that area is it looked like a roadside ditch.  The

Page 146

1      areas on either side of it are maintained.  The ditch

2      is -- appears to occasionally be maintained.  So I'm

3      not sure.

4           Do you have any pictures of it I could look at?

5      Q    I'm not sure if I have a picture of that exact

6      portion of the ditch with me, so we're going to just

7      have to go based on your opinions here and your

8      recollection.

9      A    Okay.

10     Q    So as you sit here today, you don't have an

11     opinion one way or the other whether the section of the

12     84th Avenue roadside ditch between reference well 7 and

13     the east-west ditch has a relatively continuous bed and

14     bank?

15     A    My recollection is that -- of the ditch is -- is

16     that in looking at it, it didn't occur to me that it

17     had a bed and bank.  It looked like a roadside ditch

18     and -- that's my recollection.

19     Q    Okay.  And do you have an opinion one way or the

20     other whether the section of the 84th Avenue roadside

21     ditch between reference well 7 and the east-west ditch

22     has an ordinary high watermark?

23          MR. MCALILEY:  Object to form.  Asked and

24        answered.

25          THE WITNESS:  There was -- my recollection is

W. Michael Dennis                                      October 19, 2023

Page 147

1       that you could find a -- a -- a mark on parts of

2       that area that you're -- of the ditch you're talking

3       about, which may indicate, you know, where the water

4       gets up to when water is flowing down the ditch.

5   BY MR. ADKINS:

6       Q    Okay.  You framed it -- you said you "could,"

7   but did you identify an ordinary watermark -- high

8   watermark?

9       A    I don't have a present recollection of it.

10      Q    Okay.  So I'm going to take you back to your

11  report.  We're at Exhibit 262.  And on the bottom of

12  page 9, I'm going to take you back to a sentence that

13  we've talked about a little bit here.

14           And you say, "The north-south canal ditch and

15  the 84th Avenue roadside ditch also are dry for months

16  of the year, either in whole or in part."

17           Do you see that?

18      A    Yes.

19      Q    Okay.  So we talked about this sentence with

20  respect to the north-south ditch.  Now I want to talk

21  about the 84th Avenue ditch.  What is your basis --

22  what is the basis for your opinion that the 84th Avenue

23  ditch is dry for months of the year, either in whole or

24  in part?

25      A    My recollection is that when I looked at it, it

W. Michael Dennis                                        October 19, 2023

Page 148

1    was dry.  And that would've been in -- in March that I

2    would've looked at it.  I don't think I looked at that

3    area in December.

4        Q    For how many months of the year is the 84th

5    Avenue roadside ditch dry?

6        A    I don't know.  It receives primarily water, I

7    would expect, from the roadside.  Its main purpose is

8    to provide the drainage from the road.  And then as you

9    indicated, there may be -- there may be times when the

10   wetland that's east of it has enough water to flow over

11   and provide some flow to the ditch.

12           So, again, I think this ditch is a little

13   different than the others, in that it would have flow

14   whenever there was enough rain falling on the road to

15   drain off into the -- into the ditch.

16       Q    Do you agree that water flows in the 84th Avenue

17   roadside ditch at least seasonally?

18       A    Not the length of it.  And I'm not sure that it

19   does from that point that you -- you pointed out, where

20   it's next to the wetland.  It may.  It may.  I have

21   no -- I have no direct information on that.

22       Q    Okay.  So you don't have an opinion one way or

23   the other whether the 84th Avenue ditch flows

24   seasonally between reference well 7 and the east-west

25   ditch?

W. Michael Dennis                                    October 19, 2023

Page 149

1        A    My opinion is that it may, but I don't -- I

2    don't know for sure.

3        Q    Okay.  And so did you observe the 84th Avenue

4    ditch during your December 2021 inspection?

5        A    I don't believe so.

6        Q    Okay.  So you don't have any pictures of the

7    84th Avenue ditch from your December 2021 inspection?

8        A    I don't think so.  I don't think -- I think the

9    December inspection was the first time that I had

10   access to Countess Joy.  And at that point in time, I

11   think the focus was up the north-south ditch, and so I

12   don't think I went over to the 84th Avenue ditch at

13   that time.

14       Q    Did you observe the 84th Avenue ditch during

15   your March 2022 inspection?

16       A    I did.

17       Q    What did you observe in the 84th Avenue ditch on

18   that day?

19       A    It was dry.

20       Q    Okay.  Was it dry for the entirety of the ditch?

21       A    It was dry -- yes, it was dry all the way down

22   to where or near where it enters the east-west ditch

23   and there's culverts under the road.  There was

24   standing water in the east-west ditch just east of the

25   road and the culverts.  So the 34th [sic] Avenue ditch

Page 150

1    came down to that, so if it did have any water, it

2    would've been just at the very, very northern end of it

3    where it hit the east-west ditch.

4        Q    Did you observe water in the area of reference

5    well 7 in the 84th Avenue ditch?

6        A    No.

7        Q    Okay.  Are there any other occasions you

8    observed conditions in the 84th Avenue ditch in

9    connection with this case?

10       A    No direct on-site observations, no.

11       Q    Okay.  Any other observations that were not

12   on-site?

13       A    Only to the degree that I would've -- that that

14   area shows up in the video that we talked about earlier

15   this morning, or that it may have been visible on any

16   of the Google Earth images that I periodically looked

17   at.

18       Q    And the helicopter video that you mentioned and

19   these Google Earth images, do they form part of the

20   basis of your opinion that the 84th Avenue ditch is not

21   a relatively permanent water?

22           MR. MCALILEY:  Object to form.

23           THE WITNESS:  They are information that I

24       looked at.  I think that I had formed my opinion

25       before I saw those, but I took whatever I saw from

Page 151

1          those into account.

2     BY MR. ADKINS:

3          Q    Okay.  So I want to shift gears now to talk

4     about this term "continuous surface connection."  When,

5     in your view, does a wetland have a continuous surface

6     connection to a water of the United States?

7               MR. MCALILEY:  Object to form.

8               THE WITNESS:  As I understand the Sackett

9          decision and the continuous surface connection --

10         continuous surface water connection, it would be

11         when the wetland is in proximity to a traditionally

12         navigable water or a relatively permanent water

13         so that you can't tell -- you can't tell the

14         difference where the RPW or the traditionally -- or

15         the traditionally water -- traditionally navigable

16         water ends and the wetland begins.  So if you -- if

17         you have -- and this is surface water.  This is --

18         there's no mention of groundwater connection.  So it

19         has to be -- in my view, it has to be continuous

20         surface connection between the wetland and either

21         RPW or traditionally navigable water.

22    BY MR. ADKINS:

23         Q    And when you say "continuous surface connection

24    between the wetland and the RPW," do you mean the water

25    on the surface of the wetland has to be continuous with

W. Michael Dennis                                    October 19, 2023

Page 155

1    there.

