# EXHIBIT 63

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
               CASE No. 2:21-cv-14205-KAM


UNITED STATES OF AMERICA,

          Plaintiff,

vs.

BENJAMIN K. SHARFI, in his personal and fiduciary
capacity as trustee of the Benjamin Sharfi 2002 Trust,
and NESHAFARM, INC.,

          Defendants.

_____


              REMOTE DEPOSITION OF WADE NUTTER


                  Friday, April 1, 2022
                     9:01 - 5:20 p.m.


           Witness Located in Athens, Georgia


Reported By:
Christina Andrioff, Court Reporter
Notary Public, State of Florida
Boca Raton Office    Job #J8094595
```

1

WADE NUTTER April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI

```
 1   is some other subsurface drainage or some other
 2   subsurface influence on this because it doesn't
 3   match up with what we would expect.
 4        Q    Let me go to the next one B7, what do you
 5   think the data shows with regard to B7 that is
 6   relevant to your opinions?
 7        A    There is two things, one thing is the
 8   data, we downloaded in October and sometime between
 9   October when we downloaded and when we came back in
10   December, the data couldn't be downloaded and this
11   happened on five of the wells, four on the site and
12   one just across to the north in the reference area.
13   We sent them back to the manufacturer, they were
14   able to recover the data from three of the files and
15   this is one they weren't able to recover the data.
16        Q    This was an equipment malfunction?
17        A    They were brand new, the batteries were
18   good for ten years.  They said they have never seen
19   this before and certainly not in a group like this.
20   They said there was a dial that went bad causing the
21   battery to drain and the one they were able to
22   recover, it will still recording because the battery
23   still had some power left.  There wasn't enough
24   battery power and it lost the data, we only had the
25   data from September through October.
```

1   Q   C1, this is the data?
2   A   Yes, this is on the north side of the
3   site, same rainfall shown, same information diamond
4   on the site and the red line of the first solid line
5   on the top is the sole surface as it currently
6   exists not what it was originally and then one foot
7   below the surface.  You can see here the response
8   from rainfall that occurred and all the wells on the
9   northern part of the site tend to have this same
10  pattern, the ones on the southern part of the site
11  did not.
12  Q   The water table goings out after it rains
13  and drops down after the rain?
14  A   That's correct.
15  Q   Top C4, this is, again, the data for
16  monitoring?
17  A   Yes, this is the other well which they
18  didn't recover the data.  The data still shows the
19  same kind of reference, here we see the water table
20  rising almost to the current surface.
21  Q   Let's go to the Tab C6, this is the data
22  for monitoring well C6 on the site?
23  A   Same story here, yes, this one shows the
24  period of October and November, shows very little
25  rain.  What little rain did occur, you can see a

WADE NUTTER  April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI

1  change in the groundwater elevation, it was a
2  relatively dry period in comparison with the period
3  of time earlier.
4      Q   Let me go to the next tab RStaff Bessey,
5  am I right this the data from the surface water
6  gauge located in the north side ditch just north of
7  the site?
8      A   No, RStaff gauge one is the one in the
9  north/south ditch downstream from the site.  RStaff
10 Bessey is the one opposite well 5, I think it is,
11 well 4 and Bessey is the one opposite 6.
12     Q   I apologize, this is the afternoon getting
13 to me, I promise on the next break, I will have more
14 coffee.
15     A   You're keeping me on my toes.
16     Q   These staff gauges that you have at the
17 surface water, am I correct they measure the
18 elevation of the surface water?
19     A   Not elevation, just the depth of the water
20 with the fluctuations in the depth of the water as
21 it fluctuates, yes.
22     Q   So it just shows the depth of the water at
23 the location where you have the gauge, right?
24     A   The depth of the water above the sensor,
25 yes.

1   Q   I see.
2   A   It is not measured from the bottom of the
3   channel because we didn't have our boots on and we
4   couldn't go out into the middle of the channel,
5   these were several feet off the edge of the channel.
6   You will notice in this one you have RStaff Bessey,
7   you will see it shows zero for a period of time,
8   that was when the water level had dropped below the
9   sensor but there was still water in the ditch, more
10  towards the center.
11  Q   Did you survey the bottom elevation of the
12  east/west ditch of the location of this gauge?
13  A   No, we did not.
14  Q   I can't tell how deep the water is in the
15  ditch based on looking, I can only see how deep the
16  water was over the top of the sensor?
17  A   That's right, yes.
18  Q   These surface water sensors do not show
19  the volume of the water in the ditch at that site,
20  do they?
21  A   No, if you knew the cross sectional area
22  survey the cross sectional area using the depth
23  would determine how much water was there, we did not
24  do that.  Our response was to determine how Bessey
25  Creek responds to rainfall.

| | |
|---|---|
| WADE NUTTER | April 01, 2022 |
| UNITED STATES vs BENJAMIN K. SHARFI | |

1  Q  You don't know the volume of the water in
2  the ditch in the east/west ditch at any point in
3  time, correct?
4      A  No.
5      Q  Does this ditch show the rate at which
6  water was moving at the east/west ditch?
7      A  No, this is not a flow measure, this is
8  just a depth measurement.
9      Q  You don't know how fast the water was
10 moving in the east/west ditch based on --
11           MR. ADKINS:  Objection, is this based
12 on the well data that we're looking at or generally?
13           MR. MCALILEY:  Counsel, is there a
14 problem with the question?
15           MR. ADKINS:  Objection, vague.
16 BY MR. MCALILEY:
17     Q  Dr. Nutter, we are looking right now at
18 the data for your RStaff Bessey gauge, right?
19     A  Yes.
20     Q  Your RStaff Bessey gauge is a surface
21 water gauge, correct?
22     A  Yes.
23     Q  You have the RStaff Bessey Up gauge?
24     A  Yes.
25     Q  And the RStaff gauge 1?

```
 1        A    Yes.
 2        Q    All of these surface water gauges measure
 3   the same thing, don't they?
 4        A    Yes.
 5        Q    Based on these gauges, you don't know the
 6   volume of the water in these ditches at any point in
 7   time, correct?
 8        A    No.
 9        Q    You also don't know how fast the water is
10   moving in either the east/west ditch or the
11   north/south ditch, correct?
12        A    I do not know the rate of flow, is that
13   what your question was?
14        Q    Yes, sir.
15        A    No, I do not.
16        Q    You asked it better than me.
17        A    It tells me because the water level was
18   dropping that there is flow.
19        Q    You don't know how much flow there is, do
20   you?
21        A    No.
22        Q    How much water flows down the east/west
23   ditch by the Countess Joy property each year?
24        A    I don't know.
25        Q    You can't tell me how much water was
```

WADE NUTTER  April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI

1  flowing down the east/west ditch in any specific
2  year, isn't that right?
3      A    That's correct.
4      Q    You can't tell me on average how much
5  water flows down the east/west ditch?
6      A    The east/west ditch, no.  I do have
7  knowledge of the stream data which I reproduced from
8  the Hybrid Waste Treatment Facility.
9      Q    You have data from what the water flow is
10 at the Hybrid Wetland Treatment Facility, correct?
11     A    Yes.
12     Q    That is data that you got from the permit
13 application for that facility?
14     A    Yes, I also looked at the report that I
15 relied on the information given in the permit
16 application.
17     Q    Other than information that you got from
18 the Hybrid Wetland Treatment Facility, you don't
19 have any data about how much water flows down the
20 east/west ditch each year, do you?
21     A    No.
22     Q    Do you have any data of how much water
23 flows down the pathway that you identified from the
24 site to the east/west ditch, right?
25     A    No.

800.211.DEPO (3376)
EsquireSolutions.com