# EXHIBIT 64

Anthony W. Brown                                                March 16, 2022

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                    FORT PIERCE DIVISION
 3                 CASE NO. 2:21-cv-14205-KAM
 4
       UNITED STATES OF AMERICA,
 5
            Plaintiff,
 6
       vs.
 7
       BENJAMIN K. SHARFI, in his personal
 8     and fiduciary capacity as trustee of
       the Benjamin Sharfi 2002 Trust, and
 9     NESHAFARM, INC.,
10          Defendants.
       _____/
11
12
13                              United State Attorney's Office
                                101 South US 1
14                              Suite 3100
                                Fort Pierce Florida
15                              Wednesday, 8:30 a.m.-11:40 a.m.
                                March 16, 2022
16
17
                       DEPOSITION OF ANTHONY BROWN
18
19
20            Taken on Behalf of the Plaintiff before
21        Lisa Gerlach, Court Reporter, Notary Public
22        in and for the State of Florida at Large,
23        pursuant to Notice of Taking Deposition in
24        the above cause.
25
```

Anthony W. Brown                                        March 16, 2022

Page 43

1     many times.  But I can honestly tell you, I was there.

2     I delivered.

3          Q.   Okay.  Why don't you turn back to the

4     document labeled DX 3?  We've gone through occasions

5     where you delivered baseball clay, road base, fill

6     dirt, and sand to the site.  You pointed roughly to

7     where those occasions were in DX 4.

8              Are you able to indicate on DX 3 where the

9     locations of those deliveries were at the site?

10         A.   Where I delivered?

11         Q.   The baseball clay, the fill, the sand, and

12    the road base.

13         A.   Yeah.  It's the same, pretty much.

14         Q.   So I'm going to give you a Sharpie here -- a

15    marker.  So we have some clarity on exactly where

16    you're looking --

17         A.   On DX 3?

18         Q.   Yes, DX 3.  I'm going to have you write an X

19    and a letter at the different locations where you

20    deposited these materials.  What I want you to do is,

21    with your X, try to be as precise as you can based on

22    your memory.  Then we'll state for the record exactly

23    what you're indicating with each of these marks.

24    Okay?

25              So, first, I want you to put an X where you

Anthony W. Brown                    March 16, 2022

Page 44

1      deposited, with your dump truck, baseball clay on the

2      site.  Can you indicate that on DX 3, please?

3           A.  (Complies.)

4           Q.  Next to that X, can you put an A and circle

5      it?

6           A.  (Complies.)

7           Q.  So where you've indicated X with an A and a

8      circle, that is based on your recollection of where

9      you deposited baseball clay on the site; is that

10     correct?

11          A.  Yes.

12          Q.  So let's talk about the road base.  You said

13     that you had placed road base along the eastern edge

14     of the site.

15              Could you place an X at all the locations

16     where you deposited road base on the site?

17          A.  Just along here.

18          Q.  Now, next to those Xs, could you, please,

19     indicate a -- draw a B with a circle?  Try to make it

20     big so we can see this.

21          A.  (Complies.)

22          Q.  Okay.  So you've drawn five Xs on the road on

23     the eastern portion of the site and a B with a circle

24     below that line of Xs; is that correct?

25          A.  Yeah.

Anthony W. Brown                                    March 16, 2022

Page 45

1          Q.  Those Xs indicate, based on your

2     recollection, where you deposited road base on the

3     site; is that correct?

4          A.  Yes.

5          Q.  Now, let's talk about the fill dirt.  Could

6     you put an X on the site where you deposited fill

7     dirt?

8          A.  (Complies.)

9          Q.  Indicate next to that X, please, a C with a

10    circle around it.

11         A.  (Complies.)

12         Q.  Okay.  So you've drawn an X on the southeast

13    corner of the site and you drew a C with a circle

14    around it.

15         Now, that indicates where you deposited fill

16    dirt on the site; is that correct?

17         A.  Yes.

18         Q.  Now, you said you deposited sand, which you

19    thought was for horses.

20         Could you please draw on DX 3 where you

21    deposited sand on the site, please?

22         A.  An X?

23         Q.  An X.

24         A.  (Complies.)

25         Q.  Next to your X, could you please put D with a

Anthony W. Brown                                    March 16, 2022

Page 46

1       circle around it?

2             A.  (Complies.)

3             Q.  So I see you've drawn an X on the

4       northwestern quadrant of the site and a D with a

5       circle around that.  That is an indication of where

6       you deposited sand on the site; is that correct?

7             A.  Yes.

8             Q.  Okay.  Are there any other areas on the site

9       where you deposited sand, rock, dirt -- earthen

10      material?

11            A.  When we first come in right here, I put -- I

12      don't know.  I'm trying to -- I do know, but I'm just

13      trying to figure out how this map is.  When you first

14      come in, I put it right on this corner too, the dirt.

15      Because they had equipment, I put dirt right here.

16            Q.  So you're indicating on the southwest

17      quadrant of the site?

18            A.  Uh-huh.

19            Q.  What exactly did you deposit in the southwest

20      quadrant of the site?

21            A.  Some dirt.  I did some dirt before and I put

22      rock there before too.

23            Q.  Could you please put an X on DX 3 --

24            A.  I don't know if it's on the site, because

25      it's a road that goes --

Anthony W. Brown                                         March 16, 2022

1          Q.  Sure.  Why don't you do this before you mark

2     it?  I want you to put it where you deposited it.  If

3     it wasn't on the site, then you draw it where you

4     think --

5          A.  I really don't -- I gotta look at the

6     whole -- there's four pieces right here.  I know, when

7     we first kind of started, this was one piece of

8     property and this is another piece and this is the

9     last piece, which -- so all this stuff is connected.

10    I just dumped it where they tell me to dump it at --

11    right at the tip right here.  I would say it's

12    probably right about here.

13         Q.  Could you put an E with a circle around it

14    next to that X?

15         A.  (Complies.)

