# EXHIBIT 66

Charles Berlusconi                                    March 18, 2022

                                                          Page 1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                        FORT PIERCE DIVISION
3                    CASE NO. 2:21-cv-14205-KAM
4

        UNITED STATES OF AMERICA,

5
             Plaintiff,

6
        vs.

7

        BENJAMIN K. SHARFI, in his personal
8       and fiduciary capacity as trustee of
        the Benjamin Sharfi 2002 Trust, and
9       NESHAFARM, INC.,
10           Defendants.
        _____/
11
12
13                              United States Attorney's Office
                                101 South US 1
14                              Suite 3100
                                Fort Pierce, Florida
15                              Friday, 9:10 a.m.-4:14 p.m.
                                March 18, 2022
16
17
            VIDEOTAPED DEPOSITION OF CHARLES BERLUSCONI
18
19
20           Taken on Behalf of the Plaintiff before
21       Lisa Gerlach, Court Reporter, Notary Public
22       in and for the State of Florida at Large,
23       pursuant to Notice of Taking Deposition in
24       the above cause.
25

Charles Berlusconi                                    March 18, 2022

Page 39

1        the site depicted in DX 40?

2              A.   Yes.   There's a little square that you can

3        see that's adjacent -- right near the arena, near

4        the -- the white road that goes behind the arena.

5        That's where we were growing palm trees and some

6        bottle necks and stuff like that.

7              Q.   When was the perimeter road constructed?

8              A.   I don't have the dates, but there was always

9        a way to get around that perimeter because of the

10       fence line.   So there was a trail going around for

11       when the guy put the fence up -- when Albert installed

12       the fence.   And then, as time went by, then we put

13       down the road.

14             The road, in all four places, it's adjacent

15       to the fence.   And it's only 10 feet wide, to 12,

16       depending on which one -- this one is a little wider.

17             Q.   So the road up in the northeast portion of

18       the site is a little wider?

19             A.   Well, yeah.   You can see it in your drawing

20       here.   It's wider than the roads on the other

21       perimeter because it's for parking when there would be

22       horses, and people come to ride in there and see the

23       horses, they would have a place to park.

24             Q.   What about the perimeter fence; do you

25       remember when that went in?

Charles Berlusconi                                    March 18, 2022

Page 40

1              A.  It went in before the arena.  It went in

2      before -- it was -- it went in during the horse

3      grazing area in the top left corner.  Yeah.  Like, on

4      the arena side, there's some houses over here -- three

5      or four houses -- and the people were -- they were

6      real nice.  They had a fence there originally and

7      their horses keep getting out.  So then we said,

8      "Well, we're going to put a fence up."  And they go,

9      "Oh, that's great."  You know, because they were all

10     happy.

11             We put up typical farm fence that everybody

12     uses out there in Palm City or any basic farm.  Then

13     we continued around the back.

14             This one over here, this fence, that was

15     there -- that fence was put up with the first 10 acres

16     that we got, because we didn't have any of that yet.

17     So we fenced in that area to keep the animals.

18             Q.  Okay.  So there's -- if I understand --

19     there's a perimeter fence that was constructed on the

20     eastern boundary of the site, the northern boundary of

21     the site, and the western boundary of the site; is

22     that correct?

23             MR. HAMILTON:  Object to form.

24     BY MR. ADKINS:

25             Q.  Is that right, Mr. Berlusconi?

Charles Berlusconi                                          March 18, 2022

1          A.   Yeah.   Just, like, where you have it, there's

2      a fence.

3          Q.   Did the construction of that fence require

4      the use of any fill material?

5               MR. HAMILTON:   Object to form.

6          A.   Any what?

7      BY MR. ADKINS:

8          Q.   Fill material.

9               MR. HAMILTON:   Same objection.

10         A.   No.   To put a fence up, you get these 8 to

11     10-foot round caliber poles that are -- depending on

12     the size, they're usually about 8 inches round -- from

13     6 to 8 inches.   You dig them with a post hole digger

14     or an orbit bit that goes on -- it's a two-man

15     orbiter.   You hold it and you dig a hole.   You pick

16     the pole up and put it in the ground and you backfill

17     it with the dirt that came out from the orbiter.   Any

18     left over, we rake it around it to make it level.

19          Then you roll the fence out and stretch it.

20     And that's the basic -- just a basic farm fence with

21     the four-inch square metal.   That's basically what

22     that is.

23     BY MR. ADKINS:

24         Q.   How about the perimeter road; did that

25     require the use of any fill material?

Charles Berlusconi                                    March 18, 2022

Page 42

1              MR. HAMILTON:  Object to form.

2         A.  The perimeter road?  Which one are you

3    referring to?

4    BY MR. ADKINS:

5         Q.  The perimeter road around the site.

6              MR. HAMILTON:  Same objection.

7         A.  Okay.  I'm confused now.  You just asked me

8    if it took any equipment to put the fence up.

9         Q.  Right.

10        A.  Is that correct?

11        Q.  I asked you if it required any fill material.

12        A.  Fill material, and I said no.  Now, ask your

13   question.

14        Q.  Did it require any fill material to construct

15   the perimeter road around the site?

16             MR. HAMILTON:  Object to form.

17        A.  No.  Until we put some of the road rock down

18   to make a road.

19   BY MR. ADKINS:

20        Q.  Okay.  Could you explain to me how you made

21   the road around the site?

22        A.  With the same tractor that I told you that we

23   used inside the -- what do you call -- the arena.

24   It's a back blade.  You back-blade it.  You get it

25   semi-level.  Most of the time, we used a laser and you

Charles Berlusconi                                    March 18, 2022

Page 43

1       got it level.  And then you bring in some road rock
2       and you put the road rock down.  Thin base.  We didn't
3       need it to be that thick.  It wasn't going to be a
4       traffic road.  It was just for bringing the golf carts
5       and the Gators and walking the horses down there to
6       their facility, you know.  Stuff like that.
7             Q.  The back blade was used on the soil before
8       you brought in road rock; is that right?
9                 MR. HAMILTON:  Object to form.
10            A.  Well, yeah.  The road, like I said, there was
11      always something there, because that was the perimeter
12      road -- of the road -- you know.  There was a fence
13      all the  way -- there was a fence in the back.  There
14      was the canal.  It's the only one -- did the canal
15      have a fence?  Yeah.  The canal had a shitty fence
16      that was all broken and tore down.
17                Actually, this canal was poorly maintained by
18      the -- Martin County.  The water, when it would rain,
19      it would fill up and overflow onto the property
20      because it couldn't drain down into -- I think it's
21      called the Bessey Canal -- or some place down at the
22      other 10 acres away from our property.  It was clogged
23      and it was -- water wouldn't drain.
24      BY MR. ADKINS:
25            Q.  By canal, are you referring to the ditch that

Charles Berlusconi                                       March 18, 2022

Page 44

1      runs along the western boundary of the site?

2           A.  Yeah.  That's a canal.  It's a drainage

3      ditch.  There's one there that goes all the way --

4      keeps going -- and the other one is over here in the

5      other property.

6           Q.  Was there a drainage ditch or any sort of

7      conveyance of water directly to the north of the site?

8               MR. HAMILTON:  Object to form.

9           A.  Where are you saying?

10     BY MR. ADKINS:

11          Q.  Well, I mean, on the northern boundary of the

12     site.

13          A.  Oh.  No, there was no drainage.  That's a

14     gentleman's property that had cows out there and

15     stuff.  There was -- it would flood out there.  I know

16     that.  The whole freaking Palm City is under water.

17     It doesn't drain worth a crap out there.

18          Q.  You testified that the rain would fill the

19     canal and it would overflow onto the property?

20          A.  Well, it would get high and it would come all

21     the way up.  Sometimes, it would come over.  Most of

22     the time, it would raise -- I mean, other than that

23     one time we had that one storm that came through.

24     Everything was flooded.  I can't remember how much

25     came over.

Charles Berlusconi                                    March 18, 2022

Page 45

1            But at a normal, good thunder buster out

2     there in Palm City, it would raise up.  And then, like

3     I said, it wouldn't drain, but, you know, water will

4     go down -- will percolate through the dirt, the mud.

5     And, eventually, it would go lower and lower and lower

6     each day.  It would eventually go away or to a

7     level-out point.  It never went dry.  I never seen it

8     dry.

9        Q.  So, during a typical rainstorm, water from

10    the canal on the western boundary of the site would

11    overflow onto the northwest corner of site; is that

12    correct?

13           MR. HAMILTON:  Object to form.

14       A.  Only in that one time when it was that one

15    storm we had.  I think it was the hurricane.  We had a

16    hurricane and -- it was a minor hurricane.  It didn't

17    really -- but, like I said, there was water

18    everywhere.  You couldn't walk anywhere on the

19    property without walking in a foot of water.

20    BY MR. ADKINS:

21       Q.  Right.  Okay.  During the one occurrence with

22    this hurricane, there was water everywhere on the

23    property.

24           My question is, how frequent was it that

25    water from the ditch that runs along the western edge

Case 2:21-cv-14205-KAM   Document 151-67   Entered on FLSD Docket 11/10/2023   Page 10 of
79
Charles Berlusconi                                    March 18, 2022

Page 46

```
 1        of the site would overflow onto any portion of the

 2        site here?

 3             A.  One time.

 4             Q.  One time?

 5             A.  That I know of.  Because, like I said, when

 6        the storm came, everything was flooded.  The whole --

 7        everywhere.  Other than that, I've never seen it

 8        overflow.

 9             Q.  Can you mark with an X where you saw the

10        canal on the western edge of the site overflow onto

11        the site?

12                  MR. HAMILTON:  I'm going to object to the

13             form.  Are you asking about the one time?

14                  MR. ADKINS:  I think he testified when he

15             saw it.

16        BY MR. ADKINS:

17             Q.  Could you mark an X where you observed that?

18                  MR. HAMILTON:  I just want to make -- for

19             the record -- you're talking the one time

20             when the storm came through, right, for him

21             marking it?  If he's going to be marking the

22             exhibit --

23             A.  If I'm going to mark anything, it's going to

24        be what I said.  The one time when the storm came

25        through, the whole property was flooded.  When I say
```

Charles Berlusconi                                                    March 18, 2022

Page 47

1      "flooded," I mean, the house had 5 inches of water in

2      it, my office had water in it, the barn was flooded.

3      Everything was flooded.  Okay?

4             I spent days out there.  I stayed all night

5      pumping water, trying to get it out of the house and

6      everything.  And the water that came out, the only

7      place I seen it was right there.

8      BY MR. ADKINS:

9         Q.  Can you put an A with a circle around that?

10        A.  (Complies.)

11        Q.  Okay.  So you've indicated with an X and an A

12     with a circle around it --

13        A.  And most -- go ahead.

14        Q.  -- the area where you observed water

15     overflowing from the ditch that runs along the western

16     edge of the property onto the site, which, your

17     testimony is, happened on one occurrence; right?

