# EXHIBIT 67

Page 1

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2                  FORT PIERCE DIVISION
3                CASE NO. 2:21-cv-14205-KAM
4
   UNITED STATES OF AMERICA,
5
                  Plaintiff,
6
   vs.
7
   BENJAMIN R. SHARFI, in his personal
8  and fiduciary capacity as trustee of
   the Benjamin Sharfi 2002 Trust, and
9  NESHAFARM, INC.,
10                Defendants.
   _____
11
12                      VIDEOTAPED
13           VIDEOCONFERENCE DEPOSITION OF
14                  MICHAEL M. WYLIE
15
16   DATE TAKEN:      Thursday, October 5, 2023
     TIME:            9:07 a.m. - 6:14 p.m.
17   LOCATION:        All participants attending
                      remotely
18
19
20      Taken on behalf of the Defendants before
21   Fanny R. Kerbel, Shorthand Reporter and Notary Public in
22   and for the State of Florida at Large, appearing
23   remotely, pursuant to Notice of Taking Deposition in the
24   above cause.
25

Page 274

1     A.   Yes, sir.  That's -- yes.
2     Q.   Number 2 is historical connections to Bessey
3  Creek.  That's a location that is further to the west of
4  84th Avenue, right?
5     A.   That's correct.
6     Q.   Number 3, it says wet season connections to
7  Bessey Creek, and it's the area along the east-west
8  ditch that you guys have marked with your wetland plots
9  W5 and W7, approximately?
10    A.   Yes, sir.  That's correct.
11    Q.   And Number 4 is current connection to Bessey
12 Creek.  That's where water flows from the 84th Avenue
13 ditch into the east-west ditch, right?
14    A.   Yes, sir.
15    Q.   Am I right this figure does not show any
16 discharges from the north-south ditch directly into the
17 east-west ditch?
18    A.   Yes, sir.  It never was intended to.  It was
19 intended to show the historical wetland discharges, not
20 the current.
21    Q.   Well, at the bottom, doesn't it say that this
22 is the historical wetland discharge locations, and it
23 goes on and says, "All discharge locations are currently
24 evident and were verified during the expert team field
25 visits"?  It says that, right?

Page 275

1  A. It sure does. But how they changed with the
2  construction of 84th Avenue, that wasn't the intent of
3  this figure.
4       I mean, Dr. Nutter prepared it, so you could
5  probably ask him, you know, any further questions.
6  You're looking at historical wetland discharges before
7  the construction of 84th Avenue.
8  Q. Mr. Wylie, you have attached this figure,
9  though, as Exhibit 33 to your supplemental report,
10 right?
11 A. That's correct.
12 Q. You think this is evidence that shows how the
13 wetlands on the defendants' site directly touched the
14 north-south ditch prior to the time they purchased it,
15 right?
16 A. I'm sorry. I got too many "rights." What was
17 the first compound question?
18 Q. Well, I am not trying to do anything compound.
19 Let's go to see what you wrote. Let's just read it and
20 see where we're at with that.
21      So here is the top of page 7. I'll read the
22 sentence again. "The site wetlands also had a
23 continuous surface connection with the north-south ditch
24 near the southwest corner of the site before defendants
25 filled wetlands on the site, including by constructing a

Page 276

1   perimeter road around the site.  Exhibit 33;
2   Exhibit 34?"
3           Do you see that?
4       A.  Yes, sir.
5       Q.  You wrote that, right?
6       A.  Yes, sir.
7       Q.  You obviously think that Exhibit 33 says
8   something about discharges from the wetlands on the
9   defendants' site in the north-south ditch, right?
10  That's why you cited it.
11      A.  Yes, sir.
12      Q.  Okay.  So if I go down to Exhibit 33 -- can
13  you see it on the screen?
14      A.  Yes, sir.
15      Q.  Mr. Wylie, there is no oval or other marking
16  that indicates that there is either historically or
17  currently a discharge from a wetland into the
18  north-south ditch on the site.  Isn't that right?
19          MR. ADKINS:  Objection.  Asked and answered.
20      I mean, this question has been asked so many times,
21      Mr. McAliley.
22  BY MR. McALILEY:
23      Q.  Answer the question, Mr. Wylie.
24          MR. ADKINS:  No one is filibustering here.
25          THE WITNESS:  The 30- -- this Exhibit 33 shows

Page 277

```
 1            the site.  It shows the wetlands historically on
 2            the site.  And then I took the next exhibit, which
 3            is Exhibit 34, to blow it up to show you exactly
 4            where it is.  So it's a blowup of Exhibit 33.  I
 5            don't know how else to put it.
 6   BY MR. McALILEY:
 7        Q.   Exhibit 33 does not indicate that there are
 8   historical or current wetland discharge locations on the
 9   defendants' site going into the north-south ditch.
10   Isn't that right?
11        A.   That's correct.  I do not have an arrow shown
12   there.  I have done Exhibit 34, which blows it up and
13   shows the discharge locations or the touching wetlands
14   to the north-south ditch.
15        Q.   Let's go back up now to page 7 of your report.
16   There is a discussion on page 7 about the Southwest 84th
17   Avenue ditch?  So if I understand your opinion, you
18   think the Southwest 84th Avenue roadside ditch is a
19   relatively permanent water, correct?
20        A.   Yes, sir.  I do.
21        Q.   Can you give me the reasons why you think it's
22   a relatively permanent water?
23        A.   Yes, sir.  It was flowing every time that I
24   visited it in August, September, and October.
25             Dr. Nutter put a well called RWell7 at
```

