# EXHIBIT 71



**BDA**
ENVIRONMENTAL CONSULTANTS

**2021040-10.1**

## UNITED STATES V. BENJAMIN K. SHARFI AND NESHAFARM INC.
## CASE NO. 2:21-CV-14205-KAM

### ANALYSIS AND REBUTTAL TO U.S. DEPARTMENT OF JUSTICE
### EXPERT TEAM REPORT, FEBRUARY 18, 2022

Prepared by:

W. Michael Dennis, Ph.D.
President
Breedlove, Dennis & Associates, Inc.
330 West Canton Avenue
Winter Park, Florida  32789

April 8, 2022

Submitted by:

W. Michael Dennis, Ph.D.
President

129048180.1

BREEDLOVE, DENNIS & ASSOCIATES, INC.

330 W. Canton Ave. ~ Winter Park, FL 32789-3195
Phone: 407-677-1882 ~ Fax: 407-657-7008

30 East Liberty St. ~ Brooksville, FL 34601-2910
Phone: 352-799-9488 ~ Fax: 352-799-9588

SHARFIEXPERTS0000101

**TABLE OF CONTENTS**

LIST OF FIGURES ............................................................................................................... i

1.0     INTRODUCTION ....................................................................................................... 1

2.0     REVIEW OF DOJ EXPERT TEAM REPORT STUDY AREA .................................... 4

     2.1     Study Area .................................................................................................... 4
     2.2     Review of Existing Data Sources ................................................................. 4

3.0     ANALYSIS OF PRIOR AND CURRENT LAND USES .............................................. 6

     3.1     Historic Patterns of Land Use ...................................................................... 6
     3.2     Current Land Use .......................................................................................... 6

4.0     ANALYSIS OF WETLANDS AND WATER FEATURES ......................................... 16

     4.1     Overview ...................................................................................................... 16
     4.2     The Natural Reach of Bessey Creek and Connecting Ditch System .......... 16
     4.3     North-South Ditches .................................................................................... 19
     4.4     Other Ditches Near the 9.92-Acre Site ...................................................... 21
     4.5     Stream Order ................................................................................................ 21
     4.6     DOJ Expert Team Report Continuous Flow Pathway ................................ 23
     4.7     Field Survey of DOJ Expert Team Report Primary Flow Pathway ............ 25

5.0     WETLANDS AND WATERS OF THE UNITED STATES - DEFINITIONS ............. 38

6.0     RAPANOS GUIDANCE ........................................................................................... 41

7.0     REVIEW OF AREAS OF ALLEGED IMPACTS TO WATERS OF THE UNITED STATES .. 43

     7.1      9.92-Acre Site ............................................................................................. 43

          7.1.1   U.S. Department of Justice Expert Team Report Delineation ............. 43
          7.1.2   DLS Environmental Delineation ......................................................... 43
          7.1.3   EDC Wetland Delineation ................................................................... 45
          7.1.4   Analysis of Extent of Onsite Wetlands ............................................... 45

     7.2     Analysis of the "waters of the United States" ............................................. 49

          7.2.1   Traditional Navigable Waters ............................................................. 49
          7.2.2   Relatively Permanent Non-navigable Tributaries of Traditional Navigable Waters and Wetlands with a Continuous Surface Connection with such Tributaries ...... 50
          7.2.3   Analysis of the Adjacent Wetlands and Non-navigable Tributaries That Are Not Relatively Permanent ......................................................................... 54

129048180.1

SHARFIEXPERTS0000102

7.3     Fact-Specific Analysis of Significant Nexus with Traditionally Navigable Waters......... 60

      7.3.1     Physical Characteristics ....................................................................................... 63

      7.3.2     Chemical Characteristics ..................................................................................... 65

      7.3.3     Biological Characteristics .................................................................................... 68

8.0     CONCLUSIONS ................................................................................................................. 70

9.0     REFERENCES .................................................................................................................... 71

APPENDIX 1     AMENDED COMPLAINT

APPENDIX 2     DOJ EXPERT TEAM REPORT FEBRUARY 18, 2022

APPENDIX 3     TOPOGRAPHIC SURVEY OF DITCHES AND DOJ EXPERT REPORT PRIMARY FLOW PATHWAY

APPENDIX 4     SITE INSPECTION PHOTOGRAPHS

APPENDIX 5     CLEAN WATER ACT JURISDICTION FOLLOWING THE U.S. SUPREME COURT'S DECISION IN RAPANOS V. UNITED STATES & CARABELLE V. UNITED STATES GUIDANCE MEMORANDUM DECEMBER 2, 2008

APPENDIX 6     BENJAMIN SHARFI 2002 TRUST INFORMAL JD APPLICATION NO. 180402-436 INFORMAL WETLAND DETERMINATION NO. 100235-P ISSUED 26 APRIL 2018

APPENDIX 7     PRESERVE AREA MANAGEMENT PLAN/ABBREVIATED PRESERVE AREA MANAGEMENT PLAN PREPARED BY EDC

APPENDIX 8     UNITED STATES OF AMERICA, PLAINTIFF-APPELLEE-CROSS APPELLANT V. CHARLES BARRY ROBISON, DEFENDANT, MCWANE, INC., DEFENDANT-APPELLANT, JAMES DELK, MICHAEL DEVINE, DEFFENDANTS-APPELLANTS-CROSS APPELLEES (CASE NO. 05-17019)

APPENDIX 9     CURRICULUM VITAE FOR DR. W. MICHAEL DENNIS

129048180.1

SHARFIEXPERTS0000103

**LIST OF FIGURES**

Figure 1        Figure V.D.1.a.5 Perennial flow from the Site wetlands to the Atlantic Ocean (from the DOJ Expert Team Report) .................................................................................................................3

Figure 2        Figure II.B.1. SFWMD Basin 4 selected as Study Area (from the DOJ Expert Team Report).5

Figure 3        1950 Aerial Photograph of the 9.92-Acre Site Study Area, Martin County, Florida ...............7

Figure 4        1969 Aerial Photograph of the 9.92-Acre Site Study Area, Martin County, Florida ...............8

Figure 5        1980 Aerial Photograph of the 9.92-Acre Site Study Area, Martin County, Florida ...............9

Figure 6        1994 Aerial Photograph of the 9.92-Acre Site Study Area, Martin County, Florida .............10

Figure 7        1999 Aerial Photograph of the 9.92-Acre Site Study Area, Martin County, Florida .............11

Figure 8        1920 Map of Canal Reclamation Plan for Palm City Drainage District for the 9.92-Acre Site Study Area, Martin County, Florida ..................................................................................12

Figure 9        National Hydrography Database (NHD) Map of the 9.92-Acre Site Study Area, Martin County, Florida ...........................................................................................................13

Figure 10       2021 Aerial Photograph of the 9.92-Acre Site Study Area, Martin County, Florida .............14

Figure 11       USGS 1956 Topographic Quadrangle Map of the 9.92-Acre Site Study Area, Martin County, Florida ...........................................................................................................17

Figure 12       USGS 1984 Topographic Quadrangle Map of the 9.92-Acre Site Study Area, Martin County, Florida ...........................................................................................................18

Figure 13       SFWMD Drainage Basin Map for Martin County for the 9.92-Acre Site Study Area, Martin County, Florida ...........................................................................................................20

Figure 14       Ditches and Surface Flow Pathway for the 9.92-Acre Site Study Area, Martin County, Florida ...........................................................................................................22

Figure 16       Elevation Survey Data for the 9.92-Acre Site Study Area, Martin County, Florida .............28

Figure 17       Figure V.G.1.b.1. from the DOJ Expert Team Report...........................................................44

Figure 18       Exhibit G included in DOJ Expert Team Report as Figure V.C.1.1.b....................................46

Figure 19       Figure V.C.1.1.a. from the DOJ Expert Team Report ...........................................................48

Figure 20       USFWS National Wetlands Inventory Map of the 9.92-Acre Site Study Area, Martin County, Florida ...........................................................................................................51

i

SHARFIEXPERTS0000104

Figure 21      FLUCFCS Map of the 9.92-Acre Site Study Area, Martin County, Florida ...........................52

Figure 22      NRCS Soils Map of the 9.92-Acre Site Study Area, Martin County, Florida .......................57

Figure 23      Study Area and Similarly Situated Wetlands for the 9.92-Acre Site Study Area, Martin County, Florida ........................................................................................................................62

129048180.1

ii

SHARFIEXPERTS0000105

# 1.0     INTRODUCTION

The United States of America ("United States") by the authority of the Attorney General of the United States and at the request of the Secretary of the Army, acting through the United States Army Corps of Engineers has filed a civil enforcement action under the Clean Water Act (CWA) against Benjamin K. Sharfi and NeshaFarm, Inc. alleging unauthorized impacts to Section 404 waters (Amended Complaint, Appendix 1).  In support of the action, the United States Department of Justice, Environment and Natural Resources Division (DOJ), filed an expert team report (DOJ Expert Team Report, Appendix 2) on February 18, 2022 prepared by Lyndon C. Lee Ph.D., PWS, Wade L. Nutter, Ph.D. PH, Kai Coshow Rains, Ph.D., PWS, Scott R. Stewart, Ph.D., CPSS and Mike Wylie, M.S.

Breedlove, Dennis & Associates, Inc. (BDA) was retained by counsel for the Defendants to review the historical and current site conditions; the alleged violations; and analyze the data and conclusions presented in the DOJ Expert Team Report.  My curriculum vitae is included as Appendix 9.

As stated in the DOJ Expert Team Report, the objective of the DOJ Expert Team Report is to provide:
1. "An analysis of the area of Waters of the U.S. including wetlands delineated on the Site, as that term is defined in the Amended Complaint and described below.
2. Analyses of impacts to waters/wetlands area and functioning due to mechanical clearing of vegetation and associated redistribution of soils, changes in the bottom elevation of wetlands, and decreases in the areal extent of wetlands, soil excavations, filling, road construction, and other earthwork which involved discharges of dredged and/or fill material to waters of the United States.
3. Provide recommendations for mitigation of impacts, including options for on-site restoration and off-site mitigation."

129048180.1

SHARFIEXPERTS0000106

Based on our review of the data and arguments presented in the DOJ Expert Team Report, the DOJ team failed to demonstrate that wetlands on the subject 9.92-acre Site are regulated "waters of the United States" (WOTUS).  The onsite wetlands do not abut a Traditional Navigable Water (TNW), and are therefore not adjacent wetlands to a TNW.   Further, there is no perennial or continuous non-navigable hydrologic connection from the wetland on the 9.92-acre Site to a TNW as alleged in the DOJ Expert Team Report (Figure 1).  The DOJ Expert Team Report failed to present any specific or detailed evidence of actual effects of discharges from the wetlands on the 9.92-acre Site, alone or in combination with similarly situated wetlands, to the physical, chemical, or biological integrity of the downstream TNW of the St. Lucie Estuary, which extends upstream to the limits of tidal influence in Bessey Creek, that are more than speculative or insubstantial.  The DOJ Expert Team Report also fails to demonstrate that any effects of the wetlands are significant to the downstream TNWs.

