# EXHIBIT 79

*United States v. Benjamin K. Sharfi and NeshaFarm, Inc.*
Case No. 2:21-cv-14205-KAM

**Supplemental Expert Report**

September 15, 2023

Prepared by:

*Michael M. Wylie*
_____
Mike Wylie, M.S.

USAEXPERTS0005082

On February 18, 2022, I, together with a Team of scientists retained by the United States Department of Justice, submitted an expert report in this matter ("DOJ Expert Team Report"). That report documented the observations and conclusions of our Team's extensive investigation of the nature and extent of wetlands on the Defendants' property (the "Site," as that term is defined and used in the DOJ Expert Team Report), whether those wetlands are protected by the Clean Water Act ("CWA"), Defendants' impacts to those wetlands by filling and other activities, and recommendations for mitigation and restoration of protected wetlands.

This supplemental report contains my opinions regarding whether the wetlands on the Site that Defendants filled are within the geographic jurisdiction of the CWA considering the Supreme Court's recent decision in *Sackett v. EPA*, case no. 21-454. I incorporate my opinions and the facts and data on which they are based in the DOJ Expert Team Report. My supplemental opinions are also based on the facts and data reflected in my initial report, the opinions of the DOJ Expert Team, and the supplemental report of Wade Nutter, Ph.D., that will be disclosed simultaneously with this supplemental report.

**1.      Qualifications and testimony**

My qualifications are set out in the CV attached to the DOJ Expert Team Report. Outside of this case, I have not testified as an expert at a deposition or trial in any cases since submitting the DOJ Expert Team Report.

**2.      Methodology**

The DOJ Expert Team Report contains the scientific methodology the Team used and documentation supporting the Team's conclusions, which I incorporate in full. The following briefly summarizes the DOJ Expert Team's methodology to determine the geographic extent of wetlands on the Site.

Prior to two on-site investigations of the Site, the DOJ Expert Team assessed off-site resources and reviewed literature to determine the location of wetlands on the Site preceding disturbance. These resources included:

a.      U.S. Department of Agriculture - Natural Resources Conservation Service ("NRCS") Web Soil Survey;

b.      The U.S. Fish & Wildlife Service National Wetlands Inventory Map ("NWI"); and

c.      The Florida Land Use, Cover, and Forms Classification System ("FLUCCS") developed by the Florida Department of Transportation to define land use and land cover.

The DOJ Expert Team reviewed multiple years of historical aerial photography, 2016 and 2019 LiDAR photography of the Site and the area surrounding the Site, and documents produced in the case.

USAEXPERTS0005083

In April and November 2018, the South Florida Water Management District ("SFWMD") conducted aerial reconnaissance of the Site that the DOJ Expert Team reviewed. Taken together, these off-site resources provided the DOJ Expert Team with a comprehensive overview of the Site pre- and post-disturbance.

After this review, the DOJ Expert Team conducted on-site investigations of the Site's wetland status in September and October 2021. If we found wetlands on the Site, our primary objective was to assess whether the wetlands were waters of the United States ("WOTUS").

The extensive disturbance on the Site led the DOJ Expert Team to examine the Site under the Atypical procedures of the 1987 Corps of Engineers' ("Corps") Wetlands Delineation Manual ("Manual") and the Corps' 2010 Regional Supplement to the Manual for the Atlantic and Gulf Coastal Plain Region ("Regional Supplement"). During September 13 and 14 and October 18 and 19, 2021, Site investigations, the DOJ Expert Team excavated a series of soil pits to determine if hydric soils and/or wetland hydrology could be found at each location. All assessment locations are shown on Exhibit 1 (Figure IV.D.5.2). For reference, Danna Small's wetland assessment points are also shown based on the GPS locations she recorded on Wetland Determination Data Forms (wetland data sheets).

All data were sampled and collected in accordance with the methodologies and procedures of the Manual and Regional Supplement. We installed six shallow ground water wells to document wetland hydrology at various locations on the Site and sampled the vegetative community around each sampling point. *See* Exhibit 2 (Figure IV.B.2.a.1). The DOJ Expert Team utilized the Corps' Antecedent Precipitation Tool ("APT") to determine if precipitation was normal for the September and October Site investigations. *See* Exhibit 3 (Figure III.B.3.1). An Olympus TG-6 camera was used to photograph each soil sampled location and site observations and field notes were recorded in a notebook or on the appropriate wetland data sheet. All wetland sampled locations and points of interest were acquired using RTK survey equipment with sub-meter horizontal accuracy capability.

3.     **Geographic Jurisdiction Under the CWA**

In *Sackett v. EPA*, 598 U.S. 651 (2023), the Supreme Court established when wetlands are part of "the waters of the United States." The Court concluded that the *Rapanos v. United States*, 547 U.S. 715 (2006), plurality was correct that "the CWA's use of 'waters' encompasses only those relatively permanent, standing or continuously flowing bodies of water forming geographical features that are described in ordinary parlance as streams, oceans, rivers, and lakes." *Sackett*, 598 U.S. at 671 (quoting *Rapanos*, 547 U.S. at 739) (cleaned up). For wetlands to be jurisdictional, the Court also agreed with the *Rapanos* plurality that the wetlands must have "a continuous surface connection to water bodies that are 'waters of the United States' in their own right, so that there is no clear demarcation between 'waters' and wetlands." *Id.* at 678 (quoting *Rapanos*, 547 U.S. at 742).

Consistent with this test, the wetlands our Team delineated on the Site are within the jurisdiction of the CWA because they are part of a larger wetland that, prior to Defendants disturbing the Site, abutted and had a continuous surface connection to the upstream reach of Bessey Creek, the North-South Ditch, and the 84th Avenue roadside ditch, which are all

2

relatively permanent bodies of water connected to the downstream tidal reach of Bessey Creek, a traditional navigable water, and other traditional navigable waters further downstream.

    **a.**    **The upstream reach of Bessey Creek constitutes a water of the United States because it is a relatively permanent body of water connected to a traditional navigable water.**

The northern and upstream reach of Bessey Creek, which Defendants refer to as the East-West Ditch, is a historically excavated channel that begins at the Martin County Solid Waste Transfer Station and Landfill facility ponds to the west and upstream of the Site ("upstream reach of Bessey Creek"). The upstream reach of Bessey Creek runs through property located due north of the Site ("Countess Joy Reference Area"). It is approximately 1,600 feet (0.3 miles) from the northern boundary of the Site.

        **i.**    **Relatively permanent**

I concur with Dr. Nutter's opinion that the upstream reach of Bessey Creek is a relatively permanent body of water. In addition to the reasons supporting Dr. Nutter's opinion, I observed the upstream reach of Bessey Creek and the downstream waters of Bessey Creek flowing during three separate investigations of the Site and surrounding areas. I documented my observations in photographs in the following figures, among others included in my opening report: Exhibit 4 (Figure V.C.2.3 (August 23, 2021)), Exhibit 5 (Figure V.C.2.7 (August 24, 2021)), Exhibit 6 (Figure V.C.6.b.2 (September 15, 2021)), Exhibit 7 (Figure V.C.6.c.2 (October 19, 2021)), and Exhibit 8 (Figure V.C.6.d.2 (October 19, 2021)).

My opinion is also informed by additional observations of other DOJ Expert Team members of water flowing in the upstream reach of Bessey Creek and its downstream waters. For example, in December 2021, Dr. Nutter visited the Site, the Countess Joy Reference Area, and surrounding areas to remove the ground water wells the Team previously installed. Near the water gauge depicted as "Bessey Up" in Exhibit 2 (Figure IV.B.2.a.1), which was located in the upstream reach of Bessey Creek on the Countess Joy Reference Area, Dr. Nutter documented in the expert report that "water depth receded to the stream thalweg" and that "[t]here was about a foot of water in the thalweg and flow was occurring." DOJ Expert Team Report 48. Dr. Nutter also observed water flowing in downstream reaches of Bessey Creek, which he documented in photographs. *E.g.*, Exhibit 9 (Figure V.C.6.a.9).

Defendants' expert Dr. Michael Dennis is also in agreement that the upstream reach of Bessey Creek, which he refers to as the "east-west Canal Ditch," is a relatively permanent tributary. Dennis Report 53 (Apr. 8, 2022).

        **ii.**    **Connection to traditional navigable waters**

As detailed in the DOJ Expert Team Report, the upstream reach of Bessey Creek flows and is connected to the downstream, tidally influenced reach of Bessey Creek. The upstream reach of Bessey Creek becomes tidally influenced near where it crosses SW Murphy Bridge (latitude 27.1903° north and longitude 80.2977° west), which is approximately five miles downstream from the upstream reach of Bessey Creek that is located due north of the Site.

USAEXPERTS0005085

Bessey Creek is a traditional navigable water at this location. *See* Exhibit 10 (Figure V.C.2.12). Defendants' expert Dr. Dennis agrees. Dennis Report 50 (Apr. 8, 2022).

From there, the tidal reach of Bessey Creek continues to flow to the St. Lucie River, which then flows east and then southeast for approximately 10.9 miles to join the St. Lucie Inlet and the Atlantic Ocean, all of which are also traditional navigable waters.

> **b.      Prior to Defendants' discharges, the wetlands on the Site had a continuous surface connection with the upstream reach of Bessey Creek.**

Prior to Defendants' discharges, the wetlands on the Site were part of a large wetland that continues north of the Site until it reaches and physically abuts, or touches, the upstream reach of Bessey Creek. The DOJ Expert Team determined the extent of the wetland through offsite procedures, detailed below and in our prior report, and extensive onsite field work over a three-month period that included wetland determinations at 13 locations and seven monitoring wells on the Countess Joy Reference Area and six monitoring wells and 10 wetlands determinations on the Site. The collection of these data and my numerous traverses across the wetland led to my opinion that, before Defendants' Site work, the wetland was one large, contiguous wetland stretching from the Site through the Countess Joy Reference Area to abut the upstream reach of Bessey Creek.

> **i.      Delineation of wetlands on Site**

"Wetlands" are "areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions." 33 C.F.R. § 328.3(b) (1987).

The DOJ Expert Team determined that approximately 5.97 acres of wetlands were located on the Site before the mechanical clearing of vegetation and associated redistributions of soils, filling, excavating, land levelling, and road and construction activities began.

As detailed in the Methods section of our February 2022 Expert Report, we based this determination on the Manual and Regional Supplement, as well as our interpretation of standard mapping, aerial photography, remote sensing, resources, reviews of previous delineations on the Site, field inspection reports, monitoring of Site and Reference Area water levels, and three field investigations of the Site and surrounding areas conducted in August, September, and October 2021. The geographical extent of wetlands on the Site that the DOJ Expert Team delineated is reflected in Exhibit 11 (Figure V.C.2.1).

> **ii.      Continuous surface connections via the large, contiguous wetland**

Before Defendants' discharges, the Site wetlands were part of a large wetland that has continuous surface connections to the upstream reach of Bessey Creek.

During September and October 2021, the DOJ Expert Team conducted a series of fourteen wetland determinations on the adjacent Countess Joy Reference Area. Thirteen of the sampled points were wetlands and one sampled point was uplands (point W10). The location of

4

the sampling areas for each Wetland Determination Data Form is reflected in Exhibit 12 (Figure IV.B.1.2).

The DOJ Expert Team determined that the wetlands on the Countess Joy Reference Area are contiguous to the Site's wetlands and are part of one large, contiguous wetland (*see* Exhibits 13–15) that abuts, or touches, the upstream reach of Bessey Creek. *See* Exhibit 16 (Figure V.C.2.9); Exhibit 17 (Figure V.C.2.10); Exhibit 18 (Figure V.C.2.11).

Prior to Defendants' discharges, one could have walked on wetlands from the Site to the upstream reach of Bessey Creek without departing the larger, contiguous wetland. Indeed, during investigations in August, September, and October 2021, I, together with Drs. Rains, Nutter, and Stewart, walked from wetlands in the southwestern area of the Countess Joy Reference Area nearest to the wetlands on the Site (before Defendants' discharges) to multiple locations where the large, contiguous wetland directly abuts the upstream reach of Bessey Creek, without leaving areas that the DOJ Expert Team determined and documented satisfied the requisite criteria to be wetlands. *See* Exhibits 13–15. Drs. Raines, Nutter, and Stewart and I documented through wetland data sheets, field notes, and photographs that a large, contiguous wetland exhibiting similar hydrophytic vegetation, hydric soils, and wetland hydrology at or above the ground surface extends from the Site in a northwest direction to the upstream reach of Bessey Creek and also abuts the N/S Ditch.

Our observations and documentation of the large, contiguous wetland are also consistent with the general contours of hydric soils in the NRCS soils maps. The NRCS maps show continuous areas of Sanibel muck and Holopaw fine sand from the southwest quadrant of the Site extending up to the Countess Joy Reference Area and abutting the upstream reach of Bessey Creek and other tributaries. *See* Exhibit 19 (Figure III.D.1 (Revised)); Exhibit 20 (Figure III.D.2 (Revised)). Dr. Stewart's soils investigation showed that both soil types are listed as hydric soils on the local soil survey area for Martin County. Our field observations of the large, contiguous wetland were consistent with the identification of these hydric soils by NRCS. In other words, we identified wetlands in areas NRCS mapped as the hydric soils of Sanibel muck and Holopaw fine sand.

During our field work, we found many acres of wetlands on the Countess Joy Reference Area that were listed by NRCS as having hydric soils but were not mapped wetlands by NWI. NWI wetlands are determined using maps, soil, and vegetation interpretation by the U.S. Fish and Wildlife Service. They are not used alone to designate waters of the United States. However, they are regularly used by wetland professionals as one indicator of the possible extent of waters of the United States in an area. This is because the areal extent of NWI wetlands is determined using NWI's definitions of "wetlands," which differs from the regulatory definition of "wetland" for CWA purposes, and via aerial photography and other imagery interpretation and often limited field verification of hydrologic, hydric soils, and vegetation conditions. Aquatic resources that meet the regulatory definition of "wetlands" must also meet the definition of "waters of the United States" to be covered under the CWA.

After we determined that contiguous wetlands extend from the Site and abut the upstream reach of Bessey Creek in at least two locations at wetland data sheet locations W5 and W7, a wetland delineation of all the wetlands on the Countess Joy Reference Area became unnecessary

USAEXPERTS0005087

to determine whether the Site's wetlands are waters of the United States. Each area where the large, contiguous wetland abuts the upstream reach of Bessey Creek is also noted in Exhibits 13–15. In each such area, there are no physical barriers disconnecting the wetland from the upstream reach of Bessey Creek. Rather, the wetland directly abuts, or touches, the upstream reach and thus has a continuous surface connection to the waters of the upstream reach of Bessey Creek. We further documented these connections in the following exhibits: Exhibit 21 (wetland determination data forms for locations marked W5 and W7), Exhibit 22 (USAEXPERTS0000043), and Exhibit 23 (USAEXPERTS0000061).

    **c.**    **Prior to Defendants' discharges, the wetlands on the Site had continuous surface connections with two additional relatively permanent waters connected to traditional navigable waters.**

In addition to the connections described above, prior to Defendants' discharges, the Site's wetlands had a continuous surface connection with the N/S Ditch and the SW 84th Avenue roadside ditch, each of which is a relatively permanent water connected to traditional navigable waters.

    **i.**    **N/S Ditch**

Wetlands on the Site are also within the geographic jurisdiction of the CWA because they directly abut, or touch, the N/S Ditch, a relatively permanent tributary connected to the upstream reach of Bessey Creek and the tidal portion of Bessey Creek further downstream, a traditional navigable water. As shown in Exhibit 24 (Figure III.C.1.1), the N/S ditch on the west boundary of the Site flows north to join the upstream reach of Bessey Creek and bisects the Countess Joy Reference Area. Our field observations and examinations of aerial photography show that the N/S Ditch was constructed prior to 1966 and that it still exists today. *See* Exhibit 25 (Figure V.D.1.a.1). The N/S Ditch is approximately 12 to 15 feet wide and varies from several inches to over a foot in depth. The N/S Ditch also has relatively continuous bed and bank features and an ordinary high-water mark, or OHWM, except in a few areas where either cattle or vehicular traffic crossed the N/S Ditch. *See* Exhibit 26 (Figure V.C.2.2).

The DOJ Expert Team concluded the N/S Ditch is a relatively permanent water because it experiences seasonal flow at least three months a year and is connected to the tidal portion of Bessey Creek, a traditional navigable water. *See* Exhibits 27 (Figure II.B.2); Exhibit 28 (Figure II.B.3); Exhibit 29 (Figure V.C.2.3). For example, we found water flowing in the N/S Ditch to the upstream reach of Bessey Creek during the August and September 2021 investigations of the Site and the Countess Joy Reference Area. *See* Exhibit 30 (Figure V.C.2.4); Exhibit 31 (Figure V.C.2.5). We did not find water flowing the entire length of the N/S Ditch on the Countess Joy Reference Area during the October 2021 investigation. However, our review of the Corps' APT during the October 2021 site investigation demonstrated below normal rainfall in the area which fell near the end of the South Florida rainy season.

The DOJ Expert Team also determined that the large, contiguous wetland, of which the Site's wetlands were a part, abuts, and has a continuous surface connection with, the N/S Ditch. *See* Exhibit 30 (Figure V.C.2.4); Exhibit 31 (Figure V.C.2.5); Exhibit 32 (Figure V.C.2.8). There is no physical barrier, like a berm, dike, or other feature, disconnecting the large, contiguous

USAEXPERTS0005088

wetland from the N/S Ditch at several locations in the Countess Joy Reference Area. The Site wetlands also had a continuous surface connection with the N/S Ditch near the southwest corner of the Site before Defendants filled wetlands on the Site, including by constructing a perimeter road around the Site. Exhibit 33 (Figure V.D.1.a.3); Exhibit 34.

      ii.      **SW 84th Avenue Ditch**

Wetlands on the Site are also within the geographic jurisdiction of the CWA because they directly abut, or touch, a roadside ditch on the eastern side of SW 84th Avenue, a relatively permanent tributary connected to the upstream reach of Bessey Creek and the tidal portion of Bessey Creek further downstream, a traditional navigable water. The roadside ditch on the eastern side of SW 84th Avenue exhibited a continuous bed and bank with an ordinary high-water mark to the upstream reach of Bessey Creek.

The eastern side of SW 84th Avenue exhibits relatively permanent flow to the upstream reach of Bessey Creek. On October 20, 2021, Dr. Nutter and I walked and flagged the primary flow pathway in the large, contiguous wetland from the N/S Ditch west to SW 84th Avenue's east roadside ditch. Flow west toward SW 84th Avenue can be seen exiting the N/S ditch as depicted in Exhibit 32 (Figure V.C.2.8). The continuous flow pathway between the large, contiguous wetland and the SW 84th Avenue roadside ditch is also depicted in Exhibit 35 (Figure V.D.1.a.4). Dr. Nutter placed RWell7 at the intersection of the flow pathway, the wetland, and the eastern ditch to monitor flow in the ditch. *See* Exhibit 36 (Figure V.C.2.6). Dr. Nutter determined that the roadside ditch along the eastern side of SW 84th Avenue has perennial flow from at least the point of connection with the large, contiguous wetland to the nearby intersection with the upstream reach of Bessey Creek. *See* Exhibit 37 (Figure V.D.1.b.1.3); Exhibit 38 (Figure V.C.2.7). As noted previously, the upstream reach of Bessey Creek becomes a tidal water downstream, where it is a traditional navigable water. Thus, the SW 84th Avenue roadside ditch is a relatively permanent tributary connected to a traditional navigable water.

Consequently, the DOJ Expert Team identified another area where the large, contiguous wetland, which includes wetlands on the Site, abuts a relatively permanent tributary to the upstream reach of Bessey Creek, which flows to the tidal reach of Bessey Creek and additional downstream traditional navigable water. The large, contiguous wetland thus has a continuous surface connection with waters of the roadside ditch along the eastern side of SW 84th Avenue, a relatively permanent water. *See* Exhibit 36 (Figure V.C.2.6). And there is no physical barrier, like a berm, dike, or other feature disconnecting the wetland from the relatively permanent roadside ditch along the eastern side of SW 84th Avenue.

