# EXHIBIT 80

**Supplemental Report**

United States v. Benjamin K. Sharfi and NeshaFarm, Inc.
Case No. 2:21-cv-14205-KAM

**Prepared for**

Environment and Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
Washington, D.C.

**Prepared by**

Wade L. Nutter, Ph.D., PH

September 15, 2023

Wade L. Nutter, Ph.D., PH

1

USAEXPERTS0005216

## I.      Introduction

A team of experts submitted an Expert Report dated February 18, 2022 on behalf of the United States in the matter of *United States v. Benjamin K. Sharfi and NeshaFarm, Inc.*, Case No. 2:21-cv-14205-KAM (S.D. Fla.). I, Wade L. Nutter, am a member of that team. In light of *Sackett v. EPA*, a recent decision by the U.S. Supreme Court regarding federal jurisdiction under the Clean Water Act, I prepared this Supplemental Report focused on wetland hydrology at the Site (defined in the following section) and a neighboring property. I incorporate my opinions and the facts and data on which they are based in the DOJ Expert Team Report.

I am a retired Professor Emeritus of Hydrology and Soils, Warnell School of Forestry and Natural Resources, University of Georgia, and currently Chairman and Senior Consultant with Nutter & Associates, Inc, in Athens, Georgia. My qualifications and experience are presented in my curriculum vitae attached to the DOJ Expert Team Report. My professional and scientific experience includes teaching and research on the hydrology of uplands and wetlands and my consulting experience includes extensive expert investigations and testimony on wetland hydrology. I have served as an expert for the United States in other Clean Water Act cases regarding hydrology and jurisdictional waters of the United States. Since submitting the DOJ Expert Team Report, I have testified in a single deposition in the parallel cases *City of Rome v. 3M Co.*, No. 19-cv-02405-JFL-003 (Ga. Sup. Ct.) and *Johnson v. 3M Co.*, No. 4:20-cv-0008 (N.D. Ga.).

## II.      Background

The expert team supporting the United States in the matter of the *Sharfi* case consisted of five principal scientists in the disciplines of wetland hydrology, soil, vegetation, regulatory oversight and wetland science, and functional assessment (the "DOJ Expert Team" or the "Team").[1] My principal role as a member of the Team was: (1) to determine if wetland hydrology existed on the site at issue in this litigation prior to earthmoving and filling operations; (2) if so, to determine the occurrence and extent of wetland hydrology and jurisdictional waters; and (3) to integrate my findings and opinions with the other team members.

I am familiar with the Site and its adjoining Reference Area, which, for the purpose of this Supplemental Report, consists of a privately owned tract of over 300 acres immediately north of the Site that I will call the Countess Joy East Reference Area.[2] The Site is a 9.92-acre property situated east of Palm City, in unincorporated Martin County, Florida. The Site is located less than two miles east of Interstate 95, approximately 0.35 miles north of southwest Martin Highway, 0.30 miles south of the upstream reach of Bessey Creek and 3 miles west of Florida's Turnpike.

The Site is bounded to the north and west by drainageways that flow west and north to the upstream reach of Bessey Creek, which is located 0.30 miles (1,577 feet) north of the Site. The upstream reach of Bessey Creek—which Defendants' expert W. Michael Dennis refers to as the

---

[1] The DOJ Expert Team Members, in addition to myself, are Lyndon C. Lee, Ph.D., PWS; Kai Coshow Rains, Ph.D., PWS; Scott R. Stewart, Ph.D., CPSS; and Mike Wylie, M.S.
[2] Additional reference areas were evaluated in the February 18, 2022 report.

2

USAEXPERTS0005217

East-West Ditch—then flows east for approximately 7 miles, where it joins the tidally influenced waters of the St. Lucie River, a Traditional Navigable Water. Bessey Creek becomes tidally influenced upstream from its junction with the St. Lucie River. Consequently, the tidally influenced downstream reach of Bessey Creek is a TNW approximately 4.5 miles downstream from the Site. From its junction with the tidal reach of Bessey Creek, the St. Lucie River then flows east and then southeast for approximately 10.9 miles. It joins the TNWs of St. Lucie Inlet and the Atlantic Ocean.

The upstream reach of Bessey Creek is a relatively permanent body of water. The upstream reach of Bessey Creek is a perennially flowing tributary of the tidal reach of Bessey Creek with a wetted bed that is approximately 15 to 20 feet wide and less than three feet deep. It also has a relatively continuous OHWM except in places where bridges, roads, culverts, and other structures interrupt continuity.

Further, in 2015, the SFWMD issued a permit to the Florida Department of Agriculture and Consumer Services and Watershed Technologies LLC to construct a Hybrid Wetland Treatment Technology ("HWTT") facility to improve Bessey Creek's water quality. The HWTT facility is located approximately two miles downstream from the upstream reach of Bessey Creek that is due north of the Site. Watershed Technologies LLC submitted flow data (in cubic feet per second) with the permit application for the upstream watershed, which included the Site and the Countess Joy East Reference Area. The data show year-round water flow. Highest flows are in June through November. Mean daily flow is lowest in May. *See* Exhibit 1 (Figure III.C.1.1); Exhibit 2 (Table III.C.1.1); Exhibit 3 (HWTT Permit).

I visited the Site on three occasions between September 2021 and December 2021 and the Countess Joy East Reference Area on four occasions between August 2021 and December 2021. The Countess Joy East Reference Area neighbors the Site and is part of the same landform. The upstream reach of Bessey Creek is a historically excavated channel that begins at the Martin County Solid Waste Transfer Station and Landfill facility to the west and upstream of the Site. The Site and Countess Joy East Reference Area are shown in Exhibit 4 (Figure II.A.2).

To verify the presence of jurisdictional wetlands on the Site and to define the hydrologic connection to the upstream reach of Bessey Creek and its connections to traditional navigable waters (TNWs), the DOJ Expert Team developed a scientific approach and embarked on intensive and extensive studies of the Site's aquatic resources and connections to other waters of the United States.

The following is a summary of the approach used to study the Site's hydrology and its hydrologic connections. A complete description of my methodology appears in the February 18, 2022 DOJ Team Expert Report, which is incorporated in full.

## III. Methodology to Determine Extent of Wetland Hydrology on the Site and Neighboring Reference Area

The field study was initiated in August 2021 on the Countess Joy East Reference Area and in September 2021 on the Site. All field studies were completed in December 2021. A summary of the field studies follows.

3

USAEXPERTS0005218

1. When evaluating an impacted wetland, typically nearby reference wetlands that occur in the same ecologic and hydrologic setting are used as a reference for comparison of the pre-impact and post-impact conditions. The Countess Joy East Reference Area, which neighbors the Site, was selected for evaluation as a reference.

2. The Countess Joy East Reference Area—a similar landform to the Site—was evaluated using published maps, data, and on-the-ground surveys. The Countess Joy East Reference Area neighboring the Site was selected as being representative of the hydrologic conditions on the Site before earthmoving and fill activities and was a connecting landform with the Site.

3. Local climate during the study was evaluated using the U.S. Army Corps of Engineers Antecedent Precipitation Tool (APT). The APT indicated the precipitation regime during the study period varied from above normal for the August 2021 field visit, below normal for September and October and normal for December 2021. The APT graph of precipitation during the field visits and analysis of normal conditions is shown at Exhibit 5 (Figure III.B.3.1).

4. To document the water table fluctuations in the Site and Countess Joy East Reference Area, six wells with continuous data loggers were installed on the Site and seven wells on the Countess Joy East Reference Area. Three continuous water surface level monitors were also installed, one in the N/S Ditch just downstream from the Site and two in the upstream reach of Bessey Creek. The locations of all the water monitoring locations are shown in Exhibit 6 (Figure IV.B.2.a.1).

5. Extensive walkovers of the Site and Countess Joy East Reference Area were conducted for a visual survey of wetland landform and microtopography, including observation and expressions of the presence and flow of surface water. Observation of vegetation patterns related to site wetness and occurrence of hydric soils were conducted and published soil maps were used and direct observation of wetland and upland soils were conducted.

6. Walkovers noted where water flow pathways were present based on observed water flow patterns exhibited by actual surface water flow, microtopographic surfaces, vegetation bent in direction of surface flow, ponded water connections, and other indicators.

7. Collective team expertise in wetland determination using applicable national and regional manuals and databases was applied to identify wetlands.

8. Observations of precipitation, water table and surface water fluctuations (from the continuously monitored wells and soil observation holes, i.e., wetland data form locations), and surface water features were correlated to identify hydrologic response to climatic events.

9. Preparation for rendering the Expert Report included research of other sources of information such as the South Florida Water Management District, Florida Department of Agriculture and Consumer Affairs permit applications, Site visits by others, prior wetland delineations of the Site, historical land use information, nearby similar wetlands, review of Bessey Creek monitoring records (e.g., from the Hybrid Wetland Treatment Technology facility downstream from the Countess Joy East Reference Area), extensive review of historical aerial photographs, current photographs by Martin County, and others.

USAEXPERTS0005219

This summary of methodology illustrates the extensive and intensive studies conducted by the Expert Team on the identification, extent, and connections of wetlands on the Site and Countess Joy East Reference Area.

Additionally, in rendering the opinions contained in this report, I considered the test to determine when wetlands qualify as "waters of the United States" consistent with the Supreme Court in *Sackett v. EPA*. In that case, the Court concluded that the *Rapanos v. United States* plurality was correct that the term "waters" as used in the Clean Water Act encompasses only relatively permanent, standing or continuously flowing bodies of water including streams, oceans, rivers, and lakes. 598 U.S. 651, 671 (2023) (quoting *Rapanos*, 547 U.S. 715, 739 (2006)). For wetlands, the Court also agreed with the plurality that, to be jurisdictional, wetlands must have a continuous surface connection to water bodies that are "waters of the United States" in their own right so that there is no clear demarcation between "waters" and wetlands. *Id*. at 678 (citing *Rapanos*, 547 U.S. at 742).

## IV.    Extent of the Wetlands

Using all the resources at hand and our professional judgement and experience we identified and verified a contiguous wetland area as shown in Exhibits 7, 8, and 9. Each of the three Exhibits show the field assessment locations recorded by the DOJ Expert Team. Based on our observations, data, and professional judgement, we verified one large wetland area, as shown on a 2021 aerial photograph (Exhibit 7), a 2019 LiDAR image (Exhibit 8), and a U.S. Department of Agriculture soil map (Exhibit 9). Also shown on the Exhibits is the primary surface flow pathway (discussed in detail in Section V.B.3) that was mapped based on walkovers of the area and interpretation of the aerial and LiDAR imagery. It is important to note that the wetlands have confirmed surface water and physical connections to the upstream reach of Bessey Creek in at least two locations and also has confirming surface water and physical connections to the relatively permanent 84th Avenue Ditch. All the confirmed connection points are designated on the map by a star symbol. The wetlands also have confirmed surface water and physical connections to the N/S Ditch. These Exhibits further demonstrate the historical and contemporary surface water and physical connections from the large wetland that encompassed the Site and Countess Joy East Reference Area before earthmoving and fill activities occurred on the Site.

