# EXHIBIT 81

**U.S Department of Justice**
**Expert Team Report**

United States v. Benjamin K. Sharfi and NeshaFarm, Inc.
Case No. 2:21-cv-14205-KAM

**Prepared for**

Environment and Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
Washington, D.C.

**Prepared by**

Lyndon C. Lee, Ph.D., PWS
Wade L. Nutter, Ph.D., PH
Kai Coshow Rains, Ph.D., PWS
Scott R. Stewart, Ph.D., CPSS
Mike Wylie, M.S.

February 18, 2022

# SIGNATURE PAGE



_____
Lyndon C. Lee, Ph.D., PWS
Ecosystems Ecology, Wetland and River Science



_____
Wade L. Nutter, Ph.D., PH
Hydrology

_____
Kai Coshow Rains, Ph.D., PWS

_____
Scott R. Stewart, Ph.D., CPSS

_____
Mike Wylie, M.S.

**Table of Contents**                                                          **Principal Author**

I.  Introduction, Objectives, and Technical Team Background ..................................1
    A. Introduction and Objectives .........................................................1          MW/LCL
    B. Technical Team Background..........................................................1          LCL
II.  Site Location, Study Area, Zoning, Habitat and Other Designations....................2          LCL
    A. Site Location..............................................................................2          LCL
    B. Study Area.................................................................................2          MW
    C. Zoning, Critical Habitats, and Other Designations ..............................3          MW
        1. Zoning ................................................................................3          MW
        2. Plant and Faunal Habitat Designations ..............................3          MW
        3. Federal Emergency Management Agency (FEMA) Flood Hazard Zone .........4          MW
III.  Overviews of the Landscape Context(s), Geomorphology, Climate, Hydrology,
     Soil, Vegetation, Faunal Support/Habitat Conditions and Waters/ Wetland
     Ecosystem Structure and Functioning in the Vicinity of the Site .........................5
    A. Landscape Context and Geomorphology ...............................................5          SRS
    B. Regional and Local Climate ...............................................................6          SRS
        1. Climate Summary ..................................................................6          WLN
        2. Climate Data and Climatic Conditions During the Study................................6          WLN
            a.  WETS Analysis ..............................................................6          WLN
            b.  Antecedent Precipitation Tool ...............................................7          WLN
    C. Hydrology Overview – Reference Areas and Site ..................................7          WLN
        1. Bessey Creek Area Hydrology..............................................7          WLN
        2. Hydrologic Connectivity Among Reference Areas, Site Wetlands, and Bessey
           Creek ..................................................................................8          WLN
    D. Soils Overview - Reference Areas and Site .....................................10          SRS
    E. Vegetation Overview - Reference Areas and Site................................12          KCR
    F. Faunal Support/Habitat Overview - Reference Areas and Site ...........................13          LCL
        1. Reference Areas ...................................................................13          LCL
        2. Site ....................................................................................14          LCL
IV. Methods.........................................................................................16
    A. Review of Background Materials..........................................................16          MW
        1. Standard/Public Domain Materials ........................................16          MW
        2. Documents and Electronically Stored Information..........................17          MW
        3. Interviews and Other Contacts..............................................17          MW
        4. Federal Employees...............................................................17          MW
        5. Local Government ...............................................................17          MW
        6. Landowners and Managers ....................................................17          MW
        7. Dates of Field Visits and Team Members to Reference Areas and Site Vicinity 17          WLN
    B. Study Methods.................................................................................18
        1. Overview of the Structure of Reference Systems, How They Are Used, and
           Selection of Reference Areas and Locations ...............................18          MW
        2. Reference Area Study Methods .............................................19          WLN

    a. Hydrology ........................................................................................19    WLN
    b. Soils...............................................................................................20    SRS
    c. Vegetation ......................................................................................21    KCR
      (1) Field Preparation........................................................................21    KCR
      (2) Field Assessment ......................................................................22    KCR
      (3) Review of Plant Specimens ......................................................22    KCR
    d. Faunal Support/Habitat ..................................................................23    LCL
  3. Site Study Methods ............................................................................23    WLN
    a. Hydrology ......................................................................................23    WLN
    b. Soils...............................................................................................24    SRS
    c. Vegetation ......................................................................................24    KCR
      (1) Sources of Information ..............................................................24    KCR
      (2) Field Visits ...............................................................................24    KCR
    d. Faunal Support/Habitat ..................................................................26    LCL
C. Review and Refinement of Existing Waters/Wetlands Identifications and
  Delineations.............................................................................................27
  1. Reference Materials and Procedures Related to the Clean Water Act and
    Regulations .........................................................................................27    MW/LCL
  2. Rationale for Using the Atypical Situations Determination of the Geographic
    Extent of Water/Wetlands on the Site .................................................29    MW/LCL
  3. Review and Refinement of Prior Delineations on the Site ...................29    MW/LCL
  4. Site Locations and Cartographic/GIS and LiDAR Products Used to Facilitate
    Delineation .........................................................................................29    LCL
  5. Characterization/Delineation of the Geographic Extent of Waters/Wetlands on
    the Site Prior to Disturbance ...............................................................30    MW/LCL
D. Assessment of the Functions of Waters/Wetlands Ecosystems .................31    LCL
V. Results.......................................................................................................34
A. Summary and Time-Sequence of Mechanical Clearing, Fill Import-Export,
  Earthwork and Construction Activities on the Site ................................34    LCL
B. Overview of the Types/Classes and Structure of Waters/Wetlands on Reference
  Areas and by Inference on the Site Prior to Construction Activities ...................34    LCL
C. DOJ Expert Team Determination of the Geographic Extent of Waters of the U.S.
  on the Site Prior to Mechanical Clearing of Vegetation, and Earthwork That
  Included Excavation and Redistribution of Soils, Imports of Fill Materials, Land
  Leveling, and Road and Building Construction ....................................35    MW
  1. DOJ Expert Team Peer Review of Previous Delineations................................35    MW
  2. The DOJ Technical Team Determination of the Areal Extent of
    Waters/Wetlands on the Site ...............................................................35    MW
  3. The Upstream Reach of Bessey Creek Proximate to the Site is a Perennially
    Flowing Tributary to Downstream TNWs ..........................................37    WLN
  4. Land Uses and Impaired Water Quality in Bessey Creek...............................37    MW
  5. The Site and Countess Joy Wetlands Abut the N/S Ditch ..............................38    MW

6. The Site Wetlands and "Similarly Situated" Wetlands in the Bessey Creek Watershed have a Significant Nexus to Downstream TNWs Including Section 10 Reaches of Bessey Creek, the North Fork St. Lucie River and the Nearshore Waters of the Atlantic Ocean ..........................................................38   MW

   a. Surface and Subsurface Water Storage and Exchange Processes in Wetlands on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Physical, Chemical, and Biological Integrity of Downstream TNWs ..........................................................38   MW

   b. Nutrient Cycling, Storage, and Removal of Elements and Compounds Processes in Wetlands on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Chemical Integrity of Downstream TNWs.40   MW

   c. Carbon Production and Export Processes That Occur in Wetlands on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Chemical and Biological Integrity of Downstream TNWs.......................41   MW

   d. Wetland Sediment Trapping and Retention in Wetlands on the Site and in Similarly Situated Wetlands is an Important Process That Helps to Maintain the Physical and Chemical Integrity of Downstream TNWs .....42   MW

   e. Maintenance of Plant and Faunal Communities on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Biological Integrity of Downstream TNWs ..........................................................42   LCL

7. Summary of WOTUS Determinations...........................................................43   MW

D. Summary of Waters/Wetland Ecosystems Conditions on Reference Areas and by Inference, on the Site Prior to and After Mechanical Clearing and Earthwork Activities ..........................................................44

1. Hydrologic Conditions..........................................................44   WLN

   a. Summary of Landscape Hydrologic Conditions and Connections Among Reference Area Wetlands and by Inference on the Site, to Downstream Waters - Prior to Mechanical Clearing and Earthwork Activities .............44   WLN

   b. Summary of Landscape Hydrologic Conditions and Connections Among Reference Area Wetlands and by Inference on the Site, to Downstream Waters After Mechanical Clearing and Earthwork Activities ..................46   WLN

2. Hydrologic Studies..........................................................46   WLN

3. Soil Conditions..........................................................53   SRS

   a. Summary of Soil Conditions in Reference Area Wetlands and by Inference on the Site - Prior to Mechanical Clearing and Earthwork Activities .......53   SRS

   b. Summary of Soil Conditions in Reference Area Wetlands and by Inference on the Site - After Mechanical Clearing and Earthwork Activities...........54   SRS

4. Vegetation Conditions..........................................................55   KCR

   a. Summary of Vegetation Conditions in Reference Area Wetlands and by Inference on the Site - Prior to Mechanical Clearing and Earthwork Activities..........................................................55   KCR

     (1) Physical Setting for Vegetation ..........................................................55   KCR

     (2) Landscape Structure and Function Influences on Vegetation...........55   KCR

(3) Summary of Prior Existing Vegetation at the Site ..........................57   KCR

(4) Results of the Review of Prior-Existing Vegetation as Depicted on Publicly Available Maps and Aerial Imagery ....................................57   KCR

(5) Results of the Review of Vegetation Descriptions and Photographs Made on the Site ....................................................................................59   KCR

(6) Results of Data Collection at Vegetation Reference Areas ..............59   KCR

b. Wetland Forested Mixed Reference Areas ...................................................60   KCR

c. Freshwater Marsh Reference Area..............................................................60   KCR

d. Mixed Shrub / Mixed Wetland Hardwood Reference Areas .....................61   KCR

(i) Overview of the vegetation documented in Mixed Shrub Wetland Reference Areas and in transitions between Mixed Shrub wetlands and forested Reference areas: ...........................................61   KCR

(ii) Vegetation in Reference areas situated at transition zones between Mixed Shrub wetlands and forests.............................................62   KCR

(iii) Vegetation in Reference Shrub Wetland plots adjacent to the Site ..62   KCR

(iv) Vegetation in Reference plots representative of late-stage Mixed Shrub/ Mixed Wetland Hardwood .....................................................63   KCR

E. Summary of Vegetation Conditions in Reference Area Wetlands and by Inference on the Site - After Mechanical Clearing and Earthwork Activities .....63   KCR

F. Faunal Support/Habitat Conditions ...................................................................64   LCL

a. Summary of Faunal Support/Habitat Conditions in Reference Area Wetlands and by Inference on the Site - Prior to Mechanical Clearing and Earthwork Activities ........................................................................................64   LCL

b. Summary of Faunal Support/Habitat Conditions in Reference Area Wetlands and by Inference on the Site – After Mechanical Clearing and Earthwork Activities ........................................................................................65   LCL

G. Impact Assessments ............................................................................................66   LCL

1. Direct Impacts .................................................................................................66   LCL

a. Area of Fill ....................................................................................................66   SRS

b. Volume of Fill ...............................................................................................67   SRS

c. Summary of the Scale and Scope of Direct Impacts ....................................67   LCL

(1) The scale and scope of waters/wetlands impacts on the Site are such that original conditions that would support the suite of hydrologic, biogeochemical, plant community, and faunal support /habitat ecosystem functions are not present and not recoverable..................67   LCL

(2) In addition to their (geographic) scale and scope, impacts have been in place long enough to be considered permanent (See Temporal Impacts Section Below in this Expert Report)..................................68   LCL

(3) Fundamental alterations to patterns of water flow and circulation and removal/substitution of organic (muck) soils with imported mineral soil fill materials has caused a permanent and irreversible change of state of waters/wetlands physical environmental conditions and

associated hydrologic, biogeochemical, plant community, and faunal
support/habitat ecosystem functions on the Site.................................68   LCL

(4)   What remains in the depressional wetland system is hydrologically
(physical integrity) and biogeochemically (chemical integrity)
degraded.............................................**Error! Bookmark not defined.**   LCL

(5)   What remains in this depressional wetland system is highly degraded
with respect to plant community structure and functioning
(biological integrity) and faunal support/habitat functions (biological
integrity)..................................................................69   LCL

2. Indirect (Secondary) Impacts to Waters/Wetlands ...........................69   MW

a. Alterations to the Timing, Volume, and Rates of Water Discharges Off the
Site and Downstream ....................................................70   MW

b. Breaking Surface and Subsurface Hydrologic Connections Among
Wetlands on the Site and Off-Site Waters/wetlands........................70   MW

c. Polluted Stormwater Export to Impaired Waters and TNW's .................70   MW

d. Changes in the Rate, Timing, and Quality of Carbon Export Off Site ......71   MW

3. Cumulative Impacts are defined at 40 CFR 230.11(g) as follows –...............71   LCL

4. Temporal Impacts to Water/Wetlands Area and Functions ...........................73   LCL

5. Summary of Direct Impacts to Waters/Wetland Ecosystem Functions...........73   LCL

a. UMAM Summary of Direct Impacts to Waters/Wetland Ecosystem
Functions ..............................................................73   LCL

b. Reference Area Conditions ................................................73   LCL

c. Site Conditions.............................................................74   LCL

d. Reference and Site Wetland UMAM Score Comparisons........................75   LCL

H. On-and Off-Site Compensatory Mitigation...................................75   LCL

1. Overview ....................................................................75   LCL

2. On-Site Recommendations and Opinions ........................................76   LCL

a. Protect Water Quality ....................................................76   LCL

(1)   Install and Maintain Site Wide BMPs ...............................76   LCL

(2)   Manage Ponds.....................................................76   LCL

(3)   Separate Clean Roof Water........................................76   LCL

(4)   Manage the Remaining "Forested" Wetland Depression ................77   LCL

3. Off-Site Recommendations and Opinions ........................................77   LCL

VI. Literature Cited & Other References ......................................79

List of Materials Considered....................................................84

VII. Appendices .............................................................86

**List of Tables (Tables are in Appendix 3)**

Table II.A.1.            Coordinates of the Site corners.

Table III.B.2.1.          WETS Table published by the NRCS for Stuart, FL NOAA Station for the period 1971-2000.

Table III.C.1.1           Composited Historical flow in Bessey Creek at the Hybrid Water Treatment Technology facility.

Table IV.B.1.1.           Dates of field visits by team scientists to the Reference Areas and the Site.

Table V.B.1.              Standard Definitions of Wetland Classes Based on Hydrogeomorphic Properties.

TableV.C.6.e.1.           Plant Species List.

## List of Figures (Figures are in Appendix 4)

Figure II.A.1.            Location of the Defendant's property (Site) east of Palm City, Martin County, Florida.

Figure II.A.2.            Overview of the Site and adjacent Countess Joy East and West reference areas.

Figure II.A.3.            Boundary survey of the Site and description of improvements present conducted November 5, 2018 and updated November 16, 2018 and December 5, 2019.

Figure II.B.1.            The SFWMD Basin 4 selected as the Study Area.

Figure II.B.2.            USGS topographic map and National Hydrography Dataset streams, canals, and ditches in the vicinity of the Site and Reference Areas.

Figure II.B.3.            USGS topographic map, National Hydrography Dataset streams, canals, and ditches, and the USFWS National Wetland Inventory wetlands in the vicinity of the Site and Reference Areas.

Figure II.C.3.1.          FEMA National Flood Hazard flood zones for Basin 4 Study Area.

Figure III.A.1.           Depiction of a tree-like or "dendritic" stream channel pattern and stream order typical of stream ecosystems in the south Florida coastal regions (after R. Lee, Forest Hydrology, 1980).

Figure III.B.2.1.         Location of precipitation stations referenced in the Antecedent Precipitation Tool (APT) used in this study.

Figure III.B.3.1.         Antecedent Precipitation Tool (APT) analysis used in the study. The dates of field visits by Expert Team members are also shown.

Figure III.C.1.1.      Location of the N/S Ditch in relation to the Site, Reference Areas, and Bessey Creek. The Hybrid Water Technology Treatment (HWTT) facility that withdraws and returns water to Bessey Creek is also located.

Figure III.C.2.1.      Map submitted by the Defendant's consultants requesting exemption of existing agricultural activity on the Site with arrows showing direction of "Run-off Flow" and "Stream Flow" to Bessey Creek.

Figure III.D.1.        USDA NRCS soil map units in the vicinity of the Site, Reference Area, other Reference Plots.

Figure III.D.2.        USDA NRCS soil map units on the Site.

Figure IV.B.1.1.       Location of all reference plots and proximity to each other for the Site, Countess Joy East and West Reference Areas, Martin County Solid Waste Transfer Station and Landfill, FDOT, and Traiana.

Figure IV.B.1.2.       Location of reference plots at the Countess Joy East and West Reference Areas.

Figure IV.B.2.a.1.     Location of Site and Countess Joy Reference Area water table monitoring wells, surface water gauges, and observed Site drainage pipe outlets

Figure IV.C.3.c.1.     Land use and cover classification system (LULC) in the vicinity of the Site.

Figure IV.D.4.1.       A hillshade elevation comparison of the 2016 and 2019 LiDAR images.

Figure IV.D.5.1.a.     SFWMD Site inspection April 30, 2019 noting Site SW Corner cleared and recently sodded.

Figure IV.D.5.1.b.     SFWMD aerial photo of the Site on October 17, 2018 showing cleared SW corner, grading activity in NW corner, and a linear graded feature in the wooded area between the SW and NW corners.

Figure IV.D.5.2.       DL Small's wetland sample points.

Figure V.C.1.1.a.      Survey of DL Small, Inc. wetland delineation of the Site.

Figure V.C.1.1.b.      EDC wetland delineation of the Site.

Figure V.C.1.1.c.      EDC delineation overlaid on 2021 aerial photograph of the Site.

Figure V.C.2.1.        DOJ Expert Team Wetland Delineation.

Figure V.C.2.2.          N/S Ditch OHWM (Ordinary High Water Mark) at northwest corner of the site. View is to the south showing portion of the N/S ditch that was cleared by the Defendant.

Figure V.C.2.3.          N/S Ditch Confluence with Bessey Creek on Countess Joy East Reference Area . View is to the east.

Figure V.C.2.4.          Water in the N/S Ditch on August 23, 2021 on the Countess Joy East Reference Area. Location is about 500 feet north of the Site's northwest corner and view is to the north.

Figure V.C.2.5.          Water in the N/S Ditch on September 15, 2021 on the Countess Joy East Reference Area. Location is about 500 feet north of the Site's northwest corner and view is to the north (same location as shown in Figure V.C.2.4 ).

Figure V.C.2.6.          Countess Joy East Reference Area wetlands flow into 84th Avenue eastern ditch near R Well 7. View is to the west and 84th Avenue is in the background.

Figure V.C.2.7.          Eastern 84th Avenue ditch confluence with Bessey Creek on Countess Joy East Reference Area. Bessey Creek culvert beneath 84th Avenue is to the lower left corner of the photograph.

Figure V.C.2.8.          Countess Joy East Reference Area wetlands abut N/S Ditch. Water flows in N/S Ditch south to Bessey Creek at high water levels and west toward 84th Avenue eastern ditch.

Figure V.C.2.9.          Countess Joy East Reference Area W7 wetland sampling point abutting Bessey Creek.

Figure V.C.2.10.          Countess Joy East Reference Area W5 wetland sampling point abutting Bessey Creek.

Figure V.C.2.11.          Countess Joy East Reference Area W6 wetland point abutting Bessey Creek.

Figure V.C.2.12.          Bessey Creek is a TNW at SW Murphy Road Bridge latitude 27.1903° north and longitude 80.2977° west.

Figure V.C.3.1.          Bessey Creek aquatic vegetation on Countess Joy East Reference Area on September 15, 2021.

Figure V.C.4.1.          Land use defined by LULC for Basin 4 Study Area.

Figure V.C.4.2.          Martin County Septic to Sewer Conversion Program.

Figure V.C.4.3.          Cropland and pasture land for Basin Study Area.

Figure V.C.6.1.          Martin County Septic to Sewer Conversion Program.

Figure V.C.6.a.1.        Water table depth at the Site wetland sampling point B5 on October 19, 2021.

Figure V.C.6.a.2.        Water table depth at Countess Joy Reference Area wetland sampling point W1 on August 23, 2021.

Figure V.C.6.a.3.        Martin County Solid Waste Transfer Station and Landfill facility reference area wetland sampling point W16 on October 22, 2021.

Figure V.C.6.a.4.        Traiana Reference Area wetland sampling point W17 on October 22, 2021.

Figure V.C.6.a.5.        FDOT Reference Area wetland sampling point W15 on October 22, 2021.

Figure V.C.6.a.6.        Depressional wetlands NE of Site on Countess Joy East Reference Area.

Figure V.C.6.a.7.        Countess Joy West Reference Area wetland water connection to Bessey Creek.

Figure V.C.6.a.8.        Pipe at Countess Joy West Reference Area north of Bessey Creek discharging water from depressional wetlands flowing to Bessey Creek.

Figure V.C.6.a.9.        Docks in Bessey Creek with mangrove trees in the foreground.

Figure V.C.6.b.1.        Depressional wetlands on Countess Joy East Reference Area trapping and sequestering pollutants and nutrients.

Figure V.C.6.b.2.        Example of potential water quality impact to Bessy Creek with cow manure at Bessey Creek cattle crossing on Countess Joy East Reference Area.

Figure V.C.6 b.3.        Wetlands trapping pollutants; sediment and cattle manure trapped next to Bessey Creek on Countess Joy East Reference Area.

Figure V.C.6.b.4.        Wetland sampling point W2 showing positive alpha, alpha' dipyridyl test on Countess Joy East Reference Area.

Figure V.C.6.c.1.        Observed carbon export to Bessey Creek, Countess Joy West Reference Area.

Figure V.C.6.c.2.        Example of carbon export to Bessey Creek on Countess Joy East
                        Reference Area.

Figure V.C.6.c.3.        Example of carbon export to Bessey Creek on Countess Joy East
                        Reference Area.

Figure V.C.6.d.1.        Sedimentation in Bessey Creek at Mallard Creek Trail.

Figure V.C.6.d.2.        Sedimentation in Bessey Creek at Citrus Blvd.

Figure V.C.6.d.3.        Example of wetlands trapping sediments on the Countess Joy West
                        Reference Area.

Figure V.C.6.d.4.        Wetlands trapping sediments near wetland sampling point W7 on
                        Countess Joy East Reference Area.

Figure V.C.6.e.1.        Grass sod discharged into wetlands on the Site.

Figure V.D.1.a.1.        Aerial photo from 1966 showing land modifications for agriculture
                        (likely citrus trees), surface drainage patterns, and sparse woody
                        vegetation.

Figure V.D.1.a.2.        Aerial photo sequence from 1966, 2016, and 2021 showing land use
                        changes on the Site and the Countess Joy East Reference Area.

Figure V.D.1.a.3.        Aerial photo from 1966 showing historical wetland discharge locations
                        and how they have changed with the construction of 84th Avenue. All
                        discharge locations are currently evident and were verified during the
                        Expert Team field visits.

Figure V.D.1.a.4.        The 2019 Martin County LiDAR showing the field located primary
                        surface flow path from the Site through the N/S Ditch and a continuum
                        of wetlands, depressions, and micro-topographic features. Wetland
                        waterflow is to the 84th Avenue roadside ditch and then to Bessey
                        Creek. The roadside ditch and Bessey Creek are perennially flowing
                        streams.

Figure V.D.1.a.5.        Perennial flow from the Site wetlands to the Atlantic Ocean.

Figure V.D.1.b.1.1.      Graphical output of Reference Area water level monitoring wells R
                        Wells 1, 2, and 3.

Figure V.D.l.b.1.2.      Graphical output of Reference Area water level monitoring wells R
                        Wells 4, 5, and 6.

Figure V.D.l.b.1.3.    Graphical output of Reference Area water level monitoring wells R Well 7.

Figure V.D.1.b.1.4.    Water level gages in N/S Ditch and Bessey Creek.

Figure V.D.l.b.1.5.    Graphical output of Site water level monitoring wells C1, C4, and A5.

Figure V.D.l.b.1.6.    Graphical output of Site water level monitoring wells C6, A6, and B7.

Figure V.D.3.1.    Prior to impact, lands within the Site were identified as Strategic Habitat Conservation Areas (SHCA) by the Florida Fish and Wildlife Conservation Commission and Florida Natural Areas Inventory.

Figure V.D.3.2.    The SFWMD LULC 2017-2019 map is based on aerial imagery of the Site during impact whereas the SFWMD LULC 2014-2016 map is based on aerial imagery from pre-impact.

Figure V.D.3.3.    Vegetation mapping polygons (SFWMD LULC 2014-2016) and an unmapped Freshwater Marsh inclusion.

Figure V.G.1.b.1.    Expert Team's estimated area of fill within the delineated wetland area. Area of fill is 5.97 ac less the 0.79 ac of remnant depression wetland, or 5.18 wetland acres filled.

## List of Photographs (Photographs are in Appendix 5)

Photograph III.E.1.    Shrub Wetland vegetation present at the Site prior to land clearing. The obligate wetland species, royal fern *(Osmunda spectabilis)* is visible in the foreground.

Photograph III.E.2.    Following land conversion, the central area of the Site is dominated by managed turf where Shrub Wetland vegetation was formerly prevalent.

Photograph III.E.3.    Dead branches in the canopy of a remnant slash pine *(Pinus elliottii)*. Location: NW corner of the Site.

Photograph III.E.4.    Girdled trunks of saplings and small trees. Location: SE corner of the Site.

Photograph III.E.5.    Algal growth in surface water. Location: North side of degraded depressional wetland.

Photograph III.E.6.    Discolored surface water and algal mat. Location: North side of degraded depressional wetland.

Photograph III.E.7.       Dead vegetation around base of plants. Location: North edge of
                          degraded depressional wetland, south of sample point B6.

Photograph III.E.8.       Dead foliage on local patch of pickerel weed near site of herbicide
                          application. Location: North edge of degraded depressional wetland,
                          adjacent to location of photo.

Photograph III.E.9.       West shoreline of cypress-lined pond.

Photograph III.E.10.      North shoreline of cypress-lined pond.

Photograph III.E.11.      Manicured turf abruptly meets the water edge.

Photograph IV.C.3.a.1.    The Solinst well point and data logger.

Photograph IV.C.3.a.2.    A complete well assembly with well point, stick-up pipe with cap, and
                          data logger.

Photograph IV.C.3.a.3.    An installed well in the Countless Joy East Reference Area (R Well A4).

Photograph IV.C.3.a.4.    Stage gauge installation in Bessey Creek.

Photograph IV.C.4.a.1.    Installed well at the Site with the steel cap below the surface before sod
                          replaced.

Photograph IV.C.4.a.2.    The jacking apparatus used to remove the wells on the Site.

Photograph IV.C.4.a.3.    Site well C4 could not be removed by the jacking method because the
                          riser pipe became detached from the well point and had to be dug out.
                          Soil and sod were replaced after the well was retrieved.

Photograph V.D.1.a.4      PVC pipe with cap at the south boundary of the remnant wetland
                          depression. The pipe invert is at the level of the depression and is
                          extended into fill.

Photograph V.D.3.b.1      A mixed soil profile. Lighter colored material overlays a darker surface
                          horizon and light colored sands are present and mixed with the current
                          surface horizon.

Photograph V.D.3.b.2      A mixed soil profile over a thin surface remnant at approximately 11-12
                          inches.

Photograph V.D.3.b.3   A mixed soil horizon with light colored sands placed over a buried remnant of a surface horizon.

Photograph V.D.3.b.4.   Part of a disturbed soil profile showing buried roots and woody debris.

Photograph V.D.3.b.5.   A light colored sand mixed throughout the soil profile.

Photograph V.D.3.b.6.   A multi-layered profile with sod at the surface over a mixed light-colored sand and beneath that a buried organic horizon. Location is Well C4.

Photograph V.D.4.1.   Royal fern, a wetland obligate species, was photo documented at the Site in 2018.

Photograph V.D.4.2.   Plants re-sprouting after understory vegetation was cleared at the Site.

Photograph V.D.4.3.   Remnant red maple in the NW corner of the Site displaying cambium damage and dead branches.

Photograph V.D.4.4.   Vegetation in Reference plot W11, a Wetland Mixed Forest.

Photograph V.D.4.5.   Vegetation in the upper canopy of Reference plot W11, a Wetland Mixed Forest.

Photograph V.D.4.6.   Sphagnum moss on the ground of Reference plot W11, a Wetland Mixed Forest.

Photograph V.D.4.7.   Vegetation in Reference plot W12, a Wetland Mixed Forest.

Photograph V.D.4.8   Vegetation in a reference Freshwater Marsh located at RWell05.

Photograph V.D.4.9   Vegetation in Reference plot W13, located at the transition between a coniferous forest and a mixed Shrub Wetland.

Photograph V.D.4.10   Vegetation in Reference plot W16, located at the transition between a coniferous forest and mixed Shrub vegetation types.

Photograph V.D.4.11   Vegetation in a Mixed Shrub wetland reference plot (W04) subject to grazing located 320 ft north of the Site.

Photograph V.D.4.12   Vegetation in a Mixed Shrub wetland reference plot (W01) subject to grazing located 50 ft north of the Site.

Photograph V.D.4.13   Vegetation in a Mixed Wetland Hardwood Forest (Reference plot W14), representative of a late seral Mixed Shrub vegetation type.