2         And so is it your opinion, then, that a direct

3    surface connection between the site wetlands and the

4    east-west ditch does not exist via this primary flow

5    pathway because for much of the year there's no surface

6    water on that pathway?

7    A    Correct.

8    Q    Okay.  So we'll go back to your report,

9    Exhibit 262, page 17.  I've highlighted another

10   sentence here that says, "A groundwater connection by

11   definition cannot be a surface connection, and even if

12   there is surface water for part of the year, it is not

13   continuous."

14        Do you see that?

15   A    Yes.

16   Q    Okay.  And so what do you mean here by "ground

17   water connection"?

18   A    Well, there can -- based on water tables, you

19   could have a groundwater connection, but the Sackett

20   decision clearly talks about surface connections.  And

21   I understand that to mean surface water connections,

22   and that that has to be continuous, just as I

23   previously testified to.

24   Q    And in this sense, when you say "continuous," is

25   it the same?  You mean both temporally and physically?

W. Michael Dennis                                    October 19, 2023

Page 156

1      A    Yes.

2      Q    Okay.  Is it your view that continuous -- a

3   continuous surface connection under Sackett requires

4   water at the surface of the wetland for the entire

5   year?

6      A    It requires it to be continuous with the TNW or

7   the RPW so that you can't tell the difference between

8   the two.  See, I don't think you -- I don't think

9   Sackett directs you to divide surface water connection

10  and continuous surface connection and -- where you

11  can't tell the difference between the wetland and the

12  traditionally navigable water or relatively permanent

13  water.  I think that's all one test.

14     Q    Okay.  So, I guess, is it -- it would not be --

15  it's not your view that a wetland must have water at

16  the surface continually -- so the entirety of the

17  year -- for it to satisfy the continuous surface

18  connection test?

19          MR. MCALILEY:  Object to form.

20          THE WITNESS:  If the -- if the traditionally

21      navigable water or the relatively permanent water

22      has water and it's at a certain elevation, and

23      there's a wetland that meets the definition of

24      wetland, that for it to be a water of the United

25      States, that surface water in that wetland has to be

W. Michael Dennis                                    October 19, 2023

Page 157

1        continuous with the water in the TNW or the RPW.

2     BY MR. ADKINS:

3        Q    Now, you're aware the 2008 Rapanos guidance

4     provides that a continuous surface connection doesn't

5     require surface water to be continuously present

6     between the wetland and the relatively permanent water?

7        A    I'd have to go back and look at that in Rapanos.

8     I was doing this analysis under Sackett.

9        Q    Right.  So I'll represent to you that it does.

10    It does state that the continuous surface connection

11    doesn't require that the surface water be continuously

12    present between the wetland and the tributary.  But

13    that -- that -- that's not inconsistent with your

14    opinion, because you're not using the Rapanos guidance

15    here, right?

16       A    I am using the Sackett guidance.

17       Q    Okay.  And just so I'm clear on this, if a

18    wetland has only a physical connection -- so it

19    physically touches a relatively permanent water, but

20    does not have a continuous surface water connection,

21    that wetland is not jurisdictional under the Clean

22    Water Act under Sackett?

23            MR. MCALILEY:  Object to form.

24            THE WITNESS:  I think that's what the Sackett

25        decision clearly says.

W. Michael Dennis                                    October 19, 2023

Page 158

BY MR. ADKINS:

1

2       Q    And that's your interpretation of Sackett and

3    how you've applied it in this case?

4       A    Yes.

5       Q    Okay.  And do you have any opinions of whether a

6    berm exists, separating the site's wetlands from the

7    north-south ditch?

8       A    At what time period?

9       Q    How about -- we'll start before the defendants

10   acquired the site.

11      A    Okay.  There's -- there's not -- there's not

12   absolutely clear information on that.  However, the

13   north-south ditch, based on historic aerials, looks

14   like it came down the west side of the 9.92-acre area.

15   And the north-south ditch, north of the 9.92-acre area,

16   which looks to be generally in the condition that it

17   was when the ditch was dug, does have spoil banks on

18   the edge of it.  So when that ditch was dug, that spoil

19   had to go somewhere.  And typically, it would not be

20   hauled off.  It would just be piled on the edge.  So

21   going back in time, in all likelihood, there was some

22   spoil on the eastern side of the north-south ditch.

23   Looking at it today, I don't recall a distinct spoil

24   pile on the west side.  I think that sort of is flat

25   over there.  So there may have been a spoil pile along

W. Michael Dennis                                    October 19, 2023

Page 159

1    the -- between the ditch and the wetland on the

2    9.92-acre site.

3           Subsequently, and later in time, there was --

4    there were accounts from the -- it was in the

5    deposition that I read of one of the ranch managers out

6    there, that there was a -- there was a road along the

7    boundary between the north-south ditch and the rest of

8    the 9.92-acre area.  So that could've been a separation

9    too.  So that -- that's -- looking at the historic

10   aerials, it's not abundantly clear, but that's the --

11   that's the best information I have on that.

12      Q   Okay.  So we're back at -- I'm showing you

13   Exhibit 262.  This is your second supplemental report.

14   And I want to take you to this middle paragraph,

15   starting "moreover."

16           So the first sentence here is, "Moreover, there

17   is no continuous surface connection between the wetland

18   on the 9.92-acre property and the north-south canal

19   ditch."

20           Do you see that?

21      A   Yes.

22      Q   Okay.  And then the second sentence here is, "As

23   described in my rebuttal report, the wetland on the

24   9.92-acre site is separated from the north-south canal

25   ditch by an upland berm."

W. Michael Dennis                                    October 19, 2023

Page 160

1            Did I read that correctly?

2       A    Yes.

3       Q    Okay.  So in this sentence, you're talking about

4    the present conditions at the site; is that right?

5       A    That's certainly true of the present conditions.

6    And then -- and then if you go back in time, you know,

7    it's -- it may or may not be, based on what I just

8    described.

9       Q    Okay.  So why don't we look at the two exhibits

10   that you cite here.  One is your Exhibit 43, and then

11   the other is Appendix 5, 5-1.  I believe that's

12   referring to the appendix in the U.S. DOJ expert team

13   report, but I'll show you both --

14      A    Okay.

15      Q    -- and you can confirm that for me.

16           So let me show you Exhibit 43 first.

17                (Plaintiff's Exhibit 272 was marked for

18                identification.)

19   BY MR. ADKINS:

20      Q    Okay.  So I've marked, as Exhibit 272,

21   Exhibit 43 from your second rebuttal report.  Do you

22   see that?

23      A    Yes.

24      Q    Okay.  So this is a figure that appeared in the

25   U.S. DOJ expert team report, showing LiDAR data from

W. Michael Dennis                                        October 19, 2023

Page 161

1    2016 and 2019, right?