16         Q.  The X with an E and a circle around it is

17    where you remember depositing fill, I'll say at the

18    site, but you're not sure whether that was within the

19    boundaries of the site?

20         A.  Yes.  It's fill and road base.

21         Q.  I'll ask the same question.  Looking at DX 3,

22    are there any other locations on the site where you

23    recall depositing fill material?

24         A.  No.

25         Q.  Any other locations where you recall

1      depositing sand?

2            A.  No.

3            Q.  Are there any other locations where you

4      recall depositing dirt?

5            A.  No.

6            Q.  Are there any other locations where you

7      recall depositing clay?

8            A.  No.

9            Q.  Are there any other locations where you

10     recall depositing any earthen materials?

11           A.  No.

12           Q.  You stated you're a one-man operation and you

13     weren't the only dump truck there.  I want to go back

14     and talk about that a little bit.

15                On the occasions that you visited the site,

16     describe what you've observed.

17           A.  I observed people coming in and out.  They

18     had contractors, they had building -- they had cement

19     trucks, they had other dump truck companies coming in,

20     they had other trucks bringing in aggregate and rock,

21     and they had their equipment there too.

22           Q.  I want to focus on work that was happening at

23     the site as opposed to work occurring at NeshaFarm

24     more broadly.

25                Do you recall the name of the any contractors

Anthony W. Brown                                          March 16, 2022

Page 49

1     who were working at the site while you were visiting

2     the site?

3          A.  Well, one name that I know that always was --

4     they had a lot of trucks -- was Eddie Huggins.  That's

5     for the dirt.  And he had concrete companies.  He had

6     all other kinds of companies come in there too.

7          Q.  So what did you observe Eddie Huggins doing

8     at the site?

9          A.  Coming in with dump trucks.

10         Q.  When you say coming in --

11         A.  They were coming in with rock, sand, fill

12    dirt.  You know what I mean?

13         Q.  Did you observe where the material that Eddie

14    Huggins was bringing in was deposited?

15         A.  No, because you can't -- because the road is

16    so small, you gotta dump and you go.  It's one truck

17    at a time and you just go.

18         Q.  Did you see evidence of other companies

19    dumping earthen material at the site when you were

20    there?

21         A.  Did I see evidence?  Yeah.  You could see the

22    trucks.  They have fill in it.  They have rock in it.

23         Q.  How did you know they were dumping those

24    materials at the site?

25              MR. HAMILTON:  Object to the form.

Anthony W. Brown                                    March 16, 2022

Page 50

1          A.  A dump truck's not going to go to a site with

2     a full load just to go there.  It costs too much

3     money, diesel, time, and everything else.

4          Q.  Did you see what was in the trucks that were

5     coming onto the site?

6          A.  I kind of glanced, yeah.

7          Q.  Did you observe any trucks depositing

8     material on the site?

9          A.  What do you mean, deposit?

10          MR. HAMILTON:  Object to the form.

11     BY MR. ADKINS:

12          Q.  Dumping.

13          MR. HAMILTON:  Object to the form.

14          A.  Yes.  I seen other people dump material

15     there.

16     BY MR. ADKINS:

17          Q.  Are you able to indicate on DX 3 where you

18     observed other trucks dumping material on the site?

19          A.  To be honest with you, when I come back with

20     my load of road base or something, they'll dump pretty

21     much in the same areas I would dumping in.

22          Q.  Did you observe any piles of material on the

23     site after they were deposited?

24          A.  Well, to be honest with you, the guy had his

25     own equipment, so a lot of the stuff, they was digging

Anthony W. Brown                                    March 16, 2022

Page 51

1    all the time.  They was piling up material all over

2    the place.  You know what I mean?  They had big

3    excavators doing everything on the property.

4         Q.  We'll get to that.  But in terms of piles of

5    material that these other companies were -- you

6    testified that there were other companies dumping

7    materials.

8              Did you observe any piles of material after

9    those dump trucks had deposited their materials and

10   then left?

11             MR. HAMILTON:  Object to the form.

12        A.  I don't know if the dump truck done it or it

13   was still there or not, because they had equipment --

14   as soon as you dump, they had big, big equipment

15   there -- tractors, dozers, everything.  We dump it and

16   they're moving material right away.  They don't let

17   things pile up, pile up, because it's a small area.

18   BY MR. ADKINS:

19        Q.  What equipment did you observe moving the

20   material that was deposited at the site?

21             MR. HAMILTON:  Object to the form.

22        A.  Track hoe, loader, bulldozer.

23   BY MR. ADKINS:

24        Q.  What was the track hoe doing when you were on

25   the site?

Anthony W. Brown                                          March 16, 2022

                                                              Page 52

1              A.   Working.

2              Q.   How was it working?

3              A.   Just moving material around.

4              Q.   Do you recall where you observed the track

5      hoe moving material around on the site?

6              A.   It was all over the place, man.  All over the

7      place.  This whole area.

8                   (DX Exhibit 5 was marked.)

9      BY MR. ADKINS:

10             Q.   Mr. Brown, I'm handing you another map marked

11     DX 5.  You'll see this is an identical map to DX 3.

12     So you were talking about a track hoe that was moving

13     material.

14                  On DX 5, I want you to indicate the areas on

15     the site where you observed a track hoe moving

16     material on the occasions that you were visiting the

17     site.

18                  MR. HAMILTON:  Just to put it out there,

19             we don't want you to speculate where.  If you

20             know for sure, firsthand observations --

21             otherwise, we don't want you to guess.

22                  MR. ADKINS:  I think that was clear in my

23             question.

24             A.   I don't -- track hoe was more over here, over