18        A.  Yes.  Are you done?

19        Q.  Do you have anything to add?

20        A.  Yeah.  The reason that I'm thinking that was

21     the area that came up so high is because, down here,

22     where the Bessey Canal or whatever it is, is blocked.

23     So the water was more -- it was flowing that way, but

24     it couldn't go out, so it raised up there more than

25     anywhere else.

Charles Berlusconi                                    March 18, 2022

Page 48

1          Q.   Okay.   So somewhere on the northern edge --

2     north of the site -- the canal that runs to Bessey

3     Creek was blocked.   That's your --

4          A.   Yeah.   There was a -- if I recall, when I

5     sent the guys down there to see why the stuff wasn't

6     draining, this guy -- ended up being a nice guy, but

7     at first he told us to get the hell off his property.

8     There was a tree laying over in the ditch and a fence

9     that was blocking -- and it was all, like, shrubbery

10    that would stop the water from flowing.

11              Like I said, it eventually would seep

12    through, just like coffee percolates through a filter,

13    but it would take days.   Then the canal would level

14    out.

15              I'd never seen that canal -- I seen it very

16    close to being dry, but that was out of rainy season.

17         Q.   So you've never seen the ditch that's on the

18    western boundary of the site dry?

19         A.   No.   There was always mud and a little water

20    down there.

21         Q.   You said that you sent two people onto the

22    property to the north?

23         A.   Uh-huh.

24         Q.   Can you explain that?

25         A.   Well, as you said, I wanted to know why it

Charles Berlusconi                                    March 18, 2022

Page 49

1    isn't draining.  There's got to be a reason why this

2    water is not going nowhere.  Like I said, we got

3    partially down there and the guy said to get off, and

4    we tried to explain to him that we wanted to see what

5    was stopping it.  And then we seen the tree and the

6    fence.  That was it.  We couldn't do nothing about it.

7    It wasn't our property.

8            I think -- I can't speak for someone else or

9    nothing -- but I think Kevin reached out to someone at

10   Martin County to see if that could be cleaned or what

11   can be done about it, but you would have to ask him.

12       Q.  Okay.  Did you go with these two people to

13   the property to the north of the site?

14       A.  No.  I only get my feet muddy when I have to.

15       Q.  Okay.  Do you recall the names of who you

16   sent?

17       A.  Yeah.  Josh and Aaron.

18       Q.  Do they have last names?

19       A.  Yep.  Aaron's, I don't recall.  No, I don't

20   have the names.

21       Q.  Any other instances that you're aware of

22   where employees of NeshaFarm or Byte Services went to

23   the property to the north of the site?

24       A.  Over here?

25       Q.  Yes.

Charles Berlusconi                                           March 18, 2022

1        A.   Only when the fence was being put up.   We had

2   to work both sides.   When you're stretching the wire

3   and stuff, we had to be on -- but we were in the

4   setback perimeter, so we weren't really on the man's

5   property.

6        Q.   About how far would --

7        A.   Setbacks were 15 feet.

8        Q.   Okay.   So other than having employees about

9   15 feet to the north of the site to construct the

10  perimeter fence and the instance where you sent Josh

11  and Aaron to the north of the site, are there any

12  other instances that you're aware of where an employee

13  of NeshaFarm or Byte Services went north --

14       A.   On that property, no.

15       Q.   Okay.   All right.   So let's go back to the

16  construction of the road.   You had referred to a back

17  blade.

18            Do you know what brand equipment this is?

19       A.   No.   It's an old tractor.   It's basically a

20  farm tractor.   It's a small tractor that has just what

21  it sounds like.   It's a box blade.   It's about 6 feet

22  wide -- 6 feet long -- and about 20 inches wide, and

23  it's just got a piece of metal on the back of it.   And

24  you take it and you can raise it up and down by

25  hydraulics.   As it goes along any surface, it just

Charles Berlusconi                                                March 18, 2022

Page 51

1       grades it.  And it's not a -- it's a light equipment.

2       It's a farm tractor.  That's what it's made for.

3              Q.  Do you recall where on the site this farm

4       tractor was operating?

5              A.  Along here, like I said, when we went to put

6       the fence in and the road.

7              Q.  So you've indicated the western road, the

8       northern road, and the eastern road of the site?

9              A.  Yeah.  The four -- the four walls around the

10      property.

11             Q.  Okay.  So the southern road too.  That would

12      be the entire perimeter of the site?

13             A.  Right, right.  Just as you see it.

14             Q.  Anywhere else on the road you recall --

15             A.  Well, actually, hold on.  I don't want to

16      mislead you.  This here is not a road.  This road is

17      on this property.

18             Q.  Right.

19             A.  This here and this is how we used to get in

20      to go like this; and then this was another gate that

21      took us down this way.  This was a fence.  This road

22      is on this property.

23             Q.  So the tractor operated around the perimeter

24      road, but you motioned to the southeastern corner,

25      where part of that road falls outside of the boundary

Charles Berlusconi                                    March 18, 2022

Page 52

1      of the site; is that correct?

2            A.   Yep.

3            Q.   Is there anywhere else on the site, other

4      than the road that you've indicated, where the back

5      blade tractor was operating?

6            A.   Like I said, inside the arena.

7            Q.   The arena is in the northeast corner of the

8      site?

9            A.   Yeah.  The northeast arena, we used it in

10     there.  Very little in here.  This was pretty flat.

11     Other than that, that tractor, it's not a -- it's not

12     construction equipment.  It's not made to, you know,

13     move dirt, move mountains.  It's just a grader.

14            So, no, I don't recall, unless someone else

15     did it, but I didn't see any.

16            Q.   One of the places where you indicated was the

17     northwest corner of the site.

18            Could you put an X where the back blade was

19     operating in the northwest corner of the site based on

20     your recollection?

21            A.   (Complies.)

22            Q.   Can you put a B with a circle around that?

23            A.   (Complies.)

24            Q.   Okay.  So where you've indicated X and a B

25     with a circle around it, you observed a back blade

Charles Berlusconi                                          March 18, 2022

1        operating on the site; is that correct?

2              A.  Yeah.  Like I said, very little.  Now, I'd

3        like to state something.

4              Q.  Sure.

5              A.  There was a couple, Angie and Shorty --

6        Paul -- that lived on the property.  They were the --

7        she was in charge of the animals and Shorty was the

8        mechanic that worked for me.  But they lived on the

9        property.  So whatever happened after 5:00 'til 7:30

10       in the morning, I can't, you know, say anything for

11       what happened.  I don't know.

12             Because Shorty was well-equipped on working

13       any equipment.  He's -- but I can't testify to

14       anything that happened after 5:00 and before 7:00 in

15       the morning.

16             Q.  So you worked generally on NeshaFarm from

17       7:00 in the morning until about 5:00 in the afternoon?

18             A.  Yeah.  Sometimes, a little later than 5:00,

19       but, yeah.

20             Q.  Do you remember about when the back blade was

21       operating on the site?

22             A.  It was before the arena was built and it was

23       when we were doing the fence and the road.  Now, the

24       fence, if you were -- if they have records of it --

25       Albert was the fence installer.  He gave us bills, so

Charles Berlusconi                                          March 18, 2022

Page 54

1     his bill would have a date on it.  Whenever the fence

2     went up, the back blade was working.

3          Q.  So what happened next in terms of road

4     construction?  You said, first, the back blade would

5     operate and then you would add road rock, with a thin

6     base of road rock.

7               Can you describe that process?

8               MR. HAMILTON:  Object to form.

9          A.  The truck -- the dump truck -- would come in

10    and dump the road rock and bounce it out of the truck,

11    you know, spread it as he drives.  Then you would come

12    in and you would take the roller and just roll it.

13         Q.  What is a roller?

14         A.  It's just a piece of equipment that has two

15    big steel rollers on it, front and a back, that you

16    use to grade -- not grade -- excuse me -- to level and

17    make something hard.

18              The road rock is pieces of crushed coral, so

19    you need something to roll over it to make it stable,

20    so you're riding on it a little smoother than riding

21    over a bunch of rocks.

22         Q.  Any other activity with the road rock to

23    create the road?

24         A.  No.  You just gotta put it down and roll it.

25    And then, obviously, once in a while, you get one of

Charles Berlusconi                                    March 18, 2022

Page 55

1    the little rainstorms out there.  Being that it's

2    coral and it's got lime in it, the rain will make

3    little potholes in it, so, you know, it makes it lumpy

4    to drive on and stuff.  You would have to take the

5    roller and just make it level again.  But that only

6    was when it would downpour or something.

7           Once again, we weren't building 95.  It's a

8    farm.  You're driving Gators, which is a souped-up

9    golf cart.  It's meant for farms.  It's called a

10   Gator.  It has a little compartment in the back where

11   you can put plants, dirt, and anything you wanted to

12   move around -- equipment, shovels, and stuff.

13       Q.  About how many dump trucks of road rock did

14   it take to construct the road?

15           MR. HAMILTON:  Object to form.

16       A.  I couldn't tell you that.  I don't have that

17   record.  I mean, if I had to guess at it, you know --

18           MR. HAMILTON:  Let me say, we don't want

19       you to speculate.  If you know, you know.  If

20       not --

21           THE WITNESS:  I don't.  I don't know.

22   BY MR. ADKINS:

23       Q.  You don't know the exact number --

24       A.  I mean, I can guess at it, being in

25   construction and everything, but I wouldn't want to

Charles Berlusconi                                    March 18, 2022

Page 56

1        put myself on record saying, it was X amount, and it

2        turned out to be Z amount.

3               Q.   Was it more than ten?

4               A.   Or less than six?  I don't know.

5                    MR. HAMILTON:  Object to form.

6        BY MR. ADKINS:

7               Q.   Was it more than 50?

8                    MR. HAMILTON:  Object to form.

9               A.   I don't know.

10       BY MR. ADKINS:

11              Q.   Was it more than one?

12                   MR. HAMILTON:  Object to form.

13              A.   It had to be one.

14       BY MR. ADKINS:

15              Q.   Okay.

16              A.   You know.  I mean, what do you want me to --

17       he doesn't want me to put a number.  You want me to

18       put a number.  So either way I go, I'm either

19       misinformed or not intelligent enough to give you that

20       answer.

21              Q.   First of all, I'm asking the question, so he

22       can state his objections.  But unless he instructs you

23       not to answer, you're going to give me a response.

24              A.   Okay.

25              Q.   My question is, in your best estimate, in all

Charles Berlusconi                                           March 18, 2022

                                                        Page 57

1       the experience that you had working on this site and

2       your experience in the construction industry, can you

3       recall generally how many dump trucks it took to

4       construct this perimeter road?

5              MR. HAMILTON:  I'm going to object to

6           form, asked and answered.  He's also not an

7           expert in construction.

8              But, if you know, you can answer.

9           A.  I don't know.  If I had to give you a number,

10      I would say 15.

11      BY MR. ADKINS:

12          Q.  Okay.  Do you recall where on the site dump

13      trucks deposited road rock to construct the perimeter

14      road?