Page 278

1  basically the confluence of the wetland, the ditch, and
2  measured surface flow, and he found water there
3  communicating between the ditch in the wetland at the
4  end of the primary surface flowing area for the entirety
5  of his monitoring session, which was more than three
6  months.  So two of those months, December, or at least
7  October and December, were out of the rainy season, so
8  they were still flowing.
9         So that, to me, says that there's adequate
10 water in there to drive a relatively permanent flow of
11 that tributary or that geographic feature.  ==It also has==
12 ==a continuous bed and bank and an ordinary high-water==
13 ==mark.==  So that met the definition of what a tributary --
14 that those two, the RPW upper reach of Bessey Creek,
15 which later flows down to the TNW portion of Bessey
16 Creek.
17      Q.  So I see on page -- and I think we're on
18 page 7.  You believe that there is relatively permanent
19 flow from that roadside ditch down the -- down to the
20 east-west ditch, right?
21      A.  Yes, sir.  I do.
22      Q.  You believe that Dr. Nutter's data shows flow
23 of water; is that right?
24      A.  I believe Dr. Dennis -- Dr. Nutter's data
25 shows that the water is flowing to the east-west ditch.

Page 279

1  Yes.
2      Q.  Okay.  So that RWell7 shows flow data, if I
3  want to go look for the flow data?
4      A.  It shows surface elevation of the water.  And
5  the water rose and fell, but never got I think below
6  about a half a foot.  So the water had to go someplace,
7  so it went down the ditch.
8      Q.  Well, it could just be standing water at a low
9  spot of the ditch, couldn't it?
10     A.  It could have, but it wasn't.
11     Q.  Because you think that that well, data RWell7,
12 shows flow, not just water elevation, right?
13     A.  It shows water elevation, which I believe
14 shows flow too.  And Dr. Nutter can address that.
15     Q.  I'll ask him.
16         If I go to the third paragraph in this
17 section, there is -- I'll read this sentence here.
18     A.  Could you blow it up?
19     Q.  I will be happy to.  So I'll read it.
20         "Consequently, the DOJ expert team identified
21 another area where the large, contiguous wetland, which
22 includes wetlands on the site, abuts a relatively
23 permanent tributary to the upstream reach of Bessey
24 Creek, which flows to the tidal reach of Bessey Creek
25 and additional downstream traditional navigable water.

Page 280

1 The large, contiguous wetland thus has a continuous
2 surface connection with waters of the roadside ditch
3 along the eastern side of Southwest 84th Avenue, a
4 relatively permanent water."
5     Did I read that right?
6 A. Yes, sir.
7 Q. So to understand this again, to make sure I
8 understand this, similar to the other ditches, you
9 believe that the wetland abuts the ditch on 84th Avenue
10 because it touches the ditch, right?
11 A. It touches -- or I can't tell if there has
12 been the water in the wetland. The ditch is a
13 geographical feature that exhibits ordinary high-water
14 mark, bed and bank, and flow, but the flow from the
15 ditch then -- the wetlands and the flow from the ditch
16 then touch.
17 Q. There is a bed and bank on both sides of the
18 84th Avenue ditch, right?
19 A. Yes, sir.
20 Q. So where the wetland come down and touches the
21 bank of the ditch, that's where it touches the ditch,
22 right?
23 A. Well, actually, the -- it was -- it was a
24 little difficult to determine because it was under 2 to
25 3 feet of water. So the water flowing from the ditch,

Page 281

1  into the wetland, the wetland floating to the ditch
2  which went down.  It basically was a confluence of those
3  factors.  The water was so deep when you put the well in
4  that you couldn't see one side of the eastern side of
5  the ditch.  You could see the western side, but you
6  couldn't see the eastern side because there was so much
7  water flowing into that.
8      Q.   If I stood in the 84th Avenue ditch at the
9  location of that RWell7 and I started walking to the
10 east after a primary flow path, how far would I be
11 walking before the water goes below the ground level?
12     A.   It goes through several ditches and low areas.
13 There is a depression of wetland here where it was right
14 adjacent to it.  I think you probably have to walk until
15 you got to a wetland that was drier, not inundated.
16 50 feet maybe.
17     Q.   Okay.
18     A.   And then there are several smaller lower areas
19 that were wet that had water in them.  So water is
20 always channeled just right into this depressional
21 wetland, which is marked by the road.
22     Q.   And so on page 7 where you say that the large,
23 contiguous wetland thus has a continuous surface
24 connection with waters of the roadside ditch, it's
25 because the wetland comes and touches the ditch, right?