Review of the various wetland delineations performed on the 9.92-acre Site indicate that the informal wetland delineation performed by Ms. Danna Small and inspected by and approved by the South Florida Water Management District (SFWMD) is the most supported wetland delineation on the 9.92-acre Site prior to site clearing activities.

This analysis and rebuttal report further addresses the DOJ Expert Team Report's failure to establish that there are WOTUS on the 9.92-acre Site.

129048180.1

SHARFIEXPERTS0000107



Figure V.D.l.a.5  Perennial flow from the Site wetlands to the Atlantic Ocean.

Figure 1

SHARFIEXPERTS0000108

## 2.0     REVIEW OF DOJ EXPERT TEAM REPORT STUDY AREA

### 2.1     Study Area

As depicted on Figure II.B.1 in the DOJ Expert Team Report, SFWMD Basin 4 was selected as the Study Area (Figure 2).  This Study Area is described as approximately 11,049 acres in the vicinity of the Bessey Creek Watershed, containing 1,064 acres of wetlands mapped by the U.S. Fish and Wildlife Service's National Wetland Inventory.

### 2.2     Review of Existing Data Sources

Existing published data sources were obtained and reviewed to evaluate the physical characteristics of the Study Area, and placed in ArcReader Published Map File (PMF).  The Figures included in this report represent the extent of the published data analyzed.  The data was analyzed and reviewed at various scales appropriate for the specific analysis by overlaying the different data layers at different scales and combinations to facilitate an in-depth analysis.  Examples of this in-depth analysis are presented in this report.  The following is a list of data sources analyzed:

- U.S. Geological Survey (USGS) Topographic Maps
- USGS National Hydrography Dataset (NHD)
- Aerial Photography
- Natural Resources Conservation Service Soil Surveys
- U.S. Fish and Wildlife Service (USFWS) National Wetland Inventory (NWI) Map
- South Florida Water Management District (SFWMD) Land Cover Map
- SFWMD Drainage Basins Map
- Martin County LiDAR generated 1 Foot Contour Map
- Historic Drainage Maps

129048180.1

SHARFIEXPERTS0000109



Figure II.B.1. The SFWMD Basin 4 selected as the Study Area.

Figure 2

SHARFIEXPERTS0000110

## 3.0     ANALYSIS OF PRIOR AND CURRENT LAND USES

### 3.1     Historic Patterns of Land Use

As can be seen on the historical aerial photography of the Study Area, the pattern of land use transitions from more to less intense use going from east to west; and over time (Figures 3-7).  Prominent physical features on the east portion of the Study Area are Bessey Creek and its tributaries surrounded by low density development in the 1950 aerial photography (Figure 3).  Extending through the central portion of the Study Area is the east-west Canal Ditch which connects to a tributary of Bessey Creek in Section 15 Township 38S Range 40E.  This east-west Canal Ditch (a term taken from the USGS NHD Source) was a key element of the Palm City Drainage District Plan from the 1920s (See Figure 8).  This Canal Ditch is a straight-line east-west ditch cutting through predominantly upland rangeland.  This upland rangeland included isolated depressional marshes and forested swamp types.  Some agricultural uses can be seen in the western central portion of the Study Area in the historical aerial photographs.  These rangeland and agricultural usages are facilitated by the regularly-spaced north-south ditches likely located along property lines (also mapped as Canal Ditch in USGS NHD Figure 9) which connect to the east-west Canal Ditch.  A few east-west and north-south roads are seen in the southern portion of the Study Area.


### 3.2     Current Land Use

As in seen in the current aerial photography (Figure 10), the area of Basin 4 east of the Florida Turnpike is virtually built out with predominantly residential development and some commercial uses.  Less intense residential land uses and commercial uses continues westward in the southern portion of the Basin.  The northwestern portion of the Basin west of the Florida Turnpike remains largely agriculture except for the Martin County Solid Waste Transfer and Landfill facility in the extreme northwest portion of the Basin. Section 18 Township 38S Range 40E and the southern, western, and northern portion of Section 17

129048180.1

SHARFIEXPERTS0000111



**Legend**

9.92-Acre Site Boundary

Study Area - SFWMD Basin 4 (11,049 ac)

0 3,000 6,000 Feet

1 inch = 6,000 feet

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. USGS 1950 aerial photograhy, position approximated by BDA.

**FIGURE 3**
**1950 AERIAL PHOTOGRAPH OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1950Aerial_Basin4_A.mxd



**Legend**

⬜ 9.92-Acre Site Boundary

⬛ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. USGS 1969 aerial photograhy, position approximated by BDA.

0    3,000    6,000 Feet
1 inch = 6,000 feet

**FIGURE 4**
**1969 AERIAL PHOTOGRAPH OF THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

BDA
BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1969Aerial_Basin4_A.mxd

SHARFIEXPERTS0000113



**Legend**

▭ 9.92-Acre Site Boundary

▭ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. USGS 1980 aerial photograhy, position approximated by BDA.

0     3,000     6,000 Feet

1 inch = 6,000 feet

**FIGURE 5**
**1980 AERIAL PHOTOGRAPH OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

**BDA** BREEDLOVE, DENNIS & ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1980Aerial_Basin4_A.mxd

SHARFIEXPERTS0000114



**Legend**

☐ 9.92-Acre Site Boundary
▯ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022.  USGS 1994 DOQQ Aerial Photography.

0    3,000    6,000
Feet
1 inch = 6,000 feet

**FIGURE 6**
**1994 AERIAL PHOTOGRAPH OF THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

BDA  BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1994Aerial_Basin4_A.mxd

SHARFIEXPERTS0000115



**Legend**

☐ 9.92-Acre Site Boundary
☐ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced
Database (AHED), 2022.  USGS 1999 DOQQ Aerial Photography.

0    3,000    6,000
Feet
1 inch = 6,000 feet

**FIGURE 7**
**1999 AERIAL PHOTOGRAPH OF THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

**BDA** BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1999Aerial_Basin4_A.mxd

SHARFIEXPERTS0000116



Legend

☐ 9.92-Acre Site Boundary

☐ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. 1920 Canal Reclamation Plan map position approximated by BDA. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0      3,000      6,000
Feet
1 inch = 6,000 feet

**FIGURE 8**
**1920 MAP OF CANAL RECLAMATION PLAN FOR PALM CITY DRAINAGE DISTRICT**
**FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA  BREEDLOVE, DENNIS & ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1920CanalReclamation_Basin4_A.mxd

SHARFIEXPERTS0000117



**Legend**

▢ 9.92-Acre Site Boundary
▢ Study Area - SFWMD Basin 4 (11,049 ac)
▢ HUC 12 Watershed Boundary

**NHD Waterbodies**
■ LakePond
■ Reservoir
■ SwampMarsh

**NHD Flowlines**
→ Artificial Path
→ Canal Ditch
→ Connector
→ Stream/River

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. U.S. Department of the Interior, USGS The National Map - National Hydrography Dataset (NHD), 2014. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0    3,000    6,000 Feet
1 inch = 6,000 feet

**FIGURE 9**
**NATIONAL HYDROGRAPHY DATASET (NHD) MAP OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA
BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 - P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\NHD_Basin4_A.mxd

SHARFIEXPERTS0000118



**Legend**

☐ 9.92-Acre Site Boundary
☐ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0    3,000    6,000
Feet
1 inch = 6,000 feet

**FIGURE 10**
**2021 AERIAL PHOTOGRAPH OF THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

**BDA** BREEDLOVE, DENNIS & ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\2021Aerial_Basin4_A.mxd

SHARFIEXPERTS0000119

Township 38S Range 40E also remain largely agricultural pastureland.  The 9.92-acre Site, subject to this litigation sits in an approximately 40-acre land use area of nursery and farm uses.

129048180.1

SHARFIEXPERTS0000120

## 4.0      Analysis of Wetlands and Water Features

### 4.1      Overview

The Plaintiff alleges in the Amended Complaint and further explains in the DOJ Expert Team Report that the 9.92-acre Site contains approximately 5 to 6 acres of wetlands (approximately 5.97 acres cited in the DOJ Expert Team Report). The Amended Complaint alleges that these wetlands on site, are part of a larger contiguous wetland complex which borders and abuts Bessey Creek; and that Bessey Creek flows into the confluence of the C-23 canal and the North Fork of the St. Lucie River. The factual basis of these allegations are reviewed below in light of the CWA definition of WOTUS.

### 4.2      The Natural Reach of Bessey Creek and Connecting Ditch System

Bessey Creek is a natural tributary to the North Fork of the St. Lucie River. The various USGS 7.5-minute Topographic Maps going back to 1948 depict this. Currently the C-23 Canal and Bessey Creek merge and flow together into the North Fork of the St. Lucie River (Figures 11 and 12). The natural connection of Bessey Creek to the North Fork of the St. Lucie River before construction of the C-23 Canal can be seen on the 1950 aerial photography (Figure 3). The various maps and aerials show several branches to Bessey Creek and adjacent wetlands, most of which are east of the Florida Turnpike. One of these branches extends west of the Turnpike and connects to a man-made upland cut east-west Canal Ditch extending from this connection in Section 15 Township 38S Range 40E west to the Martin County Solid Waste Transfer and Landfill Facility. This ditch extends west from the connection to Bessey Creek for approximately 2,200 feet, then turns south on an approximate 45° angle approximately 1,000 feet before extending westward in a straight line of approximately 10,300 feet in Section 18 Township 38S Range 40E. This series of straight-line ditches were constructed through uplands based on the mapping features depicted in these topographic maps; and do not follow any sinuous creek channels, or depressional topographic features. This straight-line ditch is also clearly seen on the series of historical aerials (Figures 3-7).

16

SHARFIEXPERTS0000121



**Legend**

9.92-Acre Site Boundary

Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022.  USGS 1:24000-scale Quadrangle for Palm City (1956 Ed.) and Indian Town NW (1955 Ed.), Florida.

0     3,000     6,000
Feet
1 inch = 6,000 feet

**FIGURE 11**
**USGS 1956 TOPOGRAPHIC QUADRANGLE MAP OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA  BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1956Topo_Basin4_A.mxd

SHARFIEXPERTS0000122



**Legend**

▯ 9.92-Acre Site Boundary

▮ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022.  USGS 1:24000-scale Quadrangle for Palm City (1984 Ed.) and Indian Town NW (1983 Ed.), Florida.

0   3,000   6,000 Feet
1 inch = 6,000 feet

**FIGURE 12**
**USGS 1984 TOPOGRAPHIC QUADRANGLE MAP OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\1984Topo_Basin4_A.mxd

SHARFIEXPERTS0000123

On page 8 of the DOJ Expert Team Report the statement is made that "The NHD designations include the excavated channel referred to in this Expert Report as the excavated Bessey Creek and many of the primary and secondary drainage ditches discharging to excavated Bessey Creek. The excavated reach of Bessey Creek will hereafter be referred to as Bessey Creek in this Expert Report."