Taken together, the wetlands on the Site are part of a large, contiguous wetland that has a continuous surface connection, in at least four locations, to relatively permanent tributaries to downstream traditional navigable waters. Therefore, the impacted wetlands on the Site are waters of the United States.

7

# Exhibit 1

USAEXPERTS0005090



Figure IV.D.5.2. DL Small's wetland sample points.

USAEXPERTS0005091

# Exhibit 2

USAEXPERTS0005092



Figure IV.B.2.a.1. Location of Site and Countess Joy Reference Area water table monitoring wells, surface water gauges, and observed Site drainage pipe outlets.

USAEXPERTS0005093

# Exhibit 3

USAEXPERTS0005094



| | |
|---|---|
| Coordinates | 27.168363, -80.362303 |
| Observation Date | 2021-12-14 |
| Elevation (ft) | 22.85 |
| Drought Index (PDSI) | Incipient drought (2021-11) |
| WebWIMP $H_2O$ Balance | Wet Season |

| 30 Days Ending | 30th %ile (in) | 70th %ile (in) | Observed (in) | Wetness Condition | Condition Value | Month Weight | Product |
|---|---|---|---|---|---|---|---|
| 2021-12-14 | 1.229528 | 5.651575 | 3.92126 | Normal | 2 | 3 | 6 |
| 2021-11-14 | 2.434646 | 6.896457 | 1.854331 | Dry | 1 | 2 | 2 |
| 2021-10-15 | 5.371654 | 9.018504 | 3.65748 | Dry | 1 | 1 | 1 |
| Result | | | | | | | Drier than Normal - 9 |

Figure and tables made by the
**Antecedent Precipitation Tool**
Version 1.0

Written by Jason Deters
U.S. Army Corps of Engineers

| Weather Station Name | Coordinates | Elevation (ft) | Distance (mi) | Elevation Δ | Weighted Δ | Days Normal | Days Antecedent |
|---|---|---|---|---|---|---|---|
| STUART | 27.1897, -80.2397 | 13.123 | 7.679 | 9.727 | 3.53 | 10182 | 89 |
| STUART 1.0 ESE | 27.1883, -80.2279 | 13.123 | 0.732 | 0.0 | 0.329 | 28 | 1 |
| PALM CITY 1.4 NW | 27.1755, -80.285 | 12.139 | 2.952 | 0.984 | 1.331 | 2 | 0 |
| PALM CITY 3.1 NW | 27.1976, -80.2999 | 13.123 | 3.74 | 0.0 | 1.683 | 2 | 0 |
| STUART 3.7 SW | 27.1335, -80.2079 | 14.108 | 4.347 | 0.985 | 1.96 | 123 | 0 |
| STUART 5.0 SE | 27.1181, -80.1964 | 14.108 | 5.618 | 0.985 | 2.534 | 1 | 0 |
| PORT SALERNO 5W | 27.0997, -80.2628 | 12.139 | 6.379 | 0.984 | 2.877 | 307 | 0 |
| FORT PIERCE 5.4 SSE | 27.365, -80.3034 | 17.06 | 12.728 | 3.937 | 5.778 | 1 | 0 |
| FT PIERCE | 27.4419, -80.3508 | 24.934 | 18.713 | 11.811 | 8.642 | 706 | 0 |
| FT PIERCE ST LUCIE CO INTL AP | 27.4981, -80.3767 | 23.95 | 22.907 | 10.827 | 10.556 | 1 | 0 |

Figure III.B.3.1. Antecedent Precipitation Tool (APT) analysis used in the study. The dates of field visits by Expert Team members are also shown.

# Exhibit 4

USAEXPERTS0005096



Figure V.C.2.3. N/S Ditch Confluence with Bessey Creek on Countess Joy East Reference Area . View is to the east. (Photograph source: USAEXPERTS 0000646).

USAEXPERTS0005097

# Exhibit 5

USAEXPERTS0005098



Figure V.C.2.7. Eastern 84th Avenue ditch confluence with Bessey Creek on Countess Joy East Reference Area. Bessey Creek culvert beneath 84th Avenue is to the lower left corner of the photograph (Photograph source: USAEXPERTS 0000716).

USAEXPERTS0005099

# Exhibit 6

USAEXPERTS0005100



Figure V.C.6.b.2. Example of potential water quality impact to Bessy Creek with cow manure at Bessey Creek cattle crossing on Countess Joy East Reference Area (Photograph source: USAEXPERTS 0000856).

USAEXPERTS0005101

# Exhibit 7

USAEXPERTS0005102



Figure V.C.6.c.2. Example of carbon export to Bessey Creek on Countess Joy East Reference Area (Photograph source: USAEXPERTS 0000762).

USAEXPERTS0005103

# Exhibit 8

USAEXPERTS0005104



Figure V.C.6.d.2. Sedimentation in Bessey Creek at Citrus Blvd. (Photograph source: USAEXPERTS 0000767).

USAEXPERTS0005105

# Exhibit 9

USAEXPERTS0005106



Figure V.C.6.a.9. Docks in Bessey Creek with mangrove trees in the foreground (Photograph source: USAEXPERTS 0000728).

USAEXPERTS0005107

# Exhibit 10

USAEXPERTS0005108



Figure V.C.2.12 Bessey Creek is a TNW at SW Murphy Road Bridge latitude 27.1903° north and longitude 80.2977° west). (Photograph source: USAEXPERTS 0000729)

USAEXPERTS0005109

# Exhibit 11

USAEXPERTS0005110



Figure V.C.2.1. DOJ Expert Team  Wetland Delineation.

USAEXPERTS0005111

# Exhibit 12

USAEXPERTS0005112



Figure IV.B.1.2.  Location of reference plots at the Countess Joy East and West Reference Areas.

USAEXPERTS0005113

# Exhibit 13

USAEXPERTS0005114



Figure Wetland Map 1 – USDOJ Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on 2021 aerial photography.

USAEXPERTS0005115

# Exhibit 14

USAEXPERTS0005116



Figure Wetland Map 2 – USDOJ Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on 2019 LiDAR elevation model.

USAEXPERTS0005117

# Exhibit 15

USAEXPERTS0005118

Figure Wetland Map 3 – USDOJ Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on NRCS soil map units with hydric rating.

**USDOJ Expert Team Assessment Type**

- Wetland Assessment - Reference
- Surveyed Flow Pathway
- Monitoring Well - Reference
- Staff Gage - Reference
- Direct Surface Connection
- Site Wetlands - USDOJ Expert Team
- Site

**NRCS Hydric Soils: Map Unit Symbol - Map Unit Name (NRCS Hydric Rating)**

- 4 - Waveland and Immokalee fine sands (7% hydric rating)
- 16 - Oldsmar fine sand, 0 to 2 percent slopes (12% hydric rating)
- 17 - Wabasso fine sand, 0 to 2 percent slopes (15% hydric rating)
- 38 - Floridana fine sand, frequently ponded, 0 to 1 percent slopes (100% hydric rating)
- 40 - Sanibel muck (100% hydric rating)
- 49 - Riviera fine sand, frequently ponded, 0 to 1 percent slopes (96% hydric rating)
- 66 - Holopaw fine sand, 0 to 2 percent slopes (96% hydric rating)

- Relatively Permanent Water (RPW)
- Primary surface flow pathway
- Secondary surface flow pathway to Bessey Creek
- Approximate location of contiguous wetlands from Site through Countess Joy East Reference Area

Upstream Reach of Bessey Creek

84th Ave. Roadside Ditch

North/South Ditch

North/South Ditch

North/South Ditch

Upland

SW 84th Ave

Data Source: FDOT 2021 Aerial Photography; NRCS Web Soil Survey

USAEXPERTS0005119

# Exhibit 16

USAEXPERTS0005120



Figure V.C.2.9. Countess Joy East Reference Area W7 wetland sampling point abutting Bessey Creek (Photograph source: USAEXPERTS 0000687).

USAEXPERTS0005121

# Exhibit 17

USAEXPERTS0005122



Figure V.C.2.10. Countess Joy East Reference Area W5 wetland sampling point abutting Bessey Creek (Photograph source: USAEXPERTS 0000677).

USAEXPERTS0005123

# Exhibit 18

USAEXPERTS0005124



Figure V.C.2.11. Countess Joy East Reference Area W6 wetland point abutting Bessey Creek (Photograph source: USAEXPERTS 0000683).

USAEXPERTS0005125

# Exhibit 19

USAEXPERTS0005126



Figure III.D.1 (revised) - USDA NRCS Soil Survey mapped units in the vicinity of the Site.

USAEXPERTS0005127

# Exhibit 20

USAEXPERTS0005128



Figure III.D.2 (revised) - USDA NRCS Soil Survey mapped units at the Site.

USAEXPERTS0005129

# Exhibit 21

USAEXPERTS0005130

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy    City/County: Palm City, Martin    Sampling Date: 8/23/21

Applicant/Owner: Countess Joy, LLC    State: FL    Sampling Point: W1

Investigator(s): M. Wylie, Kai Rains, Nutter, Stewart    Section, Township, Range:

Landform (hillslope, terrace, etc.): Flat    Local relief (concave, convex, none): none    Slope (%): <2

Subregion (LRR or MLRA): U    Lat: 27.169308 degrees N    Long: 80.362871 degrees W    Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes    NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?    Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?    (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?**    Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | |

Remarks:
Sampled area is a long-term pasture, cows were observed on the site.
Precipitation was above normal (Corps' Antecedent Precipitation Tool)
W1 approximately 80 ft north of Sharfi Site

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

✓ Surface Water (A1)
✓ High Water Table (A2)
✓ Saturation (A3)
_ Water Marks (B1)
_ Sediment Deposits (B2)
_ Drift Deposits (B3)
_ Algal Mat or Crust (B4)
_ Iron Deposits (B5)
_ Inundation Visible on Aerial Imagery (B7)
_ Water-Stained Leaves (B9)

_ Aquatic Fauna (B13)
_ Marl Deposits (B15) **(LRR U)**
_ Hydrogen Sulfide Odor (C1)
_ Oxidized Rhizospheres along Living Roots (C3)
✓ Presence of Reduced Iron (C4)
_ Recent Iron Reduction in Tilled Soils (C6)
_ Thin Muck Surface (C7)
_ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

_ Surface Soil Cracks (B6)
_ Sparsely Vegetated Concave Surface (B8)
_ Drainage Patterns (B10)
_ Moss Trim Lines (B16)
_ Dry-Season Water Table (C2)
_ Crayfish Burrows (C8)
_ Saturation Visible on Aerial Imagery (C9)
✓ Geomorphic Position (D2)
_ Shallow Aquitard (D3)
✓ FAC-Neutral Test (D5)
_ Sphagnum moss (D8) **(LRR T, U)**

**Field Observations:**

Surface Water Present?    Yes ✓ No _____ Depth (inches): 0*

Water Table Present?    Yes ✓ No _____ Depth (inches): 3.5

Saturation Present?    Yes ✓ No _____ Depth (inches): 0
(includes capillary fringe)

Wetland Hydrology Present?    Yes ✓ No _____

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:
Excavated pit at 1302; measured water in pit 1328.
Photo #16 of water in pit
Photo #17 and 18 of area surrounding pit
Photo #19 of area surrounding pit - note surface water
Photo #20 striking north over pit toward Sharfi Site
Photo #21 of flood storage function near W1 pit
cow pies everywhere
* surface water observed near the soil pit

USAEXPERTS0005131

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W1

| Tree Stratum (Plot size: 30 ft radius) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii | 5 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

5 = Total Cover
50% of total cover: 2.5   20% of total cover: 1

| Sapling Stratum (Plot size: 30 ft radius) | | | |
|---|---|---|---|
| 1. None Observed | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

0 = Total Cover
50% of total cover: 0   20% of total cover: 0

| Shrub Stratum (Plot size: 5 ft x 5 ft) | | | |
|---|---|---|---|
| 1. Morella cerifera | 15 | Yes | FAC |
| 2. Schinus terebinthifolia | 8 | Yes | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

23 = Total Cover
50% of total cover: 11.5   20% of total cover: 4.6

| Herb Stratum (Plot size: 5 ft radius) | | | |
|---|---|---|---|
| 1. Axonopus fissifolius | 90 | Yes | FACW |
| 2. Rhynchospora microcephala | 20 | No | FACW |
| 3. Lygodium microphyllum | 1 | No | FACW |
| 4. Vitis rotundifolia | 0.5 | No | FAC |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |

111.5 = Total Cover
50% of total cover: 55.8   20% of total cover: 22.3

| Woody Vine Stratum (Plot size: 30 ft radius) | | | |
|---|---|---|---|
| 1. Total cover <5%, combined with herbs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

0 = Total Cover
50% of total cover: 0   20% of total cover: 0

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC: 4 (A)

Total Number of Dominant
Species Across All Strata: 4 (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC: 100 (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | | x 1 = |
| FACW species | | x 2 = |
| FAC species | | x 3 = |
| FACU species | | x 4 = |
| UPL species | | x 5 = |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A =

**Hydrophytic Vegetation Indicators:**

- [ ] 1 - Rapid Test for Hydrophytic Vegetation
- [x] 2 - Dominance Test is >50%
- [ ] 3 - Prevalence Index is ≤3.0[1]
- [ ] Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes [x]   No [ ]

Remarks: (If observed, list morphological adaptations below.)
M. cerifera, P. elliottii, V. rotundifolia, and L. microphyllum were on or originating from hummocks approx. 2 ft high.
Associated vegetation not within herbaceous plot boundaries includes: Juncus, Paspalum, Xyris, Diodea, Bacopa, Blechnum, Woodwardia .

USAEXPERTS0005132

**SOIL**
Sampling Point: __W1__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type¹ | Loc² | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-2 | 10YR 2/1 | 100 | | | | | lfs | > 70% masked sand grains, mucky mineral |
| 2-9 | 7.5YR 3/1 | 60 | | | | | sand | < 70% masked sand grains |
| | 7.5YR 5/3 | 40 | | | | | sand | |
| 9-13 | 7.5YR 3/1 | 70 | | | | | sand | |
| | 5YR 5/4 | 30 | | | | | sand | |
| | | | | | | | | |
| | | | | | | | | |

¹Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.      ²Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

| Indicators | | Indicators for Problematic Hydric Soils³: |
|---|---|---|
| __ Histosol (A1) | __ Polyvalue Below Surface (S8) **(LRR S, T, U)** | __ 1 cm Muck (A9) **(LRR O)** |
| __ Histic Epipedon (A2) | __ Thin Dark Surface (S9) **(LRR S, T, U)** | __ 2 cm Muck (A10) **(LRR S)** |
| __ Black Histic (A3) | __ Loamy Mucky Mineral (F1) **(LRR O)** | __ Reduced Vertic (F18) **(outside MLRA 150A,B)** |
| __ Hydrogen Sulfide (A4) | __ Loamy Gleyed Matrix (F2) | __ Piedmont Floodplain Soils (F19) **(LRR P, S, T)** |
| __ Stratified Layers (A5) | __ Depleted Matrix (F3) | __ Anomalous Bright Loamy Soils (F20) |
| __ Organic Bodies (A6) **(LRR P, T, U)** | __ Redox Dark Surface (F6) |     **(MLRA 153B)** |
| ✓ 5 cm Mucky Mineral (A7) **(LRR P, T, U)** | __ Depleted Dark Surface (F7) | __ Red Parent Material (TF2) |
| __ Muck Presence (A8) **(LRR U)** | __ Redox Depressions (F8) | __ Very Shallow Dark Surface (TF12) |
| __ 1 cm Muck (A9) **(LRR P, T)** | __ Marl (F10) **(LRR U)** | __ Other (Explain in Remarks) |
| __ Depleted Below Dark Surface (A11) | __ Depleted Ochric (F11) **(MLRA 151)** | |
| __ Thick Dark Surface (A12) | __ Iron-Manganese Masses (F12) **(LRR O, P, T)** | ³Indicators of hydrophytic vegetation and |
| __ Coast Prairie Redox (A16) **(MLRA 150A)** | __ Umbric Surface (F13) **(LRR P, T, U)** |   wetland hydrology must be present, |
| __ Sandy Mucky Mineral (S1) **(LRR O, S)** | __ Delta Ochric (F17) **(MLRA 151)** |   unless disturbed or problematic. |
| __ Sandy Gleyed Matrix (S4) | __ Reduced Vertic (F18) **(MLRA 150A, 150B)** | |
| __ Sandy Redox (S5) | __ Piedmont Floodplain Soils (F19) **(MLRA 149A)** | |
| __ Stripped Matrix (S6) | __ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)** | |
| __ Dark Surface (S7) **(LRR P, S, T, U)** | | |

**Restrictive Layer (if observed):**
Type: _____
Depth (inches): _____

Hydric Soil Present?   Yes __✓__   No ____

Remarks:
Photo #14 of soil profile
Photo #15 of Alpha, alpha positive indicator

USAEXPERTS0005133

### WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region

Project/Site: Countess Joy    City/County: Palm City, Martin    Sampling Date: 8/23/21

Applicant/Owner: Countess Joy, LLC    State: FL    Sampling Point: W2

Investigator(s): M. Wylie, K. Raines, Nutter, Stewart    Section, Township, Range:

Landform (hillslope, terrace, etc.): Flat    Local relief (concave, convex, none): none    Slope (%): <2

Subregion (LRR or MLRA): U    Lat: 27.170240 degrees N    Long: -80.362301 degrees W    Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes    NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No __✓__ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed? Are "Normal Circumstances" present? Yes __✓__ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic? (If needed, explain any answers in Remarks.)

### SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes __✓__ No _____ | Is the Sampled Area | |
| Hydric Soil Present? | Yes __✓__ No _____ | within a Wetland? | Yes __✓__ No _____ |
| Wetland Hydrology Present? | Yes __✓__ No _____ | | |

Remarks:

Sampled area is a long-term pasture, cows were observed on the site.
Precipitation was above normal (Corps' Antecedent Precipitation Tool).

### HYDROLOGY

**Wetland Hydrology Indicators:**

| Primary Indicators (minimum of one is required; check all that apply) | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ___ Water Marks (B1) | ___ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ___ Water-Stained Leaves (B9) | | ✓ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) **(LRR T, U)** |

**Field Observations:**

| | | | | | |
|---|---|---|---|---|---|
| Surface Water Present? | Yes __✓__ | No _____ | Depth (inches): 0* | | |
| Water Table Present? | Yes __✓__ | No _____ | Depth (inches): 3.5 | | |
| Saturation Present? (includes capillary fringe) | Yes __✓__ | No _____ | Depth (inches): 0 | Wetland Hydrology Present? Yes __✓__ No _____ | |

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Excavated pit at 1415
Photo #24 of water in pit at 1432
Photo #26 striking SW over pit
Photo #27 striking NE over pit
Observed uneven terrain and friction on wetlands surface, similar vegetation, flood storage, reduced soils; cow pies everywhere
* surface water was observed within five feet of soil pit

USAEXPERTS0005134

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W2

| Tree Stratum (Plot size: 30 ft radius) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii | 5 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 5 = Total Cover | | |

50% of total cover: 2.5   20% of total cover: 1

| Sapling Stratum (Plot size: 15 ft radius) | | | |
|---|---|---|---|
| 1. Total cover <5%, combined with shrubs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 = Total Cover | | |

50% of total cover: 0   20% of total cover: 0

| Shrub Stratum (Plot size: 15 ft radius) | | | |
|---|---|---|---|
| 1. Pinus elliottii | 2 | No | FACW |
| 2. Morella cerifera | 15 | Yes | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 17 = Total Cover | | |

50% of total cover: 8.5   20% of total cover: 3.4

| Herb Stratum (Plot size: 5 ft x 5 ft) | | | |
|---|---|---|---|
| 1. Axonopus fissifolius | 90 | Yes | FACW |
| 2. Rynchospora microcephala | 6 | No | FACW |
| 3. Rynchospora microcarpa | 3 | No | OBL |
| 4. Vitis rotundifolia | 0.5 | No | FAC |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 99.5 = Total Cover | | |

50% of total cover: 49.8   20% of total cover: 19.9

| Woody Vine Stratum (Plot size: 30 radius) | | | |
|---|---|---|---|
| 1. Total cover <5%, combined with herbs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 = Total Cover | | |

50% of total cover: 0   20% of total cover: 0

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:     3     (A)

Total Number of Dominant
Species Across All Strata:     3     (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:     100%     (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

☐ 1 - Rapid Test for Hydrophytic Vegetation
☑ 2 - Dominance Test is >50%
☐ 3 - Prevalence Index is ≤3.0[1]
☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

**Hydrophytic Vegetation Present?**   Yes ☑   No ☐

Remarks: (If observed, list morphological adaptations below).