## V.    Site and Reference Area Hydrology

The Site and neighboring Countess Joy East Reference Area occur on a geomorphic surface that includes flatwoods, low lying flatlands, depressions, and poorly developed drainage-ways forming a large wetland in the same landscape setting. Drainage, both surface and subsurface, is from the direction of Martin Highway (County Highway 714) north towards the upstream reach of Bessey Creek. Elevation gradient from the Site to the upstream reach of Bessey Creek is very gradual and very nearly flat. Water movement from the Site through the Countess Joy East Reference Area occurred prior to earthmoving and fill activities via surface and subsurface pathways through wetlands consisting of shallow depressions, flats, and seasonal surface

5

USAEXPERTS0005220

drainageways, including the relatively permanent N/S Ditch. Surface drainage dominates following rainy periods when the water ponds on the surface and/or the soil becomes saturated to the surface. Flow in the wetlands shifts to subsurface movement, generally along the land surface gradient, as the surface water recedes below the soil surface. Prior to impacts of earthmoving and filling of wetlands on the Site, subsurface flow, i.e., ground water discharge, was to the ditches and lower elevation surface features (e.g., depressions and flats) and eventually to the upstream reach of Bessey Creek as a contribution to baseflow.

A. Site and Reference Area Hydrology Pre-Disturbance

Historically, prior to earthmoving activities on the Site, the dominant surface flow direction on the Site and neighboring Countess Joy East Reference Area was toward the upstream reach of Bessey Creek. Pathways of flow to the relatively permanent N/S Ditch and to the upstream reach of Bessey Creek were via the physically abutting wetland.

Historical connections between the wetlands and the upstream reach of Bessey Creek are shown in Exhibit 10 (Figure V.D.1.a.3), an aerial photograph from 1966. Flow patterns were also depicted in the September 2018 request submitted by the Site's owner to the Florida Department of Agriculture and Consumer Services requesting exemption of existing agricultural activity on the Site. Included in the application was a map depicting "Run-off Flow" from the Site towards the N/S Ditch and "Stream Flow" from the Site in the N/S Ditch and a ditch on the east side of the Countess Joy Reference Area directly connecting to the upstream reach of Bessey Creek. The map of flow submitted with the application is presented as Exhibit 11 (Figure III.C.2.1) and verifies that there was a direct hydrologic and physical connection from the Site wetlands, which were a part of the Countess Joy East Reference Area wetlands prior to earthmoving and fill activities on the Site, to the upstream reach of Bessey Creek. Thus, there was a direct hydrologic and physical connection from the Site wetlands to the N/S Ditch before earthmoving and fill activities occurred on the Site.

B. Present-Day Hydrology of the Site and Reference Area

The wetlands on the Countess Joy East Reference Area—that formed part of a larger wetland including the wetlands on the Site prior to earthmoving and fill activities—is connected to and physically abuts or touches the N/S Ditch, the 84th Avenue Roadside Ditch, and the upstream reach of Bessey Creek, each a relatively permanent water (RPW).

During my field visits I made visual observation of several surface drainage pathways in the Countess Joy East Reference Area wetlands that were defined by patterns of observed wetlands vegetation, microtopographic land surface variations, vegetation bent in the direction of flow, wrack (small vegetation parts accumulated by water flow at a surface obstacle), and ponded water connections. I also visually observed that portions of the wetlands physically abut each RPW.

USAEXPERTS0005221

1.  N/S Ditch

The N/S Ditch is a seasonal, relatively permanent non-navigable tributary of the upstream reach of Bessey Creek, which becomes a tidal water and thus a traditional navigable water further downstream. Located on the western boundary of the Site, it flows northward into the Countess Joy East Reference Area. The present-day wetlands on the Countess Joy East Reference Area have a physical and surface water connection to the N/S ditch, as shown, for example, in Exhibit 12 (Figure V.C.2.8). It then spreads out and flows by several pathways through the wetlands to the upstream reach of Bessey Creek. In the defined confines of the N/S Ditch, depths range from several feet and width from 6 to 10 feet at the Site/Reference Area boundary to shallower and wider as distance increases northward through the Countess Joy East Reference Area. Flow from the N/S Ditch spreads out from about the midpoint of the Countess Joy East Reference Area as the ditch loses its structure across the slightly sloping and undulating surface. The ditch structure appears to have been modified by long-term cattle trampling and some mechanical maintenance some years ago resulting in obstruction to some lower flows which are diverted into the connected wetlands. During wetter periods, surface flow from the N/S Ditch and the connected wetlands also discharge directly to the upstream reach of Bessey Creek, as shown in Exhibit 13 (Figure V.C.2.3). In my opinion, based on my visual observations of the abutting wetlands features and land surface elevations, as well as the photographic evidence, the N/S Ditch has continuous flow to the upstream reach of Bessey Creek during the wet season and at other times of the year when large rain events occur. Thus, the N/S Ditch is a relatively permanent tributary connected to a traditional navigable water and with a physical connection to the present-day wetlands on the Countess Joy East Reference Area.

2.  84th Avenue Roadside Ditch

In addition to the direct surface flow connection of the N/S Ditch to the upstream reach of Bessey Creek from the Countess Joy East Reference Area, the 84th Avenue Roadside Ditch adjoining the western side of Countess Joy East flows directly into the upstream reach of Bessey Creek, upstream of the N/S Ditch connection. As previously noted, further downstream Bessey Creek is a tidal water and thus a traditional navigable water. At least from the point of connection with the large wetland on the Countess Joy East Reference Area to the nearby intersection with the upstream reach of Bessey Creek, the 84th Avenue Roadside Ditch is a perennially flowing tributary to the upstream reach of Bessey Creek. This connection is shown in Exhibit 14 (Figure V.C.2.7). Thus, the 84th Avenue Roadside Ditch is a relatively permanent tributary connected to a traditional navigable water. There are several direct connections of the Countess Joy East Reference Area to the 84th Avenue Roadside Ditch, the principal one is shown in Exhibit 15 (Figure V.C.2.6). Exhibit 16 (Figure V.D.1.a.4) shows the principal flow connection of the dominant flow path (discussed below) to the 84th Avenue Roadside Ditch, further establishing the continuous hydrologic and physical connection from the Countess Joy East Reference Area's wetlands to the upstream reach of Bessey Creek. Well RWell 7 is located at this connection location and provided a continuous digital record of water flow during the study period (location shown in Exhibit 6 (Figure IV.B.2.a.1).

USAEXPERTS0005222

3. The Primary Flow Pathway

An analysis of historical aerial photography, soil maps, LiDAR elevation data, USGS terrain and hydrography maps, on-site data collection (soil borings, water table monitoring, vegetation identification), and walkover events of the Countess Joy East Reference Area conducted in August, September and October of 2021 enabled me to identify a flow path of concentrated flow from the N/S Ditch to the upstream reach of Bessey Creek. I mapped a major hydrological connection between the wetlands and the upstream reach of Bessey Creek in September 2021 by walking upstream from the confluence of the upstream reach of Bessey Creek and the 84th Avenue Roadside Ditch connection. I followed the 84th Avenue ditch to a flowing connection point of the abutting wetlands in the Countess Joy East Reference Area at RWell 7. From the RWell 7 location I followed the flow pathway through the wetlands to the N/S Ditch and then upstream in the N/S Ditch to the Site. I followed the concentrated surface flow upstream from where it entered the 84th Avenue Ditch by walking and noting ground surface conditions (e.g., small changes in elevation), flow, ponded water, small vegetation bent in the direction of flow, and wrack on the Countess Joy East Reference Area wetlands (at RWell 7 location). The concentrated surface flow occurred through the broad flat wetland surfaces and ponded depressions to the N/S Ditch and then to the Site. I marked the pathway with flagging and referred to this as the primary flow pathway. It is shown in Exhibit 16 (Figure V.D.1.a.4) as I demarcated it in the field. The flow condition of the N/S Ditch at that time is shown in Exhibit 17 (Figure V.C.2.5). The N/S Ditch photo location is about mid-way from the Site to Bessey Creek and is an expression of the collection of both surface and subsurface water from the connecting contiguous wetlands. As confirmation of my designation of the primary flow pathway, Mr. Mike Wylie and I walked the designated flow pathway the next day from the bed and bank terminus of the N/S Ditch through the contiguous wetlands abutting Bessey Creek to the 84th Avenue Roadside Ditch.

4. Other Hydrological Connections Between the Wetlands and the Upstream Reach of Bessey Creek

I observed several other locations of direct surface flow from the Countess Joy East Reference Area wetlands to the upstream reach of Bessey Creek during both the August and September field visits. One discharge point is in the vicinity of RWell 4 located near the upstream reach of Bessey Creek west of the N/S Ditch (refer to Exhibit 6 for the location of RWell 4). An example of one of the observed active surface water movement locations is shown in Exhibit 18 (Photo IV.C.3.a.3) at RWell 4 near the upstream reach of Bessey Creek. Surface water depicted in the photo was flowing toward the upstream reach of Bessey Creek, out of view in the photo. Exhibit 19 (Photo 2593) shows flow direct to the upstream reach of Bessey Creek. Exhibit 20 (Photo 2602) shows concentrated flow had recently occurred forming small dams of wrack at the same location near RWell 4. Water was flowing and discharging to the upstream reach of Bessey Creek when these photographs were taken on August 24, 2021. RWell 4 is located at the historical discharge location identified in Exhibit 10 (location 3 in Exhibit 10).

USAEXPERTS0005223

A second location of direct surface flow from the Countess Joy East Reference Area wetlands to the upstream reach of Bessey Creek that I observed during the August field visit is just upstream of a staff gage (named Bessey Up in Exhibit 6). RWell 6 is located nearby as shown in Exhibit 6. Flow into the upstream reach of Bessey Creek was observed in August 2021 and was significant enough to place a staff gage in the Creek to measure any change in flow in the Creek due to the inflow. This inflow was also located in the area of historical flow identified in Exhibit 10 (location 3).