Photograph V.D.4.14    Dense vegetation in a Mixed Shrub-Mixed Wetland Hardwood wetland (Reference Plot W15).

Photograph V.D.4.15    Vegetation in a Mixed Wetland Hardwood wetland (Reference plot W17) representative of a late seral Mixed Shrub vegetation type.

Photograph V.D.4.16    The abrupt transition between the depressional wetland and managed turf at the Site.

**Appendices**

Appendix 1    List of Acronyms
Appendix 2    Curriculum vitae for DOJ Technical Team Members
Appendix 3    Tables
Appendix 4    Figures
Appendix 5    Photographs
Appendix 6    Wetland Data Forms
Appendix 7    Hydrology and Survey Data
Appendix 8    Soil Descriptions
Appendix 9    Functional Assessment Data Sheets

## I.    Introduction, Objectives, and Technical Team Background

### A.  Introduction and Objectives

This Expert Report has been developed to document observations and conclusions of an expert technical team retained by the Environment and Natural Resources Division of the U.S. Department of Justice (DOJ) in the matter of U.S. v BENJAMIN K. SHARFI, in his personal and fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and NESHAFARM, INC., Case No. 2:21-cv-14205-KAM.

The objectives of this Expert Report are to provide-

1. An analysis of the area of Waters of the U.S. including wetlands delineated on the Site, as that term is defined in the Amended Complaint and described below.

2. Analyses of impacts to waters/wetlands area and functioning due to mechanical clearing of vegetation and associated redistribution of soils, changes in the bottom elevation of wetlands, and decreases in the areal extent of wetlands, soil excavations, filling, road construction, and other earthwork which involved discharges of dredged and/or fill material to waters of the United States..

3. Provide recommendations for mitigation of impacts, including options for on-site restoration and off-site mitigation.

### B.  Technical Team Background

The DOJ Expert Technical Team members and their roles are as follows:

| | |
|---|---|
| Lyndon C. Lee, Ph.D., PWS | Ecosystems Ecology, Wetland and River Science |
| Wade L. Nutter, Ph.D., PH | Hydrology |
| Kai Coshow Rains, Ph.D., PWS | Plant Ecology and Systematics |
| Scott R. Stewart, Ph.D., CPSS | Soil Science & Geomorphology |
| Mike Wylie, M.S. | Wetland Science, Regulatory |

Assistance in field work was provided by Tony Greco, Drew Miller, and Jackson LaFleur of Nutter & Associates, Inc. Mr. Greco also assisted in preparing maps, figures, and some area calculations. Curriculum Vita for each of the technical team members is included in Appendix 2 of this Expert Report.

The DOJ Expert Team worked closely with one another to collect and analyze data and reach the conclusions and opinions presented in this Expert Report. Principal authors of report sections are given in the Table of Contents.

## II.  Site Location, Study Area, Zoning, Habitat and Other Designations

### A.  Site Location

The Site is a 9.92-acre property that is situated east of the city of Palm City, in unincorporated Martin County, Florida (Figure II.A.1 and Figure II.A.2). The Site is located less than two miles east of Interstate 95, approximately 0.35 miles north of southwest Martin Highway, 0.30 miles south of Bessey Creek and 3 miles west of Florida's Turnpike.  The Latitude/Longitude coordinates for the approximate center of the Site are 27.1682° North and 80.3622° West. The Martin County Property Appraiser describes the property as Local Parcel ID: 173840000038000000. Locations of the Site corners are given in Table II.A.1. A boundary survey (FDACS0000017) dated November 5, 2018 by Karner Surveying, Inc., including descriptions of improvements on the Site with survey updates dated November 16, 2018 and December 5, 2019 is presented as Figure II.A.3.

The Site is bounded to the north and west by drainageways that flow west and north to Bessey Creek, which is located 0.30 miles (1,577 feet) north of the Site. Bessey Creek then flows east for approximately 7 miles, where it joins the tidally influenced and Traditional Navigable Waters (TNWs) of the St. Lucie River. Bessey Creek becomes tidally influenced upstream from its junction with the St. Lucie River. Consequently, the tidally influenced downstream reach of Bessey Creek is a TN approximately 4.5 miles downstream from the Site. From its junction with Bessey Creek, the St. Lucie River then flows east and then southeast for approximately 10.9 miles. It joins the TNWs of St. Lucie Inlet and the Atlantic Ocean.

### B.  Study Area

One of the objectives of the DOJ Expert Team was to determine if there were wetlands on the Site prior to initiation of Site development activities and if so, whether impacted wetlands on the Site were Waters of the United States (WOTUS). To this end, we established an approximately 11,049-acre Study Area in the vicinity of the Bessey Creek watershed. This Study Area included the Site wetlands and approximately 1,064 acres of similarly situated wetland areas within the Bessey Creek watershed that were mapped by the U.S. Fish and Wildlife Service's (USFWS) National Wetlands Inventory (NWI) (Figure II.B.1). The DOJ Expert Team will provide evidence that there were wetlands on the Site prior to development activities and that the Site wetlands directly abut and have regular surface and shallow subsurface hydrologic connections to Bessey Creek. We will also show that if either taken alone or in combination with the approximately 1,064 acres of similarly situated wetland areas in the Study Area mapped by NWI, wetlands on the Site have a significant effect on maintaining the chemical, physical and biological integrity of Bessey Creek, a tidally influenced perennial stream at its distal end, and the TNWs of the St. Lucie River, St. Lucie Inlet, and the nearshore waters of the Atlantic Ocean.

Figure II.B.2 is a U.S. Geological Survey (USGS) topographic map of the general area showing the minimal local relief and the National Hydrography Database (NHD) drainages (streams, canals, and ditches). The Site is shown with the Bessey Creek connection ditch (designated as

N/S ditch) on the west side of the Site.  Figure II.B.3 shows the same area as Figure II.B.2 with both the NHD designations and the NWI wetlands distributed throughout the area. NWI wetlands are determined using maps, soil, and vegetation interpretation by the USFWS. They are not used alone to designate WOTUS, however, they are regularly used by wetland professionals as one indicator of the possible extent of WOTUS in an area. This is because the areal extent of NWI wetlands is determined using NWI definitions of wetlands and via photo and other imagery interpretation and limited field verification of hydrologic, hydric soils, and vegetation conditions. Also shown on Figures II.B.2 and II.B.3 is the Reference Area portions of the Study Area. The Reference Areas used to develop this Expert Report are generally contiguous with or very near the Site. Designation and use of Reference Areas are described in greater detail in subsequent chapters of this Expert Report.

### C.  Zoning, Critical Habitats, and Other Designations

#### 1.  Zoning

Martin County has zoned the Site as A-2 for agricultural use and designated the Site for future land use as Agriculture Ranchette.

#### 2.  Plant and Faunal Habitat Designations

The Site is listed on the USFWS website (https://ecos.fws.gov/ecp/report/species-listings-by-current-range-county?fips=) as being within an area where the following species could be affected by activities in the Site's location:

Mammals: Florida Panther - *Puma concolor coryi;* Southeastern Beach Mouse - *Peromyscus polionotus niveiventris*

Birds: Audubon's Crested Caracara - *Polyborus plancus audubonii;* Everglade Snail Kite - *Rostrhamus sociabilis plum;* Florida Grasshopper Sparrow - *Ammodramus savannarum floridanus;* Whooping Crane - *Grus americana;* Wood Stork - *Mycteria americana*

Reptiles: Eastern Indigo Snake - *Drymarchon corais couperi;* Hawksbill Sea Turtle – *Eretmochelys* imbricata*;* Leatherback Sea Turtle - *Dermochelys coriacea;* Loggerhead Sea Turtle - *Caretta caretta*

Insects: Florida Leafwing Butterfly - *Anaea troglodyta floridalis;* Miami Blue Butterfly - *Cyclargus thomasi;* Monarch Butterfly - *Danaus plexippus;*

Plants: Beach Jacquemontia - *Jacquemontia reclinate;* Four-petal Pawpaw - *Asimina tetramera;* Lakela's Mint - Dicerandra *immaculata;* Tiny Polygala - *Polygala smallii*

Lichens: Florida Perforate Cladonia - *Cladonia perforate*

4

### 3.    Federal Emergency Management Agency (FEMA) Flood Hazard Zone

Figure II.C.3.1 is a map depicting the FEMA Flood Hazard Zones (1% Annual Chance Flood Hazard) for the Site. Bessey Creek and much of its flood plain is included in the AE zone or the 1% Annual Chance Flood Hazard Zone. The 1% Annual Chance Flood Hazard Zone implies that there is, on average, a 1% chance of a 100-year flood occurring in any year on the Site.

### III. Overviews of the Landscape Context(s), Geomorphology, Climate, Hydrology, Soil, Vegetation, Faunal Support/Habitat Conditions and Waters/ Wetland Ecosystem Structure and Functioning in the Vicinity of the Site

#### A. Landscape Context and Geomorphology

In Martin County, four major geologic formations occur. They are:

1. The Caloosahatchee Marl is the oldest formation and Pliocene in age. It consists mainly of sand and varying amounts of shells. It underlies the entire survey area and is close enough to the surface to be exposed in the deeper canals.

2. The Fort Thomas formation is of Pleistocene age and consists of interbedded limestone, shells, sand, and marl of brackish and freshwater origin and rests unconformably on the Caloosahatchee Marl and dips from west to east.

3. The Anastasia Formation is also of Pleistocene age. It rests unconformed on the Fort Thomas Formation and consists of sands, shells and discontinuous beds of sandy limestone and sandstone. It underlies most of the survey area and is exposed in places along the ocean shoreline.

4. The Pamlico Sand is late Pleistocene in age and overlies the other three formations. It covers all of the survey area. This is the material in which most of the mineral soils within the Study Area have formed. The current land surface is the Pamlico Sand. In marshes and swamps that occur in the lower elevation areas within the Study Area, there are sites where organic materials have accumulated to depths of one to six feet thick USDA-NRCS, 1981).

All soil types within Martin County formed in materials that overlie and are influenced by the four major geologic formations (Cook, C. Wythe, 1954). For example, the Site and the Reference Areas used to develop this Expert Report are located on Pliocene and/or late Pleistocene age sands, shells, limestone, sandstone, and marl of marine, brackish or freshwater origin. These surfaces are nearly level to gently sloping. Locally, these geomorphic surfaces are referred to as "flatwoods, low lying flatlands, depressional and poorly developed drainage-ways" (U.S. Department of Agriculture (USDA) – Natural Resources Conservation Service (NRCS) 1981, 2018). Modal soils are derived from "poorly and very poorly drained sandy and loamy marine sediments" that developed on late Pleistocene Pamlico Sand geologic strata (USDA-NRCS, 1981, 2018 Rev.).

Microtopographic relief within the upstream (headwater) portions of the Study Area used to be dominated by linked series of flat to gently sloping forested and scrub/shrub wetlands ("Flatwoods"), "low broad flats," and "poorly defined (small) drainage ways and depressional areas" (USDA-NRCS, 2018). Currently, many of these headwater areas in Bessey Creek have

been converted/consolidated into excavated channels and ponds that are part of the Martin County Solid Waste Transfer and Landfill facility.  In central and south Florida and when they are not converted to other uses, wet flats and hummock-depression topography is common in headwater landscape positions. These headwater areas usually transition downstream into irregular and then more coherent and smaller (1st order) tree like ("dendritic") perennial and seasonal stream channel networks (Figure III.A.1). Moving downstream from headwater areas, these 1st order stream channel segments or "reaches" connect to larger (2nd order) streams that in turn connect with larger 3rd and 4th orders streams. For example, from the Site, Bessey Creek is a 3rd order stream at a mapping scale of 1:24,000. It flows east for about 5.6 miles to its confluence with the C-23 canal and thence about one mile to its confluence with the North Fork St. Lucie River. The North Fork Saint Lucie River is a 4th order stream channel at a mapping scale of 1:24,000. The North Fork St. Lucie joins the main stem of the St. Lucie River, which flows generally east and then southeast into the Atlantic Ocean via St. Lucie inlet, which is due west of Port Salerno (Refer to Figure II.B.1).

### B.  Regional and Local Climate

#### 1.  Climate Summary

The climate of Martin County, Florida is characterized by warm to hot summers and mild winters.  The climate inland from the coast is subtropical.  Summers are typically humid with average daily high temperatures in the low to mid 90 degrees F and nightly low temperatures in the mid 70 degrees F. Mean annual precipitation is about 59 inches, but it ranges from 30 to 80 inches. Storm events are mainly from convective storms. About 60% of the annual precipitation occurs in the 5-month period June through October, about 20% in March through May, and the remaining 20% in November through February. Tropical storms can cause high precipitation events with the greatest activity in August through October. Extended dry periods do occur in any season but are most prevalent in spring and fall.

#### 2.  Climate Data and Climatic Conditions During the Study

##### a.  WETS Analysis

Mean annual climatic data are summarized for the Study Area in the NRCS "WETS" table (Table III.B.2.1) compiled for the National Oceanographic and Atmospheric Administration (NOAA) station at Stuart, FL. This NOAA station is the nearest one to the Site with the requisite 30 years data to calculate "normal" conditions (normal conditions are based on 30 years data updated each decade). The average growing season length is shown in the WETS Table as the 50% probability value. Growing season dates (bottom of Table III.B.2.1) indicate the growing season is 365 days/year.

### b. Antecedent Precipitation Tool

The DOJ Expert Team relied on local sources of data to analyze precipitation. A useful method for analyzing local data is the Antecedent Precipitation Tool (APT) developed by the U.S. Army Corps of Engineers (USAC) (https://www.epa.gov/wotus/antecedent-precipitation-tool-apt). The APT evaluates climatological parameters to assist in making and documenting various determinations required by policy for the execution of the USACE's Regulatory Program. It is also useful for developing an understanding of conditions observed during field visits because it calculates antecedent precipitation conditions for user specified sites and then compares those conditions to the normal 30-year precipitation.

The APT analysis identified 10 National Oceanic and Atmospheric Administration's (NOAA) Daily Global Historical Climatology Network precipitation gauges in close proximity to the Site. The primary gauge identified by the APT in the NOAA Network is at Stuart, 7.68 miles from the Site.  Elevation of the Stuart station is 13.12 feet MSL and the general elevation of the Site is 21 to 22 feet MSL. Locations of the gauges in proximity to the Site are presented in Figure III.B.2.1. The APT output is presented in Figure III.B.3.1 for 2021 with three 30-day assessment periods ending on December 14, 2021, when on-site data collection ended. Figure III.B.3.1 shows the daily rainfall (vertical bars), the range of normal precipitation expected (shaded area) for the 30th and 70th percentile values for the preceding 30 water years (October 1 through September 30), and the rolling 30-day average of the local precipitation computed from the network of nearby stations.  Also shown are the dates of study site visits.

The APT analysis shown in Figure III.B.3.1 concludes that during the last 90-days of the study (beginning 2021-9-16 and ending 2021-12-15) the Drought Index indicated an "incipient drought" in mid-November and that the site was "Drier than Normal" based on the Web-WIMP water balance.  The APT analysis and outputs will be discussed in greater detail in the Results section of this Expert Report.

### C. Hydrology Overview – Reference Areas and Site

#### 1. Bessey Creek Area Hydrology

The Site and Reference Area are within the Bessey Creek watershed which is located in the northeast section of Martin County abutting, in part, St. Lucie County to the north.  Around the 1940s and 1950s an extensive drainage program was initiated in southeast Florida, including Martin County, to control water levels in the Everglades and Lake Okeechobee and to create suitable land for agriculture (livestock grazing and citrus orchards) and development. Included in the program was development of a drainage network in the Bessey Creek watershed. The mouth of Bessey Creek is in the North Fork of the St. Lucie River, a principal waterway flowing to the St. Lucie River and then to the Atlantic Ocean. The northern and upstream reach of Bessey Creek is now an excavated channel (origin date unknown) that begins at the Martin County Solid Waste Transfer Station and Landfill facility ponds to the west. It flows east for about 5.6 miles to

its confluence with the C-23 canal and thence about one mile to its confluence with the North Fork St. Lucie River. The Bessey Creek watershed, for the most part, is in South Florida Water Management District (SFWMD) Basin 4. Figure III.C.1.1 is Basin 4 showing the SFWMD designated channels and the USGS National Hydrography Database (NHD) channels. The NHD designations include the excavated channel referred to in this Expert Report as the excavated Bessey Creek and many of the primary and secondary drainage ditches discharging to excavated Bessey Creek. The excavated reach of Bessey Creek will hereafter be referred to as Bessey Creek in this Expert Report.

Also shown in Figure III.C.1.1 is the location of the Site and the Reference Areas. The N/S ditch in Figure III.C.1.1 on the west boundary of the Site flows north to join Bessey Creek and bisects the Countess Joy East Reference Area. Bessey Creek, abuts the Countess Joy East and West Reference Areas and is a perennially flowing tributary with a permanently wetted bed that is approximately 15 to 20 feet wide and less than three feet deep. Its banks are 2 to 5 feet high and spoil berms from the original excavation of the Bessey Creek channel system are evident along both banks in most places. There are occasional breaks in the banks and narrow channels that allow water to flow through the berms. The main Bessey Creek channel is approximately1,600 feet (0.3mi) from the northern boundary of the Site.

Based on our field observations and review of historic aerial photographs, it appears there was a ditch similar to the N/S ditch in place where 84th Avenue was constructed. When 84th Avenue was constructed (sometime prior to 1966) on the west boundary of the Countess Joy East Reference Area, roadside ditches were constructed on both sides of 84th Avenue. Several cross culverts were installed beneath 84th Avenue connecting the two ditches. Flow directions and discharges in both ditches is to Bessey Creek (Figure III.C.1.1).

Approximately 2 miles downstream in Bessey Creek from 84th Avenue (Reference Area western boundary) a permit (Permit 43-02681-W) was issued in 2015 by the SFWMD to Martin County to construct a Hybrid Wetland Treatment Technology (HWTT) facility (USACE 0000235). The purpose of the facility was to withdraw and treat Bessey Creek water to remove nutrients before releasing treated waters back to Bessey Creek (Figure III.C.1.1). As part of the permit application a table of monthly daily maximum, daily median, and daily mean flows in cubic feet per second (cfs) for the 4.2 mi$^2$ (2,675 acres) watershed upstream of the HWTT was published and are presented in Table III.C.1.1 The Site and Reference Area are included in the designated watershed. Highest flows are in June through November. These high flows closely follow normal and storm-related precipitation patterns. Mean daily flow is lowest in May and highest in October.

## 2.   Hydrologic Connectivity Among Reference Areas, Site Wetlands, and Bessey Creek

As introduced above in this Expert Report, the general Martin County location and specifically the Site and contiguous Reference Areas occurs on "flatwoods, low lying flatlands, depressional

and poorly developed drainage-ways" geomorphic surfaces (USDA–NRCS, 1981, 2018). Drainage, both surface and subsurface, in the area is from Martin Highway (County Highway 714) towards Bessey Creek to the north. Water movement occurs via surface and subsurface pathways through a series of interconnected wetlands, shallow depressions, and seasonal surface drainageways.  Surface drainage dominates following rainy periods when the soil becomes saturated to the surface and shifts to subsurface drainage as the surface water recedes below the soil surface. Surface drainage pathways are often defined by patterns of wetland vegetation.

A ditch, referred to as the N/S Ditch in this report (depicted in Figure III.C.1.1), is located on the western boundary of the Site and continues northward into the Countess Joy East Reference Area. It then spreads and flows by several pathways to Bessey Creek. In the defined confines of the N/S Ditch, depths range from several feet and width 6 to 10 feet at the Site/Reference Areas boundary to shallower and wider as distance increases northward through the Reference Areas. Flow from the ditch spreads out from about the midpoint of the Reference Area as the ditch loses its structure across the slightly sloping undulating surface. The flow continues to the 84th Avenue roadside ditch through an abutting wetland to Bessey Creek. During wetter periods surface flow from the N/S Ditch and connected wetlands discharge directly to Bessey Creek.

A shallow ditch on the north side of the Site forms the southern boundary of the Countess Joy East Reference Area and discharges to the N/S Ditch.  This ditch has a thalweg several feet above the N/S Ditch at its confluence. The shallow ditch had evidence of flow (to the west) by reoriented vegetation due to flowing water when observed in August 2021.

Subsurface flow occurs slowly along gradual land surface gradients directly to the ditches as well as along the surface pathways defined by the gradual slope and variations in microtopography. This slow subsurface movement maintains soil saturation near the surface and thereby supports hydrologic, biogeochemical, plant community, and faunal support/habitat wetland ecosystem functions.

In a September 20, 2018 request to the Florida Department of Agriculture and Consumer Services for a binding determination for a permitting exemption of existing agricultural activity on the Site, a map (Figure III.C.2.1) depicting the drainage of the Site was presented (Gunster Law Firm Letter (USACE 0000078/TEMPS 0000995 Exhibit 11(c)). Note that a flow arrow is shown for a ditch connected to the south end of the N/S Ditch at the southwest corner of the Site. This ditch is not shown on USGS maps or the NHD maps, but its presence was verified in the field by the Expert Team and is shown in Figure III.C.2.1. The map, Figure III.C.2.1, shows by arrows, placed by Defendant's consultants, the direction of "Stream Flow" and "Run-off Flow" from the Site to the N/S Ditch and then to Bessey Creek. This flow map corresponds with this Expert Team's conclusion that surface flow does occur to the N/S Ditch and spreads out to several discharge locations directly and indirectly via other ditches to Bessey Creek. These flow pathways, as well as subsurface pathways, and processes will be discussed and demonstrated in the Results Section of this Expert Report.

### D.  Soils Overview - Reference Areas and Site

The geomorphic formations described in Section III.A (Landscape Context and Geomorphology) are old enough for substantive soil forming (pedogenic) processes to have occurred. As mentioned, the Pamlico formation covers all the survey area and most of the mineral soils have formed within and upon this formation. NRCS has mapped several soil series on these formations including the Oldsmar and Holopaw fine sands and the Sanibel muck series (Figure III.D.1). The USDA-NRCS soils map for the Site is shown in Figure III.D.2. The Oldsmar and Holopaw fine sands and the Sanibel muck are the three soil series that have been mapped by NRCS on the Site (Figure III.D.2). All three series have an aquic moisture regime and are on the Martin County List of Hydric Soils that is developed and maintained by NRCS.

To infer conditions on the Site before mechanical clearing, grading, earthwork and road construction, a reference system was established. This system consisted of 17 reference locations to the north, northwest, southwest, and south of the Site (see Figure IV.B1.1). The soils located on the Reference Areas within the reference system consist of the same soils found on the Site with additional but similar soil series.

Additionally, many of the micro depressional features within the Reference Areas had the ability to pond water. This is because all Reference Area soils are located on flatwoods, low lying flatlands, drainage ways, and depressional geomorphic surfaces. All waters/wetlands sample locations had indicators of surface and shallow subsurface water present seasonally and hydric soil indicators were met at these locations.

Soils mapped within the Reference Areas include the Holopaw fine sand, Oldsmar fine sand, Sanibel muck, Floridana fine sand, Waveland and Immokalee fine sand, and Riviera fine sand, frequently ponded. All soil mapping units within the reference system are on the local soil survey area (Martin County Area) hydric soils list. However, the Oldsmar fine sand, 0 to 2 percent slope map unit contains predominantly upland soils. The Holopaw, Oldsmar, and Sanibel soil series occur on the Site as well as the Reference Areas.

The NRCS describes the Holopaw as consisting of "deep and very deep, poorly and very poorly drained soil that formed in sandy and loamy marine sediments." Holopaw soils are on nearly level low-lying flats, poorly defined drainageways and depressional areas. Slopes range from 0 to 2 percent. Mean annual precipitation is about 55 inches and the mean annual temperature is about 72 degrees F. Depth to the seasonal high-water table is typically 12 to 40 inches. Flooding frequency and duration are listed as not applicable. Ponding frequency and duration are listed as frequently for very long duration (6 to 9 months) (USDA-NRCS, 10/2018 Rev.). This soil type is mapped over approximately 2.42 acres on the Site.

The Oldsmar series consists of very deep, poorly drained and very poorly drained soils that formed in sandy marine sediments overlying loamy materials. Oldsmar soils are on flatwoods, low broad flats, and depressions on marine terraces. Slopes are linear to concave and range from

0 to 2 percent. The mean annual precipitation is about 55 inches, and the mean annual temperature is about 72 degrees F. Depth to seasonal high-water table is 0 to 12 inches of the surface from 1 to 6 months during most years, 12 to 42 inches for the remainder of the year, and it is below 60 inches during extended dry periods. Ponding is 0 to 24 inches in depressional areas for 6 to 9 months or more each year. (USDA-NRCS, 5/2018 Rev.). This soil type is mapped over approximately 3.93 acres on the Site.

The Sanibel series is described as consisting of "very poorly drained sandy soils with organic surfaces. They formed in rapidly permeable marine sediments. The soils occur on nearly level to depressional areas with slopes less than 2 percent." The water table is at depths of less than 10 inches for 6 to 12 months during most years. Water is above the surface for periods of 2 to 6 months during wet seasons. (USDA-NRCS, 12/2019 Rev.). This soil type is mapped over approximately 3.59 acres on the Site.

Floridana series consists of very deep, very poorly drained, slowly to very slowly permeable soils on low broad flats, flood plains, and in depressional areas. They formed in thick beds of sandy and loamy marine sediments. Near the typic location, the mean annual temperature is about 74 degrees F, and the mean annual precipitation is about 55 inches. Slopes range from 0 to 1 percent.  Aquic conditions for the Floridana series consist of soils where all horizons between the upper boundary of saturation and a depth of 6 feet are saturated (this condition is known as "endosaturation"). The water table is at depths of less than 10 inches below the surface, and depressional areas are ponded for more than 6 months during most years. Flood plains are flooded for 1 to 3 months during most years (USDA – NRCS, 11/98 Rev.).

The Waveland series consists of very deep, very poorly and poorly drained, very slowly to moderately slowly permeable soils on broad areas of flatwoods and depressions in the Lower Coastal Plain of Peninsular Florida. They formed in sandy marine sediments. Near the typical location, the mean annual temperature is about 72 degrees F, and the mean annual precipitation is about 55 inches. Slopes are dominantly less than 1 percent but range up to 2 percent along the edges of depressions and drainage ways. On the flatwoods, the water table is within a depth of 6 to 18 inches for 1 to 4 months and within a depth of 40 inches for 6 months or more during most years. During extended dry seasons, the water table recedes to depths greater than 40 inches. Depressions are ponded for periods of 6 to 9 months in most years.

The Immokalee series consists of very deep, very poorly and poorly drained soils that formed in sandy marine sediments. Immokalee soils are on flatwoods and low broad flats on marine terraces. Slopes range from 0 to 2 percent. Mean annual precipitation is about 55 inches and the mean annual temperature is about 72 degrees F. Drainage class is poorly drained; very poorly drained in depressional and ponded phases. Saturated hydraulic conductivity (Ksat) is very high or high in the A and E horizons and moderately high and high in the Bh horizon. Permeability is rapid or very rapid in the A and E horizons and moderate or moderately rapid permeability in the Bh horizon. Runoff is negligible to very low. Depth to seasonal high-water table is 6 to 18 inches of the surface for 1 to 4 months during most years, 18 to 36 inches for 2 to 10 months during

most years, and it is below 60 inches during extended dry periods. Depressional phases are ponded 0 to 12 inches for 6 to 9 months each year.

The Riviera series consists of very deep, poorly drained, very slowly permeable soils on broad, low flats, flatwoods and depressions in the Southern Flatwoods (MLRA 155) and the Southern Florida Lowlands (MLRA 156B). They formed in stratified sandy and loamy marine sediments. Near the typic location the mean annual temperature is about 75 degrees F, and the mean annual precipitation is about 62 inches. Slopes range from 0 to 2 percent. Drainage classes are poorly drained and very poorly drained. Permeability is very slow.

Soils in the Reference Area were intact with only minor disturbances at the surface due to light to moderate grazing. In contrast, soils on the Site were impacted by the use of heavy equipment to redistribute soils by mechanical clearing, excavation, filling, blading, grading, land leveling, and road grading and construction. Additionally, there was the design and placement of surface and shallow subsurface drainage systems and the placement of imported Bahia sod/turf mats. Additionally, water was observed to be present in the remnant wetland depressions, ditches, and streams on, and proximate to, the Site during our field visits to the Site and to the Countess Joy East and West Reference Areas (see Table III.B.1)

### E. Vegetation Overview - Reference Areas and Site

The Reference Areas and Site are located in the Eastern Florida Flatwoods ecoregion of the Southern Atlantic Coastal Plain where the terrain is generally flat and the water table shallow (Lichtler 1960, Griffith et al. 2012). Under these conditions, small changes in topography, depth to the water table, or soil structure can result in significant variation in the species composition and vegetation structure of plant communities. In Reference Areas, the native landscape structure and function support vegetation types that are typical for this landscape. Second-growth stands of pine flatwoods and mixed pine and hardwood forests are common. Native species dominate the upper canopy though nonnative species such as Brazilian pepper *(Schinus terebinthifolia),* punktree *(Melaleuca quinquenervia),* earleaf acacia *(Acacia auriculiformis),* and Old World climbing fern *(Lygodium microphyllum)* are not uncommon. Typical native tree species include slash pine *(Pinus elliottii)* laurel oak *(Quercus laurifolia),* cabbage palm *(Sabal palmetto)* and red maple *(Acer rubrum).* Forests are interspersed with patches of regenerating tree species and shrubs (e.g., wax myrtle *(Morella cerifera),* saw palmetto *(Serenoa repens),* and gallberry *(Ilex glabra)).* Forested wetlands, shrub wetlands, and freshwater marshes are frequently observed, particularly in historic interdunal features (Figure V.D.1.a.3).