2       A    Yes.

3       Q    Okay.  So how -- how does this -- how does this

4    figure support your view that there was an upland berm

5    separating wetlands on the defendants' site from the

6    north-south ditch?

7       A    Well, if you look at the 2016 and look at the

8    northwest corner --

9       Q    Okay.

10      A    -- do you see a line of yellow coming down the

11   edge?

12      Q    Yes.

13      A    And then it continues on, and then -- and

14   then -- it's not where you got your cursor, but

15   starting at the northwest corner, do you see that

16   yellow line coming down there?

17      Q    Uh-huh.

18      A    And then it gets into yellow and red, which is,

19   I assume, some vegetation there, but higher -- again,

20   higher elevation.  And then you follow that on down and

21   you pick up that yellow signature again.  And it's

22   visible, in one degree or another, all the way down to

23   the southwest corner.

24      Q    Okay.  So you've identified an area, I guess,

25   that's on the western edge of the site, that shows

Page 162

1    higher elevation in this 2016 LiDAR.

2            Now, if I go down to the southwestern corner of

3    the site here, I don't see that elevated berm at every

4    area.  There's kind of a second bid of what looks like

5    maybe some vegetation that's red, and then an area

6    that's almost a little greenish.  Could that be a break

7    in the berm?

8            MR. MCALILEY:  Object to form.

9            THE WITNESS:  I see what you're talking about.

10       I don't -- I don't see -- to me, it looks like

11       it's -- it's yellowish, and then there is a little

12       green there, and then it goes yellow again.  So

13       whether that's a break in that berm or not, or where

14       some spoil wasn't placed, I'm not sure.

15   BY MR. ADKINS:

16       Q   Okay.  So would you agree that at least this

17   2016 LiDAR doesn't necessarily show a continuous berm

18   along the western edge of the defendants' site?

19       A   No, I wouldn't -- I wouldn't say that.  It looks

20   like it probably does.  I see that one area you're

21   talking about.  So that's suspect, I agree.  But for

22   the most part, it looks like there is.

23           Could you -- could you scoot up a little bit on

24   that photo.

25       Q   Sure.

W. Michael Dennis                                    October 19, 2023

Page 163

1              How's that?

2      A    All right.  Yeah.  See where it says 2016?

3      Q    Uh-huh.

4      A    And then look over to the northwest corner of

5      the exhibit.

6      Q    Right over here?

7      A    Right.  See that yellow line?

8      Q    Uh-huh.

9      A    That's a berm.  And I know that's a berm,

10     because I've seen it out in the field.  So you've got

11     the northwest ditch, which is the green, and then

12     you've got a berm on either side of it.  So that

13     indicates to me that that's how that ditch was

14     constructed.  And that continued on down onto the

15     9.92-acre site.

16     Q    And so this area of -- where it looks a little

17     bit red in the 2016, is that an area of -- is that

18     foliage or vegetation?

19          MR. MCALILEY:  Object to form.

20          THE WITNESS:  It's -- it's likely vegetation.

21     If you look at the 2019, in that same area you can

22     see what looks to be vegetation there still then.

23     It was much more vegetated in 2016 than it was in

24     2019.

25     BY MR. ADKINS:

W. Michael Dennis                                    October 19, 2023

Page 164

1     Q   And would you agree that the vegetation obscures

2     the true ground elevation in those areas?

3          MR. MCALILEY:  Object to form.

4          THE WITNESS:  Well, LiDAR technology imagery

5     has to see the ground to get the elevation.  So if

6     there's too much vegetation cover, it can't

7     penetrate that and actually see the ground

8     elevation.  So in some instances, that red may be

9     picking up vegetation signatures rather than actual

10    ground elevation.

11              (Plaintiff's Exhibit 81 was marked for

12              identification.)

13    BY MR. ADKINS:

14    Q   Okay.  So let's go to Deposition Exhibit 81.

15    And this is Appendix 5, photograph 5-1.

16         Is this the photograph that you were referencing

17    in your second rebuttal report, in that sentence that

18    we were just looking at?

19    A   I believe so, yes.

20    Q   Okay.  I'll just show you 262, Exhibit 262.

21    This is your report again.  And you refer to

22    Appendix 5, 5-1.  Do you see that?

23    A   Yeah.

24    Q   Okay.

25    A   Yes.

W. Michael Dennis                                    October 19, 2023

Page 165

1        Q    Okay.  So I'm showing you Appendix 5 to the U.S.

2    DOJ expert team report, photograph 5-1.

3             Now, how does -- now, this is a 1966 aerial of

4    the defendants' property?

5        A    Okay.

6        Q    Is that your understanding?

7        A    Well, go down at the bottom.

8        Q    Okay.

9        A    No.  At the top, it had it up there.

10       Q    Oh, sorry.  Okay.

11       A    Yeah, it's 1966.

12       Q    Okay.  And how does this photograph support your

13   view that there was a berm separating the defendants'

14   wetlands from the north-south ditch?

15       A    Well, it's right over at the edge of the -- of

16   the photo.

17       Q    Okay.

18       A    Again, you can pick up faintly what looks to be

19   a berm line.  It's obscured because you've got two

20   photos that are coming together right there.

21       Q    Uh-huh.

22       A    So it's not -- it's not as clear as it should

23   be.  But it appears to show the same -- same situation.

24       Q    So I'm looking at -- there's an area that's

25   indicated "Sharfi property."  And then if you go to the

W. Michael Dennis                                    October 19, 2023

Page 166

1   left in this aerial, almost until you reach that black

2   solid line, is this the area where you believe there's

3   a berm represented?

4       A   Yes.

5       Q   Okay.  And the area just below that, you agree

6   that there's a pocket here that looks like there isn't

7   a berm, right?

8       A   It looks like there may not be in that one small

9   area that you just had your cursor on.

10      Q   And this -- would you agree this looks like a

11  depressional feature, this darker area that we're

12  looking at?

13          MR. MCALILEY:  Object to form.

14          THE WITNESS:  Yes.

15  BY MR. ADKINS:

16      Q   Okay.  So you would agree this -- at least this

17  aerial seems to suggest there's -- there's a -- there

18  is some depressional feature on the defendants' site

19  and where -- that borders the north-south ditch without

20  a berm?  Do you agree with that?

21          MR. MCALILEY:  Object to form.

22          THE WITNESS:  In that one area that you pointed

23      out, I would agree that the berm is not -- the

24      presence or absence of a berm is not really clear in

25      this aerial.

W. Michael Dennis                                          October 19, 2023

Page 167

1    BY MR. ADKINS:

2        Q    And that would line up, roughly, with the

3    southwest corner of the defendants' site?

4        A    Yes.

5        Q    Okay.  So I want to scroll down to some of the

6    other photographs in this exhibit.