25     here, and over here.  That's when I seen it -- over

Anthony W. Brown                                March 16, 2022

Page 53

1        here, over here, and over here, pretty much.

2        BY MR. ADKINS:

3            Q.  Okay.

4            A.  Because it's big.  You know what I mean?  You

5        got the dozers moving the dirt and rock and sand.

6            Q.  So why don't you draw on DX 5 -- we'll use

7        circles -- where you observed a track hoe moving

8        material on the site?

9            A.  Here, here, here, here.

10           Q.  So you've drawn four circles on DX 5?

11           A.  That I remember, yeah.

12           Q.  This is where you recall observing a track

13       hoe moving material on the site; is that correct?

14           A.  Yeah, track hoe.  Yes.  Track hoe, dozer,

15       and -- yeah.

16           Q.  So this is indications of where you observed

17       a track hoe and a dozer?

18           A.  All the equipment.  And over here for the

19       dozer -- mostly over here -- the loader.

20           Q.  So I'm going to ask you about the dozer

21       separately.  But in terms of the track hoe, are the

22       circles that you drew on the map representing where

23       you observed a track hoe moving material on the site?

24           A.  Yes.

25           Q.  Now --

Anthony W. Brown                                    March 16, 2022

Page 54

1                MR. MCALILEY:  I'm sorry to interrupt,

2          but Mr. Miron has been disconnected from the

3          call.  If there's a way you all could

4          reconnect him, we would appreciate it.

5                MR.  HAMILTON:  Give me one second.

6                MR. JUNGINGER:  Take a break?

7                MR. ADKINS:  Why don't we take a

8          five-minute break?

9                (Brief recess.)

10     BY MR. ADKINS:

11          Q.  Mr. Brown, we were talking about your

12     observations of a track hoe operating on the site.

13     You've indicated those locations on the site where you

14     observed the track hoe operating with circles on DX 5.

15                Can you describe, in your own words, exactly

16     what you observed when that track hoe was operating?

17                MR. HAMILTON:  Object to the form.

18          A.  Just digging and moving, piling dirt and

19     making -- just digging and moving the stuff around.

20     BY MR. ADKINS:

21          Q.  Was it moving dirt that had been delivered to

22     the site around or was it moving dirt off of the site?

23                MR. HAMILTON:  Object to the form.

24          A.  It was just digging right there.  When I

25     noticed the track hoe, there wasn't no trucks that had

Anthony W. Brown                                                 March 10, 2022

Page 55

1          been around.  They're just digging.

2          BY MR. ADKINS:

3                  Q.  When the track hoe dug into the dirt, what

4          did it do with the dirt?

5                  A.  Piled it up.

6                  Q.  Did it pile it up in the locations that you

7          indicated with zeros on the site?

8                      MR. HAMILTON:  Object to the form.

9                  A.  Well, all this stuff -- I'm doing it because

10         all this stuff wasn't here.  A lot of stuff wasn't

11         here right now.

12         BY MR. ADKINS:

13                 Q.  In your recollection, when you observed the

14         track hoe digging, what did it do with the dirt that

15         it was digging?

16                 A.  Just made piles.

17                 Q.  And the piles that you observed, were they

18         roughly in the locations on the site as it existed at

19         the time where you indicated zeros on DX 5?

20                 A.  Yes.

21                 Q.  Now, you testified that you also observed a

22         loader operating on the site.  First, can you describe

23         for us just -- what is a loader?

24                 A.  A loader is a tractor with a bucket on the

25         front and it picks up -- scoops up dirt, rock, or

Anthony W. Brown                                    March 16, 2022

Page 56

1       sand, and it loads the truck or it moves it to another

2       location, you know.

3              Q.  What did you observe a loader on the site

4       doing?

5                  MR. HAMILTON:  Object to the form.

6              A.  It depends on the day.  Moving the rock

7       around.  Moving -- you know -- put the rock in a

8       different location on the road.  A lot of stuff.

9       Moving dirt, moving sand to the bays or whatever --

10      closer to the bays.  Just depends.

11      BY MR. ADKINS:

12             Q.  Are you able to identify on DX 5 where you

13      observed a loader conducting this work?

14             A.  The whole area.

15             Q.  The entirety of the site?

16             A.  It depended on what time -- when are you

17      talking?  Are you talking this picture?  Are you

18      talking before?  What are you talking about?  There's

19      different phases.  Is this the finished phase of the

20      building?  It looks like it's more finished.

21             Q.  This is a developed image of the site.

22             A.  This is the way the site looks now?

23             Q.  Correct.

24             A.  Right.  What you're asking me, you gotta be

25      more clear to me because I don't understand your

Anthony W. Brown                                        March 16, 2022

Page 57

1      question.  Because, if you're going on this right

2      here, the loader moved stuff around on the perimeter

3      to the road, back in certain areas, and he'd transfer

4      it to where he needed sand for the stalls or stuff

5      like that.

6              Q.  So to be clear, I'm asking whether you could

7      indicate on this aerial photograph of the site, as it

8      exists today, where you observed, back in time, a

9      loader operating.

10              MR. HAMILTON:

11              A.  I don't understand the question.

12      BY MR. ADKINS:

13              Q.  Okay.  So if you were to look --

14              MR. JUNGINGER:  I think it's been asked

15          and answered.

16      BY MR. ADKINS:

17              Q.  Are you able to do that?

18              MR. JUNGINGER:  He already did.

19      BY MR. ADKINS:

20              Q.  We've talked about a track hoe, but we

21      haven't talked about a loader.  So I'm being more

22      specific about the loader now.

23              Are you able to indicate on this exhibit

24      where you observed a loader operating?

25              MR. HAMILTON:  Object to the form.

Anthony W. Brown                                   March 16, 2022