15          A.  Repeat the question.

16          Q.  Do you recall where on the site dump trucks

17      deposited road rock to construct the perimeter road?

18          A.  On the road that was being road-rocked.  He

19      didn't stockpile it.  He would come in and drive down,

20      dump it, and drive out.  Because, if you stockpile it,

21      then you need another piece of equipment to move it

22      from the stockpile to the area being roaded.  You

23      know, that's -- it's unproductive.

24              Dump truck -- these guys do it all the

25      time -- they lift their truck up and they shake it and

Charles Berlusconi                                    March 18, 2022

Page 58

1     it comes out in small increments and then they take

2     off.  Then you go over and you roll it and spread it.

3     Then the truck comes back and does it again.

4          The only place there was any road rock piled

5     was right in this corner, because we couldn't get to

6     this road right here to put it into the -- I was still

7     backing the other truck in there for the red clay.  So

8     we didn't have this road built.  It was dirt.  So I

9     just had a little pile right there.

10         Q.  That's in the northeast corner of the site?

11         A.  Yeah.

12         Q.  So when the dump trucks would come to deposit

13    road rock, were they depositing road rock throughout

14    the entire perimeter road throughout construction?

15         MR. HAMILTON:  Object to form.

16         A.  No, because we couldn't -- we didn't have a

17    big enough crew to keep -- we would only go -- we'd do

18    so much and then we would have to do some more later

19    because something else came up.  It wasn't an ongoing

20    thing to where we did it five days in a row or 20 days

21    in a row, you know.

22         This road was always there, but we made --

23    defined it a little better once we built this

24    building.  This one was first right here.

25    BY MR. ADKINS:

Charles Berlusconi                                    March 18, 2022

Page 59

1        Q.  So you said the road on the eastern boundary

2     of the site was always there, but you defined it

3     better to construct the horse arena?

4        A.  When I say, "define it," just made it a

5     little wider, because we were going to have parking

6     there.  That was the idea.

7        Q.  Were there any other roads on the site that

8     you widened?

9        A.  That we what?

10       Q.  That you widened.

11       A.  Only over here on the other parcel.

12       Q.  That's south of the site?

13       A.  South of the site, yeah.  There's a little

14    island right there that had some palm trees in it, and

15    we just made a -- like, a circle -- so we were able to

16    come in and go around.  So we just made this area a

17    little bigger.

18          Because there's a gate there, there's a gate

19    there, and you get into the alpacas over here, you go

20    out to the cows that way, and then you can turn around

21    and come this way with your horse trailer, if you had

22    to.

23       Q.  Okay.  Could you indicate on DX 40 with an X

24    and a C with a circle around it where you observed

25    dump trucks dumping road rock?

Charles Berlusconi                                    March 18, 2022

Page 60

1          A.   You want where they started, or you want me

2     to draw a big X and put a C there?   Because I observed

3     all the road rock.

4          Q.   Well, I had asked earlier whether you had

5     observed it throughout the perimeter road.   I had

6     understood your testimony to be that it was in the

7     southwest corner and in the northeast corner, but

8     maybe I misunderstood.

9               MR. HAMILTON:   Object to form.

10    BY MR. ADKINS:

11         Q.   So is it your testimony that you observed

12    dump trucks dumping road rock everywhere where there's

13    a road on DX 40?

14         A.   Well, I wasn't --

15              MR. HAMILTON:   Object to form.

16         A.   -- there every minute of it.   But like I

17    said, we -- there is your X and your C.   That's where

18    I seen it being dumped for the first time.

19    BY MR. ADKINS:

20         Q.   Okay.   Any other times where you observed

21    dump trucks dumping road rock?

22         A.   Back here where I told you.

23         Q.   Can you put an X and a D where you observed

24    dump trucks dumping road rocks?

25         A.   (Complies.)

Charles Berlusconi                                          March 18, 2022

Page 61

 1          Q.  You put an X and a D in the northeast corner

 2      of the site near the horse arena?

 3          A.  Yep.

 4          Q.  Any other areas on the site where you

 5      observed dump trucks dumping road rock?

 6          A.  I mean, I would say yeah, but I can't -- I'm

 7      not going to be distinct about it, because I wasn't on

 8      the site all the time.  I had lead guys that would be

 9      out there.  There was -- Josh would be out there.

10      Like I said, one of -- the other guy, Raymond, would

11      be out there.  Not Raymond.  Aaron.  I would be either

12      in my office or I would be on the other parts of the

13      project.

14              There's many times I wasn't on the farm

15      because I was -- I had five or six other projects that

16      I had to maintain.  I was building an airport,

17      remodeling an airport hangar.  I was in the process of

18      remodeling two houses -- oh -- and I was over -- we

19      were building a tech center in Jensen Beach over there

20      at the circle.

21              When the job started, I wasn't pleased with

22      the contractors that we had.  They were doing all

23      right.  Then I started seeing -- I would go to that

24      site and visit it and tell Ben what I thought -- I

25      mean, Mr. Sharfi what I thought -- so he told me to

Charles Berlusconi                                    March 18, 2022

Page 62

1    keep an eye on it.

2          So I started to go to that project more and I

3    found things that -- I didn't like the way they were

4    doing the construction.  And then I -- you know -- I

5    was going there more often.

6          So I wasn't at the farm as much as I was in

7    the very beginning when we first bought the place.

8    Towards the end, I was off -- away from there more.  I

9    didn't really want to be on the farm.  I was born in

10   the Bronx, New York, and I knew about this much about

11   farming as I wanted to and I didn't want to be there.

12   BY MR. ADKINS:

13        Q.  Other than where you've indicated an X and a

14   C and an X and a D on DX 40, are there any other areas

15   on the site where you observed dump trucks dumping

16   road rock?

17          MR. HAMILTON:  Object to form, asked and

18        answered.

19        A.  On this parcel right here -- let me see.

20   BY MR. ADKINS:

21        Q.  I see you looking at other parts of

22   NeshaFarm.  My question is with respect to the site.

23   So, on DX 40 --

24        A.  I thought you said if I seen any other dump

25   trucks dumping road rock.  But only on the site?

Charles Berlusconi                                    March 18, 2022

Page 63

1          Q.  Only on the site.

2          A.  Oh, I told you where I've seen -- I told you

3     I wasn't there all the time.  I would -- when I came

4     back -- whether I'd go back to the job -- from the

5     other jobs to the farm -- because I always would end

6     up back there -- 90 percent of the time, to see my

7     secretary and make sure everything is going right,

8     sign checks.  At one point, I did all the hiring and

9     firing and I also was a signer for payroll for

10    Mr. Sharfi.  Sometimes I had to sign checks.

11          Of course, I would see road rock.  But did I

12    observe the dump truck do it?  No.

13    BY MR. ADKINS:

14          Q.  When you say, "Of course, I saw road rock,"

15    is that after the road rock was dumped?

16          A.  Yeah, I seen progress.  I said, "Oh, you guys

17    got a lot done.  That's good."

18          Q.  You had testified also that there was an area

19    graded for horses in the northwest quadrant of the

20    site; is that correct?

21          MR. HAMILTON:  Object to form.

22          A.  Right here.  Very little grading was done

23    there because that was a low point and we just leveled

24    it out.  And once we started putting the horses in

25    there, it didn't matter anyway.  They tore it all up.

Charles Berlusconi                                                March 18, 2022

Page 64

1       We were constantly having laborers in there with rakes

2       and raking the potholes in there so they wouldn't

3       break their ankles and stuff.

4       BY MR. ADKINS:

5            Q.   What did you use to grade that area?

6                MR. HAMILTON:   Object to form.

7            A.   Metal rakes, hand rakes.

8       BY MR. ADKINS:

9            Q.   Any other areas of the site that were graded

10      that you're aware of?

11           A.   This plant area that I told you about

12      previous, where we were planting palm trees and bottle

13      necks, we did the same thing as the arena.  We didn't

14      use concrete, but we put railroad ties around that

15      square -- about three railroad ties high -- so the

16      dirt wouldn't come out.  We just had to grade that

17      dirt and then we planted trees in there.

18           Q.   Can you indicate that area on the map with an

19      X and an E with a circle around it?

20           A.   (Complies.)

21           Q.   Okay.  So you've indicated on DX 40 with an X

22      and an E where you installed railroad ties and graded

23      a small area for planting vegetation; is that correct?

24           A.   Uh-huh.

25           Q.   Any other area on the site where you observed

Charles Berlusconi                                    March 18, 2022

Page 65

1      grading?

2           A.   Just where we would take out -- we did that

3      mostly by hand -- where we took out the vines and

4      trees that were non-invasive.  Once again, that's

5      something that Kevin would know more, because he asked

6      the city what stuff can stay and what stuff can leave.

7      I know some of the trees, they had to stay -- whatever

8      names they were.  What was it?  Some kind of palm.  I

9      don't know the name of it.

10          Q.   You also testified that there was a small,

11     little lake in the southwest corner of the site where

12     earthwork activity took place.

13               Can you explain that?

14          A.   That was in -- this area here was pretty

15     muddy constantly.  It was always mud and the water

16     always gathered when it rained hard.  It would form --

17     this was a lower area -- so every time it rained,

18     water would gather there and it would stay until it

19     evaporated or sunk down or the cows drank it or

20     whatever.

21          Q.   Can you indicate on DX 4 with an X and an F

22     with a circle around it where you observed water

23     collecting because of rain?

24          A.   Right here.

25          Q.   You drew an X and an F with a circle around

Charles Berlusconi                                    March 18, 2022

Page 66

1        it in the southwest corner of the site?

2            A.  Uh-huh.

3                MR. HAMILTON:  Just for clarity, it also

4            looks like you drew a circle.

5                THE WITNESS:  Because it wasn't as big as

6            that.  It was just an area in the corner,

7            because this here -- right here -- is a

8            corner of getting off this parcel.  It's the

9            other spot that came over this way.  There's

10           another canal that goes that way.  You know,

11           if it rained hard, the water could have came

12           up from that too, but I never observed it.

13           But it would collect right there.

14       BY MR. ADKINS:

15           Q.  What about after that perimeter road went in,

16       do you think the water could've still overflowed from

17       the canal?

18               MR. HAMILTON:  Object to form.

19           A.  Yeah.

20       BY MR. ADKINS:

21           Q.  The perimeter road out on the western edge of

22       the site, after that road was constructed, do you

23       think it's more or less likely that water from the

24       ditch on the western part of the site would overflow?