In reviewing the USGS NHD data, Bessey Creek is identified as a stream/river according to the legend to the point, as shown on the USGS topographic maps where this straight-line upland cut ditch begins. The NHD data flowlines legend label the straight-line feature as a Canal Ditch (Figure 9). There is a distinct point where Bessey Creek ends and the excavated Canal Ditch begins. The excavated Canal Ditch runs straight through predominantly nonhydric upland soils including Waveland and Immokalee fine sands, and Malabar fine sand before crossing predominantly hydric soils west of the 9.92-acre Site. There are no topographic features, soils indications, wetland or vegetative signatures that the straight-line Canal Ditch was a channelization of Bessey Creek. The 1920 Map of the General Reclamation Plan of the Palm City Drainage District labels this east-west Canal Ditch as "Bessie Creek Outlet Canal No.1" (Figure 8). The SFWMD Map of Drainage Basins for Martin County also shows the tributaries of Bessey Creek ending and not extending as a straight-line Canal Ditch near the 9.92-acre Site (Figure 13).

### 4.3    North-South Ditches

The east-west Canal Ditch is intersected by periodically-spaced north-south ditches. The series of north-south ditches are spaced approximately1,300 feet apart beginning in Section 16 Township 38S Range 40E and continuing to Section 18 Township 38S Range 40E. As with the east-west Canal Ditch, the north-south interval ditches were constructed in uplands as mapped in the USGS topographic maps going back to at least  1948. The north-south ditches are also evident in the 1950 aerial (Figure 3). They are mapped in the

129048180.1



**Legend**

☐ 9.92-Acre Site Boundary

▢ Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. SFWMD drainage basin map for Martin County, position approximated by BDA, 2021.  Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022.
ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0    3,000    6,000
Feet
1 inch = 6,000 feet

**FIGURE 13**
SFWMD DRAINAGE BASIN MAP FOR MARTIN COUNTY FOR THE 9.92-ACRE SITE
STUDY AREA, MARTIN COUNTY, FLORIDA.

**BDA** BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\SFWMDDrainageBasinMap_Basin4_A.mxd

SHARFIEXPERTS0000125

USGS NHD as Canal Ditch (Figure 9).  One of these north-south Canal Ditches borders the west side of the 9.92-acre Site.

## 4.4     Other Ditches Near the 9.92-Acre Site

Review of 2021 aerial photography (Figure 10) shows this north-south Canal Ditch on the west side of the 9.92-acre Site extending west through the nursery facilities from the southwest corner of the 9.92-acre Site. There is also a ditch on the northern edge of the 9.92-acre Site that begins as a shallow swale at the northeast corner of the parcel and then develops into a small ditch entering the north-south Canal Ditch at the northwest corner of the 9.92-acre site (swale/ditch) (Figure 14).  There is another north-south Canal Ditch approximately 660 feet east of the northeast corner of the 9.92-acre Site.  Moving up the north-south Canal Ditch on the western side of the 9.92-acre Site approximately 300 feet is a small ditch connecting west to a wetland area (southern west ditch).  Continuing up the north-south Canal Ditch is another ditch extending west to another wetland (northern west ditch).  There is a roadside ditch along the east side of 84th Avenue west of the 9.92-acre Site which connects to the main east-west Canal Ditch which connects to Bessey Creek several miles to the east.

## 4.5     Stream Order

Applying the stream order analysis as discussed in the DOJ Expert Team Report and depicted on Figure III.A.1 of that report; the north-south Canal Ditch on the western boundary of the 9.92-acre Site would be a 1st order "stream."  Likewise, the swale/ditch on the northern boundary of the 9.92-acre Site would also be a 1st order "stream."  The north-south Canal Ditch continuing from this junction of the two 1st order "streams" would be a 2nd order "stream."  The two westerly ditches connecting to the north-south 2nd order "stream" would be connecting 1st order "streams" connecting to the 2nd order north-south Canal Ditch.

21

SHARFIEXPERTS0000126



**FIGURE 14**
**DITCHES AND SURFACE FLOW PATHWAY FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\DitchesandFlowPath_A.mxd

The north-south 2nd order ditch continues north and connects to the east-west Canal Ditch which the DOJ Expert Team Report labels as a 3rd order "stream."

In depositions, DOJ experts Dr. Wade Nutter and Mr. Michael Wylie testified about stream order.  They testified that the reference in the DOJ Expert Team Report to Bessey Creek as a 3rd order stream was a reference to the natural Bessey Creek further east.  Dr. Nutter and Mr. Wylie testified that the east-west Canal Ditch near the 9.92 acre Site is a 2nd order tributary, and the north-south Canal Ditch that borders the Site was a 1st order tributary.  Although they assigned a different order to the east-west and north-south Canal Ditches than I have, they agree that the north-south Canal Ditch is a lower order tributary than the east-west Canal Ditch.

### 4.6    DOJ Expert Team Report Continuous Flow Pathway

Beginning on page 44 through page 46, the DOJ Expert Team Report describes a "primary flow pathway" from the bed and bank terminus of the north-south ditch to the 84th Avenue roadside ditch connecting to the east-west Canal Ditch (Figure 15; DOJ Expert Team Report Figure V.D.1.a.4).  The report states "Over the years, either by cattle breaking down the banks or mechanical disturbance, or both, the N/S Ditch lost its bed and bank features about 550 feet from the Site's north boundary and thus allowed water to spread out across wetland depressions, flats, and undulating microtopography with the dominant flow direction to the northwest and west."  Other than the portion of the more northern westerly ditch connecting to the wetland to the west (northern west ditch in Figure 14), this "primary flow pathway" has no discernable channelized features with a bed and bank, or Ordinary High Water Line (OHWL) indicators as it continues northwest to the 84th Avenue roadside ditch.  This flow way is reported to be 50-75 feet wide in some locations and flows through upland pastures and depressional wetland features.  This "continuous flow pathway" was

23

SHARFIEXPERTS0000128



V.D.1.a.4. The 2019 Martin County LiDAR showing the field located primary surface flow path from the Site through the N/S Ditch and a continuum of wetlands, depressions, and micro-topographic features. Wetland waterflow is to the 84th Avenue roadside ditch and then to Bessey Creek. The roadside ditch and Bessey Creek are perennially flowing streams.

Figure 15

SHARFIEXPERTS0000129

categorized as containing perennial flow, as described on page 45 and depicted in DOJ Expert Team Report Figure V.D.1.a.5 (Figure 1).

## 4.7     Field Survey of DOJ Expert Team Report Primary Flow Pathway

A site inspection of the DOJ Expert Team Report "primary flow pathway" was conducted March 10, 2022. During that site inspection I directed a team of professional land surveyors from Karner Surveying, Inc. in conducting a topographic survey of the "primary flow pathway" represented on Figure V.D.1.a.4 of the DOJ Expert Team Report (Figure 15; DOJ Expert Team Report Figure V.D.1.a.4).  Previously, during a site inspection of December 3, 2021, I directed the Karner Surveying team in conducting a topographic survey of the north-south Canal Ditch, the east-west swale/ditch, the two westerly ditches connecting wetlands to the north-south Canal Ditch and the east-west Canal Ditch which connects to Bessey Creek. The results of these surveys are depicted in Appendix 3.

These topographic surveys and cross sections depict the ground elevation of the bottom of the physical ditches with notes on location of slope and water features.  The surveys extending from the northern west ditch across upland pasture and depressional wetlands to the 84th Avenue roadside ditch depict the topography and ground elevations of the "primary flow pathway" where no topographic features indicating a flow way are present.

This "primary flow pathway" was discussed in the DOJ Expert Team Report, where it was stated "The primary pathway from the northern boundary of the Site was the N/S Ditch flowing north towards Bessey Creek.  Over the years, either by cattle breaking down the banks or mechanical disturbance, or both, the N/S Ditch lost its bed and bank features about 550 feet from the Site's north boundary and thus allowed water to spread out across wetland depressions, flats, and undulating microtopography with the dominant

129048180.1

SHARFIEXPERTS0000130

flow direction to the northwest and west.  During wetter periods there is a flow component directly to Bessey Creek, as observed during the August 2021 reconnaissance.  The defined channel of the N/S Ditch ends about 800 feet from Bessey Creek."

In my site inspection in December 2021 and March 2022, high spots in the north-south Canal Ditch were noted, often in areas of cattle crossing paths.

As can be seen on these surveys in Appendix 3 and summarized on Figure 16, the bottom of the north-south Canal Ditch on the western border of the 9.92-acre Site is at 19.534 and 19.302 feet, North American Vertical Datum (NAVD), 1988.  These lower elevations likely reflect the maintenance of the ditches in this reach.  These are the lowest elevations in the north-south Canal Ditch until the extreme northern end.  In the northern third of the north-south Canal Ditch, elevations rise slightly and there are blockages which restrict water flow.  The north-south Canal Ditch eventually joins the east-west Canal Ditch at an elevation of 18.914, 18.64 and 18.627 feet, NAVD88 right at the point of junction.

The elevations of the bottom of the ditch extending from the northwest corner of the 9.92-acre Site moving from south to north are generally 20+ to 21+ feet, NAVD88.

The elevations in the eastward swale/ditch on the northern boundary of the 9.92-acre Site decreases from 21.727 to 21.163 feet, NAVD88 where it intersects the north-south Canal Ditch.

The southern west ditch elevations connecting to the west wetland are 21.456 to 21.089 feet, NAVD88, as the ditch enters the wetland.  The normal wet season pool elevation of the southern west wetland based on biological indicators of wet season normal pool elevations (e.g., swollen lenticels and lichen lines) is

26

129048180.1

SHARFIEXPERTS0000131

approximately 21.92 feet, NAVD88.  Since the ditch elevations are lower than the normal pool of the wetland, when present, water likely flows from the wetland through the southern west ditch to the north-south Canal Ditch.

The ditch bottom elevation in the more northern west ditch is 20.9 feet, NAVD88 near its eastern extent, increasing to 21.1 to 21.2 feet, NAVD88 as it enters the wetland.  The normal wet season pool elevation of the wetland connected by this northern west ditch to the north-south Canal Ditch, based on lichen lines, is 22.5 feet, NAVD88.  Since the ditch elevations are lower than the normal pool of the wetland, when present, water likely flows from the wetland through the northern west ditch to the north-south Canal Ditch.

A series of topographic points generally perpendicular to the "primary flow pathway" as depicted on Figure 15 were surveyed to document the actual ground elevations where no channel feature, nor perennial water, was present.  The elevations of these cross sections are depicted on Figure 16, composite map sheets.  The ground elevation increases moving from east to west across the pasture (cross-section 14-17 in Appendix 3), decreasing near 84th Avenue (cross-section 13 in Appendix 3).