Tussocks

USAEXPERTS0005135

# SOIL

Sampling Point: __W2__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 3.5 | 10YR 2/1 | 100 | | | | | lfs | > 70 masked sand grains |
| 3.5 - 7 | 10YR 3/1 | 60 | | | | | sand | |
| | 5YR 5/4 | 40 | | | | | sand | |
| 7 - 14 | 7.5YR 3/1 | 80 | | | | | sand | |
| | 7.5YR 5/4 | 20 | | | | | sand | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.   [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

| | Indicators for Problematic Hydric Soils[3]: |
|---|---|
| __ Histosol (A1) | __ Polyvalue Below Surface (S8) (LRR S, T, U) |
| __ Histic Epipedon (A2) | __ Thin Dark Surface (S9) (LRR S, T, U) |
| __ Black Histic (A3) | __ Loamy Mucky Mineral (F1) (LRR O) |
| __ Hydrogen Sulfide (A4) | __ Loamy Gleyed Matrix (F2) |
| __ Stratified Layers (A5) | __ Depleted Matrix (F3) |
| __ Organic Bodies (A6) (LRR P, T, U) | __ Redox Dark Surface (F6) |
| ✓ 5 cm Mucky Mineral (A7) (LRR P, T, U) | __ Depleted Dark Surface (F7) |
| __ Muck Presence (A8) (LRR U) | __ Redox Depressions (F8) |
| __ 1 cm Muck (A9) (LRR P, T) | __ Marl (F10) (LRR U) |
| __ Depleted Below Dark Surface (A11) | __ Depleted Ochric (F11) (MLRA 151) |
| __ Thick Dark Surface (A12) | __ Iron-Manganese Masses (F12) (LRR O, P, T) |
| __ Coast Prairie Redox (A16) (MLRA 150A) | __ Umbric Surface (F13) (LRR P, T, U) |
| __ Sandy Mucky Mineral (S1) (LRR O, S) | __ Delta Ochric (F17) (MLRA 151) |
| __ Sandy Gleyed Matrix (S4) | __ Reduced Vertic (F18) (MLRA 150A, 150B) |
| __ Sandy Redox (S5) | __ Piedmont Floodplain Soils (F19) (MLRA 149A) |
| __ Stripped Matrix (S6) | __ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D) |
| __ Dark Surface (S7) (LRR P, S, T, U) | |

Indicators for Problematic Hydric Soils[3]:
- __ 1 cm Muck (A9) (LRR O)
- __ 2 cm Muck (A10) (LRR S)
- __ Reduced Vertic (F18) (outside MLRA 150A,B)
- __ Piedmont Floodplain Soils (F19) (LRR P, S, T)
- __ Anomalous Bright Loamy Soils (F20) (MLRA 153B)
- __ Red Parent Material (TF2)
- __ Very Shallow Dark Surface (TF12)
- __ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

**Remarks:**

Photo #22 of soil profile

Photo #23 of positive Alpha, alpha test in upper 6 inches

USAEXPERTS0005136

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy ___ City/County: Palm City, Martin ___ Sampling Date: 8/23/21

Applicant/Owner: Countess Joy, LLC ___ State: FL ___ Sampling Point: W3

Investigator(s): M. Wylie, K. Raines, Nutter, Stewart ___ Section, Township, Range: ___

Landform (hillslope, terrace, etc.): Flat ___ Local relief (concave, convex, none): none ___ Slope (%): <2

Subregion (LRR or MLRA): U ___ Lat: 27.171333 degrees N ___ Long: 80.363717 degrees W ___ Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes ___ NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes ___ No ✓ (If no, explain in Remarks.)

Are Vegetation ___, Soil ___, or Hydrology ___ significantly disturbed?   Are "Normal Circumstances" present? Yes ✓ No ___

Are Vegetation ___, Soil ___, or Hydrology ___ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No ___ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes ✓ No ___ | **within a Wetland?** | Yes ✓ No ___ |
| Wetland Hydrology Present? | Yes ✓ No ___ | | |

Remarks:
Sampled area is a long-term pasture, cows were observed on the site.
Precipitation was above normal (Corps' Antecedent Precipitation Tool).

**HYDROLOGY**

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply) | Secondary Indicators (minimum of two required)
---|---
✓ Surface Water (A1) | ___ Surface Soil Cracks (B6)
✓ High Water Table (A2) | ___ Sparsely Vegetated Concave Surface (B8)
✓ Saturation (A3) | ___ Drainage Patterns (B10)
___ Water Marks (B1) | ___ Moss Trim Lines (B16)
___ Sediment Deposits (B2) | ___ Dry-Season Water Table (C2)
___ Drift Deposits (B3) | ___ Crayfish Burrows (C8)
___ Algal Mat or Crust (B4) | ✓ Saturation Visible on Aerial Imagery (C9)
___ Iron Deposits (B5) | ✓ Geomorphic Position (D2)
___ Inundation Visible on Aerial Imagery (B7) | ___ Shallow Aquitard (D3)
___ Water-Stained Leaves (B9) | ✓ FAC-Neutral Test (D5)
___ Aquatic Fauna (B13) | ___ Sphagnum moss (D8) **(LRR T, U)**
___ Marl Deposits (B15) **(LRR U)** |
___ Hydrogen Sulfide Odor (C1) |
___ Oxidized Rhizospheres along Living Roots (C3) |
✓ Presence of Reduced Iron (C4) |
___ Recent Iron Reduction in Tilled Soils (C6) |
___ Thin Muck Surface (C7) |
___ Other (Explain in Remarks) |

**Field Observations:**

Surface Water Present? Yes ✓ No ___ Depth (inches): 0*

Water Table Present? Yes ✓ No ___ Depth (inches): 3

Saturation Present? Yes ✓ No ___ Depth (inches): 0 ___ **Wetland Hydrology Present? Yes ✓ No ___**
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:
Excavated pit at 1434
Photo #33 of water within 3 inches of surface at 1454
Photo #34 striking west toward north/south ditch
Photo #35 striking east over pit
Observed uneven terrain and friction on wetlands surface, similar vegetation, flood storage, reduced soils, cow pies everywhere
* surface water observed near the soil pit

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W3

| Tree Stratum (Plot size: 30 ft radius ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Total cover <5%, combined with shrubs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: 0     20% of total cover: 0

| Sapling Stratum (Plot size: 30 ft radius ) | | | |
|---|---|---|---|
| 1. None Observed | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: 0     20% of total cover: 0

| Shrub Stratum (Plot size: 15 ft radius ) | | | |
|---|---|---|---|
| 1. Quercus laurifolia | 2.5 | No | FACW |
| 2. Morella cerifera | 10 | Yes | FAC |
| 3. Schinus terebinthifolia | 1 | No | FAC |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 13.5 | = Total Cover | |

50% of total cover: 6.8     20% of total cover: 2.7

| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
|---|---|---|---|
| 1. Rhynchospora microcarpa | 2.5 | No | OBL |
| 2. Rhynchospora fascicularis | 2.5 | No | FACW |
| 3. Axonopus fissifolius | 90 | Yes | FACW |
| 4. Andropogon sp. | 0.5 | No | |
| 5. Hypericum cistifolium | 0.5 | No | FACW |
| 6. Eupatorium sp. | 0.5 | No | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 96.5 | = Total Cover | |

50% of total cover: 48.3     20% of total cover: 19.3

| Woody Vine Stratum (Plot size: 30 ft radius ) | | | |
|---|---|---|---|
| 1. None observed | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 | = Total Cover | |

50% of total cover: 0     20% of total cover: 0

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC: 2     (A)

Total Number of Dominant
Species Across All Strata: 2     (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC: 100%     (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | Multiply by: |
|---|---|
| OBL species _____ | x 1 = _____ |
| FACW species _____ | x 2 = _____ |
| FAC species _____ | x 3 = _____ |
| FACU species _____ | x 4 = _____ |
| UPL species _____ | x 5 = _____ |
| Column Totals: 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

- ☐ 1 - Rapid Test for Hydrophytic Vegetation
- ☑ 2 - Dominance Test is >50%
- ☐ 3 - Prevalence Index is ≤3.0[1]
- ☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** -- Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** -- All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** -- All woody vines, regardless of height.

Hydrophytic Vegetation Present?     Yes ☑     No ☐

Remarks:  (If observed, list morphological adaptations below).

USAEXPERTS0005138

# SOIL

Sampling Point: __W3__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 3.5 | 10YR 2/1 | 100 | | | | | lfs | > 70 masked sand grains |
| 3.5 - 9 | 10YR 3/1 | 60 | | | | | sand | |
| | 5YR 5/4 | 40 | | | | | sand | |
| 9 - 13 | 10YR 4/4 | 80 | | | | | sand | |
| | 10YR 5/3 | 20 | | | | | sand | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.    [2]Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

Indicators for Problematic Hydric Soils[3]:

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) (LRR P, T, U)
✓ 5 cm Mucky Mineral (A7) (LRR P, T, U)
___ Muck Presence (A8) (LRR U)
___ 1 cm Muck (A9) (LRR P, T)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) (MLRA 150A)
___ Sandy Mucky Mineral (S1) (LRR O, S)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7) (LRR P, S, T, U)

___ Polyvalue Below Surface (S8) (LRR S, T, U)
___ Thin Dark Surface (S9) (LRR S, T, U)
___ Loamy Mucky Mineral (F1) (LRR O)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) (LRR U)
___ Depleted Ochric (F11) (MLRA 151)
___ Iron-Manganese Masses (F12) (LRR O, P, T)
___ Umbric Surface (F13) (LRR P, T, U)
___ Delta Ochric (F17) (MLRA 151)
___ Reduced Vertic (F18) (MLRA 150A, 150B)
___ Piedmont Floodplain Soils (F19) (MLRA 149A)
___ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D)

___ 1 cm Muck (A9) (LRR O)
___ 2 cm Muck (A10) (LRR S)
___ Reduced Vertic (F18) (outside MLRA 150A,B)
___ Piedmont Floodplain Soils (F19) (LRR P, S, T)
___ Anomalous Bright Loamy Soils (F20) (MLRA 153B)
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

Remarks:
Photo #31 of soil profile
Photo #32 of positive Alpha, alpha test in upper 6 inches

USAEXPERTS0005139

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy    City/County: Palm City, Martin    Sampling Date: 8/23/21

Applicant/Owner: Countess Joy, LLC    State: FL    Sampling Point: W4

Investigator(s): M. Wylie, K. Raines, Nutter, Stewart    Section, Township, Range:

Landform (hillslope, terrace, etc.): Flat    Local relief (concave, convex, none): none    Slope (%): <1

Subregion (LRR or MLRA): U    Lat: 27.170060 degrees N    Long: 27.170060 degrees W    Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes    NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?   (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?**   Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | |

Remarks:
Sampled area is a long-term pasture, cows were observed on the site.
Precipitation was below normal (Corps' Antecedent Precipitation Tool).

## HYDROLOGY

Wetland Hydrology Indicators:

Primary Indicators (minimum of one is required; check all that apply)

- ✓ Surface Water (A1)
- ✓ High Water Table (A2)
- ✓ Saturation (A3)
- ___ Water Marks (B1)
- ___ Sediment Deposits (B2)
- ___ Drift Deposits (B3)
- ___ Algal Mat or Crust (B4)
- ___ Iron Deposits (B5)
- ___ Inundation Visible on Aerial Imagery (B7)
- ___ Water-Stained Leaves (B9)

- ___ Aquatic Fauna (B13)
- ___ Marl Deposits (B15) **(LRR U)**
- ___ Hydrogen Sulfide Odor (C1)
- ___ Oxidized Rhizospheres along Living Roots (C3)
- ✓ Presence of Reduced Iron (C4)
- ___ Recent Iron Reduction in Tilled Soils (C6)
- ___ Thin Muck Surface (C7)
- ___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)

- ___ Surface Soil Cracks (B6)
- ___ Sparsely Vegetated Concave Surface (B8)
- ___ Drainage Patterns (B10)
- ___ Moss Trim Lines (B16)
- ___ Dry-Season Water Table (C2)
- ___ Crayfish Burrows (C8)
- ___ Saturation Visible on Aerial Imagery (C9)
- ✓ Geomorphic Position (D2)
- ___ Shallow Aquitard (D3)
- ✓ FAC-Neutral Test (D5)
- ___ Sphagnum moss (D8) **(LRR T, U)**

Field Observations:

Surface Water Present? Yes ✓ No _____ Depth (inches): 0*

Water Table Present? Yes ✓ No _____ Depth (inches): 2.5

Saturation Present? Yes ✓ No _____ Depth (inches): 0
(includes capillary fringe)

**Wetland Hydrology Present?** Yes ✓ No _____

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photos #37, 38, and 39 of water within 2.5 inches of surface
Photo #40 striking NE over pit
Photo #41 striking west over pit
Observed uneven terrain and friction on wetlands surface, similar vegetation, flood storage, reduced soils, cow pies everywhere
* observed surface water near the soil pit
Near Well W4

USAEXPERTS0005140

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W4

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| Tree Stratum (Plot size: 30 ft radius ) | | | |
| 1. Total cover <5%, combined with shrubs, was 1% | 0 | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 = Total Cover | | |

50% of total cover: _____  20% of total cover: _____

| | | | |
|---|---|---|---|
| Sapling Stratum (Plot size: 15 ft radius ) | | | |
| 1. Total cover <5%, combined with shrubs, was 0.5% | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 = Total Cover | | |

50% of total cover: _____  20% of total cover: _____

| | | | |
|---|---|---|---|
| Shrub Stratum (Plot size: 15 ft radius ) | | | |
| 1. Morella cerifera | 25 | Yes | FAC |
| 2. Pinus elliottii | 1.5 | No | FACW |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 26.5 = Total Cover | | |

50% of total cover: 13.3  20% of total cover: 5.3

| | | | |
|---|---|---|---|
| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
| 1. Axonopus fissifolius | 85 | Yes | FACW |
| 2. Paspalum notatum | 0.5 | No | FACU |
| 3. Rhynchospora microcephala | 15 | No | FACW |
| 4. Lygodium microphyllum | 0.5 | No | FACW |
| 5. Vitis rotundifolia | 0.5 | No | FAC |
| 6. Eupatorium sp. | 0.5 | No | |
| 7. Hypericum sp. | 0.5 | No | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 102.5 = Total Cover | | |

50% of total cover: 51.3  20% of total cover: 20.5

| | | | |
|---|---|---|---|
| Woody Vine Stratum (Plot size: 30 ft radius ) | | | |
| 1. Total cover <5%, combined with herbs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 = Total Cover | | |

50% of total cover: _____  20% of total cover: _____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:  2  (A)

Total Number of Dominant
Species Across All Strata:  2  (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:  100%  (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

☐ 1 - Rapid Test for Hydrophytic Vegetation
☑ 2 - Dominance Test is >50%
☐ 3 - Prevalence Index is ≤3.0[1]
☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?  Yes ☑  No ☐

Remarks: (If observed, list morphological adaptations below).

US Army Corps of Engineers

Atlantic and Gulf Coastal Plain Region – Version 2.0

USAEXPERTS0005141

# SOIL

Sampling Point: __W4__

**Profile Description: (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 2 | 10YR 2/1 | 100 | | | | | lfs | > 70 masked sand grains |
| 2 - 6.5 | 10YR 3/1 | 60 | | | | | sand | |
| | 5YR 5/3 | 40 | | | | | sand | |
| 6.5 - 13 | 10YR 4/4 | 80 | | | | | sand | |
| | 10YR 4/1 | 20 | | | | | sand | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.   [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators: (Applicable to all LRRs, unless otherwise noted.)**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) (LRR P, T, U)
✓ 5 cm Mucky Mineral (A7) (LRR P, T, U)
___ Muck Presence (A8) (LRR U)
___ 1 cm Muck (A9) (LRR P, T)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) (MLRA 150A)
___ Sandy Mucky Mineral (S1) (LRR O, S)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7) (LRR P, S, T, U)

___ Polyvalue Below Surface (S8) (LRR S, T, U)
___ Thin Dark Surface (S9) (LRR S, T, U)
___ Loamy Mucky Mineral (F1) (LRR O)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) (LRR U)
___ Depleted Ochric (F11) (MLRA 151)
___ Iron-Manganese Masses (F12) (LRR O, P, T)
___ Umbric Surface (F13) (LRR P, T, U)
___ Delta Ochric (F17) (MLRA 151)
___ Reduced Vertic (F18) (MLRA 150A, 150B)
___ Piedmont Floodplain Soils (F19) (MLRA 149A)
___ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D)

**Indicators for Problematic Hydric Soils[3]:**
___ 1 cm Muck (A9) (LRR O)
___ 2 cm Muck (A10) (LRR S)
___ Reduced Vertic (F18) (outside MLRA 150A,B)
___ Piedmont Floodplain Soils (F19) (LRR P, S, T)
___ Anomalous Bright Loamy Soils (F20) (MLRA 153B)
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and
wetland hydrology must be present,
unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: _____
Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

Remarks:    Photo #36 of soil profile and positive Alpha, alpha test

USAEXPERTS0005142

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy _____ City/County: Palm City, Martin _____ Sampling Date: 8/24/21

Applicant/Owner: Countess Joy, LLC _____ State: FL _____ Sampling Point: W5

Investigator(s): M. Wylie, K. Raines, Nutter _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.173501 degrees N ___ Long: 80.365276 degrees W ___ Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes _____ NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present?  Yes ✓  No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?   (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | Is the Sampled Area |
| Hydric Soil Present? | Yes ✓ No _____ | within a Wetland?     Yes ✓   No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | |

Remarks:
Sampled area is a drainage area that leads to Bessey Creek, noted flow through this area from interior wetlands to Bessey Creek, sampled located was a former berm adjacent to Bessey Creek but has naturalized over time, cows were observed on the site.
Precipitation was above normal (Corps' Antecedent Precipitation Tool)

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

| | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ___ Water Marks (B1) | ___ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ___ Water-Stained Leaves (B9) | | ✓ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) (LRR T, U) |

**Field Observations:**

Surface Water Present?   Yes ✓  No _____  Depth (inches): 0

Water Table Present?   Yes ✓  No _____  Depth (inches): 1

Saturation Present?   Yes ✓  No _____  Depth (inches): 0     Wetland Hydrology Present?  Yes ✓  No _____
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photos #42, 43 of sampled location flowing to Bessey Creek
Photo #45 of positive Alpha, alpha test

USAEXPERTS0005143

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: __W5__

| Tree Stratum (Plot size: 5 ft x 30 ft ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. _____ | | | |
| 2. _____ | | | |
| 3. _____ | | | |
| 4. _____ | | | |
| 5. _____ | | | |
| 6. _____ | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

| Sapling Stratum (Plot size: 5 ft x 30 ft ) | | | |
|---|---|---|---|
| 1. _____ | | | |
| 2. _____ | | | |
| 3. _____ | | | |
| 4. _____ | | | |
| 5. _____ | | | |
| 6. _____ | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

| Shrub Stratum (Plot size: 5 ft x 30 ft ) | | | |
|---|---|---|---|
| 1. _____ | | | |
| 2. _____ | | | |
| 3. _____ | | | |
| 4. _____ | | | |
| 5. _____ | | | |
| 6. _____ | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

| Herb Stratum (Plot size: 5 ft x 30 ft ) | | | |
|---|---|---|---|
| 1. Steinchisma laxum | 3 | Yes | FACW |
| 2. Axonopus fissifolius | 5 | Yes | FACW |
| 3. Trifolium sp. | 0.5 | No | |
| 4. Phyllanthus sp. | 3 | Yes | UPL |
| 5. Hydrocotyl verticillata | 0.5 | No | OBL |
| 6. Persicaria sp. | 0.5 | No | |
| 7. Hypericum sp. | 0.5 | No | |
| 8. Centella asiatica | 2 | No | |
| 9. Unknown | 2 | No | |
| 10. _____ | | | |
| 11. _____ | | | |
| | 17 = Total Cover | | |