In addition to the connections mentioned in Paragraphs V(B)(1) – (4), bidirectional flow (i.e., flow from the ditches and Creek to the connected wetlands) may result on occasion, particularly during the wet season from June through October when thunderstorms over small areas of the watershed may dominate and cause increased flow, particularly in the upstream reach of Bessey Creek. This phenomenon occurs because there is very little surface relief across the land surface from the Site to the upstream reach of Bessey Creek and fluctuations in surface water level of the N/S Ditch, the 84th Avenue Roadside Ditch, and the upstream reach of Bessey Creek.

## VI.   Conclusions

In summary, the following facts were established.

1. Before Defendants' impacts on the Site, wetlands on the Site were part of a large wetland connected and discharging to the upstream reach of Bessey Creek.
2. Numerous observations were made and documented in the wetlands of small flow channels coalescing into depressions and flats and then reappearing as more concentrated flow down gradient to discharge from the wetlands into distinct outlets to the upstream reach of Bessey Creek.
3. Due to the ebb and flow of the upstream reach of Bessey Creek, the 84th Avenue Roadside Ditch, and the N/S Ditch with rainfall patterns, bidirectional flow may occur in the abutting wetlands.
4. The wetland geomorphic landform consisting of channels, depressions, flats, and other microtopographic features has a physical connection with the upstream reach of Bessey Creek.
5. The Countess Joy East Reference Area wetland—which included the wetlands on the Site before earthmoving and fill activities—physically touches and has a continuous surface connection to the relatively permanent waters of the N/S Ditch, the 84th Avenue Roadside Ditch, and the upstream reach of Bessey Creek. These relatively permanent waters are connected to traditional navigable waters, i.e., the tidal reach of Bessey Creek, the St. Lucie River, the St. Lucie Inlet, and the Atlantic Ocean.

USAEXPERTS0005224

# Exhibit 1

USAEXPERTS0005225



Figure III.C.1.1. Location of the N/S ditch in relation to the Site, Reference Areas, and Bessey Ditch. The Hybrid Water Technology Treatment (HWTT) facility that withdraws and returns water to Bessey Creek is also located.

USAEXPERTS0005226

# Exhibit 2

USAEXPERTS0005227

Table III.C.1.1.  Composited historical flow in Bessey Creek at the Hybrid Water Treatment
Technology facility.

| Composited Historical Flow in Bessey Creek | | | |
|---|---|---|---|
| Month | daily max (cfs) | daily median (cfs) | daily mean (cfs) |
| 1 | 3.73 | 0.699 | 0.910 |
| 2 | 21.18 | 0.506 | 1.121 |
| 3 | 44.81 | 0.479 | 1.668 |
| 4 | 7.03 | 0.316 | 0.702 |
| 5 | 4.45 | 0.242 | 0.344 |
| 6 | 69.72 | 0.47 | 7.306 |
| 7 | 67.85 | 1.45 | 6.326 |
| 8 | 80.30 | 4.42 | 11.418 |
| 9 | 66.03 | 5.58 | 11.301 |
| 10 | 106.49 | 6.75 | 15.572 |
| 11 | 112.51 | 2.34 | 12.839 |
| 12 | 60.88 | 1.14 | 3.744 |
| **Total** | | | |

From the Permit application submitted to the SFWMD for the HWTT facility.

USAEXPERTS0005228

# Exhibit 3

USAEXPERTS0005229



# SOUTH FLORIDA WATER MANAGEMENT DISTRICT
## WATER USE INDIVIDUAL PERMIT

| | | | |
|---|---|---|---|
| **APPLICATION NO:** | 150305-2 | **PERMIT NUMBER:** | 43-02681-W |
| **DATE ISSUED:** | May 18, 2015 | **EXPIRATION DATE:** | May 18, 2035 |

**PERMITTEE:**  FLORIDA DEPT. OF AGRICULTURE &
CONSUMER SERVICES
1835 HWY 441 SE STE B
OKEECHOBEE, FL   34974

WATERSHED TECHNOLOGIES LLC
465 ST LUCIA COURT
SATELLITE BEACH, FL   32937

**PROJECT NAME:**   BESSEY CREEK HWTT

**PROJECT LOCATION:** Martin County,          S10,15/T38S/R40E

**PROJECT DESCRIPTION/AUTHORIZING:**

The use of surface water for a nutrient removal project using a Hybrid Wetland Treatment Technology System, in order to remove excessive nutrients from the Bessey Creek Watershed. An annual allocation of 1,926.43 million gallons is recommended.

This is to notify you of South Florida Water Management District's (District) agency action concerning Permit Application Number 150305-2, received March 5, 2015.  This action is taken pursuant to Chapter 373, Part II, Florida Statutes (F.S.), Rule 40E-1.603 and Chapter 40E-2, Florida Administrative Code (F.A.C). Based on the information provided, District rules have been adhered to and a Water Use Individual Permit is in effect for this project subject to:

1. Not receiving a filed request for an administrative hearing pursuant to Section 120.57 and Section 120.569 (F.S.), or request a judicial review  pursuant Section 120.68, F.S.; and
2. The attached 24 permit conditions.
3. The attached 7 exhibits.

By acceptance and utilization of the water authorized under this permit, the Permittee agrees to hold and save the District and its successors harmless from any and all damages, claims or liabilities that may arise by reason of the construction, maintenance or use of activities authorized by this permit. Should you object to the permit, please refer to the attached "Notice of Rights" that addresses the procedures to be followed if you desire a public hearing or other review of the proposed agency action. Should you wish to object to the proposed agency action or file a petition or request, please provide written objections, petitions, requests and/or waivers to the District, attention of Office of the District Clerk, South Florida Water Management District, Post Office Box 24680, West Palm Beach, FL 33416-4680.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT this written notice has been mailed or electronically transmitted to the Permittee (and the persons listed in the attached distribution list) this 19th day of May, 2015, in accordance with Section 120.60(3), F.S. Notice was also electronically posted on this date through a link on the home page of the District's website (my.sfwmd.gov/ePermitting).

BY: _____
JUANITA BOZEMAN
DEPUTY CLERK, SOUTH FLORIDA WATER MANAGEMENT DISTRICT

USACE0000235
USAEXPERTS0005230

## SPECIAL PERMIT CONDITIONS

1.  This permit is issued to:
    Watershed Technologies LLC
    Project - Bessey Creek HWTT
    465 St. Lucia Court
    Satellite Beach, FL 32937

    and Lessee
    Florida Department of Agriculture & Consumer Services
    1835 Highway 441, Ste B
    Okeechobee, FL 34974

2.  This permit shall expire on May 18, 2035.

3.  Use classification is:

    Industrial Water Supply

4.  Source classification is:

    Surface Water from:
    Off-site Canal(s)

5.  Allocation:
    Total annual allocation is 1,926.43 million gallons (MG). (5.28 MGD)
    Total Maximum monthly allocation is 393.15 MG

    The maximum monthly allocation represents the maximum treatment capacity during wet season, high flow conditions. The annual allocation is based on historic flows of the creek, which includes wet and dry season variations. The pumping rates range between 0 and 20 cfs and shall not exceed the flow rate of the creek.

    Compliance with the annual allocation is based on the quantity withdrawn over a 12-month time period. Compliance with the maximum monthly allocation is based on the greatest quantity withdrawn in any single month. The annual allocation expressed in GPD or MGD is for informational purposes only. All withdrawals shall cease during any applicable declared Water Shortage Order in effect pursuant to Chapter 40E-21, F.A.C.

6.  Withdrawal facilities:

    Surface Water - Proposed:

    1 - 6" x 10 HP X 1167 GPM Submersible Pump
    1 - 18" x 50 HP X 7270 GPM Submersible Pump
    1 - 10" x 15 HP X 1930 GPM Submersible Pump

Page 2 of 6

USACE0000236
USAEXPERTS0005231

7.  The Permittee shall submit all data as required by the implementation schedule for each of the permit conditions to: SFWMD at www.sfwmd.gov/ePermitting, or Regulatory Support, MSC 9611, P.O. Box 24680, West Palm Beach, FL 33416-4680.

8.  The Permittee must submit the appropriate application form incorporated by reference in Rule 40E-2.101, F.A.C., to the District prior to the permit expiration date in order to continue the use of water.

9.  Prior to any withdrawals at the project, the Permittee shall provide the results of the calibration testing of the identified water accounting method(s) and equip all existing and proposed withdrawal facilities with approved water use accounting method(s) pursuant to Subsection 4.1.1 of the Applicant's Handbook for Water Use Permit Applications.

10. Every five years from the date of last calibration, the Permittee shall submit re-calibration data for each withdrawal facility.

11. Monthly withdrawals for each withdrawal facility shall be reported to the District semi-annually. The water accounting method and means of calibration shall be stated on each report.

12. The Permittee shall submit to the District an updated "Summary of Surface Water (Pump) Facilities" table ("Section IV - Sources of Water", Water Use Permit Application Form 1379) within 90 days of installation of the proposed pumps identifying the surface water source, local drainage district (if applicable), pump type, diameter, capacity and horsepower, intake elevation (feet, NGVD), and water use accounting method.

13. Permittee shall follow the operational protocols described in Exhibit 5. It is anticipated that during a 1-in-10 year drought, flows will decrease to zero in this portion of Bessey Creek and the Project withdrawals will follow the proposed pump operations schedule. Survival of the aquatic plants will rely solely on dry season water levels of the ponds.

Application Number:  150305-2

USACE0000237
USAEXPERTS0005232

## STANDARD  PERMIT CONDITIONS

1.  All water uses authorized by this permit shall be implemented as conditioned by this permit, including any documents incorporated by reference in a permit condition. The District may revoke this permit, in whole or in part, or take enforcement action, pursuant to Section 373.136 or 373.243, F.S., unless a permit modification has been obtained to address the noncompliance.

    The Permittee shall immediately notify the District in writing of any previously submitted material information that is later discovered to be inaccurate.

2.  The Permittee is advised that this permit does not relieve any person from the requirement to obtain all necessary federal, state, local and special district authorizations.

3.  The Permittee shall notify the District in writing within 30 days of any sale, transfer, or conveyance of ownership or any other loss of permitted legal control of the Project and/or related facilities from which the permitted consumptive use is made. Where Permittee's control of the land subject to the permit was demonstrated through a lease, the Permittee must either submit a new or modified lease showing that it continues to have legal control or documentation showing a transfer in control of the permitted system/project to the new landowner or new lessee. All transfers of ownership are subject to the requirements of Rule 40E-1.6107, F.A.C.   Alternatively, the Permittee may surrender the consumptive use permit to the District, thereby relinquishing the right to conduct any activities under the permit.