There was a minimum of four vegetation types on the Site prior to impact, but inclusions of other types may have been present in transition zones between dominant vegetation types. The four prior existing vegetation types identified in this report are: Upland Conifer/Hardwood Forest, Mixed Shrub Wetland, Freshwater Marsh, and Mixed Wetland Forest. The forests consisted of second growth mixtures of slash pine and hardwoods such as red maple, laurel oak, and cabbage palm. Understory forest species included wetland ferns e.g., royal fern *(Osmunda spectabilis)* (Photograph III.E.1) and swamp fern *(Blechnum serrulatum),* grape *(Vitis* sp.), holly *(Ilex* spp.),

and patches of saw palmetto. The central shrub/sapling wetland included scattered saplings, Carolina willow *(Salix caroliniana)*, wax myrtle, and primrose willow *(Ludwigia peruviana).* The freshwater marsh included a zone with scattered shrubs before transitioning into emergent vegetation. Graminoid species included sawgrass *(Cladium jamaicense)* and cordgrass *(Spartina bakeri)*.

Currently, the microtopography at the Site has been altered and the vegetation is intensively managed. Site vegetation primarily consists of a vigorous carpet of Bahia grass *(Paspalum notatum)* and common lawn weeds, e.g., three-flower tick trefoil *(Desmodium triflorum).* Scattered specimen trees are present, primarily cabbage palm, red maple, and slash pine (Photograph III.E.2). Several large slash pines have full canopy; however, bark damage and dead branches are evident in red maple and slash pine in the NW corner of the property (Photograph III.E.3). Similarly, there is a cluster of small trees and saplings in the SE animal fence enclosures that exhibit significant cambium damage on the lower trunk (Photograph III.E.4).

There is a depressional wetland in the south-central portion of the Site (south of plot B6). Native trees are present along the depressional wetland edge. The central portion of the wetland is dominated by pickerel weed *(Pontederia cordata),* a native ornamental wetland species. Landscape maintenance practices and activities related to animal husbandry and propagation of ornamental plants have resulted in excess nutrients algal growth in this wetland (Photographs III.E.5 and 6). Circles of dead vegetation surrounding the base of trees and adjacent patches of dead pickerel weed foliage are indicative of herbicide use and aerial spread (Photograph III.E.7 and 8).

There are two ornamental ponds on the Site. The northern pond (Cypress Lake) has been planted with bald cypress *(Taxodium distichum)* and the managed turf gradually slopes downwards towards the northern and western shores (Photograph III.E.9 and 10). The southern pond (Peanut Lake) is devoid of vegetation and manicured turf lawn abruptly meets steep pond banks and open water at the shoreline (Photograph III.E.11).

## F. Faunal Support/Habitat Overview - Reference Areas and Site

### 1. Reference Areas

Section II, C, 2 of this Expert Report presents the USFWS website list of faunal species (e.g., mammals, birds, reptiles, and insects) and plant species that have been documented to occur in the vicinity of the Reference Areas and the Site. This list includes large and wide-ranging carnivores (cougars) and omnivores (bears) as well as a range of mid-size to small mammals, birds, insects, and reptiles with smaller home ranges and various degrees of dependency on the food and cover resources provided by complexes of forested, scrub/shrub, emergent wetlands, and open water habitats that are typical to the Reference Areas.

Throughout the range of Reference Areas used to develop this Expert Report, we observed large, interconnected, and complex mosaics of mixed hardwood forested, scrub/shrub, and emergent wetlands interspersed with ponded hardwood and pine flatwood areas that were usually connected to larger ponded (littoral) or flowing water features. Reference Area forests patches consisted of at least tree, sapling, shrub, and undergrowth layers that included only a few non-native or invasive weed species. Microtopographic relief within Reference Area wetlands was dominated by complexes of small depressions and mounds that were enhanced by large, medium, and small down wood, standing tree snags, cavities in the ground, in old stumps, and at every level in the tree, sapling, and shrub canopy layers. Most of the Reference Area sites had a great deal of interior forest or interior scrub/shrub habitat and interior habitat changes. These types of changes provided abundant hiding, resting, thermal and escape cover resources for faunal species (e.g., woodpeckers, owls) that are specifically adapted to use relatively restricted types of interior habitat changes. Most of the larger wetland complexes also had very little edge habitat, at least around significant portions of their perimeters. They also exhibited high patch contiguity and connectivity to surrounding landscapes.

## 2. Site

Wetlands that remain on the Site after mechanical clearing, earthwork, import and redistribution of fill materials, road construction, and other activities are highly degraded. They are mostly dominated by a Paspalum (Bahia grass) turf/pasture plant community and paddock/barn yard areas. There is one remaining depressional wetland system south of plot B6 that has been filled around most of its perimeter and set up to receive untreated storm water runoff from paddock areas located on its southern and eastern perimeter. The plant community in this wetland is dominated by a highly simplified, thinned red maple "forest" with a very sparse shrub layer and undergrowth that is mowed and weed whacked. In particular, the complex vertical and horizontal plant community structure, species diversity, and associated food and cover resources available to faunal species that are typical of the Reference Area wetlands are not present on the Site. Instead, remaining wetlands do not effectively function to support faunal species because –

1. They exist on imported and leveled fill where patterns of water flow and circulation have been significantly altered or eliminated. Most surface flows are consolidated and directed via shallow swales to catch basins (NW corner) or in the case of the remaining depressional wetlands towards artificial ponds in the center of the Site and near the southwest corner. Some flows from this residual depression are captured in a pipe installed on the southern perimeter. Flows appear to be directed south from the southern perimeter.

2. Former complex patterns of microtopographic depressions and mounds are filled and leveled out.

3. They consist of highly manipulated and one-layer turf/pasture plant communities or (in the case of the remnant depression south of Site Plot B6) a thinned (simplified) tree

canopy dominated by red maple, a sparse shrub layer, and undergrowth dominated by a combination of a few native species and invasive non-native weeds. Especially in the turf/pasture areas, there is no large wood, there are no snags, no cavities, and no effective resting, hiding, feeding, thermal, or escape cover resources.

4. All of the turf/pasture areas and the remaining and degraded forest patch is completely fenced and fragmented, making these areas inaccessible to most classes of native faunal species that depend on wetlands to complete all or parts of their life cycles – like growth and reproduction. Because it has been thinned and simplified, the remaining forest patch has little to no interior forest changes in habitat structure or conditions. It is virtually all edge habitat which is known to encourage use of the site by edge adapted opportunistic species that displace native, interior forest adapted species. This residual forest patch is also not connected to any intact surrounding waters/wetlands or to upland forest and scrub/shrub communities. The small habitat patch size, lack of interior forest changes, and lack of landscape-scale connections to other natural systems (fragmentation) significantly limits the food and cover resources provided by any of the remaining wetlands on the Site at site specific and landscape scales (Harris, 1984; Gosselink and Lee, 1989; Gosselink et al., 1990).

IV. Methods

   A. Review of Background Materials

      1. Standard/Public Domain Materials

Starting in April 2021 and continuing into early 2022, members of the DOJ Expert Team reviewed standard background materials and information regarding the impacted wetlands on the Site and other similarly situated wetlands in the Bessey Creek watershed. The DOJ Expert Team reviewed information regarding pine flatwoods, hardwood dominated wetlands, emergent wetlands and shrub dominated wetlands that occur in the South Florida landscape. With this information, the DOJ Expert Team focused on developing the means and methods to design a study that would document hydrologic conditions, hydrologic connections, and ecosystem functioning on the Site by using a combination of map and remote sensing resources, series of historic and current air photographs, direct observations of conditions on the Site, and direct observation of conditions in a range of nearby "wetland reference" areas in the Bessey Creek watershed. Consistent with standard methods articulated for "Atypical Situations" in the 1987 Corps of Engineers Wetlands Delineation Manual (Manual) (Environmental Laboratory, 1987) and the Atlantic and Gulf Coastal Plain Regional Supplement (Regional Supplement) (USACE 2010), these Reference Areas were selected for comparison to the Site because they had not been disturbed by activities such as mechanical land clearing, discharges of dredged and/or fill material, road and building construction, and placing sod on mechanically cleared and leveled wetlands.

The materials used by the DOJ Expert team included, but were not limited to:

     a. U.S. Geological Survey (USGS) maps.

     b. National Wetland Inventory (NWI) maps.

     c. NRCS soils mapping of soil series and soil properties.

     d. Federal Emergency Management Agency (FEMA) flood hazard and floodplain maps.

     e. ESRI database.

     f. Historic and current LiDAR imagery and aerial photographs of Martin County, Florida.

     g. Imagery from Google Earth Pro.

     h. Florida Department of Environmental Protection records.

     i. South Florida Water Management District records.

     j. U.S. Army Corps of Engineer (Corps) records.

*Expert Team Report United States v. Benjamin K. Sharfi and Neshafarm, Inc.*

    k. Martin County, Florida Website https://www.martin.fl.us/

    l. The Navigable Waters Protection Rule: Definition of "Waters of the United States." 85 Fed. Reg. 22,250 (Apr. 21, 2020)

### 2. Documents and Electronically Stored Information

Starting in April 2021, the DOJ Expert Team reviewed background materials associated with the Site. In addition to the standard materials listed immediately above, the DOJ Expert Team reviewed and considered several types of materials that provided context to evaluate Site conditions. The DOJ Expert Team also reviewed and considered Defendants' interrogatory responses and other discovery materials produced by the parties and third parties to date.

### 3. Interviews and Other Contacts

Dr. Chuck Olson and David McIntosh, Bluefield Ranch Mitigation Bank

Dr. Mark Brown, University of Florida Wetlands Center

### 4. Federal Employees

Dr. Ralph Haugerud, USGS

### 5. Local Government

Mark Woodruff, Martin County Utilities (August 2021 telephone interview)

### 6. Landowners and Managers

Dewaine Hazellief, Tenant rancher on Countess Joy Property

### 7. Dates of Field Visits and Team Members to Reference Areas and Site Vicinity

Expert Team members and dates of visits to the Site and the Reference Areas are presented in Table III.B.1.

### B. Study Methods

### 1. Overview of the Structure of Reference Systems, How They Are Used, and Selection of Reference Areas and Locations

In developing this Expert Report, and consistent with "Atypical" protocols articulated in the Manual and Regional Supplement, we selected a range of nearby Reference Areas to represent the physical and biological conditions of the Site prior to disturbance. For example, immediately north of the Site is a privately owned tract of over 300 acres that we will call the Countess Joy East property. Water flow, both surface and subsurface from the Site has an approximately 1,600 feet flow path through the Countess Joy East property to Bessey Creek. A location map of the Site and the Countess Joy East Reference Area with surface hydrologic features is shown in Figure II.B.2.

Using our field observations combined with an extensive review of historical aerial photos, geologic and topographic maps, vegetation surveys and maps, and NRCS soil maps, we determined that the Countess Joy East property was a close physical analog to the Site before the Site was disturbed. For example, compared to the Site, the Countess Joy East property has similar landscape position, a similar array of soil types, similar vegetation, and similar (shared) hydrologic connections to Bessey Creek via a North/South (N/S) ditch that was constructed (pre-1960s) and which borders the western boundary of the Site. It is one of the network of ditches in the vicinity that connects the Site and the Countess Joy East Reference Area to Bessey Creek (Figure II.B.2). The Countess Joy East Reference Area is presently leased and managed for cattle grazing, but a sizable portion of the site is dominated by large patches of intact forested and scrub/shrub wetlands that vary in age from less than 20 years old to approximately 55 years old. The pastures are unimproved, and, but for grazing, no vegetation management is practiced (Pers. Comm. by Dewaine Hazellief, rancher, to M. Wylie and W. Nutter). In the 1950s and 60s part of the Countess Joy East property was used for crop production (possibly citrus) by Palm City Farms as evidenced by remnant crop rows that are visible on aerial photographs from the 1960s. Some of the shallow mounding used for cropping is still evident on a portion of the Countess Joy East property. These features do not impede surface flow from the N/S ditch from the Site to Bessey Creek.

Using the same selection criteria introduced above and after reviewing Martin County's Property Appraiser web site (https://www.pa.martin.fl.us/-code/property-search/), NWI maps and mapped hydric soils (Figure III.D.1), the DOJ Expert Team identified several other properties within the Bessey Creek watershed as Reference Areas. Figure IV.B.1.1 shows the locations of all Reference Area plots in the Countess Joy East and West and three additional off-site Reference Plots referred to as:

   a. North of the Site on the Martin County Solid Waste Transfer Station and Landfill Property cited as Reference Plot W16.

b. West of the Site and south of Martin Highway (County Road 714)– Florida
Department of Transportation Property cited as Reference Plot W15

c. South of the Site, north of Martin Highway – the Traiana Property cited as Reference
Plot W17.

Figure IV.B.1.2 shows Plot numbers of the 14 Countess Joy East and West Reference Plots.

### 2. Reference Area Study Methods
#### a. Hydrology

To characterize the hydrology of the Reference Area site a series of shallow ground water wells
were installed downgradient from the Site, along a drainageway towards Bessey Creek and to the
tributary ditch along 84th Avenue to the west.  In addition, three surface water monitoring gauges
were located, one in the N/S Ditch downstream from the Site, and two in Bessey Creek.
Location of the wells and surface water monitoring gauges are shown in Figure IV.B.2.a.1.

Because the soils are generally fine sands and organics subject to sloughing when a hole is
advanced to insert a pipe for a well, the wells were steel pipe driven to appropriate depth in
accordance with USACE protocol (USACE, 2005).  The driven well points are stainless steel
with a fine mesh screen 1.25 feet long and 1-inch in diameter, manufactured by Solinst Canada
Ltd. The well point is attached to a one-inch steel pipe with a reducing coupling and driven with
pounding head provided by the well point manufacturer. Photographs of the well point and
attached pipe assembly are shown in Photographs IV.C.3.a.1 and 2). The wells had a casing
stick-up of about 1.5 feet above ground surface. A photograph of a completed well is shown in
Photograph IV.C.3.a.3.

The three surface water monitoring gauges were positioned several feet from the N/S Ditch bank
and the Bessey Creek bank and were 2-inch PVC standpipes with a 2-foot screen covered by a
cloth sock. The gauges were anchored with two steel fence posts. A photograph of a completed
installation is shown in Photograph IV.C.3.a.4.

Installed in the ground water monitoring wells were Solinst Levelogger 5 water level data
loggers.  The logger electronics are piezoresistive silicon with a Hastelloy sensor. They are
essentially a pressure transducer with an electronic chip for storing logged data and a clock. The
loggers are "launched" using an infra-red data transfer device connected to a USB port on a PC.
The loggers have a 10-year lithium battery life and an internal capacity of 150,000 temperature
and water level data points. The data logging interval can be set from 1/8 sec to 99 hours. The
loggers installed on the Reference Area and the Site were set to read at 30-minute intervals on
the hour and half-hour. To correct the logged water levels in the wells to changes in barometric
pressure, a similar logger was hung on a remote fence on the Reference Area to record
barometric pressure at the same time intervals. Water levels were corrected to barometric

pressure using software provided by Solinst Canada Ltd. The Solinst Levelogger 5s used in this study were new and had not been previously used.

Surface water levels were measured using Onset Corporation "Hobo" pressure transducer/data loggers installed in the 2-inch PVC standpipes described earlier.  The Hobos were not used in the ground water wells because they are too large in diameter to fit in the steel pipe. The Hobo water level loggers were programmed using software from the manufacturer, Onset Computer Corporation using a similar procedure described for the Solinst loggers. A Hobo logger was also located near the Solinst barometric logger to record barometric pressure for correction of the logged data.

As a quality control procedure, measurements were made of the distance from the top of well/gauge casing to the water level by hand at the time of logger installation and each time the data were downloaded. Measurement to the water level was made using a Solinst water level electrical contact tape.

Six ground water wells (R Well 1 through R Well 6) and three surface water standpipes and loggers were installed in the Countess Joy East Reference Area on August 23 and 24, 2021. A seventh well (R Well 7) was installed on September 15, 2021. The depth of the well point screen was placed 1.5 to 2 feet below the observed water table for each well. The wells and surface water gauges were removed on December 14, 2021.

As part of the hydrology study, an overview survey was conducted to tie together elevations across the Site with those on the Countess Joy East Reference Area. During the study, a Nikon Total Station Nivo series instrument was used to capture spatial location and elevation information for pertinent site features. Survey locations were corrected based upon the Martin County 84-2 benchmark located on the concrete headwall at the 84th Avenue crossing of Bessey Creek. The primary objective of the survey was to obtain relative elevation differences between prominent landscape features and water level instruments on the Site with those on the Reference Area.

In addition, a Real Time Kinematic (RTK) enabled GNSS receiver was used to geolocate relevant site features. On the Site, a base station for the RTK unit was locally sited to maintain short baseline corrections and obtain an absolute position solution from the National Geodetic Service Online Positioning User Service (NGS OPUS). RTK and survey elevations were compared to evaluate vertical precision across the Site and Countess Joy East Reference Area. Vertical precision between the survey and RTK-derived elevations was determined to be 0.033 ft or less than 0.5 inch.

### b.  Soils

Prior to the field waters/wetland delineation effort, existing information relative to the Site was collected and reviewed. Information included, but was not limited to, the U.S. Geological Survey (USGS) 1:24,000 maps, aerial photographs, Soil Survey of Martin County Area (USDA-NRCS,

1981, Web Soil Survey 3.1, 2015), regional climate data, and national and local (county) hydric soils lists. As a result of land use operations across the Site, guidance for the Atypical approach was used and included the examination of soils in Reference Areas that were located generally to the north and south of the Site.

Hydric soils are defined as "soils that formed under conditions of saturation, flooding, or ponding long enough during the growing season to develop anaerobic conditions in the upper part" (National Technical Committee for Hydric Soils [NTCHS], 1994, Federal Register, 1994). Soils at the Site were evaluated for their hydric conditions consistent with criteria articulated in the Regional Supplement, current regulatory guidance, and U.S. Department of Agriculture Natural Resource Conservation Service (USDA-NRCS) guidelines (1996, 1998, 2010, 2012) as well as Martin County Area and state and local soil survey area which are subsets of the national hydric soils lists (USDA-NRCS Home/Soil – Use/Hydric Soils). Technical criteria for identification of hydric soils can be satisfied using a combination of published soils information and field indicators. Field indicators for assessing whether a soil satisfies the hydric soil definition and the technical criteria for hydricsoils are listed in the Field Indicators of Hydric Soils in the United States (USDA-NRCS, 1996,1998, 2010, 2018). Field indicators published in this document are intended to update guidance provided in the Manual.

Soils were excavated and examined by using sharpshooter shovels and Dutch and bucket augers. Soil pits were excavated to approximately 24 to 30 inches. The face of the pit was "cleaned" using a shovel and then examined for hydric soil indicators consistent with the 2018 Regional Supplement and Field Indicators of Hydric soils in the United States. Moist soil colors were determined using the Munsell Soil Color Charts.

### c. Vegetation

Characterization of vegetation structure and composition at reference sites occurred in three phases: Field Preparation, Field Assessment, and Review of Plant Specimens.

### (1) Field Preparation

Prior to field visits, publicly available photo imagery (e.g., Google Earth) and vegetation maps (e.g., Figure IV.C.3.c.1, SFWMD LULC 2018) were reviewed. In addition, lists of plant species expected to occur in the region were generated and reviewed. These lists were generated using sort and filter tools or reviewing resources otherwise provided on the following websites, accessed August 2021:

a. Florida Native Plant Society  https://www.fnps.org/plants,

b. USF Plant Atlas https://florida.plantatlas.usf.edu/Search.aspx,

c. National Wetland Plant List
   https://cwbiapp.sec.usace.army.mil/nwpl_static/v34/home/home.html

d. Treasure Coast Cooperative Invasive Species Management Area Plant List
   https://www.floridainvasives.org/treasure/

e. Center for Aquatic and Invasive Plants https://plants.ifas.ufl.edu/plant-directory/

### (2)  Field Assessment

Plant species were recorded at wetland determination plots following methods described in the Regional Supplement. The definitions of strata used at plot sites were as described in the Regional Supplement unless otherwise noted on Wetland Determination Data Forms. Plant species nomenclature follows that provided by the National Wetland Plant List (USACE) unless otherwise noted on Wetland Determination Data Forms. The National Wetland Plant List was the source for the wetland indicator status ratings assigned to plant species. Canopy cover was determined via ocular estimates. The heights of woody species, where noted on data sheets, was estimated visually during site visits. Bole diameters were visually estimated during site visits occurring in August and September 2021 and measured using a diameter tape thereafter. Forest stand age was determined through reference to historical imagery and, where noted on data forms, using an increment borer. Additional plant species incidentally observed between plots e.g., at photo points, were noted as time permitted.

### (3)  Review of Plant Specimens

 If a plant could not be identified to species at the field site, a specimen was collected and examined the same day it was collected using a Leica EZ4D stereo microscope. If, due to time constraints, the collected specimen could not be examined the same day it was collected, then it was placed in a plant press that day for preservation and subsequent identification using preservation protocols consistent with those published by The Royal Botanic Gardens "Preserving Plant Specimens." https://www.rbgsyd.nsw.gov.au/Science/Plants/Plant-Information/Preserving-plant-specimens.

Taxonomic keys and resources referenced to identify plants recorded at reference sites include:

a. Bradford J, and Rogers, G. "Grasses of Palm Beach and Martin Counties, Florida
   http://www.floridagrasses.org/Index.html.

b. Florida Department of Environmental Protection. "Plant Identification Resources,"
   2021. https://floridadep.gov/dear/bioassessment/content/plant-identification-resources.

c. Hall, David. Grasses of Florida. University of Florida, 2019.

d. Nelson, G. The Ferns of Florida. Sarasota, FL: Pineapple Press, 2000.

e. ———. The Shrubs and Woody Vines of Florida. Sarasota, FL: Pineapple Press, 1996.

f. Tobe, J, et al., and Florida Dept of Environmental Protection. Florida Wetland   Plants: An Identification Manual (and Companion Taxonomic Key). Gainesville, FL: University   of Florida Press, 1998. https://floridadep.gov/water/submerged- lands-environmental-       resources-coordination/content/wetland-delineation-publications.

g. University of Florida / IFAS / Center for Aquatic & Invasive Plants. "Plant Directory," 2021. https://plants.ifas.ufl.edu/plant-directory/.

h. Wunderlin, R, and B Hansen. Guide to the Vascular Plants of Florida. 2nd ed. University Press of Florida, 2003.

### d.  Faunal Support/Habitat

Prior to field work, we completed background reviews of faunal habitats and potential species that may occur in the Bessie Creek watershed Study Area. In addition to the USFWS list of species provided in section II.C.2 of this Expert Report, we completed web-based searches on the Martin County, Florida Department of Natural Resources, and Florida Fish and Wildlife Conservation Commission websites.

Field work in Reference Areas provided opportunities to directly observe faunal species using various types of habitats, or to observe signs (e.g., tracks, nests, rubs, scat) that various species were in the vicinity. In particular, observations of several classes of faunal species and their activities in Reference Areas were recorded. We also observed and set up to compare the structure and functioning of the array of food and cover resources provided by Reference Area forested, scrub/shrub, and emergent wetland complexes and by the few wetlands that remain on the Site.

### 3.  Site Study Methods

#### a.  Hydrology

The Expert Team reviewed historical aerial photography and the few reports available at the time describing recent past and present land use described in permit applications by the Defendant . Also available was a prior delineation conducted by DSL Environmental. On September 13, 2021, with time for on-site study limited to two days of 8 hours each day, the Team set out to learn as much about soils, hydrology, vegetation, and impacts to those factors by construction and soil disturbances conducted at the Site. Based on a series of soil borings and descriptions by the Team soil scientist and observations of water table depths beneath the filled and disturbed surface soil, six water table monitoring wells were installed on September 13 and 14, 2021. The

method of installing driven well points and logger instrumentation was the same as described for installations in the Reference Area except that, at the property owner's request, the well points and steel pipe risers were installed such that the top of the pipe cap was at or slightly below ground level. The depth of the well point screen was placed 1.5 to 2 feet below the observed water table for each well. A photograph of an installed well with the steel cap below the surface is shown in Photograph IV.C.4.a.1.

The wells were removed on December 15, 2021, and sod replaced. The jacking method used to remove the wells is shown in Photograph IV.C.4.a.2. One well, C4, could not be removed by the jacking method because the riser pipe became detached from the well point and had to be dug out. A photograph of the removed well and the dug hole is shown in Photograph IV.C.4.a.3. The hole was filled with the removed soil and sod replaced.

### b. Soils

As with Reference Area soil sampling as discussed in this Expert Report, soils at the Site were excavated and examined by using sharpshooter shovels and Dutch and bucket augers. Soil pits were excavated to approximately 24 to 30 inches. The face of the pit was "cleaned" using a shovel and then examined for hydric soil indicators consistent with the Regional Supplement and Field Indicators of Hydric Soils in the United States. Moist soil colors were determined using the Munsell Soil Color Charts.

### c. Vegetation

#### (1) Sources of Information

Naturally occurring trees, shrubs, and groundcover have been replaced by sod at the Site, so the Atypical standard protocols (USACE 1987, Atypical Conditions) were used to infer prior vegetation structure and composition from available resources. Historic and current aerial imagery, documents and photos produced from previous site inspections by onsite observers were reviewed, and publicly available map products produced by state and federal agencies and lists of plants species known to occur in the vicinity of the site. In addition, onsite visits were conducted to reference sites (Section IV.C.2) and the Site.

Publicly available map products were viewed in ArcPro ver 2.9.0 (ESRI) and provided additional details regarding prior conditions at the Site. They include the NWI map, the NRCS Soils Map, and the SFWMD Land Use Land Cover 2014 - 2016 maps. Source information is provided in Section IV.A.

#### (2) Field Visits

Vegetation data was collected at the Site to document current conditions. Prior to conducting an onsite review of current vegetation structure and compositions at the Site, regional lists of plant

species with a high probability of occurrence in a managed environment were consulted. Sort and filter tools or reviewed resources and otherwise provided on the following websites (accessed Oct 2021) were consulted:

     a. Center for Aquatic and Invasive Plants https://plants.ifas.ufl.edu/plant-   directory/

     b. ELPS What's That Weed? Common Florida Lawn Weeds.
       https://www.epls1.com/whats-that-weed.html

     c. Florida Native Plant Society. https://www.fnps.org/plants.

     d. Treasure Coast Cooperative Invasive Species Management Area Plant List.
       https://www.floridainvasives.org/Treasure/Distribution/.

     e. University of Florida. IFAS. Center for Aquatic & Invasive Plants. "Plant Directory,"
       https://plants.ifas.ufl.edu/plant-directory/.

     f. Wunderlin, R, B Hansen, A Franck, and F Essig. "Atlas of Florida Plants,"
       https://florida.plantatlas.usf.edu/.

     g. University of California Extension Integrated Pest Management http://ipm.ucanr.edu/

Plant species were recorded at wetland determination plots following methods described in the Regional Supplement. The definitions of strata used at plot sites were as described in the Regional Supplement unless otherwise noted on Wetland Determination Data Forms. Plant species nomenclature follows that provided by the National Wetland Plant List (USACE) unless otherwise noted on Wetland Determination Data Forms. The National Wetland Plant List was the source for the wetland indicator status ratings assigned to plant species. Canopy cover was determined via ocular estimates. The height of woody species, where noted on data sheets, was estimated visually during site visits. Bole diameters were measured using a diameter tape. Additional plant species incidentally observed between plots e.g., at photo points, were noted as time permitted.

If a plant could not be identified to species at the field site, a specimen was collected. Specimen samples were split while on location at the Site in the presence of the defense legal counsel and provided to Susan, a representative of the defendant.

Specimens were examined the same day they were collected using a Leica EZ4D stereo microscope. If, due to time constraints, the collected specimen could not be examined the same day it was collected, then it was placed in a plant press that day for preservation and subsequent identification using preservation protocols consistent with those published by The Royal Botanic Gardens "Preserving Plant Specimens." https://www.rbgsyd.nsw.gov.au/Science/Plants/Plant-Information/Preserving-plant-specimens.