7             So now I'm down to photograph 5-2.  Do you see

8    that?

9        A    Yes.

10       Q    Okay.  And this is another aerial representation

11   of the site, correct?

12       A    Yes.

13       Q    Okay.  So I want to focus in down on that

14   southwest corner that we were looking at of the

15   defendants' site.  And you can see the depressional

16   feature is still there, right?

17       A    Correct.

18            MR. MCALILEY:  Object to form.

19   BY MR. ADKINS:

20       Q    And do you see where the depressional feature

21   touches the north-south ditch without a berm?

22            MR. MCALILEY:  Object to form.

23            THE WITNESS:  Well, actually, if you'll look

24       closely at it -- maybe you could blow that up a

25       little bit, that southwest corner.

W. Michael Dennis                                October 19, 2023

Page 168

BY MR. ADKINS:

Q    Okay.  I'll zoom in for you.

A    Yeah.

     All right.  You see the -- you see the black
line?

Q    Yes.

A    Right.

Q    The solid black line?

A    Yeah, solid black line.

     And then if you look just on the west side of
that, there looks like, again, a change in the
photographic signature, and it looks like a line
there --

Q    Uh-huh.

A    -- a little bit lighter.  So that suggests to me
that -- that may be -- that may be the old spoil pile,
maybe the old berm, in that area.

     Could you scoot it north.

Q    Sure.

A    Further north.  Well, we're off of it.

Q    Uh-huh.

A    Okay.  That's fine.  Thank you.

Q    Okay.  And so this -- this area that -- it's --
it looks a little bit lighter, that doesn't continue
all the way down through the depressional feature,

W. Michael Dennis                                October 19, 2023

Page 169

1    right?

2         MR. MCALILEY:  Object to form.

3         THE WITNESS:  Well, it's -- it's -- it's more

4    evident in some places than others, but it looks

5    like it's -- put your cursor back down there.  Just

6    a little bit south.  Right in there, that's the one

7    area that -- you know, it's got some light in there,

8    like the area north of that that I'm looking at.  So

9    it's -- you know, that's the one area we've been

10   talking about that's not as clear one way or

11   another.

12  BY MR. ADKINS:

13   Q   Okay.  So we'll go down to photo 3-5.  And

14  looking at photo 3-5 -- 5-3 -- excuse me -- do you --

15  can you observe a berm in this photo?

16   A   Yeah, that -- look to the west of that black

17  line.  See that white line?

18   Q   Uh-huh.

19   A   That appears to be a continuous berm along

20  there.

21   Q   Okay.  And is this berm that you're observing

22  here -- is this on the west side or the east side of

23  the north-south ditch?

24   A   That's on the west side.

25   Q   Okay.  And so there's no berm -- you're not

W. Michael Dennis                                    October 19, 2023

Page 172

1    photograph 5-5?

2         A    There, I can pick up areas of the ditch, I

3    believe, and there's vegetation to the east of it.  I

4    can't tell from this aerial whether there's a berm

5    there or not.

6              Scroll down to the south part, the south corner.

7              Same thing.  I can't tell -- I can't tell from

8    this whether there is or isn't.

9         Q    Okay.  So let's move back to your report,

10   Exhibit 262.  I'm on page 20.  I've highlighted another

11   sentence here, and I'll read it for you.

12             "The areas near the east-west canal ditch, even

13   if it they all were wetlands, are easily

14   distinguishable from the east-west canal ditch itself."

15             Did I read that correctly?

16        A    Yes.

17        Q    And what -- what is -- can you explain what you

18   mean by this.

19        A    Yeah.  This goes to the point that I was making

20   earlier.  The east-west canal ditch has berms along it,

21   spoil banks, a berm across it.  It's not contiguous.

22   There are some breaks in it.  And then there's the

23   question of whether the wetlands that were identified

24   in the supplemental Sackett reports by DOJ -- whether

25   those wetlands are connected to that east-west canal

W. Michael Dennis                                    October 19, 2023

Page 173

1    ditch.

2          And this goes to the point I was making earlier.

3    The pasture area -- and if those are, indeed,

4    wetlands -- the elevation of those is up, you know,

5    higher than the east-west ditch and what would be the

6    ordinary high waterline in the east-west ditch.  So

7    even if -- even if the east-west ditch were an RPW and

8    even if all the areas that are identified as wetlands

9    were wetlands on the Countess Joy property, the

10   elevational difference between those is such that, one,

11   that the wetlands may not have surface water, they may

12   be high water table, high enough and close enough to

13   the surface to meet the wetland definition but not have

14   surface water, or certainly not continuous surface

15   water.  So there would be a difference in elevation.

16   And you, again, are required to have a continuous

17   surface connection between the RPW and the wetland so

18   you can't tell them apart.

19         Now, I can -- I've been out there, and I can

20   tell the difference between the east-west canal ditch

21   and the area south of it.  It's not -- it's not the

22   same.  And so I don't think that Sackett says that if

23   you have a wetland -- however it's determined, surface

24   water or groundwater -- and it's not indistinguishable

25   from the RPW water, then, again -- it's an opinion I've

W. Michael Dennis                                        October 19, 2023

Page 174

1     already stated.  I don't believe that Sackett says that

2     that is a water of the United States.

3         Q   So you don't disagree that wetlands on the

4     Countess Joy property abut or touch the east-west ditch

5     at the two points that the U.S. DOJ expert team

6     identified?

7             MR. MCALILEY:  Object to form.

8             THE WITNESS:  The two points that the circles

9         are around on that one -- on one of the exhibits.

10    BY MR. ADKINS:

11        Q   Well, you're aware that the U.S. DOJ expert team

12    identified two areas where wetlands on the Countess Joy

13    property abut the east-west ditch, right?

14        A   I'm thinking of a map that would reflect that,

15    yes.

16        Q   Okay.  And you don't dispute that those wetlands

17    touch the east-west canal ditch, right?

18            MR. MCALILEY:  Object to form.

19            THE WITNESS:  I've not -- I've not seen -- I've

20        seen reports that water could come from the area

21        that's identified as wetlands on Countess Joy and

22        those two places, and there are breaks in the spoil

23        berm.  And I am aware of the statement that water

24        connects then to the east-west ditch through those.

25        I am not sure -- you may be right, but I'm not sure

W. Michael Dennis                                      October 19, 2023

Page 175

1          that I've seen data that would indicate that the

2          wetlands would go down through those points and

3          would be wetlands all the way.  Because those were

4          old spoil berm areas.  So I'm not -- I'm not trying

5          to be picky.  I'm just saying that I'm -- I haven't

6          seen that level of detail to be absolutely sure.  It

7          may, but I'm not sure.