Page 58

1          A.   What I'm asking -- can I ask you a question?
2     Is it the way it is now or when it was rough -- when
3     the project first started?
4     BY MR. ADKINS:
5          Q.   I'm asking if you can indicate on this piece
6     of paper, which shows how the site looks now, but I
7     understand that your observations were back in time
8     before the site looked as it does on DX 5.
9          A.   The loader had access to everywhere because
10    it's on wheels and stuff -- places where the truck
11    can't get properly.  So the loader was all over the
12    place.
13         Q.   So you observed a loader working on the site
14    at various locations within the site; is that correct?
15              MR. HAMILTON:   Object to the form.
16         A.   Yeah.
17    BY MR. ADKINS:
18         Q.   Are there any locations on the site where
19    you're sure you didn't see a loader operating?
20         A.   Really, to be honest with you, I told you the
21    loader was always moving around all over the site.
22         Q.   We talked about the track hoe and what the
23    track hoe was doing.
24              What did you observe the loader doing?
25         A.   Just cleaning the roads, moving the dirt from

Anthony W. Brown                                    March 16, 2022

Page 63

1          A.  Well, I know the bulldozer was moving around

2      the perimeter because I had to wait for him a lot of

3      times when he's pushing material -- the road and all

4      that kind of stuff.

5          Q.  So you're motioning to the square road

6      that --

7          A.  Yeah.

8          Q.  And you're indicating the square road that's

9      the perimeter of the site?

10         A.  The fence line.

11         Q.  So there's a road that goes around the

12     perimeter of the site, and you observed a bulldozer

13     operating along the perimeter road at the site; is

14     that correct?

15             MR. HAMILTON:  Object to form.  I think

16         his assessment was around the fence -- his

17         answer.

18         A.  The bulldozer made the road for the trucks so

19     people can get in and out pretty much.

20             MR. HAMILTON:  Real quick, Brandon.

21             Just for clarity of the record, when you

22         said "the fence line," you're talking about

23         the exterior around the far side -- the

24         outside of the property -- correct?

25             THE WITNESS:  Yeah.  I know that for

Anthony W. Brown                                    March 16, 2022

                                                    Page 64

1              sure, yeah.

2         BY MR. ADKINS:

3              Q.  Why don't we call that the perimeter road for

4         purposes of this deposition?

5                   So did you observe the bulldozer operating on

6         the perimeter road?

7              A.  Yes.

8              Q.  Any other places at the site where you

9         observed a bulldozer operating?

10             A.  I know this corner over here, because

11        there's, like, dirt and stuff piled up at one point in

12        time, you know.

13             Q.  Why don't you draw a square where you're

14        indicating on DX 6, please?

15             A.  I know right here too, because I dumped over

16        here.

17             Q.  We'll get to that part.  So you've drawn a

18        square in the northwest corner of the site.  Your

19        testimony is that you observed a bulldozer operating

20        in the area of that square?

21             A.  Yes.

22             Q.  And the bulldozer was moving dirt that was

23        piled up in that area; is that correct?

24             A.  Yeah.  Once upon a time, yeah.  It started

25        piling up.

Anthony W. Brown                                    March 16, 2022

Page 65

1           Q.  Are there any other areas on the site where

2      you observed the bulldozer operating?

3           A.  Not that I can recall.

4           Q.  You started to motion towards the northeast

5      corner of the site.  Have you ever observed a

6      bulldozer operating in that area?

7           A.  No.  Northeast?  The bulldozer go around the

8      perimeter road, as you would say.

9             I wasn't there.  I just dump and go.  I'm not

10     there just standing there.  I'm busy.  I'm really busy

11     I can't sit there and stay there.  I'll be in the way.

12     I dump the material and I go.

13          Q.  Now, let's go back to DX 5.  DX 5, we said,

14     is an aerial image of the site that's closer to as the

15     site exists today.

16            Now, having indicated on DX 6 where you

17     observed a bulldozer operating, are you able to

18     roughly indicate on DX 5 with a square where you

19     observed that bulldozer operating?

20            MR. HAMILTON:  Object to the form.

21          A.  It's about the same spot right here.

22     BY MR. ADKINS:

23          Q.  Could you draw a square where you observed a

24     bulldozer operating on the site?

25            A.  (Complies.)

Anthony W. Brown                                    March 16, 2022

Page 66

1          Q.   So you've drawn a square on the northwest

2      corner of DX 5.   Your testimony is that you observed a

3      bulldozer moving piles of dirt in the area where

4      there's a square on DX 5 and that you also observed a

5      bulldozer moving road material around the perimeter

6      road; is that correct?

7                MR. HAMILTON:   Object to the form.

8          A.   Yes.

9      BY MR. ADKINS:

10         Q.   Now, you mentioned also that you observed

11     changes in the vegetation on the site.   You said that

12     some of the trees were gone, but you weren't sure what

13     happened to them?

14               MR. HAMILTON:   Objection.

15         A.   Yes.

16     BY MR. ADKINS:

17         Q.   Can you explain what happened?

18         A.   Simple.   Come there one day, there was trees.

19     Come the next day, they was gone.

20         Q.   Did you observe any machinery that was

21     removing trees?

22               MR. HAMILTON:   Object to the form.

23         A.   To be honest with you, I didn't pay attention

24     to that.

25     BY MR. ADKINS:

Anthony W. Brown                                        March 10, 2022

Page 67

1          Q.  Other than the track hoe, the bulldozer, the

2     loader and the dump trucks, did you observe any other

3     heavy machinery operating on the site?

4          A.  Not that I recall.

5          Q.  What were the conditions of the site when you

6     were there?  Do you remember noting anything about the

7     water or puddles, anything like that on the site?

8               MR. HAMILTON:  Object to the form.