25               MR. HAMILTON:  Object to form.

Charles Berlusconi                                    March 18, 2022

Page 67

```
 1          A.   In a good storm, in a hurricane or a two or

 2     three-day -- one of our thunder busters, that it rains

 3     and rains -- I've seen the rain out there so hard, you

 4     would think the end of the world was coming.

 5     BY MR. ADKINS:

 6          Q.   Did the road on the western edge of the site

 7     raise the elevation?

 8               MR. HAMILTON:   Object to form.

 9          A.   The road here?   This one?

10     BY MR. ADKINS:

11          Q.   The road on the western edge of the site.

12               MR. HAMILTON:   Object to form.

13          A.   No.   We had to keep it within the elevation

14     of the rest of the property, you know.   The road rock

15     might have brought it up a little bit, but we didn't

16     raise it up to where we had a wall or anything like

17     that.

18               If you looked along this canal area where the

19     road rock and the fence was, our road -- Mr. Sharfi's

20     road -- right there would be level and then, all of a

21     sudden, the canal would ditch down.   So we were at the

22     same level as the earth was when we were starting to

23     put the road in.   We didn't go high or nothing.   I

24     mean, a couple inches here or there, but I couldn't

25     tell you exactly.   I didn't record any of that.
```

Charles Berlusconi                                    March 18, 2022

Page 68

1          Q.  So could you describe -- continue to
2      describe, I should say -- the earthwork activity that
3      took place in the area where you've indicated X and an
4      E with a circle?  This is in the southwest corner of
5      the site where you said there was an area that
6      collected water --
7          A.  Right here.
8          Q.  And it looks different now.
9          A.  Here.
10         Q.  Yeah.  So what happened there?
11             MR. HAMILTON:  I'm going to object to
12         form.  I think that's F.
13             MR. ADKINS:  Oh, I'm so sorry.  Thank
14         you.
15         A.  The blacker marker.  No -- it's F.  That area
16     was always a muddy area.  It collected -- when it
17     rained, it would hold water.  It would -- it
18     wouldn't -- it's not deep, but it would go -- wherever
19     the low part of this property was, the water would
20     settle.
21         Q.  Well, is the area different now than it was
22     when Mr. Sharfi first acquired the site?
23             MR. HAMILTON:  Object to form.
24         A.  Say that one more time.
25     BY MR. ADKINS:

Charles Berlusconi                                   March 18, 2022

Page 69

1          Q.  That area where you indicated X with an F and

2      a circle, is it different now compared to when

3      Mr. Sharfi first acquired the site?

4               MR. HAMILTON:  Object to form.

5          A.  Well, I haven't been out there in three

6      years, so...

7      BY MR. ADKINS:

8          Q.  When was the last time you were on the site?

9          A.  When I got fired three -- two and a half

10     years ago.

11         Q.  2020, around?

12         A.  Something like that.

13         Q.  Between when Mr. Sharfi first acquired the

14     site and 2020, did that area change?

15              MR. HAMILTON:  Object to form.

16         A.  It changed to where they did some more

17     grading in there just to get the wetness out of there.

18     They tried to put some dirt around here to keep it

19     from flooding, because it was a mess.  It was always

20     mud out there.

21     BY MR. ADKINS:

22         Q.  This is in the area that you indicated X with

23     an F and a circle around it?

24         A.  Right, right.

25         Q.  You said they put some dirt in there.  Can

Charles Berlusconi                                          March 18, 2022

1      you describe what you mean?

2          A.   Yeah.   Once again, the Gators that we use on

3      the farm, they have like a -- it's like a mini pickup

4      truck.   It has a little bed in the back.   We would

5      bring fill and dump it out there and rake it -- hand

6      rake it -- and try to fill in this muddy area.

7          Q.   Where did that fill come from?

8          A.   We had, right -- let's see -- before this got

9      cleaned up, we would have a dump truck dump a load of

10     fill right there, because we needed that to -- it

11     wasn't really dirt.   It was like a -- it was not sand,

12     but it was -- I don't know what kind of soil it was.

13          In this facility right here where we keep the

14     horses, behind the stables, there was what they call

15     walkabouts.   The horses could go out back.   They

16     would -- that's where they went to the bathroom and

17     everything, so we had to clean up the manure all the

18     time.   And the dirt would get kicked all over the

19     place, so we'd always have to bring fill in there to

20     regrade the stalls.

21          We always had a little dirt to take care of

22     the stalls and any low points that got -- from rain

23     and stuff like that.   So -- and it wasn't, like, every

24     week or every day.   But, after a couple of weeks, the

25     stalls would get low and then the horses, once again,

Charles Berlusconi                                          March 18, 2022

Page 71

1    could hurt themselves.  So, you know, you would have

2    to grade it and put some dirt in there.

3         Q.  Can you indicate on DX 40 with an X and a G

4    with a circle around it where you kept dirt?

5         A.  It's actually on this side of the -- I'm

6    going to put it over here.

7    BY MR. ADKINS:

8         Q.  You started to write an X that looked like it

9    was in the boundary of the site.  You scribbled that

10   out and put an X to the right of the G --

11        A.  Right.  I told you previous that that fence

12   is there and this road is on this side of that

13   property.  We would have the dirt where this little

14   circle turnaround is.  We would put the dirt right

15   there and it was in access to everybody to use.  There

16   was a gate there, a gate there, a gate there.

17        Q.  Just so we're clear with respect to position

18   G, was any of the dirt kept within the boundary of the

19   site based on DX 40?

20             MR. HAMILTON:  Object to form.

21        A.  No.  No, because there was no reason to have

22   to bring it in here because Mr. Sharfi was -- he was

23   particular how the place would be neat and everything

24   and not look like a mess, so we didn't want to have

25   piles of dirt everywhere.  So if we needed dirt in

Charles Berlusconi                                       March 18, 2022

Page 72

1      these stables, once again, Gators with two guys, two

2      shovels, two rakes, would go load up dirt, go through

3      this gate, and put the dirt in there.

4      BY MR. ADKINS:

5          Q.  Okay.  So you're indicating, you would take

6      dirt -- two guys would take dirt from position G and

7      take it over to the stable in the northwest corner?

8          A.  These are another seven or eight stables

9      right here, and they had -- this was a complete dirt

10     stable.  So dirt, horses kick it -- the cows -- dirt

11     goes everywhere.  You have to put a little sand back

12     in there and keep them happy.

13         Q.  And they carry the dirt on a Gator, which is

14     a sophisticated golf cart?

15         A.  It's a golf cart on steroids.  It's meant for

16     farm work.  You guys got a phone.  Google it.  Look it

17     up.

18         Q.  We're here to hear what you have to say about

19     it, so that's why we're asking questions.

20         A.  I'm just telling you what it is, you know.

21             MR. HAMILTON:  I know what a Gator is.

22     BY MR. ADKINS:

23         Q.  Fair enough.  So any other areas on the site

24     where you observed earthwork activity that we haven't

25     already discussed?

Charles Berlusconi                                          March 18, 2022

Page 73

1              MR. HAMILTON:  Object to form.

2         A.   I mean, we're always cleaning up everywhere.

3    There is no -- it was a farm.

4              At one point, Angie, the girl that took care

5    of the animals, she always argued about letting the

6    horses run wild back here because there was so much

7    things where they can get hurt.  She didn't like them

8    running.  She wanted them in their places.  So when

9    they did run, they would mess up.  And Ben --

10   Mr. Sharfi -- like I told you, he wanted this place to

11   look nice and presentable.  Not -- you know -- a

12   regular shit farm.  He wanted a place that he can take

13   his family, have -- we even had -- shit -- I

14   entertained -- the kids from school come out here and

15   showed them how chickens lay eggs and shit, you know.

16   He just -- that's what he wanted.

17   BY MR. ADKINS:

18        Q.   You described the two employees taking dirt

19   from position G and taking it up to the farm stable --

20   or to the horse stale in the northwest corner using a

21   Gator.

22             Did the employees need anything in particular

23   to get the dirt from the Gator onto the ground?

24             MR. HAMILTON:  Object to form.

25        A.   A shovel.  They used a shovel.  And then,

Charles Berlusconi                                    March 18, 2022

Page 74

1    once they got to there, the Gator -- one of the Gators

2    we had -- which they used to fight over -- had a

3    hydraulic lift.  It would lift up like a tailgate.  It

4    would go up, and it would dump easier.  The other one,

5    you couldn't.  You had to take it out, shovel it out,

6    and take a rake and rake it.

7           Just hand tools -- shovel and rake -- and a

8    Gator.  But you couldn't get a piece of equipment in

9    there anyway.  You could only fit a -- the stables

10   were only 8 feet wide.

11   BY MR. ADKINS:

12        Q.  How about this area here on DX 40?  I'm

13   motioning to a -- it appears to be some sort of

14   pond --

15        A.  Uh-huh.

16        Q.  -- near the center of the site.  Was that

17   always like that or did that change over the course of

18   time that Mr. Sharfi owned the site?

19           MR. HAMILTON:  Object to form.

20        A.  That pond was there.  The only thing that I

21   remember we were doing with that pond -- once again,

22   the way he loved his trees and all his -- we took the

23   bank of it and graded it by hand and we put -- what

24   kind of trees were they?  I'll try to remember.  But

25   they were -- cypress -- not cypress.  It was a type of

Charles Berlusconi                                          March 18, 2022

Page 75

1      tree that is meant to be in water or water's edge.  We

2      must have put 20 of them around it.  It beautified it.

3              And then we put a little sod up under.  We'd

4      just put it up -- as the thing goes up and levels out

5      to level, we just sodded it and we put a couple of

6      trees around there.

7              THE VIDEOGRAPHER:  I need to change

8          media.

9              MR. ADKINS:  Why don't we go off record

10          for a minute?  We can take a break.

11             THE VIDEOGRAPHER:  Going off the record

12          at 10:41.

13             (Brief recess.)

14             THE VIDEOGRAPHER:  Back on the record at

15          10:56 a.m.

16     BY MR. ADKINS:

17         Q.  Mr. Berlusconi, are you aware of any

18     vegetation clearing that occurred at the site?

19         A.  Define -- what do you mean by vegetation?

20     You mean vegetables or trees?

21         Q.  I mean more generally, plants -- anything

22     that's a plant.  It could be a tree, shrubs.

23         A.  I think I said that previous.  I think Kevin

24     asked the city, and they said that we can remove vines

25     and -- I always got this one backwards -- invasive, I

Charles Berlusconi                                          March 18, 2022

Page 76

1          think, means, can come out or, if I'm wrong, then it's

2          the other way.  But they said, we were able to take

3          out the vines and non-invasive shrubs.

4                Q.  So did any such clearing occur at the site?

5                A.  Yeah.  We took all the vines that were

6          wrapped around pine trees, that were choking the palm

7          trees -- I mean pine trees -- cleaning up and taking

8          out the -- I don't know the exact name of the other

9          invasive stuff that can be taken out.  That stuff was

10         just the stuff we were allowed to take out.

11                And, once again, I didn't have a big part in

12         that either.  I think -- actually, I do need to

13         restate something.

14                You asked me if I spoke with anybody about --

15         the only person that I spoke to -- and it was months

16         ago -- was a contractor that was -- did some of the

17         landscaping out there -- 2nd Nature.

18                Billy told me that he was approached by

19         yourself, and he said, "They're probably going to call

20         you."  I said, "Whatever."  So, yeah -- so I put it on

21         the record that I did speak with someone, but it was

22         way, way before I got the subpoena.  And, like I said,

23         Billy was the one that took the vines out because

24         that's his job, and all he did was take out the stuff.