During my March 10, 2022 site inspection I walked or inspected all of the ditches on the west and north side of the 9.92-acre Site.  The north-south Canal Ditch, the southern west ditch, the northern west ditch and the east-west Canal Ditch at the intersection with the north-south Canal Ditch.  All of these Canal Ditches, or ditches, were dry.  Except for the north-south Canal Ditch on the west side of the 9.92-acre Site extending to the north to a point where the ditch bottom was at 21.621 feet, NAVD88, the entire

27

129048180.1

SHARFIEXPERTS0000132



**Legend**

➤ Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
■ Reference Staff Gage - DOJ Expert Report (Feb. 2022)
▲ Surveyed Elevation Points (Karner Surveying, Mar. 2022)
▽ Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
⬤ Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
⬤ Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0    200    400
Fee
1 inch = 362.1 feet

**FIGURE 16**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

**BDA**  BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd

SHARFIEXPERTS0000133



**Legend**

- Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
- Reference Staff Gage - DOJ Expert Report (Feb. 2022)
- Surveyed Elevation Points (Karner Surveying, Mar. 2022)
- Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
- Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
- Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0 50 100 Feet
1 inch = 100 feet

**FIGURE 16 (DETAIL 1 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd



**Legend**

- Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
- Reference Staff Gage - DOJ Expert Report (Feb. 2022)
- Surveyed Elevation Points (Karner Surveying, Mar. 2022)
- Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
- Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
- Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0 50 100 Feet
1 inch = 100 feet

**FIGURE 16 (DETAIL 2 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd



**Legend**

- Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
- Reference Staff Gage - DOJ Expert Report (Feb. 2022)
- Surveyed Elevation Points (Karner Surveying, Mar. 2022)
- Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
- Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
- Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

**FIGURE 16 (DETAIL 3 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd



**FIGURE 16 (DETAIL 4 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

Legend
- Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
- Reference Staff Gage - DOJ Expert Report (Feb. 2022)
- Surveyed Elevation Points (Karner Surveying, Mar. 2022)
- Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
- Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
- Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd

BDA  BREEDLOVE, DENNIS & ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882



**Legend**

- Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
- Reference Staff Gage - DOJ Expert Report (Feb. 2022)
- Surveyed Elevation Points (Karner Surveying, Mar. 2022)
- Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
- Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
- Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0 50 100 Feet

1 inch = 100 feet

**FIGURE 16 (DETAIL 5 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd



**Legend**

- Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
- Reference Staff Gage - DOJ Expert Report (Feb. 2022)
- Surveyed Elevation Points (Karner Surveying, Mar. 2022)
- Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
- Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
- Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0 50 100 Feet
1 inch = 100 feet

**FIGURE 16 (DETAIL 6 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd



**Legend**

➤ Continuous Flow Pathway - DOJ Expert Report (Feb. 2022)
▪ Reference Staff Gage - DOJ Expert Report (Feb. 2022)
▲ Surveyed Elevation Points (Karner Surveying, Mar. 2022)
▼ Lowest Point in Cross Section (Karner Surveying, Dec. 2021)
● Surveyed Hydroperiod Stations (Karner Surveying, Mar. 2022)
● Surveyed Hydroperiod Stations (Karner Surveying, Dec. 2021)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0   50   100 Feet
1 inch = 100 feet

**FIGURE 16 (DETAIL 7 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA,**
**MARTIN COUNTY, FLORIDA.**

BDA
BREEDLOVE, DENNIS
& ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd

SHARFIEXPERTS0000140



Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

**FIGURE 16 (DETAIL 8 OF 8)**
**ELEVATION SURVEY DATA FOR THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\ElevationSurvey_Series_A.mxd

north-south Canal Ditch was dry.  I also walked the "primary flow pathway" identified in the DOJ Expert Team Report, which was completely dry with no standing or flowing water.  Based on the dryness of the soils in the bottom of the dry Canal Ditches and the DOJ "primary flow pathway" pasture area, it was evident that the areas had been dry for months which was borne out by my previous December 2021 site inspection at many of the same Canal Ditches and ditch areas.  The east-west Canal Ditch lacked standing or flowing waters but was moist and muddy.

Photographs I took during my inspection are included as Appendix 4.

It is recognized that March is in the dry season in South Florida.  However, even in the wet season flow from the 9.92-acre Site extending north up to the north-south Canal Ditch or west through the "primary flow pathway," any hydrological connection would be controlled by high points in the Canal Ditch and the natural ground elevations of the upland pastures.

37

129048180.1

SHARFIEXPERTS0000142

## 5.0    WETLANDS AND WATERS OF THE UNITED STATES - DEFINITIONS

The Clean Water Act of 1972 was enacted by Congress to "Restore and maintain the chemical, physical and biological integrity of the Nation's waters."   The Clean Water Act regulates discharges into the "navigable waters," which are defined in the statute to include the "waters of the United States."   Waters of the United States are defined in 33 CFR 328.3(a) as:

1.  All waters which are currently used, or were used in the past or may be susceptible to use in interstate or foreign commerce, including all waters which are subject to the ebb and flow of the tide

2.  All interstate waters including interstate wetlands

3.  All other waters such as intrastate lakes, rivers, streams, mudflats, sandflats, wetland, sloughs, prairie potholes, wet meadows, playa lakes, or natural ponds, the use, degradation or destruction of which could affect interstate or foreign commerce

4.  All impoundments of waters otherwise defined as waters of the U.S. under the definition

5.  Tributaries of waters

6.  The territorial seas

7.  Wetlands adjacent to waters (other than waters that are themselves wetlands)

Wetlands are defined by the Department of the Army, Corps of Engineers (ACOE) (33 CFR 328.3(b)) and the U.S. Environmental Protection Agency (EPA) (40 CFR 230.3(t)) as:

Those areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation

38

129048180.1

SHARFIEXPERTS0000143

typically adapted for life in saturated soils conditions.  Wetlands generally include swamps, marshes, bogs, and similar areas.

In 1987, the ACOE developed its wetland delineation manual.  This manual addressed methodology for identifying and delineating wetlands.  A three-part test was described, with a positive test for vegetation, hydrology, and soils required to meet the test of meeting the definition in the CWA.

1.   Hydrophytic Vegetation
   a.   Morphological, physiological, and/or reproductive adaptation allows vegetation to grow, effectively compete, reproduce, and/or persist in anaerobic soil conditions.
2.   Hydric Soils
   a.   Soil that is saturated, flooded, or ponded long enough during growing season to develop anaerobic conditions in the upper surface soil horizons.
3.   Hydrology
   a.   It is essential to establish that a wetland area is periodically inundated or has saturated soils during the growing season.

In 2010 a Regional Supplement was issued by the ACOE to provide additional guidance in identifying and delineating wetlands.  Both the 1987 Manual and the 2010 Regional Supplement give guidance on how to address atypical delineation situations.

Once a wetland is identified, it must be shown to be a WOTUS for there to be a federal jurisdiction.  Not all wetlands are  part of the "waters of the United States."

129048180.1

SHARFIEXPERTS0000144

The EPA and ACOE issued a jurisdictional guidance memorandum on December 2, 2008 in "Clean Water Act Jurisdiction following the U.S. Supreme Court's decision in Rapanos v. United States & Carabell v. United States" (Appendix 5).

The DOJ Expert Team Report also opines that the 9.92-acre Site wetland would be a WOTUS under the now-vacated Navigable Waters Protection Rule, and also under a proposed 2021 rule that would define the "waters of the United States."

My evaluation of the DOJ Expert Team Report identifying wetlands, wetland impacts, and jurisdictional implications on the 9.92-acre Site applies the CWA regulatory definitions, relevant factual findings, the Rapanos Supreme Court Decision, other relevant court decisions (Appendix 8), and the 2008 Rapanos Guidance.

For there to be unauthorized activities as alleged in the Amended Complaint, the areas where activities occurred must be (1) wetlands; (2) they must be a jurisdictional WOTUS; and (3) the activity must be one that is prohibited except as may be authorized by permit.

129048180.1

SHARFIEXPERTS0000145

## 6.0    RAPANOS GUIDANCE

On June 19, 2006, the Supreme Court of the United States decided the consolidated cases Rapanos v. United States and Carabell v. United States in what is generally referred to as the Rapanos Case.  The Rapanos Case was a split decision case with Justice Scalia announcing the judgement of the Court and an opinion. Justice Kennedy filed an opinion concurring with this judgement, and Justice Stevens filed a dissenting opinion.  In 2007, the U.S. Eleventh Circuit Court of Appeals decided in United States v. Robison that the test announced in Justice Kennedy's opinion provides the governing rule of the Rapanos Case.  Given these various opinions, the EPA and ACOE issued a June 6, 2007 Memorandum, and then subsequently issued a December 2, 2008 Guidance Memorandum (Appendix 5).  The Rapanos Guidance addresses jurisdiction under the tests provided in both Justice Kennedy's and Justice Scalia's opinions.  The language in the Supreme Court decision and the December 2, 2008 Guidance memorandum guided the analysis as presented in this rebuttal of WOTUS jurisdiction in this case.

41

129048180.1

SHARFIEXPERTS0000146

The following Summary of Key Points is taken from the December 2, 2008 Guidance Memorandum:

---

### Summary of Key Points

**The agencies will assert jurisdiction over the following waters:**
- **Traditional navigable waters**
- **Wetlands adjacent to traditional navigable waters**
- **Non-navigable tributaries of traditional navigable waters that are relatively permanent where the tributaries typically flow year-round or have continuous flow at least seasonally (e.g., typically three months)**
- **Wetlands that directly abut such tributaries**

**The agencies will decide jurisdiction over the following waters based on a fact-specific analysis to determine whether they have a significant nexus with a traditional navigable water:**
- **Non-navigable tributaries that are not relatively permanent**
- **Wetlands adjacent to non-navigable tributaries that are not relatively permanent**
- **Wetlands adjacent to but that do not directly abut a relatively permanent non-navigable tributary**

**The agencies generally will not assert jurisdiction over the following features:**
- **Swales or erosional features (e.g., gullies, small washes characterized by low volume, infrequent, or short duration flow)**
- **Ditches (including roadside ditches) excavated wholly in and draining only uplands and that do not carry a relatively permanent flow of water**

**The agencies will apply the significant nexus standard as follows:**
- **A significant nexus analysis will assess the flow characteristics and functions of the tributary itself and the functions performed by all wetlands adjacent to the tributary to determine if they significantly affect the chemical, physical and biological integrity of downstream traditional navigable waters**
- **Significant nexus includes consideration of hydrologic and ecologic factors**

---

42

SHARFIEXPERTS0000147

### 7.0    REVIEW OF AREAS OF ALLEGED IMPACTS TO WATERS OF THE UNITED STATES

### 7.1    9.92-Acre Site

As part of this analysis and rebuttal, I conducted site inspections of the approximately 9.92-acre Site on September 12-14, 2021; December 3, 2021, accompanied by Mr. James Weber of BDA; and March 10, 2022 to review existing site conditions.  Prior to the site inspections, I reviewed existing databases as outlined in Section 2.0 of this report.  Additionally, I reviewed the reports and wetland delineations by DLS Environmental Services, Inc. (DLS Environmental), Engineering Design and Construction, Inc. (EDC), and the determination presented in the DOJ Expert Team Report.  Each of these prior wetland delineations will be discussed below.