50% of total cover: 8.5   20% of total cover: 3.4

| Woody Vine Stratum (Plot size: 5 ft x 30 ft ) | | | |
|---|---|---|---|
| 1. _____ | | | |
| 2. _____ | | | |
| 3. _____ | | | |
| 4. _____ | | | |
| 5. _____ | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:   2   (A)

Total Number of Dominant
Species Across All Strata:   3   (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:   67%   (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

- ☐ 1 - Rapid Test for Hydrophytic Vegetation
- ☑ 2 - Dominance Test is >50%
- ☐ 3 - Prevalence Index is ≤3.0[1]
- ☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

**Hydrophytic Vegetation Present?**   Yes ☑   No ☐

Remarks:  (If observed, list morphological adaptations below.)
Phyllanthus tenellus and P. abnormis are both documented in Martin County, neither are listed in the NWPL. Plot dimensions selected to characterize long linear landscape feature. Overhanging trees, saplings, shrubs, and vines are rooted in an adjacent, dissimilar vegetation type. Centella asiatica is not listed in the NWPL as in the AGCP, but is listed by the FDEP as FACW in FL. C. erecta is considered FACW in AGCP by NWPL and has been treated synonymously as C. asiatica by other sources (e.g., ITIS.gov)

USAEXPERTS0005144

**SOIL**

Sampling Point: W5

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 6 | 10YR 2/1 | 90 | | | | | lfs | |
| | 10YR 5/3 | 10 | | | | | fs | |
| 6-14 | 10YR 3/1 | 80 | | | | | fs | |
| | 10YR 4/1 | 20 | | | | | fs | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.   [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) **(LRR P, T, U)**
___ 5 cm Mucky Mineral (A7) **(LRR P, T, U)**
___ Muck Presence (A8) **(LRR U)**
___ 1 cm Muck (A9) **(LRR P, T)**
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) **(MLRA 150A)**
___ Sandy Mucky Mineral (S1) **(LRR O, S)**
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7) **(LRR P, S, T, U)**

___ Polyvalue Below Surface (S8) **(LRR S, T, U)**
___ Thin Dark Surface (S9) **(LRR S, T, U)**
___ Loamy Mucky Mineral (F1) **(LRR O)**
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) **(LRR U)**
___ Depleted Ochric (F11) **(MLRA 151)**
___ Iron-Manganese Masses (F12) **(LRR O, P, T)**
___ Umbric Surface (F13) **(LRR P, T, U)**
___ Delta Ochric (F17) **(MLRA 151)**
___ Reduced Vertic (F18) **(MLRA 150A, 150B)**
___ Piedmont Floodplain Soils (F19) **(MLRA 149A)**
___ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)**

**Indicators for Problematic Hydric Soils[3]:**

___ 1 cm Muck (A9) **(LRR O)**
___ 2 cm Muck (A10) **(LRR S)**
___ Reduced Vertic (F18) **(outside MLRA 150A,B)**
___ Piedmont Floodplain Soils (F19) **(LRR P, S, T)**
___ Anomalous Bright Loamy Soils (F20) **(MLRA 153B)**
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
✓ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?**  Yes ✓  No ☐

Remarks:  saturated to surface

Photo #44 soil profile
Photo #45 of soil profile and positive Alpha, alpha test

USAEXPERTS0005145

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy    City/County: Palm City, Martin    Sampling Date: 8/24/21

Applicant/Owner: Countess Joy, LLC    State: FL    Sampling Point: W6

Investigator(s): M. Wylie, K. Raines, Stewart, Nutter    Section, Township, Range:

Landform (hillslope, terrace, etc.): Flat    Local relief (concave, convex, none): none    Slope (%): <2

Subregion (LRR or MLRA): U    Lat: 27.173388 degrees N    Long: 27.173388 degrees W    Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes    NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?   (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS** – Attach site map showing sampling point locations, transects, important features, etc.

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | Is the Sampled Area |
| Hydric Soil Present? | Yes ✓ No _____ | within a Wetland?   Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | |

Remarks:
Sampled area approximately 100 feet south of Bessey Creek, cows were observed on the site. Precipitation was above normal (Corps' Antecedent Precipitation Tool) Water from interior wetlands flowing past sampled area into Bessey Creek.

## HYDROLOGY

Wetland Hydrology Indicators:

| Primary Indicators (minimum of one is required; check all that apply) | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | _ Aquatic Fauna (B13) | _ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | _ Marl Deposits (B15) **(LRR U)** | _ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | _ Hydrogen Sulfide Odor (C1) | ✓ Drainage Patterns (B10) |
| _ Water Marks (B1) | _ Oxidized Rhizospheres along Living Roots (C3) | _ Moss Trim Lines (B16) |
| _ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | _ Dry-Season Water Table (C2) |
| _ Drift Deposits (B3) | _ Recent Iron Reduction in Tilled Soils (C6) | _ Crayfish Burrows (C8) |
| _ Algal Mat or Crust (B4) | _ Thin Muck Surface (C7) | _ Saturation Visible on Aerial Imagery (C9) |
| _ Iron Deposits (B5) | _ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| _ Inundation Visible on Aerial Imagery (B7) | | _ Shallow Aquitard (D3) |
| _ Water-Stained Leaves (B9) | | ✓ FAC-Neutral Test (D5) |
| | | _ Sphagnum moss (D8) **(LRR T, U)** |

Field Observations:

| | | | |
|---|---|---|---|
| Surface Water Present? | Yes ✓ No _____ | Depth (inches): 0 | |
| Water Table Present? | Yes ✓ No _____ | Depth (inches): 1 | |
| Saturation Present? (includes capillary fringe) | Yes ✓ No _____ | Depth (inches): 0 | Wetland Hydrology Present? Yes ✓ No _____ |

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photos #48 of water in pit within 1" of surface
Photo #49 facing north over pit towards Bessey Creek, approximately 100 ft
Photo #50 facing south over pit toward interior wetlands, note surface water, and herbaceous wetland complex that appeared to flowing north toward Bessey Creek.

USAEXPERTS0005146

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: __W6__

| Tree Stratum (Plot size: 30 ft radius ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Acacia auriculiformis | 2 | Yes | UPL |
| 2. Sabal palmetto | 5 | Yes | FAC |
| 3. Pinus elliottii | 3 | Yes | FACW |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 10 | = Total Cover | |

50% of total cover: 5    20% of total cover: 2

| Sapling Stratum (Plot size: 30 ft radius ) | | | |
|---|---|---|---|
| 1. Pinus elliottii | 5 | Yes | FACW |
| 2. Acacia auriculiformis | 2 | Yes | UPL |
| 3. Schinus terebinthifolia | 0.5 | No | FAC |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 7.5 | = Total Cover | |

50% of total cover: 3.8    20% of total cover: 1.5

| Shrub Stratum (Plot size: 15 ft radius ) | | | |
|---|---|---|---|
| 1. None Observed | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover:     20% of total cover:

| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
|---|---|---|---|
| 1. Axonopus fissifolius | 65 | Yes | FACW |
| 2. Rhynchospora microcephala | 3 | No | FACW |
| 3. Eupatorium sp. | 0.5 | No | |
| 4. Rubiaceae- unknown, vegetative | 5 | No | |
| 5. Lygodium microphyllum | 0.5 | No | FACW |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 74 | = Total Cover | |

50% of total cover: 37    20% of total cover: 14.8

| Woody Vine Stratum (Plot size: 30 ft radius ) | | | |
|---|---|---|---|
| 1. Total cover <5%, combined with herbs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 | = Total Cover | |

50% of total cover:     20% of total cover:

### Dominance Test worksheet:

Number of Dominant Species
That Are OBL, FACW, or FAC: __4__ (A)

Total Number of Dominant
Species Across All Strata: __6__ (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC: __67%__ (A/B)

### Prevalence Index worksheet:

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | ___ | x 1 = ___ |
| FACW species | ___ | x 2 = ___ |
| FAC species | ___ | x 3 = ___ |
| FACU species | ___ | x 4 = ___ |
| UPL species | ___ | x 5 = ___ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = ___

### Hydrophytic Vegetation Indicators:

- [ ] 1 - Rapid Test for Hydrophytic Vegetation
- [x] 2 - Dominance Test is >50%
- [ ] 3 - Prevalence Index is ≤3.0[1]
- [ ] Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

### Definitions of Five Vegetation Strata:

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** -- Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes [x]   No [ ]

Remarks: (If observed, list morphological adaptations below.)
Sabal palmetto, Acacia auriculiformis, and Schinus terebinthifolia rooted on hummocks. Acacia auriculiformis is not listed on the NWPL but is considered FAC by the FDEP

US Army Corps of Engineers

Atlantic and Gulf Coastal Plain Region -- Version 2.0

USAEXPERTS0005147

**SOIL**

Sampling Point: __W6__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 6.5 | 10YR 2/1 | 80 | | | | | lfs | < 70% coated sand grains |
| | 10YR 3/1 | 20 | | | | | fs | |
| 6.5- 14 | 10YR 7/1 | 100 | | | | | sand | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.    [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

**Indicators for Problematic Hydric Soils[3]:**

- ___ Histosol (A1)
- ___ Histic Epipedon (A2)
- ___ Black Histic (A3)
- ___ Hydrogen Sulfide (A4)
- ___ Stratified Layers (A5)
- ___ Organic Bodies (A6) **(LRR P, T, U)**
- ___ 5 cm Mucky Mineral (A7) **(LRR P, T, U)**
- ___ Muck Presence (A8) **(LRR U)**
- ___ 1 cm Muck (A9) **(LRR P, T)**
- ___ Depleted Below Dark Surface (A11)
- ___ Thick Dark Surface (A12)
- ___ Coast Prairie Redox (A16) **(MLRA 150A)**
- ___ Sandy Mucky Mineral (S1) **(LRR O, S)**
- ___ Sandy Gleyed Matrix (S4)
- ___ Sandy Redox (S5)
- ___ Stripped Matrix (S6)
- ___ Dark Surface (S7) **(LRR P, S, T, U)**

- ___ Polyvalue Below Surface (S8) **(LRR S, T, U)**
- ___ Thin Dark Surface (S9) **(LRR S, T, U)**
- ___ Loamy Mucky Mineral (F1) **(LRR O)**
- ___ Loamy Gleyed Matrix (F2)
- ___ Depleted Matrix (F3)
- ___ Redox Dark Surface (F6)
- ___ Depleted Dark Surface (F7)
- ___ Redox Depressions (F8)
- ___ Marl (F10) **(LRR U)**
- ___ Depleted Ochric (F11) **(MLRA 151)**
- ___ Iron-Manganese Masses (F12) **(LRR O, P, T)**
- ___ Umbric Surface (F13) **(LRR P, T, U)**
- ___ Delta Ochric (F17) **(MLRA 151)**
- ___ Reduced Vertic (F18) **(MLRA 150A, 150B)**
- ___ Piedmont Floodplain Soils (F19) **(MLRA 149A)**
- ___ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)**

- ___ 1 cm Muck (A9) **(LRR O)**
- ___ 2 cm Muck (A10) **(LRR S)**
- ___ Reduced Vertic (F18) **(outside MLRA 150A,B)**
- ___ Piedmont Floodplain Soils (F19) **(LRR P, S, T)**
- ___ Anomalous Bright Loamy Soils (F20) **(MLRA 153B)**
- ___ Red Parent Material (TF2)
- ___ Very Shallow Dark Surface (TF12)
- ✓ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

Hydric Soil Present?   Yes ✓   No ___

Remarks:
Photo #47 of soil profile
Photo #46 of positive Alpha, alpha test in upper six inches
Soils are reduced, will go back to same area and retest for reducing conditions on next inspection in September 2021

USAEXPERTS0005148

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy    City/County: Palm City, Martin    Sampling Date: 8/24/21

Applicant/Owner: Countess Joy, LLC    State: FL    Sampling Point: W7

Investigator(s): M. Wylie, K. Raines, Nutter, Stewart    Section, Township, Range:

Landform (hillslope, terrace, etc.): Flat    Local relief (concave, convex, none): none    Slope (%): <2

Subregion (LRR or MLRA): U    Lat: 27.173595 degrees N    Long: 80.366215 degrees W    Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes    NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No __✓__ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?    Are "Normal Circumstances" present? Yes __✓__ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?    (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | | |
| Hydric Soil Present? | Yes ✓ No _____ | Is the Sampled Area within a Wetland? | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:
Surrounding area is a long-term pasture, cows were observed on the site.
Precipitation was above normal (Corps' Antecedent Precipitation Tool)
Sampled area on wetlands that were abutting Bessey Creek; appeared to be a former berm along Bessie Creek with water flowing into Bessey Creek

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

| Primary Indicators | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ___ Water Marks (B1) | ✓ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ___ Water-Stained Leaves (B9) | | ___ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) **(LRR T, U)** |

**Field Observations:**

Surface Water Present? Yes ✓ No _____ Depth (inches): 0

Water Table Present? Yes ✓ No _____ Depth (inches): 2

Saturation Present? Yes ✓ No _____ Depth (inches): 0    **Wetland Hydrology Present? Yes ✓ No _____**
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photos #53 of water in pit within 2" of surface. Note the sampled wetland area abuts Bessey Creek
Photo #54 facing north over pit towards wetlands north of Bessey Creek
Photo #55 facing SE over pit toward interior wetlands,note surface water behind berm that is flowing north toward Bessey Creek.
Photo #56 facing SW over pit toward interior wetlands,note surface water behind berm that is flowing north toward Bessey Creek.
Photo #57 facing NE toward interior wetlands that are abutting Bessey Creek; note cow dung in wetlands that we noted throughout the site, Photo taken approximately 50ft south of Bessey Creek
Photo #58 Well6 near W7
Photo #59 surface water just south of W7 and Bessey Creek, Photo taken approximately 50ft SE of W7

USAEXPERTS0005149

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: __W7__

| Tree Stratum (Plot size: 20 ft x 5 ft ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Overhanging trees originate from adjacent habitat type | _____ | | |
| 2. _____ | _____ | | |
| 3. _____ | _____ | | |
| 4. _____ | _____ | | |
| 5. _____ | _____ | | |
| 6. _____ | _____ | | |
| | 0 | = Total Cover | |

50% of total cover: _____   20% of total cover: _____

| Sapling Stratum (Plot size: 20 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. Schinus terebinthifolia | 10 | Yes | FAC |
| 2. Acacia auriculiformis | 0.5 | No | UPL |
| 3. _____ | _____ | | |
| 4. _____ | _____ | | |
| 5. _____ | _____ | | |
| 6. _____ | _____ | | |
| | 10.5 | = Total Cover | |

50% of total cover: 5.3   20% of total cover: 2.1

| Shrub Stratum (Plot size: 20 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. Overhanging shrubs originate from adjacent habitat type | _____ | | |
| 2. _____ | _____ | | |
| 3. _____ | _____ | | |
| 4. _____ | _____ | | |
| 5. _____ | _____ | | |
| 6. _____ | _____ | | |
| | 0 | = Total Cover | |

50% of total cover: _____   20% of total cover: _____

| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
|---|---|---|---|
| 1. Steinchisma laxum | 5 | No | FACW |
| 2. Axonopus fissifolius | 30 | Yes | FACW |
| 3. Centella asiatica | 30 | Yes | FACW |
| 4. Unknown- vegetative | 0.5 | No | |
| 5. _____ | _____ | | |
| 6. _____ | _____ | | |
| 7. _____ | _____ | | |
| 8. _____ | _____ | | |
| 9. _____ | _____ | | |
| 10. _____ | _____ | | |
| 11. _____ | _____ | | |
| | 65.5 | = Total Cover | |

50% of total cover: 32.8   20% of total cover: 13.1

| Woody Vine Stratum (Plot size: _____ ) | | | |
|---|---|---|---|
| 1. Overhanging vines originate from adjacent habitat type | _____ | | |
| 2. _____ | _____ | | |
| 3. _____ | _____ | | |
| 4. _____ | _____ | | |
| 5. _____ | _____ | | |
| | 0 | = Total Cover | |

50% of total cover: _____   20% of total cover: _____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:   3   (A)

Total Number of Dominant
Species Across All Strata:   3   (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:   100%   (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | _____ | x 1 = | _____ |
| FACW species | _____ | x 2 = | _____ |
| FAC species | _____ | x 3 = | _____ |
| FACU species | _____ | x 4 = | _____ |
| UPL species | _____ | x 5 = | _____ |
| Column Totals: | 0 (A) | | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

- [ ] 1 - Rapid Test for Hydrophytic Vegetation
- [x] 2 - Dominance Test is >50%
- [ ] 3 - Prevalence Index is ≤3.0[1]
- [ ] Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes [x]   No [ ]

Remarks: (If observed, list morphological adaptations below.)
Plot dimensions reflect the shape of this long linear landscape feature. Vegetation rooted in an adjacent habitat type were observed overhanging this feature. Acacia auriculiformis is not listed on the NWPL but is considered FAC by the FDEP. Centella asiatica is not listed in the NWPL as in the AGCP, but is listed by the FDEP as FACW in FL. C. erecta is considered FACW in AGCP by NWPL and has been treated taxonomically as C. asiatica by other sources (e.g., ITIS.gov)

USAEXPERTS0005150

**SOIL**

Sampling Point: W7

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 7.5 | 10YR 2/1 | 90 | | | | | fs | |
| | | | 2.5YR 5/3 | 5 | C | PL | | oxidized rhizospheres |
| | | | 2.5YR 5/3 | 5 | C | M | | |
| 7.5 - 9.5 | 10YR 2/1 | 100 | | | | | lfs | > 70 coated sand grains |
| 9.5 - 14 | 10YR 2/1 | 95 | 10YR 4/1 | 5 | D | M | lfs | > 70 coated sand grains |
| 14+ | 10YR 4/1 | 100 | | | | | s | |

[1]Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.     [2]Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

- __ Histosol (A1)
- __ Histic Epipedon (A2)
- __ Black Histic (A3)
- ✓ Hydrogen Sulfide (A4)
- __ Stratified Layers (A5)
- __ Organic Bodies (A6) **(LRR P, T, U)**
- __ 5 cm Mucky Mineral (A7) **(LRR P, T, U)**
- __ Muck Presence (A8) **(LRR U)**
- __ 1 cm Muck (A9) **(LRR P, T)**
- __ Depleted Below Dark Surface (A11)
- __ Thick Dark Surface (A12)
- __ Coast Prairie Redox (A16) **(MLRA 150A)**
- __ Sandy Mucky Mineral (S1) **(LRR O, S)**
- __ Sandy Gleyed Matrix (S4)
- ✓ Sandy Redox (S5)
- __ Stripped Matrix (S6)
- __ Dark Surface (S7) **(LRR P, S, T, U)**

- __ Polyvalue Below Surface (S8) **(LRR S, T, U)**
- __ Thin Dark Surface (S9) **(LRR S, T, U)**
- __ Loamy Mucky Mineral (F1) **(LRR O)**
- __ Loamy Gleyed Matrix (F2)
- __ Depleted Matrix (F3)
- __ Redox Dark Surface (F6)
- __ Depleted Dark Surface (F7)
- __ Redox Depressions (F8)
- __ Marl (F10) **(LRR U)**
- __ Depleted Ochric (F11) **(MLRA 151)**
- __ Iron-Manganese Masses (F12) **(LRR O, P, T)**
- __ Umbric Surface (F13) **(LRR P, T, U)**
- __ Delta Ochric (F17) **(MLRA 151)**
- __ Reduced Vertic (F18) **(MLRA 150A, 150B)**
- __ Piedmont Floodplain Soils (F19) **(MLRA 149A)**
- __ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)**