4.  Nothing in this permit should be construed to limit the authority of the District to declare a water shortage and issue orders pursuant to Chapter 373, F.S. In the event of a declared water shortage, the Permittee must adhere to the water shortage restrictions, as specified by the District. The Permittee is advised that during a water shortage, reports shall be submitted as required by District rule or order. The Permittee is advised that during a water shortage, pumpage, water levels, and water quality data shall be collected and submitted as required by District orders issued pursuant to Chapter 40E-21, F.A.C.

5.  This permit does not convey to the Permittee any property rights or privileges other than those specified herein, nor relieve the permittee from complying with any applicable local government, state, or federal law, rule, or ordinance.

6.  With advance notice to the Permittee, District staff with proper identification shall have permission to enter, inspect, observe, collect samples, and take measurements of  permitted facilities to determine compliance with the permit conditions and permitted plans and specifications. The Permittee shall either accompany District staff onto the property or make provision for access onto the property.

7.  A. The Permittee may seek modification of any term of an unexpired permit. The Permittee is advised that Section 373.239, F.S., and Rule 40E-2.331, F.A.C., are applicable to permit modifications.

    B. The Permittee shall notify the District in writing 30 days prior to any changes to the project that

Page 4 of 6

Application Number:  150305-2

USACE0000238
USAEXPERTS0005233

could potentially alter the reasonable demand reflected in the permitted allocation. Such changes include, but are not limited to, change in irrigated acreage, crop type, irrigation system, large users agreements, or water treatment method. Permittee will be required to apply for a modification of the permit for any changes in permitted allocation.

8.  If any condition of the permit is violated, the permit shall be subject to review and modification, enforcement action, or revocation pursuant to Chapter 373, F.S.

9.  The Permittee shall mitigate interference with existing legal uses that was caused in whole or in part by the Permittee's withdrawals, consistent with the approved mitigation plan. As necessary to offset the interference, mitigation will include pumpage reduction, replacement of the impacted individual's equipment, relocation of wells, change in withdrawal source, or other means.

Interference to an existing legal use is defined as an impact that occurs under hydrologic conditions equal to or less severe than a 1-in-10 year drought event that results in the:

A. Inability to withdraw water consistent with provisions of the permit, such as when remedial structural or operational actions not materially authorized by existing permits must be taken to address the interference; or

B. Change in the quality of water pursuant to primary State Drinking Water Standards to the extent that the water can no longer be used for its authorized purpose, or such change is imminent.

10. The Permittee shall mitigate harm to the natural resources caused by the Permittee's withdrawals, as determined through reference to the conditions for permit issuance. When harm occurs, or is imminent, the District will require the Permittee to modify withdrawal rates or mitigate the harm. Harm, as determined through reference to the conditions for permit issuance includes:

A. Reduction in ground or surface water levels that results in harmful lateral movement of the fresh water/salt water interface,

B. Reduction in water levels that harm the hydroperiod of wetlands,

C. Significant reduction in water levels or hydroperiod in a naturally occurring water body such as a lake or pond,

D. Harmful movement of contaminants in violation of state water quality standards, or

E. Harm to the natural system including damage to habitat for rare or endangered species.

11. The Permittee shall mitigate harm to existing off-site land uses caused by the Permittee's withdrawals, as determined through reference to the conditions for permit issuance. When harm occurs, or is imminent, the District will require the Permittee to modify withdrawal rates or mitigate the harm. Harm as determined through reference to the conditions for permit issuance, includes:

Application Number: 150305-2

USACE0000239
USAEXPERTS0005234

A. Significant reduction in water levels on the property to the extent that the designed function of the water body and related surface water management improvements are damaged, not including aesthetic values. The designed function of a water body is identified in the original permit or other governmental authorization issued for the construction of the water body. In cases where a permit was not required, the designed function shall be determined based on the purpose for the original construction of the water body (e.g. fill for construction, mining, drainage canal, etc.)

B. Damage to agriculture, including damage resulting from reduction in soil moisture resulting from consumptive use; or,

C. Land collapse or subsidence caused by reduction in water levels associated with consumptive use.

Application Number:  150305-2

USACE0000240
USAEXPERTS0005235

## NOTICE OF RIGHTS

As required by Sections 120.569(1), and 120.60(3), Fla. Stat., the following is notice of the opportunities which may be available for administrative hearing or judicial review when the substantial interests of a party are determined by an agency.  Please note that this Notice of Rights is not intended to provide legal advice. Not all the legal proceedings detailed below may be an applicable or appropriate remedy. You may wish to consult an attorney regarding your legal rights.

## RIGHT TO REQUEST ADMINISTRATIVE HEARING

A person whose substantial interests are or may be affected by the South Florida Water Management District's (SFWMD or District) action has the right to request an administrative hearing on that action pursuant to Sections 120.569 and 120.57, Fla. Stat.  Persons seeking a hearing on a SFWMD decision which does or may affect their substantial interests shall file a petition for hearing with the District Clerk within 21 days of receipt of written notice of the decision, unless one of the following shorter time periods apply:   1) within 14 days of the notice of consolidated intent to grant or deny concurrently reviewed applications for environmental resource permits and use of sovereign submerged lands pursuant to Section 373.427, Fla. Stat.; or 2) within 14 days of service of an Administrative Order pursuant to Subsection 373.119(1), Fla. Stat.  "Receipt of written notice of agency decision" means receipt of either written notice through mail, electronic mail, or posting that the SFWMD has or intends to take final agency action, or publication of notice that the SFWMD has or intends to take final agency action.  Any person who receives written notice of a SFWMD decision and fails to file a written request for hearing within the timeframe described above waives the right to request a hearing on that decision.

## FILING INSTRUCTIONS

The Petition must be filed with the Office of the District Clerk of the SFWMD. Filings with the District Clerk may be made by mail, hand-delivery, or e-mail.  **Filings by facsimile will not be accepted after October 1, 2014.**  A petition for administrative hearing or other document is deemed filed upon receipt during normal business hours by the District Clerk at SFWMD headquarters in West Palm Beach, Florida.  Any document received by the office of the District Clerk after 5:00 p.m. shall be filed as of 8:00 a.m. on the next regular business day.  Additional filing instructions are as follows:

- Filings by mail must be addressed to the Office of the District Clerk, P.O. Box 24680, West Palm Beach, Florida  33416.
- Filings by hand-delivery must be delivered to the Office of the District Clerk. **Delivery of a petition to the SFWMD's security desk does not constitute filing. To ensure proper filing, it will be necessary to request the SFWMD's security officer to contact the Clerk's office**.  An employee of the SFWMD's Clerk's office will receive and file the petition.
- Filings by e-mail must be transmitted to the District Clerk's Office at clerk@sfwmd.gov.  The filing date for a document transmitted by electronic mail shall be the date the District Clerk receives the complete document.  A party who files a document by e-mail shall (1) represent that the original physically signed document will be retained by that party for the duration of the proceeding and of any subsequent appeal or subsequent proceeding in that cause and that the party shall produce it upon the request of other parties; and (2) be responsible for any delay, disruption, or interruption of the electronic signals and accepts the full risk that the document may not be properly filed.

USACE0000241
USAEXPERTS0005236

**INITIATION OF AN ADMINISTRATIVE HEARING**

Pursuant to Rules 28-106.201 and 28-106.301, Fla. Admin. Code, initiation of an administrative hearing shall be made by written petition to the SFWMD in legible form and on 8 and 1/2 by 11 inch white paper. All petitions shall contain:

1. Identification of the action being contested, including the permit number, application number, SFWMD file number or any other SFWMD identification number, if known.
2. The name, address and telephone number of the petitioner and petitioner's representative, if any.
3. An explanation of how the petitioner's substantial interests will be affected by the agency decision.
4. A statement of when and how the petitioner received notice of the SFWMD's decision.
5. A statement of all disputed issues of material fact. If there are none, the petition must so indicate.
6. A concise statement of the ultimate facts alleged, including the specific facts the petitioner contends warrant reversal or modification of the SFWMD's proposed action.
7. A statement of the specific rules or statutes the petitioner contends require reversal or modification of the SFWMD's proposed action.
8. If disputed issues of material fact exist, the statement must also include an explanation of how the alleged facts relate to the specific rules or statutes.
9. A statement of the relief sought by the petitioner, stating precisely the action the petitioner wishes the SFWMD to take with respect to the SFWMD's proposed action.

A person may file a request for an extension of time for filing a petition. The SFWMD may, for good cause, grant the request. Requests for extension of time must be filed with the SFWMD prior to the deadline for filing a petition for hearing. Such requests for extension shall contain a certificate that the moving party has consulted with all other parties concerning the extension and that the SFWMD and any other parties agree to or oppose the extension. A timely request for extension of time shall toll the running of the time period for filing a petition until the request is acted upon.

If the SFWMD takes action with substantially different impacts on water resources from the notice of intended agency decision, the persons who may be substantially affected shall have an additional point of entry pursuant to Rule 28-106.111, Fla. Admin. Code, unless otherwise provided by law.

**MEDIATION**

The procedures for pursuing mediation are set forth in Section 120.573, Fla. Stat., and Rules 28-106.111 and 28-106.401-.405, Fla. Admin. Code. The SFWMD is not proposing mediation for this agency action under Section 120.573, Fla. Stat., at this time.

**RIGHT TO SEEK JUDICIAL REVIEW**

Pursuant to Sections 120.60(3) and 120.68, Fla. Stat., a party who is adversely affected by final SFWMD action may seek judicial review of the SFWMD's final decision by filing a notice of appeal pursuant to Florida Rule of Appellate Procedure 9.110 in the Fourth District Court of Appeal or in the appellate district where a party resides and filing a second copy of the notice with the District Clerk within 30 days of rendering of the final SFWMD action.