Several additional resources and taxonomic keys were referenced to identify species (websites accessed Oct-Nov 2021). These include:

a. Alexander K and D Sowell 2021. Key Features in Determining the Weeds from the Natives Presentation, Florida Natural Areas Inventory "Native Exotic Workshop" https://www.fnai.org/PDFs/3_Native_Exotic_Workshop_KA_&_DRS_FY21.pdf.

b. Bradford J, and Rogers, G. Grasses of Palm Beach and Martin Counties Florida http://www.floridagrasses.org/Index.html.

c. Florida Department of Environmental Protection. "Plant Identification  Resources," https://floridadep.gov/dear/bioassessment/content/plant-identification-resources.

d. Hall, David. Grasses of Florida. University of Florida, 2019.

e. Nelson, G. The Trees of Florida. 1st ed. Sarasota, FL: Pineapple Press, 1994.

f. Tobe, J, et al., and Florida Dept of Environmental Protection. Florida Wetland  Plants: An Identification Manual (and Companion Taxonomic Key). Gainesville, FL: University of Florida Press, 1998.

g. Revuelta E. 2017 Invasive Grasses of Florida and Their Native Look-Alikes: A Grass Identification Workshop Presentation, Florida Invasive Species. Council Annual Conference "The Walking Weeds".

h. University of Florida / IFAS / Center for Aquatic & Invasive Plants. "Plant Directory," 2021. https://plants.ifas.ufl.edu/plant-directory/.

i. Wunderlin, R, and B Hansen. Guide to the Vascular Plants of Florida. 2nd ed. University Press of Florida, 2003.

### d.  Faunal Support/Habitat

As with field work in Reference Areas, prior to field work on the Site, we completed background reviews of potential species that may occur in the Study Area. In addition to the USFWS list of species provided in section II.C.2 of this Expert Report, we completed web-based searches on the Martin County, Florida Department of Natural Resources, and Florida Fish and Wildlife Conservation Commission websites.

Field work on the Site provided ample opportunities to directly observe the types and distributions of faunal species using various types of habitats, or to observe signs that various species were in the vicinity. In particular, we focused observations of the degree of fragmentation on the Site caused by fencing and cross-fencing, mechanical clearing of

vegetation, imports and redistribution of fill, and conversion of any remaining wetlands to much simplified systems. We also observed and set up to compare the structure and functioning of the array of food and cover resources provided by the Site to Reference Area forested, scrub/shrub, and emergent wetland complexes.

### C. Review and Refinement of Existing Waters/Wetlands Identifications and Delineations

#### 1. Reference Materials and Procedures Related to the Clean Water Act and Regulations

As part of our background review and field work, the DOJ Expert Team focused on identification, reviews, and refinements of existing delineations of WOTUS, including wetlands on the Site. To accomplish this phase of work, we considered and relied upon the following standard definitions, manuals, guidance, and mapping products related to the Clean Water Act and U.S. Environmental Protection Agency (EPA) and USACE regulations.

1. MEMORANDUM FOR THE RECORD, June 8, 2021. Review of U.S. Army Corps of Engineers ORM2 Permit and Jurisdictional Determination Data to Assess Effects of the Navigable Waters Protection Rule.

2. June 9, 2021 Memo: EPA, Army Announce Intent to Revise Definition of WOTUS

3. Definitions of waters of United States provided at 33 C.F.R Part 328 (1987 and 2020

4. Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in Rapanos v. United States & Carabell v. United State. https://www.epa.gov/wotus/rapanos-v-united-states-carabell-v-united-states

5. Environmental Laboratory. (1987). "Corps of Engineers Wetlands Delineation Manual," Technical Report Y-87-1, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

6. Federal Register. July 13, 1994. Changes in Hydric Soils of the United States. Washington, D.C. (Hydric soil definition).

7. Federal Register. September 18, 2002. Hydric Soils of the United States. Washington, D.C. (Hydric Soil Criteria).

8. National Wetlands Inventory mapping of the Study Area.

9. National Hydrologic Data Base [http://nhd.usgs.gov/]

10. Munsell Color. 2000. Munsell Soil Color Charts. Munsell Color, Macbeth Division of Kollmorgen Instruments Corp., New Windsor, NY.

11. U.S. Army Corps of Engineers. 1982. "Clarification of "Normal Circumstances" in the Wetland Definition." Regulatory Guidance Letter No. 82-2.

12. U.S. Army Corps of Engineers. 1986. "Clarification of "Normal Circumstances" in Wetland Definition (33 C.F.R. § 323.2(c)." Regulatory Guidance Letter No. 86-9.

13. U.S. Army Corps of Engineers. 1990. "Clarification of the Phrase "Normal Circumstances" as it pertains to Cropped Wetlands." Regulatory Guidance Letter No. 90-5.

14. U.S. Army Corps of Engineers. 1992. "Clarification and Interpretation of the Manual." 3-92 Memorandum.

15. U.S. Army Corps of Engineers. 2005. Regulatory Guidance Letter 05-05. Ordinary High Water Mark Identification.

16. U.S. Army Corps of Engineers. 2010. Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Atlantic and Gulf Coastal Plain Region (Version 2.0), ed. J. S. Wakeley, R. W. Lichvar, and C. V. Noble. ERDC/EL TR-10-20. Vicksburg, MS: U.S. Army Engineer Research and Development Center.

17. USDA, NRCS. 2018. United States Department of Agriculture, Natural Resources Conservation Service. 2016. Field Indicators of Hydric Soils in the United States, Version 8.2. L.M. Vasilas, G.W. Hurt, and J.F. Berkowitz (eds.). USDA, NRCS, in cooperation with the National Technical Committee for Hydric Soils.

18. U.S. Army Corps of Engineers. 2020. National Plant List, version 3.5.  http://wetland-plants.usace.army.mill/. U.S. Army Corps of Engineers, Engineer Research and Development Center, Cold Regions Research and Engineering Laboratory, Hanover, NH.

19. Florida Land Use, Cover and Forms Classification System. 1999. Third Edition. Florida Department of Transportation Surveying and Mapping Office, Geographic Mapping Section. 33 CFR Part 332 – Compensatory Mitigation for Losses of Aquatic Resources

20. Final Revisions to the Clean Water Act Regulatory Definitions of "Fill Material" and "Discharge of Fill Material". https://www.epa.gov/cwa-404/final- revisions-clean-water-act-regulatory-definitions-fill-material-and-discharge-fill

21.  Memorandum for Record CESAJ-RD-PE May 14, 2018.  Subject: Benjamin Sharfi Wetland Fill – Site History and Meeting 5-14-18.  File Name: 07-Ex. 08 May 14, 2018 Corps Memorandum for Record.pdf.  (TEMP0000954).

### 2.  Rationale for Using the Atypical Situations Determination of the Geographic Extent of Water/Wetlands on the Site

Based upon guidance provided in the Manual and the Regional Supplement, and in Regulatory Guidance Letters 82-2, 86-9, and 90-7, wetlands that have been disturbed through natural and/or anthropogenic alterations of hydrology, soils, and/or vegetation do not necessarily exist under "normal circumstances." Recent disturbances to hydrologic conditions on the Site include on-site activities such as removal, import and redistribution of soils, road construction, and other earthwork activities that have led to consolidation of drainage pathways. Disturbances to native vegetation include disruption and mechanical clearing of native and non-native plant communities via use of earthwork equipment (e.g., track hoes). Due to the combination of site disturbances and their effects on current hydrologic, soil, and vegetation conditions on the Site, the DOJ Technical Team chose to delineate wetlands using an "Atypical Approach" as articulated in the Manual. Consistent with guidance for using the Atypical protocol, we used several areas within the Bessey Creek watershed as our principal reference sites (Figure IV.B.1.2).

### 3.  Review and Refinement of Prior Delineations on the Site

The DOJ Expert Team reviewed two reports by Defendants' consultants Danna Small of DLS Environmental Services, Inc., and Tobin R. Overdorf of Engineering Design and Construction, Inc (EDC). The two reports included on- and off-site investigations and a site evaluation. The only wetland delineations that were conducted on the Site were in March 2018 by Defendant's wetland consultant, Danna Small of DLS Environmental Services, Inc. (DLS 0000069). Ms. Small submitted the wetland delineation to SFWMD in April 2018. Ms. Small delineated approximately 3 acres of wetlands on the southern portion of the Site. In 2020, EDC conducted an environmental assessment of the Site. EDC concluded that wetlands existed on the southern part of the Site (DEF00000294)

### 4.  Site Locations and Cartographic/GIS and LiDAR Products Used to Facilitate Delineation

Publicly available Light Detection and Ranging (LiDAR) datasets produced in 2016 and Pre-release 2019 that covered the Martin County, Florida Study Area were obtained. The 2016 and 2019 (pre-release) LiDAR dataset were considered high resolution and compliant with U.S. Geological Survey National Geospatial Program Lidar Base Specification Version 1.2. The 2016 LiDAR datasets retrieved and reviewed included a 4 feet pixel bare-earth digital elevation model (DEM) and classified LAS point data. The 2019 LiDAR datasets retrieved and reviewed

included a 2.5 feet pixel bare-earth digital elevation model (DEM) and classified LAS point data. Both datasets used the vertical datum North American Vertical Datum of 1988 (NAV88).

To compare the 2016 and 2019 LiDAR datasets, we used a common method of displaying LiDAR derived elevation models that can emphasize ground surface differences and assist with textural interpretation. The approach is to colorize and blend the elevation model with a derived hillshade product. The hillshade process uses a light source at a defined angle and azimuth to model shading across the ground surface, while the colorized elevation model provides a broader visual display range for elevation values. For the 2016 and 2019 LiDAR data, hillshade values were exaggerated by a factor of 3 to increase the visual difference in this relatively low relief landscape. Processing was performed using the spatial analysis toolset in ESRI ArcGIS Pro. The results of the hillshade comparisons between 2016 and 2019 LiDARs are shown in Figure IV.D.4.1.

### 5.    Characterization/Delineation of the Geographic Extent of Waters/Wetlands on the Site Prior to Disturbance

Prior to two on-site investigations of the Site, the DOJ Expert Team assessed off-site resources and reviewed literature to determine the location of wetlands on the Site preceding disturbance. These resources included the NRCS Web Soil Survey (https://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx). The USFWS NWI Map, and the FLUCCS system developed by the Florida Department of Transportation to define land use and land cover. The DOJ Expert Team reviewed multiple years of historical aerial photography and 2016 and 2019 LiDAR photography of the Site and the area surrounding the Site. Refer to Figure IV.D.4.1 for discussion of a hillshade elevation comparison between the 2016 and 2019 LiDAR images.

In April and November 2018, the SFWMD conducted aerial reconnaissance of the Site which the DOJ Expert Team reviewed (Figure IV.D.5.1a and b). Taken together, these off-site resources provided the DOJ Expert Team with a comprehensive overview of the Site pre- and post-disturbance.

After this review, the DOJ Expert Team conducted on-site investigations of the Site's wetland status in September and October 2021. If we found wetlands on the Site, our primary objective was to assess whether the wetlands were WOTUS. The DOJ Expert Team had two options to assess the status of wetlands on the Site:

(a)  Determine if wetlands on the Site were adjacent to a tributary of a TNW (40 CFR 230.3(s) pre-2015 EPA regulations) or,

(b)  Determine if the wetlands on the Site either taken alone or in combination with other similarly situated wetlands (similar situated wetlands refer to all wetlands adjacent to the same tributary, in this instance, Bessey Creek) in the Study Area have a

significant effect on maintaining the chemical, physical or biological integrity of a TNW.

As discussed above, the extensive disturbance on the Site led the DOJ Expert Team to examine the Site under the Atypical procedures of the Manual and the Regional Supplement. During September 13 and 14 and October 18 and 19, 2021, Site investigations, the DOJ Expert Team excavated a series of soil pits to determine if hydric soils and/or wetland hydrology could be found at each location. All assessment locations are shown on Figure IV.D.5.2. For reference, the Small wetland assessment points are also shown (Small's wetland datapoints were her GPS locations recorded on the wetland data forms (DLS 0000069).

We installed six shallow ground water wells to document wetland hydrology at various locations on the Site and sampled the vegetative community around each sampling point. The DOJ Expert Team utilized the APT to determine if precipitation was normal for the September and October Site investigations. An Olympus TG-6 camera was used to photograph each soil sampled location and site observations and field notes were recorded in a notebook or on the appropriate Wetland Determination Data Form (wetland data sheet).  All wetland sampled locations and points of interest were acquired using RTK survey equipment with sub-meter horizontal accuracy capability. All data were sampled and collected in accordance with the methodologies and procedures of the Manual and Regional Supplement.

### D.  Assessment of the Functions of Waters/Wetlands Ecosystems

Assessment of the functioning of waters/wetlands ecosystems on the Site and on Reference properties was initiated early September of 2021. Field work was conducted during the interval October 18-22, 2021. Analyses of field observations took place from late October 2021 to early January 2022. L.C. Lee led assessment efforts with direct inputs of observations of field conditions from W. Nutter (Hydrology), S. Stewart (Soils), K. Coshow Rains (Vegetation/Plant Community), and M. Wylie (General Site Conditions).

In preparation for the field, we reviewed several available functional assessment protocols that could be applicable to the Martin County area. In particular, we considered the old Florida Wetland Rapid Assessment Procedure (WRAP) (Miller and Gunsalus, 1997/99), the "Regional Guidebook for Applying the Hydrogeomorphic Approach to Assessing Wetland Functions of Wet Pine Flats on Mineral Soils in the Atlantic and Gulf Coastal Plains" (R.D. Rheinhardt, et al., 2002), and current online versions of the "Uniform Mitigation Assessment Method: (UMAM) (The Uniform Mitigation Assessment Method (UMAM) | Florida Department of Environmental Protection; http://www.dep.state.fl.us/water/wetlands/erp/forms.htm). Each of these assessment methods were developed to treat wetlands in either Florida (WRAP and UMAM) or in pine flatwood wetlands in the South Atlantic and Gulf Coastal Plains (Rheinhardt, et al., 2002). On review, Martin County and the Site are beyond the specified geographic domain for application of the Rheinhardt, et al. (2002) assessment approach, although they do acknowledge that it may work in south Florida. The Florida WRAP assessment approach was developed and widely used

in the 1990's and early 2000's and is still in use today by some practitioners. However, there have been significant advances in assessment approaches for ecosystem functions since the mid-1990's. Many peer reviews of the WRAP approach in Florida and in other states where a WRAP approach has been developed (e.g., California) point to WRAP's lack of a requirement for differentiation among various wetland classes to be assessed (e.g., flats, depressions, rivers, estuaries, slopes are treated the same). This results in a tendency for WRAP logic to treat the suite of physical, chemical, and biological ecosystem functions of all wetland classes in the same way. For example, rivers and forested wetlands are treated almost the same as estuaries. This type of lumping leads to development of central tendencies in results (i.e., default logic goes towards a middle or average solution). Consequently, there is a lack of WRAP model sensitivity and accuracy in identifying minor, and even moderate differences in the functioning of wetland ecosystem conditions when they are compared, for example, pre and post impacts. In Florida, use of WRAP has given way to use of other assessment systems, such as the UMAM approach.

According to training materials provided by the Florida Department of Environmental Protection and the Center for Wetlands at the University of Florida, UMAM was developed –

> "In response to a request by the Florida state legislature in 1999 to "study mitigation options…implemented from 1994 to the present and…consider the effectiveness and costs of the current mitigation options in offsetting adverse effects to wetlands and wetland functions" (Section 373.414(18)(b), F.S., 1999), the Office of Program Policy Analysis and Governmental Accountability (OPPAGA) submitted a report in 2000 (Report No. 99-40) highlighting some of the shortcomings of the current mitigation process. While the State could track the acreage of wetland loss and the acreage of mitigation, the report concluded that this information was not sufficient to ensure the replacement of wetland function resulting from wetland impacts. The recommendation of developing a statewide wetland assessment method became law in 2000. In the past few years, the Florida Department of Environmental Protection (FDEP) and the water management districts (WMDs) have worked closely to develop the Uniform Mitigation Assessment Method (UMAM) rule (Chapter 62-345, F.A.C.), which became effective in February 2004."

The UMAM Training Manual goes on to explain that

> "The UMAM is designed to assess any type of impact and mitigation, including the preservation, enhancement, restoration, and creation of wetlands, as well as the evaluation and use of mitigation banks, and it provides a framework for statewide standardized wetland assessment across community type and assessor. The assessment area is evaluated based on two main parts, a qualitative description and a quantification of the assessment area. For the latter section, sites are evaluated in three categories, scored numerically on a scale from 0 to 10 (where 10 indicates a minimally impaired system). The first category, Location and Landscape Support, examines the ecological context within which the system operates. The second examines the Water Environment,

including rapid inference of hydrologic alteration and water quality impairment, while the third focuses on Community Structure and more specifically Vegetation and Structural Habitat, for areas with plant cover, and Benthic and Sessile Communities, for areas with a submerged benthic community."

We used the UMAM approach in six representative areas within the Site (Figure IV.B.1.1). We also assessed eight Reference Areas that were distributed across the Countess Joy East Property due north of the Site, the Countess Joy West Property located due west of the Site and the 84th Avenue right-of-way, Martin County Solid Waste Transfer Station and Landfill Property (northwest of the Site), and on Florida Department of Transportation Property south of the Site and south of the Martin Highway right-of-way (Figure IV.B.1.1). Blank examples of our UMAM data sheets are given in Appendix 9.

Before going to each assessment site, we worked as a team to evaluate general background features such as NWI mapping, USGS topographic maps, historic and current aerial photographs, landscape positions, mapped soil types, pathways for water flows and downstream connections, vegetation structure, impediments to movements of faunal species, and potential sources of pollutants. In the field, we picked representative areas for sample plot locations and then ran through, considered, and annotated eight "Attributes" to assess "Location and Landscape Support" conditions, 12 Attributes to assess conditions in the "Water Environment", and 10 Attributes to assess Community Structure (See Table 9.1 in Appendix 9). Results were recorded in the field and then transferred to annotated Qualitative and Quantitative data sheets for each site.

## V.   Results

### A.  Summary and Time-Sequence of Mechanical Clearing, Fill Import-Export, Earthwork and Construction Activities on the Site

Appendix 5 contains an annotated chronological sequence of photographs and figures that document conditions and activities that have taken place on the Site since 1966. To summarize, in 1966, it appears that the Site was part of a large "Palm City Farms" agricultural operation that focused on citrus production and cattle. The chronology of events that took place from 1966 to early 2018 has the Site recovering from the cleared and grazed condition that existed in 1966. Throughout that 52-year period, a mosaic of forested and scrub/shrub vegetation developed on the Site and there are no apparent roads, clearings, or filling activity. From 1966 – 2018 there were incremental changes in the periphery of the Site on adjacent properties, particularly to the west. For example, on the western side of the Site, and starting in the late 1990's, open-air agricultural row crop production slowly gave way to development of an extensive complex of greenhouses. To the south and east, the low density suburban and small farm development that began to occur in the mid to late 1990's began to densify and changed significantly starting around 2006. By 2016, a great deal of clearing and development occurred due south of the Site, the greenhouse complex to the west densified, and the intensity of land clearing and development on properties to the east accelerated. Conditions to the north on the Countess Joy East property remained relatively stable, recovering from the 1966 Palm City Farm management regime and supporting light to moderate livestock grazing.

In early 2018, the first significant incursion into the Site occurred with construction of roads along the eastern and northern perimeters, and a small fill pad/road entry located in the south-central portion of the property. From 2018 and through 2019, 2020, and 2021, accelerated mechanical clearing of vegetation and associated redistribution and redeposition of soils occurred. This mechanical clearing was then followed by excavation and redistribution of soils, staging and export of soils, imports of fill, land leveling, construction of ornamental ponds, internal roads, and various buildings led to the complete conversion of the Site from a forested and scrub/shrub open space to a developed farm/ranchette complex.

### B.  Overview of the Types/Classes and Structure of Waters/Wetlands on Reference Areas and by Inference on the Site Prior to Construction Activities

Figure II.B.3 shows waters/wetlands on the Site and in Reference Areas that are mapped by the NWI (U.S. Fish and Wildlife Service - Wetlands Mapper (fws.gov)). Standard NWI definitions for mapped types shown on Figure II.B.3). Originally, NWI classes were developed to use and then improve upon the system for classification of wetlands and deep-water habitats developed by Cowardin et al. (1979). Figure II.B.3 shows a combination of "Palustrine Forested, Broad Leaved Deciduous and Scrub/Shrub, Broad-Leaved Deciduous, Seasonally Flooded wetlands mapped on the Site. The Countess Joy East and West properties are mapped by NWI to include "Emergent, Persistent, Seasonally Saturated" and "Palustrine Emergent, Persistent, Seasonally

Flooded" wetlands. Because they are mapped by a combination of aerial photography and other imagery interpretation combined with limited field verifications, it is important to note that not all mapped NWI wetlands are WOTUS.

Another system for classification of waters/wetlands is the Hydrogeomorphic (HGM) approach developed and honed by Brinson (1993), Brinson et. al. (1995), Smith et. al. (1995), and U.S. EPA (2002). Standard definitions for HGM Classes that were observed or identified on Reference Areas and on the Site (prior to disturbance) are shown in Table V.B.1.

### C. DOJ Expert Team Determination of the Geographic Extent of Waters of the U.S. on the Site Prior to Mechanical Clearing of Vegetation, and Earthwork That Included Excavation and Redistribution of Soils, Imports of Fill Materials, Land Leveling, and Road and Building Construction

#### 1. DOJ Expert Team Peer Review of Previous Delineations

The DOJ Expert Team's review of the Small report (DLS 0000069) and the EDC report (DEF 00000294) found the two Defendants' consultants in agreement that wetlands occurred on the Site. Both Small and EDC determined that less than three acres of wetlands occurred on the Site (Figure V.C.1.1a and Figure VC.1.1b). There are no reference points on the EDC delineation figure and the cardinal direction north is shown to the bottom of the figure. To provide a reference for the EDC delineation it was overlaid on a recent aerial photograph of the Site as shown in Figure V.C.1.1c. EDC found approximately one acre of wetlands on the Site but acknowledged in the 2020 report that "exotic removal activity did cause minor impacts to what a previous South Florida Water Management District (SFWMD) non-binding wetland determination considered a wetland." EDC's reference to "a non-binding wetland determination" was the Small wetland jurisdiction before the Defendant mechanically cleared and filled the southwest corner of the Site. EDC ignored the fill material placed in approximately one acre of wetlands on the southwest corner of the Site (Figure IV.D.5.1a). Although we agree with the Defendant's consultants that jurisdictional wetlands existed on the Site pre- and that some wetlands still exist post-disturbance, it is the DOJ Expert Team's opinion that a much larger area of wetlands occurred on the Site prior to the Defendant's earthwork and development activities. It does not appear from either the Small or EDC report that the entire Site was examined for the presence of jurisdictional wetlands. These areas will be discussed in detail in the next section of this Expert Report.

#### 2. The DOJ Technical Team Determination of the Areal Extent of Waters/Wetlands on the Site

The DOJ Expert Team determined that approximately 5.97 acres of wetlands were located on the Site before the mechanical clearing of vegetation and associated redistributions of soils, filling, excavating, land levelling, and road and construction activities began (Figure V.C.2.1). As detailed in the Methods section of this Expert Report, we based this determination on our

interpretation of standard mapping, aerial photography, remote sensing, resources, reviews of previous delineations on the site, field inspection reports, monitoring of Site and Reference Area water levels, and three field investigations of the Site and surrounding areas conducted in August, September, and October 2021.

The DOJ Expert Team also determined that prior to mechanical clearing of vegetation, earthwork and development, the Site included wetlands that abut the N/S Ditch. Currently, the Site still includes wetlands that border, neighbor, or are contiguous (i.e., "adjacent") to the N/S Ditch. Our field observations and examinations of aerial photography show that the N/S Ditch was constructed prior to 1966 and that it still exists today (Refer to Figure V.D.1.a.1). It is approximately 12 to 15 feet wide and varies from several inches to over a foot in depth. The N/S Ditch has relatively continuous bed and bank features and an ordinary high-water mark (OHWM) (Figure V.C.2.2). The DOJ Expert Team concluded the N/S Ditch is a seasonally permanent (flows at least three months a year) tributary with direct surface hydrologic connections to Bessey Creek (Figures III.B.2 and 3, and Figure V.C.2.3). For example, we found water flowing in the N/S Ditch to Bessey Creek during the August and September 2021 investigations of the Site and the Countess Joy East site (Figures V.C.2.4 and 5). We did not find water flowing the entire length of the N/S Ditch on the Countess Joy East site during the October 2021 investigation. However, the DOJ Expert Team determined that the N/S Ditch was excavated in wetlands that extended from the Site through the Countess Joy East property to Bessey Creek.

During September and October 2021, the DOJ Expert Team conducted a series of 14 wetland determinations on the adjacent Countess Joy Reference Area. Thirteen of the sampled points were wetlands and one sampled point was uplands (point W10) (Appendix 6).

The DOJ Expert Team determined that the wetlands on the Countess Joy Reference Area:

     a. Are contiguous to the Site (Figure IV.D.5.2).

     b. Abut the roadside ditch along 84th avenue that flows to Bessey Creek (Figures V.C.2 .6 and 7).

     c. Abut N/S Ditch (Figure V.C.2.8).

     d. Abut Bessey Creek (Figures V.C.2.9, 10 and 11)

The DOJ Expert Team determined that the closest TNW to the Site is the tidally influenced reach of Bessey Creek that flows under SW Murphy Road Bridge, approximately 4.5 miles from the Site (latitude 27.1903° north and longitude 80.2977° west) (Figure V.C.2.12). Therefore, we conclude that Bessey Creek, the Site wetlands, and the "similarly situated" wetlands in the Study Area are WOTUS.

### 3.    The Upstream Reach of Bessey Creek Proximate to the Site is a Perennially Flowing Tributary to Downstream TNWs

The N/S Ditch makes a surface water connection to Bessey Creek approximately 1,600 feet north of the Site. At this confluence and over the course of three DOJ Expert Team site investigations, we observed that Bessey Creek is a perennially flowing tributary. It has a seasonally wetted bed with a width of approximately 15 to 20 feet and water depths less than three feet. It also has a relatively continuous OHWM except in places where bridges, roads, culverts, and other structures interrupt continuity. Bessey Creek was densely vegetated during our three investigations of the Countess Joy property (Figure V.C.3.1).

Bessey Creek is a perennially flowing tributary to downstream TNWs because it has a very large watershed contributing area. For example, the size of the Bessey Creek Watershed (Study Area) is approximately 11,029 acres. It includes approximately 1,063 acres of wetlands (Figure II.B.1). We derived our estimate of the acreage of wetlands in the Study Area by examining NWI maps of wetlands and NRCS's hydric soils map. The DOJ expert Team considered both the NWI and NRCS approximations of the area of wetlands in the Study Area: NWI with 1,063 acres and NRCS's hydric soils map with 1,630 acres of hydric soils. With the benefit of our field observations throughout the Study Area, it is our opinion that the NWI map underrepresents the acreage of wetlands in the Study Area. This is because during our field work, we found many acres of wetlands on the Countess Joy Reference Area that were listed by NRCS as having hydric soils but were not mapped wetlands by NWI. Nevertheless, we chose to rely on the smaller wetland acreage mapped by NWI in developing this Expert Report.

The headwaters of Bessey Creek are channelized from the Martin County Solid Waste Transfer Station and Landfill facility west to SW Boatramp Avenue. Just east of SW Boatramp Avenue, SFWMD issued a permit to construct a Hybrid Wetland Technology Treatment (HWTT) facility to improve Bessey Creek's water quality (SWFMD 2015 permit). The HWTT facility removes nutrients from Bessey Creek and discharges the treated water back into Bessey Creek near SW Citrus Avenue. Bessy Creek flows 1.7 miles from SW Citrus Avenue east and north through a residential neighborhood and golf course until it joins the tidally influenced reaches of Bessey Creek that are TNWs.

### 4.    Land Uses and Impaired Water Quality in Bessey Creek

Land uses in the Bessey Creek watershed are classified by SFWMD (Figure V.C.4.1) as being approximately 47 percent urban, 19 percent agriculture, and 9.6 percent wetland cover. The Florida Department of Environmental Protection (FDEP) has classified Bessey Creek as a Class III water with applicable water quality (Florida Class Three waters: Fish Consumption, Recreation, Propagation and Maintenance of a Healthy, Well-Balanced Population of Fish and Wildlife). Water quality in Bessey Creek is highly degraded. This is due in part because the vast majority of the Bessey Creek watershed does not have county installed sewers. Residents use septic systems for waste disposal (Pers. Comm. M Woodruff, Martin County Utilities, September

20, 2021) (Figure V.C.4.2). In the Bessey Creek Watershed, extensive agriculture, cattle grazing, and septic tank use have also contributed to water quality degradation (Figure V.C.4.3).  In 1998, the FDEP listed Bessey Creek on its 303(d) impaired waters list, citing low dissolved oxygen, high nutrient loads, high biological oxygen demand, and coliform. FDEP attributed Bessey Creek's impaired listing to excessive nutrient loading from agricultural operations and septic tanks in the watershed (EPA 2009).

### 5.    The Site and Countess Joy Wetlands Abut the N/S Ditch

The DOJ Expert Team determined that the impacted wetlands on the Site abut the seasonally flowing N/S Ditch that flows into Bessey Creek (Figure V.C.2.1). Not only do the Site wetlands abut the N/S Ditch but they are also connected to hundreds of acres of wetlands associated with the Countess Joy East property that abut the N/S Ditch and Bessey Creek and Countess Joy wetlands abutting N/S Ditch and Bessey Creek (Refer to Figure V.D.1.a.3).