8     BY MR. ADKINS:

9          Q    Okay.  You know, I'm trying to separate out the

10    aspect of your opinion where you say there's got to be

11    a continuous surface water connection, from just

12    whether the wetlands abut or touch, physically touch.

13    And so my question really is -- you know, I know your

14    opinion that, yes, they're not jurisdictional because

15    there's no continuous surface water connection, but do

16    you at least agree that at the two points the U.S.

17    expert team identified on the Countess Joy site, there

18    are wetlands that physically touch the east-west canal

19    ditch?

20          MR. MCALILEY:  Object to form.

21          THE WITNESS:  Actually, I don't have a -- don't

22    have an opinion on that one way or another.  I don't

23    have enough information to definitively tell you yes

24    or no on that.

25    BY MR. ADKINS:

W. Michael Dennis                                          October 19, 2023

Page 176

1        Q    Okay.  And then the other connection that the

2    U.S. DOJ expert team shows is a connection between the

3    wetlands on the Countess Joy reference site and the

4    84th Avenue ditch.  Do you have enough information to

5    render an opinion on whether the wetlands physically

6    touch the 84th Avenue ditch at that point?

7        A    I believe they do, based on -- based on my

8    March 2022 site inspection.

9        Q    And so this -- this aspect that the wetlands

10   must be indistinguishably part of the body of water

11   that itself constitutes water under the Clean Water

12   Act, do you view that as an additional requirement

13   under the continuous surface connection test?

14           MR. MCALILEY:  Object to form.

15           THE WITNESS:  Repeat that.  I thought you were

16       going one way, and then you went another.  Say it --

17       give me the question again.

18   BY MR. ADKINS:

19       Q    Well, I don't want to do that, no.  So let me

20   see if I can keep you with you.

21           So I'm looking at your report here and the first

22   sentence says, "Finally, even assuming for the sake of

23   argument that there were a continuous surface

24   connection between wetlands on the 9.92-acre property

25   and Countess Joy property with the east-west canal

W. Michael Dennis                                          October 19, 2023

Page 177

1    ditch, and that the east-west canal ditch constituted a

2    relatively permanent water, the wetlands are clearly

3    distinguishable from the canal ditch."

4          So as I read that sentence, it strikes me that

5    you view this clearly distinguishable concept as an

6    additional requirement.  Is that fair?

7          MR. MCALILEY:  Object to form.

8          THE WITNESS:  I require it as a requirement.

9      It's not an additional requirement.  It's a

10     requirement under Alito's opinion in Sackett.

11   BY MR. ADKINS:

12     Q    Okay.  So the wetlands have to have a continuous

13   surface connection with an RPW, and they must be

14   clearly distinguishable from the canal ditch?

15         MR. MCALILEY:  Object to form.

16   BY MR. ADKINS:

17     Q    Let me withdraw the question, because I screwed

18   up.

19         So the wetlands have to have a continuous

20   surface connection with the RPW, and they must -- the

21   wetlands must also be clearly distinguishable from that

22   RPW?

23         MR. MCALILEY:  Object to form.

24         THE WITNESS:  I think -- I think what it says

25     is for the wetland to be a water of the United

W. Michael Dennis                                    October 19, 2023

Page 178

1          States, it must be indistinguishable between the RPW

2          or the TNW, traditionally navigable water, and the

3          wetland.

4      BY MR. ADKINS:

5          Q   And so if the wetlands physically touch the RPW,

6      that's not enough, in your view; they must also be

7      clearly distinguishable?

8          A   Correct.

9          Q   Okay.  I think I'm ready for a break here.  You

10     want to go off?

11         A   When do you want to be back?

12         Q   Five minutes.

13             THE VIDEOGRAPHER:  Off the record at 2:52 p.m.

14                 (A break was taken from 2:52 p.m. to

15                 3:02 p.m.)

16             THE VIDEOGRAPHER:  So the time is 3:02 p.m.

17         This begins media unit number 5, and we are back on

18         the record.

19         And I just want to make a correction.  At the

20         beginning of the previous media unit, I announced it

21         as 3.  It was actually 4.  So a minor correction to

22         that.

23         You may proceed.  Sorry.

24     BY MR. ADKINS:

25         Q   Okay.  So before the break, I was reminded that

W. Michael Dennis                           October 19, 2023

Page 222

1     A    Not unless we extend past seven hours.

2     Q    No, we don't want to do that.  No.  I don't

3     think anyone wants us to be here past seven hours.

4          Okay.  So let me ask you some questions about

5     this.  So you -- just looking at this picture -- and

6     we're at Exhibit 277 -- you can't tell, just looking at

7     this picture, whether or not this is the soil pit that

8     you excavated in this case?

9     A    No, I can't definitively say that one way or

10    another.

11    Q    Now, I suppose you haven't -- you didn't -- you

12    didn't excavate any other soil pits, and I presume you

13    wouldn't have taken any pictures of excavated soil pits

14    other than the one that you did, right?

15         MR. MCALILEY:  Object to form.

16         THE WITNESS:  Yeah.  I only -- I only dug one

17    soil pit.

18    BY MR. ADKINS:

19    Q    Okay.  Now, are you able to identify any of the

20    vegetation on the ground around this pit?

21    A    Can you blow it up some.

22    Q    Sure can.

23    A    I'm not sure I can tell you what species that is

24    from that photo.

25    Q    Can you tell me what genus it is?

W. Michael Dennis                                          October 19, 2023

Page 223

1        A    No, I can't tell you what genus it is either.

2        Q    Well, you know, I thought it was a fair

3    question.  You're a Ph.D. botanist, right?

4        A    It's a very fair question.

5        Q    Okay.

6        A    And I would like to tell you that I could, but

7    I'm not sure --

8        Q    I would've been impressed.

9             So I'm going to show you Exhibit 278.

10       A    But sitting here under oath, I couldn't tell you

11   that.

12       Q    Okay.  So are you familiar with carpet grass?

13       A    Yes.

14       Q    Do you think the vegetation shown around the

15   soil pit in Exhibit 278 looks like carpet grass to you?

16       A    It might be.  I would -- again, I can't tell for

17   sure from this photograph.

18       Q    Okay.  What would you need to see in this

19   photograph to identify carpet grass?  Is it the

20   clarity?

21       A    Well, it's -- no.  The clarity, I think, is

22   okay.  It's the maturity of it.  It's a vegetative --

23   in a vegetative state, and there are a number of

24   species that look similar to this.  So I would want to

25   look pretty carefully at this before I testified under

W. Michael Dennis                                    October 19, 2023

Page 224

1    oath what it was.

2        Q   Okay.  And is it -- I understand that there are

3    two varieties of carpet grass, a common carpet grass

4    and then the big carpet grass.  I think it's axonopus

5    fissifolius and axonopus furcatus.  Have you heard of

6    those names?