9          A.  It depended on when it rained or -- when are

10    you talking about?

11    BY MR. ADKINS:

12         Q.  At any time.

13         A.  From the beginning of the project or the way

14    it is now?

15         Q.  Right now, I just want to know whether you

16    remember anything about that.  Then I'll ask you what

17    you remember.

18              Do you remember anything about the conditions

19    on the site?

20              MR. HAMILTON:  Object to the form.

21         A.  Well, I can remember that it was -- it had

22    puddles of water in some spots, yes.

23    BY MR. ADKINS:

24         Q.  Were there canals and stuff around there?

25         A.  Canal around the fence line and stuff like

Anthony W. Brown                                    March 16, 2022

Page 68

1       that.

2            Q.   Okay.  So you observed areas where there was

3       water in what you're describing as a canal?

4            A.   Yeah.  Around here.  A canal on here.

5            Q.   Okay.  So you're indicating on the western

6       edge of the site that there was a canal with water in

7       it; is that correct?

8            A.   Yes.

9            Q.   So you mentioned that you saw areas with

10      puddles.

11           Could you show me on DX 5 roughly where you

12      observed areas with puddles?

13           A.   The whole area was really -- that's why we

14      had to dump here.  There's water everywhere.  When we

15      first started -- when all the people started coming,

16      there was water everywhere.  You couldn't get in

17      there.  I told you I start dumping right here because

18      that was just, like, crazy trees and water everywhere.

19           Q.   Do you remember, on those occasions, if it

20      had rained?

21           A.   A lot of times, it rained.  A lot of times,

22      it didn't rain.

23           Q.   Even on the occasions where it hadn't been

24      raining, you observed a lot of water throughout the

25      site; is that correct?

Anthony W. Brown                                    March 16, 2022

1              MR. HAMILTON:  Object to the form.

2         A.  The whole place was, like, muddy -- muddy --

3    to be honest with you.

4    BY MR. ADKINS:

5         Q.  Did you ever understand what the purpose of

6    bringing earthen material to the site was?

7              MR. HAMILTON:  Object to the form.

8         A.  I thought he was going to build a big marina.

9    BY MR. ADKINS:

10        Q.  A marina?

11        A.  That's what I thought.  He had horses.  I

12   thought he was going to have a farm -- another part of

13   the farm -- cows and pigs, pot belly pigs.  Pretty

14   much got all kinds of pigs, horses, birds, whatever he

15   got there.

16        Q.  I might have misunderstood.  I thought I

17   heard you say "marina" to me.

18        A.  Like, a horse --

19             MR. HAMILTON:  Equestrian?

20   BY MR. ADKINS:

21        Q.  Oh, arena?

22        A.  Arena.

23             MR. JUNGINGER:  So you said "marina," but

24        you meant "arena," like Burt Reynolds had?

25             THE WITNESS:  Yes.  That's what I meant.

Anthony W. Brown                                    March 16, 2022

Page 70

1      BY MR. ADKINS:

2           Q.  You thought that the fill was being brought

3      in to make an arena?

4           A.  Yeah.

5           Q.  Did anyone tell you that?

6           A.  No.  I just assumed, to be honest with you.

7      You kind of -- when I approach a site, you look -- oh,

8      yeah -- going to add on.  He eventually ended up doing

9      something like that with the red clay.

10          Q.  So you observed -- you noted on DX 5 a couple

11     of these buildings.  The one in the northeast corner,

12     you described as a horse arena where you brought the

13     clay.

14               At any time when you were on the site, did

15     you ever observe the construction of any of the

16     buildings that are on the site today?

17          MR. HAMILTON:  Object to the form.

18          A.  What you mean, observe?  What you mean?

19     BY MR. ADKINS:

20          Q.  Did you see when they were constructing the

21     building?

22          A.  I seen them bringing in metal and stuff in.

23     Like I'm saying, trucks coming in and out all the

24     time.

25          Q.  Okay.  What about sod or grass; did you ever

Anthony W. Brown                                                    March 16, 2022

Page 71

1      observe anyone delivering sod to the site?

2           A.  I seen sod trucks come there before.

3           Q.  Do you recall the names of any of the

4      companies that delivered sod to the site?

5           A.  Just say "sod farm."

6           Q.  Without a company name?

7           A.  No.  I didn't really pay attention to the

8      name.  They don't have that many sod farms.  I don't

9      really deal with sod.  I really don't pay attention to

10     look at the sod guys.

11          Q.  Did you observe anyone laying sod while you

12     were on the site?

13          A.  Not on this site, no.  In the beginning, they

14     put sod out on the first -- when they first -- in

15     2017.

16          Q.  Okay.  So you observed people laying sod on

17     other parts of NeshaFarm, but not on the site; is that

18     correct?

19          A.  That I recall.

20          Q.  So we talked about other workers operating

21     machinery, we talked about other workers bringing

22     building materials to the site, and we talked about

23     deliveries of the sod to the site.

24               Did you see any other construction activities

25     or earthwork activities occurring on the site on the

Anthony W. Brown                                    March 10, 2022

Page 72

1    occasions you were there?

2               MR. HAMILTON:  Object to the form.

3          A.  The only thing I can remember seeing was

4    people bringing in material, building material, and,

5    occasionally, a concrete truck or something like that.

6    BY MR. ADKINS:

7          Q.  Did you observe a concrete truck on the site

8    or at NeshaFarm?

9          A.  I know at NeshaFarm, I seen concrete a lot.

10   They built a lot of buildings over there.  I don't

11   recall.  I don't remember if I seen one on the site

12   for this building here.  I don't remember.  Because I

13   know a lot of times, this part -- I didn't -- you

14   know -- I wasn't there every day.  I was there a lot,

15   but I wasn't there every day because it's so narrow

16   back there.

17         Q.  Did you ever take any photographs while you

18   were at the site?

19         A.  No.

20         Q.  Did you ever see anyone else take any