25                If I'm not mistaken, which I can't speak for

Charles Berlusconi                                    March 18, 2022

Page 77

1      him either, but he also went to the city and checked

2      with the guys, what could be taken out and stuff.  He

3      only did a minor amount of work.  Ben had some of the

4      laborers do it.  But that's about what the extent of

5      that was.

6           Q.  How did Mr. Pickard get in touch with you?

7           A.  By phone.

8           Q.  Did he call you?

9           A.  Yeah, but it was not for that reason.  We're

10     friends.  We've known each other.  And I actually was

11     calling him about purchasing a palm tree so I could

12     put it on my property.

13          Q.  Okay.  Mr. Pickard said that he spoke to me;

14     is that correct?

15          A.  Yeah, yeah.  How do you spell your last name?

16     How do you say it?

17          Q.  Adkins, A-D-K-I-N-S.

18          A.  He said that that was the name.  Then I

19     recognized it on the subpoena.

20          Q.  What did he tell you about me?

21          A.  Nothing.  Just that he wanted -- you wanted

22     to speak with him.  Billy says, "It's best if I don't

23     say anything."  I said, "Yeah.  I don't want to know

24     anything."  I says, "The more you tell me, then I

25     know.  I don't want to know."

Charles Berlusconi                                    March 18, 2022

Page 84

1      dumpster in the picture right there.

2           Q.   Where did you operate the backhoe on the

3      site?

4           A.   On the roads.

5                MR. HAMILTON:  Object to form.

6      BY MR. ADKINS:

7           Q.   Can you point to what road you operated a

8      backhoe?

9           A.   Any road I could drive it on.  The backhoe --

10     once again, it was very few times that this place

11     wasn't wet, you know, from the rain and stuff.  So if

12     you drive big pieces of equipment out there, you're

13     going to make tracks, and then I would have to fix it.

14     So we didn't do that.  At least, I didn't.

15          Q.   Okay.  Other than the backhoe and the Gator,

16     were there any other pieces of heavy equipment that

17     operated on the site to remove vegetation?

18               MR. HAMILTON:  Object to form.

19          A.   No, not to my knowledge.

20     BY MR. ADKINS:

21          Q.   Now, you said there were very few times where

22     areas on the site were not wet.

23               What do you mean by that?

24          A.   Well, if you didn't get rain constantly or

25     every -- whenever a storm came through -- the ground

Charles Berlusconi                                March 18, 2022

Page 85

1    would dry up, but it stays mucky, you know, wet.  It's

2    just dirt.  The rain -- it rains like hell out there

3    in Palm City.

4           I don't know if you know about Palm City or

5    anything, but I think it rains in that area more than

6    anywhere around.  I live in Port St. Lucie and we

7    hardly get any rain.  But it pours like hell out

8    there.

9       Q.  Are there any areas on the site where

10   standing water would collect?

11      A.  Like I say, standing there, a little back

12   here would get wet.  On any given day, depending on

13   how hard it rained.

14      Q.  You're saying by the X and an F, and X and a

15   B?

16      A.  Yeah.  Remember this, I said, was low.  So

17   water would get in there.  We would have to go in

18   there and rake, because the horse, which --

19      Q.  Before you go on, you're motioning to the

20   area between the X and A, and X and B; is that

21   correct?

22           MR. HAMILTON:  Object to form.

23      A.  Yeah -- where I told you, from here.  And

24   then, like I said previous, that water would get in

25   here on a hard rain, and horses can't stand in water.

Charles Berlusconi                                    March 18, 2022

Page 86

1    It messes up their hooves or whatever.  So we would

2    have to rake it and get -- when I say, "rake it," if

3    you've got -- like, see that little spot right there?

4    See that?  That's all mud and there's water standing.

5            So you would take some dirt in there from the

6    Gator, pile the dirt, bring it in there, spread it

7    with a rake to dry up the mud, so they're not

8    constantly walking through the mud.

9    BY MR. ADKINS:

10       Q.  There were areas near X and B on DX 40 that

11   would become muddy and you would spread dirt; is that

12   correct?

13           MR. HAMILTON:  Object to form; asked and

14       answered.

15       A.  Only inside the horse -- right here -- in

16   this here, where the horses were.

17   BY MR. ADKINS:

18       Q.  Let me stop you for a second.

19           MR. HAMILTON:  Let the witness finish.

20   BY MR. ADKINS:

21       Q.  We're writing down everything that you say.

22   When you say, "in here," when we look at this months

23   from now, we're not going to have any idea what you

24   were saying.

25           So to the extent you can describe either in

Charles Berlusconi                                           March 18, 2022

Page 87

1       the quadrant --

2           A.  You can look at the video.

3           Q.  Well, we're not going to be able to see

4       actually where you're pointing from the video.  So if

5       you can describe, "It's around A" or "around B" -- or

6       we can make another marking on here, if that's

7       necessary, that would be helpful.  So later, when

8       we're looking at it, we know what you're talking

9       about.

10          A.  Several times, I mentioned the horse arena

11      where the horses graze.  That would be XA and XB.  It

12      gets muddy in there.  So you have to grade it to get

13      the dirt from being mucky and water.

14              Then XF, water would gain in that far corner.

15      That's it.  That's where water would gain.

16          Q.  Other than those two locations, do you recall

17      water collecting in any other areas of the site?

18              MR. HAMILTON:  Object to form.

19          A.  Well, water would always collect over here in

20      this area.  It's a wetland area.  That's why they call

21      it a wetland.

22      BY MR. ADKINS:

23          Q.  So your signaling an area that appears --

24          A.  What are we up to?

25          Q.  -- why don't you circle it and we could put

Charles Berlusconi                                    March 18, 2022

Page 88

1      a -- let me make sure before we do this -- we're on H.

2              A.  That's a -- that area right there is a

3      wetland, or supposed to be.  There's water in there.

4              Q.  Why don't you circle the area that you're

5      referring to as a wetland?

6              A.  I'm not an expert on wetlands.

7              Q.  Oh, sure.  I know that you're --

8              A.  All I know is that this area gathers water.

9      And from what I was told from people, "Oh, that's a

10     wetland area right there.  That's why there's a fence

11     around it."

12             Q.  And that's in the area that you've indicated

13     as X with an H?

14             A.  Yes, sir.

15             Q.  When did you first meet Benjamin Sharfi?

16             A.  My son is also an electrician and he was

17     working on the main property at 73 Sewall's Point.  I

18     was -- at the time, it was slow in the industry -- in

19     electric.  So I told the company, Watts Electric --

20     which I've known the owner quite a while -- we came

21     from Long Island together and stuff -- I told -- his

22     name is John Morrell, which he's passed away right

23     now.

24             I said, "Look" -- I says, "I can handle being

25     off for a while.  Keep my son working."  I said, "He's

Charles Berlusconi                                    March 18, 2022

Page 89

1       got a family and he needs to work."

2              So Frank was on the site hooking up the pumps

3       and doing the work.  So it got to be a point where it

4       was a lot more work than he could handle by himself.

5       So he reached out and told Ben, "We need to" --

6       Mr. Sharfi -- "We need to go and get a couple more

7       guys."

8              So my son told the boss, "We can use Chuck

9       out there."  So then I went out there and kind of took

10      over.  That's when we started pulling all the

11      perimeter landscape lighting.  I mean, miles and miles

12      of wire.  And then that's when I met Ben.  Actually,

13      my guys were in the courtyard.  I never met Ben.

14             His logo is like B with a dollar sign or

15      something.  I'm trying to remember how I -- I always

16      thought he was the owner of Burger King, because I

17      never knew the guy.

18             We're working in the courtyard and one of my

19      guys, Tito -- we were putting in stakes.  I was --

20      10-foot piece of electrical pipe.  They were cutting

21      the stakes up to drive in the ground.  He came out and

22      started screaming, "Why you cutting them stakes?

23      You're wasting my money."

24             I didn't know really -- I didn't know who he

25      was yet.  I said, "Whoa."  I said, "Who the 'F' you

Charles Berlusconi                                March 18, 2022

Page 90

1      yelling at?"  I said, "Chill out."  I said, "Those are

2      the stakes."  Then he says, "Well, who are you?"  I

3      said, "I'm the new electrician that's coming out here

4      to work."  And that's how I met him.  I told him to

5      pretty much "F off" and we started having a

6      relationship.  Because he got mad at the guys for no

7      reason.

8               I don't know the year.  It was eight years

9      ago.  I've been with him for about eight years.

10          Q.  What would you say the nature of your

11     relationship was with Mr. Sharfi before you were

12     fired?

13          A.  Father and son.  He even told me I was in his

14     will.

15          Q.  How did your relationship end?

16          A.  Shitty.

17          Q.  Well, tell me what happened.

18          A.  It don't relate to this.

19          Q.  How did your relationship end?

20          A.  It doesn't relate to this.  I mean, I don't

21     know if I should answer that.  I probably should ask

22     my lawyer first.  I don't know.

23               Does it relate to it or not?  It has nothing

24     to do with what -- you know.

25          Q.  Until you tell us, we can't --

Charles Berlusconi                                              March 18, 2022

Page 215

1         Q.  I'm going to try to make sense of this for

2    the record.  So the dirt that you're observing on

3    DX 62 is the same pile that you're saying is in DX 63?

4         A.  Yeah.  That's the way it looks to me.  It

5    just looks like you're at one end to the other.  It

6    could be, these guys were down at this end of the rock

7    and I was getting away from them or leaving, because I

8    didn't stay with anybody.  But that's the same road,

9    because that's the back -- we don't have an oak tree

10   that big on the side I was talking about.  So I was

11   mistaken.  That's the same road as the arena is on.

12        Q.  So this would be the road on the eastern

13   boundary of the property; is that right?

14        A.  Yeah.

15        Q.  If you look at DX 63, this area that's

16   forested to the right side of this photograph, would

17   that be a portion of the site?

18        A.  Of DX 40?

19        Q.  Of 63.  Sorry.

20        A.  Yeah.  DX 63 would be part of DX 40.  That's

21   all that standing water right there.

22        Q.  And by DX 40, you mean the site?

23        A.  The site, yeah.

24        Q.  Okay.  Now, do you recall seeing piles of

25   road base?  Not just in this photograph, but in your

Page 216

1      recollection, do you recall seeing piles of road base

2      at the site?

3            A.  Like I said, we had piles dumped to repair --

4      like, now, we're way past the road that we built.

5      That is -- if you recall my statement a couple hours

6      ago, we would have road rock dumped to fill in the

7      potholes when it would rain and make the potholes in

8      there.

9            I know it's hard to see, but the first pile

10     is road rock.  The second one is sand.  There's -- you

11     can see the difference in the piles.