### 7.1.1   U.S. Department of Justice Expert Team Report Delineation

The DOJ Expert Team reported approximately 5.97 acres of wetlands located on the site before "mechanical clearing of vegetation and associated redistribution of soils, filling, excavating, land levelling and road and construction activities began" (Figure 17: DOJ Expert Team Report Figure V.G.1.b.1).  This determination was purported to be based on "interpretation of standard mapping, aerial photography, remote sensing, resources, reviews of previous delineations on the site, field inspection reports, monitoring of the site and reference area water levels and three field investigations of the site and surrounding areas conducted in August, September, and October 2021."

### 7.1.2   DLS Environmental Delineation

In March 2018, a wetland delineation was performed by DLS Environmental.  This wetland delineation was submitted to the SFWMD with a request for an informal determination of jurisdictional wetland and other surface water boundaries on the Benjamin Sharfi 2002 Trust 9.92-acre parcel.  A joint site inspection

129048180.1

SHARFIEXPERTS0000148



Figure V.G.1.b.1. Expert Team's estimated area of fill within the delineated wetland area. Area of fill is 5.97 ac less the 0.79 ac of remnant depression wetland, or 5.18 wetland acres filled.

Figure 17

SHARFIEXPERTS0000149

of the parcel by the SFWMD and DLS Environmental was conducted on April 25, 2018; and based on the DLS Environmental request and joint site inspection, Ms. Barbara Conmy, Section Leader, SFWMD issued an informal wetland determination pursuant to Section 373.421(6) and Section 7.3 of the Environmental Resource Permit Application Handbook, Vol. 1.  This Informal Wetland Determination No. 43-100235-P and the attached Exhibit 2 map are presented here as Appendix 6.

### 7.1.3   EDC Wetland Delineation

As an element of the Consent Order entered into by the SFWMD and NeshaFarm, Inc., NeshaFarm, Inc. agreed to engage in wetland mitigation on the 9.92-acre Site, based on a map delineating wetlands attached as Exhibit G to the Consent Order and included in the DOJ Expert Team Report as Figure V.C.1.1.b. (Figure 18.)

In addition, EDC presented a report to Martin County entitled "Preserve Area Management Plan/Abbreviated Preserve Area Management Plan" that included another wetland map dated February 24, 2020 (Appendix 7).

### 7.1.4   Analysis of Extent of Onsite Wetlands

Based on documents currently available, there appear to be four wetland delineations that have been conducted on the property between 2018 and 2021.  It should be noted that the only delineation that was conducted before most of the site clearing activities occurred is the delineation performed by DLS Environmental on March 18, 2018 which was submitted in an application to the SFWMD for an informal wetland determination on April 2, 2018.  This informal wetland delineation was reviewed and jointly inspected by DLS Environmental and the SFWMD on April 25, 2018.

129048180.1

SHARFIEXPERTS0000150



Figure V.C.1.1.b. EDC wetland delineation of the Site (FDAS 0000001) (Note N Is to the bottom of the figure.)

Figure 18

SHARFIEXPERTS0000151

An Informal Wetland Jurisdictional Determination was issued by the SFWMD on April 26, 2018.  This is the only delineated, site inspected and verified Agency delineation that was conducted while the Site was largely intact.

All four wetland delineations of the 9.92-acre Site identified wetlands on the subject property.  All four delineations differ as to the exact configuration of the wetlands and acreage of the wetlands.

I have reviewed the four delineations and also current and historical aerials of the parcel and surrounding area.  Based on photointerpretation of the historical aerials, and groundtruthing of other similar wetlands to confirm photographic signatures, I have evaluated the extent of wetlands on the subject parcel.

My analysis is further informed based on information from the recent deposition of Ms. Small of DLS Environmental Services.   In that deposition, Ms. Small further explained the details of her wetland delineation.  As explained above it is documented through correspondence that she requested an informal wetland delineation from the SFWMD in March 2018.  A photointerpreted FLUCFCS map was submitted in that application depicting a mixed hardwood wetland (617) on the southwest portion of the 9.92-acre Site.  Following the April 25, 2018 joint site inspection with Ms. Danna Small and two SFWMD reviewers where the final delineation was agreed upon in the field, Ms. Small coordinated with a registered professional land surveyor who physically surveyed the SFWMD-approved wetland boundary flags (Figure 19: DOJ Expert Team Report Figure V.C.1.1.a.).  This survey shows the 3.55-acre wetland being separated from the north-south Canal Ditch by a dirt driveway.  In her deposition she clarified that she inspected the entire 9.92-acre Site.

47

SHARFIEXPERTS0000152



Figure V.C.1.1.a.  Survey of DL Small, Inc. wetland delineation of the Site (DLS0000069).

Figure 19

SHARFIEXPERTS0000153

Given that the DLS Environmental Services wetland survey was conducted prior to the subsequent land clearing; was a flagged line, inspected and approved in the field by two SFWMD reviewers; and was surveyed by a professional land surveyor, I find this survey the most supported by standard wetland delineation practices and the most reliable for this site.

## 7.2    Analysis of the "waters of the United States"

This analysis of WOTUS is based on the identification of waters in the CWA and its regulations; the Riverside Bayview Homes, Solid Waste Agency of Northern Cook County (SWANNC), and Rapanos Supreme Court decisions; the Robison Eleventh Circuit decision; and the December 2, 2008 Guidance Memorandum.

### 7.2.1   Traditional Navigable Waters

The analysis of the extent of WOTUS begins with determination of TNW as described in 33 C.F.R. § 328.3(a)(1).  These are enumerated in Footnote 20 of the Guidance Memorandum:

[20] 33 C.F.R. § 328.3(a)(1); 40 C.F.R. § 230.3(s)(1). The "(a)(1)" waters include all of the "navigable waters of the United States," defined in 33 C.F.R. Part 329 and by numerous decisions of the federal courts, plus all other waters that are navigable-in-fact (e.g., the Great Salt Lake, UT and Lake Minnetonka MN). For purposes of CWA jurisdiction and this guidance, waters will be considered traditional navigable waters if:
- They are subject to Section 9 or 10 of the Rivers and Harbors Act, or
- A federal court has determined that the water body is navigable-in-fact under federal law, or
- They are waters currently being used for commercial navigation, including commercial water-borne recreation (e.g., boat rentals, guided fishing trips, water ski tournaments, etc.), or
- They have historically been used for commercial navigation, including commercial water-borne recreation; or
- They are susceptible to being used in the future for commercial navigation, including commercial water-borne recreation.  Susceptibility for future use may be determined by examining a number of factors, including the physical characteristics and capacity of the water (e.g., size, depth, and flow velocity, etc.) to be used in commercial navigation, including commercial recreational navigation, and the likelihood of future commercial navigation or commercial water-borne recreation.  Evidence of future commercial navigation use, including commercial water-borne recreation (e.g., development plans, plans for water dependent events, etc.), must be clearly documented. Susceptibility to future commercial navigation, including commercial water-borne recreation, will not be supported when the evidence is insubstantial or speculative. Use of average flow statistics may not accurately represent streams with "flashy" flow characteristics.  In such circumstances, daily gage data is more representative of flow characteristics.

49

SHARFIEXPERTS0000154

Applying this definition to the current case, this would include the North Fork of the St. Lucie River and Bessey Creek upstream to the extent of tidal influence and navigation.

The DOJ Expert Team Report states "Bessey Creek becomes tidally influenced upstream from its junction with the St. Lucie River. Consequently, the tidally influenced downstream reach of Bessey Creek is a TNW approximately 4.5 miles downstream from the Site. From its junction with Bessey Creek, the St. Lucie River then flows east and then southeast for approximately 10.9 miles. It joins the TNWs of St. Lucie Inlet and the Atlantic Ocean." The DOJ Expert Team Report clarifies that "The DOJ Expert Team determined that the closest TNW to the Site is the tidally influenced reach of Bessey Creek that flows under SW Murphy Road Bridge, approximately 4.5 miles from the Site (latitude 27.1903° north and longitude 80.2977° west)". I reviewed various data to determine the downstream extent of the TNW including the USFWS NWI data indicating the extent of estuarine versus freshwater systems (Figure 20), SFWMD FLUCFCS data (Figure 21), and aerial imagery (Figures 3-7, and 10). For the purposes of this WOTUS analysis, I accept the DOJ Expert Team's identification of the SW Murphy Road Bridge as the closest extent of the TNW to the Site. I do not agree that it is 4.5 miles from the Site. I have estimated it to be approximately 5.75 miles from the DLS Environmental Services delineated wetland, up the north-south Canal Ditch, to the east-west Canal-Ditch, to the freshwater portion of Bessey Creek extending to the SW Murphy Road Bridge. If the DOJ Expert's "continuous flow pathway" is utilized, the distance increases to approximately 6.25 miles.

## 7.2.2   Relatively Permanent Non-navigable Tributaries of Traditional Navigable Waters and Wetlands with a Continuous Surface Connection with such Tributaries

Extending upstream from the identified TNW, Bessey Creek continues as a freshwater non-navigable tributary. This would include the natural portions of Bessey Creek, and also would include the excavated man-made east-west Canal Ditch. This east-west Canal Ditch does not have permanent standing or flowing

50

SHARFIEXPERTS0000155



**Legend**

- 9.92-Acre Site Boundary
- Study Area - SFWMD Basin 4 (11,049 ac)

**NWI - National Wetlands Inventory (USFWS)**

- Estuarine and Marine Deepwater
- Estuarine and Marine Wetland
- Freshwater Emergent Wetland
- Freshwater Forested/Shrub Wetland
- Freshwater Pond
- Lake
- Riverine

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. U.S. Fish & Wildlife Service (USFWS), National Wetlands Inventory (NWI) data, Feb. 1971 to Dec. 1992. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0    3,000    6,000 Feet
1 inch = 6,000 feet

**FIGURE 20**
**U.S. FISH & WILDLIFE SERVICE (USFWS) NATIONAL WETLANDS INVENTORY (NWI) MAP OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/6/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\NWI_Basin4_A.mxd

SHARFIEXPERTS0000156



**Legend**

- 9.92-Acre Site Boundary
- Study Area - SFWMD Basin 4 (11,049 ac)

**Level 1 Land Cover Classification**

- 1 - Urban And Built Up
- 2 - Agriculture
- 3 - Upland Nonforested
- 4 - Upland Forests
- 5 - Water
- 6 - Wetlands
- 7 - Barren Land
- 8 - Transportation, Communication And Utilities

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. SFWMD Land Use and Land Cover, 2014-16. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0 3,000 6,000 Feet

1 inch = 6,000 feet

**FIGURE 21**
**FLORIDA LAND USE, COVER AND FORMS CLASSIFICATION SYSTEM (FLUCFCS) MAP OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\FLUCFCS_Basin4_A.mxd

water, at least in the reach north of the 9.92-acre Site.  It was documented to be dry and without standing or flowing water from the point of connection of the north-south Canal Ditch to just east of the 84th Avenue culverts, where a pool of water existed.  Beyond this pool to the north-south Canal Ditch intersection there was no contiguous standing or flowing water for most of its length at my site inspection of March 10, 2022 (Appendix 4).