**Indicators for Problematic Hydric Soils[3]:**

- __ 1 cm Muck (A9) **(LRR O)**
- __ 2 cm Muck (A10) **(LRR S)**
- __ Reduced Vertic (F18) **(outside MLRA 150A,B)**
- __ Piedmont Floodplain Soils (F19) **(LRR P, S, T)**
- __ Anomalous Bright Loamy Soils (F20) **(MLRA 153B)**
- __ Red Parent Material (TF2)
- __ Very Shallow Dark Surface (TF12)
- __ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?   Yes** ✓  **No** __

**Remarks:**

Photo #51 of soil profile
Photo #52 of positive Alpha, alpha test in upper six inches
Smelled hydrogen sulfide in this pit

USAEXPERTS0005151

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy _____ City/County: Palm City, Martin _____ Sampling Date: 8/24/21

Applicant/Owner: Countess Joy, LLC _____ State: FL _____ Sampling Point: W8

Investigator(s): M. Wylie, K. Raines, Stewart, Nutter _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.172887 degrees N _____ Long: 80.365551 degrees W _____ Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes _____ NWI classification: PEM1B

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present?  Yes ✓  No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?  (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | | | |
|---|---|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ | No _____ | **Is the Sampled Area** | | |
| Hydric Soil Present? | Yes ✓ | No _____ | **within a Wetland?** | Yes ✓ | No _____ |
| Wetland Hydrology Present? | Yes ✓ | No _____ | | | |

Remarks:
Surrounding area is a long-term pasture, cows were observed on the site.
Precipitation was above normal (Corps' Antecedent Precipitation Tool)
similar plant community, pit nearby emergent wetlands

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)   Secondary Indicators (minimum of two required)

| Primary | | Secondary |
|---|---|---|
| ✓ Surface Water (A1) | _ Aquatic Fauna (B13) | _ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | _ Marl Deposits (B15) **(LRR U)** | _ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | _ Hydrogen Sulfide Odor (C1) | _ Drainage Patterns (B10) |
| _ Water Marks (B1) | _ Oxidized Rhizospheres along Living Roots (C3) | _ Moss Trim Lines (B16) |
| _ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | _ Dry-Season Water Table (C2) |
| _ Drift Deposits (B3) | _ Recent Iron Reduction in Tilled Soils (C6) | _ Crayfish Burrows (C8) |
| _ Algal Mat or Crust (B4) | _ Thin Muck Surface (C7) | _ Saturation Visible on Aerial Imagery (C9) |
| _ Iron Deposits (B5) | _ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| _ Inundation Visible on Aerial Imagery (B7) | | _ Shallow Aquitard (D3) |
| _ Water-Stained Leaves (B9) | | ✓ FAC-Neutral Test (D5) |
| | | _ Sphagnum moss (D8) **(LRR T, U)** |

**Field Observations:**

Surface Water Present?  Yes ✓  No _____  Depth (inches): 0

Water Table Present?  Yes ✓  No _____  Depth (inches): 0

Saturation Present?  Yes ✓  No _____  Depth (inches): 0  Wetland Hydrology Present?  Yes ✓  No _____
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photos #65 of water in pit to the surface
Photo #66 facing east over pit toward emergent wetlands and Nutter well, note surface water and pasture, similar plant community
Photo #67 facing west over pit

US Army Corps of Engineers _____ Atlantic and Gulf Coastal Plain Region – Version 2.0

**VEGETATION (Five Strata)** -- Use scientific names of plants.

Sampling Point: W8

| Tree Stratum (Plot size: 30 ft radius ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Total cover <5%, combined with shrubs, was 3% | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

| Sapling Stratum (Plot size: 15 ft radius ) | | | |
|---|---|---|---|
| 1. Total cover <5%, combined with shrubs, was 0.5% | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

| Shrub Stratum (Plot size: 15 ft radius ) | | | |
|---|---|---|---|
| 1. Pinus elliottii | 3.5 | Yes | FACW |
| 2. Schinus terebinthifolia | 1 | No | FAC |
| 3. Morella cerifera | 2 | Yes | FAC |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 6.5 = Total Cover | | |

50% of total cover: 3.3   20% of total cover: 1.3

| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
|---|---|---|---|
| 1. Diodia virginiana | 0.5 | No | FACW |
| 2. Axonopus furcatus | 65 | Yes | OBL |
| 3. Paspalum sp. | 0.5 | No | |
| 4. Rhynchospora microcarpa | 3 | No | OBL |
| 5. Hypericum cistifolium | 0.5 | No | FACW |
| 6. Rhynchospora microcephala | 3 | No | FACW |
| 7. Eupatorium sp. | 0.5 | No | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 73 = Total Cover | | |

50% of total cover: 36.5   20% of total cover: 14.6

| Woody Vine Stratum (Plot size: 30 ft radius ) | | | |
|---|---|---|---|
| 1. None observed | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 = Total Cover | | |

50% of total cover: _____   20% of total cover: _____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:   3   (A)

Total Number of Dominant
Species Across All Strata:   3   (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:   100%   (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

☐ 1 - Rapid Test for Hydrophytic Vegetation
☑ 2 - Dominance Test is >50%
☐ 3 - Prevalence Index is ≤3.0[1]
☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

**Hydrophytic Vegetation Present?**   Yes ☑   No ☐

**Remarks:** (If observed, list morphological adaptations below).

USAEXPERTS0005153

# SOIL

Sampling Point: **W8**

**Profile Description:**  (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 – 2 | 10YR 2/1 | 100 | | | | | lfs | > 70% coated sand grains |
| 2 – 4 | 10YR 2/1 | 95 | 10YR 5/1 | 5 | D | M | lfs | < 70% coated sand grains |
| 4 – 6 | 10YR 3/1 | 60 | 10YR 5/1 | 40 | D | M | lfs | |
| 6 – 10 | 10YR 4/1 | 60 | | | | | sand | |
| | 10YR 5/2 | 40 | | | | | sand | |
| 10 – 14 | 10YR 6/3 | 100 | | | | | sand | |

[1]Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.    [2]Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

| | | |
|---|---|---|
| ___ Histosol (A1) | ___ Polyvalue Below Surface (S8) **(LRR S, T, U)** | ___ 1 cm Muck (A9) **(LRR O)** |
| ___ Histic Epipedon (A2) | ___ Thin Dark Surface (S9) **(LRR S, T, U)** | ___ 2 cm Muck (A10) **(LRR S)** |
| ___ Black Histic (A3) | ___ Loamy Mucky Mineral (F1) **(LRR O)** | ___ Reduced Vertic (F18) **(outside MLRA 150A,B)** |
| ___ Hydrogen Sulfide (A4) | ___ Loamy Gleyed Matrix (F2) | ___ Piedmont Floodplain Soils (F19) **(LRR P, S, T)** |
| ___ Stratified Layers (A5) | ___ Depleted Matrix (F3) | ___ Anomalous Bright Loamy Soils (F20) |
| ___ Organic Bodies (A6) **(LRR P, T, U)** | ___ Redox Dark Surface (F6) | **(MLRA 153B)** |
| ✓ 5 cm Mucky Mineral (A7) **(LRR P, T, U)** | ___ Depleted Dark Surface (F7) | ___ Red Parent Material (TF2) |
| ___ Muck Presence (A8) **(LRR U)** | ___ Redox Depressions (F8) | ___ Very Shallow Dark Surface (TF12) |
| ___ 1 cm Muck (A9) **(LRR P, T)** | ___ Marl (F10) **(LRR U)** | ___ Other (Explain in Remarks) |
| ___ Depleted Below Dark Surface (A11) | ___ Depleted Ochric (F11) **(MLRA 151)** | |
| ___ Thick Dark Surface (A12) | ___ Iron-Manganese Masses (F12) **(LRR O, P, T)** | [3]Indicators of hydrophytic vegetation and |
| ___ Coast Prairie Redox (A16) **(MLRA 150A)** | ___ Umbric Surface (F13) **(LRR P, T, U)** | wetland hydrology must be present, |
| ___ Sandy Mucky Mineral (S1) **(LRR O, S)** | ___ Delta Ochric (F17) **(MLRA 151)** | unless disturbed or problematic. |
| ___ Sandy Gleyed Matrix (S4) | ___ Reduced Vertic (F18) **(MLRA 150A, 150B)** | |
| ___ Sandy Redox (S5) | ___ Piedmont Floodplain Soils (F19) **(MLRA 149A)** | |
| ___ Stripped Matrix (S6) | ___ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)** | |
| ___ Dark Surface (S7) **(LRR P, S, T, U)** | | |

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?   Yes** ✓  **No** ☐

Remarks:  Photo #64 of soil profile with positive Alpha, alpha test in upper 6 inches

USAEXPERTS0005154

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy _____ City/County: Palm City, Martin _____ Sampling Date: 9/15/21

Applicant/Owner: Countess Joy, LLC _____ State: FL _____ Sampling Point: W9

Investigator(s): Wylie, Stewart, Grecco, Nutter _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.169331 degrees N _____ Long: 80.361690 degrees W _____ Datum: WGS84

Soil Map Unit Name: Oldsmar fine sand, 0 to 2% slopes _____ NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed? Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | Is the Sampled Area | |
| Hydric Soil Present? | Yes ✓ No _____ | within a Wetland? | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:
Surrounding area is a long-term pasture, cows were observed on the site.
Precipitation was below normal (Corps' Antecedent Precipitation Tool)
Located approximatively 50 feet north of Sharfi Site.

**HYDROLOGY**

Wetland Hydrology Indicators:

Primary Indicators (minimum of one is required; check all that apply) | Secondary Indicators (minimum of two required)
___ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6)
✓ High Water Table (A2) | ___ Marl Deposits (B15) (LRR U) | ___ Sparsely Vegetated Concave Surface (B8)
✓ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10)
___ Water Marks (B1) | ___ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16)
___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2)
___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8)
___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9)
___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2)
___ Inundation Visible on Aerial Imagery (B7) | | ✓ Shallow Aquitard (D3)
___ Water-Stained Leaves (B9) | | ✓ FAC-Neutral Test (D5)
| | ___ Sphagnum moss (D8) (LRR T, U)

Field Observations:
Surface Water Present? Yes _____ No ✓ Depth (inches): _____
Water Table Present? Yes ✓ No _____ Depth (inches): 8.5
Saturation Present? Yes ✓ No _____ Depth (inches): 6     Wetland Hydrology Present? Yes ✓ No _____
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photo #38 of water in pit to 8.5 inches
Photo #39 of positive Alpha, alpha test on soil sample
Photo #40 facing east over pit
Photo #41 facing west over pit

USAEXPERTS0005155

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W9

| Tree Stratum (Plot size: 30 feet) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii | 50 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

50 = Total Cover
50% of total cover: 25    20% of total cover: 10

| Sapling Stratum (Plot size: 30 feet) | | | |
|---|---|---|---|
| 1. Pinus elliotti | 5 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

5 = Total Cover
50% of total cover: 2.5    20% of total cover: 1

| Shrub Stratum (Plot size: 15 feet) | | | |
|---|---|---|---|
| 1. Ilex glabra | 10 | Yes | FACW |
| 2. Sabel palmetto | 4 | Yes | FAC |
| 3. Morella cerifera | 3 | No | FAC |
| 4. Ilex vomitoria | 1 | No | FAC |
| 5. Pinus elliottii | <1 | No | FACW |
| 6. | | | |

19 = Total Cover
50% of total cover: 9.5    20% of total cover: 3.8

| Herb Stratum (Plot size: 5 feet) | | | |
|---|---|---|---|
| 1. Ilex glabra | 10 | Yes | FACW |
| 2. Paspalum monostachyum | 10 | Yes | FACW |
| 3. Rhynchospora microcarpa | <1 | | OBL |
| 4. Juncus effusus | <1 | | FACW |
| 5. Blechnum serrulatum | <1 | | FACW |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |

23 = Total Cover
50% of total cover: 11.5    20% of total cover: 4.6

| Woody Vine Stratum (Plot size: 30) | | | |
|---|---|---|---|
| 1. Vitus rotundifolia | 20 | Yes | FAC |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

20 = Total Cover
50% of total cover: 10    20% of total cover: 4

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:   7   (A)

Total Number of Dominant
Species Across All Strata:   7   (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:   100   (A/B)

**Prevalence Index worksheet:**

| | Total % Cover of: | Multiply by: |
|---|---|---|
| OBL species | | x 1 = |
| FACW species | | x 2 = |
| FAC species | | x 3 = |
| FACU species | | x 4 = |
| UPL species | | x 5 = |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index  = B/A =

**Hydrophytic Vegetation Indicators:**

- [ ] 1 - Rapid Test for Hydrophytic Vegetation
- [x] 2 - Dominance Test is >50%
- [ ] 3 - Prevalence Index is ≤3.0[1]
- [ ] Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** -- Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** -- All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes [x]   No [ ]

Remarks:  (If observed, list morphological adaptations below).

**SOIL**

Sampling Point: __W9__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 1 | 10YR 2/1 | 100 | | | | | fsl | many roots |
| 1-7 | 10YR 7/1 | 80 | | | | | lfs | stripped matrix |
| | 10YR 4/1 | 15 | | | | | lfs | |
| | 10YR 2/1 | 5 | | | | | lfs | |
| 7-14 | 10YR 6/1 | 75 | | | | | lfs | |
| | 10YR 5/1 | 25 | | | | | lfs | |

[1]Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.       [2]Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

Indicators for Problematic Hydric Soils[3]:

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) (LRR P, T, U)
___ 5 cm Mucky Mineral (A7) (LRR P, T, U)
___ Muck Presence (A8) (LRR U)
___ 1 cm Muck (A9) (LRR P, T)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) (MLRA 150A)
___ Sandy Mucky Mineral (S1) (LRR O, S)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
✓ Stripped Matrix (S6)
___ Dark Surface (S7) (LRR P, S, T, U)

___ Polyvalue Below Surface (S8) (LRR S, T, U)
___ Thin Dark Surface (S9) (LRR S, T, U)
___ Loamy Mucky Mineral (F1) (LRR O)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) (LRR U)
___ Depleted Ochric (F11) (MLRA 151)
___ Iron-Manganese Masses (F12) (LRR O, P, T)
___ Umbric Surface (F13) (LRR P, T, U)
___ Delta Ochric (F17) (MLRA 151)
___ Reduced Vertic (F18) (MLRA 150A, 150B)
___ Piedmont Floodplain Soils (F19) (MLRA 149A)
___ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D)

___ 1 cm Muck (A9) (LRR O)
___ 2 cm Muck (A10) (LRR S)
___ Reduced Vertic (F18) (outside MLRA 150A,B)
___ Piedmont Floodplain Soils (F19) (LRR P, S, T)
___ Anomalous Bright Loamy Soils (F20)
           (MLRA 153B)
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophylic vegetation and
   wetland hydrology must be present,
   unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

Hydric Soil Present?   Yes ✓   No ___

**Remarks:**

Photos 37, 39 soil profile

USAEXPERTS0005157

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy    City/County: Palm City, Martin    Sampling Date: 9/15/21

Applicant/Owner: Countess Joy, LLC    State: FL    Sampling Point: W10

Investigator(s): M. Wylie, S.Stewart, T. Greco, Nutter    Section, Township, Range:

Landform (hillslope, terrace, etc.): slight terrace    Local relief (concave, convex, none): slightly convex    Slope (%): <4

Subregion (LRR or MLRA): U    Lat: 27.171308 degrees N    Long: 80.365248 degrees W    Datum: WGS84

Soil Map Unit Name: Waveland and Immokalee fine sands    NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No __✓__ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?    Are "Normal Circumstances" present? Yes __✓__ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?    (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes __✓__ No _____ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes _____ No __✓__ | **within a Wetland?** | Yes _____ No __✓__ |
| Wetland Hydrology Present? | Yes _____ No __✓__ | | |

Remarks:
Surrounding area is a long-term pasture, cows were observed on the site.
Precipitation was below normal (Corps' Antecedent Precipitation Tool)
Sample point in an upland area that slopes to emergent wetlands to the east

**HYDROLOGY**

| Wetland Hydrology Indicators: | | |
|---|---|---|
| **Primary Indicators (minimum of one is required; check all that apply)** | | **Secondary Indicators (minimum of two required)** |
| ___ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ___ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ___ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ___ Water Marks (B1) | ___ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ___ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ___ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ___ Water-Stained Leaves (B9) | | ___ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) **(LRR T, U)** |

| Field Observations: | | | |
|---|---|---|---|
| Surface Water Present? | Yes _____ No __✓__ Depth (inches): _____ | | |
| Water Table Present? | Yes _____ No __✓__ Depth (inches): _____ | | |
| Saturation Present? (includes capillary fringe) | Yes _____ No __✓__ Depth (inches): _____ | **Wetland Hydrology Present?** | Yes _____ No __✓__ |

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

US Army Corps of Engineers        Atlantic and Gulf Coastal Plain Region – Version 2.0

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W10

| Tree Stratum (Plot size: 30 feet ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Quercus (bagged, we think laurifolia) | | | |
| 2. Pinus elliottii | 3 | Yes | FACW |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 3 | = Total Cover | |

50% of total cover: 1.5    20% of total cover: 0.6

| Sapling Stratum (Plot size: 30 feet ) | | | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: 2.5    20% of total cover: 1

| Shrub Stratum (Plot size: 15 feet ) | | | |
|---|---|---|---|
| 1. Serenoa repens | 15 | Yes | FACU |
| 2. Ilex glabra | 5 | Yes | FACW |
| 3. Pinus elliottii | 4 | No | FACW |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 24 | = Total Cover | |

50% of total cover: 12    20% of total cover: 4.8

| Herb Stratum (Plot size: 5 feet ) | | | |
|---|---|---|---|
| 1. Paspalum notatum | 40 | Yes | FACU |
| 2. Dicanthelium spretum | 7 | No | NI |
| 3. Vaccinium myrsinites | 5 | No | FACU |
| 4. Ilex glabra | 2 | No | FACW |
| 5. Pinus elliottii | 1 | No | FACW |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 55 | = Total Cover | |

50% of total cover: 27.5    20% of total cover: 11

| Woody Vine Stratum (Plot size: 30 ) | | | |
|---|---|---|---|
| 1. Vitus rotundifolia | 10 | Yes | FAC |
| 2. Smilax rotundifolia | 1 | No | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 11 | = Total Cover | |

50% of total cover: 5.5    20% of total cover: 2.2

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:   3   (A)

Total Number of Dominant
Species Across All Strata:   5   (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:   60   (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | | x 1 = |
| FACW species | | x 2 = |
| FAC species | | x 3 = |
| FACU species | | x 4 = |
| UPL species | | x 5 = |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A =

**Hydrophytic Vegetation Indicators:**

☐ 1 - Rapid Test for Hydrophytic Vegetation
☑ 2 - Dominance Test is >50%
☐ 3 - Prevalence Index is ≤3.0[1]
☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes ☑   No ☐

Remarks:  (If observed, list morphological adaptations below).
bagged Quercus species and Vaccinium species; Dicanthelium spectum was not listed in our area.
(Note added 1/11/22 by K.Rains: During our field visit in Oct 2021, Tony showed me the Vaccinium they had found at this site. I identified it as V. myrsinites and have added this species name to the data form)

Atlantic and Gulf Coastal Plain Region – Version 2.0

USAEXPERTS0005159

**SOIL**

Sampling Point: W10

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 13 | 10YR 3/1 | 50 | | | | | fs | |
| | 10YR 6/1 | 50 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.    [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) (LRR P, T, U)
___ 5 cm Mucky Mineral (A7) (LRR P, T, U)
___ Muck Presence (A8) (LRR U)
___ 1 cm Muck (A9) (LRR P, T)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) (MLRA 150A)
___ Sandy Mucky Mineral (S1) (LRR O, S)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7) (LRR P, S, T, U)

___ Polyvalue Below Surface (S8) (LRR S, T, U)
___ Thin Dark Surface (S9) (LRR S, T, U)
___ Loamy Mucky Mineral (F1) (LRR O)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) (LRR U)
___ Depleted Ochric (F11) (MLRA 151)
___ Iron-Manganese Masses (F12) (LRR O, P, T)
___ Umbric Surface (F13) (LRR P, T, U)
___ Delta Ochric (F17) (MLRA 151)
___ Reduced Vertic (F18) (MLRA 150A, 150B)
___ Piedmont Floodplain Soils (F19) (MLRA 149A)
___ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D)

**Indicators for Problematic Hydric Soils[3]:**

___ 1 cm Muck (A9) (LRR O)
___ 2 cm Muck (A10) (LRR S)
___ Reduced Vertic (F18) (outside MLRA 150A,B)
___ Piedmont Floodplain Soils (F19) (LRR P, S, T)
___ Anomalous Bright Loamy Soils (F20) (MLRA 153B)
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and
    wetland hydrology must be present,
    unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____
Depth (inches): _____

Hydric Soil Present?   Yes ___   No ✓

Remarks:

Photo #42 of soil profile

USAEXPERTS0005160

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy _____ City/County: Palm City, Martin _____ Sampling Date: 10/20/21

Applicant/Owner: Countess Joy, LLC _____ State: FL _____ Sampling Point: W11

Investigator(s): M. Wylie, S.Stewart, W. Nutter, K. Rains _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.169547 degrees N _____ Long: 80.363494 degrees W _____ Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes _____ NWI classification: N/A

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed? Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?** | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:
Surrounding area is forested with hummocks and micro-depressions and Lygodium japonicum. Located west of N/S ditch. Precipitation was below normal (Corps' Antecedent Precipitation Tool).