Rev.05/01/14

USACE0000242
USAEXPERTS0005237

**Last Date for Agency Action:**
June 3, 2015

## WATER USE STAFF REPORT

| | | |
|---|---|---|
| **Application Number:** | 150305-2 | **FINAL APPROVED BY** |
| **Permit Number:** | 43-02681-W | **EXECUTIVE DIRECTOR** |
| **Project Name:** | BESSEY CREEK HWTT | **MAY 18, 2015** |
| **Water Use Permit Status:** | PROPOSED | |

**Location:**  MARTIN COUNTY,     S10,15/T38S/R40E

**Applicant's Name and Address:**
WATERSHED TECHNOLOGIES LLC
465 ST LUCIA COURT
SATELLITE BEACH, FL  32937

**Lessee's Name And Address:**
FLORIDA DEPT. OF AGRICULTURE & CONSUMER SERVICES
1835 HWY 441 SE STE B
OKEECHOBEE, FL  34974

**Water Use  Classification:**  Industrial

**Sources:**

Surface Water from:     Off-site Canal(s)

**Authorized Allocation:**

Annual Allocation:              1,926.4  Million Gallons (MG)

Maximum Monthly Allocation:       393.2  Million Gallons (MG)

**Proposed Withdrawal Facilities - Surface Water**

Source: Off-site Canal(s)
1 - 10" X 15 HP X 1930 GPM Submersible Pump
1 - 6" X 10 HP X 1167 GPM Submersible Pump
1 - 18" X 50 HP X 7270 GPM Submersible Pump

| Rated Capacity Source | Status Code | GPM | MGM | MGY |
|---|---|---|---|---|
| Off-site Canal(s) | P | 10,367 | 453.8 | 5,449 |
| Totals: | | 10,367 | 453.8 | 5,449 |

## PURPOSE
The purpose of this application is to obtain a water use permit for industrial water supply for a nutrient removal Project. Withdrawals are from the Bessey Creek Watershed via three proposed withdrawal facilities. The Applicant is requesting a 20 year permit.

Application Number: 150305-2

USACE0000243
USAEXPERTS0005238

**PROJECT DESCRIPTION**

Bessey Creek Hybrid Wetland Treatment Technology System (Project) is a portion of the Western Palm City Corridor (WPCC) flow through marsh that will be retro-fitted with a Hybrid Wetland Treatment Technology (HWTT) system for the purpose of improving surface water quality of Bessey Creek. The Project is located in Martin County as shown in Exhibits 1 through 3. Withdrawals are from the Bessey Creek Watershed (BCW) via three proposed withdrawal facilities as shown on Exhibit 3 and pump specifications are detailed in Exhibit 4. A project description and estimate of withdrawals are included in Exhibit 5.

**PROJECTED WATER USE DEMANDS**

Based on stream flow data collected by the South Florida Water Management District (District) monitoring station SLT09_W (DB Hydro Key W1932), an average daily flow between the years 2004 and 2009 was approximately 110 cubic feet per second (cfs). A model was run which estimated flows at approximately 55% of the measured creek flow, to provide daily pump flows for the HWTT Project. Derivation allocations are detailed in Exhibit 5I, which provides the monthly pumping rates. Dry season pumping rates will range between 0 and 5 cfs and shall not exceed the flow rates of the creek. Wet season pumping rates will range between 10 and 20 cfs, with 20 cfs being the maximum pumping and treatment capacity.

Maximum Monthly = 8,976 gallons per minute (GPM) X 24 hrs/day X 365 days per year/12 months = 393.15 million gallons (MG)

Annual allocation = 1,926.43 MG

The maximum monthly allocation represents the maximum treatment capacity during wet season, high flow conditions. The annual allocation is based on historic flows of the creek, which includes wet and dry season variations. It is anticipated that during a 1-in-10 year drought, flows will decrease to zero in this portion of Bessey Creek and the Project withdrawals will follow the proposed pump operations schedule as detailed in Exhibit 5 (Special Condition 13). The design of the HWTT system incorporates deep zones intercepting the water table, which allows a small percentage of the floating and submerged aquatic vegetation to remain hydrated during prolonged dry periods. The Permittee has indicated that during low flow conditions in Bessey Creek, the aquatic plants will rely on existing water levels in the ponds with the expectation of plant die-back in shallow portions of the system.

**WATER RESOURCE IMPACT EVALUATION**
**Water Resource Availability**

**Off-site Canal(s)-Bessey Creek Watershed**

Bessey Creek is a fresh water tributary of the St. Lucie River and Estuary system, which the Florida Department of Environmental Protection (FDEP) has classified as impaired water bodies due to excessive nutrient loading. An existing WPCC was designed as a flow through marsh of preserved wetlands, man-made wetlands, and

Application Number: 150305-2

USACE0000244
USAEXPERTS0005239

**WATER RESOURCE IMPACT EVALUATION (CONTINUED)**

uplands for future mitigation and water quality treatment in Martin County under Environmental Resource Permit (ERP) 43-01748-P. HWTT is a water quality treatment technology designed to treat high rates of nutrient removal as detailed in Exhibit 5. A 20 CFS capacity is proposed and this Project will divert surface water from the BCW, remove excessive nutrients, and then return the treated water to Bessey Creek with minimal evaporative losses. Since the surface water is returned to Bessey Creek, after treatment and removal of nutrients, the potential for harm to occur to the water resource of Bessey Creek as a result of the withdrawal of the recommended allocation is considered minimal.

### Existing Legal Users

#### Off-site Canal(s)-Bessey Creek Watershed

The nearest existing legal user of surface water is Tuscawilla (Water Use Permit 43-01811-W) which is adjacent south of the Project and uses surface water from on-site lakes for irrigation of 5.15 acres of turf. The HWTT Project will pump surface water from the Bessey Creek Watershed, remove excessive nutrients and then allow the treated water to flow through a mitigation area and discharge back to Bessey Creek. Since the water is returned to Bessey Creek after treatment and removal of nutrients, the potential for harm to occur to existing legal users as a result of the withdrawal of the recommended allocation is considered minimal.

### Existing Off Site Land Uses

#### Off-site Canal(s)-Bessey Creek Watershed

The Project is bordered by residential, agricultural, or vacant properties. Since the water is returned to Bessey Creek after treatment and removal of nutrients, the use is not expected to result in significant reduction in water levels on the property of an existing offsite land use to the extent that the designed function of a water body and related surface water management improvements are damaged (not including aesthetic values), damage to agriculture, including damage resulting from reduction in soil moisture resulting from water use, or land collapse or subsidence caused by reduction in water levels associated with water use (Section 3.6 of the AH).

### Migration of Saline Water

#### Off-site Canal(s)-Bessey Creek Watershed

The closest source of surface saline water is where Bessey Creek discharges into the St. Lucie Estuary, which is greater than one mile northeast of the Project. Connate water is not known to exist in the surficial aquifer system beneath the Project area. Since the surface water is returned to Bessey Creek after treatment and removal of nutrients, the potential for saline water intrusion or upconing to occur as a result of the recommended allocation is considered minimal.

### Wetland Environments

#### Off-site Canal(s)-Bessey Creek Watershed

There are wetlands adjacent to the proposed Project. However, the proposed

Application Number: 150305-2

USACE0000245
USAEXPERTS0005240

## WATER RESOURCE IMPACT EVALUATION (CONTINUED)

allocation will be used to divert surface water flows from the BCW to the front-end contact pond of a HWTT system via a force main pipe. The HWTT system will treat the surface water via a contact pond, floating aquatic vegetation pond, and a submerged aquatic vegetation (SAV) pond. Each pond will cascade from one to the next via gravity through internal weirs and discharge culverts. The SAV pond is the final component of the HWTT system, and it will discharge into the existing flow through marsh to the east which ultimately discharges back to Bessey Creek. Since the water will go back to Bessey Creek after treatment, the potential for harm to wetlands as a result of the proposed allocation is considered minimal.

### Sources of Pollution

#### Off-site Canal(s)-Bessey Creek Watershed

According to the Florida Department of Environmental Protection, there were no pollution sources within one mile of the Project. The potential for the induced movement of contaminants from sources of pollution to occur as a result of the proposed allocation is considered minimal.

## ADDITIONAL INFORMATION

### Project Site Issues

#### Legal Control and Land Use

Martin County owns the parcel and is leasing it to the Florida Department of Agriculture and Consumer Services (FDACS). Watershed Technologies (Applicant/Permittee) has submitted a copy of the lease agreement between Martin County and FDACS (FDACS Contract # 0207020) which is valid for 30 years and is on file with the District. The withdrawal facilities are located within the Project boundaries.

#### Water Use Accounting

The proposed surface water pumps will be fitted with flow meters to measure withdrawals. Prior to the use of any withdrawal facility authorized under this water use permit, the Permittee shall equip each facility with a District-approved operating water use accounting system and submit a report of calibration to the District and every five years thereafter (Special Conditions 9 and 10, respectively).

#### Permit Reporting Requirements

Monthly withdrawals shall be submitted to the District semi-annually (Special Condition 11).

The Permittee shall submit an updated Table B for surface water pumps within 90 days of installation (Special Condition 12).

#### Permit Duration

Pursuant to Section 1.5.2 of the AH, the permit duration is based on the time period that water will be needed, which is estimated to be 20 years. The recommended water use permit duration is 20 years.

Application Number: 150305-2

USACE0000246
USAEXPERTS0005241

**ENVIRONMENTAL RESOURCE PERMIT STATUS:**
PERMITTED (No. 43-01748-P)

**RIGHT OF WAY PERMIT STATUS:**
Not Applicable

Application Number: 150305-2

USACE0000247
USAEXPERTS0005242

## RECOMMENDATIONS

**Project Name:**        BESSEY CREEK HWTT

**Application Number:**   150305-2

**Permit Number:**        43-02681-W

### RECOMMENDATION

The use of surface water for a nutrient removal project using a Hybrid Wetland Treatment Technology System, in order to remove excessive nutrients from the Bessey Creek Watershed. An annual allocation of 1,926.43 million gallons is recommended.

### STAFF EVALUATION

**REVIEWER:**                           **SUPERVISOR:**

_____                 _____
Jose Vega, NRM                          Barbara J. Conmy, NRM

_____                 _____
Lisa J. Ullman, P.G., WU                Thomas Colios, WU

**CONSULTING HYDROGEOLOGIST:**

_____          **Date:** May 5, 2015
Simon Sunderland, P.G.

**WATER USE BUREAU CHIEF:**

_____          **Date:** 5/8/15
Maria C. Clemente, P.E.

Page 6 of 11

Application Number: 150305-2

USACE0000248
USAEXPERTS0005243

## SPECIAL PERMIT CONDITIONS

1. This permit is issued to:
   Watershed Technologies LLC
   Project - Bessey Creek HWTT
   465 St. Lucia Court
   Satellite Beach, FL 32937

   and Lessee
   Florida Department of Agriculture & Consumer Services
   1835 Highway 441, Ste B
   Okeechobee, FL 34974

2. This permit shall expire on May 18, 2035.

3. Use classification is:

   Industrial Water Supply

4. Source classification is:

   Surface Water from:
   Off-site Canal(s)

5. Allocation:
   Total annual allocation is 1,926.43 million gallons (MG). (5.28 MGD)
   Total Maximum monthly allocation is 393.15 MG

   The maximum monthly allocation represents the maximum treatment capacity during wet season, high flow conditions. The annual allocation is based on historic flows of the creek, which includes wet and dry season variations. The pumping rates range between 0 and 20 cfs and shall not exceed the flow rate of the creek.