### 6.    The Site Wetlands and "Similarly Situated" Wetlands in the Bessey Creek Watershed have a Significant Nexus to Downstream TNWs Including Section 10 Reaches of Bessey Creek, the North Fork St. Lucie River and the Nearshore Waters of the Atlantic Ocean

The Site wetlands considered alone or in combination with "similarly situated" wetlands in the Bessey Creek watershed (Study Area) perform many important functions that significantly affect the structure, functioning, and integrity of downstream TNWs. Like the wetlands that occur on the Site, "similarly situated" wetlands are those that are connected to tributaries that flow to the same waterbody (e.g., Bessey Creek). They occur in similar landscape positions, on similar soil types, and have similar structure and perform similar ecosystem functions in the waterbody's watershed. Examples of these functions include (a) surface and subsurface water storage, (b) nutrient cycling, (c) organic carbon export, (d) particulate removal, and (e) maintenance of plant and faunal communities (Smith et al.,1995, EPA 2015, Vannote et al.,1980). Intact wetland ecosystem functions enable many important societal benefits such as reduced damage from flooding, water quality improvement, and fish and wildlife enhancement (Mitsch and Gosselink, 2000). A short discussion of the importance of intact ecosystem functions in maintaining the physical, chemical, and biological integrity of downstream TNWs follows.

### a.    Surface and Subsurface Water Storage and Exchange Processes in Wetlands on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Physical, Chemical, and Biological Integrity of Downstream TNWs

Wetlands store and release water from precipitation, floods, and stormwater inputs on a long-term and short-term basis. Wetlands filter flood and stormwater flows and release flows laterally to adjacent tributaries. They also store incoming flows as groundwater. Groundwater is released to the atmosphere through plant transpiration or by contributing subsurface water flows to

adjacent tributaries, thereby maintaining tributary water levels during seasonal low flows and droughts (Bullock and Acreman 2003) (See Figures V.C.2.1 and V.C.2.8).

Although the forest and scrub/shrub vegetation on the Site was mechanically cleared, and the Site was excavated and filled prior to the DOJ Expert Team's investigation, we found soil saturation within 12 inches of the ground surface at several locations on the Site (FigureV.C.6.a.1) (See section V.D.1.b). These observations are sufficient to meet the mandatory criteria for hydrology articulated in the Manual and the Regional Supplement. During the August 2021 investigation of the Countess Joy site, we found water at the soil surface or within three inches of the soil surface at the eight wetland locations we sampled (Figure V.C.6.a.2).  In October 2021, the DOJ Expert Team documented saturated soils in soil pits sampled in Reference Areas. For example, at the Martin County Solid Waste Transfer Station and Landfill site, we observed soils saturated to the surface (Figure V.C.6.a.3). At the Traiana site, we observed a water table within 6.5 inches of the surface (Figure V.C.6.a.4). Soils were saturated within two inches of the surface on the FDOT site (Figure V.C.6.a.5). On the Countess Joy East and West sites, we observed many acres of depressional herbaceous wetlands with varying depths of ponded water up to one foot deep. Above ground water storage of precipitation and surface runoff in wetlands was also noted throughout the Study Area. These observations document the presence of wetland functions critical to flood reduction in Bessey Creek and downstream TNWs (Figure V.C.6.a.6).

Increasing development within the Study Area, combined with relatively flat, low elevation landscapes that are subject to flooding, and close proximity to Atlantic coast hurricane impact zones make the Site and the hundreds of acres of similarly situated wetlands in the Study Area critical areas that help reduce the duration and magnitude of downstream flood events in Bessey Creek (Acreman and Holden 2013). For example, the Site and 36 percent of the Study Area are located within FEMA's 100-yr flood zone (FEMA's 100-yr flood zone designation means that a particular area has a 1% chance of flooding in any given year magnifying the importance of flood storage in the Study Area wetlands (Figure II.C.3.1). Approximately 56 percent of the Study Area consists of residential/commercial and agricultural uses (Figure V.C.6.1). Brody et al. (2007) and Dunne and Leopold (1978) discuss the fact that residential and commercial development results in increases in the proportion of watershed covered by impervious surfaces. Higher proportions of impervious surfaces in a watershed results in (a) increases in the volume of water discharges associated with any particular storm event, (b) accelerate the rate of water deliveries downstream in the watershed, and (c) usually result in the development of higher and more rapidly developing flood peaks.

During South Florida's dry season, the Site, the Countess Joy East and West properties and many acres of wetlands in the Study Area provide shallow subsurface flow to Bessie Creek, which maintains base flows in the creek. These base flows are important, as they sustain the structure and integrity of aquatic floral and faunal communities and boat navigation in downstream reaches of Bessey Creek (Figures V.C.6.a.7, 8 and 9).

b.  **Nutrient Cycling, Storage, and Removal of Elements and Compounds Processes in Wetlands on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Chemical Integrity of Downstream TNWs**

Intact nutrient cycling processes are critical to maintaining the structure and stability of plant and faunal communities associated with wetlands. For example, wetlands can store and sometimes transform or remove elements and compounds that are potentially harmful to a wide range of plant and faunal species (e.g., heavy metals, pesticides, and herbicides) (Mitsch and Gosselink, 2015).

During the three investigations of the Site and wetlands in the Study Area, the DOJ Expert Team observed surface water in depressional wetlands, wetland flats and behind Bessey Creek's earthen berms. We noted that depressional wetlands in the Study Area received untreated stormwater flows from pastures, roadside ditches, and residential areas with septic tanks (Figure V.C.6.b.1). We also observed extensive amounts of cattle manure in the same locations, which has significant deleterious impacts on water quality (Figures V.C.6.b.2 and 3). Pollutant sources in the Study Area are transported by stormwater which is known to export nitrogen, phosphorus, and pathogens that continue to adversely impact the water quality of Bessey Creek (Yang and Lusk, 2018).

In 2011, Martin County addressed elevated nutrient loads in Bessey Creek and the St. Lucie Estuary through an ordinance preventing the application of fertilizers containing nitrogen and phosphorus between June 1 and September 30 (Martin County Fertilizer Ordinance, Literature web sources Florida Department of Health Sewage Statistics: http://www.floridahealth.gov/environmental-health/onsite-sewage/ostds-statistics.html). Martin County's fertilizer ordinance highlights Bessey Creek and the St. Lucie Estuary's nutrient impaired waters. The DOJ Expert Team's field work documented hundreds of acres wetlands in the Study Area trapping and storing stormwater runoff from cattle pastures and residential/commercial septic tanks. This trapping reduces the effects of nutrient enriched stormwater flow to downstream TNWs. Thus, it is our opinion that the nutrient processing function of wetlands in the Study Area maintains the integrity and structure of downstream traditional navigable waters.

The Florida Department of Health (FDOH) reports that Martin County permitted over 29,000 septic tanks from 1970 to 2021 (See FDOH Sewage Statistics, Literature web sources Florida Department of Health Sewage Statistics: http://www.floridahealth.gov/environmental-health/onsite-sewage/ostds-statistics.html). Historic septic tank use in Martin County contributed to EPA completing a 2009 TMDL listing for Bessey Creek because Bessey Creek was not supporting Florida's water quality standards for fecal coliform bacteria (EPA 2009).

In South Florida, Meeroff et al. (2008) observed increased wastewater-derived nitrate concentrations in both groundwater and surface water during months when seasonal high-water tables occur, indicating that septic systems were less efficient at removing nitrogen during

certain times of the year. However, wetlands often have oxygen-depleted or "reduced" soils exhibiting a unique ability to store, transform, or permanently remove nitrate from saturated soil and groundwater (Seitzinger et al., 2007). The DOJ Expert Team observed this phenomenon in multiple wetland soil pits where we used alpha, alpha'-dipyridyl tests to confirm the presence of reduced soils (Berkowitz et al. 2021) (Figure V.C.6.b.4). However, our observations of current and historic land use in the Study Area indicates that nutrients and pathogens continue to impair TNW Bessy Creek's water quality in spite of functioning wetlands in the Study Area (FDEP Bessey Creek Impairment web source: https://floridadep.gov/dear/watershed-assessment-section/documents/comprehensive-verified-list).

The Watershed Technologies, Inc. (WT) Hybrid Wetland Chemical Treatment Technology (HWTT) plant at SW Boatramp Avenue was completed in 2015. WT's monitoring results for total phosphorus (TP) for the June 2015 to July 2016 period resulted in an inflow mean of 0.196 mg/l and an outflow mean of 0.029 mg/l. Monitored results for total nitrogen (TN) during the same period showed an inflow mean at 1.57 mg/l with an outflow mean at 0.67 mg/l. WT reported that its monitoring results in the 2014 - 2015 period mirrored its 2015 – 2016 results. In FDEP'S 2008 TMDL for Bessey Creek, FDEP established a nutrient endpoint for TP at 0.081 mg/l and for TN at 0.72 mg/l. Given FDEP's endpoint TP and TN TMDL nutrient goals for Bessey Creek, WT's monitoring results demonstrate that Bessey Creek upstream of the HWTT plant continues to have elevated nutrient levels well above FDEP's water quality standards for Class III waters.

SFWMD has an established water quality monitoring station (SLT-9) at the SW Murphy Road bridge over Bessey Creek. At this location, Bessey Creek is a tidally influenced TNW . SFWMD's recent monitoring results at SLT-9 continue to demonstrate poor water quality in Bessey Creek.  SFWMD monitoring results for TP from August 2019 to October 2021 found 22 out of 35 samples greatly exceeding the FDEP TMDL target goal of 0.081 mg/l for TP. SFWMD sampling results for DO from May 2020 to November 2021 found 13 of 14 samples with DO less than 5 mg/l. Although SFWMD did not report oxygen saturation levels in their sampling efforts, prolonged DO levels below 5 mg/l stress aquatic life (Dowling and Wiley 1986).

### c.   Carbon Production and Export Processes That Occur in Wetlands on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Chemical and Biological Integrity of Downstream TNWs

Wetlands contribute particulate and dissolved organic matter to downstream waters and thereby supply energy to microbial food webs which are an important part of the detrital food web in aquatic ecosystems (Edwards 1987; Edwards and Meyer 1986). Plankton, and invertebrate and vertebrate faunal species utilize these energy sources to cycle energy and biomass to higher (trophic) levels of the aquatic ecosystem, supplying food to fish, birds, and mammals. Our field observations show that the forested and scrub/shrub wetlands that used to exist on the Site and other similarly situated wetlands in the Study Area exported organic matter to Bessey Creek primarily during the rainy season when water flows within the Study Area are present and

strongly interconnected. Wetlands in the Study Area comprise approximately nine percent of the land surface. Hundreds of acres of wetlands in the Study Area produce and transport carbon to Bessey Creek's aquatic flora and fauna.  For example, leaf litter and wood are broken down by bacteria, fungi, and invertebrates and transported to Bessey Creek via overland surface flows and/or via the ditch network in the Study Area (Figure III.C.1.1).  We observed many examples of decomposing leaves and wood in the Study Area. These carbon (energy) sources are essential for maintenance of the structure and functioning of Bessey Creek's aquatic resources (Figures V.C.6.c.1, 2 and 3).

### d.   Wetland Sediment Trapping and Retention in Wetlands on the Site and in Similarly Situated Wetlands is an Important Process That Helps to Maintain the Physical and Chemical Integrity of Downstream TNWs

Wetlands can trap and retain sediment that is entrained in overbank flooding and stormwater flows. Sediment deposition in wetlands benefits downstream water quality by reducing the turbidity and suspended solids concentration of surface waters, and by retaining phosphorus (P) and contaminants that are chemically and mechanically attached to sediments (Johnston 1991).

The DOJ Expert team observed several reaches in Bessey Creek with extensive accumulations of sediment in the creek channel system at and below the OHWM (Figures V.C.6.d.1 and 2). We also observed wetlands on Countess Joy East property trapping sediments and preventing mobilization of sediment to Bessey Creek (Figures V.C.6.d.3 and 4). Gilliam (1994) concludes that intact riparian buffers function to remove phosphorus that is attached to sediment, but that they are relatively ineffective in removing dissolved P. As Bessey Creek continues to exhibit P levels that exceed its 2009 TMDL targets, individual wetlands on the Site (taken alone) and similarly situated wetlands in the Bessie Creek watershed that trap sediment, are critical in helping to reduce the amount of P impairing water quality in Bessey Creek and in downstream TNWs.

### e.   Maintenance of Plant and Faunal Communities on the Site and in Similarly Situated Wetlands Are Important in Maintaining the Biological Integrity of Downstream TNWs

The DOJ Expert Team observed that impacts to wetlands on the Site have degraded or eliminated the structure and functioning of plant and faunal communities that would have occurred on the Site prior to mechanical clearing of vegetation, earthwork, consolidation drainage, and development.  For example, after mechanical clearing of vegetation and associated redistribution of soils, excavations and export of native soils, imports of fill, land levelling and some construction of roads and buildings, *Paspalum notatum* (Bahia) grass sod and turf mats were installed on most of the pasture areas of the Site (Figure V.C.6.e.1). Discharges of dredged and/or fill material, redistribution of fill, land levelling and placement of grass turf mats prevents the former wetland plant community from re-populating the Site.  The Site is currently occupied

by sheep, horses, and exotic birds and mammals, quite different from the previous animal community.

As discussed in the Faunal Support/Habitat sections of this Expert Report, the DOJ Expert Team observed several species of resident and migratory birds foraging in the ditches transporting water to Bessey Creek, in the depressional wetlands on Countess Joy East and West Reference Areas and on the Site during the August, September and October investigations. These species are listed in the Faunal Support/Habitat Results section of this Expert Report. All of these faunal species rely wholly or in part upon the food and cover resources that are accessible via intact connections among Site and Reference Area similarly situated wetlands, Bessey Creek, and the downstream TNWs of the St. Lucie River to the nearshore waters of the Atlantic Ocean.

The DOJ Expert Team also identified many wetland plants that populated the remaining Site wetlands, the N/S Ditch and its riparian corridor, the wetlands on the Countess Joy East and West Reference Areas  and Bessey Creek and its riparian corridor (Table V.C.6.e.1)

The identified wetlands plants support that the Site wetlands and the interconnected and similarly situated wetlands in the Study Area maintain the vertical and horizontal structure, species diversity, carbon production, retention and export, and food and cover resources for a wide range of faunal species that are characteristic of habitats that occur in Bessey Creek, and which are connected to downstream TNWs of the St. Lucie River and to the nearshore waters of the Atlantic Ocean.

### 7.    Summary of WOTUS Determinations

The DOJ Expert Team's opinion that the Site's wetlands are WOTUS was established from our examination and application of federal regulations and appropriate case law.  Prior to the Defendant's mechanical clearing of vegetation and associated redistribution of soils, excavations and export of native soils, import and deposition of fill, land levelling and some construction of roads and buildings, the Site's wetlands abutted the N/S Ditch. The N/S Ditch is a seasonal, relatively permanent non-navigable tributary of Bessey Creek, which is a TNW at its downstream (distal) and tidally influenced reach. The Site's wetlands are also contiguous to Countess Joy East and West wetlands that abut Bessey Creek.  Therefore, under the pre-2015 and now current regulatory regimes, the Site's wetlands are "adjacent" (bordering, neighboring, and contiguous) wetlands to tributaries of TNWs. Additionally, the Site's wetlands and the similarly situated wetlands that are adjacent to Bessey Creek within the Study Area are WOTUS because, taken alone or in combination, they have a significant effect on maintaining the physical, chemical, and biological integrity of the N/S Ditch, 84th Avenue Ditch, Bessey Creek, and the TNWs of the North Fork of the St. Lucie River and the nearshore waters of the Atlantic Ocean.

The Site would also be WOTUS under the vacated Navigable Waters Protection Rule (NWPR). This is because the Site's wetlands abut the N/S Ditch which the NWPR classifies as an

intermittent tributary that contributes surface water flow to the downstream and tidally influenced TNW reach of Bessey Creek. Likewise, the Site's wetlands are contiguous to the Countess Joy East and West wetlands which abut upstream and non-tidally influenced reaches of Bessey Creek, a WOTUS. The NWPR also discussed tributary issues relating to the N/S Ditch. If an intermittently flowing ditch is excavated in adjacent wetlands, and the surface flow eventually reaches a WOTUS, then that ditch is a jurisdictional tributary. Applying the NWPR, the Site's wetlands abut the N/S Ditch which is an intermittent tributary transporting surface water to Bessey Creek, a WOTUS.

The DOJ Expert Team can also confirm the Site's wetlands are WOTUS under the EPA/USACE rule proposed on December 7, 2021.  The proposed rule's WOTUS definition (https://www.federalregister.gov/d/2021-25601/p-670) describes wetlands that abut relatively permanent tributaries to §328.3(a)(1), (2), (4), or (6) WOTUS are themselves WOTUS. As described above, the Site's wetlands satisfy the proposed rule's WOTUS definition. Consequently, it is the DOJ Expert Team's opinion that the Site's wetlands are WOTUS under all federal regulations and applicable case law.

### D. Summary of Waters/Wetland Ecosystems Conditions on Reference Areas and by Inference, on the Site Prior to and After Mechanical Clearing and Earthwork Activities

#### 1. Hydrologic Conditions

##### a. Summary of Landscape Hydrologic Conditions and Connections Among Reference Area Wetlands and by Inference on the Site, to Downstream Waters - Prior to Mechanical Clearing and Earthwork Activities

In the 1960s there was active agricultural activity in the Countess Joy Reference Area creating rows for planting, possibly citrus trees, as well as some short connecting ditches. The extent of site alteration in the 1960s is shown in the 1966 aerial photo (Figure V.D.1.a.1). The planting rows became less evident in the landscape as shown in the time sequence of aerials from 1966, 2016, and 2021 (Figure V.D.1.a.2). During the walk over in 2021 the mounded soil for planting rows was observed to be largely broken down and not continuous with water ponded in shallow discontinuous depressional areas.

During the initial visit to the Countess Joy East Reference Area on August 23 and 24, 2021, and before installation of the water table monitoring wells, the Expert Team walked the area, examined soils, vegetation, surface topography, and evidence of surface ponding and water flow pathways and connections to ditches and Bessey Creek. During the Expert Team's Countess Joy Reference Area field work on August 23 and 24, 2022, surface flow from the direction of the Site towards Bessey Creek was observed via several pathways. The primary pathway from the northern boundary of the Site was the N/S Ditch, flowing north towards Bessey Creek. Over the years, either by cattle breaking down the banks or mechanical disturbance, or both, the N/S Ditch

lost its bed and bank features about 550 feet from the Site's north boundary and thus allowed water to spread out across wetland depressions, flats, and undulating microtopography with the dominant flow direction to the northwest and west. During wetter periods there is a flow component directly to Bessey Creek as observed during the August 2021 reconnaissance. The defined channel of the N/S Ditch ends about 800 feet from Bessey Creek.

An annotated view of the 1966 aerial photo (Figure V.D.1.a.3) shows wetland signatures similar to the map of NWI wetlands (Figure II.B.3) and a general pathway of disconnected wetlands that at one time flowed to the northwest and connected to Bessey Creek on the Countess Joy West Reference Area (location 2 on aerial). Martin County's 84th Avenue and the parallel ditches interrupted the historical flow pathway (location 1 on aerial) and the intercepted water now flows directly to Bessey Creek.

Following the August 23 and 24, 2021 reconnaissance, Team member Nutter, accompanied by Wylie, walked and flagged the primary flow pathway from the bed and bank terminus of the N/S Ditch on October 20, 2021. The flag locations were located with the RTK survey instrument and are shown in Figure V.D.1.a.4. The flow pathway is generally wide, up to 50 to 75 feet in some locations, and the flags were located where evidence of flow was most prominent. The evidence of flow observed was movement of water, ponded water (flow not always apparent but flow observed into and out of the ponded area), and directionally oriented ground vegetation. The flow path shown in Figure V.D.1.a.4 continues to R Well 7 and then into the 84th Avenue roadside ditch. As will be shown later, R Well 7 water levels are continuous with flow in the ditch to Bessey Creek. The flow path shown in Figure V.D.1.a.4 is also near R Well 5, a location that had long periods of saturation to and above the surface. During the reconnaissance on August 23 and 24, 2021 a direct flow to Bessey Creek was also observed near location R Well 4. This connection is also identified on the annotated 1966 aerial (Figure V.D.1.a 3). Surface flow was observed at this location as well as directionally oriented ground vegetation in August 2021. The flow path shown in Figure V.B.1.a.4 passes through the remnant ditching and agricultural rows evident in the 1966 aerial. However, the current condition of these features in the topography is not distinguishable in the field. Remnant rows are evident in the 2019 LiDAR image shown in Figure V.D.1.a.4 with the field located flow path shown (flow path was field located prior to having the LiDAR images available). Figure V.D.1.a.5 shows the perennial flow channels from the Site through Countess Joy East Reference Area to Bessey Creek and on to the Atlantic Ocean.

Historically, the dominant surface flow direction and pathway was through connected wetlands, depressions, flats, and other microtopographic landforms from the Site and its vicinity through Countess Joy East to Countess Joy West and to Bessey Creek. Subsurface flow, i.e., ground water discharge occurs to the ditches and surface lower elevation features and eventually to Bessey Creek as a contribution to baseflow.

Bessey Creek flows from the 84th Avenue ditch confluence to the confluence with Canal C-23, the North Fork St. Lucie River, and thence to the tidally influenced and TNWs of the St. Lucie

River and the Atlantic Ocean.  Bessey Creek becomes tidally influenced at least at the SW Martin Road Bridge.  Construction of a drainage ditch network prior to the 1960s and then the construction of 84th Avenue ditches cut off the historical flow path to Bessey Creek at 84th Avenue and directed the flow to Bessey Creek. Connections to the TNWs of the Atlantic Ocean from this location remain unchanged today.

Our water level gauges in the N/S Ditch, Bessey Creek (2 locations), and the 84th Avenue ditch (discussed later in this Expert Report) at the point of surface water discharge from the flow pathway described above demonstrates that the 84th Avenue ditch is a perennially flowing tributary to perennially flowing Bessy Creek.

The ground water and surface water monitoring stations located in the Countess Joy East Reference Area are representative of conditions prior to and after land disturbing activities on the Site.  In other words, the conditions observed in the Reference Area during this study are representative of conditions that would be expected to exist prior to and following land disturbing activities on the Site.

      **b.  Summary of Landscape Hydrologic Conditions and Connections Among Reference Area Wetlands and by Inference on the Site, to Downstream Waters After Mechanical Clearing and Earthwork Activities**

    **2.  Hydrologic Studies**

Installation of water table monitoring wells at the East Countess Joy Reference Area and surface water monitoring gauges in the N/S Ditch and Bessey Creek was described in Section IV.B.2.a and water table monitoring wells at the Site in Section IV.B.3.a. Monitoring began on the Reference Area on August 23 and 24, 2021 and on the Site on September 14, 2021.

All monitoring devices were removed on December 14 and 15, 2021.  Data for the period from mid-October, 2021 to removal in mid-December, 2021 from five of the loggers when removed could not be recovered with the software provided by Solinst, Inc. Four of the wells were on the Site and one on the Reference Area. The five loggers were returned to Solinst, Inc. for data recovery and complete recovery was achieved on three of the five. Data from the October download for the remaining two, both installed on the Site, could not be retrieved by Solinst, Inc. All water level monitoring data are provided in Excel spreadsheets in Appendix 7.
During the field visit in October a ground and water surface elevation survey was conducted focused on the Site but carried over and tied into the well locations in the Reference Area. The survey equipment and process are discussed in Section IV.B.2.a and all the surface data are presented in Appendix 6 in Excel spreadsheet format.

The APT (Section III.B.3) results presented in Figure III.B.3.1. were used to assess the precipitation prior to and during the study and its comparison with normal precipitation for the period.  The use and application of the APT was discussed in section III.B.3.  Although the APT

water balance approach indicated the period would normally be considered the "Wet Season," the Drought Index was an "incipient drought" from mid-September through mid-November when rainfall was below normal.  Collectively, during the last 90-days of the study (beginning 2021-9-16 and ending 2021-12-15) (during the period the wells were installed on the Site) the area was considered to be "Drier than Normal." There was only one significant rainfall event during this period in mid-November which drove the Site rainfall index into the Normal Rainfall range (the shaded area in the APT graph).

Locations of the Reference Area wells and surface water gauges (all located in the Countess Joy East area) are shown in Figure IV.B.2.a.1. Graphs of water levels at each location are shown in Figure V.D.1.b.1.1, 2, and 3. Rainfall at the nearest station, Palm City 1.4NW about three miles from the Study Area, is shown as a bar on each of the graphs and begins on August 1, 2021 so antecedent rainfall is visible for two weeks prior to data logging. An exception is R Well 7 which was not installed until mid-September, providing 1.5-months of antecedent rainfall in this case.

The following is a brief discussion of each well's results and its location in the Reference Area. The soil and vegetation descriptions as well as identifying the observed wetland hydrology indicators for each well location are provided in the Wetland Data Forms in Appendix 6.

The Reference Area water level monitoring results follow.

**R Well 1 -** This well is located about 85 feet from the northern Site boundary and 140 feet from the N/S Ditch. The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

**R Well 2** - This well is located about 360 feet from the northern Site boundary and 180 feet from the N/S Ditch. The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

**R Well 3** - This well is located about 325 feet from the northern Site boundary and 75 feet from the N/S Ditch. The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

**R Well 4** - This well is located about 1,680 feet from the northwest Site boundary and 80 feet from the bank of Bessey Creek. This well is installed near an observed surface flow area with discharge to Bessey Creek near Bessey Creek connection location 3 in Figure IV.B.2.a.1. The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

**R Well 5** - This well is located about 1,525 feet from the northwest Site boundary and 278 feet from the bank of Bessey Creek. This well is installed at the edge of a depressional area and it on the surveyed flow path from the N/S Ditch to the 84th Avenue ditch (Figure IV.B.2.a.1). The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

**R Well 6** - This well is located about 1,760 feet from the northwest Site boundary and 120 feet from the bank of Bessey Creek. The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

**R Well 7** - This well is located at the confluence of the surveyed flow path (Figure IV.B.2.a.1) and the 84th Avenue ditch. Although located in the wetland, the water levels recorded are representative of the flow in the ditch, a tributary to Bessey Creek. Water levels are immediately responsive to rainfall and slowly decline, much the same as the receding limb of a stream hydrograph. The location meets the wetland hydrology criteria because there is at least one period with more than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil.

The locations of the surface water gauging locations are shown in Figure IV.B.2.a.1 and graphs of water levels at each location are shown in Figure V.D.1.b.1.4.

**R Staff  Gauge 1** - This gauge is located about 95 feet from the northern Site boundary in the N/S Ditch. Water levels in the Ditch during the study period ranged over a depth of 1.25 feet. Water depth in the Ditch increased rapidly in response to rainfall but declined slowly over a period of 5 to 7 or 10 days before the declining water surface slope became very gradual, indicating a gradual inflow from subsurface sources to the Ditch.  In other words, if the rise in Ditch water level was only due to rainfall interception on the water surface (channel rainfall) the water levels would decline much more rapidly.  Corresponding gradual declines after rainfall in the water table in wells R Well 1, R Well 2, and R Well 3, although due in part to evapotranspiration (surface flow was not observed at these three locations), indicate subsurface water movement to the Ditch along a gradient created by slightly lower water levels in the Ditch.

**R Staff Bessey Up** - This gauge is located near R Well 6 on the bank of Bessey Creek.  Water levels at this location are responsive to rainfall inputs as expected with slowly declining recession limbs of the streamflow hydrograph.  Although the hydrograph indicates zero water level from about the beginning of November until significant rainfall occurred about 20 days later. The zero-water level is an artifact of logger location next to the creek bank and water depth receded to the stream thalweg. Zero-water level was also indicated at the end of the study period in mid-December because the logger sensor was above the water level.  There was about a foot of water in the thalweg and flow was occurring.

**R Staff Bessey** - This gauge is downstream of R Staff-Bessey Up near R Well 4. Results and observations for this location are the same as R Staff-Bessey Up.

Collectively, all the Reference Area well locations meet the wetland hydrology criteria articulated in the Manual and Regional) i.e., water table within one foot of the surface for 5 percent (18.5 days) of the growing season (365 days in southeast Florida). Although not necessary for the study of wetland hydrology on the Reference Areas because long periods of saturation occurred even during what was considered a below normal rainfall period (see APT output), longer periods of monitoring are preferred to determine long-term wetland hydrologic conditions with respect to position of the water table. This study period was from mid-August to mid-December 2021 and would normally be conducted over a full year to get a better sample of climatic variability. However, the Reference Area wetlands are extensive, the terrain is low gradient with numerous depressions, flats, and other micro-surface features that wetland hydrology is persistent for long periods of time. The water table monitoring wells were installed on the Site in mid-September, one month after installation on the Reference Area.  Thus, direct comparison of parallel results is not possible for the full study period, only from mid-September through mid-December. As discussed in the preamble to the discussion of Reference Area wells, the APT water balance approach indicated the study period would normally be considered the "Wet Season," the Drought Index was an "incipient drought" from mid-September through mid-November when rainfall was below normal.  During the approximately 90 days of the Site study (beginning mid-September and ending mid-December) the area was considered to be "Drier than Normal." A rainfall event of 2.55 inches from October 9th through the 10th was the last significant rainfall until a total of 3.40 inches was recorded November 20th through the 22nd. Little rainfall in-between the October and November events led to the APT indication of an "Incipient Drought." The November rainfall event drove the APT rainfall index into the Normal Rainfall range (the shaded area in the APT graph) but only for a short period of time.