7            MR. MCALILEY:  Object to form.

8            THE WITNESS:  I have.

9    BY MR. ADKINS:

10       Q   Okay.  Now, in your hesitation to identify the

11   vegetation in this photograph, is it because you can't

12   determine whether it's one or the other of those two,

13   or is it more broad than that?

14       A   It's more broad than that.

15       Q   Okay.  Can you narrow it down to a few plants

16   that you think it might be?

17       A   I'm not going to speculate on that right now

18   from this one photograph.

19       Q   Okay.  Okay.  Shall we take a break?

20       A   That would be good.

21       Q   Okay.

22       A   What time you want to be back?

23       Q   Five minutes.

24       A   Okay.

25           THE VIDEOGRAPHER:  Off the record at 4:13 p.m.

W. Michael Dennis                                    October 19, 2023

Page 225

1            (A break was taken from 4:13 p.m. to

2            4:24 p.m.)

3        THE VIDEOGRAPHER:  The time is approximately

4     4:24 p.m.  This begins media unit number 6, and we

5     are back on the record.

6   BY MR. ADKINS:

7     Q   Okay.  So I want to go back to Exhibit 253.

8   This is Mr. Wylie's supplemental expert report, and

9   we're looking at Exhibit 13 of that report.

10        Do you see that on your screen?

11    A   Yes.

12    Q   Okay.  So you had testified and you state in

13  your report that there are areas of uplands that impede

14  the surface flow in the area that the U.S. DOJ expert

15  team identified as a wetland; is that right?

16    A   Yes.

17    Q   Can you identify for us on this map where those

18  upland areas are.

19    A   Well, one area that stands out is right where

20  the flowway goes left, west from the north-south ditch.

21    Q   Okay.  So --

22    A   Go to the flowway.

23    Q   Right here?

24    A   Yeah.  No.

25    Q   Okay.

W. Michael Dennis                                    October 19, 2023

Page 226

1          A    There you go.   Right there.

2          Q    Okay.

3          A    That flowway -- that flowway is going across an

4     east-west ditch.   That east-west ditch has some spoil

5     piles on it.   It also has some cattle trails that cross

6     it.   But in general, that ditch drains that wetland to

7     the west.   And the typical flow of water would be from

8     that wetland east, through that ditch to the

9     north-south ditch.   So I'm having some question about

10    how water is continuously flowing in that direction,

11    when the ditch was put in, presumably, to drain that

12    wetland and the ditch drains to the east and not the

13    west.

14         Q    Okay.   And so I'm going to --

15         A    So that's --

16         Q    Oh, sorry.

17         A    So that's -- that's one -- one area.

18         Q    Let me just stop you for a second.   I want to

19    annotate on this document where you're identifying

20    so it's clear for the record.

21              And so -- can you see my cursor, Dr. Dennis?

22         A    I can.

23         Q    Okay.   Should I move up, down, left, right?

24    Where are you talking here?

25         A    Right on the flowway.

W. Michael Dennis                                    October 19, 2023

Page 227

1        Q    Right here?

2        A    Yeah, right -- the -- in the description of the

3   primary flowway, it says, if I remember it correctly,

4   that it precedes north up the north-south ditch, and

5   then to the west, through that area which is a ditch,

6   and then it goes on the rest of the way.

7            So that's -- that is an area that I'm puzzled by

8   of why that water is flowing in that direction, when

9   the ditches and the cross-sections of those ditches and

10  the wetlands and the hydroperiod in the wetlands all

11  would indicate the water flows back to the east, to the

12  north-south ditch.

13       Q    Okay.  And so my question is what areas of

14  uplands are within the area that the DOJ expert team --

15  the approximate wetland area that the DOJ expert team

16  identified.  And so one area of upland, in your view,

17  is this area here?

18       A    Yes.

19       Q    Okay.  So I'm going to try to draw my best

20  circle here.  Is that about accurate?

21       A    Yes.

22       Q    We can change it.  So you tell me.

23       A    No.  You were correct when you said that's about

24  accurate.

25       Q    Okay.

W. Michael Dennis                                October 19, 2023

Page 228

1        A    So it's good enough.

2        Q    Okay.  So this area where I drew kind of a

3   reddish circle on the primary flow path, that's an area

4   that you believe is uplands on the Countess Joy

5   reference area?

6        A    There's a wetland to the west of that, and the

7   ditch connects to that wetland.  But the areas, I

8   believe, that the ditch went through were uplands.

9        Q    Okay.  So I'm going to label this one 1.

10            And what is your basis for believing that the

11   area marked 1 is an upland?

12        A    Basically, it's an area of pine, as I recall,

13   pine and maybe cabbage palm, saw palmetto, some other

14   shrubs there; and the soils by inspection, not by soil

15   pits, sandy soils and -- that's one area.

16        Q    Okay.  And so your observations that the area

17   had pine, cabbage palm -- or saw palmetto and cabbage

18   palm, areas of sandy soil, did you document that in any

19   way during your inspection?

20        A    I may have -- I may have taken some notes on it.

21   I may not.  I don't recall.

22        Q    Okay.  Would it refresh your recollection to

23   look at your notes?

24        A    Let's see.  That would've been from the -- do

25   you have notes from my March site inspection?

W. Michael Dennis                                    October 19, 2023

Page 229

1      Q    Well, I think I do.   Let me see.

2      A    Yeah, there you go.

3      Q    Yeah.

4           Okay.   So before we look at these, we need to --

5      we need to preserve the notation that we met -- that we

6      made on the last exhibit.   So just hang on with me one

7      second here.

8           Okay.   All right.   We've lost our annotation, so

9      we're just going to have to -- I'm back on Exhibit 253.

10     I'm going to mark the same area, the 1.

11          Okay.   So I've just marked again on Exhibit 253

12     the area that you identified as an upland, with a

13     number 1.   Do you see that?

14     A    Yes.

15     Q    Okay.

16          MR. ADKINS:   So this should now be saved as a

17     PDF somewhere.   I'm not sure if the court reporter

18     has access to that, or maybe someone at Veritext

19     does.

20          MR. MCALILEY:   I'm not following you, Brandon.

21     What do you mean?

22          MR. ADKINS:   So after I saved, it says that

23     it's been saved as a PDF.   I think it's saved

24     somewhere in the Zoom conference.

25          MR. MCALILEY:   I would assume that that means

W. Michael Dennis                                          October 19, 2023

Page 230

1        it's saved in your computer.

2   BY MR. ADKINS:

3        Q    Okay.  Well, that was not working, but I want to

4   go back to your notes so we can try to nail this down

5   first.

6                 (Plaintiff's Exhibit 279 was marked for

7                 identification.)

8   BY MR. ADKINS:

9        Q    Okay.  So I'm showing you what I marked as

10  Exhibit 279, Dr. Dennis.  And these appear to be your

11  site inspection notes from March 10, 2022.  Do you see

12  those?