21   photographs while you were at the site?

22         A.  No.

23         Q.  I'm going to ask you if you're familiar with

24   some people, and why don't you just let me know if you

25   ever heard their name before.

Anthony W. Brown                                    March 16, 2022

                                                        Page 80

1              This is the first time now I'm hearing about

2       all this, since I got subpoenaed, and I was wondering

3       what happened.  I didn't know there was no wetlands

4       or -- you know what I mean?  They hired me to come in

5       and bring dirt in.  I think I'm doing a good job

6       helping somebody.  Now, I'm here and losing money.  I

7       should be at work.

8          Q.  What was the issue with the delivery?  You

9       said there was an issue with the color?

10         A.  Yes.  He said he want white, white, white,

11      white sand.  At the time, he couldn't find white sand.

12      I even told him where he can go and get the white sand

13      from.  I told Emilie about it.  She called the company

14      and they found the sand -- from me.  I helped him.

15      Even after he didn't pay, I still helped her, because

16      I like Emilie.

17             And the road base -- I never understand why

18      he didn't pay me for the road base, because he used up

19      everything.  That's the same sand I've been bringing

20      him the whole while.  But he needed the white, white

21      sand.  There was a misunderstanding and I could've

22      made it right.

23         Q.  In this, I'll call it, dispute -- maybe you

24      don't characterize it that way -- but in this dispute

25      over your two bills, have you ever had any direct

Anthony W. Brown                                March 10, 2022

Page 81

1          interaction with Mr. Sharfi?

2               A.  No.

3               Q.  You mentioned Emilie Kirkpatrick.  You had

4          direct interaction with her over the dispute of your

5          two bills?

6               A.  Yes.

7               Q.  Anyone else you had direct interaction with?

8               A.  Just talked to Emilie.  Oh, they had a new

9          lady.  I called on the phone -- Emilie -- a new lady

10         took over Emilie's place.  She said she would call me

11         back and she never called me back.  Because I kept

12         calling.  After a while, I said, "Let me call again."

13         And she never called me back.

14              (DX Exhibit 7 was marked.)

15              MR. JUNGINGER:  Will these be redacted as

16              far as the account numbers?

17              MR. ADKINS:  We have a protective order

18              in this case and --

19              MR. HAMILTON:  But that's for us, I

20              think, not non-parties.

21              MR. JUNGINGER:  I'm talking about his

22              accounts, as well as the accounts on

23              Mr. Sharfi's account.

24              MR. ADKINS:  Right, but I'm thinking

25              whether we can put this under the protective

Anthony W. Brown                                  March 16, 2022

Page 82

1              order.

2                   MR. HAMILTON:  We would have to talk

3              about it later, but I understand your point.

4              We'll ask him before --

5                   MR. ADKINS:  I think that's fair.

6                   MR. HAMILTON:  I think either one of us

7              will ask his counsel (inaudible) filing

8              things, and give him a copy of the protective

9              order.

10                  MR. ADKINS:  Okay.  We can clarify it

11             later.

12        BY MR. ADKINS:

13             Q.  So, Mr. Brown, I'm going to hand you a

14        document that's been stamped DX 7.  It has Bates

15        indicators, AWB0000002 through AWB0000010.  I

16        understand from your counsel that they're requesting

17        we redact any account numbers that are reflected in

18        this document before there's any public filing made of

19        the document.  As counsel for the United States, we're

20        willing to agree to that.

21                  MR. HAMILTON:  To redact?

22                  MR. ADKINS:  To redact.  To certainly

23             request permission from Mr. Brown's counsel.

24                  MR. HAMILTON:  As counsel for the

25             defendants, we'll agree to redact, unless

Anthony W. Brown                                        March 16, 2022

Page 83

1            otherwise agreed upon with Mr. Brown's

2            counsel as protected under the protective

3            order.

4                 MR. ADKINS:  We'll agree.

5       BY MR. ADKINS:

6            Q.  Mr. Brown, why don't you take a moment and

7       page through the document that I handed you?

8            A.  Okay.

9            Q.  So, Mr. Brown, do you recognize DX 7?

10           A.  Yes.

11           Q.  What is this?

12           A.  This is to pay for the service that was

13      rendered.

14           Q.  I see some representations of what look to be

15      checks.

16                Do you see that?

17           A.  Yes.

18           Q.  Do you recognize the images of the checks

19      that appear on DX 7?

20           A.  Yes.

21           Q.  Are these check that you received for payment

22      for services that you rendered for NeshaFarm?

23           A.  Yes.

24           Q.  How did you obtain the copies of these

25      checks, Mr. Brown?

Anthony W. Brown                                    March 16, 2022

Page 84

1           A.   How did I get the copies of the checks?

2           Q.   Yes.

3           A.   From my bank.

4           Q.   From your bank.  Okay.  At the beginning of

5      this deposition, you explained that you asked a

6      representative at iTHINK Financial for documentation.

7           A.   Yes.

8           Q.   And your bank provided these images of cashed

9      checks?

10          A.   Uh-huh.

11          Q.   Okay.  Who provided the checks that are

12     represented in DX 7?

13          A.   What do you mean, who provided?

14          Q.   Did an employee of NeshaFarm hand you a

15     check?

16          A.   Yeah.  Emilie mostly gave me my checks.

17          Q.   You received these by hand, not by mail?

18          A.   No mail.  I'd go back to the farm on a Friday

19     after 12:00 or so and pick up my check.

20          Q.   So the checks were ready for you on Friday

21     for you to pick up?

22          A.   Yes.

23          Q.   Was Emilie Kirkpatrick in charge of making

24     sure those checks were ready for you to pick up?

25               MR. HAMILTON:  Object to the form.

Anthony W. Brown                                    March 16, 2022