12           Q.  So when you testified earlier -- you had told

13     me that the dump truck would come and dump the

14     material and move on and --

15           A.  That's when we were building the road.

16           Q.  Right.  So this is later?

17           A.  Yeah.  The road's been -- that road's been

18     there for a while.  This is fill material to fill --

19     and I couldn't leave fill material on the DX 60

20     property.  It was too dangerous for the animals and

21     stuff.  There was no place to put it.  Plus, we were

22     still getting ready to build the other arena.  We were

23     going to need road rock there.  It was a project

24     ongoing.  So there's only so many places you could

25     store stuff and move stuff.

Charles Berlusconi                                    March 18, 2022

Page 217

1          Q.  Would it be fair to say that this material

2     was being staged for other work at this location?

3               MR. HAMILTON:  Object to form.

4          A.  Not other than what I said it's used for, to

5     fill in potholes.

6     BY MR. ADKINS:

7          Q.  Do you recall where on the site piles of fill

8     material or sand had been deposited until they were

9     used for a project?

10               MR. HAMILTON:  Object to form.

11          A.  On the DX 40 project, on there?

12     BY MR. ADKINS:

13          Q.  Yes.

14          A.  Other than down -- down the road from the

15     arena, because we needed it there, I had some dumped

16     here to make this little parking lot, per se.

17     Because, every time we drove in there, this thing

18     would -- before I made this all nice, it was all

19     water, a foot high, all the materials was getting

20     soaked, and so we had some road rock there.

21          Q.  So you said so far, the eastern road on the

22     site --

23          A.  Here and there.  Anywhere else on IX?

24          Q.  Okay.

25          A.  Yeah, IX and XD.  Nowhere else on the site

Charles Berlusconi                                    March 18, 2022

Page 218

1    there would be a reason to put road rock.  It would be

2    in the way.  It would be -- now, over at the stable, I

3    had sand dropped there when I filled in these stables.

4    But, after we got done shoveling it and putting it in

5    there, that became the driveway to get into the

6    stables.

7            So, yeah.  At one time, there was a pile of

8    sand there for the horses.  It takes a little while to

9    move a truckload of sand.  Other than that, no.

10       Q.  Do you recall when a truckload of sand was

11   deposited in the northwest corner of the site?

12       A.  Let's see.  We built that -- that -- that

13   structure was built within the year -- within --

14   sometime in the year that I got fired the previous

15   year.  That's, like, one of the last structures I

16   built.  That one and that one.

17       Q.  How did the sand get to be in a pile here?

18       A.  That, we had -- that one, we'd have the dump

19   truck dump it, because it was too much to be taken

20   over there.

21       Q.  Could you put an X where you're indicating --

22   and let me just be sure about this -- let me see your

23   sheet here -- and an R with a circle around it?

24       A.  (Complies.)

25       Q.  So you've drawn an X and an R with a circle

Charles Berlusconi                                    March 18, 2022

Page 219

1    around it in the northwest area of the site on DX 40?

2         A.   Outside the horse stables.

3         Q.   That's indicating where a dump truck

4    deposited sand that was to be used for those stables?

5         A.   Right.   He would come in and go right through

6    this gate, turn right here, dump it, and come back

7    out.

8         Q.   Any other places that you can recall there

9    being piles of sand or rock or any other earthen

10   material?

11        A.   No, not that I can remember right now.   Like

12   I said, there was something going on every minute.

13            (DX Exhibit 64 was marked.)

14   BY MR. ADKINS:

15        Q.   I'm going to show you another photo marked

16   Exhibit DX 64.   I'm going to show you an exhibit

17   marked Exhibit DX 64.   This has a Bates stamp of

18   USACE307.

19            Do you recognize what's depicted in this

20   photograph?

21        A.   Yeah.

22        Q.   Is this the site?

23        A.   Yep.

24        Q.   Are you able to identify from where this

25   picture was taken?

Charles Berlusconi                                    March 18, 2022

Page 220

1          A.  Yep.

2          Q.  On the site?

3          A.  Yep.

4          Q.  Where?

5          A.  Right there.

6          Q.  Okay.  So you're motioning to the southwest

7    corner?

8          A.  Right -- yeah -- right where I had XF, where

9    I told you that water would collect because of the

10   rain and everything.  There's all your water that

11   would make that -- it even got a little worse over

12   there.  But that's that corner right there.

13         Q.  Okay.  There's some water in the lower

14   left-hand area of the picture you're looking at?

15         A.  Yeah.  Because, all these trees that you see,

16   those are brand new oak trees that we put in.  I

17   installed over 170 oak trees on that property.  I

18   remember this.  I had to replace at least three of

19   them out there because the water root-rotted the

20   bottom of the roots and they died.  That's that corner

21   I spoke of earlier.

22         Q.  Now, you said that this is in an area where

23   there is now a pond.

24             How was that pond constructed then?

25         A.  There was always a small little thing right

Charles Berlusconi                                         March 18, 2022

Page 221

1        here.  Remember, I said it wasn't deep?  There was

2        always water held there, you know, in that corner.

3             Q.  When you said it wasn't deep, could you walk

4        through it?

5             A.  Yeah, I mean, you could.  I mean, I don't

6        know why you would want to.  You could.

7                 Then -- see, this picture doesn't show it.

8        This is definitely the corner, because this is the

9        fence coming this way.  Right out in here -- yeah,

10       there it is.  Is that it?  Or is that the tree?  No, I

11       can't tell.

12                But, yeah, over in this area, there's a

13       small, little pond.

14            Q.  So you're indicating on the left side of --

15            A.  Yeah.  It's in this corner.

16            Q.  -- DX 64; is that correct?

17            A.  Yeah.  In DX 40, over near XF right there.

18            Q.  So the area of standing water in DX 64 is

19       near on DX 40 where you've indicated XF; is that

20       right?

21            A.  Right.

22            Q.  Okay.  Now, how did the site come to look

23       like this as it does on DX 40?

24                MR. HAMILTON:  Object to form.

25            A.  This part here, I know, at one time, there

Charles Berlusconi                                                March 18, 2022

Page 222

1    was a guy that worked out there for Ben.  I don't know

2    his name.  Damn it.  Juan or -- he took the box blade

3    and he just cleaned the sides and made it more of a

4    swale, instead of -- not deep, but just swaled it so

5    it would hold more water, because the cows were always

6    grazing in there.  I didn't have much -- I wasn't

7    around there.  I don't know if I was down south or

8    where I was.

9    BY MR. ADKINS:

10       Q.  So explain to me how that works.  You take

11   the box blade -- does it dig?

12       A.  Well, it scrapes.  It doesn't have a bucket.

13   It's just a tractor with a box blade.  You back the

14   tractor up and you lower the box blade.  Here's your

15   tractor and here's your blade.  You lower it and then

16   you drive up and you make it as low as you want.  You

17   just keep pulling dirt and you make a little swale.

18   It makes it -- you know -- I don't know how deep it

19   is.  I never went in it.  Like I said, I might have

20   been down south when this happened.

21       Q.  And what happened to the dirt that's pulled

22   out?

23       A.  It was used to make the bank.  That's why --

24   it's like just taking anything -- you're at the beach;

25   right?  You're sitting at the beach and you're

Charles Berlusconi                                   March 18, 2022

Page 223

1      watching your kid play in the sand.  He's taking the

2      sand and pushing it up and he's making banks; right?

3      All of a sudden, the water appears.  Now you've got a

4      lake.

5          Q.  Do you know about how much depth was created

6      to make that swale?

7              MR. HAMILTON:  Object to form.

8          A.  No.  It wasn't deep, because I know Angie

9      said that the cows loved standing in it.  And with

10     that statement, I took it that, okay, maybe they're in

11     it 6 inches, 8 inches.  I mean, they wouldn't be --

12     they weren't bathing in it.

13             I don't know too much about that.  That was

14     that area.  And when they started cleaning up around

15     here, I was off on the other sites a lot.  I was told

16     to go check the other projects and I left -- what the

17     hell was his name -- Josh -- Josh -- in charge of

18     doing stuff.

19             And I know Ben was out there a lot.  He kind

20     of got a little annoyed with Josh.  He didn't think he

21     could do the job.  Back and forth.  You gotta come

22     back, you gotta go -- I said, "It is what it is.  The

23     kid's got to learn somehow."

24             (DX Exhibit 65 was marked.)

25     BY MR. ADKINS:

Page 224

1          Q.  I'm handing you an exhibit marked DX 65.

2    This is another photograph with a Bates stamp

3    USACE323.

4          Do you recognize what's being depicted in

5    this photograph?

6          A.  That's the same area right here.

7          Q.  So you're pointing to DX 62?

8          A.  Yeah.

9          Q.  These are the piles of material --

10         A.  Right.

11         Q.  -- in DX 62?

12         A.  Yeah.  Also -- I mean, it's off-site -- but

13   we had -- I don't know if you know how the road is.

14   It ain't that way now.  But there used to be a dirt

15   road coming onto the property.  That dirt road

16   constantly, when it rained, got potholes and you

17   couldn't even drive your car down it.  It would shake

18   the shit out of it.

19         So we were always scraping that.  Then, when

20   you scrape it, you always end up with extra dirt.  So,

21   you know, we had to have a place to stockpile some of

22   it.  This is some of the stuff I stockpiled to use for

23   the arena center.

24         Q.  So the road you're referring to, is that the

25   road to NeshaFarm?

Page 225

1          A.  Yeah.  Out on -- what is it -- 714?

2          Q.  Martin Highway?

3          A.  Yeah.  Same thing.

4              (DX Exhibit 66 was marked.)

5     BY MR. ADKINS:

6          Q.  I'm showing you a document marked Exhibit

7     DX 66.

8              Do you recognize what's depicted in DX 66?

9     Sorry.  This is Bates USACE312.

10         A.  Yes.

11         Q.  What is this photo depicting?

12         A.  Right back here.  In XB, it's this corner of

13    the fence line right there.

14         Q.  Okay.  So you're looking at XB on DX 40 and

15    this is facing the fence corner on the northwest

16    corner of the site?

17         A.  Yes.  See that rock there?

18         Q.  Yes.

19         A.  That was a triangle rock garden that kept

20    people from driving into the corner of the fence.  So

21    it was more of a decorative -- kind of make it look

22    nice.  But that's where that is.

23         Q.  Do you see this area of water on the right

24    side of the exhibit?

25         A.  Uh-huh.

Charles Berlusconi                                    March 18, 2022

Page 226

1          Q.   Is that standing water?

2          A.   It could be rainwater.  It could be that's

3     part of the area where we were ripping out the vines

4     and all that unwanted stuff.  You see this one tree

5     still has the vines going up it -- the pine tree?

6          Q.   Uh-huh.  In the foreground?

7          A.   Yeah.  It's still got the vine going up.

8     Then, all the stuff down below it is all invasive

9     stuff.  When you start rotissering (phonetic) that

10    stuff up, once -- like I said, once again, Palm City

11    is a very, very low water line.  So, when it rains,

12    the ground gets moisture, damp and it stays -- you

13    could dig 6 inches down or a foot down, you're going

14    to hit water.  So you upset the dirt -- the land --

15    it's going to be water.