However, studies associated with the Hybrid Wetland Treatment Technology facility at Bessey Creek illustrate that even though the east-west Canal Ditch does not flow year-round or have continuous flow, it does have at least seasonal flow and is therefore treated here to be a non-navigable, relatively permanent tributary.

Applying the Scalia Opinion of the Rapanos Decision, even if the east-west Canal Ditch is arguably a relatively permanent water, clearly neither the north-south Canal Ditch nor the DOJ Expert Team Report's "primary flow pathway" would be a relatively permanent water.

As previously discussed in the DOJ Expert Team Report, the "primary flow pathway" diverts to the north and west from the north-south Canal Ditch due to blockages and loss of channel and bed and bank features. Justice Scalia ruled that WOTUS "includes only those relatively permanent standing or continuously flowing bodies of water 'forming geographic features' that are described in ordinary parlance as 'streams[,]… oceans, rivers [and] lakes.'" in the Webster's New International Dictionary 2882 (2nd ed.), and "does not include channels through which water flows intermittently or ephemerally, or channels that periodically provide drainage for rainfall."

129048180.1

SHARFIEXPERTS0000158

The DOJ Expert Team Report describes the northern portion of the north-south Canal Ditch as lacking a channel and bed and bank features; also that the "primary flow pathway" to the northwest lacks any defined channel features. Therefore, with the connection up the north-south Canal Ditch on the "primary flow pathway" would not pass the Scalia test for relatively permanent standing or continuously flowing bodies of water, "forming geographic features."

In considering the Navigable Waters Protection Rule (NWPR), the exclusion of man-made ditches would limit WOTUS to the natural portions of Bessey Creek. The east-west Canal Ditch and north-south Canal Ditch are man-made ditches and thus excluded from designation of WOTUS.

### 7.2.3  Analysis of the Adjacent Wetlands and Non-navigable Tributaries That Are Not Relatively Permanent

Following Justice Kennedy's opinion in Rapanos, any adjacent wetland to non-navigable tributaries must have a significant nexus to a TNW to be considered jurisdictional WOTUS. Wetlands have the requisite significant nexus if the wetlands alone or in combination with similarly situated lands in the region significantly affect the chemical, physical, and biological integrity of other covered waters understood as navigable in the traditional sense. Justice Kennedy goes on to add "when in contrast, these effects on water quality are speculative or insubstantial, they fall outside the zone fairly encompassed by the term navigable waters," i.e., they would not be jurisdictional WOTUS.

The Amended Complaint, paragraph 26 states "the wetlands on the Site were part of a larger contiguous wetland complex." Amended Complaint, paragraph 40 states "Defendants isolated wetlands at the Site from the larger contiguous wetland complex of which the wetlands at the Site had been a part." The DOJ Expert Team Report does not delineate any wetlands on the areas off the 9.92-acre Site, so it does not

54

SHARFIEXPERTS0000159

document that wetlands on the Site are contiguous with any offsite wetland.  The common meaning of "contiguous" is "touching, in contact," and nothing in the report shows wetlands on the 9.92-acre Site touching wetlands offsite.

A review of various data sources does not corroborate the assertion that the wetlands on the 9.92-acre Site were part of a "larger contiguous wetland complex."  A review of historical USGS 7.5-minute Topographic Maps going back to 1948 depict the north-south and east-west Canal Ditches and a few small, isolated, intermittent lake/ponds in the area, none of which are depicted on the 9.92-acre Site (Figures 11 and 12) .  The 9.92-acre Parcel is consistently mapped as woodland or non-vegetated uplands.  The USGS NHD also does not depict any NHD waterbodies mapped within the 9.92-acre Site but does show a few small, isolated, SwampMarsh polygons to the north or LakePond polygons to the south (Figure 9).  The USFWS NWI depicts an isolated Freshwater Forested/Shrub Wetland on the 9.92-acre Site (Figure 20).  This wetland polygon is similar to the SFWMD-approved wetland delineation by Ms. Small.  The USFWS NWI also depicts the north-south and east-west ditches as Riverine polygons, and several isolated Freshwater Emergent Wetland polygons in the area.  There is a mapped wetland complex that extends to within approximately 800 feet northwest of the 9.92-acre Site, but my March 2022 site review of the northeastern extent of this mapped wetland confirmed the majority of the NWI mapped Freshwater Emergent Wetland is upland pasture with scattered isolated depressional wetlands.  The SFWMD Florida Land Use, Cover and Forms Classification System (FLUCFCS) dataset depicts an isolated Mixed Wetland Hardwoods wetland within the 9.92-acre Site (Figure 21), slightly similar to the NWI wetland polygon.  The SFWMD FLUCFCS dataset does not map the ditches, but does map several scattered, isolated Freshwater Marshes and Wet Prairie polygons.  There is a mapped wetland complex approximately 1,300 feet west of the 9.92-acre Site, but unlike the NWI dataset, this wetland complex does not extend east.  The DOJ Expert Team Report states "conditions on the Site changed from consisting of a mosaic of intact and interconnected

129048180.1

SHARFIEXPERTS0000160

forested and scrub/shrub wetlands on hydric organic soils." The NRCS mapped soils on the 9.92-acre Site include approximately 3.6 acres of Sanibel muck in the southwest corner (Figure 22). This area is consistent with the approximate extent of the SFWMD-approved wetland delineation by Ms. Small. Sanibel muck is a "hydric organic" soil as the DOJ Expert Team Report states. However, the majority of the site is mapped as mineral soils, not organic. Holopaw fine sand, 0 to 2 percent slopes is mapped as approximately 2.4 acres of the northwest and southeast portion of the Site. It is considered a predominantly hydric mineral soil, with a hydric rating of

129048180.1

SHARFIEXPERTS0000161



**Soil Symbol (Martin)**

- 2 - Lawnwood and Myakka fine sands
- 4 - Waveland and Immokalee fine sands
- 5 - Waveland and Lawnwood fine sands, depressional
- 6 - Paola and St. Lucie sands, 0 to 8 percent slopes
- 13 - Placid and Basinger fine sands, depressional
- 16 - Oldsmar fine sand, 0 to 2 percent slopes
- 17 - Wabasso sand, 0 to 2 percent slopes
- 19 - Winder sand, depressional
- 21 - Pineda and Riviera fine sands
- 22 - Okeelanta muck, depressional, 0 to 1 percent slopes
- 23 - Urban land
- 27 - Arents, organic substratum, 0 to 5 percent slopes
- 30 - Bessie muck
- 35 - Salerno sand
- 36 - Arents, 0 to 2 percent slopes

- 38 - Floridana fine sand, depressional
- 40 - Sanibel muck
- 42 - Hallandale sand
- 49 - Riviera fine sand, depressional, 0 to 1 percent slopes
- 52 - Malabar fine sand, high, 0 to 2 percent slopes
- 53 - Udorthents, 0 to 35 percent slopes
- 55 - Basinger fine sand, 0 to 2 percent slopes
- 56 - Wabasso and Oldsmar fine sands, depressional
- 57 - Chobee muck, depressional, 0 to 1 percent slopes
- 58 - Gator and Tequesta mucks
- 61 - Hobe fine sand, 0 to 5 percent slopes
- 63 - Nettles sand
- 66 - Holopaw fine sand, 0 to 2 percent slopes
- 67 - Kesson sand, tidal
- 73 - Samsula muck, frequently ponded, 0 to 1 percent slopes
- 99 - Water

**Legend**

- 9.92-Acre Site Boundary
- Study Area - SFWMD Basin 4 (11,049 ac)

Source: Project boundary from FGDL state-wide parcel database, 2019. Basin 4 boundary from SFWMD Arc Hydro Enhanced Database (AHED), 2022. USDA, NRCS, SSURGO database for Martin County, FL, V. 2.2, pub. 2015. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0    3,000    6,000
Feet
1 inch = 6,000 feet

**FIGURE 22**
**NATURAL RESOURCES CONSERVATION SERVICE (NRCS) SOILS MAP OF THE 9.92-ACRE SITE STUDY AREA, MARTIN COUNTY, FLORIDA.**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC. Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/5/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\Soils_Basin4_A.mxd

SHARFIEXPERTS0000162

96% under natural conditions. The SFWMD-approved wetland delineation by Ms. Small excluded the majority of this map unit as upland on the Site, while the DOJ Expert Team included a portion of these mapped soils. Oldsmar fine sand, 0 to 2 percent slopes is mapped as approximately 3.9 acres in the northeast portion of the Site. It is considered a predominantly nonhydric mineral soil, with a hydric rating of 12%. Both Ms. Small and the DOJ Expert Team excluded the majority of the Oldsmar fine sand map unit as upland on the 9.92-acre Site. Finally, I reviewed historical aerial photography back to 1950 which show the landscape with isolated wetlands, rather than a "large contiguous wetland complex". Therefore, taking all data reviewed under consideration, I do not conclude that the wetland on the 9.92-acre Site was part of a "larger contiguous wetland complex," but rather was historically an isolated wetland.

In this case, the Plaintiff alleges that the wetlands on the 9.92-acre Site directly abut and have regular surface and shallow subsurface hydrological connections to Bessey Creek and have a significant effect on the chemical, physical, and biological integrity of the tidally influenced portion of Bessey Creek, a TNW.

Figure 1 shows, by the blue line, the general flow path to the downstream tidal TNW of Bessey Creek as described in the DOJ Expert Report.

This purported significant nexus is evaluated below.