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

| | | |
|---|---|---|
| ___ Surface Water (A1) | ___ Aquatic Fauna (B13) | |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | |
| ✓ Saturation (A3) | ✓ Hydrogen Sulfide Odor (C1) | |
| ___ Water Marks (B1) | ___ Oxidized Rhizospheres along Living Roots (C3) | |
| ___ Sediment Deposits (B2) | ___ Presence of Reduced Iron (C4) | |
| . ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | |
| ___ Inundation Visible on Aerial Imagery (B7) | | |
| ___ Water-Stained Leaves (B9) | | |

Secondary Indicators (minimum of two required)
- ___ Surface Soil Cracks (B6)
- ___ Sparsely Vegetated Concave Surface (B8)
- ___ Drainage Patterns (B10)
- ___ Moss Trim Lines (B16)
- ___ Dry-Season Water Table (C2)
- ___ Crayfish Burrows (C8)
- ___ Saturation Visible on Aerial Imagery (C9)
- ✓ Geomorphic Position (D2)
- ✓ Shallow Aquitard (D3)
- ✓ FAC-Neutral Test (D5)
- ___ Sphagnum moss (D8) **(LRR T, U)**

**Field Observations:**

Surface Water Present? Yes _____ No ✓ Depth (inches): 0

Water Table Present? Yes ✓ No _____ Depth (inches): 12

Saturation Present? Yes ✓ No _____ Depth (inches): 8
(includes capillary fringe)

Wetland Hydrology Present? Yes ✓ No _____

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

USAEXPERTS0005161

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W11

| Tree Stratum (Plot size: 30 ft x 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii (13" DBH) | 20 | Yes | FACW |
| 2. Quercus laurifolia (5.5" DBH) | 30 | Yes | FACW |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 50 | = Total Cover | |

50% of total cover: 25    20% of total cover: 10

| Sapling Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: _____    20% of total cover: _____

| Shrub Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. Quercus laurifolia | 20 | Yes | FACW |
| 2. Sabal palmetto | 20 | Yes | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 40 | = Total Cover | |

50% of total cover: 20    20% of total cover: 8

| Herb Stratum (Plot size: 5 ft x 5 ft) | | | |
|---|---|---|---|
| 1. Xyris fimbriata | 3 | No | OBL |
| 2. Axonopus fissifolius | 20 | Yes | FACW |
| 3. Woodwardia virginica | 3 | No | OBL |
| 4. Blechnum serrulatum | 3 | No | FACW |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 29 | = Total Cover | |

50% of total cover: 14.5    20% of total cover: 6

| Woody Vine Stratum (Plot size: 30 ft x 30 ft) | | | |
|---|---|---|---|
| 1. Vitis rotundifolia | 5 | Yes | FAC |
| 2. Lygodium microphyllum | 5 | Yes | FACW |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 10 | = Total Cover | |

50% of total cover: 5    20% of total cover: 2

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:   7   (A)

Total Number of Dominant
Species Across All Strata:   7   (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:   100   (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

- ☐ 1 - Rapid Test for Hydrophytic Vegetation
- ☑ 2 - Dominance Test is >50%
- ☐ 3 - Prevalence Index is ≤3.0[1]
- ☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes ☑   No ☐

Remarks: (If observed, list morphological adaptations below).

Pinus elliottii was cored by LCL

USAEXPERTS0005162

## SOIL

Sampling Point: __W11__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 - 2 | 10YR 3/1 | | | | | | fs/s | |
| 2-5 | 10YR 4/1 | | | | | | fs | stripped matrix |
| 5-14 | 10YR 6/2 | | | | | | fs/s | stripped matrix, organic streaking/staining |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.     [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators: (Applicable to all LRRs, unless otherwise noted.)**

| | | |
|---|---|---|
| ___ Histosol (A1) | ___ Polyvalue Below Surface (S8) **(LRR S, T, U)** | ___ 1 cm Muck (A9) **(LRR O)** |
| ___ Histic Epipedon (A2) | ___ Thin Dark Surface (S9) **(LRR S, T, U)** | ___ 2 cm Muck (A10) **(LRR S)** |
| ___ Black Histic (A3) | ___ Loamy Mucky Mineral (F1) **(LRR O)** | ___ Reduced Vertic (F18) **(outside MLRA 150A,B)** |
| ___ Hydrogen Sulfide (A4) | ___ Loamy Gleyed Matrix (F2) | ___ Piedmont Floodplain Soils (F19) **(LRR P, S, T)** |
| ___ Stratified Layers (A5) | ___ Depleted Matrix (F3) | ___ Anomalous Bright Loamy Soils (F20) |
| ___ Organic Bodies (A6) **(LRR P, T, U)** | ___ Redox Dark Surface (F6) |       **(MLRA 153B)** |
| ___ 5 cm Mucky Mineral (A7) **(LRR P, T, U)** | ___ Depleted Dark Surface (F7) | ___ Red Parent Material (TF2) |
| ___ Muck Presence (A8) **(LRR U)** | ___ Redox Depressions (F8) | ___ Very Shallow Dark Surface (TF12) |
| ___ 1 cm Muck (A9) **(LRR P, T)** | ___ Marl (F10) **(LRR U)** | ___ Other (Explain in Remarks) |
| ___ Depleted Below Dark Surface (A11) | ___ Depleted Ochric (F11) **(MLRA 151)** | |
| ___ Thick Dark Surface (A12) | ___ Iron-Manganese Masses (F12) **(LRR O, P, T)** | [3]Indicators of hydrophytic vegetation and |
| ___ Coast Prairie Redox (A16) **(MLRA 150A)** | ___ Umbric Surface (F13) **(LRR P, T, U)** |     wetland hydrology must be present, |
| ___ Sandy Mucky Mineral (S1) **(LRR O, S)** | ___ Delta Ochric (F17) **(MLRA 151)** |     unless disturbed or problematic. |
| ___ Sandy Gleyed Matrix (S4) | ___ Reduced Vertic (F18) **(MLRA 150A, 150B)** | |
| ___ Sandy Redox (S5) | ___ Piedmont Floodplain Soils (F19) **(MLRA 149A)** | |
| ✓ Stripped Matrix (S6) | ___ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)** | |
| ___ Dark Surface (S7) **(LRR P, S, T, U)** | | |

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

Remarks:
Soil pit located near a hummock edge (rise) so moved 15 feet north where we noted H2S odor, water in pit at 9 inches and rising, and a stripped matrix within 6 inches of surface. Scott Stewart confirmed - soil was very poorly drained and matched the map unit

Photo #47 of soil profile on hammock
Photo #48 facing north over hammock soil pit
Photo #49 facing south over soil pit sampled
Photo #50 facing east toward N/S ditch

USAEXPERTS0005163

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy _____ City/County: Palm City, Martin _____ Sampling Date: 10/20/21

Applicant/Owner: Countess Joy, LLC _____ State: FL _____ Sampling Point: W12

Investigator(s): M. Wylie, S.Stewart, Nutter, Rains _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.173170 degrees N _____ Long: 80.367625 degrees W _____ Datum: WGS84

Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes _____ NWI classification: PF01/2C

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed? Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?** | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:

Located west of 84th avenue
Precipitation was below normal (Corps' Antecedent Precipitation Tool).
Noted hog rooting, raccoon and deer tracks

**HYDROLOGY**

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

| | | |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | |
| ___ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | |
| ___ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | |
| ___ Water Marks (B1) | ✓ Oxidized Rhizospheres along Living Roots (C3) | |
| ___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | |
| ___ Inundation Visible on Aerial Imagery (B7) | | |
| ___ Water-Stained Leaves (B9) | | |

Secondary Indicators (minimum of two required)

___ Surface Soil Cracks (B6)
___ Sparsely Vegetated Concave Surface (B8)
___ Drainage Patterns (B10)
___ Moss Trim Lines (B16)
___ Dry-Season Water Table (C2)
___ Crayfish Burrows (C8)
___ Saturation Visible on Aerial Imagery (C9)
✓ Geomorphic Position (D2)
___ Shallow Aquitard (D3)
___ FAC-Neutral Test (D5)
___ Sphagnum moss (D8) **(LRR T, U)**

**Field Observations:**

Surface Water Present? Yes ✓ No _____ Depth (inches): 0

Water Table Present? Yes _____ No ✓ Depth (inches): _____

Saturation Present? Yes _____ No ✓ Depth (inches): _____
(includes capillary fringe)

Wetland Hydrology Present? Yes ✓ No _____

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Large ponded area with water connected to Sharfi and Goodfriend sites located west of 84th
Avenue property, 25 feet south of this pit.
Surface water was nearby

USAEXPERTS0005164

**VEGETATION (Five Strata)** -- Use scientific names of plants.

Sampling Point: W12

| Tree Stratum (Plot size: 30 ft x 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii (7" DBH) | 25 | Yes | FACW |
| 2. Schinus terebinthifolia | 18 | Yes | FAC |
| 3. Sabal palmetto (20" DBH) | 10 | No | FAC |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 53 | = Total Cover | |

50% of total cover: 27    20% of total cover: 11

| Sapling Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: _____    20% of total cover: _____

| Shrub Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. Sparse coverage (3%) of shrub-sized Schinus added to trees | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: _____    20% of total cover: _____

| Herb Stratum (Plot size: 5 ft x 5 ft) | | | |
|---|---|---|---|
| 1. Steinchisma laxum | 1 | No | FACW |
| 2. Axonopus fissifolius | 30 | Yes | FACW |
| 3. Rhynchospora nitens | 1 | No | OBL |
| 4. Urena lobata | 3 | No | FAC |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 35 | = Total Cover | |

50% of total cover: 17    20% of total cover: 7

| Woody Vine Stratum (Plot size: 30 ft x 30 ft) | | | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 | = Total Cover | |

50% of total cover: _____    20% of total cover: _____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:    3    (A)

Total Number of Dominant
Species Across All Strata:    3    (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:    100    (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

☐ 1 - Rapid Test for Hydrophytic Vegetation
☑ 2 - Dominance Test is >50%
☐ 3 - Prevalence Index is ≤3.0[1]
☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** -- Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** -- All woody vines, regardless of height.

**Hydrophytic Vegetation Present?**    Yes ☑    No ☐

Remarks:  (If observed, list morphological adaptations below.)

Pinus elliottii: tree age is approximately 35 yr as per tree ring analysis (LCL)

USAEXPERTS0005165

**SOIL**                                                                 Sampling Point: __W12__

**Profile Description:  (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0 – 2 | 10YR 3/1 | 100 | | | | | fs | |
| 2-11 | 10YR 4/1 | 95 | 5YR 4/4 | 5 | C | M | fs | stripped matrix, oxidized rhizospheres |
| 11-15+ | 10YR 7/2 | 100 | | | | | fs | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.      [2]Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**                      **Indicators for Problematic Hydric Soils[3]:**

| | | |
|---|---|---|
| ___ Histosol (A1) | ___ Polyvalue Below Surface (S8) (LRR S, T, U) | ___ 1 cm Muck (A9) (LRR O) |
| ___ Histic Epipedon (A2) | ___ Thin Dark Surface (S9) (LRR S, T, U) | ___ 2 cm Muck (A10) (LRR S) |
| ___ Black Histic (A3) | ___ Loamy Mucky Mineral (F1) (LRR O) | ___ Reduced Vertic (F18) (outside MLRA 150A,B) |
| ___ Hydrogen Sulfide (A4) | ___ Loamy Gleyed Matrix (F2) | ___ Piedmont Floodplain Soils (F19) (LRR P, S, T) |
| ___ Stratified Layers (A5) | ___ Depleted Matrix (F3) | ___ Anomalous Bright Loamy Soils (F20) |
| ___ Organic Bodies (A6) (LRR P, T, U) | ___ Redox Dark Surface (F6) |     (MLRA 153B) |
| ___ 5 cm Mucky Mineral (A7) (LRR P, T, U) | ___ Depleted Dark Surface (F7) | ___ Red Parent Material (TF2) |
| ___ Muck Presence (A8) (LRR U) | ___ Redox Depressions (F8) | ___ Very Shallow Dark Surface (TF12) |
| ___ 1 cm Muck (A9) (LRR P, T) | ___ Marl (F10) (LRR U) | ___ Other (Explain in Remarks) |
| ___ Depleted Below Dark Surface (A11) | ___ Depleted Ochric (F11) (MLRA 151) | |
| ___ Thick Dark Surface (A12) | ___ Iron-Manganese Masses (F12) (LRR O, P, T) | [3]Indicators of hydrophytic vegetation and |
| ___ Coast Prairie Redox (A16) (MLRA 150A) | ___ Umbric Surface (F13) (LRR P, T, U) |     wetland hydrology must be present, |
| ___ Sandy Mucky Mineral (S1) (LRR O, S) | ___ Delta Ochric (F17) (MLRA 151) |     unless disturbed or problematic. |
| ___ Sandy Gleyed Matrix (S4) | ___ Reduced Vertic (F18) (MLRA 150A, 150B) | |
| ✓ Sandy Redox (S5) | ___ Piedmont Floodplain Soils (F19) (MLRA 149A) | |
| ✓ Stripped Matrix (S6) | ___ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D) | |
| ___ Dark Surface (S7) (LRR P, S, T, U) | | |

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

Hydric Soil Present?   Yes  ✓   No ___

Remarks:

Scott Stewart did not confirm map unit

Photo #51 of soil profile and positive Alpha, alpha test
Photo #52  facing SW over soil pit, Melaleuca present
Photo #53  facing south over soil pit, ponded water in background

USAEXPERTS0005166

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy     City/County: Palm City, Martin     Sampling Date: 10/21/21
Applicant/Owner: Countess Joy, LLC     State: FL     Sampling Point: W13
Investigator(s): M. Wylie, S.Stewart, W. Nutter, K. Rains     Section, Township, Range:
Landform (hillslope, terrace, etc.): Flat     Local relief (concave, convex, none): none     Slope (%): <2
Subregion (LRR or MLRA): U     Lat: 27.172717 degrees N     Long: 80.370344 degrees W     Datum: WGS84
Soil Map Unit Name: Holopaw fine sand, 0 to 2% slopes     NWI classification: N/A*

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No __✓__ (If no, explain in Remarks.)
Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?     Are "Normal Circumstances" present? Yes __✓__ No _____
Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?     (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes __✓__ No _____ | Is the Sampled Area |
| Hydric Soil Present? | Yes __✓__ No _____ | within a Wetland?     Yes __✓__ No _____ |
| Wetland Hydrology Present? | Yes __✓__ No _____ | |

Remarks:
Precipitation was below normal (Corps' Antecedent Precipitation Tool).

* located very near NWI class PEM1B
Several sightings of great blue herons

**HYDROLOGY**

Wetland Hydrology Indicators:

Primary Indicators (minimum of one is required; check all that apply)

| | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ___ Water Marks (B1) | ✓ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ✓ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ✓ Water-Stained Leaves (B9) | | ___ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) (LRR T, U) |

Field Observations:
Surface Water Present?     Yes __✓__ No _____ Depth (inches): 0
Water Table Present?     Yes __✓__ No _____ Depth (inches): 7
Saturation Present?     Yes __✓__ No _____ Depth (inches): 7     Wetland Hydrology Present? Yes __✓__ No _____
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:
Photo #55 of water in pit within 7 inches of surface
Photo #56 facing north over pit
Photo #57 facing NE over pit
surface water observed 10 feet from pit

US Army Corps of Engineers     Atlantic and Gulf Coastal Plain Region – Version 2.0

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W13

| Tree Stratum (Plot size: 30 ft x 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii (10" DBH) | 20 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 20 = Total Cover | | |

50% of total cover: 10    20% of total cover: 4

| Sapling Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. Pinus elliottii | 10 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 10 = Total Cover | | |

50% of total cover: 5    20% of total cover: 2

| Shrub Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. Morella cerifera | 20 | Yes | FAC |
| 2. Ilex glabra | 10 | Yes | FACW |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 30 = Total Cover | | |

50% of total cover: 15    20% of total cover: 6

| Herb Stratum (Plot size: 5 ft x 5 ft) | | | |
|---|---|---|---|
| 1. Coreopsis floridana | 0.5 | No | OBL |
| 2. Hypericum myrtifolium | 1 | No | FACW |
| 3. Xyris fimbriata | 1 | No | OBL |
| 4. Lobelia glandulosa | 0.5 | No | OBL |
| 5. Rhynchospora microcephala | 40 | Yes | FACW |
| 6. Schizachyrium sanguineum | 0.5 | No | UPL |
| 7. Axonopus fissifolius | 5 | No | FACW |
| 8. Centella asiatica | 1 | No | FACW |
| 9. Rhynchospora nitens | 1 | No | OBL |
| 10. Acacia auriculiformis (1ft tall) | 0.5 | No | FAC |
| 11. Lygodium microphyllum | 0.5 | No | FACW |
| | 51.5 = Total Cover | | |

50% of total cover: 25    20% of total cover: 10

| Woody Vine Stratum (Plot size: 30 ft x 30 ft) | | | |
|---|---|---|---|
| 1. Sparse vine cover moved to herb category | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 = Total Cover | | |

50% of total cover: ___    20% of total cover: ___

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:  5  (A)

Total Number of Dominant
Species Across All Strata:  5  (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:  100  (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | | x 1 = |
| FACW species | | x 2 = |
| FAC species | | x 3 = |
| FACU species | | x 4 = |
| UPL species | | x 5 = |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A =

**Hydrophytic Vegetation Indicators:**

- [ ] 1 - Rapid Test for Hydrophytic Vegetation
- [✓] 2 - Dominance Test is >50%
- [ ] 3 - Prevalence Index is ≤3.0[1]
- [ ] Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

Tree -- Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

Sapling – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

Shrub -- Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

Herb – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

Woody vine – All woody vines, regardless of height.

Hydrophytic Vegetation Present?   Yes [✓]   No [ ]

Remarks: (If observed, list morphological adaptations below.)
Pinus elliottii aged 31 years as per tree rings (LCL). Serenoa repens overhangs from hummocks. Schizachyrium sanguineum is not listed on the NWPL but is considered FAC by the FDEP. Centella asiatica is not listed in the NWPL as in the AGCP, but is listed by the FDEP as FACW in FL. C. erecta is considered FACW in AGCP by NWPL and has been treated taxonomically as C. asiatica by other sources (e.g., ITIS.gov).