   Compliance with the annual allocation is based on the quantity withdrawn over a 12-month time period. Compliance with the maximum monthly allocation is based on the greatest quantity withdrawn in any single month. The annual allocation expressed in GPD or MGD is for informational purposes only. All withdrawals shall cease during any applicable declared Water Shortage Order in effect pursuant to Chapter 40E-21, F.A.C.

6. Withdrawal facilities:

   Surface Water - Proposed:

   1 - 6" x 10 HP X 1167 GPM Submersible Pump

Application Number: 150305-2

USACE0000249
USAEXPERTS0005244

## SPECIAL PERMIT CONDITIONS

1 - 18" x 50 HP X 7270 GPM Submersible Pump
1 - 10" x 15 HP X 1930 GPM Submersible Pump

7. The Permittee shall submit all data as required by the implementation schedule for each of the permit conditions to: SFWMD at www.sfwmd.gov/ePermitting, or Regulatory Support, MSC 9611, P.O. Box 24680, West Palm Beach, FL 33416-4680.

8. The Permittee must submit the appropriate application form incorporated by reference in Rule 40E-2.101, F.A.C., to the District prior to the permit expiration date in order to continue the use of water.

9. Prior to any withdrawals at the project, the Permittee shall provide the results of the calibration testing of the identified water accounting method(s) and equip all existing and proposed withdrawal facilities with approved water use accounting method(s) pursuant to Subsection 4.1.1 of the Applicant's Handbook for Water Use Permit Applications.

10. Every five years from the date of last calibration, the Permittee shall submit re-calibration data for each withdrawal facility.

11. Monthly withdrawals for each withdrawal facility shall be reported to the District semi-annually. The water accounting method and means of calibration shall be stated on each report.

12. The Permittee shall submit to the District an updated "Summary of Surface Water (Pump) Facilities" table ("Section IV - Sources of Water", Water Use Permit Application Form 1379) within 90 days of installation of the proposed pumps identifying the surface water source, local drainage district (if applicable), pump type, diameter, capacity and horsepower, intake elevation (feet, NGVD), and water use accounting method.

13. Permittee shall follow the operational protocols described in Exhibit 5. It is anticipated that during a 1-in-10 year drought, flows will decrease to zero in this portion of Bessey Creek and the Project withdrawals will follow the proposed pump operations schedule. Survival of the aquatic plants will rely solely on dry season water levels of the ponds.

Application Number:  150305-2

USACE0000250
USAEXPERTS0005245

**STANDARD PERMIT CONDITIONS**

1. All water uses authorized by this permit shall be implemented as conditioned by this permit, including any documents incorporated by reference in a permit condition. The District may revoke this permit, in whole or in part, or take enforcement action, pursuant to Section 373.136 or 373.243, F.S., unless a permit modification has been obtained to address the noncompliance.

   The Permittee shall immediately notify the District in writing of any previously submitted material information that is later discovered to be inaccurate.

2. The Permittee is advised that this permit does not relieve any person from the requirement to obtain all necessary federal, state, local and special district authorizations.

3. The Permittee shall notify the District in writing within 30 days of any sale, transfer, or conveyance of ownership or any other loss of permitted legal control of the Project and/or related facilities from which the permitted consumptive use is made. Where Permittee's control of the land subject to the permit was demonstrated through a lease, the Permittee must either submit a new or modified lease showing that it continues to have legal control or documentation showing a transfer in control of the permitted system/project to the new landowner or new lessee. All transfers of ownership are subject to the requirements of Rule 40E-1.6107, F.A.C. Alternatively, the Permittee may surrender the consumptive use permit to the District, thereby relinquishing the right to conduct any activities under the permit.

4. Nothing in this permit should be construed to limit the authority of the District to declare a water shortage and issue orders pursuant to Chapter 373, F.S. In the event of a declared water shortage, the Permittee must adhere to the water shortage restrictions, as specified by the District. The Permittee is advised that during a water shortage, reports shall be submitted as required by District rule or order. The Permittee is advised that during a water shortage, pumpage, water levels, and water quality data shall be collected and submitted as required by District orders issued pursuant to Chapter 40E-21, F.A.C.

5. This permit does not convey to the Permittee any property rights or privileges other than those specified herein, nor relieve the permittee from complying with any applicable local government, state, or federal law, rule, or ordinance.

6. With advance notice to the Permittee, District staff with proper identification shall have permission to enter, inspect, observe, collect samples, and take measurements of permitted facilities to determine compliance with the permit conditions and permitted plans and specifications. The Permittee shall either accompany District staff onto the property or make provision for access onto the property.

Application Number: 150305-2

USACE0000251
USAEXPERTS0005246

7.  A. The Permittee may seek modification of any term of an unexpired permit. The Permittee is advised that Section 373.239, F.S., and Rule 40E-2.331, F.A.C., are applicable to permit modifications.

   B. The Permittee shall notify the District in writing 30 days prior to any changes to the project that could potentially alter the reasonable demand reflected in the permitted allocation.  Such changes include, but are not limited to, change in irrigated acreage, crop type, irrigation system, large users agreements, or water treatment method. Permittee will be required to apply for a modification of the permit for any changes in permitted allocation.

8.  If any condition of the permit is violated, the permit shall be subject to review and modification, enforcement action, or revocation pursuant to Chapter 373, F.S.

9.  The Permittee shall mitigate interference with existing legal uses that was caused in whole or in part by the Permittee's withdrawals, consistent with the approved mitigation plan. As necessary to offset the interference, mitigation will include pumpage reduction, replacement of the impacted individual's equipment, relocation of wells, change in withdrawal source, or other means.

   Interference to an existing legal use is defined as an impact that occurs under hydrologic conditions equal to or less severe than a 1-in-10 year drought event that results in the:

   A. Inability to withdraw water consistent with provisions of the permit, such as when remedial structural or operational actions not materially authorized by existing permits must be taken to address the interference; or

   B. Change in the quality of water pursuant to primary State Drinking Water Standards to the extent that the water can no longer be used for its authorized purpose, or such change is imminent.

10. The Permittee shall mitigate harm to the natural resources caused by the Permittee's withdrawals, as determined through reference to the conditions for permit issuance. When harm occurs, or is imminent, the District will require the Permittee to modify withdrawal rates or mitigate the harm.  Harm, as determined through reference to the conditions for permit issuance includes:

   A. Reduction in ground or surface water levels that results in harmful lateral movement of the fresh water/salt water interface,

   B. Reduction in water levels that harm the hydroperiod of wetlands,

   C. Significant reduction in water levels or hydroperiod in a naturally occurring water body such as a lake or pond,

Application Number: 150305-2

USACE0000252
USAEXPERTS0005247

D. Harmful movement of contaminants in violation of state water quality standards, or

E. Harm to the natural system including damage to habitat for rare or endangered species.

11. The Permittee shall mitigate harm to existing off-site land uses caused by the Permittee's withdrawals, as determined through reference to the conditions for permit issuance. When harm occurs, or is imminent, the District will require the Permittee to modify withdrawal rates or mitigate the harm. Harm as determined through reference to the conditions for permit issuance, includes:

A. Significant reduction in water levels on the property to the extent that the designed function of the water body and related surface water management improvements are damaged, not including aesthetic values. The designed function of a water body is identified in the original permit or other governmental authorization issued for the construction of the water body. In cases where a permit was not required, the designed function shall be determined based on the purpose for the original construction of the water body (e.g. fill for construction, mining, drainage canal, etc.)

B. Damage to agriculture, including damage resulting from reduction in soil moisture resulting from consumptive use; or,

C. Land collapse or subsidence caused by reduction in water levels associated with consumptive use.

Application Number: 150305-2

USACE0000253
USAEXPERTS0005248



T 37

150305-2

T 38

T 39

T 40

R 37        R 38        R 39        R 40        R 41        R 42

MARTIN COUNTY, FLORIDA

N

Application No: 150305-2                    Map Date: 2015-03-26

Permit No: 43-02681-W

Sec 10,15 / Twp 38 / Rge 40

Project Name: BESSEY CREEK HWTT

0            5            10
                               Miles              Exhibit No: 1

USACE0000254
USAEXPERTS0005249



MARTIN COUNTY, FLORIDA

**Application**

**PUMP**

Application No: 150305-2

Sec 10,15 / Twp 38 / Rge 40

Project Name: BESSEY CREEK HWTT

Map Date: 2015-03-30

Permit No: 43-02681-W

0    1,125    2,250 Feet

Exhibit No: 2

USACE0000255
USAEXPERTS0005250



MARTIN COUNTY, FLORIDA

☐ Application

◼ PUMP

Application No: 150305-2

Sec 10,15 / Twp 38 / Rge 40

Project Name: BESSEY CREEK HWTT

Map Date: 2015-03-30

Permit No: 43-02681-W

N

0     375     750 Feet

Exhibit No: 3A

USACE0000256
USAEXPERTS0005251



Project  - Bessey Creek HWTT

Application 150305-2   Permit 43-02681-W

**Exhibit 3B**

USACE0000257
USAEXPERTS0005252

**TABLE - B**

**Description Of Surface Water Pumps**

**Application Number:**    150305-2

| | | | |
|---|---|---|---|
| **Pump ID** | 270488 | 270486 | 270487 |
| **Name** | P1 | P2 | P3 |
| **Map Designator** | P1 | P2 | P3 |
| **Facility Group** | | | |
| **Existing/Proposed** | P | P | P |
| **Pump Type** | Submersible | Submersible | Submersible |
| **Diameter(Inches)** | 6 | 10 | 18 |
| **Pump Capacity(GPM)** | 1,167 | 1,930 | 7,270 |
| **Pump Horse Power** | 10 | 15 | 50 |
| **Two Way Pump ?** | N | N | N |
| **Elevation (ft. NGVD)** | 0 | 0 | 0 |
| **Planar Location** | | | |
| **Source** | | | |
| **Feet East** | 872508 | 872510 | 872513 |
| **Feet North** | 1032788 | 1032795 | 1032797 |
| **Accounting Method** | Flow Meter | Flow Meter | Flow Meter |
| **Use Status** | Primary | Primary | Primary |
| **Water Use Type** | Industrial | Industrial | Industrial |
| **Surface Water Body** | Off-site Canal(s) | Off-site Canal(s) | Off-site Canal(s) |

Page 1 of 1

Exhibit No:  4

USACE0000258
USAEXPERTS0005253

PROJECT DESCRIPTION AND ESTIMATE OF WITHDRAWALS
For
Hybrid Wetland Treatment Technology (HWTT) System
At Bessey Creek

Project Summary

A portion of the existing Western Palm City Corridor (WPCC) flow through marsh will be retrofitted with a Hybrid Wetland Treatment Technology (HWTT) System for the purpose of improving surface water quality in the Bessey Creek watershed. Bessey Creek is a freshwater tributary of the St. Lucie River and Estuary system, both of which have been classified as impaired water bodies by the Florida Department of Environmental Protection (FDEP) due to excessive nutrient loading. The project is located in Sections 10 and 15, Township 38 south, Range 40 east, in Martin County, Florida.