Site monitoring wells were installed at six locations on September 14 and removed December 15, 2021.  Well locations are shown in Figure IV.B.2.a.1. Graphs of water levels at each location are shown in Figure V.D.1.b.1.5 and 6. Rainfall depicted in the graphs is from the same Palm City station used in the Reference Area analysis. Discussion of water table response in the Site must also consider soil conditions described for each location on the Wetland Data Forms in Appendix 6. Additional considerations must be given to impacts to soil properties due to site disturbance activities including export and import of soils, and the presence of a subsurface infrastructure for drainage, irrigation, and other site conditions such as pond and wetland depression water level manipulation.  The presence of such subsurface infrastructure was unknown to the Expert Team at the time of the Site investigation or the time of preparation of this Expert Report. All the well locations at the Site were in closely mowed grass fields subject to some grazing.

There is a shallow ditch outside the fence on the north Site boundary that appears to receive discharge from a series of drop inlet boxes near the horse training facility, maintenance yard, and horse paddock. There is a PVC pipe discharging to the shallow ditch, but its connections are not

known to the Expert Team. The invert elevation of the pipe is 21.04 feet and is about 0.82 feet below the surface of the ditch, i.e., the pipe is partially buried, but directionally oriented vegetation indicated that there is a discharge from the pipe. The location of this pipe outlet is shown on Figure IV.B.2.a.1 (Pipe outlet N). The following discussion is focused on the water table dynamics at each well location.

**Well C1** – This well is located south and about 40 feet from the northern Site boundary and 140 feet east of the N/S Ditch in a horse paddock. Well C1 is approximately 125 feet south of R Well 1 on the Reference Area. The water table at each well responded similarly to a rainfall event with nearly the same change in water table rise but R Well 1 declined much more slowly than the water table in C1, i.e., the rate of decline in C1 was more rapid.  Still looking at the same November rainfall event the water table at R Well 1 rose to the surface and remained above the surface for several days before declining below the surface. The water table in C1 for the same event rose to within about 0.4 feet of the surface into the disturbed "roiled" soil described at the location. The current ground surface elevation at C1 is 0.6 feet higher than R Well 1. Based on the water table response and persistence for less than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil this location did not meet the wetland hydrology criteria during the study period.

**Well C4** – This well is located south and about 280 feet from the northern Site boundary and 115 feet east of the N/S Ditch in an open field subject to grazing. The data logger in the well failed sometime after the data were downloaded in mid-October and the subsequent logged data were not recoverable by the logger manufacturer.  During the short period from mid-September to mid-October the water table rose in response to two separate rainfall events to within about 0.1- and 0.4-feet of the surface. Based on the water table response and persistence for less than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil this location did not meet the wetland hydrology criteria during this shortened study period.

**Well A5** – This well is located south and about 550 feet from the northern Site boundary, 550 feet east of the N/S Ditch, and 60 feet north of the large pond in the southwest corner (Peanut Lake) of the Site.  The water table response at this location indicates that there is likely a non-natural control impacting subsurface water table dynamics. At the time of well installation on September 14 the initial water table depth was 4.26 feet below the ground surface and continued a gradual and steady rise to 2.11 feet below the surface on December 14. There was only one occasion when there was a water table response from a rainfall event (November 20 through 22) and the water table rose 0.4 feet on the 21st and remained elevated for 5.5 hours before falling back 0.4 feet to the initial depth of 2.41 feet below the surface. (To verify that the logger was recording data properly after it was removed, the logger was placed in a leaky swimming pool with periodic rainfall for a week. The logger responded correctly.) This response is unexplainable given water table dynamics in the other well locations where the water table was at a similar depth. During an elevation survey conducted by the Expert Team (the survey is described elsewhere) conducted on October 19 at 1530 to 1600 hours in the vicinity of well A5, the following elevations were observed:

| 1534 hours | Water table elevation Well A5 | 19.84 feet |
| 1534 hours | Water surface elevation in SW pond | 21.26 feet |
| 1609 hours | Water surface elevation in N/S Ditch | 21.26 feet |
| 1609 hours | Invert elevation of outlet pipe in SW pond | 20.75 feet |

The water table elevation at Well A5 is 1.42 feet below the water surface elevation of Peanut Lake and the N/S Ditch.  Considering the close proximity of the well to the open water surfaces, one would expect (under normal circumstances) the water table to be higher or at a similar elevation, particularly with no significant rainfall for at least 7 days prior to the survey. The conclusion is that there is some type of subsurface manipulation of ground water, either by a subsurface drainage system or ground water pumping on the Site. Based on the water table response and persistence for less than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil this location did not meet the wetland hydrology criteria during the study period.

**Well C6** - This well is located south and about 190 feet from the northern Site boundary and 410 feet east of the N/S Ditch.  This well has a similar response as well C1 but the magnitude of rise is 0.2- to 0.3-foot less. The water table was near the surface from the November 20 through 22 rain event but receded. Based on the water table response and persistence for less than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil this location did not meet the wetland hydrology criteria during the study period.

**Well A6** – This well is located south and about 545 feet from the northern Site boundary, 205 feet east of the N/S Ditch, and 100 feet west of the remnant depression wetland.  This well is located about 148 feet due east of A5 and also has unusual water table dynamics. After an initial rise in the water table the level remained somewhat constant and had little or response to rainfall events. The exception was the November 20 through 22 event that caused the water table to rise almost a foot to a half-foot below the surface and remain at that level for several days before a rapid decline to the pre-event level. This well location is close enough to the remnant depression that one would expect during low rainfall periods there would be natural, slow subsurface drainage to the depression. With the water table within about 1.5 feet of the surface for most of the study period one would expect evapotranspiration to cause at least a diurnal depletion of soil water resulting in a decline of the water table. Usually, evapotranspiration withdrawals lowering the near surface water table during the day will partially recover during the night leading to a gradual decline in water table elevation over time without rainfall to replenish soil water. The conclusion is that there is likely some type of subsurface manipulation of the water table unknown to the Expert Team at the time this study was conducted. Based on the water table response and persistence for less than 18.5 days of soil saturation (i.e., water table present) above the surface or within the upper one foot of soil this location did not meet the wetland hydrology criteria during the study period.

**Well B7** - This well is located south and about 545 feet from the northern Site boundary and 10 feet north of the remnant depression wetland edge. The data logger in this well failed sometime after the data were downloaded in mid-October and the subsequent logged data were not recoverable by the logger manufacturer. During the short period from mid-September to mid-October the water table remained at relatively constant depth within about 0.8-foot below the surface. The water table at this location did not respond to rainfall events similar to the lack of response in wells A5 and A6, which are all located in the southern portion of the site. This lack of water table response indicates there is manipulation of subsurface water, and in this case surface water as well. There is a PVC pipe in the south end of the remnant depression which could be controlling the depression water level which in turn controls the water table at B7. In other words, there is a direct connection between the surface water in the remnant depression wetland and the water table at B7, which is continuous with the surface water in the wetland. The invert elevation of the discharge pipe at the south end of the remnant depression is 21.07 feet and the ground surface elevation at B7 is 22.12 feet, with the water table steady at about 21.2 feet. The conclusion is that the water level in the remnant depression and the adjacent well location B7 can be controlled by the invert elevation of the discharge pipe. A photograph taken during the Site assessment on October 18, 2021 (Photograph V.D.1.a.4) showed the PVC pipe with a cap. However, the results of our survey and water levels in Well B7 indicate that at times the cap is probably removed, or drainage from the depression is bidirectional through the shallow swale connecting the middle pond (Referred to as Cypress Lake) and drained by pipe or pumping from the Lakes to maintain water levels. The outlet location of the drainage pipe is not known to the Expert Team but is expected to be to the south to adjacent ponds with lower surface elevations or by pumping. This location, despite water table control, meets the wetland hydrology criteria because there are more than 18.5 days of soil saturation (i.e., water table present) within the upper one foot of soil. The location of this outlet pipe is shown on Figure IV.B.2.a.1 as Pipe outlet S.

Two other possible subsurface outlet pipes were identified on the N/S Ditch at in the vicinity of the Peanut Lake and Well A5 where mounds of marl rock had been placed on the N/S Ditch bank but could not be confirmed because they were underwater and not visible. The possible discharge points of these two pipes are shown in Figure IV.B.2.a.1 as Outlet pipe W and in Photograph V.D.1.a.5. One of the discharge locations could be from Peanut Lake but could not be confirmed with the information available.

There is a "Well Pump" identified on the boundary survey (Figure II.A.3) but aquifer depth, screen depth, pumping rate and frequency, zone of influence as well as use of the pumped water is not known. We could therefore not identify if operation of this well had an influence on the water tables measured in this study.

To summarize the findings of the monitoring well investigation in the Reference Area and the Site, all water table monitoring locations in the Countess Joy East Reference Area met the wetland hydrology condition for the length of time the soil is saturated within a foot of the surface. On the other hand, although the Site water table monitoring locations were in a similar

topographic continuum with the Reference Area, only one location met the soil saturation criteria. That lone location was next to the remnant depression wetland and met the criteria despite water level control by water level manipulation in the depression. The three wells in the north part of the Site responded to rainfall events in the same manner as the Reference Area wells but the water table did not rise into the upper foot of soil as high or remain as long as in the Reference Area. This result is attributed to disturbance of the upper soil horizon(s) by grading, scraping, filling, mixing, etc. which altered the natural porosity, pore structure, and water retention characteristics of the soil as well as increasing the surface elevation. In addition to mixing the soil horizons with native and possibly non-native soils, the surface was elevated at least two inches by placement of imported sod. In the southern portion of the Site the water table was and continues to be manipulated by some form of subsurface drainage or pumping system that was apparent and greatly altered the pre-disturbance wetland hydrology.

Despite the alteration of water table elevations and water flow dynamics on the Site, drainage remains connected to the north and Bessey Creek via surface and subsurface movement to the N/S Ditch as well as subsurface flow towards the Reference Area wetlands and subsequently to Bessey Creek.

### 3. Soil Conditions

#### a. Summary of Soil Conditions in Reference Area Wetlands and by Inference on the Site - Prior to Mechanical Clearing and Earthwork Activities

The soils at all waters/wetlands sample locations on the Reference Areas were hydric by meeting the definition of a hydric soil. Additionally, the soils met one or more of the hydric soils indicators listed on the Regional Supplement data sheets. The most common indicator was stripped matrix (S6). In some locations the hydric indicator was met due to saturation at or near the surface coupled with a positive chemical result from α–α dipyridyl indicating the presence of ferrous iron and reducing conditions within the upper part of the soil matrix.

Many of the microdepressional features within the reference system had the ability to pond water. All waters/wetlands sample locations had indicators of surface water present seasonally and hydric soil indicators were met at these locations.

All Reference Area soils are located on flatwoods, low lying flatlands, drainage ways, and depressional geomorphic surfaces.

Soils mapped within the reference system include the following –

     (1) Holopaw fine sand,
     (2) Oldsmar, fine sand,
     (3) Sanibel muck,
     (4) Floridana fine sand,

(5) Waveland and Immokalee fine sand,

(6) Riviera fine sand, frequently ponded.

All soils within the reference system are on the local soil survey area (Martin County Area) hydric soils list. These soil series are described in detail above in Section III D and given in Appendix 8a.

### b. Summary of Soil Conditions in Reference Area Wetlands and by Inference on the Site - After Mechanical Clearing and Earthwork Activities

In contrast, soils on the Site were impacted by mechanical clearing of vegetation and associated redistribution of soils, excavation of the Site and export of soils, import and deposition of fill, land leveling, and construction of roads and buildings. Additionally, there was the design and placement of surface and shallow subsurface drainage systems and the placement of imported sod. Water was observed to be present in the remnant wetland depressions, swales and streams on, and proximate to, the Site during field visits in August and October 2021. Detailed descriptions of Site soils are given in Appendix 8b.

A few of the observations during the Site soils evaluation are summarized in the next six photographs.

1. Photograph V.D.3.b.1 shows a mixed soil profile. Lighter colored material overlays a darker surface horizon and light-colored sands are present and mixed with the current surface horizon.

2. Photograph V.D.3.b.2 shows a mixed soil profile over a thin surface remnant at approximately 11 to 12 inches.

3. Photograph V.D.3.b.3 shows a mixed soil horizon with light colored sands placed over a buried remnant of a surface horizon.

4. Photograph V.D.3.b.4 shows part of a disturbed profile with buried roots and woody debris.

5. Photograph V.D.3.b.5 shows light colored sands mixed throughout the soil profile.

6. Photograph V.D.3.b.6 shows a multi-layered profile with sod at the surface over a mixed light-colored sand and beneath that a buried organic horizon.  This photograph was taken at well location C4 when the well apparatus could not be removed by jacking and had to be dug out.

### 4.   Vegetation Conditions

#### a.   Summary of Vegetation Conditions in Reference Area Wetlands and by Inference on the Site - Prior to Mechanical Clearing and Earthwork Activities

##### (1)   Physical Setting for Vegetation

All Reference Areas and the Site are located in the Eastern Florida Flatwoods ecoregion of the Southern Atlantic Coastal Plain. It experiences mild winters and an extended (365 day) growing season (Griffith et al. 2012, USDA 2012). The surficial geology is Pleistocene/Pliocene deposits of shelly sand and clays and, prior to logging, fire suppression, and land use changes, the dominant vegetation type in this region was Pine Flatwoods (Davis 1967, Scott et al. 2001). The regional terrain is flat, generally varying between 15 and 45 ft elevation and the water table is shallow (Lichtler 1960). The combination of a flat landscape and shallow water table routinely results in strong plant community responses to changes in microtopography depth to water tables, or overall site water balance (Araya et al 2011, Diamond et al. 2021). For example, within the Flatwoods region, an increase in land elevation or decline in water table elevations of 3 ft commonly leads to abrupt changes to plant species composition and structure, i.e., from hydric to xeric community types (USFWS MSRP 1999).

##### (2)   Landscape Structure and Function Influences on Vegetation

The Eastern Florida Flatwoods Subregion is derived from Pleistocene/Pliocene lagoons and barrier islands and characterized by poorly drained soils (Griffith et al., 1994). Water tables are often near the ground surface, and subtle microtopography places some areas in hollows below the water table and other areas on hummocks above the water table. Prior to impact, Danna Small documented the presence of hummocks on the Site (Refer to USACE 0000490). We similarly observed microtopographic diversity at reference locations. Since Ms. Small's visit to the Site, activities such as mechanical clearing of vegetation and associated redistribution of soils (roiling), exports and imports of fill materials, land leveling, road and building construction, consolidation drainage disrupted the native soil structure and leveled the ground surface (Refer to USACE 0000364).

The structure and species composition of plant communities are influenced by landscape attributes such as soil properties and hydrological gradients. The effects of soil properties and hydrologic gradients on vegetation is synergistic. Biogeochemical processes in soils that influence nutrient and oxygen availability to roots are controlled not only by minerology and soil texture, but also by soil pore size and moisture content (Violante and Caporale 2015, Jenny 1941). In natural settings, transitions between neighboring soil types and hydrologic regimes are often gradual, creating additional transition zones which serve as unique habitat patches and increase landscape-level species diversity (Haag and Pfeiffer 2012, Weiher and Keddy 1995).

Plant roots, even those of species adapted to wetland conditions, require oxygen to perform aerobic respiration and generate energy to support activities such as root growth, tissue repair, and nutrient acquisition (Mitsch and Gosselink 2015). Wetland plants may exhibit a variety of adaptations that facilitate oxygen acquisition in saturated soils, e.g., from highly porous tissues that enhance opportunity for internal gas exchange (i.e., aerenchyma), to enhanced tolerance to byproducts of anaerobic respiration (Nakamura and Naguchi 2020). However, structural components in the landscape, such as soil structure and microtopographic relief, can also be important and influence oxygen delivery to roots in wetland soils (Diamond et al. 2020). Soils with larger pores have greater porosity and are better aerated. High soil porosity is particularly important in saturated soils since oxygen travels much slower through water than it does through air and additional impediments, such as small pore size, will further deplete oxygen levels (Thorbjorn et al. 2008). Soil pore size can be increased naturally by the activity of soil fauna or accumulation of organic material. The organic material serves as a glue between soil mineral particles, facilitating formation of larger aggregates which pack together poorly, creating larger pores (Six et al. 2004). Small changes in elevation, i.e., hummocks and hollows, are commonly observed in Florida wetlands (Gilbert et al. 1995). Higher elevation hummocks can provide roots refuge from saturated soils with lower oxygen levels. Access to unsaturated soils can be critical for seedling recruitment (Myers and Ewel 1990) and microtopographic complexity can increase wetland species diversity by providing habitat for species not otherwise encountered in wetland interiors (Denton and Willis 2008).

The heterogeneous soils and hydrology that existed at the Site prior to impact were reflected in the diverse vegetation structure and species composition of prior existing plant communities. Prior to impact, three soil types intersected on the Site, each with characteristic structural properties and chemical attributes (Section III. D). Similarly, a site-scale hydrologic gradient extended across the Site as evidenced by the documented presence of both uplands and wetlands. Local hydrologic gradients were also present within wetlands as hummock and hollow microtopography (D. Small USACE 0000490). Four distinct vegetation types existed at the Site: two types of mixed species forest (upland and wetland), a shrub/sapling wetland, and a freshwater marsh (Section V. B. 3. c.). Transition zones between soil types and hydrological regimes provided additional transition zones, likely enhancing vegetation structural and species diversity on a small scale (Diamond et al. 2021, Denton and Willis 2008).

The soils and hydrology of the Site have been impacted and simplified and these changes have decreased the potential of the Site to support the diverse vegetation structure and species composition present prior to impact (e.g., Rickman et al. 1965). Mechanical earthwork and redistribution of soils has destroyed native soil structure, collapsing pores and compacting soils. Hummocks and hollows have been levelled, effectively eliminating local vertical hydrologic gradients. The transitions between upland, wetland, and/or open-water body environments at the Site are generally abrupt indicating steep hydrologic gradients and leaving less habitat for transitional vegetation types (e.g., Photograph III.E.11). The current vegetation reflects a prevalence of upland hydrology at the Site. Both dominant species, bahia grass (*Paspalum*

*notatum)* and three-flower tick trefoil *(Desmodium triflorum)*, are intolerant of saturated soils (USACOE 2020).

### (3)    Summary of Prior Existing Vegetation at the Site

The results of the Reference Area plots  review indicate at least four vegetation types existed on the Site prior to mechanical clearing and installation of turfgrass: Mixed Wetland Forest, Mixed Shrub, Upland Mixed Coniferous/Hardwoods, and Freshwater Marsh. Although several invasive plant species were likely present e.g., Old World climbing fern *(Lygodium microphyllum)* and punk tree *(Melaleuca quinquenervia),* native species were well-represented and diverse. Tree species included a mixture of slash pine *(Pinus elliottii),* laurel oak *(Quercus laurifolia),* red maple *(Acer rubrum),* and cabbage palm *(Sabal palmetto).* The shrub layer included tree saplings and seedlings in addition to wax myrtle *(Morella cerifera),* gallberry *(Ilex glabra),* and dahoon holly *(Ilex cassine)* among others. Representative ground cover species include wetland ferns *(e.g.,* swamp fern *(Blechnum serrulatum),* chain fern *(Woodwardia* sp.) and royal fern *(Osmunda spectabilis)),* saw palmetto *(Serenoa repens)*, bog buttons *(Lachnocaulon* spp.) and native graminoid species such as cordgrass *(Spartina bakeri),* wiregrass *(Aristida* sp*.),* and sawgrass *(Cladium jamaicense).*

Prior to excavation, imports of soils, and the use of heavy equipment, microhabitat complexity was provided by local elevation gradients (hummocks and hollows); the presence of three soil types, each with different physical and chemical characteristics; and a hydrologic gradient that extended across the Site. This landscape complexity suggests the list of plant species previously supported at the site was extensive. In fact, the habitat value of this Site was considered worthy of designation as a Strategic Habitat Conservation Area by the Florida Fish and Wildlife Conservation Commission and the Florida Natural Area Inventory (Figure V.D.3.1).

Details of the Reference System review results are provided below. They begin with a discussion of the pre-impact vegetation depicted on map products and aerial imagery, followed by a review of descriptions and photographs made by onsite observers, and conclude with a discussion of the insights provided by data collection in Reference areas.

### (4)    Results of the Review of Prior-Existing Vegetation as Depicted on Publicly Available Maps and Aerial Imagery

The primary map product we used to characterize the pre-impact vegetation structure and species composition at the Site was the SFWMD Land Use Land Cover (LULC) 2014_2016 map (SFWMD 2018). SFWMD LULC maps depict land use/land cover types and are periodically updated to reflect changing conditions. They are based on photointerpretation of aerial imagery viewed at a scale of 1:7,000 to 1:12,000. Vegetation classification follows the Florida Land Use Cover and Classification System (FLUCCS), a hierarchical vegetation and land use classification system built by the Florida Department of Transportation and subsequently amended and adopted by the Florida Water Management Districts for development of statewide vegetation

maps (SFWMD 2014). The SFWMD LULC map was updated in 2020, but that update was based on imagery obtained in 2019 during land conversion operations on the Site and does not reflect pre-impact conditions at the Site (Figure V.D.3.2). The SFWMD LULC map representative of pre-existing conditions is the 2014_2016 version that was based on pre-impact aerial imagery obtained in 2016 (Figure V.D.3.2).

The SFWMD LULC map 2014_2016 indicates that, prior to impact, the Site supported vegetation that was diverse both in structure and species composition. This map includes two vegetation types on the Site, Upland Mixed Coniferous/Hardwood Forest and Mixed Shrubs (Figure V.D.3.3). Forest vegetation types have a tree canopy closure of at least 25%, with trees defined as woody species >20 ft tall (SFWMD 2014). Woody plants, including saplings, less than 20 ft tall are considered shrubs. The Mixed Shrub type is a subclass of the "Mixed Wetland Hardwoods" vegetation type and is applied to wetlands dominated by woody shrubs, e.g., willows, as well as saplings of red maple, water oak, or cabbage palm. These vegetation types are notable for having high species diversity in the upper stratum. Co-dominant sapling/shrub species are common in the Mixed Shrub vegetation type and co-dominance is required for all Mixed Forest vegetation types SFWMD 2014). Thus, the SFWMD LULC map 2014-2016 map of the Site indicates the vegetation structure varied across the Site and the species composition of the upper canopy was diverse. However, evidence points to the prior existence of two additional vegetation types, each contributing to overall site diversity and each below the minimum wetland mapping unit of 2 acres (SFWMD 2014).

A small (<0.2 acres) Freshwater Marsh is evident in aerial imagery but is not delineated in the SFWMD LULC map 2014_2016 map (Figure V.D.3.3). Despite its small size, it further exemplifies the considerable vegetation diversity that existed at this site. Similarly, there is an unmapped inclusion of Wetland Forested Mixed vegetation within a large Upland Mixed Coniferous/Hardwood Forest polygon (46 acres) where it overlaps the NW corner of the Site (Figures IV.C.3.c.1 and V.D.3.3). We documented the presence of wetland vegetation, soils, and hydrology at Reference plot W11, located 160 ft away from the NW corner of the property boundary but within the same forest patch and on the same mapped soil type that previously extended into this corner of the Site (Figure V.D.3.3). Data gathered at reference plot W11 suggests the pre-existing forest in this corner fits the definition of a "Wetland Forested Mixed" vegetation type (Appendix 6).

It is not unusual for unmapped wetland inclusions to occur in large upland polygons on SFWMD LULC maps. For example, we found that seven of our reference sites designated as "Upland Forests" in the SFWMD LULC 2014-2016 map met the technical criteria for wetlands articulated in the Manual and Regional Supplement(W5, W6, W7, W11, W13, W16, W17) (Appendix 6). The presence of unmapped wetlands may indicate the presence of a wetland/upland mosaic consisting of wetlands smaller than the minimum mapping unit of 2 acres and/or inaccuracies in the mapping. While the overall mapping accuracy of the SFWMD LULC map is 85% (Kostura 2021), the SFWMD photointerpretation guide acknowledges the difficulty

of distinguishing forested wetlands from forested uplands, warning, for example, that "Upland Mixed Forests can be easily confused with Mixed Wetland Hardwoods" (SFWMD 2014).

### (5) Results of the Review of Vegetation Descriptions and Photographs Made on the Site

Descriptions and photographs of the vegetation made by onsite observers 2018-2021 provide additional detailed regarding the vegetation structure and species composition at the Site prior to impact. They documented the presence of a mixture of coniferous and deciduous wetland tree species such as slash pine and cabbage palm and red maple. Obligate wetland ferns were observed and photographed in the understory (Photographs V.D.3.1 and III.E.1). Graminoid species, e.g., sawgrass, wiregrass, and cordgrass were also noted. A detailed account follows:

(a). In 2018, a forested wetland with the wetland obligate fern, royal fern, was photo documented on the Site (Photographs V.D.3.1 and V.D.3.2).

(b). In wetland delineation forms dated March 2018 (USACE 0000560, USACE 0000557), Ms. Small documented the presence of the following species in mixed shrub wetlands: slash pine, red maple, punk tree, Carolina willow *(Salix caroliniana)*, primrose willow *(Ludwigia peruviana),* bog buttons *(Lachnocaulon* sp.), and swamp fern.

(c). During a site visit April 30, 2018, the SFWMD noted the following wetland trees and ferns at the Site (USACE 0000014) red maple, swamp fern, chain fern, and royal fern.

(d). In 2020, approximately two years after initial land clearing occurred, EDC conducted a wetland functional assessment and documented the presence of the following wetland species: slash pine, cabbage palm, red maple, punk tree, Brazilian pepper *(Schinus terebinthifolia),* saw grass, Old World climbing fern, cordgrass, and wiregrass (DEF 0000424).

(e). I visited the Site Oct 18-19, 2021 and noted the presence of remnant specimens of slash pine and red maple, corroborating previously documented occurrences of these species on the Site, though several showed indications of stress (e.g., Photographs V.D.3.3 and III.E.3). I did not observe seedlings or other signs of regeneration. A list of plant species observed during this site visit is available in (Table V.C.6.e.1).

### (6) Results of Data Collection at Vegetation Reference Areas

The list of plant species observed at each reference site described below is provided in individual data sheets (Appendix 6). A combined list of plant species observed during field visits to

reference sites is available in Table V.C.6.e.1. Plot locations are depicted in Figures IV.B.1.1, IV.B.1.2.

### b.  Wetland Forested Mixed Reference Areas

A forested wetland with a mixture of coniferous and hardwood species in the overstory, i.e., "Wetland Forested Mix" vegetation type occurred in the NW portion of the Site prior to impact (see text above). Reference vegetation data was collected in two Wetland Forested Mix reference plots, W11 and W12.

Plot W11 was located in an approximately 55-year-old stand representative of a patch of forest that, prior to impact, extended into the NW corner of the Site prior to mechanical clearing of vegetation and associated redistribution of soils, excavation of the Site and export of soils, imports of fill, land leveling, and construction of roads and buildings  (Figure V.D.3.3). The Plot W11 location was mapped as an "Upland Mixed Coniferous/Hardwood Forest" in the 2014_2016 FLUCCS map (Figure V.D.3.3). However, this forest meets the technical criteria for wetlands articulated in the Manual and Regional Supplement  and the vegetation structure and species composition fit the description of a "Wetland Forested Mix" vegetation type (South Florida Water Management District 2014).

The forest canopy is comprised of laurel oak and slash pine with individual canopy cover values of 30 percent and 20 percent, respectively. Representative trunk diameters are 13 inches for pines and 5.5 inches for oaks. A large slash pine cored at this site was determined to be 55 years old. The mid-story canopy is dominated by cabbage palm and supports woody vines e.g., grape (*Vitis* sp.) and Old World climbing fern (Photographs V.D.3.4 and V.D.3. Obligate wetland species such as fringed, yellow-eyed grass (*Xyris fimbriata*) and Virginia chain fern (*Woodwardia virginica)* were observed in the understory. Occasional patches of *Sphagnum* moss, indicative of moist undisturbed soils, are present (Photograph V.D.3.6). All species observed within the plot location were wetland species as per the National Wetland Plant List (Appendix 6).

Plot W12 is located in a 35-year-old stand of slash pine and cabbage palm (Photograph V.D.3.7). The mid-canopy is populated by cabbage palm (20" DBH), scattered stems of punk tree, and wax myrtle. The ground layer is dominated by graminoid species, e.g., carpet grass (*Axonopus fissifolius)*, tropical flat sedge (*Cyperus surinamensis*), and an occasional beak sedge (*Rhynchospora nitens)*, an obligate wetland species.

### c.  Freshwater Marsh Reference Area

We photo documented the vegetation in a freshwater emergent wetland that occurs adjacent to R Well 5, 0.35 miles north of the Site (Figure IV.B.2.a.1). The vegetation is dominated by tussock-forming native grasses, such as sawgrass and beak sedges (*Rhynchospora* spp.) (Photograph

V.D.3.8). Scattered patches of pickerelweed *(Pontederia cordata)* and occasional hummocks colonized by woody species were also observed.