13       A    Yes, I do.  Thank you.

14       Q    Okay.  So I'll let you page through these.  Just

15  let me know how you want me to scroll, but the question

16  is whether you documented the soil and vegetation

17  conditions of that area that you identified as an

18  upland --

19       A    Okay.

20       Q    -- on the Countess Joy reference area.

21            MR. MCALILEY:  Object to form.

22            THE WITNESS:  Yeah, I'm preceding from the

23  northwest corner, making notes on whether the

24  ditches were wet or dry.

25  And keep going.  Okay.  Keep going.  Keep going.

W. Michael Dennis                                    October 19, 2023

Page 231

1       All right.  All right.  Keep going.  Okay.  Keep

2       going.  Okay.  That's the soil pit.  All right.

3       Keep going.  Okay.  Keep going.  Keep going.  Keep

4       going.  Keep going.

5   BY MR. ADKINS:

6       Q    That's the end.

7       A    Okay.  No, I didn't have any notes on vegetation

8   along that ditch.

9       Q    Okay.  And this exhibit, these are your notes

10  from your March 2022 site inspection of the Countess

11  Joy reference area?

12      A    Yes.

13      Q    Okay.  So by coincidence, I think I found the

14  screenshot that I took of our exhibit that we were

15  making.  So can you see that on your screen,

16  Exhibit DX 253, with the number 1 written on it?

17      A    I see what you circled and a number 1.

18      Q    Okay.  Yeah.  Well, this was the exhibit that we

19  were working on.  And apparently, I took a screenshot,

20  and that's how it's saved.  I'm afraid there's not a

21  great way to do this on Zoom, at least that I'm aware

22  of.

23      A    Okay.

24      Q    So in looking back at this -- at Exhibit 253,

25  are there any other areas within the area that the DOJ

W. Michael Dennis                                    October 19, 2023

Page 232

1    expert team identified as the approximate wetland area

2    that you believe are uplands?

3       A    That's a different question than the one I was

4    answering.

5       Q    Okay.

6       A    So you want to change the question?

7       Q    So my -- you know, when I was asking you -- you

8    know, this area that we circled and wrote number 1, I

9    understood that to be an area that you believe is an

10   upland but within the approximate wetland area that the

11   U.S. DOJ team identified.  Is that not accurate?

12      A    The question you asked me, that I was answering,

13   was, Could you show me areas that would impede flow in

14   that primary flowway?  And that was the first one I

15   gave you.

16      Q    Okay.  And do you agree or disagree that that

17   area is also an upland?

18      A    I believe -- I believe, along that -- along that

19   ditch, yes.

20      Q    Okay.  So the area circled with the number 1

21   next to it is, in your view, an upland, correct?

22      A    It's a ditch with upland spoil banks, and some

23   of that area where your 1 is, I believe is upland also.

24      Q    Are there any other areas within the approximate

25   wetland that the U.S. DOJ team identified here that are

W. Michael Dennis                                          October 19, 2023

Page 233

1       uplands, in your view?

2           A    We're going back over that question that you

3       asked me a couple of hours ago, then.

4           Q    Okay.  And so are there upland areas within this

5       approximate wetland area?

6           A    I would suggest the same ones that I was

7       pointing out before.

8           Q    Okay.  And where are those?

9           A    There's -- if you go -- I think there are upland

10      areas -- do you see where the -- the green crosses

11      south of your number 1 area?

12          Q    Yes.

13          A    All right.  If you look east of the north-south

14      canal, just east of that, and you see some -- what look

15      like the lines running east-west --

16          Q    Okay.  In this area here?

17          A    In that area, yeah.

18               So I think that's an area of prior agricultural

19      planting.  So in answer -- trying to answer both of

20      your questions, those -- those agricultural lines,

21      furrows, high and low areas -- those are areas that

22      would tend to impede the surface flow of water, or

23      direct or redirect the surface flow of water.  And I

24      believe that there's portions of that area that are --

25      that would be upland.

W. Michael Dennis                                    October 19, 2023

Page 234

1        Q    Okay.  And so in this general vicinity here?

2        A    Yes.

3        Q    Okay.  So I'm going to circle that, and I'm

4   going to put a 2 inside the circle.  Okay?

5        A    Okay.

6             And then come down --

7        Q    Before we move to the next one, I want to know

8   the basis for why you believe this is an upland here.

9        A    Well, it was an old agricultural area.  It had

10  been planted.  My recollection of that area was that it

11  was, you know, now an upland pasture area.  And it

12  did -- by inspection, did not look to be a wetland.

13       Q    When you say "didn't look to be a wetland," I

14  mean, what do you mean it didn't look to be a wetland?

15       A    By inspection, looking at the vegetation, soils,

16  hydrologic indicators, it did not appear to be a

17  wetland.

18       Q    Okay.  You didn't take a soil pit there, though?

19       A    No.  I thought we determined I only took one

20  spoil pit.  No, I did not.

21       Q    And did you record what vegetation you observed

22  in that area?

23       A    No.  We just went through my field notes.  So if

24  I didn't -- if I didn't have any field notes on that

25  there, then I don't think I have any field note data on

W. Michael Dennis                                    October 19, 2023

Page 235

1      that.

2          Q    And no field note data on the hydrology at that

3      location?

4          A    No.

5          Q    Okay.   Okay.   So let's move on to the next area

6      that you believe is an upland within the approximate

7      wetland area the U.S. DOJ team identified.

8          A    All right.   Come back across the north-south

9      ditch --

10         Q    Okay.

11         A    -- just south of that green.

12         Q    Yup.

13         A    And you see there's a -- there's a straight line

14     east-west across that?

15         Q    Right here?

16         A    Yeah.   I think that's a ditch feature that would

17     probably impede flow also.   So if you draw a circle

18     around that area, that general area -- not just that.

19     Just in general that area.

20         Q    Okay.   So just this area here, then?

21         A    Yeah.

22         Q    Okay.   Let me try to reverse that, then.

23         A    I think there's uplands in there.

24         Q    Is that about right?

25         A    That'll be fine.

W. Michael Dennis                                    October 19, 2023

Page 236

1      Q    Okay.  So we'll say this is number 3.  Oh, that

2  was a bad 3.  I'm going to redo that.

3      A    We can tell what it is.

4      Q    Okay.  So I drew a circle around that area and

5  marked it number 3.

6           And what's your basis for believing that area is

7  an upland?

8      A    The same thing.  By inspection, it did not

9  appear to have the requisite wetland vegetation, soils,

10  and hydrology.

11     Q    And you didn't record any data regarding the

12  soils, vegetation, or hydrology at that area?