Page 85

1          A.  I don't know how the operation works.  She

2     called me and say that my check was ready.

3     BY MR. ADKINS:

4          Q.  Is there anybody else you ever interacted

5     with with respect to payment for services you rendered

6     for NeshaFarm?

7          A.  For NeshaFarm or for the site?

8     BY MR. ADKINS:

9          Q.  For NeshaFarm.

10         A.  These have my -- oh, man.  I just forgot his

11    name.  He's an older guy.  He called me.  He worked --

12    he was before Emilie.  Oh, man.  I forgot his name,

13    forgot his name.  He was the first one to call me and

14    told me to bring material to NeshaFarm.

15         Q.  On that occasion that you're recalling, was

16    that to the site or to a different part of NeshaFarm?

17         A.  Different part.

18         Q.  The checks that are represented in DX 7, are

19    they payments for work that you performed at the site

20    or at some other spot?

21         A.  I can't recall which area because the guy had

22    so many different kind of properties.  I did work

23    through the whole Martin County.

24         Q.  The check indicates that the payment is

25    coming from NeshaFarm, Inc.

Anthony W. Brown                                    March 16, 2022

Page 86

1              Have you ever received payment from any other

2         entity other than NeshaFarm, Inc. for the work that

3         you performed at the site?

4              A.  I don't recall.  I don't know Byte Services.

5         Apparently, they must have changed names from Byte

6         Services or NeshaFarm -- one or the other -- but I

7         don't know which one -- I don't know which name -- I

8         never paid attention to the name on the check.  I make

9         sure my name is on there at the top.  I never

10        really --

11             Q.  And the amount, I imagine?

12             A.  And the amount.  I made sure the amount was

13        right.  You know what I mean?  For real.  But the

14        name, I never really paid attention.

15             Q.  When you made a request to iTHINK Financial

16        for documents that were responsive to the subpoena,

17        did you ask your bank to search for payments from Byte

18        Services?

19             A.  No.

20             Q.  Did you ask your bank to look for payments

21        made to any of the suppliers of fill and sand and

22        gravel that we have discussed throughout your

23        deposition?

24             A.  No.

25             Q.  Is there any reason to think that your bank

Anthony W. Brown                                    March 16, 2022

Page 87

1    would have a record of the payments that you made to

2    any of the suppliers of dirt, sand, and fill material?

3         A.  Repeat that question.

4         Q.  Is there any reason to think that your bank

5    would have a record of the payments that you made to

6    the suppliers of those materials?

7         A.  They'll have -- the bank -- when I pay for my

8    suppliers, I don't do just one or two loads a day for

9    one person.  So it will be all interactive as one.  It

10   would be hard to determine which -- where -- like, if

11   I go to one place and I do ten loads at one place,

12   maybe one or two loads go to here, as you see.  The

13   rest of them go somewhere else.  So it would be kind

14   of hard for me to separate.

15        That's the reason why I didn't really -- you

16   know what I mean?

17        Q.  Uh-huh.

18        A.  We never had a specific day I just worked for

19   this guy all day.  No.

20        Q.  So, for any of the checks in DX 7, are you

21   able to testify today whether the payment was received

22   for services that you rendered at the site

23   specifically?

24        A.  I can't tell you which check went straight

25   for the site.  I cannot tell you that.  I dumped

Anthony W. Brown                              March 16, 2022

Page 88

1     through the whole area.  You know what I mean?  They

2     got this part, that part, you know.  The site, like

3     you say -- so some days, I had to take a part load

4     here and take another part over there.

5          Q.  Are you able to testify whether any of these

6     checks represent work, at least in part, that you

7     performed at the site?

8          A.  I can't say that because it's not -- it's not

9     on there related to the site.  I know I went to the

10    site.  I know some of these checks probably was me

11    going to the site, to be honest with you, but I can't

12    recall one specific check.  I would be lying.

13         Q.  We don't want you to lie.

14              Mr. Brown, other than your lawyer, have you

15    had any contact with anyone else that you haven't

16    already mentioned today regarding the issues that we

17    discussed at your deposition?

18         A.  Tammy, my fiancée.

19         Q.  Have you had any other contacts other than

20    with your lawyer, with Tammy, with the bank teller, or

21    the representative of your bank, regarding this

22    litigation that we haven't yet discussed?

23         A.  No.

24         Q.  Is there anything else that you know about

25    the defendants, Mr. Sharfi, or NeshaFarm regarding the

Anthony W. Brown                                    March 16, 2022

Page 89

1      alleged unauthorized filling of wetlands at the site

2      that we haven't talked about today?

3              MR. HAMILTON:  Object to form.

4          A.  I just found this out a couple weeks ago when

5      I got a subpoena and you called me on the phone.  I'm

6      really kind of disturbed by this.  You know what I

7      mean?  To be honest with you, I'm thinking I'm doing a

8      good job with the truck dumping, bringing material,

9      making somewhere pretty, you know, and now I'm getting

10     hit with this and missing a full day of work.  It's

11     not comfortable.

12     BY MR. ADKINS:

13         Q.  Is there anyone you remember telling you

14     where to deposit materials on the site?

15             MR. HAMILTON:  Object to the form.

16         A.  The only person to tell you is the

17     operator -- the guy on the dozer tell you.  You can't

18     go on the site -- I'm going to explain it to you.  In

19     a construction site, when you're building somewhere,

20     you don't dump where you want to dump.  They tell you

21     where to dump.  So you're always being instructed to

22     dump, you know, in a specific area.

23     BY MR. ADKINS:

24         Q.  Was there anyone from Byte Services that ever

25     instructed you where to dump materials on the site?

Anthony W. Brown                                    March 16, 2022

Page 90