16         Q.   Did you ever have that experience in this

17    area of the site that's depicted in DX 66?

18         A.   No, because I can't remember if that's

19    rainwater or if it was from just a -- it looks lower

20    than the other areas, so it could be where we picked

21    up -- you see in front of this pine tree?

22         Q.   Okay.

23         A.   That's -- that's -- when I said we'd bring

24    the debris out to the road and then we come with the

25    front end loader and pick it up and take it to the

Charles Berlusconi                                    March 18, 2022

Page 235

1          want something to eat?

2                THE WITNESS:  No.

3     BY MR. ADKINS:

4          Q.  This is DX 69, Bates-stamped USACE982.  This

5     is an aerial photograph.

6                Do you recognize the area depicted on this

7     photograph as the site?

8          A.  I'm turned around here.  These are always

9     the -- that's your Chinamen.  That's those things.

10    From what it looks like, that would be -- this would

11    be adjacent to the Chinamen there.

12         Q.  So do you recognize a portion of this

13    photograph to be representative of the site?

14         A.  Yeah.  This one's got me turned around.  I

15    don't really -- I don't see -- I don't see enough of

16    the other property to make a...

17         Q.  Why don't you take a look at the greenhouses

18    here?  If it helps, are you able to identify this area

19    of the photograph based on where those greenhouses are

20    placed?

21         A.  There's the main house.  There's the main

22    canal.  Came in right here.  And that's that.  Okay.

23                Yeah, these are -- yeah, this area here is

24    your area, DX 40.

25         Q.  So the site is depicted within DX 69; is that

Charles Berlusconi                                      March 18, 2022

Page 236

1       correct?

2              A.  Yeah.

3              Q.  Now, there's an area here that appears to be

4       reflective and maybe even some standing water.

5                   Do you see that in the center of DX 69?

6                   MR. HAMILTON:  Object to form.

7              A.  Yeah.  It looks like muddy water.

8       BY MR. ADKINS:

9              Q.  Would that be the northwest corner of the

10      site in DX 40?

11             A.  See, I can't determine that.  Where does the

12      10 acres stop?  Not out there.  This picture is weird.

13      I gotta -- see what I'm saying?  I don't know how that

14      would be out back.  There should be a fence -- there

15      should be something going through here.  I don't know.

16      I can't answer that one thoroughly.

17                  (DX Exhibits 70 and 71 were marked.)

18      BY MR. ADKINS:

19             Q.  I'm going to hand you an exhibit marked

20      DX 70.  This is an aerial photograph of the site based

21      on imagery from 2019.  I'm also going to hand you an

22      exhibit marked DX 71, which is another aerial image of

23      the site based on imagery from 2020.

24                  First look at DX 70.  This is the image based

25      on 2019 aerial imagery.

Charles Berlusconi                                          March 18, 2022

                                                            Page 237

1               Do you recognize the area depicted in DX 70

2        as being the site?

3               A.  Yeah.

4               Q.  Is this consistent with the conditions of the

5        site around that time, around 2019?

6               MR. HAMILTON:  Object to form.

7               A.  I couldn't remember.  Looking at it from an

8        aerial and looking at it on the ground, I couldn't

9        tell you if every area is the same.  I'd be lying.

10       BY MR. ADKINS:

11              Q.  Let's turn to DX 71.  That's the site based

12       on 2020 aerial imagery.

13              Do you recognize this as depicting the site?

14              MR. HAMILTON:  Object to form.

15              A.  Yes.  Okay.  I've got it.

16       BY MR. ADKINS:

17              Q.  Now, the image in DX 70 is different from the

18       image in DX 71; is that right?

19              A.  Yeah.  You can see where -- this was starting

20       to build the arena.  The arena is built there.

21              Q.  So you're motioning --

22              A.  That's my horse barn I built there, and

23       that's the shack out there in the far corner of XB.

24       That's my planning area where X6 -- where I planted

25       palm trees.

Charles Berlusconi                                    March 18, 2022

Page 238

 1              THE REPORTER:  X6?

 2              THE WITNESS:  Oh, XE.

 3      BY MR. ADKINS:

 4          Q.  Very good.  So there's been some changes.

 5      You can see there's been some construction activity,

 6      some construction of some buildings that you pointed

 7      out.

 8              Do you see there's also what appears to be

 9      pads or roads moving throughout the site in DX 71?

10              MR. HAMILTON:  Object to form.

11          A.  Dirt roads.  That's where we drove Gators and

12      golf carts.  Instead of driving through the trees, you

13      had to get around the property.  It's 10 acres.

14      BY MR. ADKINS:

15          Q.  Are you aware of any activities to create

16      those roads?

17          A.  We did a lot of hand-cleaning and pushing

18      stuff around.  But, like I said, the box blade -- that

19      box blade -- that tractor did most of the grading for

20      roads like that.  Those are just dirt.

21          Q.  Was dirt brought in to create the roads

22      throughout the site in DX 71?

23              MR. HAMILTON:  Object to form.

24          A.  No.  I mean, we scraped a lot.  Like I said,

25      if we did bring any in, it was minimal, because we had

Page 239

1     -- at one point -- I don't know who gave it to me or

2     not -- but I think it was Kevin.  He gave me a picture

3     with a shitload of numbers on it and showed me all the

4     high spots of the land and stuff.

5             So, of course, when we're grading, we tried

6     to keep it to the same elevation.  So we gathered some

7     dirt from that.

8             You see -- that's a dirt road.  There's that

9     fence I was talking about.  That's a dirt road.

10    BY MR. ADKINS:

11        Q.  So --

12        A.  That's your pump house right there.

13        Q.  -- looking at DX 71 -- you might have

14    gathered by now that I don't know much about farming.

15    Explain to me how you grade to create a road as you

16    did on this site.

17            MR. HAMILTON:  Object to form.

18        A.  Well, I'll go back to when Billy and the

19    laborers -- and they were pulling out invasives and

20    weeds and vines and everything.  You're pulling all

21    that stuff out.

22            So, as we're going through the property, you

23    look at a patch of trees, and nature made these two

24    trees 10 feet apart.  That looks like a good path to

25    go and we're going to make a road, instead of going

Charles Berlusconi                                                          March 18, 2022

                                                                    Page 240

1      through a patch of trees.  They just form after a

2      while.

3             When we first got in, you're driving out

4      there with the buggy -- the dune buggy -- half the

5      guys -- you know -- I told them, "as long as I don't

6      catch you" -- but they'd take a ride and go smoke a

7      joint, and they're going through the woods.  After a

8      while, you're getting a track and you're making a

9      road.

10            Then Ben will say, "Well, I want this road to

11     go like this or drag me the dirt and make a road."

12            Q.  So that explains how you came to have the

13     location of the road that's depicted in DX 71, but how

14     was this constructed?  You said you used a box grader?

15            A.  Right.

16            MR. HAMILTON:  Object to form.

17     BY MR. ADKINS:

18            Q.  How do you -- walk me through --

19            MR. HAMILTON:  Object to form.

20            A.  If stuff was already -- most of the stuff was

21     already out of the way.  If it wasn't, the box grader

22     will be able to take up small plants and stuff that --

23     the vines -- and rip it out.  And you make a pile --

24     wherever that other drawing is -- there's a pile that

25     you pile on the side of the road.  You just keep going

Charles Berlusconi                                    March 18, 2022

                                                    Page 241

1        until you get a dirt road going.

2              Then, after you drive on it for six months or

3        longer -- it didn't look like this when it -- first

4        driving through there.  I mean, this could be six

5        months to a year after that was driven on a thousand

6        times by the backhoe -- the Gator -- the Gator and the

7        golf cart.  It could have been -- I don't know.

8           Q.  When you're grading the road, are you moving

9        any dirt?

10              MR. HAMILTON:  Object to form.

11          A.  Well, yeah.  The box blade has a hydraulic

12       lever on it.  You can raise it or lower it.  So, as

13       the driver is going, and he's driving and he's going

14       up on a hill, he's going to lower the blade and he's

15       going to scrape that and get it to the same elevation

16       as here to here.  Then he'll go back and forth and

17       he'll get it to where it's an even plane.  So we're

18       not looking for a roller coaster.  You're looking for

19       a flat surface to drive on.

20       BY MR. ADKINS:

21          Q.  Through that action, is the box grader moving

22       soil from one place to another?

23              MR. HAMILTON:  Object to form.

24          A.  Only in the path that he's making.  He's not

25       going into the woods and pulling stuff out.

Charles Berlusconi                                March 18, 2022

Page 242

1      BY MR. ADKINS:

2          Q.  On DX 71, you see a path that starts in the

3      northwestern portion of the site and moves down

4      through the center of the site to the southern end of

5      the site.

6              Was a box grader used to create that road?

7      So we're starting from the northern edge of the site

8      and working our way from the center to the southern

9      edge of the site.

10             MR. HAMILTON:  Object to form.

11         A.  Okay.  That's the cow -- the cow area.

12     Here's all the palm trees we put in.

13             So you're talking about this road here?

14     BY MR. ADKINS:

15         Q.  I'm saying, starting from the northern end of

16     the site --

17         A.  Right.

18         Q.  -- and working your way down this road that

19     bisects the site, was a box grader used to create that

20     road?

21         A.  Yeah.  All that.  That's all part of the

22     road.  This road is actually -- did he make -- did he

23     fill that in?  I don't remember after I -- this here,

24     might not even be there now.  I don't know.  But it

25     was a road that took us out to this gate right here.

Charles Berlusconi                                    March 18, 2022

Page 243

1        See, there's your path right there.  See that?

2            Q.  Okay.  So there's a -- what looks to be a

3        rectangle in the lower southwest corner of the site.

4            A.  Yeah.

5            Q.  And you're saying that a portion of this road

6        no longer exists; is that right?

7            A.  Well, I don't know.  It might still be there.

8        It might not.  But this is where -- this here is this

9        here.  You would go -- it would be between the wetland

10       and the cow pasture.  You would be able to get up and

11       go out to this lake or canal or whatever -- pond --

12       and then you would be able to go around and go where

13       you gotta go.

14           Q.  Why don't you do this for me?  Can you trace

15       on DX 71 anywhere there's a road where a box cutter

16       was used?

17           A.  Yeah, I could draw it.  It's your path right

18       here.  This is all your path.  It's the same as your

19       picture.  Dirt road.

20           Q.  You've drawn on DX 71 in a black Sharpie an

21       outline over what appears to be a road in the aerial

22       of where a box cutter was used on the site; is that

23       right?

24           A.  Yes.

25           Q.  And when a box cutter was used, you testified

Charles Berlusconi                                    March 18, 2022

Page 244

1    earlier that dirt was moved from one place to another;

2    is that right?

3         A.  Not from one place to another.  From one part

4    of the road -- or the path.  It's not a road.  It's a

5    path.