Key points in the significant nexus analysis as set forth in the 2008 Rapanos Guidance are outlined below:

129048180.1

SHARFIEXPERTS0000163

## Key Points

- The agencies will assert jurisdiction over non-navigable, not relatively permanent tributaries and their adjacent wetlands where such tributaries and wetlands have a significant nexus to a traditional navigable water.
- A significant nexus analysis will assess the flow characteristics and functions of the tributary itself and the functions performed by any wetlands adjacent to the tributary to determine if they significantly affect the chemical, physical and biological integrity of downstream traditional navigable waters.
- "Similarly situated" wetlands include all wetlands adjacent to the same tributary.
- Significant nexus includes consideration of hydrologic factors including the following:
    - volume, duration, and frequency of flow, including consideration of certain physical characteristics of the tributary
    - proximity to the traditional navigable water
    - size of the watershed
    - average annual rainfall
    - average annual winter snow pack
- Significant nexus also includes consideration of ecologic factors including the following:
    - potential of tributaries to carry pollutants and flood waters to traditional navigable waters
    - provision of aquatic habitat that supports a traditional navigable water
    - potential of wetlands to trap and filter pollutants or store flood waters
    - maintenance of water quality in traditional navigable waters
- The following geographic features generally are not jurisdictional waters:
    - swales or erosional features (e.g. gullies, small washes characterized by low volume, infrequent, or short duration flow)
    - ditches (including roadside ditches) excavated wholly in and draining only uplands and that do not carry a relatively permanent flow of water

59

129048180.1

SHARFIEXPERTS0000164

**7.3     Fact-Specific Analysis of Significant Nexus with Traditionally Navigable Waters**

Following the 2008 Guidance Memorandum and the Justice Kennedy Opinion in Rapanos, a tributary "…is the entire reach of the stream that is of the same order (i.e., from the point of confluence, where two lower order streams meet to form a tributary, downstream to the point such tributary enters a higher order stream)." Stream order was discussed in Section 4.5. In this fact-specific analysis it has been demonstrated that two 1st order "streams" intersect at the northwest corner of the parcel. Therefore, this 2nd order "stream" which is intersected downstream by two additional 1st order "streams" eventually discharges into the east-west Canal Ditch, which is a "higher order stream." The 9.92-acre Site onsite wetland is adjacent to the north-south Canal Ditch in the sense it is contiguous, neighboring or bordering, but it does not abut the north-south Canal Ditch, which is a non-navigable, not relatively permanent tributary. This point is demonstrated in the wetland determination by Ms. Small (Figure 19) and as testified to in her recent deposition where she affirms that at the time of her agency-reviewed site inspection the onsite wetland was separated by a field road and did not abut the north-south Canal Ditch. This was further confirmed in the deposition of Mr. Charles Berluconi, who confirmed there was a berm between the north-south Canal Ditch and the southwest corner and that he only saw the ditch overlap the berm on one occasion, that being during or after a hurricane. Additionally, the Martin County LiDAR shows higher elevations along the site adjacent to the north-south Canal Ditch (Figure 14).

Reviewing the lands drained by the north-south Canal Ditch or the "primary flow pathway," similarly situated lands and wetlands lie north of the 9.92-acre Site and border the north-south Canal Ditch or the "primary flow pathway." These are relatively flat lands with similar soil types, vegetation and land uses as agricultural range lands. Interspersed are depressional marsh and shrub wetlands which were historically isolated but now some of which are hydrologically connected by man-made upland cut ditches. It is these lands that were reviewed as Reference Areas in the DOJ Expert Team Report. The DOJ Expert Report

129048180.1

SHARFIEXPERTS0000165

indicates there are approximately 300 acres in the Countess Joy East property between the 9.92 acre Site and the east-west Canal Ditch.  Only wetlands adjacent to the north-south Canal Ditch or potentially the "primary flow pathway" would be similarly situated wetlands.  These are the similarly situated lands that should be evaluated in the significant nexus test as defined in the Kennedy Rapanos Decision and consistent with the Rapanos Guidance.  These similarly situated lands and their wetlands are depicted on Figure 23. This is an approximately 103-acre area in total.  Within this area is the mapped DLS Environmental Services delineation of the wetland on the site; and wetlands on the remainder of the area using the NWI database, as was used by the DOJ Expert Team for their Study Area analysis.  Based on the NWI mapping and the DLS Environmental Services wetland delineation, these areas are separate and isolated from one another except for man-made ditch connections to the north-south Canal Ditch.

The DOJ Expert Team Report defines an 11,049-acre Study Area in the vicinity of the Bessey Creek watershed.  Within this Study Area, the DOJ Expert Team references 1,064 acres of "similarly situated wetland areas" mapped by NWI.  This determination of an 11,049-acre Study Area with 1,064 acres of "similarly situated wetlands" is overly broad, is inconsistent with the Rapanos Guidance, and does not take into account the type, location, or landscape setting of the wetlands.  As has been discussed, the wetlands and Bessey Creek tributaries and adjacent wetlands, based on the NWI map, east of the Turnpike are primarily tidally influenced saltwater estuarine systems.  The tributaries west of the Turnpike are primarily freshwater and man-made Canal Ditches.  Some of the wetlands west of the Turnpike are freshwater emergent wetlands, some freshwater forested/shrub wetlands, freshwater ponds and freshwater Canal Ditches.  Additionally, these various wetland types occur in different landscape settings.  The wetlands and tributaries east of the Turnpike are in a highly developed urban setting.  The wetlands in the southeastern portion of the Study Area west of the Turnpike are in commercial or less dense residential lands; the wetlands north of the east-west Canal Ditch are predominately open rangeland or in agricultural uses with

129048180.1

SHARFIEXPERTS0000166



Legend

▢ Study Area (102.68 ac)
▢ 9.92-Acre Site Boundary
■ DLS Environmental Services, Inc. Wetland (3.55 ac)
■ NWI Wetlands (off-site) (9.05 ac)
■ NWI Riverine (off-site) (0.73 ac)

Source: Project boundary from FGDL state-wide parcel database, U.S. Fish & Wildlife Service (USFWS), National Wetlands Inventory (NWI) data, Feb. 1971 to Dec. 1992. DLS Environmental Services, Inc. wetland survey from February 2022 DOJ Expert Report, position approximated by BDA. ArcGIS Online World Imagery, © ESRI, 2021/2/15.

0   175   350
Feet
1 inch = 350 feet

**FIGURE 23**
**STUDY AREA AND SIMILARLY SITUATED WETLANDS FOR THE 9.92-ACRE SITE,**
**MARTIN COUNTY, FLORIDA**

BDA BREEDLOVE, DENNIS & ASSOCIATES, INC.
Environmental Consultants
330 W. Canton Ave., Winter Park, FL 32789 • 407-677-1882

BN • 4/7/2022 • P:\ATG\2021040\Permit_Use\ReportGraphics_202203\ARCGIS\SimilarlySituatedWetlands_A.mxd

predominantly man-made drainage features, and in the far west part of this northern area is the Martin County Facility; the area in the southwest portion of the Study Area is mostly forested with freshwater emergent and forested/shrub wetlands.  The area in proximity to the 9.92-acre Site is a mix of nursery, farm, and cattle rangeland.  These are the areas referred to in the DOJ Expert Team Report as reference wetlands.

It is these reference wetland areas that are more appropriately characterized as similar based on soil types, vegetation types, hydrology, land use and location distally located from the reviewed TNW.  The area within this broader DOJ Expert Team reference area are the better refined similarly situated lands and wetlands.

### 7.3.1   Physical Characteristics

In considering the significant nexus hydrological factors were considered.  The DOJ Expert Team Report does not indicate how much water flows from the 9.92-acre Site or the similarly situated wetlands to downstream TNWs, or total flows from all sources to those TNWs.  Without this information, one cannot analyze the hydrological effects on downstream TNWs r conclude that those effects are significants.  The statements in the DOJ Expert Team Report about how wetlands have benefits in general does not establish that the specific wetlands at issue in this case have a significant nexus to TNWs downstream of the Site.

It is apparent that, in absolute terms, the 9.92-acre Site wetlands and similarly situated wetlands make little contribution to water flows to downstream TNWs.  The north-south Canal Ditch was originally constructed as a drainage feature to facilitate overall drainage of the area, especially in terms of more rapid drainage following rainstorm events and to reduce the water table.  Southern Florida has abundant rainfall that is unevenly distributed throughout the year.  This results in a wet season and dry season.  The DOJ Expert Team Report states on page 6 that "about 60% of the annual precipitation occurs in the 5 month period June

129048180.1

SHARFIEXPERTS0000168

through October, about 20% in March through May and the remaining 20% in November through February." During the dry period (40% of the time, based on the DOJ Expert Team Report), the north-south Canal Ditch typically goes dry or has no flow. This dry condition was observed during my December 2021 and March 2022 site inspections. During the wet season, flow can occur in this north-south Canal Ditch when the rainfall amounts are sufficient to fill the ditch. It should be pointed out that these ditches are small, only a few feet wide and only $1\pm$ foot deep (Appendix 3). This means that the 9.92-acre Site wetlands and similarly situated wetlands likely contribute flow only a few months out of the year, and typically the flow volumes would be quite small.

The relative scale in the watershed of the 9.92-acre Site and similarly situated wetlands indicates that the hydrological effects on downstream TNWs are insignificant. Given the small size ($103\pm$ acres) of the watershed on this north-south Canal Ditch to the overall Bessey Creek Study Area of 11,049 acres as identified in the DOJ Expert Team Report, the contribution of flow from this north-south Canal Ditch represents only 0.93% of the Basin. Similarly, any flood-attenuation effect of the 9.92-acre Site wetlands and similarly situated wetlands would be proportionate to their scale in the overall watershed. Combining this small, seasonal flow with the approximately 5.75-6.25 miles distance to the tidally influenced TNW of Bessey Creek, the overall hydrological contribution is de minimis and any significant nexus to the total volume in the tidally influenced Bessey Creek would be speculative and insubstantial. Given the lack of physical hydrological connection to the 3.55-acre wetland on the 9.92-acre Site, its effect on the TNW would also be insubstantial. If one looks at the effect on the overall St. Lucie Estuary, of which the tidal portion of Bessey Creek is a part, the contribution is even more insignificant.

129048180.1

SHARFIEXPERTS0000169

### 7.3.2   Chemical Characteristics

In addition to hydrological factors, chemical considerations must be evaluated.  These, however, rest on the degree of hydrological connection and the opportunity to contribute positively or detract negatively.

Like with the issue of hydrological effects, the DOJ Expert Team Report does not identify the type or amount of pollutants that travel from (or are trapped in) the 9.92-acre Site wetlands and similarly situated wetlands to downstream TNWs.  The DOJ Expert Team gathered no water quality data in their site investigations, and therefore  does not demonstrate the absolute effect of the 9.92-acre Site wetlands and similarly situated wetlands on downstream water quality.  The DOJ Expert Team Report also does not identify the total amount of relevant pollutants entering the downstream TNWs from all sources, which means that it cannot demonstrate that the contribution of pollutants from 9.92-acre Site wetlands and similarly situated wetlands is significant to those TNWs in the context of other pollution sources.  The DOJ Expert Team Report discussion of water quality is little more than speculation of the effect of the 9.92-acre Site wetlands and similarly situated wetlands on downstream TNWs.