Atlantic and Gulf Coastal Plain Region -- Version 2.0

USAEXPERTS0005168

**SOIL**

Sampling Point: W13

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-3 | 10YR 2/1 | 100 | | | | | fls | masked sand |
| 3-10 | 10YR 3/2 | 85 | 5YR 4/4 | 2 | C | M | fs/s | |
| | 10YR 5/1 | 5 | 5YR 4/6 | 2 | C | M | fs | stripped matrix |
| | 10YR 4/1 | 5 | 5YR 3/4 | 2 | C | PL | | oxidized rhizospheres |
| 10-14 | 10YR 5/1 | 100 | | | | | s | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.   [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) **(LRR P, T, U)**
___ 5 cm Mucky Mineral (A7) **(LRR P, T, U)**
___ Muck Presence (A8) **(LRR U)**
___ 1 cm Muck (A9) **(LRR P, T)**
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) **(MLRA 150A)**
___ Sandy Mucky Mineral (S1) **(LRR O, S)**
___ Sandy Gleyed Matrix (S4)
✓ Sandy Redox (S5)
✓ Stripped Matrix (S6)
___ Dark Surface (S7) **(LRR P, S, T, U)**

___ Polyvalue Below Surface (S8) **(LRR S, T, U)**
___ Thin Dark Surface (S9) **(LRR S, T, U)**
___ Loamy Mucky Mineral (F1) **(LRR O)**
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) **(LRR U)**
___ Depleted Ochric (F11) **(MLRA 151)**
___ Iron-Manganese Masses (F12) **(LRR O, P, T)**
___ Umbric Surface (F13) **(LRR P, T, U)**
___ Delta Ochric (F17) **(MLRA 151)**
___ Reduced Vertic (F18) **(MLRA 150A, 150B)**
___ Piedmont Floodplain Soils (F19) **(MLRA 149A)**
___ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)**

**Indicators for Problematic Hydric Soils[3]:**
___ 1 cm Muck (A9) **(LRR O)**
___ 2 cm Muck (A10) **(LRR S)**
___ Reduced Vertic (F18) **(outside MLRA 150A,B)**
___ Piedmont Floodplain Soils (F19) **(LRR P, S, T)**
___ Anomalous Bright Loamy Soils (F20) **(MLRA 153B)**
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: _____
Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

Remarks:

Photo #54 of soil profile and positive Alpha, alpha test stripped matrix starts at 4 inches

USAEXPERTS0005169

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Countess Joy _____ City/County: Palm City, Martin _____ Sampling Date: 10/21/21

Applicant/Owner: Countess Joy, LLC _____ State: FL _____ Sampling Point: W14

Investigator(s): L. Lee, S. Stewart, K. Rains _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.172911 degrees N _____ Long: 80.367524 degrees W _____ Datum: WGS84

Soil Map Unit Name: Floridana fine sand, frequently flooded, 0 to 1% slopes _____ NWI classification: PEM1C

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present?  Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?   (If needed, explain any answers in Remarks.)

## SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?** | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:
Precipitation was below normal (Corps' Antecedent Precipitation Tool).
Located just west of 84th Avenue

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

| | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | ✓ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ✓ Water Marks (B1) | ✓ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ___ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ✓ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ___ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ___ Water-Stained Leaves (B9) | | ___ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) **(LRR T, U)** |

**Field Observations:**

Surface Water Present?  Yes ✓ No _____ Depth (inches): >2ft

Water Table Present?  Yes ✓ No _____ Depth (inches): 9

Saturation Present?  Yes ✓ No _____ Depth (inches): 4     **Wetland Hydrology Present?  Yes ✓ No _____**
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

episaturated

USAEXPERTS0005170

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W14

| | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| Tree Stratum (Plot size: 30 ft x 30 ft ) | | | |
| 1. Pinus elliottii (7" DBH) | 5 | No | FACW |
| 2. Acer rubrum (11" DBH) | 45 | Yes | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 50 | = Total Cover | |
| 50% of total cover: 25    20% of total cover: 10 | | | |
| Sapling Stratum (Plot size: 15 ft x 15 ft ) | | | |
| 1. Sabal palmetto | 25 | Yes | FAC |
| 2. Acacia auriculiformis | 0.5 | No | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 25.5 | = Total Cover | |
| 50% of total cover: 13    20% of total cover: 5 | | | |
| Shrub Stratum (Plot size: 15 ft x 15 ft ) | | | |
| 1. Acacia auriculiformis | 0.5 | No | FAC |
| 2. Sabal palmetto | 15 | Yes | FAC |
| 3. Morella cerifera | 15 | Yes | FAC |
| 4. Ardisia elliptica | 0.5 | No | FAC |
| 5. | | | |
| 6. | | | |
| | 31 | = Total Cover | |
| 50% of total cover: 15    20% of total cover: 6 | | | |
| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
| 1. Blechnum serrulatum | 35 | Yes | FACW |
| 2. Axonopus fissifolius | 15 | Yes | FACW |
| 3. Centella asiatica | 1 | No | FACW |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 51 | = Total Cover | |
| 50% of total cover: 25    20% of total cover: 10 | | | |
| Woody Vine Stratum (Plot size: 30 ft x 30 ft ) | | | |
| 1. Lygodium microphyllum | 5 | Yes | FACW |
| 2. Vitis rotundifolia | 5 | Yes | FAC |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 10 | = Total Cover | |
| 50% of total cover: 5    20% of total cover: 2 | | | |

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC: 8 (A)

Total Number of Dominant
Species Across All Strata: 8 (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC: 100 (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: | |
|---|---|---|---|
| OBL species | | x 1 = | |
| FACW species | | x 2 = | |
| FAC species | | x 3 = | |
| FACU species | | x 4 = | |
| UPL species | | x 5 = | |
| Column Totals: | 0 (A) | 0 (B) | |

Prevalence Index = B/A =

**Hydrophytic Vegetation Indicators:**

- ☐ 1 - Rapid Test for Hydrophytic Vegetation
- ☑ 2 - Dominance Test is >50%
- ☐ 3 - Prevalence Index is ≤3.0[1]
- ☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

**Hydrophytic Vegetation Present?**  Yes ☑  No ☐

Remarks:  (If observed, list morphological adaptations below.)
Acer rubrum aged 39 years as per tree rings (LCL). Melaleuca and Annona overhang the plot but is rooted in a different habitat types (swamp). Acacia auriculiformis is not listed on the NWPL but is considered FAC by the FDEP. Centella asiatica is not listed in the NWPL as in the AGCP, but is listed by the FDEP as FACW in FL. C. erecta is considered FACW in AGCP by NWPL and has been treated taxonomically as C. asiatica by other sources (e.g., ITIS.gov)

USAEXPERTS0005171

**SOIL**

Sampling Point: __W14__

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-3 | | | | | | | vfsl | Oi |
| 3-6 | | | 7.5YR 4/6 | | C | | vfsl | Oe, Oxidized rhizospheres |
| | | | 5YR 4/4 | | C | | | |
| 6-19 | 10YR 2/1 | | 10YR 5/2 | | D | M | fsl | >70 masked sand grains, buried muck bodies |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.     [2]Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

_ Histosol (A1)
✓ Histic Epipedon (A2)
_ Black Histic (A3)
_ Hydrogen Sulfide (A4)
_ Stratified Layers (A5)
_ Organic Bodies (A6) (LRR P, T, U)
✓ 5 cm Mucky Mineral (A7) (LRR P, T, U)
_ Muck Presence (A8) (LRR U)
_ 1 cm Muck (A9) (LRR P, T)
_ Depleted Below Dark Surface (A11)
_ Thick Dark Surface (A12)
_ Coast Prairie Redox (A16) (MLRA 150A)
_ Sandy Mucky Mineral (S1) (LRR O, S)
_ Sandy Gleyed Matrix (S4)
_ Sandy Redox (S5)
_ Stripped Matrix (S6)
_ Dark Surface (S7) (LRR P, S, T, U)

_ Polyvalue Below Surface (S8) (LRR S, T, U)
_ Thin Dark Surface (S9) (LRR S, T, U)
_ Loamy Mucky Mineral (F1) (LRR O)
_ Loamy Gleyed Matrix (F2)
_ Depleted Matrix (F3)
_ Redox Dark Surface (F6)
_ Depleted Dark Surface (F7)
_ Redox Depressions (F8)
_ Marl (F10) (LRR U)
_ Depleted Ochric (F11) (MLRA 151)
_ Iron-Manganese Masses (F12) (LRR O, P, T)
_ Umbric Surface (F13) (LRR P, T, U)
_ Delta Ochric (F17) (MLRA 151)
_ Reduced Vertic (F18) (MLRA 150A, 150B)
_ Piedmont Floodplain Soils (F19) (MLRA 149A)
_ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D)

**Indicators for Problematic Hydric Soils[3]:**

_ 1 cm Muck (A9) (LRR O)
_ 2 cm Muck (A10) (LRR S)
_ Reduced Vertic (F18) (outside MLRA 150A,B)
_ Piedmont Floodplain Soils (F19) (LRR P, S, T)
_ Anomalous Bright Loamy Soils (F20)
       (MLRA 153B)
_ Red Parent Material (TF2)
_ Very Shallow Dark Surface (TF12)
_ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and
   wetland hydrology must be present,
   unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____
Depth (inches): _____

Hydric Soil Present?   Yes ✓   No ☐

Remarks:

USAEXPERTS0005172

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: FDOT                          City/County: Palm City, Martin            Sampling Date: 10/22/21
Applicant/Owner: FDOT                       State: FL          Sampling Point: W15
Investigator(s): M. Wylie, S. Stewart, K. Rains, W Nutter          Section, Township, Range:
Landform (hillslope, terrace, etc.): Flat          Local relief (concave, convex, none): none          Slope (%): <1
Subregion (LRR or MLRA): U          Lat: 27.160885 degrees N          Long: 80.382951 degrees W          Datum: WGS84
Soil Map Unit Name: Sanibel muck                          NWI classification: PEM1C

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No __✓__ (If no, explain in Remarks.)
Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present? Yes __✓__ No _____
Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | |
|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?**      Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | |

Remarks:
Precipitation was below normal (Corps' Antecedent Precipitation Tool).
Located north of SW Martin Highway on FDOT right of way.

## HYDROLOGY

**Wetland Hydrology Indicators:**

| Primary Indicators (minimum of one is required; check all that apply) | | Secondary Indicators (minimum of two required) |
|---|---|---|
| ✓ Surface Water (A1) | ___ Aquatic Fauna (B13) | ___ Surface Soil Cracks (B6) |
| ✓ High Water Table (A2) | ___ Marl Deposits (B15) **(LRR U)** | ___ Sparsely Vegetated Concave Surface (B8) |
| ✓ Saturation (A3) | ___ Hydrogen Sulfide Odor (C1) | ___ Drainage Patterns (B10) |
| ___ Water Marks (B1) | ___ Oxidized Rhizospheres along Living Roots (C3) | ___ Moss Trim Lines (B16) |
| ___ Sediment Deposits (B2) | ✓ Presence of Reduced Iron (C4) | ___ Dry-Season Water Table (C2) |
| ___ Drift Deposits (B3) | ___ Recent Iron Reduction in Tilled Soils (C6) | ___ Crayfish Burrows (C8) |
| ___ Algal Mat or Crust (B4) | ___ Thin Muck Surface (C7) | ✓ Saturation Visible on Aerial Imagery (C9) |
| ___ Iron Deposits (B5) | ___ Other (Explain in Remarks) | ✓ Geomorphic Position (D2) |
| ___ Inundation Visible on Aerial Imagery (B7) | | ___ Shallow Aquitard (D3) |
| ✓ Water-Stained Leaves (B9) | | ✓ FAC-Neutral Test (D5) |
| | | ___ Sphagnum moss (D8) **(LRR T, U)** |

**Field Observations:**

Surface Water Present?     Yes ✓ No _____ Depth (inches): 0
Water Table Present?       Yes ✓ No _____ Depth (inches): 2
Saturation Present?        Yes ✓ No _____ Depth (inches): 0          **Wetland Hydrology Present?  Yes ✓ No _____**
(includes capillary fringe)

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:
Photo #59 of water in pit

USAEXPERTS0005173

**VEGETATION (Five Strata)** -- Use scientific names of plants.

Sampling Point: W15

| Tree Stratum (Plot size: 30 ft x 30 ft ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Morella cerifera (4.5" DBH) | 35 | Yes | FAC |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 35 = Total Cover | | |

50% of total cover: 17    20% of total cover: 7

| Sapling Stratum (Plot size: 15 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 = Total Cover | | |

50% of total cover:    20% of total cover:

| Shrub Stratum (Plot size: 15 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. Morella cerifera | 10 | Yes | FAC |
| 2. Schinus terebinthifolia | 30 | Yes | FAC |
| 3. Ludwigia sp. | 3 | No | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 43 = Total Cover | | |

50% of total cover: 20    20% of total cover: 8

| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
|---|---|---|---|
| 1. Cyclosorus interruptus | 10 | Yes | FACW |
| 2. Blechnum serrulatum | 5 | No | FACW |
| 3. Osmunda spectabilis | 25 | Yes | OBL |
| 4. Salvinia sp. | 0.5 | No | OBL |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 40.5 = Total Cover | | |

50% of total cover: 20    20% of total cover: 8

| Woody Vine Stratum (Plot size: 15 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 = Total Cover | | |

50% of total cover:    20% of total cover:

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:    5    (A)

Total Number of Dominant
Species Across All Strata:    5    (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:    100    (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | | x 1 = |
| FACW species | | x 2 = |
| FAC species | | x 3 = |
| FACU species | | x 4 = |
| UPL species | | x 5 = |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A =

**Hydrophytic Vegetation Indicators:**

- [ ] 1 - Rapid Test for Hydrophytic Vegetation
- [x] 2 - Dominance Test is >50%
- [ ] 3 - Prevalence Index is ≤3.0[1]
- [ ] Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

**Hydrophytic Vegetation Present?**    Yes [x]    No [ ]

Remarks: (If observed, list morphological adaptations below.)
Plot size for vines was reduced to 15 ft x 15 ft due to visibility and difficulty of navigating the plot. Lygodium was observed outside the plot boundaries. A culvert was photodocumented on the north side of this wetland.

Atlantic and Gulf Coastal Plain Region -- Version 2.0

USAEXPERTS0005174

**SOIL**

Sampling Point: W15

**Profile Description:  (Describe to the depth needed to document the indicator or confirm the absence of indicators.)**

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type¹ | Loc² | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-5 | 10YR 3/2 | 100 | | | | | Oe/Oa | mucky peat/muck |
| 5-8 | 10YR 3/2 | 100 | | | | | Oa | muck |
| 8-10 | 10YR 3/1 | 95 | | | | | fs | |
| | 10YR 2/1 | 5 | | | | | Oa | |
| 10-15+ | 10YR 7/2 | 100 | | | | | s | stripped matrix |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

¹Type:  C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.          ²Location:  PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:  (Applicable to all LRRs, unless otherwise noted.)**

| | | Indicators for Problematic Hydric Soils³: |
|---|---|---|
| __ Histosol (A1) | __ Polyvalue Below Surface (S8) **(LRR S, T, U)** | __ 1 cm Muck (A9) **(LRR O)** |
| ✓ Histic Epipedon (A2) | __ Thin Dark Surface (S9) **(LRR S, T, U)** | __ 2 cm Muck (A10) **(LRR S)** |
| __ Black Histic (A3) | __ Loamy Mucky Mineral (F1) **(LRR O)** | __ Reduced Vertic (F18) **(outside MLRA 150A,B)** |
| __ Hydrogen Sulfide (A4) | __ Loamy Gleyed Matrix (F2) | __ Piedmont Floodplain Soils (F19) **(LRR P, S, T)** |
| __ Stratified Layers (A5) | __ Depleted Matrix (F3) | __ Anomalous Bright Loamy Soils (F20) |
| __ Organic Bodies (A6) **(LRR P, T, U)** | __ Redox Dark Surface (F6) | **(MLRA 153B)** |
| __ 5 cm Mucky Mineral (A7) **(LRR P, T, U)** | __ Depleted Dark Surface (F7) | __ Red Parent Material (TF2) |
| ✓ Muck Presence (A8) **(LRR U)** | __ Redox Depressions (F8) | __ Very Shallow Dark Surface (TF12) |
| __ 1 cm Muck (A9) **(LRR P, T)** | __ Marl (F10) **(LRR U)** | __ Other (Explain in Remarks) |
| __ Depleted Below Dark Surface (A11) | __ Depleted Ochric (F11) **(MLRA 151)** | |
| __ Thick Dark Surface (A12) | __ Iron-Manganese Masses (F12) **(LRR O, P, T)** | ³Indicators of hydrophytic vegetation and |
| __ Coast Prairie Redox (A16) **(MLRA 150A)** | __ Umbric Surface (F13) **(LRR P, T, U)** | wetland hydrology must be present, |
| __ Sandy Mucky Mineral (S1) **(LRR O, S)** | __ Delta Ochric (F17) **(MLRA 151)** | unless disturbed or problematic. |
| __ Sandy Gleyed Matrix (S4) | __ Reduced Vertic (F18) **(MLRA 150A, 150B)** | |
| __ Sandy Redox (S5) | __ Piedmont Floodplain Soils (F19) **(MLRA 149A)** | |
| __ Stripped Matrix (S6) | __ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)** | |
| __ Dark Surface (S7) **(LRR P, S, T, U)** | | |

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

Remarks:

Photo #58 of soil profile and positive Alpha, alpha test

USAEXPERTS0005175

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Martin County Landfill _____ City/County: Palm City, Martin _____ Sampling Date: 10/22/21

Applicant/Owner: Martin County, FL _____ State: FL _____ Sampling Point: W16

Investigator(s): M. Wylie, S. Stewart, K. Rains, W Nutter _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.192236 degrees N _____ Long: 80.375361 degrees W _____ Datum: WGS84

Soil Map Unit Name: Riviera fine sand, frequently ponded, 0 to 1% slopes _____ NWI classification: PEM1C

Are climatic / hydrologic conditions on the site typical for this time of year?   Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed?   Are "Normal Circumstances" present?   Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic?   (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?** | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:

Precipitation was below normal (Corps' Antecedent Precipitation Tool)
Located north of Martin County Landfill

## HYDROLOGY

**Wetland Hydrology Indicators:**

Primary Indicators (minimum of one is required; check all that apply)

| | |
|---|---|
| ✓ Surface Water (A1) | _____ Aquatic Fauna (B13) |
| ✓ High Water Table (A2) | _____ Marl Deposits (B15) **(LRR U)** |
| ✓ Saturation (A3) | ✓ Hydrogen Sulfide Odor (C1) |
| _____ Water Marks (B1) | _____ Oxidized Rhizospheres along Living Roots (C3) |
| _____ Sediment Deposits (B2) | _____ Presence of Reduced Iron (C4) |
| . _____ Drift Deposits (B3) | _____ Recent Iron Reduction in Tilled Soils (C6) |
| _____ Algal Mat or Crust (B4) | _____ Thin Muck Surface (C7) |
| _____ Iron Deposits (B5) | _____ Other (Explain in Remarks) |
| _____ Inundation Visible on Aerial Imagery (B7) | |
| ✓ Water-Stained Leaves (B9) | |

Secondary Indicators (minimum of two required)

_____ Surface Soil Cracks (B6)
_____ Sparsely Vegetated Concave Surface (B8)
_____ Drainage Patterns (B10)
_____ Moss Trim Lines (B16)
_____ Dry-Season Water Table (C2)
_____ Crayfish Burrows (C8)
✓ Saturation Visible on Aerial Imagery (C9)
✓ Geomorphic Position (D2)
_____ Shallow Aquitard (D3)
✓ FAC-Neutral Test (D5)
_____ Sphagnum moss (D8) **(LRR T, U)**

**Field Observations:**

Surface Water Present?   Yes ✓ No _____ Depth (inches): + 1 to 2

Water Table Present?   Yes ✓ No _____ Depth (inches): 0

Saturation Present?   Yes ✓ No _____ Depth (inches): 0
(includes capillary fringe)   **Wetland Hydrology Present?   Yes ✓ No _____**

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photo #68 of landfill south of W16
Photo #66 facing north over sampling point
Photo #67 facing south over sampling point

USAEXPERTS0005176

**VEGETATION (Five Strata) –** Use scientific names of plants.

Sampling Point: W16

| Tree Stratum (Plot size: 30 ft x 30 ft) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Pinus elliottii (11.5" DBH) | 20 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 20 | = Total Cover | |

50% of total cover: 10    20% of total cover: 4

| Sapling Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. Pinus elliottii | 5 | Yes | FACW |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 5 | = Total Cover | |

50% of total cover: 2.5    20% of total cover: 1

| Shrub Stratum (Plot size: 15 ft x 15 ft) | | | |
|---|---|---|---|
| 1. Ilex glabra | 10 | Yes | FACW |
| 2. Ilex cassine | 3 | No | FACW |
| 3. Morella cerifera | 3 | No | FAC |
| 4. Quercus laurifolia | 3 | No | FACW |
| 5. | | | |
| 6. | | | |
| | 19 | = Total Cover | |

50% of total cover: 10    20% of total cover: 4

| Herb Stratum (Plot size: 5 ft x 5 ft) | | | |
|---|---|---|---|
| 1. Blechnum serrulatum | 60 | Yes | FACW |
| 2. Lygodium microphyllum | 0.5 | No | FACW |
| 3. Smilax laurifolia | 0.5 | No | FACW |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 61 | = Total Cover | |

50% of total cover: 30    20% of total cover: 12

| Woody Vine Stratum (Plot size: 30 ft x 30 ft) | | | |
|---|---|---|---|
| 1. Sparse cover of vines- added to herbs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 | = Total Cover | |

50% of total cover: _____    20% of total cover: _____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:    4    (A)

Total Number of Dominant
Species Across All Strata:    4    (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:    100    (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

- ☐ 1 - Rapid Test for Hydrophytic Vegetation
- ☑ 2 - Dominance Test is >50%
- ☐ 3 - Prevalence Index is ≤3.0[1]
- ☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic
Vegetation
Present?    Yes ☑    No ☐

Remarks: (If observed, list morphological adaptations below).