Existing WPCC Flow Through Marsh

Construction of the existing WPCC flow through marsh was authorized under SFWMD Permit No. 43-01748-P (Application No. 040628-1 and 080506-6). The flow through marsh area totals 56.14 acres and consists of existing preserved wetlands, man-made wetlands and upland buffers. Portions of the marsh serve as mitigation for the WPCC Project, mitigation for future Martin County projects (mitigation bank), and as water quality treatment for offsite lands within the Bessey Creek watershed. The marsh receives surface water inflows from 305 acres of offsite land consisting of undeveloped pine flatwoods and unimproved pasture through an existing diversion structure and 18" culvert at the west end of the marsh. Prior to the WPCC flow through marsh project, these lands drained untreated directly to Bessey Creek via a tributary swale crossing through the adjacent downstream property currently owned by KC Canopy Creek, LLC. In addition, the marsh area receives treated runoff from approximately 60.9 acres of the Citrus Boulevard roadway drainage system, which is part of the overall WPCC Project.

Proposed HWTT System

Hybrid Wetland Treatment Technology (HWTT) is a patented alternative water quality treatment technology that combines wetland and chemical treatment in a series of unit processes designed to achieve high rates of nutrient removal. The HWTT chemical treatment process utilizes a chemical coagulant that is mixed with untreated surface water at the front end of the system to precipitate phosphorus. Aluminum sulfate (alum) and polyaluminum chloride (PAC) are the chemical coagulants proposed for use in the Bessey Creek HWTT system. The precipitated material is referred to as flocculant (floc). Settling zones within the HWTT system capture and temporarily store the wet floc. The floc is then transferred to an onsite drying bed for long term storage as a fine granular material. Wetland treatment components are used at the back end of the system to provide nitrogen removal, filtration of micro-floc particles, and final polishing of the water before discharging from the system.

Exhibit 5A

USACE0000259
USAEXPERTS0005254

A 20 cfs capacity HWTT system is proposed to provide nutrient removal for the portion of the Bessey Creek watershed upstream (or west) of Boat Ramp Avenue totaling approximately 2,675 acres. The existing structure diverting runoff from the 305 acres to the flow through marsh will be modified to redirect runoff back to Bessey Creek, as it is not practical to capture this runoff into the HWTT project. Figure 1 below shows the location of the HWTT system within the watershed. A proposed pump station will divert surface water flows from Bessey Creek to the front-end contact pond of the HWTT system via a 30" diameter forcemain pipe located within the Boat Ramp Road right-of-way. The HWTT system will be situated within the western portion of the WPCC flow through marsh. The HWTT system consists of an above ground lined contact pond, a settling pond, a floating aquatic vegetation pond, and a submerged aquatic vegetation (SAV) pond. Starting at the contact pond, each pond will cascade from one to the next via gravity through internal weirs and discharge culverts. The SAV pond is the final component of the HWTT system, and it discharges to the remainder of the existing WPCC flow through marsh to the east (mitigation area). Treated water from the HWTT will flow through the mitigation area and discharge back to Bessey Creek through the existing marsh control structure and gravity culvert conveyance system. Construction and operation of the proposed HWTT system is authorized via modification of SFWMD Permit No. 43-01748-P (Application No. 140611-16). A schematic of the HWTT system is provided in Figure 2.

The HWTT system is a continuous flow-through treatment system. The inflow pump station will withdraw water from Bessey Creek at a rate equal to or less than the creek flow. The pump station will have a minimum pumping rate of about 0.5 cfs and a maximum pumping rate of 20 cfs. The pump station will contain three submersible electric pumps as follows:

- Ebara Model 150DLFU67.5, 6" discharge, 10 HP , 0.5 – 2.6 cfs;
- Ebara Model 250DLFU611, 10" discharge, 15 HP, 1.0 – 4.3 cfs;
- Carry Manufacturing CP12, 18" discharge, 50 HP, 6.6 – 16.2 cfs.

All pumps will be powered by variable frequency drives. Different combinations of pumps will be enabled to match the flow available in the creek. Both Ebara pumps running together provide 2.5 – 6.8 cfs pumping capacity, and all three pumps running together provide 11.5 – 20 cfs. Stream gauging at the existing twin 60" culverts crossing under Boat Ramp Avenue immediately upstream of the pump intake in the creek will be employed to estimate creek flows. The pump station will be equipped with floats and/or a pressure transducer to sense creek stages that will automatically turn the pumps ON & OFF. Pump ON & OFF settings (listed below in Table 1) are designed to keep a small amount of flow (about one inch deep) going down the creek past the pump station under low flow conditions. It has been observed/reported that this portion of the creek downstream of the Boat Ramp Avenue culverts can have no flow and is dry for extended periods during the dry season. The pump station will not run during these dry periods. When the creek stage exceeds the ON elevation, the smallest pump will turn ON and run until the stage inside the pump station wetwell drops to the pump OFF

Exhibit 5B

USACE0000260
USAEXPERTS0005255

elevation (which provides the minimum safe operating depth to prevent cavitation or overheating of the pump). The pump controls will have a timed relay switch that will automatically turn ON the second smallest pump if the wetwell stage does not recede after a predetermined amount of time (which indicates the creek flow rate equals or exceeds the pump rate). The largest pump turns ON at a higher creek stage (independent of the two smaller pumps) corresponding to high flow events (creek flow of at least 7 to 10 cfs) when creek stages are substantially higher than low flow conditions. A flow meter will be installed within the 30" forcemain pipe to measure pump station withdrawals from the creek.

| Table 1. Pump Operations Schedule (elevations in FT NGVD29) | | |
|---|---|---|
| Pump | ON Elev. | OFF Elev. |
| P1 (6", 10hp) | 14.35ft | 12.5ft |
| P2 (10", 15hp) | 14.35ft | 12.5ft |
| P3 (18", 50hp) | 15.0ft | 13.5ft |

Water Quality Improvement

FDEP has established total maximum daily loads (TMDLs) for Total Phosphorus (TP) of 80 $\mu$g/L and Total Nitrogen (TN) of 0.72 mg/L in the Bessey Creek and St. Lucie River and Estuary watersheds. During the past 10 years (2003 – 2013), nutrient concentrations in surface water discharges from Bessey Creek to the St. Lucie Estuary at SFWMD monitoring station SLT-9 have averaged 230 $\mu$g/L TP and 1.15 mg/L TN, which are well above the TMDLs.

HWTT systems are currently being implemented at five locations in the Northern Everglades to help achieve the Lake Okeechobee TMDL for TP. Water quality performance monitoring over the past 5 years shows similar HWTT systems are capable of achieving inflow TP reductions of 80-90% and TN reductions of about 40%. These existing systems operate with total system HRT of about 2 days, similar to the proposed HWTT system at Bessey Creek.

Exhibit 5C

USACE0000261
USAEXPERTS0005256



Figure 1. Bessey Creek watershed and pre (STA) and post (HWTT) service areas.



Figure 2. Bessey Creek HWTT System schematic.

Exhibit 5D

USACE0000262
USAEXPERTS0005257

Estimate of HWTT Creek Withdrawals

An evaluation of historic Bessey Creek stream flow hydrology was conducted using stream flow data collected by SFWMD at monitoring station SLT09_W (DBKey W1932). The station is located at a weir on Bessey Creek east of Florida's Turnpike approximately 1.2 miles downstream from the HWTT site in Martin County, FL. Figure 1 above depicts the location of the station relative to the HWTT site. Average daily flow data was collected at SLT09_W for the period of record (POR) of 12/3/2004 to 9/28/2009. Through interpretation of SFWMD hydrologic watershed boundary data sets using GIS computer software and aerial photography, the watershed area upstream of station SLT09_W was estimated to be 4,860 acres. Likewise, the watershed area upstream of the proposed HWTT site inflow point was estimated to be 2,675 acres. To estimate the flows in Bessey Creek at the project site, flows measured at station SLT09_W were reduced by 55% which is proportional in size to the reduced watershed area of the HWTT site. The estimated daily flow hydrograph over the entire POR at the HWTT site is shown below in Figure 3.

Using the daily creek flow data, operation of the proposed HWTT inflow pump station over the period of record was modeled to estimate daily, monthly and annual withdrawals from the creek. The model assumes withdrawals are made at a rate equal to creek flows from 0 to 20cfs. The daily pump withdrawal model results are also plotted on Figure 3, along with the 30-day moving average of pump withdrawals. The maximum 30-day moving average approached 20cfs (full capacity) during the wet season of 2005. However, the creek exhibits seasonal trends with minimum monthly (30-day average) flows tapering off to less than 1cfs in dry season months. A comparison of historic annual creek flows and modeled annual pumped withdrawals is provided in Figure 4. The model results show the maximum annual pumped withdrawal totaled 2,192 million gallons in 2005.

A wide range of seasonal variability in creek flow was exhibited during the relatively short period of record. To observe the seasonal trends, historic daily flow data were composited over the period of record to generate statistics for maximum, median and mean daily flow during each month of the year. The mean daily flow values were then used to calculate mean monthly creek flow for each month. Figure 5 below shows the composited monthly results. Using this data, mean daily pumping rates for the HWTT system were estimated for each month of the year and then used to calculate monthly withdrawal volumes (also shown in Figure 5). Estimated HWTT pumped withdrawal volumes from the creek are summarized as follows:

- Max Daily = 20cfs (8976gpm) x 24hrs/day = 12.92MG
- Max Monthly = 8976gpm x 24hrs/day x 365day/12months = 393.15MG
- Max Annual = sum of estimated monthly totals in Figure 5 = 1,926.43MG

It should be noted that deep zones intercepting the groundwater table are designed into the vegetated portions of the HWTT system, including both the FAV and SAV ponds,

# Exhibit 5E

USACE0000263
USAEXPERTS0005258

such that a small percentage of the vegetation within the system can seek refuge and remain hydrated during prolonged dry periods when there is no water flowing in the creek to capture.  This vegetation will be used to repopulate the areas should the vegetation die off in the shallow portions of the ponds during drought conditions. Water supply during droughts to maintain hydrated conditions within the vegetated zones is not being requested for this project.