### d. Mixed Shrub / Mixed Wetland Hardwood Reference Areas

The Mixed Shrub type is differentiated from the closely related Mixed Wetland Hardwood vegetation type on the basis of overstory height (SFWMD 2014). If the overstory component exceeding 20 ft in height has a canopy coverage value of less than 25%, then it is Shrub type rather than a Forest type. Species mixtures may otherwise be similar between the two vegetation types and may include coniferous as well as hardwood tree species (SFWMD 2014).

The central portion of the Site was previously mapped as a Mixed Shrub vegetation type. However, the photo signature of this polygon indicates it was variable both in stature and in species composition (Figure V.D.3.3). Additional structural and species diversity would have existed along the borders where this central area transitioned into the other three vegetation types on this Site: Mixed Wetland Forest, Upland Hardwood/Coniferous Forest, and a Freshwater Marsh. Our selection of Reference Areas reflects this diversity. Reference Areas W13 and W16 were located at transition zones between coniferous or mixed species forests and Mixed Shrub wetlands. Three plots, W1, W2, and W4 serve to characterize understory species potentially occurring in the Site. They were situated within 0.1 m of the northern border of the Site, in pasture Shrub Wetlands (Figure IV.B.1.2). W14, W15, and W17 are representative of late seral Mixed Shrub wetland conditions, i.e., Mixed Wetland Hardwoods, and are characterized by an overstory of mixed hardwood species exceeding 20 ft in height.

### (i) Overview of the vegetation documented in Mixed Shrub Wetland Reference Areas and in transitions between Mixed Shrub wetlands and forested Reference areas:

When trees are present in most of the dominant plant community types in Reference Areas, the common species are cabbage palm, slash pine, red maple, with an occasional laurel oak. Stand age was estimated in several plots by coring pines and maples, the oldest of these was determined to be 39 years, indicating these are young stands. Saplings and seedlings of slash pine and cabbage palm were often in the understory, and invasive species such as Brazilian pepper and punk tree or earleaf acacia *(Acacia auriculiformis)* were occasionally present, most frequently in plot locations situated close to roads. The shrub stratum frequently includes wax myrtle with gallberry shrubs and occasional laurel oak seedlings. The herb stratum was diverse and variable. Native wetland ferns swamp fern and royal fern were commonly observed in shaded locations while a diverse cover of graminoid and herb species, e.g., bunched beaksedge *(Rhynchospora microcephala)* and carpet grass, was often documented in more exposed locations. Vines, e.g., grape (*Vitis* spp.) laurel greenbrier *(Smilax laurifolia)* and Old World climbing fern were also observed. A detailed account follows.

**(ii) Vegetation in Reference areas situated at transition zones between Mixed Shrub wetlands and forests.**

The W13 Reference plot is located at the transition between an open canopy of slash pine and the edge of a Mixed Shrub wetland (Photograph V.D.3.9). This location was mapped as an "Upland Forest" (Level 1) in the SFWMD LULC 2014_2016 map (SFWMD 2018). However, we found it meets the technical criteria for wetlands articulated in the Manual and Regional Supplement(Appendix 6). The species composition of the groundcover is diverse i.e., 5 graminoid species and 4 herbs/subshrub species were documented within a representative 5-foot square area. Native species are common and include bunched beaksedge, shortbeak beaksedge, carpet grass, fringed yellow eyed grass *(Xyris fimbriata),* and Florida tickseed *(Coreopsis floridana),* a Florida endemic obligate wetland species. A sparse cover of non-native species, *e.g.,* Old World climbing fern and earleaf acacia seedlings, was also documented.

The W16 Reference plot is in a location designated as "Upland Forest" (Level 1) in the SFWMD LULC 2014_2016 map (SFWMD 2018). However, we found it meets the technical criteria for wetlands articulated in the Manual and Regional Supplement (Appendix 6). This plot serves to characterize a transition between an open canopy of slash pine (aged 37 years) and laurel oak (saplings) and a Mixed Shrub wetland. Invasive species are present within the plot (Old World climbing fern) and nearby (punk tree). Woody tree species are generally restricted to the southern portion of the plot where tall hummocks provide drier conditions. Standing water and mid-elevation hummocks are more common to the north and are colonized by swamp fern and a mixture of shrubs such as gallberry, dahoon holly, and wax myrtle (Photograph V.D.3.10 USAEXPERTS 0000240). Graminoid species and fringed yellow eyed grass were observed on tussocks and in standing water.

**(iii) Vegetation in Reference Shrub Wetland plots adjacent to the Site**

Vegetation was characterized in three grazed shrub wetland plots (plots W1, W2, W4) situated 45 ft – 400ft north of locations on the Site where shrub wetlands occurred prior to impact.  The vegetation in those plots can be summarized as follows: There is a sparse overstory of slash pine with evidence of pine regeneration (i.e., saplings and seedlings) in the lower strata (Photograph V.D.3.11). Hummocks and hollows microtopography is common, with hummocks colonized by wax myrtle, vines (grape and Old World climbing fern), wetland ferns (e.g., swamp fern), and an occasional Brazilian pepper (Photograph V.D.3.12). Wax myrtle was frequently observed and covers approximately 15-25% of this area. Between hummocks, standing water and native graminoids such as bunched beaksedge, southern beaksedge *(Rhynchospora macrocarpa)* and carpet grass are often present. The non-native turfgrass, Bahia grass *(Paspalum notatum),* is occasionally present in the southern portion of this area.

**(iv) Vegetation in Reference plots representative of late-stage Mixed Shrub/ Mixed Wetland Hardwood**

Reference plot W14 is situated between 84th Avenue and a punk tree swamp. It is representative of a transitional location that has matured into a Wetland Hardwood Forest, a tall variant of the Mixed Shrub type, and includes a tree-sized red maple (aged 39 years) and scattered slash pine (Photograph V.D.3.13). The shrub layer within the plot is diverse, including cabbage palm, earleaf acacia saplings, wax myrtle and shoebutton *(Ardisia elliptica)*. Swamp fern, carpet grass, and stiff spadeleaf *(Centella asiatica)* were documented in the ground layer.

The vegetation at Reference plot W15 includes a tall overstory of the native shrub species, wax myrtle. The trunks are robust, angling over standing water and growing to 4.5" diameter.  The understory hosts additional wax myrtle stems as well as Brazilian pepper. Wetland ferns are abundant at the wetland edge where the standing water was shallow. Royal fern, swamp fern and hottentot fern *(Cyclosorus interruptus)* were documented at this location (Photograph V.D.3.14).

Plot W17 was located on the edge of a shrub wetland dominated by punktree in a forest that appears on SFWMD LULC 2014_2016 map as an upland pine forest (SFWMD 2018). However, we found it meets the technical criteria for wetlands articulated in the Manual and Regional Supplement (Appendix 6) and the vegetation structure and species composition of the forested component fits the description of a "Wetland Hardwood Forest" vegetation type (South Florida Water Management District 2014).  Cabbage palm and laurel oak are present in the tree overstory and scattered slash pine was observed in the vicinity. The shrub layer is diverse and includes wax myrtle, saw palmetto, dahoon holly, fetterbush *(Lyonia lucida),* and oak seedlings (Photograph V.D.3.15). The ground cover includes pipewort *(Eriocaulon* sp.) and vegetative members of the sedge family (Cyperaceae).

**E.  Summary of Vegetation Conditions in Reference Area Wetlands and by Inference on the Site - After Mechanical Clearing and Earthwork Activities**

Prior to impact, three soils types intersected on the Site, each with characteristic physical and chemical properties. A hydrologic gradient extended across the Site as evident by the documented presence of both uplands and wetlands and local high points within wetlands, i.e., hummocks. This heterogeneity was reflected in the structure and species composition of prior existing plant communities. Upland mixed species forest graded into a wetland dominated by mixed shrubs and saplings which in turn transitioned into an emergent wetland and wetland mixed species forest (Figure V.D.3.3). Impacts to the Site include disruptions to soil and hydrologic conditions that have impacted the properties and reduced the size of the transition zones. This has reduced or eliminated the potential of the Site to sustain the diversity of vegetation structure and species composition previously present.

With the exception of a few specimen trees, the vegetation previously existing at this site has been removed and replaced by a nonnative turf grass, two ponds, a depressional wetland, and an open grove of small hardwood trees. The diversity in vegetation structure and composition that existed previously has been removed and the predominant vegetation is scattered trees over managed turf (Photograph III.E.2). The ground cover is dominated by an extensive carpet of Bahia grass and common lawn weeds, e.g., three-flower tick trefoil *(Desmodium triflorum)*. An excess of nutrients has generated an algal bloom in the northern end of the depressional wetland where it meets the turf (Photographs III.E.5 and III.E.6). This wetland is dominated by pickerel weed*,* a native ornamental wetland species.

The shrub layer that was previously common at this Site has been eliminated and is currently represented only by an occasional planted tree less than 20 ft high and by scattered shrubs restricted to the depressional wetland. The overstory trees generally consist of shade trees scattered through the turf and cypress trees installed in one of the ponds. An open canopy of small hardwoods has been installed in the SW corner of the site, however many of these are suffering from cambium damage caused by livestock (Photograph III.E.4). Red maple trees are present in and around the depressional wetland feature, but rings of dead vegetation around red maple trunks on the north border of this wetland indicate they are subjected to applications of chemical herbicide (Photograph III.E.7). Transition zones between turf and ponds or between turf and the depressional wetland are generally abrupt, leaving little opportunity for colonization by wetland vegetation (Photographs V.D.3.16 and III.E.11).

### F.  Faunal Support/Habitat Conditions

#### a.  Summary of Faunal Support/Habitat Conditions in Reference Area Wetlands and by Inference on the Site - Prior to Mechanical Clearing and Earthwork Activities

As introduced in section III, F above, throughout the range of Reference Areas used to develop this Expert Report, we observed large, interconnected and complex mosaics of intact mixed hardwood forested, scrub/shrub, and emergent wetlands interspersed with ponded hardwood and pine flatwood areas that were usually connected to larger ponded (littoral) or flowing water features. Although light to moderate grazing was on-going in most areas, Reference Area forest patches consisted of at least 4 strata and supported by a few weeds. Depression/mound microtopographic relief was present and complex and enhanced by several classes of down wood, standing tree snags, and cavities. Most of the Reference Areas had a great deal of interior forest or scrub/shrub habitat and interior changes within those habitats that provided abundant food and cover resources for a range of faunal species. Most of the larger wetland complexes also had very little edge habitat and exhibited high patch contiguity and connectivity to surrounding landscapes.

During field work to develop this Expert Report, the DOJ Expert Team observed several species of resident and migratory birds in reference areas foraging in the ditches transporting water to Bessey Creek, in the depressional wetlands on Countess Joy area, and on the Site. We directly observed great blue heron (*Ardea herodias*), anhingua (*Anhinga anhinga*), american egret (*Ardea alba*), red-tailed hawk (*Buteo jamaicensis*), little blue heron (*Egretta caerulea*), sandhill crane (*Grus canadensis*) and white ibis (*Eudocimus albus*).  In Bessey Creek we observed an alligator (*Alligator mississippiensis),* garfish and mullet. The DOJ Expert Team also observed animal tracks and/or scat in wetlands throughout the Study Area including deer (*Odocoileus virginianus*), coyote *(Canis latrans)*, and feral hog *(Sus scrofa)*.  Many of the foraging bird species utilize Bessey Creek as a food source and use the forested buffer along Bessey Creek as resting and nesting sites. Before Site impacts, wetlands and similarly situated wetlands in the Study Area supported a variety of birds, amphibians, fish and the American alligator through habitat and food web support.

> **b.   Summary of Faunal Support/Habitat Conditions in Reference Area Wetlands and by Inference on the Site – After Mechanical Clearing and Earthwork Activities**

In contrast, wetlands that remain on the Site after mechanical clearing, earthwork, import and redistribution of fill materials, road construction, and other activities are highly degraded. They are mostly dominated by a single strata of Paspalum (Bahia grass) turf/pasture plant community and various paddock/barn yard areas. There is one remaining and degraded depressional wetland system south of plot B6. It has been filled around most of its perimeter and set up to receive untreated storm water runoff from paddock areas that are adjacent to the south and east perimeters of the wetland.  The plant community in this wetland is dominated by a highly simplified, thinned red maple "forest" with a very sparse shrub layer and undergrowth that includes Pontederia and other forbs and grasses that are mowed and weed whacked. In particular, the complex vertical and horizontal plant community structure, species diversity, and associated food and cover resources available to faunal species that are typical of reference area wetlands are not present on the Site. Instead, remaining wetlands do not effectively function to support faunal species because –

> a. They exist on imported and leveled fill where patterns of water flow and circulation have been significantly altered or eliminated.
>
> b. Most surface flows are consolidated and directed via shallow swales to constructed drop inlet catch basins (northwest quadrant) or, in the case of the remaining depressional wetland south of B6, flows are directed to artificial ponds in the center of the Site or to a pipe that has been installed on the southern perimeter of the depression. This pipe appears to carry flows to the south. There is evidence from the monitoring wells that there is subsurface drainage in the southeast quadrant of the Site.

c. Former complex patterns of microtopographic depressions and mounds are filled and leveled out.

d. The Site consists of highly manipulated and single layer turf/pasture plant communities or (in the case of the remnant depression south of Plot B6) a thinned (simplified) tree canopy, a sparse shrub layer, and undergrowth dominated by a combination of a few native species and invasive non-native weeds.

e. Especially in the turf/pasture areas, there is no large wood, there are no snags, no cavities, and no effective resting, hiding, feeding, thermal, or escape cover resources.

f. All of the turf/pasture areas and the remaining and degraded forest patch is completely fenced and fragmented, making these areas inaccessible to most classes of native faunal species.

g. Because it has been thinned and simplified, the remaining forest patch has little to no interior forest changes in habitat structure or conditions. It is virtually all edge habitat, which is known to encourage use by edge adapted opportunistic species that displace native, interior forest adapted species.

h. This residual forest patch is not connected to any intact surrounding waters/wetlands or to upland forest and scrub/shrub communities.

i. The small habitat patch size, lack of interior forest changes, and lack of landscape-scale connections to other natural systems (fragmentation) significantly limits the food and cover resources provided by any of the remaining wetlands on the Site at site specific and landscape scales.

## G. Impact Assessments

### 1. Direct Impacts

#### a. Area of Fill

The DOJ Expert Team determined that 5.97 of wetlands on the Site were directly impacted with discharges of dredged and/or fill material. (Figure V.C.2.1). We reached this opinion after –

(1). Reviewing multiple aerial photographs of the Site prior to and after impacts (Figures of 1966, 2016, 2018, 2019, 2021, Appendix 9, and Figure IV.D.4.1.

(2). Reviewing map resources from NWI (Figure II.B.3, NRCS (Figure III.D.1), FEMA (Figure II.C.3.1) Florida FLUCCS code (Figure V.D.3.3), LiDAR Images (Figure IV.D.4.1, 2016 and 2019 LiDAR).

(3). Reviewing Site investigation data from the USACE, DEP, SFWMD, Martin County, FDACS, Danna Small and EDC.

(4). Conducting two Site investigations on September 13 and 14 and October 18 and 19, 2021.

(5). Completing 19 Wetlands Data Sampling Forms on the Site (Appendix 6).

(6). Reviewing data from six water table monitoring wells (Appendix 7)

(7). Reviewing three Atypical Reference Areas and completing three Wetlands Determination Data Forms (Appendix 6).

Figure V.G.1.b.1 shows the area of the Expert Team wetland delineated area of the Site that has had fill deposited. The area of deposited fill includes the two ponds (Cypress Lake and Peanut Lake) because they did not exist prior to impact and the process of construction involved excavation and moving soil. Photographic evidence indicates that the ponds changed configuration several times during the site development.

### b.  Volume of Fill

We could not determine a volume of dredged and/or fill material discharged over the Site. This is because during our two Site investigations, we excavated soil pits while conducting wetland determinations and found material mixed, roiled, and redistributed down to several feet in the soil profiles. Soil redistribution and discharges were found as deep as 53 inches in the southwest portion of the Site and soils were mixed on almost every sampled soil pit. As of this writing, we have no records or documentation of exports or imports of soil/fill material from or to the Site. Therefore, we concluded that a volume of discharged dredged and/or fill material was not possible to calculate based on current information.

However, we know that sod/turf was imported and placed throughout the site. The depth of the turf mat ranged from two to four inches. Assume the minimum thickness of only two inches and consider only at the wetland area and subtract out the area for the two ponds (0.24 acres) and the remnant depression wetland area (0.79 acres) the result is 5.79 acres minus 1.03 acres leaving 4.76 acres with turf placed within waters/wetlands. Given there are 43,560 ft$^2$/acre and 0.167 ft of import/fill equals 34,626 ft$^3$, or 1,282 cu yds of import/fill.

Additionally, if we do the same calculations for the road network and associated through-fill and use the dimensions for the west road up to, and around the northwest corner, to the upland/wetland line there is at least 0.17 ft (assume two inches of road fill) multiplied by the width of the road and then multiplied by the length of the west road to the northwest corner of the road to the upland/wetland line.

### c.  Summary of the Scale and Scope of Direct Impacts

(1)  The combined direct impacts associated with mechanical clearing of vegetation and associated redistributions of soils, export of fill material,

imports of fill and redistributions it, land leveling, road and building construction, and consolidation drainage significantly changed the bottom elevation of WOTUS, changed wetlands to uplands, and functionally and physically isolated any remaining wetlands on the Site from abutting wetlands on the Countess joy Est Reference Area, the N/S Ditch, the Bessey Creek ecosystem, including its downstream TNW reach, and from the TNWs of the St. Lucie River, St. Lucie Inlet, qnd the nearshore waters of the Atlantic Ocean..

(2)   The scale and scope of water/wetlands impacts on the Site are such that original conditions that would support the suite of hydrologic, biogeochemical, plant community, and faunal support/habitat ecosystem functions are not present and not recoverable.

(3)   In addition to their (geographic) scale and scope, impacts have been in place long enough to be considered permanent (See Temporal Impacts Section Below in this Expert Report).

(4)   Fundamental alterations to patterns of water flow and circulation and removal/substitution of organic (much) soils with imported mineral soil fill materials has caused a permanent and irreversible change of state of waters/wetlands physical environmental conditions and associated hydrologic, biogeochemical, plant community, and faunal support/habitat ecosystem functions on the Site.

(a). Specifically, conditions on the Site changed from consisting of a mosaic of interconnect forested and scrub/shrub wet "flats" wetlands on hydric organic and some mineral soils to either uplands or to a structurally and functionally degraded wetland depressional system in the south-central portion of the Site (location vicinity B7, B5, A7, A3), or to ornamental pond features (i.e., Peanut Lake and/or Cypress Lake).

These connections occur because -

(a). Water flows emanating from the paddock/pasture areas to the east (vicinity B8) are now directed (piped) into and the flow through the remaining depression. These flows then go south, through a pipe installed on the southern perimeter of the wetland or they can potentially flow west to the ornamental Cypress Lake (planted cypress) to the west (vicinity B1, B2) via a shallow and nearly level ditch/swale. It is possible that flows in this swale can be bidirectional if the outlet pipe in south end of the remnant depression is plugged. From the central Cypress Lake feature, water appears to be used for irrigation or (we think) it can be shunted west or south via piped flow or a subsurface drainage system to the south and/or west and

eventually to the N/S Ditch that flows north and into Bessie Creek. The choice to manage water in this way has "short circuited" water flow pathways through the original forested and scrub/shrub wetland. The pre-impact wetland on the Site was much larger and had complex microtopography. In pre-disturbance conditions, it effectively slowed water down and spread it out, so that water contact times with soils, vegetation, and microbial processes were possible. This is the water "filtration" function that is typical of low energy flats wetland ecosystems, and which improves water quality. The concept of the short circuit is important because water entering the remaining wetland depression from the eastern paddock/pasture areas is contaminated with manure. Given the way water is managed in this system, there is not sufficient water residence time or wetland area to allow effective treatment. Hence, poor water quality is directed downgradient (south via piped flow) or west into Bessey Creek, which is itself impaired.

**(5)** **What remains in this depressional wetland system is highly degraded with respect to plant community structure and functioning (biological integrity) and faunal support/habitat functions (biological integrity).** This is because -

(a). It consists of a highly manipulated and thinned (simplified) tree canopy dominated by red maple, a sparse shrub layer, and undergrowth dominated by a combination of a few native species and invasive non-native weeds. There is little vertical or horizontal structural complexity, and overall plant species diversity is low/depauperate with a high proportion of non-native and invasive weed species.

(b) The remaining and degraded forest patch is completely fenced and small, making it inaccessible to most classes of native faunal species that depend on wetlands to complete all or parts of their life cycles – like growth and reproduction. Because it has been thinned and simplified, the remaining forest patch has little to no interior forest changes in habitat structure or conditions. It is virtually all edge habitat which is known to encourage use of the Site by edge adapted opportunistic species that displace native, interior forest adapted species. This residual forest patch is also not connected to any surrounding waters/wetlands or upland forest and scrub/shrub communities. The small habitat patch size and lack of interior forest change and landscape-scale connections to other natural systems (fragmentation) significantly limits the food and cover resources provided by this remaining wetland at site specific and landscape scales (Harris, 1984; Gosselink and Lee, 1989; Gosselink et.al., 1990).

## 2. Indirect (Secondary) Impacts to Waters/Wetlands

**a. Alterations to the Timing, Volume, and Rates of Water Discharges Off the Site and Downstream**

Before mechanical clearing, earthwork, and development impacts on the Site, precipitation-generated surface water flowed over the Site either to the N/S Ditch, to the contiguous wetlands to the north, or it infiltrated to storage layers in the native soils. After Site disturbance, hydrologic manipulation, and elevated road construction, the direction, frequency, magnitude, timing and duration of flows off the Site have been altered. We have not been informed of the exact location or extent of the underground drainage alterations on the Site, but the majority of the Site's wetlands have been eliminated via filling, partially filled, and drained via installation of subsurface drainage infrastructure (See V.D.1.b.1 Hydrology Results). The earthwork, construction and conversion activities directly impact hydrologic processes on the Site and will impact the magnitude, frequency, timing, and duration of flows to Bessey Creek and to downstream TNWs.

**b. Breaking Surface and Subsurface Hydrologic Connections Among Wetlands on the Site and Off-Site Waters/wetlands**

The Site disturbances including land leveling, filling and draining wetlands have disconnected the surface and subsurface flow paths to adjacent wetlands and waters.  The elevated roadbeds prevent the flow of surface water to the N/S Ditch and the Countess Joy wetlands north of the Site. The modification of the Site's surface and subsurface (natural and constructed buried pipes) flow paths limits the water quality (biogeochemical) functions of the Site. We think that surface and subsurface drains on the Site and the two excavated ponds have direct connections to the N/S Ditch via surface and/or subsurface pathways. Although we have not been informed of the subsurface modifications to the Site, we do know that wetlands have been destroyed and drained which eliminates the Site's prior water quality functions via N/S Ditch to help improve nutrient impaired water quality in Bessey Creek.

**c. Polluted Stormwater Export to Impaired Waters and TNW's**

The Site disturbances including land leveling, filling and draining wetlands have compromised the Site's water quality functions. The disruption of surface flow impacts the biogeochemical functions associated with the Site's wetlands and downstream water quality (Reddy et al., 2010). The Site's reduced capacity to retain and store surface runoff from surrounding farm animals, residential properties and septic tanks increases the downstream transport of nutrients via N/S Ditch to nutrient impaired Bessey Creek. The DOJ Expert Team observed many species of animals on the Site and surrounding areas owned by the Defendants with animal waste prevalent on the Site. During our investigation of the Site, we observed hand fertilizer and herbicide applications (See Photograph USAEXPERTS 0000167) to portions of the Site.  We observed that some surface water flows carrying pollutants are captured and consolidated by surface water drain/catch basin systems (e.g., in the NW corner of the site) and the two ornamental ponds. These captured waters appear to be transported underground to the north ditch or to the N/S

Ditch.  The Site's disconnected surface flow is disrupting the Site's ability to uptake and cycle nutrients and pollutants. It is our opinion that the combination of consolidation drainage, untreated stormwater that has direct contact with manure, and lack of any meaningful water contact time of water with intact wetlands on the Site make the Site an exporter of pollutants via N/S Ditch to nutrient impaired Bessey Creek.

### d.   Changes in the Rate, Timing, and Quality of Carbon Export Off Site

The significant disturbances to the Site through land clearing, filling, draining, and removing the forested and scrub/shrub wetland plant community have reduced the Site's ability to produce and export carbon.  Wright and Reddy (2001) report that the major effect of drainage in wetland ecosystems occurs below ground, where organic matter decomposition is significantly greater under drained conditions.  When applying this principle, the partially filled and drained wetlands on the Site become a net carbon exporter instead of sequestering carbon. The replacement of the prior wetland community with Bahia sod reduces the amount of slowly decomposing (e.g., refractory wood) and quickly decomposing organic material (e.g., leaves and fine, non-woody plant stems) transported to the N/S Ditch and Bessey Creek and the Countess Joy contiguous wetlands to the north.  The Site disturbances have affected carbon export rates and timing by removing the forest and scrub/shrub wetland plant community and replacing it with Bahia sod. Annual leaf fall and carbon export to Bessey Creek via N/S Ditch is sharply reduced.

### 3.   Cumulative Impacts are defined at 40 CFR 230.11(g) as follows –

"Cumulative impacts are the changes in an aquatic ecosystem that are attributable to the collective effect of a number of individual discharges of dredged or fill material. Although the impact of a particular discharge may constitute a minor change in itself, the cumulative effect of numerous such piecemeal changes can result in a major impairment of the water resources and interfere with the productivity and water quality of existing aquatic ecosystems."

Usually, cumulative impacts to the environment are the result of multiple activities whose individual direct impacts may be relatively minor but in combination with others result in significant environmental impacts that often occur at landscape scales. There are several types of cumulative impacts. For example, the literature offers the following four types (Gosselink and Lee, 1989; Gosselink et al., 1990) –

   a. *Time Crowded and Space Crowded* – where impacts occur in time or space at a frequency or proximity where the impacted system does not have time to recover between events.
   b. *Nibbling (Fragmentation) of Connections* – where several small, seemingly unrelated impacts result collectively in decreases in the patch size and connectivity of functioning ecosystems. This results in the fragmentation of ecosystem structure and functioning.

    c. *Synergistic* – where the additive, multiplicative, and/or non-linear effects of individual impacts are greater than the sum of the parts.

Also in the literature is the concept that with respect to detection and management of cumulative impacts, it is not the magnitude, size, or scope of the impact, but the *direction* (positive or negative) of the impact with respect to antecedent and/or target reference conditions within a watershed or Study Area (Lee and Gosselink, 1988).

On the Site, the combination of mechanical clearing of vegetation and associated redistribution of soils, excavation of the Site and export of soils, import and deposition of fill, land leveling, and construction of roads and buildings consolidation drainage, and conversion of former forested and scrub/shrub vegetation to Bahia pasture/turf or to a thinned and simplified "forested" wetland resulted in the following types of Cumulative Impacts –

    a. *Time Crowded Impacts* – where the construction and conversion activities cited immediately above occurred in quick succession starting in 2018, there was not enough time among events for wetlands on the Site to recover to pre- construction structure and ecosystem functioning.

    b. *Space Crowded Impacts* - where construction and conversion activities cited above occurred in the same areas on the Site, there was not enough space where several types of impacts took place to allow the system to recover its pre-construction structure and ecosystem functioning.

    c. *Fragmentation* of aquatic faunal habitat patch size, patch connectivity, and patch contiguity occurred on the Site with the combination of all construction and conversion activities listed above. With current conditions on the Site there are significant disruptions of the longitudinal connections among essential upstream and downstream components of faunal habitats. Examples of these disruptions include significant and discernable changes in the patterns of water flow and circulation and water residence times within remnant and degraded wetlands on the Site. Current conditions on the Site also isolate, constrict, or eliminate upstream and downstream movement pathways for several classes of aquatic, semi-aquatic species (e.g., fish, frogs, salamanders). It also has the same effect on relatively small waters/wetland and riparian dependent faunal species (e.g., voles, rodents, other small mammals). Changes in the patterns of water flow and circulation, water residence times, and faunal species access to the continuum of habitats and food and cover resources that used to occur between the Site and downstream to Bessie Creek and TNWs of the St. Lucie River system and the near shore waters of the Atlantic Ocean can impair species' ability to complete essential parts of their life cycles such as growth and reproduction.

    d. *Synergistic Impacts* occurred where the impacts of the combination of construction and conversion activities listed above and including consolidation drainage, impoundments of water in ornamental ponds, and major sediment discharges within and among Site waters/wetlands and then to downstream waters/wetlands were greater than the sum of

the parts. Today, the existing farm and associated management protocols continue and maintain consolidation drainage, impoundment of water in ornamental ponds and deep and extensive fill deposits in wetlands. These types of conditions have significant impacts downstream to Bessie Creek and to the TNWs of lower Bessie Creek, the St. Lucie River system, and to the near shore TNWs of the Atlantic Ocean.