13     A    No.

14     Q    Okay.  Any other areas that you believe are

15  uplands within the approximate wetland area that the

16  U.S. DOJ team identified?

17     A    Yeah.  Go north of your number 1.

18     Q    Okay.

19     A    And northwest.  So just -- a little bit to the

20  east of that.  Just inside the blue area, I think

21  there's -- well, no.  Come up a little bit further

22  north.

23           Yeah.  Do a circle in that area.

24     Q    Right here?

25     A    Yeah.  I'm not delineating anything.  I'm just

W. Michael Dennis                                    October 19, 2023

Page 237

1    trying to look at an area.

2        Q    Yup, I understand.

3             How's that?

4        A    That's fine.

5        Q    Okay.  I'm going to circle that, and I'm going

6    to put a 4 to the right of it.

7        A    Okay.

8        Q    Okay.  And that's -- the area that I circled and

9    put a 4 next to is approximately where you believe

10   there was an upland within the area that the U.S. DOJ

11   team identified as an approximate wetland area; is that

12   right?

13       A    Yes.

14       Q    Okay.  And what was your basis for that, sir?

15       A    By inspection, it did not appear to have

16   vegetation, soils, and hydrology to meet the wetland

17   definition.

18       Q    And, again, you didn't record your -- any data

19   regarding the soils, vegetation, or hydrology at that

20   area?

21       A    No.

22       Q    Okay.  Okay.  Any other areas?

23       A    Yeah.  I think the other one I pointed out --

24   look in the northwest corner.

25       Q    Uh-huh.

W. Michael Dennis                                      October 19, 2023

Page 238

1          A      And I'm not sure -- the blue gets fuzzy on my

2      screen here.  I pointed out that northwest corner.  I'm

3      not sure whether or not the area I was thinking about

4      was in or out of the blue.  But just do a big -- do a

5      big circle that's -- and you can include a little bit

6      of the blue area, yeah.

7          Q      Okay.  Right here?

8          A      Well, come up a little bit.

9          Q      Okay.

10         A      Yeah, that'd be good.

11         Q      Right here.  Okay.

12         A      Yeah.

13         Q      Ah, where did it go?

14                Okay.  So I drew a circle.  Is that

15     approximately what you had in mind?

16         A      Yes.

17         Q      Okay.  I'll put a 5 inside that circle.

18         A      That'll be fine.

19         Q      Okay.  So the area I circled with a 5 inside

20     is another area that you believe are uplands, and

21     partially within the approximate wetlands that the U.S.

22     DOJ team identified; is that right?

23         A      Correct.

24         Q      Okay.  And what was your basis for

25     determining -- or for believing that's an upland?

W. Michael Dennis                                    October 19, 2023

Page 239

1     A    Again, by inspection, it didn't appear to have

2     the requisite vegetation, soils, and hydrology.

3     Q    Okay.  And did you record your observations of

4     soils, vegetation, or hydrology at that area?

5     A    No.

6     Q    Okay.  Any other areas?

7     A    Those are the ones I think that I had identified

8     for you earlier, or generally those areas.  So, you

9     know, if I studied it more, there might be, but those

10    are the ones I was thinking about.

11    Q    Okay.  So I guess there's four areas we

12    identified here.  These are four areas that you believe

13    are uplands and are within the approximate wetland that

14    the U.S. DOJ team identified in the Countess Joy

15    reference property, correct?

16    A    Yeah.  I think we've got five circled.

17    Q    Okay.  Did I say four?

18    A    Yes, you did.

19    Q    Okay.  I'm sorry.  There are five here, yes.

20         Okay.  I'm going to try to save this again.

21         Okay.  I think we got it.

22         Okay.  I want to talk to you a little bit about

23    the Karner survey.  Do you know whether the surveyors

24    used a base station when they conducted the survey?

25    A    I don't recall.  I don't recall whether they

W. Michael Dennis                                    October 19, 2023

Page 240

 1    went off of a base station or if they already had a

 2    reference point, a reference point to work off of.  My

 3    recollection is that they were working off of a known

 4    benchmark, but I'm not absolutely sure of that.

 5        Q   Are you aware of any reference benchmarks in the

 6    area?

 7        A   I'm personally not, but in talking with them,

 8    they were -- you know, they were experienced surveyors

 9    and were familiar with the area.  So that's why I say

10    they may have been working off of a benchmark.

11        Q   Okay.  And so if we wanted to find out whether

12    they were using a benchmark, we'd have to ask Karner?

13        A   Yes.

14        Q   You don't know?

15        A   I don't -- I don't know.

16        Q   Okay.  Do you know if they used a GPS receiver

17    at all in their survey?

18        A   I believe they did.

19        Q   Do you know what model?

20        A   No.

21        Q   Do you know what age?

22        A   No.

23        Q   Okay.  Are you familiar with the term "real-time

24    kinematic positioning"?

25        A   Yes.

Page 241

1      Q    And was -- I'll refer to that as RTK.  Will you

2    understand that?

3      A    Okay.

4      Q    Was RTK positioning used in connection with the

5    surveys of the Countess Joy property?

6      A    I do not know.

7      Q    Was any methodology used to ensure the accuracy

8    or the precision of that survey?

9      A    The -- I believe so.  And I base that on the

10   instructions that we provided to them, that we wanted

11   them to follow, you know, standard survey methodologies

12   practices, quality control.  And I presume that they

13   did.

14     Q    But you don't know what methodology they used?

15     A    No.

16     Q    Okay.  Do you know whether they confirmed the

17   precision of the survey?

18     A    No.  Again, the directions that were provided,

19   which I assume they followed, were to follow recognized

20   survey industry standards and methodologies for

21   accurate surveying.

22     Q    What are recognized survey standards in the

23   industry?

24     A    Well, I'm not a professional land surveyor, but,

25   in general, my understanding is that there are survey

Page 242

1    standards that surveyors follow.  It has to do with the

2    establishment and -- and verification of a benchmark

3    that they would work off of and tie all the survey in.

4    And at the end of the day, they close out their survey

5    so that they start at a certain -- this is just an

6    example of one procedure.  They start at a particular

7    point, locate it, vertically, horizontally, which we

8    ask them to do, and then at the end of the day, they

9    would come back and close their survey on that -- on

10   that benchmark, or at that location, to determine that

11   their survey closed and was it accurate within whatever

12   the survey standard for accuracy was in that situation.

13       Q   Okay.  And that's industry standard, in your

14   view?

15           MR. MCALILEY:  Object to form.

16           THE WITNESS:  Having worked with surveyors, I

17       know that that's one of the things they do.  They

18       also perform a number of other checks, which I'm not

19       familiar with.  Again, I'm not a professional land

20       surveyor.

21   BY MR. ADKINS:

22       Q   Did you -- did you ever ask Karner what they did

23   to verify the accuracy or precision of their survey?

24       A   I did not -- no, I did not ask them specific

25   details of how they verified their survey.