```
 1              MR. HAMILTON:  Object to form.

 2         A.  Byte Services, yes.  On the site, yes.  They

 3    tell me to dump right here.  I don't know if it's Byte

 4    Services or NeshaFarm, whatever they changed the names

 5    to.  I don't know.  Apparently, must have changed

 6    names.  At one time, it was Byte Services, when I

 7    first started.  Then NeshaFarm came.  So I don't

 8    know -- changing the names -- when it took place,

 9    personally.  I really didn't pay attention to it.

10              But somebody who worked for the company --

11    I'm going to call it "the company" -- told us to dump

12    here, here, you know, and bring the clay and stuff --

13    where to dump it.

14         Q.  Just to confirm -- I think I know the

15    answer -- you don't know any of the names of the

16    people who instructed you to dump material at

17    different places in the site.  Is that right?

18         A.  I don't really know the guys' names.  I

19    know -- they had guys on the loaders.  They're, like,

20    foremen.  They're reading the -- whatever they plan on

21    doing -- the plans -- all we're doing is bringing it,

22    dumping it, and go.

23         Q.  Is there anything else about the site that

24    you know that we might be interested in and that we

25    haven't yet discussed?
```

Anthony W. Brown                                    March 16, 2022

Page 91

1              MR. HAMILTON:  Object to form.

2         A.  No.

3    BY MR. ADKINS:

4         Q.  So, the trial in this case is scheduled in

5    February of 2023.

6              Do you know of any reason why you wouldn't be

7    able to testify as a witness in this trial?

8         A.  Why I shouldn't have to be?  I don't know.  I

9    shouldn't have to be a witness.  All I did was bring

10   material and dump it in certain areas.

11        Q.  Let me ask it this way.  Do you know of

12   anything why you wouldn't be available to testify, if

13   called upon to, in February 2023?

14        A.  Other than missing work, you know, I don't

15   have no -- I don't see nothing that would cause me,

16   other than missing work.

17        Q.  Other than missing work, is there any other

18   reason why you wouldn't be available to testify in

19   February 2023?

20        A.  No.

21        Q.  Now, the court reporter is going to prepare a

22   transcript of this deposition --

23             MR. JUNGINGER:  We'll read.

24             MR. ADKINS:  Why don't we take a quick

25        break?