6         Q.  Right.

7         A.  It's not -- it's not a road.  It's a path

8    through the woods to get to these trees, to get to

9    this pond, to get over here.  It's just a way to get

10   around.

11        Ben would take -- when he goes riding on his

12   horse, he would ride -- he would take the path,

13   instead of having to go through trees and having to

14   put branches out of his way.  It was a horse trail, if

15   you want -- per se.

16        The same thing on this other property over

17   here.  He would ride his horse all through here.  You

18   know, there's no trees there now because we excavated

19   through everything and cleaned it all up.  He loved to

20   ride back here.

21        Q.  By one place to another, I mean, areas where

22   the path was slightly higher, evened out with areas

23   that were slightly lower; is that right?

24             MR. HAMILTON:  Object to form.

25        A.  Yeah.  You make it the same elevation.  Like

Charles Berlusconi                                    March 18, 2022

                                                          Page 245

1       I said, there's no sense in -- there's no sense in

2       dragging the box blade and leaving all the hills and

3       upsetting it.   I mean, I'm talking minor excavation of

4       dirt.   It could be a couple of roots that were still

5       in the ground that you have to blade out so it becomes

6       dirt.

7       BY MR. ADKINS:

8            Q.   Now, I asked if dirt was brought in to create

9       any of these paths throughout the site, and you said,

10      "Not a lot."

11           MR. HAMILTON:   Object to form.

12      BY MR. ADKINS:

13           Q.   Do you recall exactly whether any was brought

14      in or none was brought in?

15           A.   If I did, I misunderstood the question.   I

16      didn't bring dirt in to make a path.   I created the

17      dirt making a path, if you follow what I'm saying.

18      You know, low point, I went to a high point, and I

19      pulled the dirt back to the low point and I made it

20      level.

21           Q.   Okay.   This area where there's a loop on

22      DX 71 --

23           A.   Yeah.

24           Q.   -- what was happening in this area where the

25      road seems to be doing a circle?

Charles Berlusconi                                        March 18, 2022

Page 246

1        A.  Let me see.  That was just -- that was just a

2   bend in the -- he actually got mad at me for doing it.

3   It was just easier for us to -- it was just easier to

4   get around.  There was too much in here to tear apart

5   and make any type of garden out of it or whatever you

6   want to do with it -- sod.  I had the guys -- I said,

7   "Go around there and come out this way."

8        There were a couple things I did, you know,

9   and, if he didn't like it, I had to fix it.  He

10  just -- sometimes I can read him.  Sometimes I

11  couldn't.

12       Q.  You said there were a couple of these roads

13  in the southwestern corner of the site that no longer

14  exist?

15       A.  I don't know if they don't exist anymore.  I

16  know we had to repair this one a couple times.  This

17  one has to exist because you have to get to that canal

18  to do any service work.  In case you had to bring

19  something down there, you couldn't get it down the

20  path for the golf cart -- the little dirt path.

21       Q.  So why don't you go back to DX 70?  This is

22  the imagery based on 2019 imagery.  Here we go.  So I

23  see two areas that look to be, like, ponds in 2020

24  that were not in the 2019 imagery.

25       Can you explain how those ponds were created?

Charles Berlusconi                                    March 18, 2022

Page 247

1          A.  This one, I told you about.

2          Q.  So this is in the southwest corner?

3          A.  Yeah.  That one, he just cleaned it out with

4     the box blade to make a small pond right there.  And

5     what picture you said this wasn't in?  I thought there

6     was always a pond there.

7          Q.  I'm asking you to compare DX 70 to DX 71.

8          A.  That's that area right here.  Okay.  You're

9     coming out of -- wait a minute.  That's got to be

10    right there.  Right?  You seeing that?

11         Q.  Uh-huh.  Okay.  So there's a pond in the

12    southwest area of DX 71?

13         A.  Yeah.  This is the one that's adjacent to the

14    cows and in front of the horses.

15         Q.  And it's below the ringed road; is that

16    right?

17         A.  You're calling this the ring road?

18         Q.  Yes, the road that goes in a circle.

19         A.  Yeah.  It's in between there, yeah.  That's a

20    canal he had dug out to make a small pond there.

21         Q.  How?

22         A.  What do you mean, how?

23         Q.  How was it dug out?

24         A.  Oh, with machinery.  With a piece of

25    machinery.

Charles Berlusconi                                  March 18, 2022

Page 248

1          Q.  With a box cutter?

2          A.  No.  The box blade didn't do that.  Well, the

3      box blade trimmed it up after the dirt was excavated

4      out of there.  That was done with a small -- what do

5      they call them -- hold on -- it's a mini excavator --

6      the smallest one they make.  And that was taken out.

7      Then, there was one there.

8              Yeah.  That's how that was made.

9          Q.  Do you know who performed that work?

10         A.  He was a Spanish guy.  I don't recall his

11     name.  These were done, like I said, when I was

12     off-site.

13         Q.  The ponds were dug when you were off-site?

14         A.  Yeah.  I was back -- I mean, I was there on

15     and off.  I don't recall that guy's name.  He was a

16     Spanish guy.  He just was an operator.  He just came

17     in and dug it.  And, once he left, we just graded it

18     with the back blade.

19             See, I'm confused.  There was -- I don't

20     know.  That picture doesn't show it.  There was a pond

21     there.  All we did was have the guy dress it up.

22         Q.  So the person who operated the mini

23     excavator, was that a contractor?

24         A.  Yeah.  Just some guy -- one-man show -- that

25     runs his own machine.

Charles Berlusconi                                    March 18, 2022

Page 249

1          Why do I -- do you have any other pictures

2     that shows that area a little better?

3          Q.  From that year, no.  So --

4          A.  All right.  See, this picture -- see, this is

5     what's throwing me off.  I'm looking at DX 70.  That's

6     way over here near my building.  Over here -- I'm

7     missing something over here.  There was a small lake

8     there -- a small canal there -- or whatever -- a pond.

9     And they just had that dressed up.

10         Q.  Okay.  In DX 71 --

11         A.  I'm positive there was a small pond there.

12    There's no way that he could have dug that whole pond

13    with that little machine.  I know he didn't.  These

14    pictures are not -- something ain't right.  This one

15    doesn't give me -- you don't have a better picture

16    going that way?

17         Q.  Do you know what the person operating the

18    mini excavator did with the material that was dug out

19    of the pond?

20         A.  It was --

21              MR. HAMILTON:  Object to form.

22         A.  -- all brought up on the sides and spread out

23    around it and made a foundation.  He didn't dig much.

24    You'd be surprised how much dirt you take out -- I

25    mean, you take a little dirt out and get a big effort

Charles Berlusconi                                      March 18, 2022

                                                        Page 250

1       out -- what am I trying to say -- a big response to

2       it.

3               I'm telling you, though, you guys -- I ain't

4       saying too much about that.  There was a pond there.

5       I know there was.

6          Q.  So if we go to DX 40, the pond that we're

7       talking about being excavated, are you able to

8       identify that on DX 40?

9          A.  Yeah.  It's right there.

10         Q.  Could you put an X and an S next to that?

11         A.  A what?

12         Q.  X with an S and a circle.

13         A.  (Complies.)

14         Q.  Okay.  So in the area that you identified

15      with an X and an S next to it on DX 40, a mini

16      excavator was used to remove material and it was

17      deposited on the outside of that pond; is that

18      correct?

19         A.  Right.

20         Q.  Does the name Curtis Bell -- is that familiar

21      to you?

22         A.  Yeah.  He's dead.

23         Q.  What do you know about Curtis Bell?

24         A.  He's a box blade operator that taught us how

25      to use the box blade.  He's the one that did all the

Page 251

1    box-blading for the -- off-site of the DX 40 -- on the

2    soccer field.  He graded that and he graded -- he did

3    a lot of the grading on the roads on the other

4    properties other than your DX 40.

5            But Curtis passed away, and I bought his

6    equipment from him to give it to his wife, because she

7    had nothing.  He was kind of -- you know -- he wasn't

8    a rich man.  He was working day to day.  Poor guy was

9    in his 80s, still working.

10           So I told Ben, "I gotta do something for his

11   wife."  So he says, "Well, can we use that machine?"

12   I said, "It's a tractor.  We can use that, the

13   trailer."  So he let me buy it and I gave it to his

14   wife.

15       Q.  And, Mr. Bell, did he pass away around 2016?

16           MR. HAMILTON:  Object to form.

17       A.  I can't remember what year he died.  I know

18   he died before all this -- your 2019 -- all your shit

19   here.

20   BY MR. ADKINS:

21       Q.  Okay.  Do you know whether or not Mr. Bell

22   did any work on the site that's represented in DX 40?

23       A.  Hell, no.

24           MR. HAMILTON:  Sorry.  We need one

25           minute.

Charles Berlusconi                                    March 18, 2022

                                                    Page 252

1              MR. ADKINS:  Why don't we go off record

2         for a moment?

3              THE VIDEOGRAPHER:  Going off the record

4         at 3:47 p.m.

5              (Off record.)

6              THE VIDEOGRAPHER:  Back on the record at

7         3:47 p.m.

8    BY MR. ADKINS:

9         Q.  Do you know whether or not Mr. Bell has a

10   son?

11        A.  Don't know.

12        Q.  Do you know whether any of Mr. Bell's next of

13   kin performed work on the site?

14             MR. HAMILTON:  Object to form.

15        A.  I'll say no, because they would have -- they

16   would have came and said, "I'm" -- blah, blah, blah --

17   "to Mr. Bell."  You know, "I'm the son, cousin,

18   nephew."  Never.

19             All I touched base with was with the wife.

20   She moved to Georgia with her family because she had

21   nothing to stay here for.  And she liquidated all his

22   equipment and moved.

23        Q.  Who are the employees or contractors who

24   operated the box blade on the site that you're aware

25   of?

Charles Berlusconi                                    March 18, 2022

Page 253

1          A.  Tom.

2          Q.  Does Tom have a last name?

3          A.  Yes.  Silver.  I don't pronounce it right.

4     Tom Silvas?  He's the landscaper -- remember -- for

5     T -- what was it -- TAS.  Tom Sivers -- Shivers -- Tom

6     Shivers.  That's how it is.  Shivers.  I'm pretty

7     sure.

8               And then, that guy, Paul -- Shorty -- that

9     was on the property because he lived there, so he had

10    access to it.  Josh was one of my lead guys.

11         Q.  Does Josh have a last name that you're aware

12    of?

13         A.  I'm trying to think of his last name.  I

14    can't think of it right now.  Let me think about it.

15              Who else would drive that thing?  Not too

16    many people because it's complicated.  You have to

17    know how to use it.

18         Q.  Did you ever operate it?

19         A.  To move it and stuff, but I didn't do that --

20    not that I wouldn't.  I had a lot more things to do

21    than to do that.  That's all I needed, to be seen by

22    Mr. Sharfi out there on a piece of equipment, when I'm

23    supposed to be running a bunch of other things.

24              I can't remember Josh's last name.  Damn it.

25    He moved up to Georgia.  I can't remember his last