Publicly available studies of water quality in the St. Lucie Estuary indicate that Bessey Creek as a whole is a minor source of pollutants to the estuary.  The St. Lucie Estuary extends upstream to include the tidally influenced portion of Bessey Creek.  The St. Lucie Estuary has been the subject of various studies indicating the deterioration of the Estuary due to high levels of phosphorus and nitrogen.  In 2008, Florida Department of Environmental Protection (FDEP) established Total Maximum Daily Loads for nutrients and dissolved oxygen within the St. Lucie Estuary which was followed by the development of a Basin Management Action Plan (BMAP) for the St. Lucie Estuary in 2013, and its subsequent implementation.  As part of the TMDL development process, a hydrologic model was used to allocate nutrient load reduction requirements by FDEP Waterbody ID (WBID).  Bessey Creek (WBID 3211), located east of the Florida Turnpike, made

SHARFIEXPERTS0000170

up 2.45% of the modeled flow within the Basin, with the majority of the flow attributed to the C-24 Canal, C-44 Canal, and C-23 Canal, respectively.  The annual average Total Nitrogen (mg/L) load attributed to Bessey Creek was 9.55%, the lowest of all the assessed WBIDs in the Basin.  The majority of the Total Nitrogen was attributed to the C-24 Canal, C-23 Canal, and C-44 Canal, respectively.  The annual average Total Phosphorus (mg/L) load attributed to Bessey Creek was 9.49%, the second lowest of all the assessed WBIDs in the Basin.  The majority of the Total Phosphorus was attributed to the C-23 Canal, C-24 Canal, and South Fork of the St. Lucie River, respectively.

The scale of the Site wetlands and similarly situated wetlands in the context of Basin 4 indicates that their contribution to downstream Total Phosphorus and Total Nitrogen is insubstantial.  As indicated above, the 9.92-acre Site and similarly situated wetlands are approximately 0.93% of the overall Basin 4.

In fact, it is clear that the 9.92-acre Site and similarly situated wetlands contribute less Total Phosphorus and Total Nitrogen than other portions of Basin 4.  There are several contributing sources of nutrients within SFWMD Basin 4 to the St. Lucie Estuary.  East of the Florida Turnpike, within WBID 3211, is dense single family, residential land use which are on septic tanks.  Additionally, the Martin County Solid Waste Transfer and Recycling Landfill Facility is essentially the "headwater" of the east-west Canal Ditch. Finally, agricultural runoff west of the Florida Turnpike is also a contributing source of nutrients.  The DOJ Expert Report indicates that septic tanks and agricultural activities are the major sources of nutrients in Basin 4, but the Report's own figures show that most of the septic tanks are in the eastern portion of the basin (Figure V.C.4.2) and most of the agricultural areas of the basin are located more than a mile away from the 9.92-acre Site (Figure V.C.4.3).  This indicates that the 9.92-acre Site and similarly situated wetlands are less important to the water quality in downstream TNWs than their scale in the basin would suggest.

66

129048180.1

SHARFIEXPERTS0000171

The importance of the 9.92-acre Site and similarly situated wetlands on downstream water quality is further reduced by the Bessey Creek Hybrid Wetland Treatment Technology facility. In 2014, Martin County permitted the Bessey Creek Hybrid Wetland Treatment Technology Project to improve the water quality, specifically phosphorus, discharging to the St. Lucie Estuary. This facility is located at the eastern end of the east-west Canal Ditch, downstream from the Site. The project began operation in 2015 and remains in operation today. It was designed with a minimum 0.5 cfs and maximum 20 cfs capacity, or 2,420 acre-feet annually, to provide nutrient removal to the 2,675-acre Bessey Creek watershed west of Boat Ramp Avenue. Data from the facility operators indicates that it removes most of the Total Phosphorus and Total Nitrogen from water that is treated, and outflows from the facility meet water quality standards. Even if the Site wetlands and similarly situated wetlands were the source of significant amounts of nutrients (there is no documentation that this is true), then the Hybrid Wetland Treatment Technology facility cleanses the water so that it has no significant effect further downstream. This facility makes the upstream watershed relatively unimportant to the water quality of the downstream TNWs, because it removes or attenuates the water quality effects of those upstream areas.

Given the surrounding land use, which is primarily agricultural, and the extensive discharge from the Martin County Transfer and Wastewater Treatment Facility, the opportunity for chemical influence from the 9.92-acre Site is also insubstantial; additionally, given the placement of the Hybrid Wetland Treatment Technology System located between this 9.92-acre Site and the Bessey Creek TNW, the opportunity for chemical effects is further reduced.

129048180.1

SHARFIEXPERTS0000172

### 7.3.3   Biological Characteristics

Effects of the Site wetlands and similarly situated wetlands on the biological integrity of downstream TNWs is also relevant to the significant nexus analysis.  The DOJ Expert Team Report provides no evidence of a biological nexus between the 9.92-acre Site and downstream TNWs.  The report indicates that a few species of fauna were seen on the 9.92-acre Site and similarly situated wetlands, but does not provide evidence of any biological species, habitat or life cycle connections from the 9.92-acre Site to the downstream tidal waters of Bessey Creek and the St. Lucie Estuary.  There also is no evidence that could establish that any biological nexus that does exist between the 9.92-acre Site and downstream TNWs is significant.  The DOJ Expert Team Report contains no description of the ecology of the downstream TNWs, issues of concern to those TNWs, or the relative effect of different areas on the integrity of the downstream aquatic ecosystem. One therefore cannot conclude that the effects of wetlands at the 9.92-acre Site and similarly situated wetlands is significant to the biological integrity of the downstream waters, because there is no evidence of context.

The flora and fauna observed on the 9.92-acre Site and similarly situated wetlands plainly have little connection to ecology of the downstream TNWs.  The downstream TNWs have an estuarine aquatic ecosystem.  The 9.92-acre Site and nearby areas are freshwater areas that are only intermittently wet. There is no indication that the terrestrial freshwater habitat at the 9.92-acre Site and Countess Joy property provides habitat to the aquatic estuarine species of the downstream TNWs.

Even if the habitat types were the same, the distance of the 9.92-acre Site and similarly situated wetlands to the tidally influenced waters downstream would attenuate the biological nexus between the two areas. As indicated above, the Site is located approximately 5.75-6.25 miles away from the nearest tidally influenced water.  It would be exceedingly difficult for aquatic flora and fauna to move upstream through

68

SHARFIEXPERTS0000173

intermittent ditches to the 9.92-acre Site and Countess Joy property.  This is especially true because the Hybrid Wetland Treatment Technology facility diverts most of the water in the east-west Canal Ditch and chemically treats it before returning the water to the Canal Ditch.  In my opinion, this likely has the effect of limiting the exchange of organisms upstream and downstream of that facility.  Even if flora and fauna in the aquatic ecosystem of the tidally influenced portions of Bessey Creek do use freshwater wetlands, they would use wetlands much closer to the tidal waters than those in the vicinity of the 9.92-acre Site.  Distance factors aside, the 9.92-acre Site and similarly situated wetlands represent 0.93% of the overall watershed, and 1.18% of all wetlands in Basin 4.

The 9.92-acre Site wetlands that were filled amounted to approximately 3.55 acres representing 0.33% of the DOJ Expert Team's identified 1,064 acres of wetlands in the similarly situated lands.  These onsite activities have not materially changed the surface or groundwater flow from the site to the east-west Canal Ditch.  Any biological processes occurring in the north-south Canal Ditch or the DOJ Expert Team Report "primary flow pathway" continue and remain unaltered.

Given the size of the overall watershed, the limited scope of this contributing area and the lack of any demonstrated ecological connections there is no significant nexus for biological effects on the downstream TNWs that is more than speculative and insubstantial.

129048180.1

SHARFIEXPERTS0000174

**8.0     Conclusions**

After review of the data and analysis in the DOJ Expert Team Report, the databases, governmental reports cited, personal site inspections and independent survey data obtained, I do not find that the 9.92-acre Site contains wetlands that meet the Rapanos Supreme Court Decision test to be WOTUS.  Neither the Scalia Opinion nor the Kennedy Opinion are satisfied based on the site-specific data and circumstances presented in this case.  Nor would the NWPR extend WOTUS to include the 9.92-acre Site due to its only hydrologic connection being through man-made ditches which are categorically excluded from WOTUS.  The 9.92-acre Site does not abut a TNW; and the non-navigable, non-permanent hydrological connection does not present any evidence of a significant nexus to the TNW, even considering similarly situated lands to affect the chemical, physical or biological integrity of the downstream TNW.

As Justice Kennedy stated in his Rapanos Opinion, "When, in contrast, wetland's effects on water quality are speculative or insubstantial, they fall outside the zone fairly encompassed by the statutory term 'navigable waters'."

Justice Kennedy further stated that "Under the analysis described earlier, *supra*, at 22-23, 25, mere hydrologic connections should not suffice in all cases; the connection may be too insubstantial for the hydraulic linkage to establish the required nexus with navigable waters as traditionally understood."  The fact-specific nexus analysis demonstrates that any effects of the on-site wetland and the wetlands near the Site on downstream traditional navigable waters are speculative and too insubstantial for there to be a significant nexus.

70

129048180.1

SHARFIEXPERTS0000175

## 9.0 REFERENCES

Parmer, K., K. Laskis, R. McTear, and R. Peets. 2008. TMDL Report Nutrient and Dissolved Oxygen TMDL for the St. Lucie Basin.  Florida Department of Environmental Protection, Tallahassee, FL.

South Florida Water Management District.  2014.  Individual Environmental Resource Permit Staff Report. Environmental Resource Permit No. 43-01748-P.  West Palm Beach, Florida.

St. Lucie River and Estuary Basin Technical Stakeholders.  2013.  Basin Management Action Plan for the Implementation of Total Maximum Daily Loads for Nutrients and Dissolved Oxygen by the Florid Department of Environmental Protection in the St. Lucie River and Estuary Basin.  Florida Department of Environmental Protection, Tallahassee, FL.

U.S. Army, Corps of Engineers.  2010.  Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Atlantic and Gulf Coast Region (Version 2.0).  ERDC/EL TR-10-20.  U.S. Army, Corps of Engineers, Washington, DC.

U.S. Army, Corps of Engineers. 1987.  Corps of Engineers Wetland Delineation Manual.  Technical Report Y-87-1.  U.S. Army, Corps of Engineers, Vicksburg, MS.

U.S. Environmental Protection Agency and U.S. Army, Corps of Engineers.  2008.  Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in Rapanos v. United States & Carabell v. United States.  Washington, DC.

Watershed Technologies LLC.  2021.  Water Hyacinth Monitoring, Reporting and Remediation at the Bessey Creek Hybrid Wetland Treatment Technology Project.  SFWMD ERP Permit #43-01748-P.  2020-2021 Annual Report.  Satellite Beach, FL.

Watershed Technologies LLC.  2016.  Implementation of Hybrid Wetland Treatment Technology in the Northern Everglades Watershed.  Prepared for: Florida Department of Agriculture and Consumer Services Contract #022562.  Satellite Beach, FL.

129048180.1

SHARFIEXPERTS0000176