Pinus elliottii aged 37 years as per tree rings.

USAEXPERTS0005177

## SOIL

Sampling Point: W16

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-9 | 2.5YR 2/1 | 55 | 10YR 5/1 | 2 | D | M | fs | >70% masked sands, saturated to 21 inches |
| | 10YR 2/1 | 40 | | | | | | |
| 9-21 | 2.5YR 2/1 | 100 | | | | | fs | >70% masked sands |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.     [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

**Indicators for Problematic Hydric Soils[3]:**

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
___ Organic Bodies (A6) (LRR P, T, U)
✓ 5 cm Mucky Mineral (A7) (LRR P, T, U)
___ Muck Presence (A8) (LRR U)
___ 1 cm Muck (A9) (LRR P, T)
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) (MLRA 150A)
___ Sandy Mucky Mineral (S1) (LRR O, S)
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
___ Stripped Matrix (S6)
___ Dark Surface (S7) (LRR P, S, T, U)

___ Polyvalue Below Surface (S8) (LRR S, T, U)
___ Thin Dark Surface (S9) (LRR S, T, U)
___ Loamy Mucky Mineral (F1) (LRR O)
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) (LRR U)
___ Depleted Ochric (F11) (MLRA 151)
___ Iron-Manganese Masses (F12) (LRR O, P, T)
___ Umbric Surface (F13) (LRR P, T, U)
___ Delta Ochric (F17) (MLRA 151)
___ Reduced Vertic (F18) (MLRA 150A, 150B)
___ Piedmont Floodplain Soils (F19) (MLRA 149A)
___ Anomalous Bright Loamy Soils (F20) (MLRA 149A, 153C, 153D)

___ 1 cm Muck (A9) (LRR O)
___ 2 cm Muck (A10) (LRR S)
___ Reduced Vertic (F18) (outside MLRA 150A,B)
___ Piedmont Floodplain Soils (F19) (LRR P, S, T)
___ Anomalous Bright Loamy Soils (F20) (MLRA 153B)
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**

Type: _____

Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ___

**Remarks:**

soils were described wet not moist

Atlantic and Gulf Coastal Plain Region -- Version 2.0

USAEXPERTS0005178

**WETLAND DETERMINATION DATA FORM – Atlantic and Gulf Coastal Plain Region**

Project/Site: Traiana _____ City/County: Palm City, Martin _____ Sampling Date: 10/22/21

Applicant/Owner: Traiana _____ State: FL _____ Sampling Point: W17

Investigator(s): M. Wylie, S. Stewart, K. Rains, W Nutter _____ Section, Township, Range: _____

Landform (hillslope, terrace, etc.): Flat _____ Local relief (concave, convex, none): none _____ Slope (%): <2

Subregion (LRR or MLRA): U _____ Lat: 27.162806 degrees N _____ Long: 80.360668 degrees W _____ Datum: WGS84

Soil Map Unit Name: Oldsmar fine sand , 0 to 2% slopes _____ NWI classification: _____

Are climatic / hydrologic conditions on the site typical for this time of year? Yes _____ No ✓ (If no, explain in Remarks.)

Are Vegetation _____, Soil _____, or Hydrology _____ significantly disturbed? Are "Normal Circumstances" present? Yes ✓ No _____

Are Vegetation _____, Soil _____, or Hydrology _____ naturally problematic? (If needed, explain any answers in Remarks.)

**SUMMARY OF FINDINGS – Attach site map showing sampling point locations, transects, important features, etc.**

| | | | |
|---|---|---|---|
| Hydrophytic Vegetation Present? | Yes ✓ No _____ | **Is the Sampled Area** | |
| Hydric Soil Present? | Yes ✓ No _____ | **within a Wetland?** | Yes ✓ No _____ |
| Wetland Hydrology Present? | Yes ✓ No _____ | | |

Remarks:
Precipitation was below normal (Corps' Antecedent Precipitation Tool)
Located in wetlands south of the Sharfi site and contiguous to a flooded marsh that abuts the Sharfi site.

**HYDROLOGY**

Wetland Hydrology Indicators:

Primary Indicators (minimum of one is required; check all that apply)
- ___ Surface Water (A1)
- ✓ High Water Table (A2)
- ✓ Saturation (A3)
- ___ Water Marks (B1)
- ___ Sediment Deposits (B2)
- ___ Drift Deposits (B3)
- ___ Algal Mat or Crust (B4)
- ___ Iron Deposits (B5)
- ___ Inundation Visible on Aerial Imagery (B7)
- ___ Water-Stained Leaves (B9)

- ___ Aquatic Fauna (B13)
- ___ Marl Deposits (B15) **(LRR U)**
- ___ Hydrogen Sulfide Odor (C1)
- ___ Oxidized Rhizospheres along Living Roots (C3)
- ✓ Presence of Reduced Iron (C4)
- ___ Recent Iron Reduction in Tilled Soils (C6)
- ___ Thin Muck Surface (C7)
- ___ Other (Explain in Remarks)

Secondary Indicators (minimum of two required)
- ___ Surface Soil Cracks (B6)
- ___ Sparsely Vegetated Concave Surface (B8)
- ___ Drainage Patterns (B10)
- ___ Moss Trim Lines (B16)
- ___ Dry-Season Water Table (C2)
- ___ Crayfish Burrows (C8)
- ___ Saturation Visible on Aerial Imagery (C9)
- ✓ Geomorphic Position (D2)
- ___ Shallow Aquitard (D3)
- ___ FAC-Neutral Test (D5)
- ___ Sphagnum moss (D8) **(LRR T, U)**

Field Observations:

Surface Water Present? Yes _____ No ✓ Depth (inches): _____

Water Table Present? Yes ✓ No _____ Depth (inches): 6.5

Saturation Present? Yes ✓ No _____ Depth (inches): 2
(includes capillary fringe) _____ Wetland Hydrology Present? Yes ✓ No _____

Describe Recorded Data (stream gauge, monitoring well, aerial photos, previous inspections), if available:

Remarks:

Photo #71 of water in pit to 6.5 inches

USAEXPERTS0005179

**VEGETATION (Five Strata)** – Use scientific names of plants.

Sampling Point: W17

| Tree Stratum (Plot size: 30 ft x 30 ft ) | Absolute % Cover | Dominant Species? | Indicator Status |
|---|---|---|---|
| 1. Sabal palmetto (15" DBH) | 10 | Yes | FAC |
| 2. Quercus laurifolia (11.5" DBH) | 15 | Yes | FACW |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 25 | = Total Cover | |

50% of total cover: 12    20% of total cover: 5

| Sapling Stratum (Plot size: 15 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. Sparse Ilex cassine sapling cover moved to shrubs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| | 0 | = Total Cover | |

50% of total cover: ____    20% of total cover: ____

| Shrub Stratum (Plot size: 15 ft x 15 ft ) | | | |
|---|---|---|---|
| 1. Serenoa repens | 10 | No | FACU |
| 2. Ilex cassine | 1 | No | FACW |
| 3. Morella cerifera | 10 | No | FAC |
| 4. Sabal palmetto | 15 | Yes | FAC |
| 5. Lyonia lucida | 30 | Yes | FACW |
| 6. Quercus laurifolia seedlings | 1 | | |
| | 67 | = Total Cover | |

50% of total cover: 33    20% of total cover: 13

| Herb Stratum (Plot size: 5 ft x 5 ft ) | | | |
|---|---|---|---|
| 1. Cyperaceae sp. | 0.5 | No | |
| 2. Vitis rotundifolia | 2 | Yes | FAC |
| 3. Smilax sp. | 0.5 | No | |
| 4. Eriocaulon sp. | 1 | Yes | OBL |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| | 4 | = Total Cover | |

50% of total cover: 2    20% of total cover: 1

| Woody Vine Stratum (Plot size: 30 ft x 30 ft ) | | | |
|---|---|---|---|
| 1. Sparse cover of vines- added to herbs | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| | 0 | = Total Cover | |

50% of total cover: ____    20% of total cover: ____

**Dominance Test worksheet:**

Number of Dominant Species
That Are OBL, FACW, or FAC:    6    (A)

Total Number of Dominant
Species Across All Strata:    6    (B)

Percent of Dominant Species
That Are OBL, FACW, or FAC:    100    (A/B)

**Prevalence Index worksheet:**

| Total % Cover of: | | Multiply by: |
|---|---|---|
| OBL species | _____ | x 1 = _____ |
| FACW species | _____ | x 2 = _____ |
| FAC species | _____ | x 3 = _____ |
| FACU species | _____ | x 4 = _____ |
| UPL species | _____ | x 5 = _____ |
| Column Totals: | 0 (A) | 0 (B) |

Prevalence Index = B/A = _____

**Hydrophytic Vegetation Indicators:**

☐ 1 - Rapid Test for Hydrophytic Vegetation
☑ 2 - Dominance Test is >50%
☐ 3 - Prevalence Index is ≤3.0[1]
☐ Problematic Hydrophytic Vegetation[1] (Explain)

[1]Indicators of hydric soil and wetland hydrology must be present, unless disturbed or problematic.

**Definitions of Five Vegetation Strata:**

**Tree** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and 3 in. (7.6 cm) or larger in diameter at breast height (DBH).

**Sapling** – Woody plants, excluding woody vines, approximately 20 ft (6 m) or more in height and less than 3 in. (7.6 cm) DBH.

**Shrub** – Woody plants, excluding woody vines, approximately 3 to 20 ft (1 to 6 m) in height.

**Herb** – All herbaceous (non-woody) plants, including herbaceous vines, regardless of size, and woody plants, except woody vines, less than approximately 3 ft (1 m) in height.

**Woody vine** – All woody vines, regardless of height.

Hydrophytic Vegetation Present?    Yes ☑    No ☐

Remarks: (If observed, list morphological adaptations below.)
Pinus elliottii is present just outside plot boundaries.

Atlantic and Gulf Coastal Plain Region – Version 2.0

USAEXPERTS0005180

## SOIL

Sampling Point: W17

**Profile Description:** (Describe to the depth needed to document the indicator or confirm the absence of indicators.)

| Depth (inches) | Matrix Color (moist) | % | Redox Features Color (moist) | % | Type[1] | Loc[2] | Texture | Remarks |
|---|---|---|---|---|---|---|---|---|
| 0-6 | 10YR 6/1 | 95 | | | | | fs | stripped matrix |
| | 10YR 2/1 | 5 | | | | | fs | organic bodies |
| 6-15 | 2.5YR 5/4 | 100 | | | | | fs | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[1]Type: C=Concentration, D=Depletion, RM=Reduced Matrix, MS=Masked Sand Grains.    [2]Location: PL=Pore Lining, M=Matrix.

**Hydric Soil Indicators:** (Applicable to all LRRs, unless otherwise noted.)

___ Histosol (A1)
___ Histic Epipedon (A2)
___ Black Histic (A3)
___ Hydrogen Sulfide (A4)
___ Stratified Layers (A5)
✓ Organic Bodies (A6) **(LRR P, T, U)**
___ 5 cm Mucky Mineral (A7) **(LRR P, T, U)**
___ Muck Presence (A8) **(LRR U)**
___ 1 cm Muck (A9) **(LRR P, T)**
___ Depleted Below Dark Surface (A11)
___ Thick Dark Surface (A12)
___ Coast Prairie Redox (A16) **(MLRA 150A)**
___ Sandy Mucky Mineral (S1) **(LRR O, S)**
___ Sandy Gleyed Matrix (S4)
___ Sandy Redox (S5)
✓ Stripped Matrix (S6)
___ Dark Surface (S7) **(LRR P, S, T, U)**

___ Polyvalue Below Surface (S8) **(LRR S, T, U)**
___ Thin Dark Surface (S9) **(LRR S, T, U)**
___ Loamy Mucky Mineral (F1) **(LRR O)**
___ Loamy Gleyed Matrix (F2)
___ Depleted Matrix (F3)
___ Redox Dark Surface (F6)
___ Depleted Dark Surface (F7)
___ Redox Depressions (F8)
___ Marl (F10) **(LRR U)**
___ Depleted Ochric (F11) **(MLRA 151)**
___ Iron-Manganese Masses (F12) **(LRR O, P, T)**
___ Umbric Surface (F13) **(LRR P, T, U)**
___ Delta Ochric (F17) **(MLRA 151)**
___ Reduced Vertic (F18) **(MLRA 150A, 150B)**
___ Piedmont Floodplain Soils (F19) **(MLRA 149A)**
___ Anomalous Bright Loamy Soils (F20) **(MLRA 149A, 153C, 153D)**

**Indicators for Problematic Hydric Soils[3]:**
___ 1 cm Muck (A9) **(LRR O)**
___ 2 cm Muck (A10) **(LRR S)**
___ Reduced Vertic (F18) **(outside MLRA 150A,B)**
___ Piedmont Floodplain Soils (F19) **(LRR P, S, T)**
___ Anomalous Bright Loamy Soils (F20) **(MLRA 153B)**
___ Red Parent Material (TF2)
___ Very Shallow Dark Surface (TF12)
___ Other (Explain in Remarks)

[3]Indicators of hydrophytic vegetation and wetland hydrology must be present, unless disturbed or problematic.

**Restrictive Layer (if observed):**
Type: _____
Depth (inches): _____

**Hydric Soil Present?**   Yes ✓   No ☐

**Remarks:**

Photo# 70 of soil profile and positive Alpha, alpha test

USAEXPERTS0005181

# Exhibit 22

USAEXPERTS0005182



Bessey Creek

Countess Joy East

W7

USAEXPERTS0005183

# Exhibit 23

USAEXPERTS0005184



Bessey Creek

W5

USAEXPERTS0005185

# Exhibit 24

USAEXPERTS0005186



Figure III.C.1.1. Location of the N/S Ditch in relation to the Site, Reference Areas, and Bessey Creek. The Hybrid Water Technology Treatment (HWTT) facility that withdraws and returns water to Bessey Creek is also located.

USAEXPERTS0005187

# Exhibit 25

USAEXPERTS0005188



Data sources: FDOT Aerial Imagery (1966)    Map Edited: 2/1/2022

Figure V.D.1.a.1. Aerial photo from 1966 showing land modifications for agriculture (likely citrus trees), surface drainage patterns, and sparse woody vegetation.

USAEXPERTS0005189

# Exhibit 26

USAEXPERTS0005190



Figure V.C.2.2. N/S Ditch OHWM  (Ordinary High Water Mark) at northwest corner of the site. View is to the south showing portion of the N/S ditch that was cleared by the Defendant (Photograph Source: USAEXPERTS 0000639).

USAEXPERTS0005191

# Exhibit 27

USAEXPERTS0005192



Figure II.B.2. USGS topographic map and National Hydrography Dataset streams, canals, and ditches in the vicinity of the Site and Reference Areas.

USAEXPERTS0005193

# Exhibit 28

USAEXPERTS0005194



Figure II.B.3.   USGS topographic map, National Hydrography Dataset streams, canals, and ditches, and the USFWS National Wetland Inventory wetlands in the vicinity of the Site and Reference Areas.

USAEXPERTS0005195

# Exhibit 29

USAEXPERTS0005196



Figure V.C.2.3. N/S Ditch Confluence with Bessey Creek on Countess Joy East Reference Area . View is to the east. (Photograph source: USAEXPERTS 0000646).

USAEXPERTS0005197

# Exhibit 30

USAEXPERTS0005198



Figure V.C.2.4. Water in the N/S Ditch on August 23, 2021 on the Countess Joy East Reference Area.  Location is about 500 feet north of the Site's northwest corner and view is to the north (Photograph source: USAEXPERTS 0000636).

USAEXPERTS0005199

# Exhibit 31

USAEXPERTS0005200



Figure V.C.2.5. Water in the N/S Ditch on September 15, 2021 on the Countess Joy East Reference Area.  Location is about 500 feet north of the Site's northwest corner and view is to the north (same location as shown in Figure V.C.2.4 ). (Photograph source: USAEXPERTS 0000843)

USAEXPERTS0005201

# Exhibit 32

USAEXPERTS0005202



Figure V.C.2.8. Countess Joy East Reference Area wetlands abut N/S Ditch. Water flows in N/S Ditch south to Bessey Creek at high water levels and west toward 84th Avenue eastern ditch.  (Photograph source: USAEXPERTS 0000663).

USAEXPERTS0005203

# Exhibit 33

USAEXPERTS0005204



Figure V.D.I.a.3. Aerial photo from 1966 showing historical wetland discharge locations and how they have changed with the construction of 84th Avenue. All discharge locations are currently evident and were verified during the Expert Team field visits.

USAEXPERTS0005205

# Exhibit 34

USAEXPERTS0005206



**Legend**

🟥 Sharfi Site

FLDOT 1966

Value

202

0

**Abutting Wetlands**

**N/S Ditch**



0   45   90        180 US Feet

USAEXPERTS0005207

# Exhibit 35

USAEXPERTS0005208



V.D.1.a.4. The 2019 Martin County LiDAR showing the field located primary surface flow path from the Site through the N/S Ditch and a continuum of wetlands, depressions, and micro-topographic features. Wetland waterflow is to the 84th Avenue roadside ditch and then to Bessey Creek. The roadside ditch and Bessey Creek are perennially flowing streams.

USAEXPERTS0005209

# Exhibit 36

USAEXPERTS0005210



Figure V.C.2.6. Countess Joy East Reference Area wetlands flow into 84th Avenue eastern ditch near R Well 7. View is to the west and 84th Avenue is in the background. (Photograph source: USAEXPERTS 0000863)

USAEXPERTS0005211

# Exhibit 37

USAEXPERTS0005212



Figure V.D.l.b.1.3.   Graphical output of Reference Area water level monitoring wells R Well 7.

USAEXPERTS0005213

# Exhibit 38

USAEXPERTS0005214



Figure V.C.2.7. Eastern 84th Avenue ditch confluence with Bessey Creek on Countess Joy East Reference Area. Bessey Creek culvert beneath 84th Avenue is to the lower left corner of the photograph (Photograph source: USAEXPERTS 0000716).

USAEXPERTS0005215