Exhibit 5F

USACE0000264
USAEXPERTS0005259



Figure 3. Historical Daily Flows in Bessey Creek at Project Site (estimated as 55% of flows measured at SLT09_W) plotted with Proposed HWTT Daily Pump Flows (modeled to match creek flows from 0 to 20cfs).

Exhibit 5G

USACE0000265
USAEXPERTS0005260

| Year | # days | Historical Annual Creek Flow | | | Modeled HWTT Pump Inflow | | |
|------|--------|------|------|------|------|------|------|
| | | cfs | AF/Yr | MGY | cfs | AF/Yr | MGY |
| 2004 | 29 | 10.48 | 20.79 | 6.77 | 10.48 | 20.79 | 6.77 |
| 2005 | 365 | 5965.22 | 11831.84 | 3855.15 | 3392.44 | 6728.81 | 2192.44 |
| 2006 | 365 | 227.15 | 450.55 | 146.80 | 225.98 | 448.21 | 146.04 |
| 2007 | 365 | 2355.60 | 4672.27 | 1522.36 | 1599.79 | 3173.13 | 1033.90 |
| 2008 | 366 | 1296.95 | 2572.46 | 838.18 | 1140.51 | 2262.16 | 737.08 |
| 2009 | 271 | 424.11 | 841.20 | 274.09 | 412.72 | 818.63 | 266.73 |



**Figure 4. Comparison of Historical Annual Flows in Bessey Creek at Project Site with Proposed HWTT Annual Inflow (modeled for period of record).**

Exhibit 5H

USACE0000266
USAEXPERTS0005261

| month | Composited Historical Flow in Bessey Creek | | | | HWTT Pump Estimate | | |
|---|---|---|---|---|---|---|---|
| | daily max (cfs) | daily median (cfs) | daily mean (cfs) | monthly mean (MG) | daily mean (cfs) | monthly mean (MG) | |
| 1 | 3.73 | 0.699 | 0.910 | 17.89 | 2 | 39.31 | |
| 2 | 21.18 | 0.506 | 1.121 | 22.04 | 2 | 39.31 | |
| 3 | 44.81 | 0.479 | 1.668 | 32.79 | 2 | 39.31 | |
| 4 | 7.03 | 0.316 | 0.702 | 13.81 | 1 | 19.66 | |
| 5 | 4.45 | 0.242 | 0.344 | 6.77 | 1 | 19.66 | |
| 6 | 69.72 | 0.47 | 7.306 | 143.61 | 10 | 196.57 | |
| 7 | 67.85 | 1.45 | 6.326 | 124.35 | 10 | 196.57 | |
| 8 | 80.30 | 4.42 | 11.418 | 224.44 | 15 | 294.86 | |
| 9 | 66.03 | 5.58 | 11.301 | 222.15 | 15 | 294.86 | |
| 10 | 106.49 | 6.75 | 15.572 | 306.10 | 20 | 393.15 | <-- Max Month |
| 11 | 112.51 | 2.34 | 12.839 | 252.38 | 15 | 294.86 | |
| 12 | 60.88 | 1.14 | 3.744 | 73.60 | 5 | 98.29 | |
| Total | | | | 1439.93 | | 1926.43 | <-- Annual |



**Figure 5. Historical Mean Monthly Flows (composited for period of record) in Bessey Creek at Project Site and Proposed HWTT Mean Monthly Inflows (used to calculate maximum monthly and annual flows).**

USACE0000267
USAEXPERTS0005262

## Requirement by Permit Condition Report

**App No:**  150305-2
**Permit No:**  43-02681-W
**Project Name:**  BESSEY CREEK HWTT

| Permit Condition No: | 10 | Permit Condition Code: | WUSTD021-2 | | |
|---|---|---|---|---|---|
| **Facility Name** | **Requirement Name** | **Col Freq** | **Sub Freq** | **Due Date** | |
| Bessey Creek PS-1 | Calibration report for Bessey Creek PS-1 | Every Five Years | Every Five Years | 31-DEC-2015 | |

| Permit Condition No: | 11 | Permit Condition Code: | WUSTD022-1 | | |
|---|---|---|---|---|---|
| **Facility Name** | **Requirement Name** | **Col Freq** | **Sub Freq** | **Due Date** | |
| Bessey Creek PS-1 | Monthly Withdrawal for Bessey Creek PS-1 | Monthly | Semi-Annually | 31-DEC-2015 | |

| Permit Condition No: | 12 | Permit Condition Code: | WUSTD026-1 | | |
|---|---|---|---|---|---|
| **Facility Name** | **Requirement Name** | **Col Freq** | **Sub Freq** | **Due Date** | |
| PUMP - P1 | Summary of Surface Water Facilities for PUMP P1 | One time Only | One time Only | 01-JAN-2016 | |
| PUMP - P2 | Summary of Surface Water Facilities for PUMP P2 | One time Only | One time Only | 01-JAN-2016 | |
| PUMP - P3 | Summary of Surface Water Facilities for PUMP P3 | One time Only | One time Only | 01-JAN-2016 | |

Exhibit No: 6

USACE0000268
USAEXPERTS0005263

## STAFF REPORT DISTRIBUTION LIST

BESSEY CREEK HWTT

**Application No:**   150305-2

**Permit No:**       43-02681-W

### INTERNAL DISTRIBUTION

### EXTERNAL DISTRIBUTION

X   Permittee - Watershed Technologies Llc
X   Agent - Federico Lamb & Associates
X   Lessee - Watershed Technologies Llc
X   Other Interested Party - Fdacs
X   Owner - Martin County

### GOVERNMENT AGENCIES

X   Div of Recreation and Park - District 5  - Ernest
    Cowan, FDEP
X   Martin County  - County Administrator
X   Martin County Board of County Commissioners
X   Martin County Health Dept
X   South Martin Regional Utility

### OTHER INTERESTED PARTIES

X   EF MINUS 'S'

Exhibit No:7

USACE0000269
USAEXPERTS0005264

# Exhibit 4

USAEXPERTS0005265



Figure II.A.2.  Overview of the Site and adjacent Countess Joy East and West reference areas.

USAEXPERTS0005266

# Exhibit 5

USAEXPERTS0005267



Figure III.B.3.1 - Antecendent Precipitation Tool output.

USAEXPERTS0005268

# Exhibit 6

USAEXPERTS0005269



Figure IV.B.2.a.1. Location of Site and Countess Joy Reference Area water table monitoring wells, surface water gauges, and observed Site drainage pipe outlets.

USAEXPERTS0005270

# Exhibit 7

USAEXPERTS0005271



Figure Wetland Map 1 – USDOJ Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on 2021 aerial photography.

USAEXPERTS0005272

# Exhibit 8

USAEXPERTS0005273



Figure Wetland Map 2 – USDOJ Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on 2019 LiDAR elevation model.

USAEXPERTS0005274

# Exhibit 9

USAEXPERTS0005275



Figure Wetland Map 3 – USDOJ Expert Team Determination of contiguous wetlands from the Site through Countess Joy East Reference Area to the Upstream Reach of Bessey Creek on NRCS soil map units with hydric rating.

USAEXPERTS0005276

# Exhibit 10

USAEXPERTS0005277



Figure V.D.1.a.3. Aerial photo from 1966 showing historical wetland discharge locations and how they have changed with the construction of 84th Avenue. All discharge locations are currently evident and were verified during the Expert Team field visits.

USAEXPERTS0005278

# Exhibit 11

USAEXPERTS0005279



Figure III.C.2.1. Map submitted by the Defendant consultants requesting exemption of existing agricultural activity on the Site with arrows showing direction of "Run-off Flow" and "Stream Flow" to Bessey Creek (USACE 0000078).

USAEXPERTS0005280

# Exhibit 12

USAEXPERTS0005281



Figure V.C.2.8. Countess Joy East Reference Area wetlands abut N/S Ditch. Water flows in N/S Ditch south to Bessey Creek at high water levels and west toward 84th Avenue eastern ditch.  (Photograph source: USAEXPERTS 0000663).

USAEXPERTS0005282

# Exhibit 13

USAEXPERTS0005283



Figure V.C.2.3. N/S Ditch Confluence with Bessey Creek on Countess Joy East Reference Area . View is to the east. (Photograph source: USAEXPERTS 0000646).

USAEXPERTS0005284

# Exhibit 14

USAEXPERTS0005285



Figure V.C.2.7. Eastern 84th Avenue ditch confluence with Bessey Creek on Countess Joy East Reference Area. Bessey Creek culvert beneath 84th Avenue is to the lower left corner of the photograph (Photograph source: USAEXPERTS 0000716).

USAEXPERTS0005286

# Exhibit 15

USAEXPERTS0005287



Figure V.C.2.6. Countess Joy East Reference Area wetlands flow into 84th Avenue eastern ditch near R Well 7. View is to the west and 84th Avenue is in the background. (Photograph source: USAEXPERTS 0000863)

USAEXPERTS0005288

# Exhibit 16

USAEXPERTS0005289



V.D.I.a.4. The 2019 Martin County LiDAR showing the field located primary surface flow path from the Site through the N/S Ditch and a continuum of wetlands, depressions, and micro-topographic features. Wetland waterflow is to the 84th Avenue roadside ditch and then to Bessey Creek. The roadside ditch and Bessey Creek are perennially flowing streams.

USAEXPERTS0005290

# Exhibit 17

USAEXPERTS0005291



Figure V.C.2.5. Water in the N/S Ditch on September 15, 2021 on the Countess Joy East Reference Area.  Location is about 500 feet north of the Site's northwest corner and view is to the north (same location as shown in Figure V.C.2.4 ). (Photograph source: USAEXPERTS 0000843)

USAEXPERTS0005292

# Exhibit 18

USAEXPERTS0005293



Photograph IV.C.3.a.3.  An installed well in the Countless Joy East Reference Area (R Well A4).

USAEXPERTS0005294

# Exhibit 19

USAEXPERTS0005295



Photo 2593 Surface flow near RWell 4 toward Bessey Creek

USAEXPERTS0005296

# Exhibit 20

USAEXPERTS0005297



Photo 2602 Evidence of surface flow near RWell 4

USAEXPERTS0005298