### 4.   Temporal Impacts to Water/Wetlands Area and Functions

The initial earthwork, construction, and conversion activities that took place on the Site started in 2018. Since 2018, there has been massive removals/export of fill materials from wetlands on the Site, and imports and redistribution of fill, road and building construction, and consolidation drainage. The combination of these activities eliminated most of the wetlands on the Site. Any wetlands that remain will continue to be highly degraded and function at far less than capacity for many years to come. To summarize, there has been a span of at least 4 years during which the types of direct, indirect, and cumulative impacts discussed immediately above in this Expert Report have been in place. The USACE, EPA Region 6, and the State of Florida consistently view impacts of the type that have occurred on the Site, and which have been in place > 4-5 years duration to be the same as permanent impacts. This is because most aquatic ecosystems fail to recover well or completely after long duration impacts, especially when the scale and scope of the impacts combine to alter fundamental physical environmental conditions (e.g., hydrology and soils) and where the potential for the Site's plant and faunal communities to recover in any way is prevented by on-going management practices

### 5.   Summary of Direct Impacts to Waters/Wetland Ecosystem Functions

#### a.   UMAM Summary of Direct Impacts to Waters/Wetland Ecosystem Functions

Results of the UMAM functional assessments are presented in Appendix 9. It includes annotated Quantitative and Qualitative data sheets for the six Site areas sampled and the eight plots sampled on the Reference Area, Martin County Solid Waste Transfer Station and Landfill Property, and Florida DOT properties. Figure IV.B.1.2 shows the location of all functional assessment areas.

#### b.   Reference Area Conditions

UMAM analyses in reference area wetlands show that the horizontal and vertical structure and hydrologic, biogeochemical, plant community, and faunal support/habitat ecosystem functioning improved with age, increasing patch size and patch connectivity (decreasing fragmentation), and decreasing degrees of livestock grazing. Maximum UMAM scores of 7.5 are documented in a 55-year-old forested wetland complex on the Countess Joy East property due north of the Site

(Reference Wetland W 11 in Appendix 9) and a 37-year-old forested wetland due north of the Martin County Solid Waste Transfer Station and Landfill Property (Reference Wetland W 16 in Appendix 9). This means that our UMAM analyses show that these two wetlands are slightly degraded with respect to their landscape contexts, weed coverage, and age, but still functioning at 75% of their potential capacity.  Mid-range scores were documented on slightly younger forested and scrub/shrub reference sites on the Countess Joy East and West properties that were 25 -33 years in age, slightly fragmented, moderately grazed, and with modest weed canopy coverages. Their UMAM scores ranged from 7.0 (functioning at 70% of capacity) for wetlands W 12, W 13, R Well 2, and R Well 5 to 6.5 (W 14 – 65% of capacity). The low UMAM score of 4.0 (40% of capacity) was developed for wetland W 15, which occurs on organic soils located within a Florida Department of Transportation (DOT) right-of-way complex (Appendix 9). This wetland has been surrounded by roads with steep, unstable and eroding road fill side slopes. It was also logged and appears to be maintained and managed for storm water detention within the right-of-way. Wax Myrtle and Brazilian Pepper dominate the existing plant community.

### c.  Site Conditions

UMAM functional assessment results for remaining wetlands on the Site show universally low functioning (e.g., UMAM scores of 1 or at best 2) when compared to fully functioning wetlands, which would score a 10 (Appendix 9, UMAM Qualitative and Quantitative Data Sheets for the Site). This means that the Site wetlands are significantly degraded and performing at 10% – 40% of their capacity.

Low UMAM scores for remaining wetlands on the Site are the result of the combined effects of the scale and scope of mechanical clearing, earthwork, consolidation drainage, and filling activities on the Site. There have been significant direct, indirect, and cumulative impacts to any remaining wetland structure and ecosystem functioning on the Site. Of note is the fact that the original physical environmental (e.g., soils, hydrology) and biological (e.g., plant community, faunal habitat) conditions that used to support a suite of hydrologic, biogeochemical, plant community, and faunal support /habitat ecosystem functions on the Site are not present and not recoverable. For example,

   (a) Mechanical clearing of well-established and mid seral forested and scrub/shrub vegetation coupled with removal of organic (muck) and hydric mineral soils, then import and redistributions of fill materials and conversion of the plant community to Bahia pasture/turf has resulted in fundamental alterations to patterns of water flow and circulation on the Site. These activities have also caused permanent and irreversible changes of state of waters/wetlands conditions and associated hydrologic, biogeochemical, plant community, and faunal support/habitat ecosystem functions. The UMAM Score for these areas is a 1.0 (functioning at 10% capacity).

   (b) As discussed above in the Direct Impacts section of this Expert Report, what remains of the depressional wetland system south of B6 (Figure V.C.2.1) is hydrologically

(physical integrity) and biogeochemically (chemical integrity), degraded. Again, the choice to manage water in this way has "short circuited" water flow pathways through the original forested and scrub/shrub wetland and effectively eliminated water filtration functions. Also as discussed in the Direct Impacts section of this Expert Report, the plant community structure and functioning (biological integrity) and faunal support/habitat functions (biological integrity) in the remnant depression are also degraded. What remains in the depressional wetland system south of B6 had a UMAM score of 4.0 (40% capacity).

### d. Reference and Site Wetland UMAM Score Comparisons

Comparing the differences among reference wetland UMAM scores and Site scores –

a. The maximum UMAM Score changes ("deltas") are from 7.5 (high Reference older forests) to 1 (low Site Score) which is delta -6.5 or 4.0 (high Site Score) for the depressional wetland south of B6 (delta -3.5).

b. Mid-range deltas are 7.0 - 6.5 Reference (for slightly younger forests) to Site low scores of 1 (delta -6.0 to -5.5) or 4.0 for the depressional wetland south of B6 (delta -3 to -2.5).

c. The low delta resulted from comparing the degraded Florida DOT right-of-way wetland (W 15) with a UMAM score of 4.0 to Site wetlands with UMAM scores of 1.0 (-3.0 delta) or 4.0 at the depressional wetland south of B6 (delta = 0).

### H. On-and Off-Site Compensatory Mitigation

#### 1. Overview

The scale and scope of waters/wetlands impacts on the Site are such that original physical environmental conditions that did support the suite of hydrologic, biogeochemical, plant community, and faunal support /habitat wetland ecosystem functions are no longer present and not recoverable.  In addition to their (geographic) scale and scope on the Site, impacts have been in place long enough to be considered permanent. For example, our field observations and analyses of current conditions on the Site show that fundamental alterations to patterns of water flow and circulation and removal/substitution of organic soils and hydric mineral soils with imported, leveled, and drained fill materials has caused a permanent and irreversible change of state of waters/wetlands physical environmental conditions and therefore the Site's potential to support functioning wetlands. In the context of the Clean Water Act, mechanical clearing of vegetation and associated redistribution and redeposit of soils, excavation of the Site and export of soils, import and deposition of fill, land leveling, and construction of roads and buildings activities have caused significant and irreversible degradation of the physical, chemical, and biological structure and integrity of wetlands on the Site. Specifically, conditions on the Site changed from consisting of a mosaic of intact and interconnected forested and scrub/shrub wetlands on hydric organic soils to uplands or to (a) structurally and functionally degraded turf/pasture wetlands or to one partially filled, (b) a highly degraded and fragmented forested

wetland depression in the south-central portion of the Site, or (c) to ornamental Cypress Lake features. Therefore, it is our opinion that there are no meaningful environmental benefits that could result from attempts at on-site restoration of the remaining turf/pasture features. Further, there is little upside potential to gain meaningful environmental benefits from restoring the remaining and highly degraded forested wetland or the ornamental Cypress Lake features. There are, however, some on-site management approaches that target improvements in water quality conditions on and flowing off the Site that include use of standard Best Management Practices (BMPs) for storm water.  These are identified immediately below.

### 2. On-Site Recommendations and Opinions

#### a. Protect Water Quality

##### (1) Install and Maintain Site Wide BMPs

Install and maintain a system of Best Management Practices (BMPs) for control of the volume, timing/rate of delivery, kinetic energy, and quality of storm water runoff from pastures/paddocks and other impervious surfaces such as barn and shed yards, exercise and training areas, and maintenance facilities. Components of the system of BMPs should be specifically targeted to manage the volume, timing/rate of delivery, kinetic energy, and quality of all storm water runoff from internal and peripheral roads. These include grading of sloped road surfaces to direct flows inward for treatment to bioswales that are installed parallel the road rights-of-way or are situated in locations within or proximate to the rights-of-way that allow effective road runoff treatment.

##### (2) Manage Ponds

Re-grade the perimeters and steep banks of the existing pond features and any steep swale features to a slope of at least 7:1 (Horizontal/Vertical). After flattening the pond banks and side slopes, establish a 50 ft vegetated buffer around the pond measured horizontally outward from the OHWM and around the entire pond perimeter. As necessary, redirect and re-contour any existing shallow swale features to deliver water along long reaches of the buffer, not at distinct points. Use small manifold level spreaders if necessary. Engage as much of the perimeter of the buffer as possible with water delivery from the swale features. Manage water delivery to the ponds to flow slowly and have very low kinetic energy. Fence the buffer, preclude grazing and do not mow the buffer. Plant native trees, shrubs, and undergrowth species in the buffer and allow these plantings to grow so that they develop into an intact plant community around the ponds. The combination of these techniques will slow water down, spread water out, and allow water contact time through the buffer – pond transition. Finally, manage water flows out of the ponds so that the best water quality possible exits the Site.

##### (3) Separate Clean Roof Water

Separate, capture and manage roof water runoff – which is relatively clean – to reduce volume of water necessary to treat. Recycle the roof water to other (ranch) uses or direct it to the peripheral ditch system so that it re-enters the Bessie Creek system.

### (4)   Manage the Remaining "Forested" Wetland Depression

(a).  Set up a treatment system for any storm water flowing into the wetland from the eastern and southern paddock areas. Decommission the existing southern pipe outlet.

(b).  Flatten the filled peripheral side slope areas around the partially filled wetland depression to 7: 1 (Horizontal/Vertical).

(c).  Establish a 50 ft buffer around the entire wetland depression, fence it and do not mow, whack, or graze it.

(d).  Direct any other inflows to the existing depression as in the Pond section above, engaging as much of the perimeter of the buffer as possible.

(e).  Eliminate existing non-native weeds from the wetland and the buffer using an integrated strategy that includes hand removal, tactical whacking of targeted weeds, and spot applications of EPA registered herbicides (as a last resort).

(f).  Manage water flows into, through, and exits the buffer and the remaining wetland area to optimize water residence times and treatment opportunities so that the entire system has the opportunity to improve water quality.

(g).  Interplant native tree, shrub, and undergrowth species within the thinned and degraded area with the goal of increasing canopy coverage in tree, shrub, and undergrowth layers and thereby increasing vertical and horizontal habitat complexity.

### 3.   Off-Site Recommendations and Opinions

As no on-site restoration is really feasible, we recommend purchase of credits from an existing mitigation bank that is within the Martin County service area. For example, the Bluefield Ranch Mitigation Bank is such an entity (Bluefield Ranch Mitigation Bank | St Lucie, Okeechobee, Indian River, Martin Counties Florida)

Anticipating the use of the UMAM approach to calculate mitigation credits sufficient to offset Direct and Indirect impacts associated with development of the Site, we have made the following background assumptions

a. There are 5.97 acres total area of impacted wetlands on the Sharfi Property.

b. The size of the residual forested wetland depression is 0.79 acres. It scores 4.0 (functioning at 40% capacity = 0.40) on UMAM.

c. The area of residual wetlands now converted to pasture/Bahia grass/paddocks, etc. but still wetlands = 5.18 acres. They score a UMAM 1.0 (functioning at 10% capacity = 0.10)

d. Our best reference area is the forested and scrub/shrub wetland that is due north of the Defendant's Site. It is approximately 55 years old and scored 7.5 UMAM (functioning at 75% capacity = 0.75).

e. Given "d" above, the "Functional Loss" Deltas due to impacts on the Site are as follows:

    (1). 0.79 acres of .40 residual forest – difference to 0.75 (Reference Condition) = -0.35

    (2). 5.18 acres of .10 Converted Pasture/Bahia wetland = difference to 0.75 (Reference Conditions) = -0.65

Current UMAM Guidance summarized in Bardi et al., (2004) advises the following -

"To determine the number of mitigation bank credits or amount of regional offsite mitigation needed to offset impacts, when the bank or regional offsite mitigation area is assessed in accordance with this rule, calculate the functional loss (FL) of each impact assessment area.
The total number of credits required is the summation of the calculated functional loss for each impact assessment area. Neither time lag nor risk is applied to determining the number of mitigation bank credits or amount of mitigation necessary to offset impacts when the bank or regional offsite mitigation area has been assessed under this rule."

Incorporating this guidance into our calculations, they are as follows -

Calculation # 1. Mitigation for Residual Forest Impacts: (-0.79 acres x -03.5 delta) =

    -2.77 credits

Calculation # 2. Mitigation for Bahia/Pasture Conversion Impacts: (5.18 acres x - 0.65 delta) = -3.37 credits

Calculation # 3. Total Mitigation Debt = -2.77 + - 3.37 = - 6.14 Credits

Calculation # 4. Current costs/credit at the Bluefield Ranch mitigation bank are $250,000. Therefore, - 6.14 Credits x $250,000 = $1,535,000

## VI.  Literature Cited & Other References

Acreman, M., Holden, J. How Wetlands Affect Floods. *Wetlands* **33,** 773–786 (2013). https://doi.org/10.1007/s13157-013-0473-2

Araya, Yoseph N., Jonathan Silvertown, David J. Gowing, Kevin J. McConway, H. Peter Linder, and Guy Midgley. 2011. "A Fundamental, Eco-Hydrological Basis for Niche Segregation in Plant Communities." New Phytologist 189, no. 1: 253–58. https://doi.org/10.1111/j.1469-8137.2010.03475.x.

Army Engineer Research and Development Center, Vicksburg, MS.

Bardi, E.B., M.T. Brown, K.C., Reiss, and M.J. Cohen. 2004. Uniform Mitigation Assessment Method UMAM Training Manual. Florida Department of Environmental Protection and the Center for Wetlands, University of Florida. Web Links - The Uniform Mitigation Assessment Method (UMAM) | Florida Department of Environmental Protection and http://www.dep.state.fl.us/water/wetlands/erp/forms.htm

Berkowitz, Jacob & Vepraskas, Michael & Vaughan, Karen & Vasilas, Lenore. (2020). Development and application of the Hydric Soil Technical Standard. Soil Science Society of America Journal. 85. 10.1002/saj2.20202.

Brinson MM. 1993. A Hydrogeomorphic classification for wetlands. U.S. Army Corps of Engineers, Washington, DC. Wetlands Research Program Technical Report WRP-DE-4.

Brinson MM, Rheinhardt RD, Hauer FR, Lee LC, Nutter WL, Smith RD, Whigham D. 1995. A guidebook for application of hydrogeomorphic assessments to riverine wetlands. U.S. Army Corps of Engineers, Washington, DC. Wetlands Research Program Technical Report WRP-DE-11.

Brody, Samuel,  Highfield, Wesley, Ryu, Hyung-Cheal,  Spanel-Weber, Laura. (2007). Examining the Relationship between Wetland Alteration and Watershed Flooding in Texas and Florida. 40. 413-428. 10.1007/s11069-006-9003-3.

Bullock, Andrew & Acreman, Mike. (2003). The Role of Wetlands in the Hydrological Cycle. Hydrology and Earth System Sciences. 7. 10.5194/hess-7-358-2003.

Cooke. C. Wythe, 1945. Geology of Florida. Florida State Dept of Conservation and Florida Geologic Survey. Geologic Bulletin 29 339pp illus.

Cowardin LM, Carter V, Golet FC, LaRoe ET. 1979. Classification of wetlands and deepwater habitats of the United States. U.S. Fish & Wildlife Service Pub. FWS/OBS-79/31, Washington, D.C.

Davis, JH. 1967. "General Map of Natural Vegetation of Florida Circular S-178 (Map)." https://ufdc.ufl.edu/UF00000505/00001.

Denton, Shirley R, and Diane Willis. "The Field Identification Guide to Plants Used in the Wetland Assessment Procedure (WAP)," 2008, 64.

Diamond, Jacob S., Joshua M. Epstein, Matthew J. Cohen, Daniel L. McLaughlin, Yu-Hsin Hsueh, Richard F. Keim, and Jamie A. Duberstein. "A Little Relief: Ecological Functions and Autogenesis of Wetland Microtopography." WIREs Water 8, no. 1 (2021): e1493. https://doi.org/10.1002/wat2.1493.

Diamond, Jacob S., Joshua M. Epstein, Matthew J. Cohen, Daniel L. McLaughlin, Yu-Hsin Hsueh, Richard F. Keim, and Jamie A. Duberstein. 2021 "A Little Relief: Ecological Functions and Autogenesis of Wetland Microtopography." WIREs Water 8, no. 1: e1493. https://doi.org/10.1002/wat2.1493.

Dowling, David & Wiley, Michael. (1986). The Effects of Dissolved Oxygen, Temperature, and Low Stream Flow on Fishes: A Literature Review. Aquatic Biology Section Technical Report, Illinois, 1998, 61.

Dunne, Thomas. & Leopold, Luna B.  (1978).  *Water in environmental planning*. San Francisco:  W. H. Freeman,  http://www.loc.gov/catdir/enhancements/fy1004/78008013-t.html

Edwards, R. T. (1987). "Sestonic bacteria as a food source for filtering invertebrates in two southeastern blackwater rivers." *Limnology and Oceanography* 32, 221-34.
Edwards, R. T., and Meyer, J. L. (1986). "Production and turnover of planktonic bacteria in two southeastern blackwater streams," *Applied and Environmental Microbiology* 52, 1317-23.

Florida Fish and Wildlife Conservation Commission and Florida Natural Areas Inventory 2021 "Strategic Habitat Conservation Areas dataset" Florida Forever Conservation Data Viewer accessed Jan 9, 2022. https://www.fnai.org/webmaps/FFCNA_Map/index.html Metadata available at https://fnai04.fnai.org:6443/arcgis/rest/services/FFCNA/Strategic_Habitat_Cons_Areas_FFCNA/ImageServer

FNAI 2021 "Preliminary Evaluations of the November 2021 Florida Forever Proposals" https://www.fnai.org/PDFs/FNAI%20Preliminary%20Evaluation%20November%202021%20Florida%20Forever%20Proposals.pdf

Gilliam, J.W. 1994. Riparian Wetlands and Water Quality. *J. Environ. Qual*. 23:896–900.

Gosselink, J. G. and L. C. Lee. 1989. Cumulative impact assessment in bottomland hardwood forests. *Wetlands* Volume 9, Special Issue. Society of Wetland Scientists, Wilmington, N.C. 174 pp.

Gosselink, J. G., L. C. Lee, and T.A. Muir, editors. 1990. Ecological Processes and Cumulative Impacts - Illustrated by Bottomland Hardwood Wetland Ecosystems. Lewis Publishers, Chelsea, Michigan. 708 pp

Griffith, Glenn E, James M Omernik, and Suzanne M Pierson. 2012. "Level III and IV Ecoregions of Florida" US Environmental Protection Agency https://gaftp.epa.gov/EPADataCommons/ORD/Ecoregions/fl/fl_eco_lg.pdf

Haag, Kim, and William Pfeiffer. "Flooded Area and Plant Zonation in Isolated Wetlands in Well Fields in the Northern Tampa Bay Region, Florida, Following Reductions in Groundwater-Withdrawal Rates." Scientific Investigations Report. Scientific Investigations Report. USGS, 2012. https://pubs.usgs.gov/sir/2012/5039/pdf/2012-5039.pdf.

Harris, L. 1984. The Fragmented Forest: Island Biogeographic Theory and the Preservation of Biotic Diversity. University of Chicago Press, Chicago.

https://planthardiness.ars.usda.gov/.

Jenny, Hans. Factors of Soil Formation: A System of Quantitative Pedology. 1994th ed. New York: Dover Publications, 1941. https://www.nrcs.usda.gov/wps/PA_NRCSConsumption/download?cid=nrcseprd1330210&ext=pdf.

Johnston, C. 1991. Sediment and nutrient retention by freshwater wetlands: Effects on surface water quality. Critical Reviews in Environmental Control 21:491-565

Kostura, H.2021 SFWMD GIS IT Geospatial Services Geographer IV. pers comm. 12/29/2021

Lichtler W. 1960. "Geology and Ground-Water Resources of Martin County, Florida." Florida Geological Survey https://doi.org/10.35256/RI23.

Meeroff, Daniel & Bloetscher, Frederick & Bocca, Thais & Morin, Frédéric. (2008). Evaluation of Water Quality Impacts of On-site Treatment and Disposal Systems on Urban Coastal Waters. Water Air and Soil Pollution. 192. 11-24. 10.1007/s11270-008-9630-2.

Miller, R.E, and B.E. Gunsalus. 1997 & Updated 1999. Wetland Rapid Assessment Procedure. Technical Publication Reg. 001. Natural Resource Management Division, Regulation Department, South Florida Management District.

Mitsch, W.J. and  J.G. Gosselink (eds).2007. Wetlands. 582 pp.

Mitsch, William & Gosselink, James. (2015). Wetlands, 5th edition.

Mitsch, W.J. and Gosselink, J.G. (2000) The Value of Wetlands: Importance of Scale and Landscape Setting. Ecological Economics, 35, 25-33. http://dx.doi.org/10.1016/S0921-8009(00)00165-8

Reddy, K. R., R. DeLaune, and C. B. Craft. 2010. Nutrients in wetlands: Implications to water quality under changing climatic conditions. Final Report submitted to U.S. Environmental Protection Agency. EPA Contract No. EP-C-09-001.

Rheinhardt, R. D., Rheinhardt, M. C., and Brinson, M. M. (2002). "A regional guidebook for applying the hydrogeomorphic approach to assessing wetland functions of wet pine flats on mineral soils in the Atlantic and Gulf coastal plains," ERDC/EL TR-02-9, U.S.

Rickman, W, J Letey, and L H Stolzy. "Compaction affects plant growth." *California Agriculture*, 1965, 3.

Scott, TM. 2001. "Geologic Map of the State of Florida (Revised)" Florida Geological Survey, Florida Dept of Environmental Protection  https://ufdc.ufl.edu/uf00015087/00001.

Seitzinger S, Harrison JA, Böhlke JK, Bouwman AF, Lowrance R, Peterson B, Tobias C, Van Drecht G. Denitrification across landscapes and waterscapes: a synthesis. Ecol Appl. 2006 Dec;16(6):2064-90. doi: 10.1890/1051-0761(2006)016[2064:dalawa]2.0.co;2. PMID: 17205890.

SFWMD. "2014_SFWMD_Photointerpretation_Key," 2014. https://apps.sfwmd.gov/sfwmd/gsdocs/TPubs/2014_SFWMD_Photointerpretation_Key.pdf.

SFWMD 2018 South Florida Water Management District Land Use and Cover 2014 - 2016[KR1] (FGDC) / Lu_sfwmd_2016." West Palm Beach, FL: South Florida Water Management District, 2018. https://www.fgdl.org/metadataexplorer/full_metadata.jsp?docId=%7BC6F760F5-177F-43AB-AE6A-AB8566603F9C%7D&loggedIn=false.

Smith, R. D., Ammann, A., Bartoldus, C., and Brinson, M. M.  (1995). "An approach for assessing wetland functions using hydrogeomorphic classification, reference wetlands, and functional indices," Technical Report WRP-DE-9, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

Soil Survey Staff, Natural Resources Conservation Service, United States Department of Agriculture. Web Soil Survey. Available online at the following link: http://websoilsurvey.sc.egov.usda.gov/. Accessed [month/day/year].

Thorbjørn, Anne, Per Moldrup, Helle Blendstrup, Toshiko Komatsu, and Dennis E. Rolston. "A Gas Diffusivity Model Based on Air-, Solid-, and Water-Phase Resistance in Variably

Saturated Soil." Vadose Zone Journal 7, no. 4 (2008): 1276–86. https://doi.org/10.2136/vzj2008.0023.

United States Department of Agriculture, Natural Resources Conservation Service. 2018. Field Indicators of Hydric Soils in the United States, Version 8.2. L.M. Vasilas, G.W. Hurt, and J.F. Berkowitz (eds.). USDA, NRCS, in cooperation with the National Technical Committee for Hydric Soils

USACE. 2005.  Technical Standard for Water-Table Monitoring of Potential Wetland Sites. ERDC TN-WRAP-05-2.  June 2005.

USACE 1987.  Corps of Engineers Wetland Delineation Manual.  Technical Report Y-87-1 (http://el.erdc.usace.mil/elpubs/pdf/wlman87.pdf)

USACE 2010.  Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Atlantic and Gulf Coast Region (Version 2.0).  ERDC/EL TR-10-20.

USDA – NRCS 1981, Rev. 2018 and 2019. Soil Survey Staff, Natural Resources Conservation Please Note:
a.  Soil series were cited on Reference Areas and on the Site using the 1981 soil survey for Martin County with updated information from the soil survey link provided above.
b. Soil series from the 1981 survey have been updated and listed in the Official Series Description (OSD) from the USDA-NRCS web site and the revisions are dated as follows:

USDA-NRCS, 1981, 2018
USDA-NRCS, 1981, 2018 Rev.
USDA-NRCS, 1981, 2018 Rev.
USDA –NRCS, 5/2018 Rev.
USDA-NRCS, 1981
USDA – NRCS, 10/2018 Rev.
USDA-NRCS, 12/2019 Rev

USDA. 2012 USDA Plant Hardiness Zone Map. Accessed January 2022.

U.S. EPA. 2002. Methods for Evaluating Wetland Condition: Wetlands Classification. Office of Water, U.S. Environmental Protection Agency, Washington, DC. EPA-822-R-02-017. [Methods for Evaluating Wetland Condition: Wetlands Classification (epa.gov)]

U.S. EPA. Connectivity of Streams and Wetlands to Downstream Waters: A Review and Synthesis of the Scientific Evidence (Final Report). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-14/475F, 2015.

U.S. Fish and Wildlife Service, National Wetlands Inventory - Wetlands Mapper (fws.gov)
USFWS South Florida Ecological Services. "South Florida Multi-Species Recovery Plan."
Accessed January 2022. https://www.fws.gov/verobeach/listedspeciesmsrp.html.

Vannote, R.L., Minshall, G.W. , Sedell, K.W. and Cushing, C.E. 1980: The river continuum
concept. Canadian Journal of Fisheries and Aquatic Research 37, 130-37.

Violante, A., and A. G. Caporale. "Biogeochemical Processes at Soil-Root Interface." Journal of
Soil Science and Plant Nutrition 15, no. 2 (June 2015): 422–48.
https://doi.org/10.4067/S0718-95162015005000038.

Weiher, Evan, and Paul A. Keddy. "The Assembly of Experimental Wetland Plant
Communities." Oikos 73, no. 3 (1995): 323–35. https://doi.org/10.2307/3545956.

Wright, A. L. and K.  R.  Reddy. 2001. Heterotrophic microbial activities in  Northern
Everglades Wetland.  Soil Sci.  Soc.  Am. J. 65:1856–1864.

Yang, Yun-Ya & Lusk, Mary. (2018). Nutrients in Urban Stormwater Runoff: Current State of
the Science and Potential Mitigation Options. Current Pollution Reports. 4.
10.1007/s40726-018-0087-7.

**List of Materials Considered**

Gilbert, Katherine M., John D. Tobe, Richard W. Cantrell, Maynard E. Sweeley, and James R.
Cooper. *The Florida Wetlands Delineation Manual*. Dept. of Environmental Protection,
1995.

Griffith, GE. "Florida Regionalization Project." EPA/Q-95/002 U.S. Environmental Protection
Agency, Environmental Research Laboratory, 1994.

Mitsch, William J., and James G. Gosselink. *Wetlands*. 5th edition. Hoboken, NJ: Wiley, 2015.

Myers, Ronald L., and John J. Ewel, eds. *Ecosystems of Florida*. Orlando: University of Central
Florida Press, 1990.

Nakamura, Motoka, and Ko Noguchi. "Tolerant Mechanisms to O2 Deficiency under
Submergence Conditions in Plants." *Journal of Plant Research* 133, no. 3 (2020): 343–
71. https://doi.org/10.1007/s10265-020-01176-1.

Six, J, H Bossuyt, S Degryze, and K Denef. "A History of Research on the Link between
(Micro)Aggregates, Soil Biota, and Soil Organic Matter Dynamics." *Soil and Tillage
Research*, Advances in Soil Structure Research, 79, no. 1 (September 1, 2004): 7–31.
https://doi.org/10.1016/j.still.2004.03.008.

EPA/USACE November 2021 press conference announcing the vacated Navigable Waters Protection Rule (NWPR) and implementing the pre-2015 regulatory regime

## VII. Appendices

Appendix 1     List of Acronyms

Appendix 2     Curriculum vitae for DOJ Technical Team Members

Appendix 3     Tables

Appendix 4     Figures

Appendix 5     Photographs

Appendix 6     Wetland Data Sheets

Appendix 7     Hydrologic and Survey Data

Appendix 8     Soil Descriptions

Appendix 9     Functional Assessment Data Sheets