# ATTACHMENT 1

Page 1

1            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2               FORT PIERCE DIVISION

3

4     UNITED STATES OF AMERICA,

5          Plaintiff,

6     vs.
                                    CASE NO.:
7     BENJAMIN K. SHARFI, in his     2:21-cv-14205-KAM
      personal and fiduciary capacity
8     as trustee of the Benjamin Sharfi
      2002 Trust, and NESHAFARM, INC.,

9

         Defendants.
10

11   ————————————————————————————

12

13              VIDEOTAPED DEPOSITION OF

14              WADE L. NUTTER, Ph.D., PH

15            Taken on behalf of Defendants

16

17    DATE TAKEN:   October 12, 2023
      TIME:         9:07 a.m. - 3:55 p.m.
18    PLACE:        By videoconference

19

20      Examination of the witness taken before:
21              Bobbie A. Umstead
            Registered Professional Reporter
22          Florida Professional Reporter

23

24

25

Page 2

1    A P P E A R A N C E S

2

3   JEFFREY HUGHES, Esquire
    BRANDON N. ADKINS, Esquire

4

5    UNITED STATES DEPARTMENT OF JUSTICE
    Environment & Natural Resources Division
    Post Office Box 7611

6    Washington, D.C. 20044-7611
    jeffrey.hughes@usdoj.gov

7    brandon.atkins@usdoj.gov
    202-514-2701

8

      Appearing on behalf of Plaintiff.

9

10

11   T. NEAL MCALILEY, Esquire

12   CARLTON FIELDS, P.A.
    2 MiamiCentral

13   700 N.W. 1st Avenue, Suite 1200
    Miami, Florida 33136

14   mcaliley@carltonfields.com
    305-530-0050

15     -and-

16   CHRISTOPHER F. HAMILTON, Esquire

17   SHARFI HOLDINGS, INC.
    3731 N.E. Pineapple Avenue, 2nd Floor

18   Jensen Beach, Florida 34957
    chamilton@sharfiholding.com

19   813-416-2352

20     Appearing on behalf of Defendants.

21
22
23
24
25

Page 3

1   A P P E A R A N C E S  (C O N T I N U E D)

2

3   WILLIAM J. MOORE, Esquire
    KATHERINE WAINWRIGHT, Esquire

4

5   U.S. ARMY CORPS OF ENGINEERS
    701 San Marco Boulevard

6   Jacksonville, Florida 32207
    william.j.moore@usace.army.mil

7   katherine.t.wainwright@usace.army.mil
    904-232-2466

8

      Appearing on behalf of

9     U.S. Army Corps of Engineers.

10

11   ALSO PRESENT:

12     CHRIS HERNANDEZ, Videographer

13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1      I N D E X

2   Deposition of WADE L. NUTTER, Ph.D., PH    Page No.

3   Direct Examination By Mr. McAliley............    7

4   Cross-Examination By Mr. Hughes................   242

5   Reporter's Certificate........................    268

6   Certificate of Oath...........................    269

7   Errata Letter.................................    270

8   Errata Sheet (to Be Forwarded Upon Execution)...   271

9
10

11      EXHIBITS INDEX

12   No.              Page No.

13   Exhibit 261   Supplemental Expert Report dated    14
      9/15/23

14
15
16

17    REFERENCES TO PREVIOUSLY MARKED EXHIBITS

18   No.              Page No.

19   Exhibit 72   Expert Team Report dated 2/18/22    11

20   Exhibit 73   Figures from Expert Team Report    12
      dated 2/18/22 (Appendix 4)

21

     Exhibit 74   Tables from Expert Team Report    13

22       dated 2/18/22 (Appendix 3)

23   Exhibit 255   Regional Supplement to the Corps    112
      of Engineers Wetland Delineation

24       Manual:  Atlantic and Gulf
      Coastal Plain Region

25       (Version 2.0)

Page 5

1   REFERENCES TO PREVIOUSLY MARKED EXHIBITS (CONTINUED)

2   No.            Page No.

3   Exhibit 258   Countess Joy, LLC, Site    153
      Investigation, August 23-24,

4       2021

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

1      VIDEOGRAPHER: Okay. We're on the record.
2  The date is October 12th, 2023. The time is
3  9:07 a.m. This is Media Unit 1 of the videotaped
4  deposition of Dr. Wade Nutter in the matter of
5  United States of America versus Benjamin K. Sharfi.
6  Will counsel please state their appearances
7  for the record.
8      MR. HUGHES: Jeffrey Hughes from United States
9  Department of Justice on behalf of the United
10  States. With me today is Brandon Adkins, also from
11  the United States Department of Justice, William
12  Moore, from the United States Army Corps of
13  Engineers, and Katherine Wainwright, from the
14  United States Army Corps of Engineers.
15     MR. McALILEY: This is Neal McAliley at the
16  law firm of Carlton Fields. We represent the
17  defendants in the case. Also on the video is Chris
18  Hamilton, who is in-house counsel for the
19  defendants.
20     COURT REPORTER: All right. Dr. Nutter, this
21  is Bobbie Umstead, the court reporter.
22     With me being a Florida notary and you being
23  physically in the state of Georgia, do I have your
24  permission to place you under oath?
25     THE WITNESS: Yes.

Page 7

1                 - - -
2      WADE L. NUTTER, Ph.D., PH,
3  having been produced and first duly sworn remotely, and
4  after responding "I do" to the oath, was examined and
5  testified as follows:
6          DIRECT EXAMINATION
7  BY MR. McALILEY:
8   Q  Okay. Good morning, Dr. Nutter.
9   A  Good morning.
10  Q  So why don't we go over, just as a review,
11  some of the ground rules for the deposition today. I
12  know you've done this before, but it's always a good
13  thing for us to review them.
14     You understand that you're testifying under
15  oath today; right?
16  A  Yes.
17  Q  And when you're testifying under oath, that
18  means that you have an obligation to testify truthfully;
19  isn't that right?
20  A  Correct. Yes.
21  Q  Do you understand that a transcript is being
22  taken and this proceeding is also being videotaped?
23  A  Yes.
24  Q  You know, one of the challenges from remote
25  depositions is just the clarity of the record.

Page 8

1  Sometimes we have, you know, bad connections or
2  sometimes the microphones don't work as well. So I
3  would just ask you just try to speak clearly and loud
4  enough for the court reporter to hear.
5      If at any point she can't understand, I'm sure
6  she'll say, "I didn't hear that." If I don't
7  understand, I'll let you know. There may be times you
8  need to speak up a little bit. But just a reminder for
9  that.
10     That also goes for me, by the way. If you
11  don't understand me, either because there's, you know, a
12  bad connection, or maybe more likely a bad questions
13  that's not intelligible, please ask me to rephrase it
14  and I'll do it so we understand each other.
15  A  I will do.
16  Q  Remember also that when you answer a question,
17  you need to answer verbally. So nods and shakes of the
18  heads may show up on the video but not on the
19  transcript.
20     Also, if you're going to say "yes" or "no," I
21  encourage you to use those words as opposed to "uh-huh"
22  when we don't quite know what that looks like on the
23  transcript. There may be points, if you are to -- were
24  to answer that way, I may say, "Is that a yes?"
25  Sometimes I'm saying that just so the record's clear.

Page 9

1  A  I understand.
2  Q  And that goes for me too. So if I'm not being
3  clear as well, you just ask me to be more clear.
4      I tend to take breaks every hour to hour and a
5  half for a few minutes, but if at any point you need to
6  take a break, please let me know and I'll be happy to
7  take a break.
8  A  Will do.
9  Q  Do you have any questions for me before we
10  start?
11  A  No. I'm clear on what we need to do.
12  Q  Okay. So let's start out by -- let me ask
13  you, what is in front of you right now?
14  A  I have the supplemental report that was
15  submitted several weeks ago. I have the expert report
16  that was prepared last year. I have a copy of my
17  deposition with the corrections made from my review of
18  that. And I also have a copy of Mr. Mike Wylie's
19  supplemental report that was submitted a couple weeks
20  ago.
21  Q  Okay. Thank you.
22  A  Excuse me. I also have a legal pad with a
23  pencil, in case I need to make a note. But it's blank.
24  Q  Okay. Thank you.
25     What have you done to prepare for the

3 (Pages 6 - 9)

Page 10

1 deposition today?
2    A   Well, I've had conversations with the --
3 Mr. Hughes and Mr. Adkins at DOJ regarding just review
4 of what I've done and my testimony that's coming up.
5    Q   Have you conducted any further factual
6 investigations in this case since I last took your
7 deposition?
8    A   No.
9    Q   So you recall that I took your deposition on
10 April 1st of 2022?
11    A   Yes.
12    Q   It's hard to believe it's been that long.
13 It's been a year and a half.
14    A   (Laughing.) Right.
15    Q   Time flies.
16       And, Dr. Nutter, did you testify truthfully at
17 that deposition?
18    A   Yes, I did.
19    Q   Was your testimony accurate to the best of
20 your knowledge?
21    A   Yes.
22    Q   Do you stand by your testimony that you gave
23 in your deposition on April 1st of 2022?
24    A   With the corrections made, yes.
25    Q   When you say "the corrections," this was the

Page 11

1 errata sheet that you filled out after the deposition;
2 right?
3    A   Yes. Yes.
4    Q   Okay. So do you recall I showed you a number
5 of exhibits at your previous deposition?
6    A   Yes.
7    Q   So I'm not going to go through all of them,
8 but I'd like to go through a few of them here just
9 because I may be using them for reference here today.
10    A   Okay.
11    Q   So let's start out with your original report.
12       Am I right that you and the other DOJ experts
13 prepared a report dated February of 2022 that stated
14 your opinions in the case?
15    A   Yes.
16    Q   What I'd like to do is show you what's been
17 previously marked as Deposition Exhibit 72. I'm going
18 to put that up on the screen.
19       Dr. Nutter, I just put up on the screen what
20 had been previously marked as Deposition Exhibit 72,
21 which was your original report dated February 18th of
22 2022. Are you able to see that?
23    A   Yes.
24    Q   Does that appear to be just at least the first
25 page of your original report?

Page 12

1    A   Yes.
2    Q   Do you stand by the statements made in your
3 original report?
4    A   Yes.
5    Q   Are the statements made in your original
6 expert report truthful and accurate to the best of your
7 knowledge?
8    A   Yes.
9    Q   Are there any opinions in your original report
10 that you have changed?
11    A   No.
12    Q   Okay. I'm sure I'll be coming back to this
13 later, but let me take this down.
14       Let me show you next what was previously
15 marked as Deposition Exhibit 73. Can you see on your
16 screen the first page of Deposition Exhibit 73?
17    A   Yes.
18    Q   So these -- does this appear to be the figures
19 from your original report?
20    A   Correct.
21    Q   Do you stand by the accuracy of those figures
22 from your original report?
23    A   I do.
24    Q   Are there any figures in your original report
25 that you believe are no longer accurate?

Page 13

1    A   Not -- I don't believe so, no. I mean, I
2 believe they're accurate, yes.
3    Q   Okay. Let me -- let me take down this exhibit
4 here.
5       Now I'd like to show you what was previously
6 marked as Deposition Exhibit No. 74. I just put that up
7 on the screen. Can you see that there?
8    A   Yes.
9    Q   Does that appear to be the -- zooming back so
10 maybe the depo's stickers on it -- okay? -- can you
11 see -- can you see on the screen the first page, which
12 is Table II.A.1?
13    A   Yes.
14    Q   Does this appear to be the tables from your
15 original report?
16    A   It does, yes.
17    Q   Okay. Do those tables accurately show
18 information that you collected or reviewed related to
19 this case?
20    A   To the best of my knowledge, yes.
21       MR. McALILEY: Okay. All right. Let me stop
22 sharing that.
23       And now I'd like to show you what is the next
24 deposition number, which is -- I believe it's
25 Deposition Exhibit 261.

4 (Pages 10 - 13)

Page 14

1       (Thereupon, Exhibit 261 was marked for
2   identification.)
3 BY MR. McALILEY:
4    Q   I just put up on the screen what I received as
5 the supplemental report that you prepared dated
6 September 15th of 2023.  Can you see that?
7    A   Yes.
8       MR. McALILEY:  And by the way, just for the
9 record, 261 is the next number; right, Brandon?
10      I think it is.
11      We'll go for it.  Maybe he's busy doing
12 something else.  But 261 is on our label list.
13      MR. ADKINS:  I'm checking.  I'll let you know
14 if it's wrong.
15      MR. McALILEY:  Thank you.
16 BY MR. McALILEY:
17   Q   Okay.  Dr. Nutter, does this supplemental
18 report state all of your updated opinions in this case?
19   A   Yes.
20   Q   Are there any opinions that you have which are
21 not contained in your supplemental report?
22   A   I don't believe so.  I think I've covered
23 everything in my report, yes.
24   Q   Are all of the statements in your supplemental
25 report truthful and accurate to the best of your

Page 15

1 knowledge?
2    A   Yes.
3    Q   Are all of the exhibits to your supplemental
4 report truthful and accurate to the best of your
5 knowledge?
6    A   Yes.
7    Q   Okay.  What I'd like to do is -- I want to go
8 down to the second page of the report.  It's marked as
9 Page 2.  And I'm going to zoom in here a little bit
10 here, and to the first paragraph under the "Background"
11 section.  Can you see that all right?
12   A   Yes.
13   Q   Would it be helpful to you if I zoomed it
14 more, or is that --
15   A   No, I can see it all right.
16   Q   Okay.
17   A   Do you mind if I look at the hard copy, or do
18 you just want me to look at the screen?
19   Q   I prefer that you look at the screen, because
20 there's points that I may be going and highlighting just
21 to point out a specific sentence or something.  It's
22 just easier to read.
23      And why don't I start by doing that so you can
24 see.  So I'm on the first paragraph in Section II,
25 "Background," and there is a sentence here which I just

Page 16

1 highlighted so we can all see what it is.  It says,
2 quote, "My principal role as a member of the team was:
3 (1) to determine if wetland hydrology existed on the
4 site at issue in this litigation prior to earthmoving
5 and filling operations; (2) if so, to determine the
6 occurrence and extent of wetland hydrology and
7 jurisdictional waters; and (3) to integrate my findings
8 and opinions with the other team members."
9      Did I read that right?
10   A   Yes.
11   Q   Does that accurately state your role in this
12 case?
13   A   Yes.
14   Q   So on what topics are you going to be giving
15 opinions in this case?
16   A   On the hydrology, just as this points out,
17 it's to determine the hydrology of the site, the Sharfi
18 site, and what we call the Countess Joy East property
19 and Bessey Creek.
20   Q   Are you going to be giving opinions on the
21 occurrence and extent of wetlands in -- either on the
22 defendants' site or on the Countess Joy East property?
23   A   As a member of the team, we made those
24 determinations, and, yes, so I will be giving opinions
25 on that.

Page 17

1    Q   So are you going to give opinions just on the
2 hydrology piece of the wetlands, or are you also going
3 to be giving opinions on the other elements of a wetland
4 such as soils, vegetation, you know, the other
5 characteristics of a wetland?
6    A   No.  My opinions will be just with respect to
7 the wetland hydrology.
8    Q   Okay.  Thank you.
9      And when you say "wetland hydrology," what do
10 you mean?
11   A   Well, it's -- it's the -- the hydrology
12 associated with wetlands and its association with the
13 other two parameters which then justify or denote a
14 jurisdictional wetland.
15   Q   Dr. Nutter, what is -- what hydrological
16 conditions are necessary for there to be wetland
17 hydrology in an area?
18   A   Well, the presence of surface water or water
19 near the surface in the soil for a sufficiently long
20 period of time to support hydrophytic vegetation and to
21 create hydro- -- excuse me -- hydric soil conditions, or
22 maintain hydric soil conditions.
23   Q   To make sure I understand, then, an area can
24 have wetland hydrology if there's surface water, there's
25 water above the ground, or if there is water below the

Page 18

1  ground that saturates the soil sufficient so it could
2  allow for wetland plants. Am I understanding that
3  right?
4      A   Yes.
5      Q   So an area can have wetland hydrology without
6  having any water above the ground surface; is that
7  right?
8      A   Yes.
9      Q   Did the DOJ expert team in this case determine
10  there are wetlands in places where there is no water
11  found above the ground surface?
12      A   Yes.
13      Q   Okay. Are you going to be offering opinions
14  on any other issue other than the hydrology issues that
15  we discussed?
16      A   Well, the hydrologic connections of those
17  wetlands to streams, ditches, in the area that we
18  studied.
19      Q   Anything else?
20      A   Repeat the question again? The opinion --
21      Q   Yeah.
22      A   Yeah.
23      Q   Is there anything else other than these
24  hydrology matters? When I say "hydrology matters," I'm
25  understanding the hydrology of the areas that may or may

Page 19

1  not be wetlands as well as the hydrological connections
2  to ditches and streams, et cetera.
3      A   Yes.
4      Q   Okay. So that's the limit -- that's the limit
5  of what you're testifying to; right?
6      A   If I understand your question correctly,
7  that's correct, yes.
8      Q   All right.
9         How does the subject matter of your testimony
10  relate to the subject matter of Michael Wylie's
11  testimony, if you know?
12      A   If I understand correctly, and I'm not
13  speaking for Mike, but his role in our team was to
14  integrate the various findings of the experts in
15  hydrology, myself, the soils expert, the vegetation
16  expert, and its relationship to the jurisdiction and
17  extent of that jurisdiction in the area under study.
18      Q   Are you going to be giving testimony on the
19  regulatory aspects of the Clean Water Act as they relate
20  to this case?
21      A   No.
22      Q   So you are aware, Dr. Nutter, that the Supreme
23  Court recently issued a decision that addresses what
24  wetlands are regulated under the Clean Water Act?
25      A   Yes.

Page 20

1      Q   And the name of the case is Sackett versus
2  U.S. Environmental Protection Agency; right?
3      A   Yes.
4      Q   And the Sackett case, as I'm going to call it,
5  was issued in May of 2023; right?
6      A   Yes.
7      Q   Do you agree that the Sackett case establishes
8  the test in this case whether a wetland is regulated
9  under the Clean Water Act?
10         MR. HUGHES: Objection.
11         THE WITNESS: Well, I don't -- I don't --
12      repeat your question again to make sure I
13      understand it.
14  BY MR. McALILEY:
15      Q   Do you agree that the Sackett case establishes
16  the test to be applied in this litigation as to whether
17  the wetlands on the defendants' site are regulated under
18  the Clean Water Act?
19         MR. HUGHES: Objection.
20         THE WITNESS: Well, it establishes tests. I
21      can't say that those tests have been applied to
22      this case, but that this case would be included
23      under that, if I understand your question
24      correctly.
25  BY MR. McALILEY:

Page 21

1      Q   Well, in order to figure out whether a wetland
2  is regulated in the Clean Water Act, you have to have
3  some certain criteria for determining whether a wetland
4  is or is not regulated. Would that be fair to say?
5      A   Yes.
6      Q   Does the Sackett case establish the criteria
7  to be applied in this case, in this litigation?
8      A   To my understanding, yes, it does.
9         That's true for all wetlands, not just this
10  case, if that's what -- I don't want to imply that it
11  applies specifically to this case, but it has to apply
12  to all situations of jurisdictional wetlands.
13      Q   Okay. I want to just draw your attention to
14  the -- this is Page 2 of your report, the first
15  paragraph under "Introduction." I'll read it aloud. I
16  just highlighted it so we could all see it.
17         Quote, "In light of Sackett versus EPA, a
18  recent decision by the U.S. Supreme Court regarding
19  federal jurisdiction under the Clean Water Act, I
20  prepared this supplemental report focused on wetland
21  hydrology at the site (defined in the following section)
22  and a neighboring property," end quote.
23         Did I read that right?
24      A   Yes.
25      Q   Okay. So this supplemental report you

Page 22

1  prepared to address the hydrology on the site and the
2  Countess Joy property in light of the decision by the
3  Supreme Court in Sackett; correct?
4      A   Yes.
5      Q   Have you read the Sackett decision, by the
6  way?
7      A   I've tried to. I've read through some of the
8  legal parts. But not being a lawyer or a regulator,
9  I -- I tried to read it through. But I read some of the
10  more technical parts with interest.
11     Q   Okay. Let me -- what I'd like to do is let me
12  scroll down in your report here. We have to go down to
13  Page 5.
14         There's this second full paragraph on Page 5.
15  I'll highlight it. And it says -- and I'll read -- let
16  me read part of it. I'll start with the second
17  sentence.
18         Quote, "In that case" -- you're referencing
19  the Sackett case -- "the Court concluded that the
20  Rapanos versus United States plurality was correct that
21  the term 'waters' as used in the Clean Water Act
22  encompasses only relatively permanent, standing or
23  continuously flowing bodies of water, including streams,
24  oceans, rivers and lakes." And then there's a citation.
25         The next sentence says "For wetlands, the

Page 23

1  Court also agreed with the plurality that, to be
2  jurisdictional, wetlands must have a continuous surface
3  connection to water bodies that are 'waters of the
4  United States' in their own right so there is no clear
5  demarcation between 'waters' and 'wetlands.'" And end
6  quote. I'll leave off the citations.
7         Did I read that right?
8      A   Yes.
9      Q   Does that -- does this paragraph state your
10  understanding of what the Sackett case provides?
11     A   Yes.
12     Q   Okay. And in addition to the language in the
13  Sackett case, have you relied on any other rules or
14  guidance in developing your opinions for this case?
15     A   Any other rules, did you say?
16     Q   Rules. Rules, regulations or guidance.
17     A   I have read some early EPA, I believe, and
18  court guidance, but I -- but I did not apply that
19  because that had not become -- as I understood, had not
20  become official. But I did read it. But that was some
21  time ago, right after it came out.
22     Q   And when you say early EPA and court guidance,
23  this was guidance that was issued after the Sackett
24  decision was handed down by the Supreme Court?
25     A   I don't know whether it was guidance. It was

Page 24

1  comments, probably, more than guidance. It's been some
2  time since I looked at that.
3      Q   All right. Was this a regulation issued by
4  the agencies or something else?
5      A   What I recall reading was more or less
6  comments on -- on the Sackett decision and how the
7  agencies would be developing guidance.
8      Q   Okay. But am I right that you said a moment
9  ago you're not -- you did not apply it when you
10  developed your supplemental opinions in this case?
11     A   No.
12     Q   I misunderstood you, or --
13     A   I said I did not apply it.
14     Q   Okay.
15         All right. Are there any other -- other rules
16  or guidance that you have applied in developing your
17  supplemental opinions other than the Sackett decision
18  itself?
19     A   No.
20     Q   Okay. Are you relying on the 2008 Rapanos
21  guidance at all?
22     A   No. Only as it's referred to in the Sackett
23  decision.
24     Q   Okay.
25         Okay. What I'd like to do is -- and this is

Page 25

1  most of what we're going to do today, is just walk
2  through your supplemental report and so I can understand
3  your opinions. So what I'd like to do is I'm going to
4  go back to the top here and start from the top.
5         And so I'm now on Page 2 in the "Background"
6  section, which is Roman numeral II. Can you see that
7  there?
8      A   Yes. Yes.
9      Q   Okay. So let's go to the last paragraph on
10  Page 2, where it says, quote, "The site is bounded to
11  the north and west by drainageways that flow west and
12  north to the upstream reach of Bessey Creek, which is
13  located 0.3 miles," and that's 1,577 feet, "north of the
14  site. The upstream reach of Bessey Creek which
15  defendants' expert W. Michael Dennis refers to as
16  the" -- and I'll scroll to the next page -- "East-West
17  Ditch then flows east for approximately seven miles,
18  where it joins the tidally influenced waters of the
19  St. Lucie River, a traditionally navigable water,"
20  period, end quote.
21         Did I read that right?
22     A   Yes.
23     Q   Okay. So just so we get our nomenclature
24  straight, what you're referring to as the upstream reach
25  of Bessey Creek is what we refer to as the East-West

7 (Pages 22 - 25)

Page 26

1  Ditch; is that right?
2     A   Correct.
3     Q   And this is the -- this is the excavated
4  channel that runs in an east-west direction,
5  orientation, that borders the northern edge of the
6  Countess Joy property; is that right?
7     A   Yes.
8     Q   So when you say "the upstream reach of Bessey
9  Creek," are you just referring to that section of it
10 that's by the Countess Joy property on the defendants'
11 site, or are you referring to a larger area?
12    A   Referring to the reach of stream that would be
13 impacted from -- from upstream to the down- -- somewhat
14 downstream, slightly downstream, of the Countess Joy
15 property.  That's to distinguish the -- or segment out
16 the upstream and the lower reach of -- downstream reach,
17 which is discharging into TNW.
18    Q   Okay.  Just so I understand this correctly,
19 the downstream reach of Bessey Creek is the natural
20 creek that's further to the east; is that right?
21    A   Yes.
22    Q   And the upstream reach is this excavated
23 channel that goes up by the Countess Joy property;
24 correct?
25    A   Yes.

Page 27

1     Q   And is the distinction between the two the
2  location where the excavated channel meets the natural
3  bed of Bessey Creek?
4     A   Generally speaking, I don't think that we put
5  an actual demarcation on a map that's referring to
6  general reach of stream.
7     Q   Would you agree with me that the -- that the
8  East-West Ditch reaches the natural channel of Bessey
9  Creek around the hybrid wetland treatment technology
10 facility?
11    A   Yes.
12    Q   And just to be clear, I may refer to that as
13 the HWTT facility for short.  It's a lot of words
14 otherwise.
15    A   Right.  I understand, yes.
16    Q   Okay.
17        Do you know when the East-West Ditch was
18 excavated?
19    A   I don't recall exactly.  It was prior to the
20 '60s, but I'd have to go back to the original report.  I
21 don't recall exactly when.
22    Q   And the East-West Ditch is oriented in a
23 straight line, at least where it's by the Countess Joy
24 property; right?
25    A   Yes.

Page 28

1     Q   Would you agree with me that natural streams
2  typically do not run in straight lines?
3     A   I can think of circumstances where streams do
4  run in a straight line, but typically they do have a
5  meandering pattern to them.
6     Q   Now, the natural course of Bessey Creek that's
7  further to the east all has a meandering pattern to it,
8  doesn't it?
9        MR. HUGHES:  Objection.
10       THE WITNESS:  In places, yes.
11 BY MR. McALILEY:
12    Q   How long is the East-West Ditch?
13    A   I don't recall exactly.  I think -- well, I
14 don't recall.  I'd have to look it up.  But it's several
15 miles long.
16    Q   It's a few miles long; right?
17    A   Yes.
18        You're speaking of the upstream?
19    Q   Yes, sir.
20    A   Yes.  Yes, correct.
21    Q   Oh, let me go to your Exhibit 1 and do this
22 thing I learned from Mr. Wylie, going through the
23 thumbnails to make it faster.
24        So can you see on the screen where it says
25 "Exhibit 1"?

Page 29

1     A   Yes.
2     Q   Okay.  So I'm going to scroll down and put up
3  on the screen your Exhibit 1, zooming out so we can see
4  the whole thing.
5        Can you see the whole exhibit there on the
6  screen?
7     A   Yes.
8     Q   So is -- so am I right that this is a figure
9  that you prepared and included with your original
10 report?
11    A   Yes.
12    Q   And this is an aerial photograph with the
13 National Hydrography Dataset overlaid on top of it?
14    A   Yes.
15    Q   So just to -- and on the left-hand -- lower
16 left corner there's a legend that describes what each
17 line represents; isn't that right?
18    A   Yes.
19    Q   So there is -- it says "NHD" at the bottom.
20 Is that the entries for material from the National
21 Hydrography Dataset?
22    A   Yes.
23    Q   So there's a darker blue -- I think it's
24 blue -- line that says "Stream/River."  Do you see that?
25    A   Yes.

8 (Pages 26 - 29)

Page 30

```
 1    Q   So that represents a natural stream bed?
 2        MR. HUGHES:  Objection.
 3        THE WITNESS:  It represents Bessey Creek at
 4    the time.  But Bessey Creek has had a lot of work
 5    done on it over the years, so I can't say that it's
 6    all the natural stream bed.
 7 BY MR. McALILEY:
 8    Q   Well, the National Hydrography Dataset, you
 9 know, has different lines for different types of
10 hydrological features; isn't that right?
11    A   Yes.
12    Q   And that's a national dataset, isn't it?
13    A   Yes.
14    Q   So they have a standardized definition of
15 different types of water features that they use for
16 their -- for their dataset; isn't that right?
17    A   Yes.
18    Q   So the -- so the darker blue is what the
19 National Hydrography Dataset classifies as a stream or
20 river?
21    A   Yes.
22    Q   So if I look for that darker blue line, I can
23 see that on the right side of Exhibit No. 1; is that
24 right?
25    A   Yes.
```

Page 31

```
 1    Q   Okay.  Then -- and right above that darker
 2 blue line, that's the location of the HWTT facility;
 3 right?
 4    A   Yes.
 5    Q   Then I see, if I go back to the legend in the
 6 lower left, there's a lighter blue line -- I think it's
 7 lighter blue -- that says "Canal/Ditch."  Do you see
 8 that?
 9    A   Yes.
10    Q   And that is what the National Hydrography
11 Dataset classifies as a -- as the color for a canal or a
12 ditch; right?
13    A   Yes.
14    Q   And there is a -- there is a lighter blue line
15 that connects with the darker blue line right beneath
16 the HWTT facility on the -- and goes off to the west of
17 the exhibit; is that right?
18    A   Yes.
19    Q   Is that what you have labeled on this figure
20 as Bessey Creek?
21    A   Yes.
22    Q   Well, that's what we refer to as the East-West
23 Ditch.  Am I right that when you say "upstream reach of
24 Bessey Creek," you're referring to that entire length of
25 that light blue line?
```

Page 32

```
 1    A   Yes.
 2    Q   I also want to point something else out.  As I
 3 look at your Exhibit 1, I notice that there's other
 4 canals/ditches that are oriented in a north-south
 5 orientation that intersect the East-West Ditch.  Do you
 6 see those?
 7    A   Yes.
 8    Q   And am I right that there is -- looks like
 9 there could be eight or nine of them that connect to the
10 East-West Ditch between the Countess Joy property and
11 the HWTT facility?
12    A   Yes.
13    Q   Now, there is a north-south-oriented ditch
14 that goes from the western boundary of the defendants'
15 site up to the -- up to the East-West Ditch; right?
16    A   Yes.
17    Q   You've marked that on Exhibit 1 in yellow, I
18 think that is?
19    A   Well, that's -- it's -- it's the Countess Joy
20 property line overlaid on top of the blue and it came
21 out to be green on the photograph.  But --
22    Q   Okay.
23    A   -- underneath the green is what we refer to as
24 the North-South Ditch.
25    Q   Okay.  So sorry on the colors.  I tried.  I
```

Page 33

```
 1 thought I had it.  But okay.  It's the green.
 2    A   I understand.  It's okay.
 3    Q   So -- okay.  So throughout this deposition
 4 when I refer to the North-South Ditch, I'm going to be
 5 referring to that specific ditch that's shown in green
 6 on Exhibit 1 which goes from the western boundary of the
 7 defendants' site up to the East-West Ditch.
 8    A   Yes.
 9    Q   And that is also an artificial ditch; right?
10        MR. HUGHES:  Objection.
11        THE WITNESS:  It's a constructed ditch, yes.
12 BY MR. McALILEY:
13    Q   Constructed in the sense that somebody dug out
14 a ditch; right?
15    A   Yes.
16    Q   When was that -- when was that ditch
17 excavated?
18    A   I don't know exactly when, but it was sometime
19 before the '60s, I believe.  I think it was part of the
20 overall project consolidating the drainage of wetlands
21 within the Bessey Creek -- what we call the Bessey Creek
22 watershed, the upstream reach of the Bessey Creek
23 watershed.
24    Q   Am I right that if you -- and you've gone out
25 and personally seen the North-South Ditch; right?
```

9 (Pages 30 - 33)

Page 34

```
 1     A   Yes.
 2     Q   And you've also personally seen the East-West
 3  Ditch, haven't you?
 4     A   Yes.
 5     Q   Am I right that there are berms along much of
 6  the length of both of those ditches?
 7        MR. HUGHES:  Objection.
 8        THE WITNESS:  There are discontinuous berms.
 9  It's not -- it's not continuous.
10  BY MR. McALILEY:
11     Q   Yeah.  But putting aside whether they are
12  continuous, along most of the length of those ditches
13  there are berms next to the ditch; right?
14        MR. HUGHES:  Objection.
15        THE WITNESS:  I don't know that I could
16     characterize it that, but there are berms on
17     sometimes both sides, sometimes just one side.
18  BY MR. McALILEY:
19     Q   Is there any -- is there any figure that you
20  or the other DOJ team has prepared that shows the
21  location of the berms next to the North-South Ditch or
22  the East-West Ditch?
23     A   No.  Not to my knowledge.
24     Q   Do you understand that the berms that you saw
25  looked like sidecast material dating back to the
```

Page 35

```
 1  construction of the ditch, looked like somebody, when
 2  they dug out the ditch, they threw the dirt to the side
 3  and that resulted in the berm?
 4     A   That would be typically the source of the
 5  berms, yes.  They're not natural features of the
 6  landscape.
 7     Q   And those berms in some cases are several feet
 8  above the level of the water in the ditches; right?
 9        MR. HUGHES:  Objection.
10        THE WITNESS:  In some places that's true, yes,
11     but not in all places.
12  BY MR. McALILEY:
13     Q   Okay.  Actually there's some places along the
14  Countess Joy property and the East-West Ditch that the
15  berms are more than ten feet higher than the level of
16  water in the ditch; right?
17     A   I did not see anything close to ten feet.
18  Several feet, but not ten feet.
19     Q   Okay.
20        So, Dr. Nutter -- oh, one last thing while
21  we're looking at this.  We're also -- I see on Exhibit 1
22  there is -- on the left side of the exhibit there's a
23  line and a notation for Southwest 84th Avenue.  Can you
24  see that on the exhibit?
25     A   Yes.
```

Page 36

```
 1     Q   Is that the paved roadway which is -- as
 2  you're driving, you'd see the sign that says "Southwest
 3  84th Avenue"?
 4     A   Yes.
 5     Q   And so -- and there is a ditch next -- on the
 6  east side of that roadway; right?
 7     A   There's a ditch on both sides of the roadway,
 8  yes.
 9     Q   So in your report you talk about the Southwest
10  84th Avenue Roadside Ditch; isn't that right?
11     A   Yes.
12     Q   Are you referring to the ditch that's on the
13  east side of Southwest 84th Avenue?
14     A   Yes.
15     Q   So when I refer to the Southwest 84th Avenue
16  Ditch, just to be clear, I'm referring to the one on the
17  east side of the roadway.
18     A   Yes.
19     Q   And that also is a -- is a man-made ditch;
20  right?
21     A   Yes.
22     Q   And it's a ditch that was made to manage
23  stormwater off the road after it rains; right?
24        MR. HUGHES:  Objection.
25        THE WITNESS:  That's the function that it
```

Page 37

```
 1     serves in addition to draining wetlands.  It's -- I
 2     believe it was constructed earlier than 84th
 3     Avenue.
 4  BY MR. McALILEY:
 5     Q   Okay.  When was that ditch constructed?
 6     A   I believe it was part of the original -- I'd
 7  have to go back and refresh my memory, but I believe
 8  that it was part of the original construction of
 9  drainage ditches in the area.
10     Q   Approximately when was that?
11     A   Pardon me?
12     Q   Approximately when was that?
13     A   Well, it would have been in the same time
14  frame we talked about, sometime around the '60s or
15  earlier.
16     Q   Okay.  So basically --
17     A   84th Avenue was not constructed until later.
18     Q   All right.  Well, let's -- as I look at
19  Exhibit 1, I'm going to focus in on the words "Bessey
20  Creek" that is in the middle of this that has an arrow
21  pointing at the East-West Ditch.  Do you see that?
22     A   Yes.
23     Q   Why do you call the East-West Ditch the
24  upstream reach of Bessey Creek?
25     A   Because that's what -- that's what it is.
```

Page 38

1    Q   The National Hydrography Dataset does not
2  indicate that it is a stream or a river, does it?
3    A   It calls it -- it's a canal or ditch. But it
4  is a -- functioning as a creek and gathering flow from
5  the watershed. And it's functioning as a creek, it's
6  been called a creek in other submittals by other people
7  to different agencies, and for that reason we have
8  called it that.
9    Q   Okay. Let me break this down. You just said
10  that the East-West Ditch functions as a creek that
11  drains the area. That's also true of the North-South
12  Ditch; right?
13    A   Yes.
14    Q   And that's true of every other north-south
15  ditch that's visible on Exhibit 1; right?
16    A   Yes. They're -- the objective of all that
17  ditch network is to consolidate drainage of the
18  wetlands. That was the purpose in putting them in.
19    Q   So you think that because man-made ditches can
20  drain an area and send water downstream, that that
21  qualifies them as creeks?
22    MR. HUGHES: Objection.
23    THE WITNESS: Bessey Creek is just a name. I
24  don't think that we're trying to or anybody else is
25  trying to make a distinction. It functions as a --

Page 39

1  the same as a natural creek would in terms of
2  gathering water and discharging it from a
3  watershed.
4  BY MR. McALILEY:
5    Q   A moment ago you said that you've seen
6  official government submittals that label the East-West
7  Ditch as Bessey Creek. Did I hear that right?
8    A   Yes.
9    Q   Can you tell me what specific documents you're
10  referring to?
11    A   I'm not sure that I used the word "official,"
12  but two things that come to mind is there was a
13  submittal by Mr. Sharfi's consultants to the Florida
14  Department of Agriculture and Consumer Services in which
15  it was labeled as Bessey Creek. In the hybrid waste
16  treatment technology system it was labeled as Bessey
17  Creek in terms of discharge from the -- taking water
18  from Bessey Creek and discharging water back to Bessey
19  Creek in their -- in their documents.
20    Q   Are there any other documents that you have
21  seen that refer to the East-West Ditch as Bessey Creek?
22    A   Those are the two that come to mind right now.
23    Q   Would you agree with me that the word "creek"
24  ordinarily is used to refer to a natural stream?
25    A   Would you repeat that, please?

Page 40

1    Q   Would you agree with me that the word "creek"
2  is ordinarily used to refer to a natural stream?
3    A   Most commonly, yes.
4    Q   And I think I covered this last time in the
5  last deposition, but just to be sure, you don't live in
6  Martin County, Florida, do you?
7    A   No.
8    Q   You live in Georgia; right?
9    A   Yes.
10    Q   And you've never lived in Martin County, have
11  you?
12    A   No.
13    Q   So you don't have any personal knowledge of
14  what local residents call the East-West Ditch, do you?
15    MR. HUGHES: Objection.
16  BY MR. McALILEY:
17    Q   And when I say "personal knowledge," I mean
18  that you've seen it yourself, you've heard it yourself.
19  That's what I mean by "personal knowledge."
20    A   I've not interviewed anyone or anything to --
21  to -- but I've only looked at documents or for my
22  knowledge to call it Bessey Creek.
23    Q   And you don't know what the locals call that
24  East-West Ditch, do you?
25    A   We had an interview with a -- the rancher that

Page 41

1  leases the Countess Joy East and West property. He
2  called it Bessey Creek. We had an interview with one of
3  the assistant managers or superintendent of the solid
4  waste handling facility, Martin County solid waste
5  handling facility, which is at the headwaters of Bessey
6  Creek, and they referred to it as Bessey Creek, but that
7  was not documented. But those are just recollections I
8  have of interviews and conversations we had.
9    Q   What was the name of this person who worked
10  for the Martin County Solid Waste Facility?
11    A   I don't have that name. Dr. Lee, Lyndon Lee,
12  was the one that arranged that site visit, as I recall,
13  and he would have that name in his notes.
14    Q   Did you hear this directly from this
15  individual, or did this individual say it to Dr. Lee and
16  you heard about it from Dr. Lee?
17    A   No, the whole team went to the site and we
18  spoke at some time and drove some of the area, the ponds
19  and connections to Bessey Creek, at the time, and I just
20  don't recall the person's name.
21    The rancher's name is -- is in our original
22  expert report, and I don't recall that off the top of my
23  head right now.
24    Q   Are you aware that the rancher passed away?
25    A   I'd heard that. I haven't had it confirmed.

Page 42

1  I know he was ill at the time.
2  Q  All right.
3      Okay. Let me -- let me go back up to the text
4  of your report on Page 2.
5      On Page 3, what I'm going to do is go here and
6  I'll zoom in a little bit so we can see it better.
7      So I'm looking at the second full paragraph.
8  And I'll highlight it so we can all see what I'm
9  reading. And I'll read it aloud.
10     Quote, "The upstream reach of Bessey Creek is
11 a relatively permanent body of water. The upstream
12 reach of Bessey Creek is a perennially flowing tributary
13 of the tidal reach of Bessey Creek with a wetted bed
14 that is approximately 15 to 20 feet wide and less than
15 three feet deep. It also has a relatively continuous
16 OHWM except in places where bridges, roads, culverts and
17 other structures interrupt continuity," period, end
18 quote.
19     Did I read that right?
20  A  Yes.
21  Q  So I just want to go through some of the
22 statements here so I can understand your opinions.
23     Let me start with the first sentence, where
24 you say, "The upstream reach of Bessey Creek is a
25 relatively permanent body of water." What do you mean

Page 43

1  by "relatively permanent body of water"?
2  A  Well, that is defined. And I refer to a
3  relatively permanent body of water, or RPW is commonly
4  assigned to that, it's a seasonal flow in that body of
5  water, if you will, driven by rainfall primarily and
6  augmented by groundwater/baseflow. It's not necessarily
7  perennial in the general sense of perennial stream, but
8  it's a seasonal flow driven by rainfall, which this
9  whole watershed is rainfall-driven.
10  Q  Let me make sure I've got this right. A
11 relatively permanent body of water is a body of water
12 with seasonal flow that's driven by rainfall. Am I
13 understanding that right?
14  A  Yes. And augmented by groundwater or
15 baseflow. So it has -- it can have continuous flow for
16 long periods of time, but it doesn't necessarily flow
17 continuously for twelve months of the year.
18  Q  When you say "seasonal flow," what do you mean
19 by that?
20  A  Generally in that region it would be flow
21 during the wet season. That region of Florida has a
22 distinct wet season and a dry season, rainfall. And the
23 rainfall would be driving the hydrology of that
24 watershed.
25  Q  So you -- so do I understand this right? You

Page 44

1  believe the East-West Ditch is a relatively permanent
2  body of water because it has flow during the wet season.
3  Is that right?
4      MR. HUGHES:  Objection.
5      THE WITNESS:  And it can have flow during the
6  dry season as well. It may not be continuous
7  through the dry season. But, yes, that's the
8  definition of a relatively permanent body of water.
9  BY MR. McALILEY:
10  Q  How many -- how many months out of the year is
11 there flowing water in the East-West Ditch near the
12 defendants' site and the Countess Joy property?
13  A  Well, I can't say because I haven't been
14 there. But I do know by looking at records downstream
15 and observations of the rainfall patterns that it would
16 meet that definition that I gave you of a relatively
17 permanent body of water.
18  Q  So you don't know how many months out of the
19 year there is water flowing in the East-West Ditch near
20 the defendants' site; right?
21  A  I do know from records at the hybrid
22 wastewater treatment facility that -- what the flow is
23 there, which is just about two miles downstream.
24  Q  Okay. So you know -- you have some
25 information regarding flow at the HWTT facility, but you

Page 45

1  agree that's two miles away from the defendants' site;
2  right?
3  A  Yes.
4  Q  And you also agree that there is multiple
5  other ditches that connect to the East-West Ditch
6  between the defendants' site and the HWTT; right?
7  A  Yes.
8      MR. HUGHES:  Objection.
9  BY MR. McALILEY:
10  Q  You would agree with me that the flow at the
11 HWTT facility is not necessarily the same as the flow
12 two miles further to the west by the Countess Joy
13 property; right?
14  A  I would have to agree with the general
15 concept, the terms of your question, but a -- the flow
16 is contingent upon the size of the watershed as being
17 rain. And of course the watershed down at the HWTT is
18 larger than the watershed at the Countess Joy.
19     But the concept of perennial flow and the size
20 of the watershed would indicate to me, in terms of my
21 knowledge of hydrology and study of the hydrology in
22 that region, that the flow would be -- would meet this
23 condition, what I described as a relatively permanent
24 body of water.
25  Q  Yeah. But my question here was -- was just

12 (Pages 42 - 45)

Page 46

1 simpler.  You agree with me that the flow information
2 you have at the HWTT does not represent the flow
3 conditions two miles upstream at the Countess Joy
4 property or by the defendants' site; right?
5       MR. HUGHES: Objection.
6       THE WITNESS:  I would agree with that
7    statement with -- that the flow -- yes, I would
8    agree with your statement.
9 BY MR. McALILEY:
10    Q    And because the -- because the portion of the
11 East-West Ditch near the Countess Joy property is
12 further upstream, as you've described it, you would
13 expect there to be less water at that location than
14 there -- than there would be downstream at the HWTT;
15 right?
16    A    Typically, yes.
17    Q    Okay.  So going back to a question I asked a
18 little while ago, to make sure I understand this, am I
19 right that you do not know how many months out of the
20 year water flows in the East-West Ditch by the Countess
21 Joy property?
22       MR. HUGHES: Objection.
23       THE WITNESS:  I don't have specific knowledge
24    other than my knowledge of watershed behavior and
25    rainfall patterns that I would expect water to be

Page 47

1 at that location for many months of the year.
2 BY MR. McALILEY:
3    Q    You'd expect there to be water flowing in that
4 ditch more than half the year?  When I say "that ditch,"
5 I mean the portion, again, by the Countess Joy property.
6    A    Well, I have observation of water in the
7 Bessey Creek at that location for at least five months
8 of the year when I had instrumentation there in the
9 observation August through December of '21.
10    Q    When you say water in the ditch, are you
11 referring to flowing water or standing water?
12    A    When I was there, there was flow, yes.
13    Q    Okay.  So do you believe that there's water
14 flowing in the East-West Ditch by the Countess Joy
15 property for at least six months each year?
16    A    I said I had data for five months and I saw a
17 flow.  Certainly because of the extent of flow that I
18 saw in August, I could extend that to six months and
19 beyond into the wet season.  When I last made the
20 observation in December of '21, that was in the dry
21 season, and there was flow.  It was slight, but there
22 was flow.  I observed flow.
23    Q    When you say it was slight, what do you mean
24 by that?
25    A    Well, it was -- it was observable.

Page 48

1    Q    There was times when you went out there and
2 saw the East-West Ditch -- and I guess I'm looking at
3 the end of the period that you looked at,
4 November/December -- where there was just a mere trickle
5 of water in the middle of the ditch; right?
6       MR. HUGHES: Objection.
7       THE WITNESS:  Well, I don't know what you'd
8    call a trickle.  Water movement was observable.  I
9    have never quantified what a trickle is.
10 BY MR. McALILEY:
11    Q    In order for something to be a relatively
12 permanent body of water, do you think that there needs
13 to be a certain amount of water that's present?
14       When I say "amount," I mean like volume.
15    A    I missed the first part of your statement.
16 Would you --
17    Q    In order -- let me ask it again.  In order for
18 something to be a relatively permanent body of water, is
19 there a minimum volume or amount of water that needs to
20 be present?
21    A    Not to my knowledge.  Not the way I interpret
22 it, no.
23    Q    And do you think there's any minimum amount of
24 time that water needs to be flowing in order for
25 something to be a relatively permanent body of water?

Page 49

1    A    Well, when I gave you my -- my I guess you'd
2 call it a definition or -- I referred to it as seasonal
3 flow driven by rainfall.  So we have a seasonal pattern
4 of rainfall in that area and so I would -- by that
5 definition, we would have flow during the seasonal
6 rainfall period and some -- for some time after that as
7 baseflow continues to contribute to flow in the channel.
8    Q    So water does not need to be permanently
9 present in the East-West Ditch for you to consider it a
10 relatively permanent body of water; is that right?
11    A    I'm sorry.  I missed the first part of your
12 question.
13    Q    Water does not need to be permanently present
14 in the East-West Ditch in order for you to determine it
15 to be a relatively permanent body of water; is that
16 right?
17    A    The key word in your statement is "permanent."
18 And, no, it does not need to have permanent water to be
19 a relatively -- a permanent body of water.  Excuse me.
20    Q    Are there times during the typical year that
21 the portion of the East-West Ditch near the Countess Joy
22 property and the defendants' site has no flow?
23    A    I would expect that to be the case,
24 particularly in extended dry periods or low seasonal
25 rainfall or during the dry period.

Page 50

1  Q   There's times of the year when that East-West
2  Ditch by the defendants' site is bone dry; right?
3      MR. HUGHES: Objection.
4      THE WITNESS: I can't say that because I've
5  not seen it bone dry.
6  BY MR. McALILEY:
7  Q   But you would expect it to be dry for some
8  period of the year; right?
9  A   I would expect there -- that during some parts
10 of the year, during again the dry season, particularly
11 if that dry season is more dry than other seasons, that
12 there would not be surface water in the creek. But
13 chances are that the groundwater input to that system
14 continues and so you'd have water beneath the surface.
15     So when you say "dry," I would say yes, I
16 would not expect surface water always to be there during
17 the dry season, but the channel bottom of the creek
18 itself, creek bed, could have water and still support
19 some vegetation that's rooted there. So ...
20 Q   Am I right, Dr. Nutter, that you never went
21 out and measured the rate of flow in the East-West
22 Ditch?
23 A   No, I did not.
24 Q   And you didn't measure -- you actually never
25 attempted to measure flow at all in any of the ditches

Page 51

1  near the defendants' site; right?
2      MR. HUGHES: Objection.
3      THE WITNESS: I couldn't say that we didn't
4  intend to. We had put in place gages, staff
5  gages -- well, excuse me. Not staff gages but
6  water level sensors. And by looking at the
7  hydrograph with its fluctuations, we can identify
8  that there is flow. But the quantity of flow we
9  did not intend to measure.
10 BY MR. McALILEY:
11 Q   Do you measure the elevation -- or let me
12 rephrase this. You measured the depth of water at those
13 monitoring wells and gages; right?
14 A   They weren't -- well, they weren't wells.
15 They were -- but they were inside PVC pipe, just to
16 protect the sensor. But when we put them in, we
17 measured the depth of water as a basis for establishing
18 the base level at that period of time to what our sensor
19 was reading. And then from that point on, we were just
20 measuring the sensor. Every time we would -- the
21 different times we were there, we would measure what
22 the -- or we would read what the sensor was reading, and
23 we confirmed that depth of water or what the water level
24 was by measuring it from a -- from the same point as
25 when we put it in.

Page 52

1  Q   Okay. So those surface water gages measured
2  the depth of the water. That's what they did; right?
3  A   Yes.
4  Q   But you put no flow meters into any of the
5  ditches; right?
6  A   No.
7  Q   So you don't -- you can't -- you can't tell me
8  which way the water's moving based upon the gages you
9  put in; right?
10 A   So your question is I could not measure which
11 direction the water was flowing?
12 Q   Based on the gages.
13 A   No. Except that we observed flow every time
14 we went there in -- the four times. For instance, in
15 Bessey Creek and the North-South Ditch the four times
16 that I was there, I saw flow going in the direction of
17 downgradient.
18 Q   Did you ever see flow going upgradient?
19 A   Not at that location, those locations, no, I
20 did not.
21 Q   So, for instance, you never saw flow going
22 from the ditches into a wetland next to it; right?
23 A   I never saw that, but the evidence of some of
24 the hydrologic data from the HWTT shows high peak flows
25 at times, which means that the Bessey Creek would be in

Page 53

1  flood stage, and you could have flow back into wetlands
2  when that occurs.
3  Q   So it's possible that that could happen in a
4  high flow stage; is that what you're saying?
5  A   Yes.
6  Q   But you never actually saw that happen, did
7  you?
8  A   No. I was not there during a heavy rainfall.
9  It was -- we observed those rainfall events by looking
10 at the actual hydrograph of our gages.
11 Q   Let's go back to your report here on that
12 highlighted paragraph. I want to turn to the next
13 sentence, where you say, "The upstream reach of Bessey
14 Creek is a perennially flowing tributary of the tidal
15 reach of Bessey Creek." Can you tell me what you mean
16 by that?
17 A   Well, it's a perennial stream and it flows to
18 the tidal reach of Bessey Creek.
19 Q   And "perennial" means year round?
20 A   Perennial means in the lower reaches of the
21 upstream reach, as we discussed, at the HWTT, the
22 records there indicate that for several years in which
23 they had records that they published in their permit
24 application there was flow for every day of the year, or
25 in one particular year nearly every day, and another

14 (Pages 50 - 53)

Page 54

1 very dry year just a few days.
2    Q   So when you say that the upstream reach of
3 Bessey Creek is a perennially flowing tributary, you're
4 referring to that specific area down by the HWTT
5 facility; is that right?
6       MR. HUGHES: Objection.
7       THE WITNESS: That's where I have -- excuse
8    me. That's where I have data to observe, and I
9    know that those -- that flow is not just going to
10   initiate right at that point; it's going to be
11   coming from upstream as well because of the size of
12   the water stream.
13 BY MR. McALILEY:
14   Q   You just agreed with me, though, that
15 two miles upstream by the Countess Joy property and the
16 defendants' site you don't think there's perennial flow
17 or year-round flow in the East-West Ditch; right?
18      MR. HUGHES: Objection.
19      THE WITNESS: I don't have direct knowledge
20   that -- I'm talking here in this particular
21   sentence that the stream is classified as a
22   perennial stream, tributary of the tidal reach of
23   Bessey Creek. I'm not stating there that it's
24   year-round flow at the Countess Joy property.
25   That's just talking about the general watershed

Page 55

1 condition of the upper reach and the continuing to
2 the tidal condition.
3 BY MR. McALILEY:
4    Q   Dr. Nutter, also in this sentence you say that
5 the East-West Ditch has a wetted bank that is
6 approximately 15 to 20 feet wide and less than three
7 feet deep. Do you see where I read that?
8    A   Yes.
9       MR. HUGHES: Objection.
10 BY MR. McALILEY:
11   Q   So where -- let me just deal with the width.
12 15 to 20 feet wide, where do you measure from on the two
13 sides of the ditch to get the width?
14   A   Generally -- there was a general measurement
15 with -- at the ordinary high water, the OHWM, ordinary
16 high water mark. It varies in width, but that's why I
17 said 15 to 20 feet wide.
18   Q   If I want to think about where the -- where
19 the edge of the East-West Ditch is, would I look to the
20 ordinary high water mark to be the location of the edge
21 of the ditch?
22   A   Well, generally speaking, the ordinary high
23 water mark is identified by presence of vegetation,
24 change in the vegetation, marks on the bank. There are
25 a number of indicators that are used.

Page 56

1       And I point out that it has a relative
2 continuance, it's not apparent in all places, because in
3 some places it's been broken down by cattle, by other
4 circumstances where you have an incoming ditch. So
5 that's why I say it's relatively continuous, not
6 continuous in every place.
7    Q   Dr. Nutter, my question was simpler than that.
8 If I'm trying to think about where is the edge of the
9 ditch, do I go and I look for the ordinary high water
10 mark and that would be the place I could say is the edge
11 of the ditch?
12      MR. HUGHES: Objection.
13      THE WITNESS: No. I think you're
14   misinterpreting that the -- the wetted bed is the
15   area that commonly has water in it and is defined
16   by the ordinary high water mark. The banks can be
17   higher than that, and in many places they are. The
18   ordinary high water mark is not the point at which
19   water overflows the banks. It's partway up a bank,
20   or it could be near the top of the bank.
21 BY MR. McALILEY:
22   Q   Well, if I want to understand where the edge
23 of the ditch is, if I want to put this -- pinpoint this
24 on a map, I should go to the top of the bank next to the
25 ditch? That would be the edge of the ditch?

Page 57

1       MR. HUGHES: Objection.
2       THE WITNESS: I'm not sure what you're trying
3    to ask me. The ditch has a configuration and it's
4    defined in different places by sometimes higher,
5    sometimes defined by the berm; other places the
6    berm is not present or has been broken down or
7    there's flow going through the berm. So we would
8    define the banks as where water is commonly
9    occurring and flow, and that would be the ordinary
10   high water mark.
11 BY MR. McALILEY:
12   Q   Thank you.
13      You also say in this sentence that the
14 East-West Ditch is less than three feet deep. Are you
15 referring to the depth of the water?
16   A   Yes.
17   Q   And is that the depth of the water at what --
18 at what water -- hydrological condition?
19   A   Well, that was -- I should probably have been
20 more -- more descriptive. That was the depth of the
21 water at the time that we made our first site visit and
22 put in our instruments.
23   Q   That was August of 2021?
24   A   Yes.
25      MR. McALILEY: Okay.

15 (Pages 54 - 57)

Page 58

```
 1       So I'm happy to just keep rolling, but I've
 2   been going for a little bit more than an hour and I
 3   am at like a logical breaking point.  Would you
 4   like to take a short break, Dr. Nutter?
 5       THE WITNESS:  Absolutely.  Yes.  Thank you.
 6       MR. McALILEY:  Okay.
 7       By the way, I am working to make this
 8   deposition shorter than I have some of the other
 9   ones, so if it all works for everybody, if we do
10   shorter breaks, I can get done sooner.  At least
11   that's -- maybe that will make everybody happy.
12       So why don't we take a five-minute break now.
13   Is that good?
14       THE WITNESS:  Absolutely.  That's fine.
15       MR. McALILEY:  Okay.
16       VIDEOGRAPHER:  We're off the record.  The time
17   is 10:17 a.m.
18       (Brief recess.)
19       VIDEOGRAPHER:  We're back on the record.  The
20   time is 10:25 a.m.
21   BY MR. McALILEY:
22   Q   Okay.  Dr. Nutter, let's go back to Deposition
23   Exhibit 261, which is your supplemental report, and I'll
24   share my screen again.
25       And I want to focus now on a paragraph that's
```

Page 59

```
 1   in the report that addresses the HWTT facility.  So this
 2   is on -- it looks like we're on Page 3 here and we're --
 3   if I zoom out a little bit, we're about the -- one,
 4   two -- we're in the third paragraph down on the page.
 5   Do you see that there?
 6   A   Yes.
 7   Q   Okay.  So instead of reading the whole thing
 8   about the HWTT facility, I'm just going to read a couple
 9   of sentences and go into the exhibits that you've
10   attached.
11       So starting with the third sentence of that
12   paragraph, it says -- and I just highlighted it so we
13   could all see it -- quote, "Watershed Technologies, LLC,
14   submitted flow data (in cubic feet per second) with the
15   permit application for the upstream watershed which
16   included the site and the Countess Joy East Reference
17   Area.  The data show year-round water flow.  Highest
18   flows are in June through November.  Mean daily flow is
19   lowest in May."  And then you reference Exhibits 1, 2
20   and 3.
21       Am I -- did I read that correctly?
22   A   Yes.
23   Q   Okay.  So -- so as you've written there, the
24   HWTT facility is two miles away from the defendants'
25   site; right?
```

Page 60

```
 1   A   Yes.
 2   Q   And the flow data that you are using for the
 3   East-West Ditch comes from this permit application for
 4   the HWTT facility; right?
 5   A   Yes.
 6   Q   Okay.  So let's go to the exhibits here and
 7   let's just walk through them here.
 8       So the first one is Exhibit 1, which we've
 9   already looked at.  Can you see that on the screen?
10   A   Yes.
11   Q   So am I right that the purpose of this exhibit
12   is basically just to orient us so we can see where the
13   HWTT is relative to the site and the other -- and the
14   various ditches and streams?
15   A   Yes.
16   Q   Okay.  Let's go to Exhibit 2.  I'm going to
17   scroll down.
18       Exhibit 2.  And this is -- Exhibit 2 is
19   entitled "Table III.C.1.1, composited historical flow in
20   Bessey Creek at the Hybrid Water Treatment Technology
21   facility."  Can you see that?
22   A   Yes.
23   Q   Okay.  So is this a table that you put
24   together based on information in the permit application,
25   or is this something you took directly out of the
```

Page 61

```
 1   application?
 2   A   It's -- it uses the data that was in the
 3   application in the various tables.  I just consolidated
 4   it into what I felt was an easily understood table.  But
 5   the data are all in the permit application.
 6   Q   Let me just go through this table to make sure
 7   I understand it.
 8       So it's -- in the top of the table, it says
 9   "Composited historical flow in Bessey Creek."  Do you
10   see that?
11   A   Yes.
12   Q   So what do you mean by "composited historical
13   flow"?
14   A   That was, as I understood from the table, that
15   it was composited of the various years of flow data that
16   they had, which I believe was 2004 to 2009.
17   Q   And to be specific, am I right the data that
18   was used is from I think it's December of 2004 until --
19   through September of 2009?  Does that sound right?
20   A   Yes.
21   Q   Is this actually -- is this actually data
22   that's from measurements that were taken in the
23   East-West Ditch near the HWTT?
24   A   It's at a gaging station that is the boat --
25   at Boat Ramp Road, which is just downstream, as I
```

16 (Pages 58 - 61)

**Page 62**

1 understand it, from this location.
2    Q   Okay.  You believe the data that's shown here
3 in your Exhibit 2 is data that's taken from the East- --
4 from the East-West Ditch at where it's crossed by Boat
5 Ramp Road?  Am I right in understanding you?
6    A   That's my understanding from reading the
7 permit, as I recall.  I haven't looked at that permit
8 for a while.
9    Q   Okay.  Then I see on this table it says
10 "Month" and it has a series of numbers.  Am I right that
11 that's the months of the year, with 1 being January and
12 12 being December?
13    A   Yes.
14    Q   And then I see there's a column that says
15 "Daily Max (CFS)."  Do you see that?
16    A   Yes.
17    Q   What does that column represent?
18    A   That's the maximum flow that was observed over
19 the period of record in cubic feet per second.
20    Q   So that's like the highest single day of flow
21 in the month that it's next to on the table; right?
22    MR. HUGHES:  Objection.
23    THE WITNESS:  For the period of -- the number
24    of years in which they were making observations.
25 BY MR. McALILEY:

**Page 63**

1    Q   Okay.  So from 2004 to 2009, if I look in the
2 table on Exhibit 2 and I look at the number 2 for
3 "Month," that would be February.  And under "Daily Max
4 (CFS)" it says 21.18.  So am I right that that is
5 21.18 cubic feet per second was the highest flow on any
6 given day in February over the period of record?
7    A   That's my understanding from -- from their
8 data, yes.
9    Q   So that's not an average number over like a
10 month; that's like a daily value?
11    A   Yes, daily value.
12    Q   I notice there's no -- there's no column here
13 for daily minimum flow in CFS.  Is that right?
14    A   No.
15    Q   That's not correct?
16    A   No, there's no -- there's no column for
17 minimum flow, no.
18    Q   So why isn't there -- why didn't you show what
19 the minimum flow is under the period of record?
20    A   I can't answer that question.  It's been quite
21 some time since I put that together.  The purpose of
22 that was just to show the historical flow in Bessey
23 Creek.  That's all it was intended to do.
24    Q   Would you agree with me that the data shows
25 that there's some days with no flow over the period of

**Page 64**

1 record?
2    A   Yes.
3    Q   So it would be a misinterpretation of this
4 table to believe that it shows that there's always water
5 flowing on every single day near the HWTT; right?
6    MR. HUGHES:  Objection.
7    THE WITNESS:  Would you repeat the first part
8    of your statement?
9 BY MR. McALILEY:
10    Q   It would be a misinterpretation of this table
11 to believe that there's always water every day flowing
12 by the HWTT; right?
13    A   The table does not say that, but -- it would
14 be a misinterpretation, yes.
15    Q   Then I see that there is a column for daily
16 median in CFS.  What does that show?
17    A   That just means that 50 percent of the days
18 had flow above that and 50 percent of the days had flow
19 below that.  That's a median.
20    Q   This goes back to school for me, so just to
21 make sure I've got this straight, so when I get the
22 median, I would take every single day in the period of
23 record and I would put them in order from highest to
24 lowest and the median is I pick the one right -- the day
25 right in the middle, that's in the middle, and that's

**Page 65**

1 the median.  Right?
2    A   Yes.
3    Q   So am I right that this table that's your
4 Exhibit 2 shows that every year from January through
5 June the daily median flow is less than one cubic foot
6 per second?
7    A   In January?
8    Q   January through June.
9    A   Yes.
10    Q   And that means in those values half of the
11 days would have even lower flows than are shown in the
12 column for "Daily Median (CFS)" for those months; right?
13    A   Yes.
14    Q   Would you agree with me that this table shows
15 that there's barely any flow at the HWTT for
16 approximately half the year?
17    MR. HUGHES:  Objection.
18    THE WITNESS:  Well, I don't know how you're
19 characterizing "barely any flow."  There's --
20 there's flow.  It's cubic feet per second.  One
21 cubic foot per second or half a cubic foot per
22 second is pretty good flow.
23    The purpose of this, as I understood it,
24 developing these flow characteristics, was to size
25 their pumps.  They have three pumps and different

Page 66

1  capacities.  And so they have a low-flow pump, a
2  medium, and then a -- a medium-flow and a
3  high-flow.
4      The objective was not to pump all the water in
5  the creek, so when their flow gage indicates that
6  there's a -- or their staff gage, depth gage, shows
7  a certain flow, then the pump would turn on, the
8  low-flow pump, and then if the flow is high enough,
9  then the next pump would turn on, and so forth.
10     So that was the purpose of this table, was in
11 terms of sizing their pumps.  There's other
12 information contained in the permit application
13 that might be valuable to look at, but that's what
14 was the purpose of this exercise in their permit
15 application, as I understood it.
16 BY MR. McALILEY:
17  Q   And there's also a column that says "Daily
18 Mean (CFS)."  Do you see that?
19  A   Yes.
20  Q   What does that represent?
21  A   That's just the average of the daily flows for
22 the 30 days, 31 days of that month.
23  Q   Okay.  So I understand that, to get the daily
24 mean, you would take -- you would look at all of the
25 flows in the period of record, you would add them up,

Page 67

1  and then you'd divide by the number of days and you come
2  up with a mean.  Is that right?
3  A   Yep.  That's correct, yes.
4  Q   So --
5  A   First of all you have to calculate the daily
6  flow in that particular month, take the average of
7  those, and then you take the average across the period,
8  the number of years that they have.
9  Q   Would you agree with me that the daily mean
10 column generally shows higher -- higher flow than the
11 daily median column?
12  A   Yes.  And that would be expected in the way
13 those statistics are calculated.
14  Q   So in other words, you could have a few days
15 with like super-high flows and that would push up the
16 daily mean; right?
17     MR. HUGHES:  Objection.
18     THE WITNESS:  Well, I'm -- would you repeat
19 that?
20     MR. McALILEY:  Yeah.
21 BY MR. McALILEY:
22  Q   The daily mean would be higher because there
23 could be some days, individual days with a very high
24 flow, and that would push up the average, basically;
25 right?

Page 68

1  A   It could be.  It could also be you could have
2  very low flows and it would push the average down.  So
3  it's an average.
4  Q   Okay.  Let's go now to your Exhibit 3.  Do you
5  see that on the screen?
6  A   Yes.
7  Q   So Exhibit 3 is the -- is the permit and
8  permit application for the HWTT?
9  A   Yes.
10     I cannot see the entire page because the --
11 the videos of the participants here are off on the right
12 of my screen.
13     Oh, I can see it all now.  Yeah.  Okay.
14  Q   Okay.  Let me --
15  A   When we were talking, they were across the top
16 of the screen.  Is that something I can control?
17  Q   I think you can click and drag them.  But I'm
18 afraid to tell you to do it and then --
19  A   Yeah.  I don't want to mess it up.
20     Anyway, I can see --
21  Q   What I'll try to do is, you know, when I'm
22 trying to [indecipherable] you, I'll just try to shrink
23 down the image, and then when we're reading something,
24 I'll try to zoom in so we can all read it.
25  A   That will be fine.

Page 69

1  Q   So is this Exhibit 3 the source of the
2  information that you're using regarding water flow near
3  the HWTT?
4  A   Yes.
5  Q   So you're relying on the information in this
6  HWTT permit and its exhibits for your statements related
7  to the HWTT?
8  A   Yes.
9  Q   And I'm curious.  Are you relying on any other
10 information related to the HWTT that's not in Exhibit 3?
11  A   No.  Just this permit application.
12  Q   To the best of your knowledge, is the
13 information in this -- in Exhibit 3, this permit
14 application, is it accurate?
15  A   I have no reason to doubt it.  It's been
16 reviewed by a number of people who have knowledge of the
17 area.
18  Q   And so I just want to go through this exhibit
19 with you.
20     So am I right the permit was issued in 2015?
21  A   Yes.
22  Q   And if I scroll down into the permit -- and I
23 think this is -- I think it's Page 23 of the PDF.  Let
24 me get there.
25     See what I put up on the screen there?  You

Page 70

1  get to a page that says "Water Use Staff Report."
2      A   Yes.
3      Q   Who do you understand wrote this report?
4      A   I'm sorry.  Say that again?
5      Q   Who do you understand wrote this report?
6      A   It was by the consultant group that was
7  Watershed Technologies, LLC.
8      Q   Are you sure about that?
9      A   No.  1 -- that was who designed it.  I don't
10 know -- if you're asking me who wrote the permit
11 application, I do not know that.
12     Q   I guess I was just asking just specifically
13 this water use staff report.  So you believe this was
14 written by the consultant who was applying for the
15 permit; right?
16     A   No.  The staff report, no, I -- I think that
17 was by the Agriculture and Consumer Services staff that
18 wrote this, but that's -- I don't have any direct
19 knowledge of that.  They would be using information in
20 the -- that was prepared by Watershed Technologies, but
21 I have no way of verifying that.
22     Q   Have you taken any steps to verify the
23 accuracy of the information contained in the staff
24 report?
25     A   No.  I accepted the fact that these were

Page 71

1  professionals and they're approving documents and
2  applications and so it would be bona fide data.
3      Q   Okay.  In the middle of this first page of the
4  staff report, and this is Page 23 of the PDF, which --
5  of Deposition Exhibit 261 -- do you see where it says
6  "Sources" in the middle of the page there?
7      A   Yes.
8      Q   And you see where it says "Surface Water from
9  Off-Site Canals"?
10     A   Yes.
11     Q   Would you agree with me this indicates the
12 source of water for the HWTT is an off-site canal or
13 canals?
14         MR. HUGHES:  Objection.
15         THE WITNESS:  According to their maps and so
16     forth, the off-site canal is what we're referring
17     to as Bessey Creek.
18 BY MR. McALILEY:
19     Q   And the off-site canal is the East-West Ditch.
20 That's the way I refer to it.  Right?
21     A   Yes.
22     Q   I want to go down to the bottom of this page.
23         Do you see where it says "Purpose"?
24         The second sentence, "Withdrawals are from the
25 Bessey Creek watershed via three proposed withdrawal

Page 72

1  facilities."  Do you see that?
2      A   Yes.
3      Q   So the HWTT facility withdraws water from the
4  Bessey Creek watershed, not necessarily Bessey Creek
5  itself; right?
6          MR. HUGHES:  Objection.
7          THE WITNESS:  Well, they show their withdrawal
8      point to be in Bessey Creek and then they discharge
9      back into the creek, so -- or the ditch, whatever
10     you want to call it, but it's the -- what we're
11     referring to as Bessey Creek.  So ...
12 BY MR. McALILEY:
13     Q   All right.  Let's go down to -- let's go down
14 to the next page here.  So this is -- I'm now on Page 2
15 of 11 of the staff report.  And there's a section, the
16 second paragraph, "Projected Water Use Demands."
17     A   Yes.
18     Q   Let me highlight the first couple of sentences
19 and I'll read it aloud.
20         See it says, quote, "Based on stream flow data
21 collected by the South Florida Water Management
22 District," in parentheses "District,'" "monitoring
23 station SLT09_W," and then in parentheses "DB Hydro Key
24 W1932," close parens, "an average daily flow between the
25 years 2004 and 2009 was approximately 110 cubic feet per

Page 73

1  second (CFS).  A model was run which estimated flows at
2  approximately 55 percent of the measured creek flow to
3  provide daily pump flows for the HWTT project," end
4  quote.
5          Did I read that right?
6      A   Yes.
7      Q   This paragraph discusses where this permit
8  application got the flow data to be used in the HWTT
9  permit; right?
10     A   Yes.
11     Q   And the actual data comes from this monitoring
12 station SLT09; right?
13     A   Yes.
14     Q   SLT09 is located in the tidally influenced
15 portion of Bessey Creek further downstream, isn't it?
16     A   Yes.
17     Q   That's right?  It's approximately where the
18 Southwest Murphy Road bridge crosses over Bessey Creek;
19 isn't that right?
20     A   Yes.
21     Q   And that's a few miles away from the HWTT
22 facility?
23     A   Yes.
24     Q   And, by the way, it's approximately five miles
25 away from the defendants' site; right?

19 (Pages 70 - 73)

Page 74

1   A   Yes.
2   Q   So then it says "A model was run which
3  estimated flows at approximately 55 percent of the
4  measured creek flow to provide daily pump flows to the
5  HWTT project."  Do you see that?
6   A   Yes.
7   Q   Is that a true and correct statement, as far
8  as you know?
9   A   Yes.  I have no reason to doubt it.
10   Q   So the flow estimates near the HWTT facility
11  are not actual data from right at the HWTT facility;
12  they're estimates based upon data that's flow data
13  collected further downstream.  Right?
14   A   Yes.
15     MR. HUGHES:  Objection.
16     THE WITNESS:  That's a common hydrologic
17  technique when you have the size of the watershed
18  and if you need to project flows in a different
19  location, then you'd look at the size of the
20  watershed and you would adjust those flow values in
21  accordance with the size of the watershed.
22  BY MR. McALILEY:
23   Q   Dr. Nutter, when you say you have data from
24  the HWTT facility of flow, that's -- actually you don't
25  have data from right at the HWTT facility; you have data

Page 75

1  from further downstream and it's been estimated for the
2  HWTT facility.  Right?
3   A   That's correct.
4   Q   What model was used to estimate the flows at
5  the HWTT facility?
6   A   I don't recall if that's stated.
7   Q   Do you know what type of model it was?
8   A   Well, I know I remember reading that of course
9  they adjusted the flow values based on the watershed
10  size.  I need to go back and review the portions of that
11  permit to refresh my memory.  I can't answer your
12  question at the present time.
13   Q   Do you know whether their model was properly
14  calibrated?
15   A   I would assume that these are qualified
16  experts in their field and they would -- they would do
17  it correctly, because they're issuing a permit for a
18  long period of time based upon these calculations.
19   Q   So you're assuming the model was properly
20  calibrated, but you don't know; right?
21   A   I do not know specifically.  That's correct.
22   Q   Do you know whether their model was
23  peer-reviewed?
24   A   I don't know what the agency peer review
25  processes are.

Page 76

1   Q   So you don't know whether these estimates from
2  the model in fact are accurate; right?
3     MR. HUGHES:  Objection.
4     THE WITNESS:  I have no reason to question the
5    accuracy at this point.
6  BY MR. McALILEY:
7   Q   But you don't know whether they're accurate.
8  You're just assuming that this material is correct;
9  right?
10     MR. HUGHES:  Objection.
11     THE WITNESS:  I'm assuming -- I'm assuming, as
12  with all hydrologic data, this -- this approach is
13  being used all the time, and these are
14  professionals, and that they would be done
15  correctly.  A long-term permit is being issued.
16    And I can add part of the permit requires them
17  to report the actual data, pumping data, to verify
18  that their operations and their projections of
19  these flows are correct.
20  BY MR. McALILEY:
21   Q   Yeah.  But I asked you a little while ago is
22  all the information that you're relying on for flows by
23  the HWTT in Exhibit 3, and you said yes.  So your
24  opinion is not based on any actual flow data collected
25  by the operators of that facility; right?

Page 77

1   A   No.
2   Q   So I'm correct?
3   A   Yes, you're correct.
4   Q   Okay.  Let me move on, just keep moving
5  through this.  Let's go to Page 3 of 11.
6    Okay.  I want to go -- I'm on Page 3 of 11 at
7  Page 25 of the PDF that's Deposition Exhibit 261.
8  There's a -- there is the second paragraph.  It's under
9  the title "Existing Legal Users."  And it says "Off-Site
10  Canal(s) - Bessey Creek Watershed."  Do you see that?
11   A   I'm sorry.  I can't see where you're
12  referring.
13   Q   Okay.  I'll highlight it.
14    Do you see -- do you see, Dr. Nutter, there's
15  this --
16   A   Yeah.
17   Q   -- paragraph here that says "Existing Legal
18  Users," "Off-Site Canal(s) - Bessey Creek Watershed"?
19   A   Yes.
20   Q   I want to draw your attention now to the -- to
21  the second full sentence of this paragraph.  And I'll
22  highlight that as well so you can see it.
23   A   Excuse me.  You'll need to reduce that.  I
24  can't read the whole thing.
25   Q   Okay.  I thought I was helping.

20 (Pages 74 - 77)

Page 78

1    A   That's fine. I can see it.
2    Q   Okay.
3        All right. So that sentence says, quote, "The
4 HWTT project will pump surface water from the Bessey
5 Creek watershed, remove excessive nutrients, and then
6 allow the treated water to flow through a mitigation
7 area and discharge back to Bessey Creek," end quote.
8        Do you see that language there?
9    A   Yes.
10   Q   So your report says the HWTT discharges to
11 Bessey Creek; right?
12   A   Yes.
13   Q   And the discharge point is actually into the
14 natural channel of Bessey Creek, isn't it?
15   A   My -- if we refer back to I believe it was
16 Exhibit 1, it shows where that discharge point is. And
17 that's up -- that's above -- upstream of the confluence.
18 That would be in the -- just before the -- that would be
19 in the constructed ditch part of the channel.
20   Q   So you believe the HWTT facility discharges
21 its treated water back into the East-West Ditch; is that
22 right?
23   A   That's -- that's what I have been able to
24 determine from the various documents that we had, yes.
25 And I actually visited the site from the outside of the

Page 79

1 fence and made that observation myself.
2    Q   Okay. Let me -- let me go -- move on down
3 here. So I'm going to move down in the exhibit. I'm
4 going to go to Page 35 of the PDF. This is one of --
5 your Exhibit 2 is a series of maps and exhibits that
6 went with the permit and permit application; right?
7    A   Yes.
8    Q   Let me zoom out so you can see this better.
9        So -- all right. So I put up -- this is --
10 this is an aerial photograph with roads and other
11 features marked on it, and in the lower right-hand
12 corner it says "Exhibit No. 2." Can you see where it
13 says that?
14   A   Yes.
15   Q   So can you -- you see that there's a line -- I
16 think it's a purple line -- that has the word "Bessey
17 Creek" next to it?
18   A   Um ...
19   Q   I can zoom in, if that would help you,
20 Dr. Nutter.
21   A   Okay. I see Bessey Creek right off to the --
22 to the right side of the figure.
23   Q   What color -- it's next to a line. What color
24 is that?
25   A   It's dark blue.

Page 80

1    Q   Dark blue. Okay. Sorry.
2        All right.
3        All right. So there is -- do you understand
4 that dark blue meandering line to be the natural flow of
5 Bessey Creek?
6        MR. HUGHES: Objection.
7        THE WITNESS: Yes.
8 BY MR. McALILEY:
9    Q   So then this figure also shows the three pump
10 stations that draw water into the HWTT, and they're
11 labeled P1, P2 and P3; right?
12   A   Yes.
13   Q   And they're located right at Southwest Boat
14 Ramp Avenue?
15   A   Yes.
16   Q   And they're taking water from the East-West
17 Ditch; right?
18   A   Yes.
19   Q   So according to this map, those pump stations
20 are not actually located in Bessey Creek; they're
21 located -- you know, they're not along that dark blue
22 line. Right?
23   A   No, they're in the -- in the constructed dug
24 ditch.
25   Q   Let's go down to the next page of your

Page 81

1 Exhibit 3.
2        So this is a -- this is Exhibit No. 3A. Can
3 you see that on your screen?
4    A   Yes.
5    Q   And this is a close-up of the area where the
6 pump stations are; right?
7    A   Yes.
8    Q   And can you see that there's a dark blue line
9 that actually goes -- it has a fork here on the left
10 side. It goes up to the point of the pump stations and
11 it also goes sort of off at a diagonal angle from sort
12 of the southeast to the northwest there?
13   A   I'm not sure I follow you. On the left is the
14 location of the three pump stations, or three pumps.
15   Q   Do you see that dark -- do you see where it
16 says "Bessey Creek" there on this figure?
17   A   Yes. Yes.
18   Q   So that's -- where it says "Bessey Creek"
19 there is where -- you can see there's two dark blue
20 lines that meet?
21   A   I see -- I see a dark blue line coming from
22 the northwest down to joining -- joining the blue line
23 right to the right-hand side of the word "Creek."
24   Q   So this is the location where the East-West
25 Ditch meets Bessey Creek, the natural creek; right?

21 (Pages 78 - 81)

Page 82

1      MR. HUGHES: Objection.
2      THE WITNESS: I can't verify that with this
3   diagram. I can't see it that well.
4   BY MR. McALILEY:
5      Q   Okay.
6      A   But the straight -- the line is -- is -- is
7   straight to the right of the word "Bessey Creek." It's
8   still the constructed portion of the channel.
9      Q   By the way, on this figure -- this is your
10   Exhibit No. 3A that's embedded within your Exhibit 3 --
11   you see in the lower left-hand corner there's a
12   broader-view diagram that shows Bessey Creek and also
13   shows other roadways?
14      A   Yes.
15      Q   You would agree with me that where it shows
16   Bessey Creek being located is not -- according to that
17   figure is nowhere along the East-West Ditch; right?
18      A   No, it's not.
19      Q   Okay.
20      A   But in the aerial photograph the label "Bessey
21   Creek" is on what you're calling the East-West Ditch.
22      Q   Right. The label of Bessey Creek in the
23   larger photograph is where the two blue lines meet here;
24   right?
25      A   Just upstream of the two lines, the two lines

Page 83

1   meet.
2      Q   Okay. They've put the word -- they've put the
3   words in the figure to the left of the junction point of
4   those two blue lines; right?
5      A   Yes.
6      Q   Okay. Let's go now to Page 45 of the PDF.
7      So again, I'm still in Exhibit 3. And this is
8   something that -- and I'll zoom in a little bit, if this
9   helps -- well, does that help you to see it better, or
10   does this make it harder?
11      A   I can see that fine.
12      Q   Okay. So this is Exhibit 5G to the -- to your
13   Exhibit 3, which is this permit application and permit.
14   This is a graph of flow that's been estimated for the
15   area by the HWTT facility; right?
16      A   Yes.
17      Q   And the top of -- the top of this graph says,
18   quote, "Figure 3. Historical Daily Flows in Bessey
19   Creek at Project Site," parentheses, "estimated as
20   55 percent of flows measured at SLT09_W," and then close
21   parens, "plotted with Proposed HWTT Daily Pump Flows."
22      Do you see that?
23      A   Yes.
24      Q   So this is again the estimate of flows based
25   upon that downstream data; right?

Page 84

1      A   Yes.
2      Q   And on this -- on this graph, the blue lines
3   are the creek flow; right?
4      A   Yes.
5      Q   You would agree with me that this graph shows
6   long periods of time with essentially no creek flow by
7   the HWTT; right?
8      MR. HUGHES: Objection.
9      THE WITNESS: Well, the -- I think the scale
10   issue here is -- is the real problem in
11   interpreting this, because the -- the scale on the
12   left-hand side, "Daily Flow," is quite extended to
13   enable to show all the peak flows up to 110 or so
14   CFS.
15      If you go, I believe, to the next page,
16   there's a table showing the number of days that
17   they have estimated flow and would help to
18   understand this graph better.
19   BY MR. McALILEY:
20      Q   But, Dr. Nutter, here's my question for you:
21   You may not like the figure, but you would agree with me
22   that the blue line is down by the zero line in terms of
23   daily flow for long periods of time from 2004 to 2009;
24   right?
25      MR. HUGHES: Objection.

Page 85

1      THE WITNESS: Well, I can't -- the blue line
2   is -- is over top by the black line. And as I say,
3   my interpretation -- I see red bars there where the
4   pump's being turned on, so there has to be flow, a
5   minimum flow, so it -- for them to turn on the
6   pump. So it's -- you can't interpret no flow from
7   this graph. It's just a graphical presentation.
8   BY MR. McALILEY:
9      Q   Dr. Nutter, if I look at this Exhibit 5G where
10   it says June of '06 -- looks like it's earlier than June
11   to '06 -- to June of '07, a whole year, there's only a
12   few times when you even see the little red marks where
13   the pump's being turned on; right?
14      MR. HUGHES: Objection.
15      THE WITNESS: Yes.
16   BY MR. McALILEY:
17      Q   So there's a whole year where, according to
18   this graph, the water is down at the bottom of the graph
19   by zero, at least according to the vertical axis; right?
20      MR. HUGHES: Objection.
21      THE WITNESS: It's near zero, but I can't
22   interpret that there's no flow --
23   BY MR. McALILEY:
24      Q   Okay.
25      A   -- because of the scale of the graph.

22 (Pages 82 - 85)

Page 86

1    Q   Okay. So you think this graph supports your
2 opinion that there's perennial flow of water by the
3 HWTT?
4    A   I haven't stated that as you have. Perennial
5 flow, as I define it, it flows during most of the time
6 except during periods of adverse conditions, long
7 periods of drought or normal seasonal dry periods.
8 Again, I would -- I would look at data, not the graph,
9 to make my conclusion.
10    Q   And again, you don't have any actual flow data
11 at the HWTT facility; you just have an estimate based on
12 data collected a few miles downstream. Right?
13    MR. HUGHES:   Objection.
14    THE WITNESS:   And adjusted for the watershed
15    size.
16 BY MR. McALILEY:
17    Q   Let's keep moving here. Let's go to your next
18 exhibit, which is -- that's referenced here, which is
19 Exhibit 4.
20    Can you see Exhibit 4 on the screen?
21    A   Yes. Exhibit 4.
22    Q   Yeah.
23    So I'm going to scroll down.
24    So this is -- this is a figure from your
25 original report, Figure II.A.2. Can you see that on the

Page 87

1 screen?
2    A   Yes.
3    Q   So what are you seeking to show with this
4 figure?
5    A   This was just an overall picture that we --
6 just an aerial photograph that we used in our original
7 report just to show the proximity of the various sites
8 that we were investigating.
9    Q   Okay.
10    All right. Let's go back to the main body of
11 the report above, and let me just start -- keep going
12 through the text here.
13    So I'm going to take out the highlighting
14 there before, and let's go to Section III, "Methodology
15 to Determine Extent of Wetland Hydrology on the Site and
16 Neighboring Reference Area." Do you see that?
17    A   Yes.
18    Q   So am I right that this section of your
19 supplemental report summarizes the approach that you and
20 the other DOJ experts used to study the hydrology?
21    A   Well, I was the primary one studying the
22 hydrology, so this is the approach that I was using and
23 incorporating their methodologies or their work at the
24 same time. But this is essentially the process that I
25 followed as part of a team.

Page 88

1    Q   But the last sentence on Page 3, it says,
2 quote, "A summary of the field studies follows," end
3 quote.
4    A   Yes.
5    Q   Did I read that right?
6    A   Yes, I see that.
7    Q   All right. So, Dr. Nutter, so am I right that
8 this Section III of your supplemental report summarizes
9 information that's already in -- that's provided in
10 greater detail in your original report?
11    A   Yes.
12    Q   Is there any information in this section
13 that's not already in your original report?
14    A   No.
15    Q   Okay. Let's go down to the next page, Page 4,
16 and let's -- I want to focus in on Paragraph 2. I'm
17 going to highlight it so we can all see it. And I'll
18 read it.
19    It says, quote, "The Countess Joy East
20 Reference Area -- a similar landform to the site -- was
21 evaluated using published maps, data, and on-the-ground
22 surveys," period. "The Countess Joy East Reference Area
23 neighboring the site was selected as being
24 representative of the hydrologic conditions on the site
25 before earthmoving and fill activities and was a

Page 89

1 connecting landform with the site," end quote.
2    Did I read that right?
3    A   Yes.
4    Q   And so you believe the Countess Joy East
5 property is a similar landform to the defendants' site,
6 at least before the defendants engaged in activities on
7 it?
8    A   Yes.
9    Q   Do you think that the Countess Joy East
10 property looks like what the defendants' site must have
11 looked like before the defendants purchased it?
12    A   What do you mean by "looks like"?
13    Q   It appears similar.
14    A   Well, it had not been subjected to grazing as
15 intensively as the Countess Joy site, so the vegetation
16 was likely different. The landform, the geographic
17 landform, was similar, higher, slightly higher
18 elevation, but was similar, as is stated here.
19    Q   Would you agree that there are variations in
20 microtopography on the Countess Joy property?
21    A   Yes.
22    Q   So some locations are slightly lower in
23 elevation and some locations are slightly higher in
24 elevation?
25    A   Yes.

23 (Pages 86 - 89)

Page 90

```
 1     Q   There was also some areas in the Countess Joy
 2  property with mounded soil from old planting rows; is
 3  that right?
 4     A   Yes.
 5     Q   And there was some areas of depressions,
 6  depressional areas, in the Countess Joy property; right?
 7     A   Yes.
 8     Q   Would you agree with me that the depressional
 9  areas were largely discontinuous?
10       MR. HUGHES:  Objection.
11       THE WITNESS:  What do you mean by
12    "discontinuous"?
13  BY MR. McALILEY:
14     Q   Well, that's a word that you used in your
15  original report; right?
16     A   Uh-huh.
17       I'm sorry.  Would you say that again?
18     Q   You used the word "discontinuous" in your
19  original report; right?
20     A   I did, yes.
21     Q   Okay.  So -- and you would agree with me that
22  there was -- that the -- that the depressional areas in
23  the Countess Joy property were discontinuous; right?
24     A   Discontinuous landform, yes.
25     Q   And "discontinuous" means, you know, not
```

Page 91

```
 1  continuous or broken or interrupted or intermittent,
 2  something like that; right?
 3     A   They're a distinct landform not connected to a
 4  similar landform.  They're a unique feature in the
 5  landscape, in that in that case they're at a lower
 6  elevation, slightly lower elevation.  That's what was I
 7  think meant by "discontinuous."
 8     Q   The depressional areas aren't all connected in
 9  the Countess Joy property; right?
10     A   Not connected as a landform, but they are
11  connected as wetlands, continuous wetlands.
12     Q   Dr. Nutter, there's also berms along the
13  ditches in the Countess Joy property, aren't there?
14     A   Yes.
15     Q   And there are berms along the southern
16  boundary of the East-West Ditch where it goes past the
17  Countess Joy property; right?
18     A   Yes.  All the berms are -- they're not
19  continuous.  They're -- using the word again as
20  "discontinuous."  They're not a continuous berm on both
21  sides.  They are discontinuous.
22     Q   So when you say -- so when we're talking
23  discontinuous berms, it means that there are some places
24  where there's breaks in the berm.  Is that what you're
25  trying to say?
```

Page 92

```
 1     A   Yes.
 2       MR. HUGHES:  Objection.
 3  BY MR. McALILEY:
 4     Q   And you would agree with me, though, that
 5  other than a few breaks, there's -- there is a berm
 6  along most of the length of the East-West Ditch as it
 7  goes by the Countess Joy property; right?
 8       MR. HUGHES:  Objection.
 9       THE WITNESS:  There are places where there's a
10    very definite berm.  There's places where the berm
11    has been broken down.  There are places where the
12    berm was -- was by all appearances not there in the
13    first place, because during construction oftentimes
14    the excavated material is piled up in a pile and
15    then moved on to the next pile.
16       So it's not -- it was not a continuous berm,
17    at least what we were able to observe, and
18    particularly in looking at some of the old aerial
19    photographs.
20  BY MR. McALILEY:
21     Q   My question -- my question's actually more
22  specific.  Maybe I wasn't being clear.  Today, or at
23  least, you know, when you went out and you visited the
24  Countess Joy East property in this case, you saw that in
25  most locations along the East-West Ditch there was a
```

Page 93

```
 1  berm; not in every location, but most of the length of
 2  the East-West Ditch there was a berm in the Countess Joy
 3  property side.  Right?
 4       MR. HUGHES:  Objection.
 5       THE WITNESS:  Again, if you accept "most" as a
 6    general term, I would agree with your statement.
 7  BY MR. McALILEY:
 8     Q   Thank you.
 9       And, Dr. Nutter, you also observed berms along
10  portions the North-South Ditch in the Countess Joy
11  property; right?
12     A   Along portions, that's correct, yes.
13     Q   And most of the North-South Ditch has a berm
14  next to it; right?  Maybe not all of it, but most of it
15  has a berm next to it?
16       MR. HUGHES:  Objection.
17       THE WITNESS:  Well, I think "most" is a
18    relative term.  But I would agree that there are
19    discontinuous berms along the North-South Ditch on
20    both sides.
21  BY MR. McALILEY:
22     Q   Okay.  Well, I don't want "most" to be a
23  relative term, so let me say what I mean by that.  If I
24  take the whole length of the North-South Ditch -- which
25  I don't know what the length of it is.  2,000 feet,
```

24 (Pages 90 - 93)

Page 94

1 1600 feet from the defendants' property value --
2 property boundary up to the East-West Ditch?
3    A   Yes.
4    Q   If 1600 feet, more than -- more than 800 feet
5 of the North-South Ditch lengthwise has a berm next to
6 it; right?
7    A   Of the approximately 1700 feet, you're saying
8 at least 800 feet has berm beside it?
9    Q   Yeah.
10    A   I would -- in a general sense, I would agree
11 with that.
12    Q   And it could be more than a thousand feet in
13 linear length of the North-South Ditch has a berm next
14 to it; right?
15       MR. HUGHES:  Objection.
16       THE WITNESS:  That could be, but not
17    necessarily on both sides.  But that could be true,
18    yes.
19 BY MR. McALILEY:
20    Q   Did --
21    A   But I don't know.  I don't have any survey
22 to -- to say that, but in a general sense I would agree
23 with your statement.
24    Q   You-all never -- when I say "you-all," the DOJ
25 expert team -- never went out to survey where the berms

Page 95

1 were located along the North-South Ditch; right?
2    A   No.
3    Q   And you also didn't go out to try to survey
4 and identify the location of berms along the East-West
5 Ditch; right?
6    A   No.  We were -- in both cases we were
7 primarily looking for connections to wetlands, where
8 wetlands were touching or abutting those -- those
9 features, the North-South Ditch or Bessey Creek.
10    Q   You would agree with me that berms along these
11 ditches can function as physical barriers to surface
12 flow; right?
13    A   Yes.
14    Q   So the DOJ expert team never went out to
15 identify where those physical barriers to surface flow
16 were located; correct?
17       MR. HUGHES:  Objection.
18       THE WITNESS:  We did the opposite.  We were
19    looking for places where there was connections,
20    where the berms were not continuous, looking for --
21    identifying connections in those -- in those
22    ditches adjacent -- excuse me -- abutting wetlands.
23 BY MR. McALILEY:
24    Q   All right.  So, Dr. Nutter, let's go back to
25 your supplemental report here.  Let's go to the next

Page 96

1 paragraph.  I think we're on Page 4 here.  So this is
2 Paragraph 3.  And I just highlighted so we can see it,
3 and I'll read it.
4       Quote, "Local climate during the study was
5 evaluated using the U.S. Army Corps of Engineers
6 Antecedent Precipitation Tool," or APT.  "The APT
7 indicated the precipitation regime during the study
8 period varied from above normal for the August 2021
9 field visit, below normal for September and October, and
10 normal for December 2021.  The APT graph of
11 precipitation during the field visits and analysis of
12 normal conditions is shown at Exhibit 5," end quote.
13       Did I read that right?
14    A   Yes.
15    Q   Okay.  So can you just describe for me what is
16 the APT?
17    A   It's a tool that was developed by the Corps of
18 Engineers with -- and EPA, under the Corps; it's been
19 published by the Corps -- for evaluating regional
20 rainfall or take rainfall, measured rainfall, within
21 close proximity to the site and then comparing that with
22 normal rainfall.  And normal rainfall is that rainfall
23 that occurs -- average rainfall over a 30-year period,
24 updated every ten years.  So it's a running mean
25 referred to as normal rainfall.

Page 97

1       And those are published data available on the
2 web and -- today on the web.  They used to be published.
3    Q   So am I right, Dr. Nutter, that you relied on
4 the APT to determine whether the area was wet or dry at
5 the time of your visits?
6       MR. HUGHES:  Objection.
7       THE WITNESS:  We used that to tell us the
8    comparison of the actual rainfall within the area
9    to that of the normal rainfall expected over --
10    historical normal rainfall.
11 BY MR. McALILEY:
12    Q   When you say -- your judgment about the
13 hydrological conditions in the Countess Joy property is
14 based in part on your use of the APT; right?
15    A   We used that in terms of evaluating the data
16 that we were collecting.  The important -- the real data
17 that we were collecting was primary, and we were using
18 the APT to indicate whether we were looking at unusual
19 circumstances or -- and also to interpret the data when
20 we were not there.
21    Q   All right.  So when you say on Page 4,
22 Paragraph 3, of your supplemental report, in the second
23 sentence, "The APT indicated the precipitation regime
24 during the study period varied from above normal," and
25 then you referenced below normal and then normal, your

Page 98

1 judgment about whether the rainfall was normal was based
2 upon your use of the APT; right?
3    A. Yes.
4    Q. By the way, is there any regulation that
5 recommends the use of this tool?
6    A. I don't -- not a regulation, no. It's a tool
7 that is recommended to be used in evaluating wetlands,
8 but to my knowledge, it's not a regulation. It's a tool
9 which the hydrologist or wetland scientist would use,
10 just one of many tools.
11    Q. Okay. So that sentence that you have here
12 that says -- and let's just break it down. That second
13 sentence says the APT indicates a precipitation regime
14 was normal for December of 2021. Do you see where it
15 says that?
16    A. Yes.
17    Q. So what do you mean by "normal," again?
18    A. The normal is the -- is published by the
19 weather service, to my knowledge. Usually the
20 climatological office in each state will compile those.
21 And it's the 30-year average rainfall, updated at the
22 beginning of each decade. So it's 30 years, so in --
23 when you reach the next decade, the first ten years are
24 dropped and then the preceding ten years are added in,
25 so you have this running average of 30 years called

Page 99

1 normal rainfall.
2    Q. I see. So when you say the rainfall was --
3 precipitation regime was normal for December 2021, am I
4 right that what you're saying is that the rainfall in
5 the month of December 2021 fell within the typical range
6 that you would find for December over your period of
7 record over 30 years?
8    A. That's right.
9    Q. Okay. So when you say here that the
10 precipitation regime was normal for December of 2021,
11 you're not talking about rainfall over the prior two or
12 three months, are you?
13    A. I'm sorry. I'm not sure I understand your
14 question.
15    Q. Yeah.
16       So when it just refers to precipitation regime
17 for a specific month, like you identified December of
18 2021 as being normal, you're talking about the rainfall
19 in the month of December of 2021; you're not talking
20 about rainfall in the previous two or three months, are
21 you?
22    A. Well, in the APT, the tool, it's an antecedent
23 precipitation tool so it carries forward the actual
24 precipitation in a graph, comparing that to what would
25 be the normal precipitation. And that's illustrated in

Page 100

1 the figure that -- Exhibit 5.
2    Q. Okay. All right. Well, I'm going to go to
3 the exhibit in a minute and you can walk me through it.
4 But just, again, to get my terms right, when you
5 reference here that in August of 2021 the precipitation
6 regime was above normal --
7    A. Yes.
8    Q. -- am I right to understand that the rainfall
9 was higher than the historic range from the period of
10 record for the month of August? Is that right?
11    A. I would -- I wouldn't say historic range. I
12 would say the normal rainfall. Because normal rainfall
13 is not a range; it's the average over that 30-year
14 period.
15    Q. Okay. But it's --
16    A. It's not extremes; it's average.
17    Q. Okay. Well, let's do this. Let's go to the
18 actual exhibit. So this is Exhibit 5.
19       Okay. Do you see I just have Exhibit 5 to
20 your supplemental report up on the screen?
21    A. Yes.
22    Q. Okay. And this is your Antecedent
23 Precipitation Tool chart that you guys developed for
24 this case; right?
25    A. Yes.

Page 101

1    Q. Okay. So let's go through what this shows.
2       So am I right the left axis shows rainfall in
3 inches?
4    A. Yes.
5    Q. And which weather station did you use to get
6 that?
7    A. It lists the weather stations that are used.
8 This is a part of the program that picks out the nearby
9 stations that have a sufficient record. Some of them
10 only have a short period of time, so it's picking out
11 those with long periods of record that can calculate the
12 normal rainfall. And those are all listed on here.
13    Q. The data here that's shown in this chart is
14 data from all of those stations that are shown in the
15 legend in the bottom of the figure for "Weather Station
16 Name"?
17    A. They're all used as part of the calculation
18 process to calculate the normal rainfall. Each one of
19 those stations would have a normal rainfall record
20 associated with it. The purpose of this tool is to --
21 is to look at a more regional, because oftentimes your
22 rain gauge or your rain detection station is not near
23 your station. So this is taking a regional approach and
24 averaging all those. And they're weighted by the
25 distance that they are away from the site.

26 (Pages 98 - 101)

Page 102

1   Q   Okay. All right. The horizontal axis on this
2 graph is the calendar dates; right? It's time?
3   A   Yes.
4   Q   And the green shading -- I think that's
5 green -- is that the range of normal rainfall?
6   A   It's a buff-colored squiggly -- yeah, it's
7 a -- that's the normal rainfall for that 30-year period.
8   Q   Right. So it's -- so normal rainfall in any
9 given time could, you know, vary by a few inches and
10 still be considered normal --
11   A   Yes.
12   Q   -- as long as it falls in that historical
13 range; right?
14   A   That's right, yes.
15   Q   And then there is -- I think there are red
16 lines on the bottom. I think they're red. And does
17 that show the actual rainfall events?
18   A   Well, the red that appears is the dates of our
19 site visits with the --
20   Q   Oh.
21   A   The red dot and then a line with a date above
22 it, those are the dates of our site visits.
23   Q   Okay.
24   A   The bars that are open bars, that's the
25 rainfall, cumulative rainfall, for each day, and plotted

Page 103

1 as those bars. So a very narrow bar might be just one
2 day. When you have some bars that are combined into a
3 wider, those are continuous rainfall over several days.
4   Q   I'm just curious. What color are those bars
5 at the bottom of the graph?
6   A   They're -- they're just black lines. They're
7 open.
8   Q   All right. I tried with the red. Okay? I'll
9 just take it for granted they're black.
10   A   The red are the dates of our site visits.
11   Q   Okay. Then I see that there's a blue line
12 that goes across the graph. And am I right that,
13 according to the legend in the top right, that is the
14 30-day rolling total of rainfall?
15   A   Yes.
16   Q   And so -- so when it's a 30-day rolling total,
17 it's the amount of rainfall in the previous 30 days from
18 wherever the point -- the spot is on the graph; right?
19   A   Right. So it starts out you have 30 days.
20 For the next day's average, you deduct the first day of
21 that 30 days and add in that day. So it's a daily
22 updated for 30 days.
23   Q   Am I right that this chart does not show the
24 rolling total of rainfall over the previous 60 to 90
25 days?

Page 104

1   A   Previous to what? I'm not sure I follow your
2 question.
3   Q   So what I mean is that the blue line shows the
4 30-day rolling total, which is --
5   A   Yes.
6   Q   -- the rainfall in the 30 days prior to a
7 given date, but there's no line here that shows the
8 rolling total for 60 or 90 days before that date.
9 Right?
10   A   No. The -- I think it's been determined by
11 those who developed this, with all the peer review that
12 they had, that the 30-day average, moving average, was
13 the best indicator for wetland hydrology. Now, for
14 other purposes it might be different, but this tool was
15 developed specifically for wetland interpretations.
16   Q   Dr. Nutter, isn't it accurate that this tool
17 was not prepared for wetland hydrology, that this was
18 instead developed to determine water flow in a stream in
19 a typical year under the Trump administration's
20 Navigable Waters Protection Rule?
21       MR. HUGHES: Objection.
22       THE WITNESS: I'm not familiar -- I think this
23 was under development before the Trump rule. It
24 was out for peer review, I believe, before Trump.
25 So I don't -- I don't agree with your statement and

Page 105

1 I don't have any -- any knowledge of that.
2 BY MR. McALILEY:
3   Q   Okay. If I look there --
4   A   Other than -- excuse me. Excuse me for
5 interrupting. Other than to say that my understanding
6 was that this was developed for purposes of wetland
7 determinations, one tool to be used. And to my
8 knowledge, it was sent to review by a number of wetland
9 scientists before it was distributed for general use.
10   Q   That's your understanding; right?
11   A   I'm sorry?
12   Q   That's your understanding; right?
13   A   Yes. Correct.
14   Q   You didn't develop this tool; right?
15   A   No, I did not.
16   Q   Were you part of the peer review of this tool?
17   A   No, but one of my colleagues was that worked
18 for me at the time.
19   Q   So if I look at this graph here -- again, I'm
20 in your Exhibit No. 4 -- I'm sorry, Exhibit No. 5 --
21 there's a box right beneath the graph that has several
22 columns. The first one, it says "30 Days Ending." Do
23 you see that one?
24   A   Yes.
25   Q   So "30 Days Ending" has -- it has three dates

27 (Pages 102 - 105)

**Page 106**

1 there; right?
2    A    Yes.
3    Q    The first row is 2021-12-14.  Do you see that?
4    A    Yes.
5    Q    So am I right that that is December 14th of
6 2021?
7    A    Yes.
8    Q    So am I right that this box shows what the
9 observed rainfall was in inches, at least composited
10 from these different rain gauges --
11    A    Yeah.
12       Could you --
13    Q    -- for the 30 days prior to the dates shown in
14 this box?
15    A    Yeah.
16       MR. HUGHES:  Objection.
17       THE WITNESS:  Could you move the -- maybe to
18    the left or diminish its size a little bit?
19 BY MR. McALILEY:
20    Q    Okay.  Sure.
21    A    One side of the graph, the table, is cut off.
22       Do you mind if I pull this out and look at it
23 in my report?
24    Q    That's fine.
25    A    The numbers are small.

**Page 107**

1    Q    Right.  And it sounds like when I try to
2 expand it, it makes it harder to read with the other
3 things that --
4    A    Yeah.
5       Okay.  I have it here in front of me.  So your
6 question is, now?
7    Q    My question is:  That box that's beneath the
8 graph is showing the rainfall in the 30 days prior to
9 the specific dates that are listed there; right?
10    A    Yes.
11    Q    So -- and I see that there is -- for instance,
12 there's the row for December 14th of 2021.  It shows
13 that there was 3.92 inches of rainfall in the 30 days
14 prior to that date; right?
15    A    I'm not following where you're reading.
16    Q    Okay.  So if I look in that box, there's a
17 column that says "30 Days Ending."  That is the dates;
18 right?
19    A    Yes.
20    Q    If I go over -- one, two -- three columns to
21 the right, you see where it says "Observed"?
22    A    Oh, yes.  Okay.  Yes.  Correct.
23    Q    So am I right that that is the -- that is the
24 amount of rainfall that occurred in the 30 days prior to
25 the date that's on the left side?

**Page 108**

1    A    Yes.
2       So -- so just to explain where that comes
3 from, that's the weighted average from the -- the
4 proximity and so forth from all the other rain gauges.
5 And the -- the normal rainfall range, that sort of
6 buff-colored or shaded area, the maximum is the 70th
7 percentile and the minimum is the 30th percentile.  So
8 that's that range over that 30-year period.  And so the
9 observed rainfall in that column says inches, but you're
10 correct, that's the observed rainfall for that period.
11    Q    Okay.  So -- and then you see the next column
12 to the right says "Wetness Condition"?  Do you see that?
13    A    Yes.
14    Q    And what is -- what does that column show us?
15    A    Well, it's -- in this tool, it's comparing
16 against the normal rainfall.  And so in -- if we go to
17 the first line, which is 2021-12-14, it says the
18 rainfall preceding that period of time was normal.  If
19 you go into the graph above that, you can see that the
20 blue line or the -- falls within the range of the normal
21 rainfall, the shaded area.
22       The next period, 11/14, you'll see that
23 that -- the line there is below, the 30-day moving
24 average is below the range of the normal rainfall, so
25 it's referred to as dry.  And the same -- the same for

**Page 109**

1 the next date.
2    Q    Okay.  But here's what I'm trying to
3 understand:  You can see that the 30 days before
4 October 15th of 2021, there's 3.65 inches of rainfall
5 observed; right?
6       Do you see that?
7    A    Yes, I do.  3 point -- okay.  Yeah.
8    Q    Okay.  And the wetness condition to the next
9 of it, it says "Dry"; right?
10    A    Dry in comparison to normal rainfall.
11    Q    In comparison to normal rainfall is what it's
12 showing?
13    A    Yeah.  That's correct.
14    Q    It's not saying that it's dry in general, in
15 absolute terms.  It's simply saying it's dryer than the
16 typical rainfall in that 30-day period, based on our
17 period of record; right?
18    A    Yes.
19    Q    So -- and for instance, the 30 days prior to
20 October 15th of 2021 got 3.65 inches of rain, and the
21 30 days prior to December 14th of 2021 had 3.92 inches
22 of rain.  So the rainfall totals are very similar, but
23 this tool says the December rainfall is normal and the
24 October rainfall is dry.  Right?
25    A    Right.

Veritext Legal Solutions

Page 110

1      MR. HUGHES: Objection.
2  BY MR. McALILEY:
3      Q   So --
4      A   Because the moving average falls below the
5  normal rainfall, yes.
6      Q   Right.
7         So -- so it would be a misinterpretation of
8  this graph to believe that it shows conditions that are
9  dry or wet in absolute terms.  This graph shows where
10 the rainfall in compared to normal -- normal conditions?
11     A   Yes.
12     MR. HUGHES: Objection.
13        THE WITNESS: It's a tool, one of many tools
14 that a wetland scientist is supposed to use.  It's
15 not providing all the answers.  But many times you
16 go onto a site and you don't have any way of
17 interpreting what you're seeing unless you know
18 what the previous prior conditions were and how
19 that compared to normal conditions.  That's what
20 this tool is to be used for.
21        It's a tool.  It's not a -- as you indicated,
22 might be a regulatory requirement or use for
23 determining regulatory determinations.  It's a tool
24 that you have -- you know, that you have in your
25 toolbox, I guess is what is usually stated.

Page 111

1  BY MR. McALILEY:
2      Q   Thank you.
3         Dr. Nutter, you're aware of the 1987 wetland
4  manual, aren't you?
5      A   Yes.
6      Q   And use of the 1987 wetland manual is
7  mandatory for wetland determinations --
8         MR. HUGHES: Objection.
9  BY MR. McALILEY:
10     Q   -- under the Clean Water Act; right?
11     A   Yes.
12     Q   And you're aware that the 1987 wetland manual
13 was supplemented in 2010 with the regional supplement
14 for the Atlantic and Gulf Coast plain region?
15     A   Yes.
16     Q   And the regional supplement provides
17 instructions for determining whether a period has
18 below-normal rainfall, doesn't it?
19     A   As I recall, it does, yes.
20     Q   Okay.
21     A   It's been a while since I looked at that.  I'd
22 have to go back and look at it again.
23     Q   I'll share it with you here.  So let me ...
24        Okay.  So I'm going to put up on the screen
25 here what's been previously marked as -- I think this is

Page 112

1  Deposition Exhibit 255.
2         Can you see it on the screen there, sir?
3      A   Not yet.
4      Q   Okay.  I'm sorry.
5         Now can you see it?
6      A   Yes.
7      Q   Okay.  So that appears to be the first page of
8  the regional supplement to the wetland manual; right?
9      A   Yes.
10     Q   Okay.  And I want to go down to Page 137, so
11 I'm going to have to scroll down.  I'll stop when I get
12 there.
13        Okay.  And I'm going to zoom in here.
14        At the bottom of Page 137, see there's a
15 section here that says "b.  Periods with below-normal
16 rainfall"?
17     A   Yes.
18     Q   Let me read the first sentence.
19        Quote, "Determine whether the amount of
20 rainfall that occurred in the two to three months
21 preceding the site visit was normal, above normal or
22 below normal based on the normal range reported in the
23 WETS tables," period, end quote.
24        Did I read that right?
25     A   Yes.

Page 113

1      Q   If we go down to the next page, this is the
2  first full sentence on Page 138.  Quote, "To determine
3  whether precipitation was normal prior to the site
4  visit, actual rainfall in the current month and previous
5  two to three months should be compared with the normal
6  ranges for each month given in the WETS table," end
7  quote.  I'll leave out the citations.
8         Did I read that right?
9      A   Yes.
10     Q   The regional supplement doesn't say to
11 determine whether precipitation was normal based on
12 rainfall in the previous 30 days, does it?
13        MR. HUGHES: Objection.
14        THE WITNESS: No.  It -- it -- let me just
15 read it again.
16        (Examining document.)
17        It doesn't say that.
18        Let -- repeat your statement or question.
19        MR. McALILEY: Yeah.
20 BY MR. McALILEY:
21     Q   My question is:  You would agree with me that
22 the regional supplement to the wetland manual does not
23 say that you should determine whether precipitation was
24 normal based only on rainfall in the previous 30 days;
25 right?

29 (Pages 110 - 113)

Page 114

```
 1      MR. HUGHES: Objection.
 2      THE WITNESS: No, it doesn't say that. It
 3   says to two to three months.
 4 BY MR. McALILEY:
 5   Q  Okay. It actually says actual rainfall in the
 6 current month and the previous two to three months;
 7 right?
 8   A  Yes.
 9   Q  So it's multiple months of preceding data that
10 you should use to determine whether you have normal
11 rainfall; right?
12   A  And that's exactly what the APT does.
13   Q  Sir, you just -- you just testified that the
14 APT shows you rainfall in the previous 30 days only;
15 right?
16   A  No. If I did that, I was mistaken in my -- it
17 was in that table that you asked me about, but the --
18   Q  Sure.
19   A  -- graph does not --
20   Q  The only average -- it shows you the 30-day
21 rolling average; right?
22   A  Yes.
23   Q  And it defines whether the rainfall is normal,
24 above normal or below normal based upon the rainfall in
25 the 30-day rolling average, doesn't it?
```

Page 115

```
 1   A  Yes.
 2   Q  Okay. Thank you.
 3   A  A wetland scientist would be looking at that
 4 graph and determining what those rainfall averages were
 5 preceding the 30 days, the two to three months or even
 6 longer than that preceding that event or that --
 7   Q  Doctor, there's nothing in your supplemental
 8 report or your original report in which you calculate
 9 the rainfall in the two to three months prior to a given
10 date when you visited the site to determine whether
11 rainfall is normal or above normal or below normal;
12 right?
13   A  In our original report we have the WETS table.
14 And that was used as part of our evaluation, one of the
15 tools used in our evaluation of wetland hydrology and
16 wetland determination.
17   Q  Okay. I'll go back and look at it.
18      MR. McALILEY: So I'm going to -- I can keep
19 rolling, but I'm also at a breaking point, if that
20 would be helpful to you, Dr. Nutter.
21      THE WITNESS: That would be fine, yes.
22      MR. McALILEY: Okay. So it's -- I have 11:39.
23 We can come back at 11:45.
24      THE WITNESS: Yes. That's fine.
25      VIDEOGRAPHER: We're off the record. The time
```

Page 116

```
 1   is 11:39 a.m.
 2      (Brief recess.)
 3      VIDEOGRAPHER: Back on the record. The time
 4   is 11:46 a.m.
 5 BY MR. McALILEY:
 6   Q  Okay. Dr. Nutter, I want to go back to your
 7 report, your supplemental report. We're still in the
 8 methods section. I just put up on the screen Deposition
 9 Exhibit 261. Can you see it?
10   A  Yes.
11   Q  In Paragraph 4 of this section you talk about
12 your installation of monitoring wells and surface water
13 monitors; is that right?
14   A  Yes.
15   Q  And the location where you installed the
16 monitoring wells and surface water monitors is shown in
17 Exhibit 6 to your report; right?
18   A  Yes.
19   Q  You created some graphs from the data
20 collected from those wells and surface water gages,
21 didn't you?
22   A  Yes.
23   Q  And you attached those graphs to your original
24 report; right?
25   A  Yes.
```

Page 117

```
 1   Q  Do those graphs accurately report the
 2 hydrological data you collected from the wells and the
 3 gages?
 4   A  Yes.
 5   Q  And so what I'd like to do is go to those now
 6 and ask you some questions about them. So I'm going to
 7 exit your supplemental report and I'm going to go to
 8 Deposition Exhibit 73, which is the figures, and in
 9 particular to the graphs. I'll jump there first.
10      All right. So I just put up on the screen
11 Deposition Exhibit 73, which is the figures from your
12 original report. And I'm at Figure V.D.1.b.1.1. Do you
13 see that?
14   A  Yes.
15   Q  So this is the -- this is the graphical output
16 of the reference area water level monitoring wells
17 R Wells 1, 2 and 3; is that right?
18   A  Yes.
19   Q  So these are wells that you installed on the
20 Countess Joy property near the defendants' site; right?
21   A  Yes.
22   Q  So what I'd like to do is I'm going to zoom in
23 some to make sure that I understand what I'm looking at.
24 Tell me when you think you can see it clearly.
25   A  Well, that's clear. That's clear, yes.
```

Veritext Legal Solutions

800-726-7007

305-376-8800

Page 118

1    Q   Okay.  Let's just start with Reference Well 1
2  at the top of the page.
3        So the horizontal axis of this graph is time;
4  right?
5    A   I'm sorry.  Say that again?
6    Q   The horizontal axis of this graph -- of these
7  graphs is time.  It's the dates?
8    A   Yes.
9    Q   Okay.  And the vertical axis on the left says
10 "Water table elevation relative to GSE in feet."  Do you
11 see that?
12   A   Yes.
13   Q   So am I right that GSE is ground surface
14 elevation?
15   A   Ground surface, yes.
16   Q   So this --
17   A   Not an elevation in terms of a data, but just
18 the ground surface at that well location.
19   Q   So this would represent how -- where is the
20 water level above or below the ground surface at that
21 spot?
22   A   Yes.
23   Q   And so -- and I see that at 0.0, there's a
24 line that goes across the graph.  That would be ground
25 elevation at that location; right?

Page 119

1    A   The ground surface.  The ground surface, yes.
2    Q   Okay.  And then on the right -- on the right
3  vertical axis it says "Precipitation in inches."  Do you
4  see that?
5    A   That's correct.
6    Q   So am I right that this shows how much rain
7  you've gotten on different dates in inches, as shown by
8  those bars that come down from the top of the graph?
9    A   Yes.
10   Q   And then there's a blue squiggly line on the
11 graph.  I think it's blue.
12   A   It is, yes.
13   Q   Thank you.
14       And that is the water level in that Reference
15 Well No. 1; right?
16   A   Yes.
17   Q   So am I right that when that blue line on the
18 graphs, on all of these graphs here on this figure, are
19 below the 0.0 line as measured from the left side of the
20 graph, that means the water was below ground surface?
21   A   Yes.
22   Q   You would agree with me that at Reference
23 Well 1 the water level was usually below ground surface
24 in the time period of August to December of 2021; right?
25       MR. HUGHES:  Objection.

Page 120

1        THE WITNESS:  I don't know how you would say
2  usually, but it was below ground surface, but
3  mainly within one foot of the surface or above the
4  surface.
5  BY MR. McALILEY:
6    Q   Okay.  Well, let me rephrase this.
7        Most of the time, according to this graph for
8  Reference Well 1, the blue line shows the water level to
9  be below the ground surface; right?
10   A   Yes.
11   Q   And it looks like maybe 90 percent of the time
12 the water level was below ground surface, at least
13 during the time that you were measuring water levels at
14 that graph; right?
15       MR. HUGHES:  Objection.
16       THE WITNESS:  I can't say 90 percent, but
17 there is a -- predominantly at or below the
18 surface.
19 BY MR. McALILEY:
20   Q   If I go to Reference Well No. 2, which is also
21 in that same figure, the water level is below ground
22 surface at that location much more than it was above the
23 ground surface at that location, according to this
24 graph; right?
25       MR. HUGHES:  Objection.

Page 121

1        THE WITNESS:  Can you scroll down so that both
2  of them appear on the page?
3  BY MR. McALILEY:
4    Q   Sure.
5        Does that help?
6    A   Yeah.
7    Q   We're focused on Reference Well No. 2 right
8  now.
9    A   So your statement is?
10   Q   The water level was below ground surface more
11 often than it was above ground surface at Reference
12 Well 2 during the period of time that you collected
13 data.
14   A   That's correct, yes.
15   Q   Let's go down to Reference Well No. 3.
16       You would agree with me that water level at
17 this reference well was below ground surface it looks
18 like every single day, with the exception of maybe one,
19 in November of 2021; right?
20   A   Yes.
21   Q   So these graphs indicate that surface water is
22 rarely present at the location of these reference wells,
23 at least during the time that you collected data; right?
24       MR. HUGHES:  Objection.
25       THE WITNESS:  Yes.

31 (Pages 118 - 121)

Page 122

1 BY MR. McALILEY:
2     Q   Let's go down to the next graph here in
3 your -- in Deposition Exhibit 73. So I'll scroll down
4 so we get the specific reference.
5         This is Figure V.D.1.b.1.2, "Graphical Output
6 of Reference Area water level monitoring wells R Wells
7 4, 5 and 6."
8         Do you see that on the screen?
9     A   Yes.
10    Q   So the structure of the graph is the same as
11 the ones we just looked at; right?
12    A   Yes.
13    Q   And these four -- these three reference wells
14 are located in the Countess Joy property near the
15 East-West Ditch; right?
16    A   Yes.
17    Q   This is in the area where you and Mr. Wylie
18 believe that the -- that the wetlands touch the
19 East-West Ditch; right?
20    A   Yes. The general area, that's correct.
21    Q   Okay. So am I right that the graph for
22 Reference Well 4 shows that on most days the water level
23 is below ground surface, at least during the period of
24 time that you were collecting data?
25    A   Yes. But it still met the wetland hydrology

Page 123

1 criteria.
2     Q   Okay. I'm just asking whether the water's
3 above or below the ground.
4     A   Okay. Yes.
5     Q   And this is -- and in fact, there's -- looks
6 like there's less than a week of time that there's
7 actually water above the ground surface at that location
8 of Reference Well 4; right?
9         MR. HUGHES: Objection.
10        THE WITNESS: I haven't made that exact
11    determination, but it looks like it could be. I'm
12    not going to say, but -- I haven't counted up the
13    number of days, but perhaps that's the correct.
14 BY MR. McALILEY:
15    Q   Okay. But according to this graph for
16 Reference Well 4, there are many more days where the
17 water is below the ground than there's days when the
18 water is above the ground; right?
19    A   Yes.
20        MR. HUGHES: Objection.
21 BY MR. McALILEY:
22    Q   Go to the graph for Reference Well 5.
23    A   Yes.
24    Q   You would agree with me that this graph shows
25 the water is below the ground more often than it's above

Page 124

1 the ground; right?
2     A   Well, there's some fairly long periods of time
3 when the well was put in, the water was above the
4 surface. And then there was a period of time when it
5 was slightly below the surface and above, and then
6 slightly below and then above. So there were many times
7 in which the water was above the surface at that well.
8     Q   There's more times when it was below the
9 surface in your period of record, at least when you
10 visually look at this graph for Reference Well 5; right?
11    A   You say more times below the surface?
12    Q   Yeah.
13    A   I haven't -- I can't -- I can't make that
14 determination just by looking at it. I'd want to count
15 up the days.
16    Q   Okay. Let's go to the graph for Reference
17 Well 6.
18    A   Yes.
19    Q   You can see that the water level is below
20 ground surface for long periods of time during your
21 period of record at that location; right?
22    A   Yes.
23        MR. HUGHES: Objection.
24 BY MR. McALILEY:
25    Q   These graphs indicate that surface water is

Page 125

1 not continuously present at these locations over the
2 period of time that you took data; right?
3         MR. HUGHES: Objection.
4         THE WITNESS: I would say it's intermittent,
5     above the surface and below the surface.
6 BY MR. McALILEY:
7     Q   Right. So surface water was not continuously
8 present at these locations when you collected your data;
9 right?
10    A   Right.
11        MR. HUGHES: Objection.
12 BY MR. McALILEY:
13    Q   Okay. Let's go now to the next graph, the
14 next figure. So this is -- and I'll scroll down to the
15 bottom so I can get it in the record. This is Figure
16 V.D.1.b.1.3. And this is the graphical output of
17 reference area water level monitoring well R Well 7. Do
18 you see that?
19    A   Yes.
20    Q   So Reference Well 7 is located right next to
21 the 84th Avenue Roadside Ditch; right?
22    A   Yes.
23    Q   How many feet away from the edge of the ditch
24 is this located?
25    A   Probably around 20 feet, 15 to 20 feet.

32 (Pages 122 - 125)

Page 126

```
 1    Q   Okay.  If I want to know exactly how close it
 2  is to the ditch, I would look at your -- you have an
 3  exhibit that shows the location --
 4    A   Yes.
 5    Q   -- of the ditches, Exhibit 6 to your
 6  supplemental report?
 7    A   Yes.
 8    Q   And this graph shows the water level is
 9  generally above the ground level, or actually is --
10  every day during the time that you measured water was
11  below -- was above ground level at that reference well;
12  right?
13    A   Yes.
14    Q   And the water level stays fairly consistent at
15  this location, with the exception of after rainfall
16  events, in which it spikes up; right?
17        MR. HUGHES:  Objection.
18        THE WITNESS:  Yes.
19  BY MR. McALILEY:
20    Q   Okay.  So let me scroll down to the next
21  graphs.  So I'm going to go down -- now I'm at Figure
22  V.D.1.b.1.4, "Water level gages in North-South Ditch and
23  Bessey Creek."
24        Do you see that on the screen?
25    A   Yes.
```

Page 127

```
 1    Q   Okay.  So help me understand this.
 2        So if I look at -- I'm just looking at the
 3  graph for Ref Staff Gage 1 in feet, and I just want to
 4  make sure I understand what I'm seeing here.
 5        So, again, the horizontal access is time.
 6  It's the dates at which you're collecting data; right?
 7    A   Yes.
 8    Q   And the left-hand axis, vertical axis, it says
 9  "Sensor depth in feet."  Do you see that?
10    A   Yes.
11    Q   What is shown by that axis?
12    A   That is the height of water above the sensor.
13  In this particular place, this references in the
14  North-South Ditch just downstream -- just north of the
15  Sharfi site boundary.
16    Q   Where is the -- where is the sensor relative
17  to the bottom of the ditch?
18    A   It's not in the bottom of the ditch.  I would
19  have to go back and look as best we could determine the
20  depth of the sensor above the bottom of the ditch.  But
21  it was placed beyond the bank into the -- into the
22  ditch, but because of the limitations we had on the
23  various things we had, it is not on the bottom; it's on
24  the side of the bank, into the ditch.
25    Q   But at the location -- and when you put this
```

Page 128

```
 1  gage in, you said earlier you installed it with a PVC
 2  pipe --
 3    A   Yes.
 4    Q   -- is that right?
 5        So at the location of the PVC pipe, is the
 6  sensor down at where the PVC pipe hits the soil at the
 7  bottom of the ditch?
 8    A   Just above that, yes.
 9    Q   "Just above" meaning what?  Within a few
10  millimeters?
11    A   I'm sorry.  Say that again?
12    Q   When you say "just above," are we talking a
13  few millimeters?  Is it very close?
14    A   Well, the -- the PVC pipe has a point on the
15  bottom of it, and that's to protect the sensor from soil
16  and so forth.  So there's a -- there's holes in that,
17  and the pipe has also slots in it.  It's a screened
18  pipe.  And so there's also then a sock of fiber, fabric,
19  around that, so -- to keep out, again, soil.
20        So I would say that, generally speaking, the
21  sensor is maybe a tenth of a foot or so above the bottom
22  of the -- it's inside the point that's on the bottom of
23  the pipe but above the -- about a tenth or a foot or so
24  above the bottom of the point.
25        I hope that made sense.
```

Page 129

```
 1    Q   Yeah.  No.  Let me just see whether I
 2  understand it.
 3        So basically the sensor is located around a
 4  tenth of a foot from the -- from the bottom of the ditch
 5  wherever that pipe was placed?
 6    A   No.
 7    Q   Is that --
 8    A   No, not from the bottom of the ditch.  From --
 9  from where we located the pipe.  The bottom of the ditch
10  was deeper.  We couldn't get into, with the equipment we
11  had -- we didn't know what we were getting into because
12  we had no prior knowledge of the site, and the equipment
13  we had -- and so we were -- we reached in as far as we
14  could, waded in along the side of the bank and reached
15  in as far as we could, and then we measured what the
16  depth of the water was at the thalweg, the deepest part
17  of the ditch.  But the zero point here is the location
18  of the sensor, not the bottom of the ditch.
19    Q   But the zero represents the location where at
20  least the pipe is touching the soil at the bottom,
21  wherever the PVC pipe is stuck in; right?
22        MR. HUGHES:  Objection.
23        THE WITNESS:  On the bank, yes.
24  BY MR. McALILEY:
25    Q   On the bank.  But this is -- you're -- this is
```

Veritext Legal Solutions

800-726-7007                                                    305-376-8800

Page 130

1  not on the bank; this is actually in the ditch.  Maybe
2  it's not in the center of the ditch, but it's actually
3  in the water of the ditch is where you put this PVC
4  pipe; right?
5      A.  Yes.  It's from the top of the bank into
6  the -- into the ditch at a point several feet from
7  the -- from the top of the bank, but not in the bottom
8  of the ditch.
9      Q.  So am I right, then, the blue line on this
10  graph represents the water depth at the specific
11  location of where the pipe is, the PVC pipe was
12  installed?
13      A.  Yes.
14      MR. HUGHES:  Objection.
15  BY MR. McALILEY:
16      Q.  So when it has sensor depth in feet and I get
17  down to zero, zero is approximately the -- where you
18  reach the soil at the bottom of the ditch, just at the
19  specific place where the pipe is.  It's not necessarily
20  the deepest location of the ditch; it's just where the
21  pipe is located.  Right?
22      A.  You just said "bottom of the ditch" in leading
23  up to that.  It's not at the bottom of the ditch; it's
24  on the side wall of the ditch.
25      Q.  Right.  But it's -- but the zero represents

Page 131

1  where the pipe reaches the dirt at --
2      A.  Essentially --
3      Q.  -- the location of the pipe?
4      A.  Essentially that's correct, yes.
5      Q.  Okay.  All right.
6      All right.  So if I look, then, at this
7  figure, this is for -- this is the figure for Ref Staff
8  Gage 1.  And you said a moment ago that this was
9  installed in the North-South Ditch just north of the
10  defendants' property?
11      A.  Yes.  It's located -- when we were there,
12  there had been some excavation of the ditch just north
13  of the Sharfi property line, so we went just a few feet,
14  five feet or ten feet, north of that excavation to place
15  this gage.
16      Q.  The ground elevation at the bottom of the
17  ditch at this location is a little lower than the ground
18  elevation of the ditch further to the north; isn't that
19  right?
20      MR. HUGHES:  Objection.
21      THE WITNESS:  I'm not sure I fully understood
22  what you were saying.
23  BY MR. McALILEY:
24      Q.  Well, okay.  I'm trying to get at what I'll
25  say is the bathymetry of the ditch.

Page 132

1      A.  Yes.
2      Q.  There's some places where the absolute
3  elevation of the soils at the bottom are higher and
4  there's some parts where the elevation is lower.  One
5  way to think about it is the ditch is deeper in some
6  spots and shallower in some spots.
7      Let me rephrase it.
8      This is -- this location of the ditch is
9  somewhat deeper than areas in the North-South Ditch
10  further to the north as you go towards the East-West
11  Ditch; right?
12      MR. HUGHES:  Objection.
13      THE WITNESS:  I have no data to substantiate
14  that.  I know that the -- from our observation,
15  where the ditch had been excavated, just north of
16  the Sharfi property, that was deeper than where we
17  placed our sensor.  Whether that elevation is
18  higher or lower than further north, I don't have
19  data to respond to that.
20  BY MR. McALILEY:
21      Q.  So if I look at this graph for Ref Staff
22  Gage 1, it typically shows the water is I'm going to say
23  approximately one foot deep at the location of the gage;
24  right?
25      A.  Yes.

Page 133

1      MR. HUGHES:  Objection.
2  BY MR. McALILEY:
3      Q.  For the period of record.
4      A.  Yes.
5      Q.  All right.  But if you go further north in the
6  North-South Ditch, you would agree with me that the
7  water in some places further north was just a couple of
8  inches deep; right?
9      A.  At times that's true.  But also the channel's
10  much wider and has less distinct banks.  The banks there
11  are very distinct because of the excavation, and it had
12  been -- there was evidence it had been excavated some
13  time -- some couple years maybe or so prior to the more
14  recent excavation that was evident when we were there.
15  So it's a different straight channel at that location
16  than further north.
17      Q.  Okay.  But I'm only asking about water depth.
18  The water was deeper at this location than some
19  locations further north in the North-South Ditch, at
20  least that you observed when you went to the site?
21      A.  Yes, that would be true.
22      Q.  Okay.  All right.  Let's go down to the next
23  graph here.  So this is -- on the same figure, this is
24  the graph for Ref Staff Gage Bessey UP in feet.  Do you
25  see that?

34 (Pages 130 - 133)

Page 134

1   A   Yes.
2   Q   So am I right that this is a gage that's
3 located in the East-West Ditch between the intersection
4 with the 84th Avenue Ditch and the North-South Ditch?
5   A   Yes.
6   Q   And this was -- how far out into the East-West
7 Ditch did you put this gage?
8   A   Similar situation. The depth in the -- in
9 Bessey Creek was relatively deep. I would say it was
10 over the waders or the boots of the fellow hanging on
11 the edge of the ditch. So I would say probably it was
12 within three to four feet of the edge of the water where
13 it touched the bank into the ditch.
14   Q   And you installed this in August of 2021?
15   A   That's correct. Yes.
16   Q   How far away from the center point of the
17 East-West Ditch was this installed?
18   A   Probably on the order of six or seven feet.
19   Q   Okay. And what -- did you measure the
20 difference in the ground elevation at the bottom of the
21 ditch there to see the difference of what the ground
22 elevation was at the location of this gage and at the
23 center of the ditch?
24   A   Because of the depth and the distance, no, I
25 don't ...

Page 135

1   Q   Okay.
2   A   He reached in, the fellow who was doing that
3 reached in, but it was not at the bottom of the ditch,
4 bottom of the channel.
5   Q   If I look at this graph here for Ref Staff
6 Gage Bessey UP in feet, you would agree with me that the
7 water levels seem to be varying more widely than the
8 water levels in the gage you had for the North-South
9 Ditch?
10       MR. HUGHES: Objection.
11       THE WITNESS: It fluctuated over -- the depth
12   of the water fluctuated more than in the
13   North-South Ditch.
14 BY MR. McALILEY:
15   Q   Okay. And by the way, could it be your data
16 for the North-South Ditch shows a more consistent water
17 level because you're measuring water depth at a location
18 where water ponds?
19       MR. HUGHES: Objection.
20       THE WITNESS: No. I don't believe -- I walked
21   that distance down to where the ditch widened out,
22   and, yes, the water level was not as deep, but also
23   the channel was much wider where it sort of broke
24   out of the woods and where the cattle had broken
25   down banks and everything.

Page 136

1       So this graph tells me -- shows me that water
2   was moving at that location. The water would rise
3   and then it would drop by flow. And we observed
4   flow at that location and further downstream as
5   well.
6 BY MR. McALILEY:
7   Q   Dr. Nutter, let's focus on the graph for Ref
8 Staff Gage Bessey UP.
9   A   Uh-huh.
10   Q   You would agree with me that the water levels
11 in the ditch are -- at least according to this graph,
12 are highly responsive to rainfall?
13   A   Yes.
14   Q   So basically where there's peaks in water
15 level, it corresponds to a rain event; right?
16   A   Say that again.
17       MR. HUGHES: Objection.
18       THE WITNESS: I missed part of that.
19       MR. McALILEY: Certainly.
20 BY MR. McALILEY:
21   Q   So this on this graph for Ref Staff Gage
22 Bessey UP, the peaks in water level correspond to
23 rainfall events; right?
24   A   Yes. You're getting inflow from rainfall.
25   Q   You would agree with me that if I look at this

Page 137

1 graph, the water level is at or almost at the bottom of
2 the ditch, at least at the location where the pipe was
3 placed, for a substantial period of time in -- looks
4 like in November of 2021 and also again in December of
5 2021; right?
6   A   Yes.
7       MR. HUGHES: Objection.
8 BY MR. McALILEY:
9   Q   And so --
10   A   And then again, to make sure that I understood
11 your question right, that's the water level at the
12 sensor, not the bottom of the channel.
13   Q   Okay. So how -- did you go out and -- at the
14 point that this graph shows the water level is at zero,
15 did you go out and measure water depth elsewhere in the
16 ditch?
17   A   No, I did not, and I don't know whether my
18 colleague who was helping with installation of these
19 did. But we noted that the water was flowing at that
20 point in time.
21   Q   So but am I right, then --
22       MR. HUGHES: Doctor, were you done with your
23   answer?
24       THE WITNESS: I'm sorry?
25       MR. HUGHES: Were you done with your answer?

35 (Pages 134 - 137)

Page 138

1      THE WITNESS: I didn't understand what you
2  said.
3      MR. HUGHES: I'm just checking to see if you
4  were finished with your answer before Mr. McAliley
5  asks the next one.
6      THE WITNESS: Yes, I was finished.
7      MR. HUGHES: Okay.
8  BY MR. McALILEY:
9      Q   So am I right, though, that when I look at
10 this graph for Ref Staff Gage Bessey UP, if it's showing
11 the water going down to zero a few times in the end of
12 your period of record, but you're saying that there
13 still was a little bit of water in the middle of the
14 ditch you saw flowing --
15     A   Yes.
16     Q   -- am I right in understanding that
17 essentially the flow of water in the ditch had shrank,
18 it got much narrower and it got much shallower, from
19 where it was at other points when this graph is showing
20 higher water levels?
21     MR. HUGHES: Objection.
22     THE WITNESS: That would be correct, that the
23 ditch -- the channel is somewhat truncated V-shaped
24 in places, and so the water would be -- the width
25 of the water in the channel would be narrower at

Page 139

1  those times.
2      And then in December when I was there to take
3  out the structure, then the water was concentrated
4  in the center of the channel, several feet wide,
5  but there was still observation of flow.
6      In the period from October to the rain event
7  on November 21st, you can see that the squiggly
8  lines there indicate that the water was bouncing
9  around right at the level of the sensor.
10 BY MR. McALILEY:
11     Q   It was bouncing around right at the bottom of
12 the ditch at the location of the sensor; right?
13     A   The location of the sensor, yes.
14     Q   Okay. Let's go to the next graph here. This
15 is Ref Staff Gage Bessey in feet. Do you see that on
16 the screen?
17     A   Yes.
18     Q   So this is another sensor you put into the
19 East-West Ditch. This one was just a little further to
20 the east; is that right?
21     A   Yes.
22     Q   And am I right that this graph also shows the
23 water level dropping to almost ground level, or at least
24 to the bottom of the ditch at that location, starting in
25 late October and through much of November, and then you

Page 140

1  have a spike after a rainfall event, and then it goes
2  down to the zero line in looks like the very end of
3  November and into December?
4      A   Yes.
5      MR. HUGHES: Objection.
6      THE WITNESS: It essentially mimics the Gage
7  UP, the Bessey Gage UP.
8  BY MR. McALILEY:
9      Q   Okay. And so at least at the location of the
10 gage, the water dried up in the ditch, at the location
11 of the gage?
12     MR. HUGHES: Objection.
13     THE WITNESS: Not during the period of October
14 of 31st to November 21st. There was still -- the
15 sensor was still responding to water levels
16 fluctuating. And after November 28th until the
17 time I took it out, it appears that the -- probably
18 the water was below the sensor.
19 BY MR. McALILEY:
20     Q   Right. So at least in that ending period it
21 looks like in December of 2021, the water level dropped
22 to the bottom of the ditch at that location where the
23 sensor was; right?
24     A   It dropped below the sensor, yes.
25     Q   And you did not actually go out and measure

Page 141

1  how deep the water was at the center of the ditch during
2  that time period; right?
3      A   Well, when I took out the gage in the middle
4  of December, I made an observation when I walked out to
5  the center of the ditch where water was present, and
6  there was very, very slow indications of flow, there
7  were small amounts of small leaves or twigs or
8  something, and that there was a very, very small amount
9  of flow, but there was still flow in that narrow
10 portion. I would -- the water was several feet wide,
11 and I don't recall the actual depth, but it was flowing.
12     Q   It could have just been a couple of inches;
13 right?
14     MR. HUGHES: Objection.
15     THE WITNESS: I think -- I don't know. But it
16 was deep enough that it was flowing.
17 BY MR. McALILEY:
18     Q   Okay.
19     Okay. Let me -- let me exit out of this
20 figure. Let's go back to your supplemental report.
21     So I'm now back to Deposition Exhibit 261,
22 your supplemental report, and I'm on Page 4, and I want
23 to go to Paragraph 6.
24     And there you say, quote, "Walkovers noted" --
25 I'll highlight it so you can see it -- "where water flow

36 (Pages 138 - 141)

Page 142

1 pathways were present based on observed water flow
2 patterns exhibited by actual surface water flow,
3 microtopographic surfaces, vegetation bent in direction
4 of surface flow, ponded water connections, and other
5 indicators."
6      Did I read that right?
7    A  Yes.
8    Q  Did you or any other member of the DOJ expert
9 team map all of the microtopography in the Countess Joy
10 property?
11   A  No.
12   Q  Is there any figure that you developed that
13 shows the variations in ground elevation across the
14 Countess Joy property?
15   A  Would you repeat that?
16   Q  Is there any figure that you have developed or
17 any exhibit that you've developed that shows the
18 variations in ground elevation across the Countess Joy
19 property?
20   A  No figures developed for that specific
21 purpose.
22   Q  Okay.  Thank you.
23      And let's go to the next paragraph here,
24 Paragraph 7, on Page 4 of your report.  I'll read it
25 aloud.

Page 143

1      Quote, "Collective team expertise in wetland
2 determination using applicable national and regional
3 manuals and databases was applied to identify wetlands,"
4 end quote.
5      Do you see that?
6    A  Yes.
7    Q  So are you personally going to testify as to
8 whether any specific location meets all three criteria
9 that you need for something to be a wetland?
10   A  Well, I was -- as a member of the team, we --
11 we all shared our information.  But I'm going to -- I
12 would testify only to the hydrology.
13   Q  Okay.
14      Okay.  So if you're not going to testify as to
15 whether something met the definition of a wetland under
16 all three criteria, I'm going to move on.  I think
17 that's Mr. Wylie who's going to do that.  So I think
18 you've been clear that you're testifying on the
19 hydrology piece but not on the other pieces.
20   A  Yes.
21      MR. HUGHES:  Objection.
22 BY MR. McALILEY:
23   Q  Okay.  Let's --
24   A  But I will say that as a team we all agreed
25 that we have the information that it met the three

Page 144

1 criteria, vegetation, hydrology and soil.  So -- but I'm
2 going to testify only with respect to the hydrology as I
3 input to the other team members.
4    Q  Sir, did the DOJ expert team follow the
5 procedures set forth in the 1987 wetland manual and 2010
6 supplement in its work in the Countess Joy property?
7    A  Yes.  To my knowledge, that's correct.
8    Q  The 1987 wetland manual establishes different
9 methods that one can use to make a wetland
10 determination; right?
11   A  Yes.
12   Q  And on the defendants' site the DOJ team used
13 the method for atypical situations; correct?
14   A  For the Sharfi site, yes.
15   Q  So for the Countess Joy property, what wetland
16 determination method did the DOJ team apply?
17   A  The --
18      MR. HUGHES:  Objection.
19      THE WITNESS:  The standard methodology.  The
20 atypical method was applied to the Sharfi site
21 because of the disturbances, and the grazing and
22 long-time disturbances on the Countess Joy property
23 did not disqualify it from using the standard
24 methodology.
25 BY MR. McALILEY:

Page 145

1    Q  All right.  So did the DOJ team use the method
2 for a comprehensive determination or a routine
3 determination?
4      MR. HUGHES:  Objection.
5      THE WITNESS:  You'll have to ask Mr. Wylie
6 that.
7 BY MR. McALILEY:
8    Q  You don't know?
9    A  I'm not qualified to answer that because I'm
10 not sure what Mr. Wylie did in his compilation of
11 everything.
12   Q  Did you establish any baseline for making a
13 wetland determination in the Countess Joy property?
14   A  "Baseline" meaning what?
15   Q  Well, it's a defined term in the wetland
16 manual.  Are you aware of that?
17   A  Yes.  Yeah.
18   Q  So did you establish a baseline in the
19 Countess Joy property as it's defined in the 1987
20 wetland manual?
21      MR. HUGHES:  Objection.
22      THE WITNESS:  I would want to look at that
23 definition before I answered your question
24 specifically.  But we used the '87 manual as it was
25 intended to be used, as supplemented by the

37 (Pages 142 - 145)

Page 146

1 regional manual.
2 BY MR. McALILEY:
3   Q   Did you establish transects in the Countess
4 Joy property?
5       MR. HUGHES:  Objection.
6       THE WITNESS:  That would have been part of the
7   vegetation assessment, and so I don't know.
8 BY MR. McALILEY:
9   Q   Okay.  Did you determine the
10 wetland/non-wetland boundary in the Countess Joy
11 property?
12   A   In some places we did.  But our objective was
13 not to -- if you use the term "delineate," our intention
14 was not to delineate.  That wasn't the purpose of our
15 exercise.
16   Q   You know what?  Maybe the better way for me to
17 do this, ask this question, is in the context of one of
18 the exhibits that are coming up.
19       Let me move on here now to -- in your
20 supplemental report, Deposition Exhibit 261, you go to
21 Page 5, and there's a section here, Roman numeral IV,
22 "Extent of the Wetlands."  Do you see that on the
23 screen?
24   A   Yes.
25   Q   The first sentence says, quote, "Using all the

Page 147

1 resources at hand and our professional judgment and
2 experience, we identified and verified a contiguous
3 wetland area as shown in Exhibits 7, 8 and 9."
4       And then it -- and I'll jump now to the next
5 sentence.  It says, quote, "We verified one large
6 wetland area as shown on a 2021 aerial photograph
7 (Exhibit 7), a 2019 LiDAR image (Exhibit 8), and a U.S.
8 Department of Agriculture soil map (Exhibit 9)."
9       So did I read those excerpts correctly?
10   A   Yes.
11   Q   And then there's another sentence a couple
12 sentences down.  Let me read that aloud.
13       It says, quote, "It is important to note that
14 the wetlands have confirmed surface water and physical
15 connections to the upstream reach of Bessey Creek in at
16 least two locations and also has confirming surface
17 water and physical connections to the relatively
18 permanent 84th Avenue Ditch," end quote.
19       Did I read that one right?
20   A   Yes.
21   Q   Okay.  So let me focus on this last sentence
22 here that I just read.  What do you mean by a surface
23 water connection between the wetlands and the East-West
24 Ditch and the 84th Avenue Ditch?
25   A   We had observed and documented surface water

Page 148

1 flow to the 84th Avenue Ditch and to the -- to Bessey
2 Creek, and we also noted the touching, if you will, or
3 abutting of wetlands to those locations as well.
4   Q   Let me ask you about the surface water flow.
5       Did you see surface water flowing from
6 wetlands into the East-West Ditch and 84th Avenue Ditch
7 every time you went and visited the area?
8   A   Every time?  No.
9   Q   Okay.  So you saw it some -- and you
10 personally went out to the Countess Joy property four
11 times; right?
12   A   Yes.
13   Q   So you saw it on some of your site visits but
14 not all of your site visits; is that right?
15       MR. HUGHES:  Form.
16       THE WITNESS:  The surface water flow into
17   the -- touching, again, the Bessey Creek and 84th
18   Avenue in August and September.
19       And I saw wetlands, the same wetlands,
20   abutting those locations, the North-South Ditch,
21   Bessey Creek and 84th Avenue, at other times, but
22   not surface flow.
23 BY MR. McALILEY:
24   Q   Okay.  So you saw surface water flowing from
25 wetlands into the East-West Ditch and the 84th Avenue

Page 149

1 Ditch when you visited the site in August and September
2 of 2021, but you did not see the surface flow from those
3 wetlands to those ditches when you visited in October
4 and December of 2021; is that right?
5       MR. HUGHES:  Objection.
6       THE WITNESS:  The locations that I was working
7   on at that time, I did not.  I did not see surface
8   flow.
9 BY MR. McALILEY:
10   Q   Okay.  So you're not saying that there's
11 always surface water flowing from those wetlands into
12 the East-West Ditch or the 84th Avenue Ditch, are you?
13   A   No.
14   Q   Did you ever see, by the way, a continuous
15 sheet of surface water that went from the East-West
16 Ditch and 84th Avenue Ditch that covered all the
17 wetlands that you believe are on Countess Joy property
18 going up to the defendants' property?
19   A   All the wetlands?
20   Q   Yeah.
21   A   No, I -- it's a big site.  But I had
22 identified the areas in which surface flow dominated in
23 my August and September visits.
24   Q   By the way, are the locations of your
25 reference wells representative of some of the wetland

38 (Pages 146 - 149)

Page 150

1 areas that you -- where you saw surface flow into the
2 East-West Ditch and the 84th Avenue Ditch?
3     MR. HUGHES: Objection.
4     THE WITNESS: Wells 4, 5 and 6 and 7 are
5 representative of where surface flow occurred, yes.
6 BY MR. McALILEY:
7   Q   So if Wells 4, 5 and 6 show water below ground
8 level, at those dates would you agree with me that there
9 was not surface water flow from the wetlands into the
10 East-West Ditch?
11     MR. HUGHES: Objection.
12     THE WITNESS: At the location where those
13 wells are, yes. But I can't say it wasn't
14 occurring from the extensive wetlands that were on
15 the site.
16 BY MR. McALILEY:
17   Q   But you don't -- but you don't have any data
18 indicating that in fact it was occurring at other
19 locations, do you?
20     MR. HUGHES: Objection.
21     THE WITNESS: No data that would be comparable
22 to the well data.
23 BY MR. McALILEY:
24   Q   Okay. So for your -- your data would tell us
25 when the water's above the -- the water's above the

Page 151

1 ground surface and when the water's below the ground
2 surface; right?
3   A   Yes. At those locations.
4   Q   So there is not -- you would agree with me
5 that there is not a continuous flow of surface water
6 from the wetlands into the East-West Ditch and the 84th
7 Avenue Ditch over the period of time that you collected
8 data in the Countess Joy property; right?
9     MR. HUGHES: Objection.
10     THE WITNESS: By "continuous," are you -- you
11 mean all the time?
12 BY MR. McALILEY:
13   Q   Yeah. "Continuous" means without
14 interruption.
15   A   No.
16   Q   All right. So there was no continuous flow of
17 surface water from the wetlands into the ditches during
18 the period of time that you were collecting data; right?
19     MR. HUGHES: Objection.
20     THE WITNESS: Again, as indicated by my wells.
21 I mean, I don't know what was -- I couldn't observe
22 anything when I wasn't there. All I could do was
23 observe my -- my monitoring wells data.
24 BY MR. McALILEY:
25   Q   Okay. So a minute ago you said also -- and

Page 152

1 this -- let me go back to this language here on Page 5
2 of your supplemental report. You make reference here to
3 wetlands having physical connections to the upstream
4 reach of Bessey Creek, which is the East-West Ditch, and
5 the 84th Avenue Ditch. What do you mean by "physical
6 connections"?
7   A   There was -- the wetland that we identified
8 was abutting, and we had flow from those wetlands into
9 those -- the Bessey Creek and 84th Avenue Ditch.
10   Q   When you say the wetland was abutting, what do
11 you mean by that?
12   A   It was touching.
13   Q   And so help me understand what it means for it
14 to touch. Does that mean the soil of the wetland comes
15 down to and goes up to the ditch itself?
16   A   Yes.
17   Q   Okay. So when you make a reference -- so I
18 see in your report you talk about surface water and
19 physical connections. So am I right in understanding
20 the surface water is the surface flow from the wetlands
21 and the ditches and the physical connections is the
22 wetland abuts the ditches?
23   A   Well, and also the physical water flowing over
24 the surface is also a physical connection.
25   Q   Okay.

Page 153

1     You know, just to help me understand this,
2 what I'd like to do is go to another exhibit.
3     And so am I right -- am I right, Dr. Nutter,
4 that when you went out with the DOJ team in August of
5 2021, you-all took a series of photographs at locations
6 in the Countess Joy property and you would identify
7 their location on aerial photographs and maps?
8   A   I don't believe that at that visit that I took
9 any photographs. The other team members were taking
10 photographs. I was busy finding locations to install
11 wells and installing the wells.
12   Q   Okay. All right. Well, let me show you a
13 deposition exhibit. This is Deposition Exhibit 258.
14 This is a page from a document that's entitled "Countess
15 Joy Site Investigation," map and photos, August 23 to
16 24, 2021. And this is -- now, I'll scroll down here.
17     I'm on Page 54 of 87, and you can see it has a
18 Bates stamp, USAEXPERTS. Do you see that?
19   A   Yes.
20   Q   And do you recognize the person who's depicted
21 in this photograph?
22   A   That's Mike Wylie.
23   Q   Okay. And does this -- and is Mr. Wylie --
24 and I'll zoom out a little bit so you can see more of
25 it.

39 (Pages 150 - 153)

Page 154

1    Is this a photo that's taken right by the
2 East-West Ditch?
3    MR. HUGHES: Objection.
4    THE WITNESS: Well, I see the East-West Ditch
5 or the Bessey Creek in the background and -- but
6 they're maybe six or eight feet away from the hole
7 that Mike is measuring.
8 BY MR. McALILEY:
9    Q   Would you agree with me that this appears to
10 be -- to show Wetland Reference Plot W7?
11   A   I think that's what it's called in the -- in
12 the caption.
13   Q   And so --
14   A   Can you scroll down so I can see --
15   Q   Sure.
16   A   -- the caption?
17   Okay.  I guess it's not said.  But, yeah, I
18 think that's -- I think that's the correct location.
19   Q   Okay.  So if I -- if I look at this photograph
20 here, where is the East-West Ditch in this photograph?
21   A   Where is what?
22   Q   The East-West Ditch in this photograph.
23   A   In the background, where the surface water
24 appears.
25   Q   And where is the wetland in this photograph?

Page 155

1    A   Where Mike is standing.
2    Q   So can you tell me in this photograph where is
3 the surface water connection, if any, between the
4 wetland and the East-West Ditch?
5    A   Well, at that location, if I remember
6 correctly, but -- you can see that there's a slight dip
7 in the land surface to the right.  And if there was a
8 surface flow, that would be in that location.  But this
9 location is a wetland and it is touching or abutting
10 Bessey Creek.
11   Q   Okay.  So, Dr. Nutter, you would agree with me
12 that you can't see -- at least in this photograph, you
13 cannot see a surface water connection between the
14 wetland and the East-West Ditch; right?
15   MR. HUGHES: Objection.
16   THE WITNESS: No, I cannot.
17 BY MR. McALILEY:
18   Q   But you --
19   A   That doesn't imply that it hasn't occurred in
20 the past.
21   Q   But you are saying that you think there is --
22 that the wetland here has a physical connection to the
23 East-West Ditch; right?
24   A   Yes.
25   Q   So where is the place where that -- in this

Page 156

1 photograph where there's the physical connection?
2    A   Well, Mike is standing in the wetland, and the
3 wetland extends all the way down the bank and touches
4 Bessey Creek.
5    Q   So is the location where the wetland has a
6 physical connection with the East-West Ditch the
7 location which is basically the water line, wherever
8 that is that day in this photograph?
9    MR. HUGHES: Objection.
10   THE WITNESS: The wetland is -- I'm not --
11 repeat your -- repeat your statement, please.
12 BY MR. McALILEY:
13   Q   Dr. Nutter, I'm just trying to figure out
14 exactly where is this physical connection point in this
15 photograph.  So am I right that as I look at this
16 photograph, the place where you believe the wetland has
17 a physical connection to the East-West Ditch is the
18 place where the soil on the ground where Mr. Wylie is
19 standing goes down and meets the surface water line
20 that's in the ditch?
21   MR. HUGHES: Objection.
22   THE WITNESS: Yes.
23 BY MR. McALILEY:
24   Q   Okay.
25   A   And the wetland is where Mike is standing, and

Page 157

1 it continues all the way to the edge of the water.  And
2 if the water recedes in the ditch, the wetland would be
3 continuously extending into the ditch.  So --
4    Q   Okay.  All right.  Let me exit out of this,
5 this exhibit, and let's go back to your supplemental
6 report.
7    So I'm back here on Deposition Exhibit 261.
8 This is -- I believe I'm on Page 5, again, "Extent of
9 the Wetlands."  And I want to highlight another sentence
10 here.  I think it's the second sentence from the bottom
11 of this paragraph.
12   It says, quote, "The wetlands also have
13 confirmed surface water and physical connections to the
14 North-South Ditch."
15   Do you see that?
16   A   Yes.
17   Q   So do you mean the same thing here when you
18 talk about a surface water and physical connection?
19   A   Yes.
20   Q   So a surface water connection is you observed
21 at least at some locations surface water from the
22 wetland going into the North-South Ditch; right?
23   A   Yes.
24   MR. HUGHES: Objection.
25 BY MR. McALILEY:

40 (Pages 154 - 157)

Page 158

1  Q  And you also observed that the wetland itself
2  comes down and touches the North-South Ditch, similar to
3  that photograph we just looked at?
4  A  Yes.
5  Q  You're not saying here that every time you
6  visited the Countess Joy property, you saw water flowing
7  from wetlands into the North-South Ditch, are you?
8  A  No.  The only time that I saw water flowing
9  from wetlands, surface water flowing from wetlands into
10  the North-South Ditch, was in August and September.
11  Q  Okay.  Also in this paragraph you have, in the
12  previous -- two sentences before, you make a reference
13  to the relatively permanent 84th Avenue Ditch.  And I'll
14  highlight that.
15  Do you see that?
16  A  Yes.
17  Q  So when you say "relatively permanent 84th
18  Avenue Ditch," what do you mean?
19  A  Well, again, as I defined relatively permanent
20  water before, it's water much of the year except during
21  dry seasonal periods where flow might be augmented by
22  baseflow.  But it's -- it's not -- not -- excuse me --
23  not necessarily perennial flow.
24  Q  Okay.  So to make sure I understand this,
25  "relatively permanent" means there's seasonal flow of

Page 159

1  water, not necessarily perennial flow?
2  A  Right.
3  Q  All right.  And what are -- what are the
4  reasons why you believe the 84th Avenue Ditch qualifies
5  as a relatively permanent water?
6  A  Because of my observations and the analysis of
7  the watershed size that the 84th Avenue Ditch drains.
8  We saw a large wetland area to the -- to the west of
9  84th Avenue, and there's -- we observed culverts that
10  connect the west -- underneath 84th Avenue into the 84th
11  Avenue Ditch, the one we're -- the east side.
12  And so it has a relatively large watershed,
13  and while I was there I observed flow, as I did in
14  Bessey Creek as well.
15  Q  Okay.
16  Okay.  What I want to do is -- you've
17  referenced here these three exhibits in this paragraph,
18  and I just want to briefly look at those with you,
19  Exhibits 7, 8 and 9.
20  A  Uh-huh.
21  Q  So let me start by asking:  Are those -- are
22  your Exhibits 7, 8, 9 also exhibits to Mr. Wylie's
23  report?
24  A  I believe so, yes.
25  Q  Okay.  So I've just put up on the screen

Page 160

1  Exhibit 7.  Do you see that?
2  A  Yes.
3  Q  Okay.  So -- and let me zoom back a little,
4  zoom out.
5  Can you see that, that exhibit on your screen?
6  A  Yes, I can.
7  Q  Okay.  So now I'm on Exhibit No. 7.  And at
8  the bottom it says "Figure Wetland Map 1 - USDOJ Expert
9  Team Determination of contiguous wetlands from the Site
10  through Countess Joy East Reference Area to the Upstream
11  Reach of Bessey Creek on 2021 aerial photography."
12  Did I read that right?
13  A  Yes.
14  Q  Okay.  So the upstream reach of Bessey Creek
15  is the East-West Ditch; right?
16  A  Yes.
17  Q  And then the North-South Ditch that's labeled
18  on the -- on this figure, that's the same ditch we've
19  been referring to by that name; right?
20  A  Yes.
21  Q  The defendants' property, or site, is the
22  square that's marked by at least in part like a dashed
23  black line?  Is that right?
24  A  Yes.
25  Q  Okay.  This yellow crosshatching on the

Page 161

1  defendants' site, what is that?
2  A  That is the wetlands that were delineated by
3  the DOJ team.
4  Q  Okay.  That's the only wetland that the DOJ
5  team has delineated in this case; right?
6  A  Yes.
7  Q  And by the way, that wetland delineation shows
8  that it ends at the northern boundary of the property,
9  doesn't it?
10  MR. HUGHES:  Objection.
11  THE WITNESS:  Yes, because that's the extent
12  of disturbance and the issue in this case of site
13  disturbance in wetlands.
14  BY MR. McALILEY:
15  Q  Well, so you made no effort to actually
16  delineate the boundaries of the wetland across the
17  Countess Joy property; right?
18  A  It wasn't necessary.  No, we did not.
19  Q  So I see that there's -- I'm thinking it's
20  like a blue shading there --
21  A  Yes.
22  Q  -- that goes across the Countess Joy property.
23  And the legend in the lower right says "Approximate
24  location of contiguous wetlands from Site through
25  Countess Joy East Reference Area."  Do you see that?

41 (Pages 158 - 161)

Page 162

1     A   Yes.
2     Q   So that's -- I shouldn't confuse that shaded
3   area with the wetland delineation, should I?
4     A   No.
5     Q   That's just your ballpark estimate of where
6   you think the wetlands are located on the Countess Joy
7   East property?
8         MR. HUGHES: Objection.
9         THE WITNESS: I would not use the term
10    "ballpark." We have observation locations in
11    that -- in that area where we confirmed wetlands.
12    We also made numerous observations as we walked
13    over the site of geographic location, vegetation,
14    and so forth. So it's not a ballpark estimate at
15    all.
16  BY MR. McALILEY:
17    Q   Okay. So if I -- so the areas that are within
18  that blue shaded area you believe to be wetlands; right?
19    A   Yes.
20    Q   And the areas outside of that blue shaded area
21  you believe to be non-wetlands; right?
22    A   No.
23        MR. HUGHES: Objection.
24        THE WITNESS: They could be wetlands, but for
25    the purpose of our demonstration of connections and

Page 163

1     abutting wetlands to 84th Avenue Ditch, the
2     North-South Ditch and Bessey Creek, that was the
3     purpose here. It was not trying to say that
4     wetlands to the east are not -- are not present.
5   BY MR. McALILEY:
6     Q   Okay. So the areas that aren't shaded in the
7   Countess Joy property, most of those unshaded areas you
8   think could be wetlands too?
9     A   Yes. Many of them are.
10    Q   Okay. And so why did you just shade in that
11  one area on this map instead of shading in the whole
12  map?
13    A   Because that's the area in which we have
14  confirmed data points and we have wells, so it's where
15  our observations were concentrated, and with data that
16  we confirmed with data -- wetland data forms.
17    Q   Okay. When I look down on the lower left-hand
18  corner, there's a legend that says "USDOJ Expert Team
19  Assessment Type." Do you see that legend box?
20    A   Yes. Yes, yes. Uh-huh.
21    Q   Yeah.
22        Do you see that there's a gold star there for
23  "Direct Surface Connection"?
24    A   Yes.
25    Q   What does that represent?

Page 164

1     A   Well, it shows where we observed physical
2   surface flow at -- into 84th Avenue Ditch and Bessey
3   Creek.
4     Q   When you say "surface connection," you mean
5   surface water connection?
6         MR. HUGHES: Objection.
7         THE WITNESS: Surface water flow, yes.
8         And there would be confirmed wetlands at those
9     locations as well, not just surface flow. The
10    wetlands were touching the RPWs, the relatively
11    permanent waters, in those locations as well as
12    flow, surface flow, at the time we observed it.
13  BY MR. McALILEY:
14    Q   So when I look at this exhibit, Exhibit 7, if
15  I go to the upper left-hand corner, there's a gold star
16  at the intersection of the 84th Avenue Roadside Ditch
17  and the East-West Ditch. Do you see that?
18    A   Yes.
19    Q   And you have not shaded the area around that
20  star as blue, as being a wetland, have you?
21    A   No. The purpose of that star is to show where
22  the 84th Avenue Roadside Ditch, which is an RPW,
23  connects with Bessey Creek.
24    Q   All right. So the gold star just means that
25  there's some kind of surface water connection; it

Page 165

1   doesn't necessarily have to be a surface water
2   connection between a wetland and a ditch?
3     A   Well --
4         MR. HUGHES: Objection.
5         THE WITNESS: -- in the legend there in the
6     lower left-hand corner, it says "Direct Surface
7     Connection," yes.
8   BY MR. McALILEY:
9     Q   And in the legend you also -- on the lower
10  right-hand corner, there's a -- there's an arrow, and I
11  think it's pink, for -- I'm sorry, it's a broken line
12  that says "Primary Surface Flow Pathway."
13    A   Yes.
14    Q   Do you see that?
15    A   Yes.
16    Q   Do you believe the primary surface flow
17  pathway that you identified in your original report is a
18  relatively permanent water?
19    A   No.
20    Q   And I also see in this Exhibit 7 there's a --
21  in the lower right-hand corner there's what looks like a
22  broken white line for "Secondary Surface Flow Pathway."
23  Do you see that?
24    A   Yes.
25    Q   Do you believe the secondary surface flow

42 (Pages 162 - 165)

Page 166

1  pathway is a relatively permanent water?
2     A.  No.  It is not.
3     Q.  When I look at this figure and I see that blue
4  shading across it that -- the approximate location of
5  the contiguous wetlands, that doesn't mean that there is
6  an unbroken expanse of surface water that covers that
7  entire area, does it?
8     A.  Would you repeat your question, or your
9  statement?
10    Q.  All right.  That -- you know, the shading --
11 the shading you have for the contiguous wetland is in
12 blue; right?
13    A.  Yes.
14    Q.  Sometimes blue on maps, you know, means, you
15 know, water.  So -- and so as I'm looking at that, that
16 area of blue shading does not mean that that area is
17 covered with surface water across that whole area, does
18 it?
19    A.  No, it does not.
20    Q.  That simply means that you think that there
21 are -- that that area is all wetlands?
22    A.  Yes.
23    Q.  And much of that area you think is a wetland
24 based upon saturated soils where the water is below the
25 groundwater table; right?

Page 167

1        MR. HUGHES:  Objection.
2        THE WITNESS:  Or at the surface.
3  BY MR. McALILEY:
4     Q.  Right.  But there's some --
5     A.  Or --
6     Q.  Okay.
7     A.  Or at the surface various times of the year.
8     Q.  Dr. Nutter, if I look at that blue shaded line
9  where it crosses the North-South Ditch, you would agree
10 with me that there are berms along the North-South Ditch
11 within that blue shaded area?
12    A.  Yes.
13    Q.  All right.  And that those berms are sometimes
14 a few feet higher than the water level in the ditch;
15 right?
16    A.  Yes.
17       MR. HUGHES:  Objection.
18 BY MR. McALILEY:
19    Q.  And those berms would serve as physical
20 barriers to surface flow, wouldn't they?
21    A.  Yeah.  Where they occur, and if the
22 configuration is right, yes, they would be that.
23 Uh-huh.
24    Q.  So this figure doesn't show where all -- where
25 the berms are located, does it?

Page 168

1     A.  No.
2     Q.  Did you ever see surface water extending in an
3  unbroken expanse all the way from the East-West Ditch up
4  to the defendants' property?
5        MR. HUGHES:  Objection.
6        THE WITNESS:  See it where?
7  BY MR. McALILEY:
8     Q.  Going from the East-West Ditch up to the edge
9  of the defendants' property.
10       MR. HUGHES:  Objection.
11       THE WITNESS:  Did I see surface flow
12    continuous all the way up to the --
13 BY MR. McALILEY:
14    Q.  Let me rephrase.
15       Did you ever see -- I'm not talking about
16 flow.  I'm just talking about surface water.  Did you
17 ever see an uninterrupted expanse of surface water going
18 from the East-West Ditch across that area of wetlands
19 that you've marked here in Exhibit 7, going all the way
20 up to the defendants' property line?
21       MR. HUGHES:  Objection.
22       THE WITNESS:  No.
23 BY MR. McALILEY:
24    Q.  Did you ever -- okay.
25       So surface water -- well, let me just -- by

Page 169

1  the way, did you ever see water, surface water,
2  extending all the way from the North-South Ditch into --
3  across wetlands in the Countess Joy property going up to
4  the edge of the defendants' property?
5        And what I mean by surface water extending all
6  the way up, I mean like an uninterrupted expanse of
7  surface water.
8        MR. HUGHES:  Objection.
9        THE WITNESS:  From the point where the primary
10    surface flow pathway takes off to the west, from
11    that point north to the -- adjacent to the site, I
12    saw continuous water.
13 BY MR. McALILEY:
14    Q.  You say from that point north or that point
15 south?
16    A.  I'm sorry.  South.  South.
17    Q.  Okay.  So you're saying from that point -- and
18 when did you see -- you said you saw continuous water.
19 When was that?
20    A.  In both August and September.  I saw water in
21 the ditch, North-South Ditch, in September -- excuse
22 me -- in October, but I did not walk it to verify that
23 it was continuous.  But there were certainly ponds of
24 water in the North-South Ditch in October.
25    Q.  Okay.  So here's what I'm trying to get at,

43 (Pages 166 - 169)

Page 170

```
 1  though.  I'm asking whether it's an uninterrupted
 2  expanse of surface water going the whole way from the
 3  North-South Ditch across the wetlands up to the
 4  defendants' property.  So I'm not saying -- and so it's
 5  that it's uninterrupted, that there's no gaps in it.
 6  Did you ever see that?
 7      A   I did not walk the northern portion of the
 8  North-South Ditch the entire length, so I can't verify
 9  that.
10      Q   Okay.  So you didn't see that -- you didn't
11  see an uninterrupted expanse of surface water from the
12  defendants' property line going to the North-South Ditch
13  across those wetlands that you have in Exhibit 7 at any
14  point; right?
15          MR. HUGHES:  Objection.
16          THE WITNESS:  No.  I saw uninterrupted water
17      the in North-South Ditch from the defendants'
18      property at least to the northern boundary of that
19      blue shaded area on the North-South Ditch.
20  BY MR. McALILEY:
21      Q   Okay.  Are you talking about water in the
22  ditch or water in the wetlands that are depicted on
23  Exhibit 7?
24      A   Water in the ditch and in -- in September
25  and -- August and September, the water, surface water,
```

Page 171

```
 1  in the abutting wetlands touching the North-South Ditch.
 2      Q   Okay.  But did you see surface water in the
 3  wetlands going from the edge of the ditch across the
 4  wetlands, not just the ones that are abutting the ditch
 5  but across the wetlands in that blue shaded area going
 6  down to defendants' property line all the way, without
 7  interruption?
 8      A   In the North-South Ditch, yes.
 9      Q   Okay.  But what about outside the North-South
10  Ditch?  What about in the wetlands to the east of the
11  North-South Ditch?
12          MR. HUGHES:  Objection.
13          THE WITNESS:  The surface flow that I observed
14      was largely from the North-South Ditch in that blue
15      shaded area, just the northern portion of it before
16      the flow was diverted off to the west.
17  BY MR. McALILEY:
18      Q   So I see in Exhibit 7, Dr. Nutter, you -- that
19  three of your monitoring well references are located in
20  that blue shaded area just to the north of the
21  defendants' property.  Right?
22      A   Yes.
23      Q   So if I want to know whether there was surface
24  water present on any given day at those locations, I
25  should look at the graphs that we looked at a little
```

Page 172

```
 1  while ago that shows the data from those wells; right?
 2      A   No.  Those are -- the blue squares with the
 3  dot in the center, those are the staff gages in the
 4  channel, Bessey Creek channel.  The monitoring wells are
 5  red circles with a dot in the middle of them.
 6          So there's -- next to the gold star, you'll
 7  see the square and the circle.  And the circles are
 8  where the wells were located.
 9      Q   But if I look at the circles with the -- the
10  red circles with the black dot in the middle --
11      A   Yes.
12      Q   -- that comes down just to the north of the
13  defendants' property in this approximate location of
14  contiguous wetlands; right?
15      A   Yes.
16      Q   Okay.  So if I want to know whether there's
17  surface water present at those locations, I should look
18  at the graphs of the data you collected; right?
19      A   Yes.
20      Q   Okay.  All right.  So one last question on
21  this -- on this graph, or on this figure.
22          So a moment ago you indicated that there are
23  berms in some places along the North-South Ditch that
24  are included within this blue shaded area of wetlands;
25  right?
```

Page 173

```
 1      A   Yes.
 2      Q   Is it your opinion that those berms themselves
 3  are wetlands?
 4      A   No.
 5      Q   Okay.  So there's actually inclusions of
 6  uplands or non-wetlands in this area here, in this blue
 7  shaded area in Exhibit 7; right?
 8          MR. HUGHES:  Objection.
 9          THE WITNESS:  In the context of the scale of
10      this figure, the berms or the discontinuous berms
11      wouldn't be shown.  But, no, the upland areas would
12      not -- would not be wetlands.
13  BY MR. McALILEY:
14      Q   Okay.  So a spot where -- a spot where the
15  ground is mounded up higher like in a berm, that's a
16  place that could be a non-wetland; right?
17      A   Yes.
18      Q   So this figure doesn't attempt to show the
19  location of those, you know, those locations in Countess
20  Joy, does it?
21          MR. HUGHES:  Objection.
22          THE WITNESS:  That's not the intention of the
23      figure.
24  BY MR. McALILEY:
25      Q   Right.  So I shouldn't -- I shouldn't -- it
```

44 (Pages 170 - 173)

Page 174

1 would be a mistake to look at this figure and to believe
2 that everything that's included within the blue shading
3 is a wetland; right?
4     MR. HUGHES:  Objection.
5     THE WITNESS:  With reference to the berms, as
6 we spoke, that would be the case.
7 BY MR. McALILEY:
8     Q   That's also true at other points if the ground
9 is mounded up; right?
10     MR. HUGHES:  Objection.
11     THE WITNESS:  In my walking over the site many
12 times, I did not see any areas other than those
13 discontinuous berms that would be qualified or
14 would be equivalent to upland areas.
15 BY MR. McALILEY:
16     Q   Right.  But the DOJ team never even made the
17 effort to figure out whether there were other inclusions
18 of uplands within that area that's shaded in blue;
19 right?
20     MR. HUGHES:  Objection.
21     THE WITNESS:  Well, in the context of
22 determining wetlands, you're walking over the area,
23 and you have limited time.  And in this case we
24 were limited to a certain number of days on the
25 site.  And it's a very large site to try to figure

Page 175

1 out what is going on.
2     And so we would make observations at
3 representative areas.  And I'm not aware of anybody
4 observing any wetland -- excuse me -- uplands other
5 than the berms, as you pointed out, within that
6 shaded area, the blue shaded area.
7 BY MR. McALILEY:
8     Q   All right.  I'd like to now go to the next
9 exhibit, Exhibit 8.
10     MR. HUGHES:  Neal, how much longer are you
11 thinking on these?  I'm just --
12     MR. McALILEY:  Let me -- what I'm trying to do
13 here is finish off on these two exhibits and take a
14 break.
15     MR. HUGHES:  Okay.  Do you know how long
16 that's going to be?
17     MR. McALILEY:  Ten minutes, I hope.  I hope
18 it's less.
19     MR. HUGHES:  Is that okay, Dr. Nutter?
20     THE WITNESS:  That's fine.
21 BY MR. McALILEY:
22     Q   Now that I have Exhibit 8 up on the screen,
23 can you see that?
24     A   Yes.
25     Q   So am I right this is essentially the same

Page 176

1 figure as Exhibit 7, except for it's overlaid on a LiDAR
2 image background?
3     A   Yes.  And it doesn't have the blue shaded
4 area.  It's just the LiDAR.
5     Q   Right.
6     And do you believe that LiDAR imagery is
7 generally accurate in showing ground elevations?
8     MR. HUGHES:  Objection.
9     THE WITNESS:  In this particular case, yes,
10 because it's been grazed and we don't have a lot of
11 interference from vegetation, so in -- the ground
12 surface is observable in large enough places to
13 give an accurate depiction of surface elevations.
14 BY MR. McALILEY:
15     Q   I mean, there's bushes and trees across much
16 of the Countess Joy property; right?
17     A   Say that again?
18     Q   There are bushes and trees across much of the
19 Countess Joy property; right?
20     A   Yes.  And the dominant ones are there in
21 what's identified as uplands, the orange-colored areas
22 there to the west.
23     Q   To read the LiDAR imagery of elevation, am I
24 right that in the lower left-hand corner in the legend,
25 there's an entry for "LiDAR 2019 Elevation Model"?  Do

Page 177

1 you see that?
2     A   Yes.
3     Q   So the reddish colors are higher ground and
4 the bluish colors are lower ground?  Is that how it
5 works?
6     A   Yes.  But there on the upland part, there's
7 very dense tree cover, so there could be interference
8 from trees, whereas the rest of the site, the trees are
9 dispersed and so they might show up as a little higher
10 elevation, a lighter green, as opposed to a darker
11 green, which is a lower elevation.  Or even as yellow,
12 which would be -- most of those are trees.
13     There's also places where excavation took
14 place.  Particularly where the primary surface flow
15 pathway takes off to the west, there are little dots
16 there of higher elevation.  Those are the mounds of
17 spoil when that ditch was excavated.  And those mounds
18 are uplands, but they're -- they're not continuous.
19 There's was nothing between them.
20     Q   Thank you.
21     So one thing about this Exhibit 8 is the
22 LiDAR -- you can see the remains of the old agricultural
23 rows across the Countess Joy property; right?
24     A   Yes.
25     MR. HUGHES:  Objection.

45 (Pages 174 - 177)

Page 178

1 BY MR. McALILEY:
2    Q    There's little strips of where the elevation
3 of the ground is a little higher interspersed with
4 strips where the elevation's a little lower; right?
5    A    Yes.
6    Q    And then you just referenced there on the
7 primary flow path, where it goes off of the North-South
8 Ditch, those dots.  Those are those mounds that you were
9 just referencing?
10       MR. HUGHES:  Objection.
11       THE WITNESS:  They're in the location right
12    where the ditch takes -- the primary flow pathway
13    takes off to the west before it turns to the north.
14    It's hidden, but there's a series of equally spaced
15    dots there which don't show up well because of the
16    overlay of the pathway, but those are spoil piles
17    from when that ditch was excavated, which was much
18    later in time than the North-South Ditch.
19 BY MR. McALILEY:
20    Q    Well, so you would agree with me that you can
21 see in this LiDAR image that some of the -- the
22 variation in microtopography across the Countess Joy
23 property; right?
24    A    Yes, qualified by the fact that some of those
25 elevation points are trees or vegetation.

Page 179

1    Q    And you would agree with me that there is --
2 you can see there's higher elevation next to most of the
3 North-South Ditch; right?  There's like more of a yellow
4 color next to the blue or the line of the ditch?
5    A    Yes.
6       MR. HUGHES:  Objection.
7       THE WITNESS:  Yes.
8 BY MR. McALILEY:
9    Q    You would agree with me that there is -- you
10 can see the berms along the East-West Ditch in red;
11 right?
12    A    That's the vegetation, yes.  Uh-huh.
13    Q    Well, I mean, that's also where there's high
14 berms; right?
15    A    Yes.  The vegetation's growing on uplands.
16    Q    And so, Dr. Nutter, you would agree with me
17 that this exhibit shows that there is a berm along most,
18 but not quite all, but most of the boundary of the
19 East-West Ditch; right?
20       MR. HUGHES:  Objection.
21       THE WITNESS:  Yes.  And I didn't -- I agreed
22    with that statement earlier.
23 BY MR. McALILEY:
24    Q    Okay.
25       Okay.  Let's go to Exhibit No. 9.  Do you see

Page 180

1 that on the screen?
2    A    Yes.
3    Q    So am I right that this is the same figure as
4 Exhibits 7 and 9 [sic], except for it's overlaid on an
5 NRCS soil map?
6    A    Yes.
7    Q    And what is -- and tell me, so what is the --
8 what does this figure show that the others don't?
9    A    It shows the location of the hydric soils as
10 published by the NRCS.
11    Q    And why is that important?
12    A    It's one tool that's used to identify the
13 potential presence of hydric soils in the overall
14 analysis.
15    Q    So as I look in this map, I see there is an
16 area that says "Upland," sort of on the left-hand side
17 of the figure.
18    A    Yes.
19    Q    Is that an area that you think -- is that the
20 area you were referring to as an upland a little while
21 ago?
22    A    Yes.
23    Q    And I also see that the color of that matches
24 up with the number 4, which the legend indicates is
25 "Waveland and Immokalee fine sands (7 percent hydric

Page 181

1 rating)."  Do you see that?
2    A    Yes.
3    Q    So do you believe that this is an upland based
4 upon the -- that it's not a hydric soil?
5       MR. HUGHES:  Objection.
6       THE WITNESS:  And that was confirmed by a
7    boring where that green cross is.
8 BY MR. McALILEY:
9    Q    Okay.  So the area mapped as 4, "Waveland and
10 Immokalee fine sands," that is uplands, based on the
11 soil; right?
12       MR. HUGHES:  Objection.
13       THE WITNESS:  And confirmed by the observation
14    by the soil scientists.
15 BY MR. McALILEY:
16    Q    If I go up to the top of this figure, I see
17 that there's the same number 4 in coloring that is --
18 that covers the East-West Ditch for most of the length
19 in this figure.  Do you see that?
20    A    Yes.
21    Q    So the East-West Ditch was excavated in
22 non-wetlands at that location; right?
23       MR. HUGHES:  Objection.
24       THE WITNESS:  Based upon the mapping, that
25    would be true.  I have not verified -- it wasn't my

46 (Pages 178 - 181)

Page 182

1    position to verify the mapping of the soil, so ...
2  BY MR. McALILEY:
3     Q   Okay.  Other members of the team -- other
4  members of your team were responsible for the soil
5  mapping; right?
6     A   Yes.  Correct.
7        MR. McALILEY:  Okay.  Dr. Nutter and
8  everybody, I'm happy to take a break, if you-all
9  want to.  I've reached the end of these exhibits.
10        THE WITNESS:  I'm happy to take a break.  What
11  time do you want do reconvene?
12        MR. McALILEY:  Well, so I'm trying to get us
13  done early.  If people can live with a half-hour
14  break --
15        THE WITNESS:  Sure.
16        MR. McALILEY:  -- so I can just push on
17  through and just try to finish, that would be my
18  preference.  But I'm not the only one here.
19        THE WITNESS:  That's fine with me.
20        MR. HUGHES:  How much longer do you think you
21  have?
22        MR. McALILEY:  I don't know.  I'll tell you,
23  I'm -- I'm -- I'm more than three-quarters of the
24  way through my outline.
25        MR. HUGHES:  Dr. Nutter, is that okay with

Page 183

1  you?
2        THE WITNESS:  That's fine.  Sure.  30 minutes
3  for lunch.  My lunch has already been delivered, so
4  I'm ready to go.
5        MR. McALILEY:  Super.  So we're at 1:11 on my
6  clock.  1:40 we'll rejoin.  Does that sound good?
7        THE WITNESS:  Good.
8        MR. HUGHES:  Sounds fine.
9        VIDEOGRAPHER:  We're off the record.  The time
10  is 1:11 p.m.
11        (Witness excused temporarily)
12        (The deposition was adjourned for lunch at
13  1:11 p.m., to be reconvened at 1:40 p.m.)
14              - - -
15        AFTERNOON SESSION
16  October 12, 2023                1:41 p.m.
17              - - -
18        VIDEOGRAPHER:  We're back on the record.  The
19  time is 1:41 p.m.
20  BY MR. McALILEY:
21     Q   Okay.  Dr. Nutter, I want to go back to your
22  supplemental report, Deposition Exhibit 261.
23     A   Uh-huh.
24     Q   I'm going to share my screen again.  And I'm
25  now -- can you see Page 6 of your report in front of

Page 184

1  you?
2     A   Yes.
3     Q   Okay.  I want to focus on -- there's a
4  Subsection A in the report, "Site and Reference Area
5  Hydrology Pre-Disturbance," and I want to focus on the
6  second paragraph of this section.
7        And there's a sentence here.  The first
8  sentence says, quote, "Historical connections between
9  the wetlands and the upstream reach of Bessey Creek are
10  shown in Exhibit 10, an aerial photograph from 1966."
11        Do you see that?
12     A   Uh-huh.
13     Q   I want to --
14     A   Yes.  Yes, I do.  Yeah.
15     Q   I want to go through Exhibit 10 with you.  So
16  I'm jumping down here to Exhibit 10.
17        Can you see that on your screen?
18     A   Yes, I can.
19     Q   So -- and now I have in front of -- I put up
20  on the screen Exhibit 10, which is a figure from your
21  original report, Figure V.D.1.a.3.  Do you see that?
22     A   Yes.
23     Q   So this is an aerial photograph from 1966
24  that's been annotated; right?
25     A   Yes.

Page 185

1     Q   And what does this show?
2     A   It shows our interpretation of how the
3  construction of 84th Avenue -- the ditch at 84th has
4  changed the flow of water to Bessey Creek, just from the
5  84th Avenue, not intending to show for anyplace else on
6  the site, just from the influence of Bessey Creek --
7  excuse me -- of 84th Avenue Ditch to discharge to Bessey
8  Creek.
9     Q   Okay.  But in the text in your supplemental
10  report, you say, "Historical connections between the
11  wetlands and the upstream reach of Bessey Creek are
12  shown in Exhibit 10."  So for purposes of the
13  supplemental report, you're using this figure to show
14  the historical connection places between the wetlands
15  and the ditches?
16        MR. HUGHES:  Objection.
17        THE WITNESS:  Yes.  Historical connections at
18  the time in 1966 when 84th Avenue intersected flow
19  to the west and diverted it all in the 84th Avenue
20  Ditch down to Bessey Creek.
21  BY MR. McALILEY:
22     Q   And am I right that this -- that this
23  Exhibit 10 also, according to the legend in the upper
24  right-hand side, also shows current connection to Bessey
25  Creek?

47 (Pages 182 - 185)

Page 186

```
1     A   Yes.  The current connection is 84th Avenue
2  Ditch connecting to Bessey Creek.
3     Q   And there's also another one.  Number --
4  Area 3 is a wet season connections to Bessey Creek;
5  right?
6     A   Yes.
7     Q   And -- okay.  So -- and when it says -- in the
8  bottom it makes a reference here in the title to
9  historical wetland discharge locations.  What do you
10 mean by "wetland discharge"?
11    A   Well, where wetlands were either surface or
12 abutting, touching, Bessey Creek or 84th Avenue Ditch.
13    Q   I see.  So when you're referring here -- so
14 this is showing locations where wetlands either abutted
15 or touched the ditches or where there is water from the
16 wetlands that would go into the ditch?  Am I
17 understanding that right?
18    A   Say that again, please.
19    Q   All right.  So this figure shows the locations
20 where wetlands touch the ditches; right?
21    A   Yes.
22    Q   And does this figure also show locations where
23 there is flow from wetlands to the ditches?
24        MR. HUGHES:  Objection.
25        THE WITNESS:  In Location 1, 2 and 3.  4 is
```

Page 188

```
1  mind, with the construction of 84th Avenue.
2     Q   But you're -- okay.  I understand that was the
3  original purpose of it as stated at the bottom of the
4  figure.  But you cited it in your supplemental report as
5  a figure that shows historical connections between the
6  wetlands and the East-West Ditch; right?
7     A   My statement would be as described in the
8  caption of the photograph.  Maybe I didn't -- didn't
9  explain far enough, but I'm still using this to state
10 what I stated in the very first report.
11    Q   So is it your belief before 84th Avenue was
12 built, there was no connection between -- and I'll say
13 historical connection -- between the East-West Ditch and
14 the North-South Ditch?
15    A   No, that's not -- this -- again, going back to
16 the caption, this is -- the discharge was changed with
17 the construction of 84th Avenue.  The North-South Ditch,
18 in our assessment, was not impacted by the construction
19 of the 84th Avenue Ditch.
20    Q   This exhibit also does not show any wetland
21 discharge locations along the North-South Ditch; right?
22    A   No.  Again, it wasn't intended to do that.
23    Q   Okay.  All right.
24        So I'd like to go back to the text now on
25 Page 6.
```

Page 187

```
1  just the connection of 84th Avenue Ditch to Bessey
2  Creek.
3  BY MR. McALILEY:
4     Q   I see.
5        So by the way, when you're making a reference
6  here to "connection," you're referring to a surface
7  water connection?
8        MR. HUGHES:  Objection.
9        THE WITNESS:  In this particular -- excuse me.
10 Did I catch all your statement?  I'm sorry.
11 BY MR. McALILEY:
12    Q   I'm sorry.  Let me say it again.  I spoke too
13 fast after lunch here.
14        When you say "connection," what do you mean by
15 that?
16    A   Just the -- the interpretation of the aerial
17 photography from 1966 showing wetland surface
18 connections by the shading apparent in the aerial
19 photography.  And we confirmed No. 2, No. 3, and of
20 course No. 1.  And No. 4, obviously.
21    Q   This figure does not show any connection, or
22 surface connection, at the junction of the North-South
23 Ditch and the East-West Ditch; right?
24    A   No.  It wasn't intended to do that.  We were
25 only talking about the -- how it was changed, in our
```

Page 189

```
1        In that same paragraph, there is a discussion
2  here of a submission, you say, by the site's owner to
3  the Florida Department of Agriculture and Consumer
4  Services.  Do you see that discussion?
5     A   Yes.
6     Q   And you discussed and attached as Exhibit 11 a
7  figure that was submitted by a consultant to the
8  defendants to this state government agency; right?
9     A   Yes.
10    Q   So let me -- I'm going to change the
11 highlighting just so we can look at all the right
12 sentence here.
13        Okay.  So there's a sentence in there.  I
14 think it's the third sentence in the paragraph.  It
15 says, quote, "Included in the application was a map
16 depicting 'Run-off Flow' from the site towards the
17 North-South Ditch and 'Stream Flow' from the site in the
18 North-South Ditch and a ditch on the east side of the
19 Countess Joy Reference Area directly connecting to the
20 upstream reach of Bessey Creek."
21        Do you see that?
22    A   Yes.
23    Q   All right.  So let's go to the exhibit now and
24 let's discuss it.
25        Okay.  Can you see on your screen this is
```

Page 190

1 Exhibit 11?
2    A  Yes.
3    Q  Okay.  So is this the figure you're talking
4 about that was submitted by the defendants' consultant
5 to the Florida Department of Agriculture?
6    A  Yes.
7    Q  So who exactly prepared this figure?
8    A  I don't recall.  This was included in
9 materials that were available to us to review of prior
10 submittals.  I don't recall exactly who prepared it.
11    Q  Do you know whether the person who prepared it
12 is -- has any technical expertise?
13    A  I do not know.  It was prepared in -- for an
14 application for an agricultural exemption, and I don't
15 recall all the details of that.  I looked at them, but I
16 don't recall what was there and the extent of it.
17    Q  And how did these -- how exactly did they go
18 about preparing this figure?
19    A  I do not know.
20    Q  Do you know what technical investigations went
21 into preparing this document?
22    A  No.
23       MR. HUGHES:  Objection.
24 BY MR. McALILEY:
25    Q  As far as you know, they didn't conduct any

Page 191

1 field investigations; right?
2       MR. HUGHES:  Objection.
3       THE WITNESS:  At this point in time I do not
4    know.  I know that there was an application.  I
5    don't recall the details of the application and
6    what went into preparing that.  It was for an
7    agricultural exemption for Mr. Sharfi to work his
8    property.
9 BY MR. McALILEY:
10    Q  Okay.  And you don't know whether there is any
11 measurements of flow that went into preparing this
12 figure; right?
13    A  No.
14    Q  I mean, as far as you know, somebody got a map
15 and drew lines on ditches without any field
16 investigation; right?
17       MR. HUGHES:  Objection.
18       THE WITNESS:  I have no knowledge.
19 BY MR. McALILEY:
20    Q  Do you know whether the Florida Department of
21 Agriculture and Consumer Services took any steps to
22 verify the information in this figure?
23    A  I do not.
24    Q  To your knowledge, nobody ever verified the
25 information in this figure; right?

Page 192

1       MR. HUGHES:  Objection.
2       THE WITNESS:  To my knowledge, I have not -- I
3    don't recall the complete record.
4 BY MR. McALILEY:
5    Q  And there's some aspects of this map that you
6 disagree with.  Isn't that true?
7    A  Let me read.  (Examining document.)
8       I don't recall making statements disagreeing
9 with it.
10    Q  For instance --
11    A  If you could point me to that.
12    Q  Sir, you testified in your last deposition
13 under oath that you did not see any water flowing
14 directly from the North-South Ditch into the East-West
15 Ditch.  Isn't that right?
16    A  At the point in time that I was there and at
17 that location, I did not see flow.
18    Q  Right.  So the fact that this shows flow is
19 inconsistent with your own observations, isn't it?
20    A  No, I wouldn't say that.  It just shows an
21 arrow, and it could be a seasonal flow.  It doesn't say
22 what period of time.  It just says "Stream Flow."
23    Q  You're assuming that whoever prepared this
24 actually was thinking in technical terms when they
25 prepared it; right?

Page 193

1       MR. HUGHES:  Objection.
2       THE WITNESS:  I don't know what the person
3    was -- what their objective and thinking was.
4 BY MR. McALILEY:
5    Q  So in the report you state that you believe
6 this figure, quote/unquote, "verifies" that there is a
7 direct hydrologic and physical connection from the site
8 wetlands to the East-West Ditch.  Do you recall using
9 that word, "verifies"?
10    A  Yes.
11    Q  Would you agree with me the term "verifies"
12 means to ascertain the truth of correctness -- or
13 correctness of something by examination or research?
14       MR. HUGHES:  Object.
15       THE WITNESS:  I would agree with that
16    statement.
17 BY MR. McALILEY:
18    Q  So because you don't know anything about how
19 this figure was prepared, this verifies nothing; right?
20       MR. HUGHES:  Objection.
21       THE WITNESS:  In my mind, it verifies that
22    somebody made observations and submitted this as a
23    true portrayal of water flow on the Sharfi site to
24    Bessey Creek.
25 BY MR. McALILEY:

49 (Pages 190 - 193)

Page 194

```
 1    Q   Okay.  Go back to the text here to -- I'd like
 2 to go to the bottom of Page 6.  Let's see if I've got
 3 the right spot here.
 4        Okay.  So there is the first paragraph on the
 5 bottom of Page 6 beneath the heading "B.  Present-Day
 6 Hydrology of the Site and Reference Area."  Do you see
 7 that?
 8    A   Yes.
 9    Q   Okay.  So -- and so I'm going to read this
10 sentence here and make sure I understand it.
11        Quote, "The wetlands on the Countess Joy East
12 Reference Area -- that formed part of a larger wetland,
13 including the wetlands on the site prior to earthmoving
14 and fill activities -- is connected to and physically
15 abuts or touches the North-South Ditch, the 84th Avenue
16 Roadside Ditch, and the upstream reach of Bessey Creek,
17 each a relatively permanent water (RPW)," end quote.
18        Did I read that right?
19    A   Yes.
20    Q   So let me just start out by saying:  What do
21 you mean by the wetlands are connected to those ditches?
22    A   They touch and abut the ditches.
23    Q   Okay.  So the soils of the wetland come down
24 to -- down to the water in the ditch?  Am I
25 understanding that right?
```

Page 195

```
 1    A   Well, the soils -- excuse me -- the ditch and
 2 the wetland are one unit together.  So when you say
 3 comes down and touches the water surface, the water
 4 surface can vary.  But the wetland continues to the
 5 water feature, the RPW.
 6    Q   So, in other words, the wetland comes up and
 7 comes up to the edge of the ditch.  Is that what you're
 8 saying?
 9    A   Yes.
10        MR. HUGHES:  Objection.
11 BY MR. McALILEY:
12    Q   And so -- and when -- when there is water in
13 the ditch and there's no surface water in the wetland,
14 the point in which it would connect would be the point
15 where the soils come down to the water in the ditch?
16    A   Well, the soil in the ditch is also most
17 likely hydric, and it would be considered part of the
18 wetland.
19    Q   Okay.  But when you're saying -- okay.  So
20 then where exactly does the wetland connect with the
21 ditch in that scenario?
22        MR. HUGHES:  Objection.
23        THE WITNESS:  The ditch is a geographic
24 feature.  The wetland is a geographic feature.  And
25 they're -- I'm not sure I understand your kind of
```

Page 196

```
 1 questioning.  They are touching each other, and
 2 the -- whether it be subsurface water or surface
 3 water in particular cases, they're part of the same
 4 hydrologic system.
 5 BY MR. McALILEY:
 6    Q   So, Dr. Nutter, isn't -- remember I asked you
 7 questions before lunch about when you were measuring the
 8 width of the ditch and I asked where are you measuring
 9 from on either side?
10    A   Yes.
11    Q   And I recall you testified that when you're
12 measuring the width of the ditch, you would go to the
13 ordinary high water mark on each side of the ditch.
14    A   Yes.
15    Q   Remember I also asked is the outer edge of the
16 ditch the top of the bank?  That was another question I
17 asked.
18    A   Right.
19        MR. HUGHES:  Objection.
20 BY MR. McALILEY:
21    Q   Partly what I'm trying to do is figure out so
22 where exactly do they touch.  Now, you've got a ditch
23 that's a geographic feature, as you just said, so where
24 is the edge where these two things come together?
25        So is it -- let me go back to the ditch and to
```

Page 197

```
 1 the edge of the ditch.  This is background.  So where
 2 exactly is the edge of the ditch if I'm looking at the
 3 East-West Ditch in a location, let's say, where I've got
 4 a berm next to it?
 5    A   Well, if there's a berm, then I wouldn't say
 6 that the wetland is touching the water feature.
 7    Q   Even if there's wetland soils underneath the
 8 berm?
 9    A   Pardon me?
10    Q   What if there's wetland soils underneath the
11 berm?
12    A   But it doesn't meet the other criteria for a
13 wetland.  It may not meet for the vegetation and it may
14 not meet the hydrology criteria, because the water has
15 to be within a foot of the surface.
16        So I would say that, yeah, water can flow
17 under the berm as groundwater flow, but that is not a
18 wetland touching the water feature in the circumstance
19 that you described.  But there's many places where the
20 berm is not there and the wetland is touching the water
21 feature, the channel.
22    Q   Okay.  I want -- let me -- you have some use
23 of photos that you've attached to your report that
24 illustrate where you think there's a physical connection
25 between the wetlands and the ditches; right?
```

50 (Pages 194 - 197)

Page 198

```
 1    A   Yes.
 2    Q   So why don't we go to one of those and you can
 3  help explain this to me.  So -- let's see.
 4        Okay.  I'm going to go to Exhibit 12 here.
 5    A   Uh-huh.  Yes.
 6    Q   And can you see it up there on the screen?
 7    A   Yes.
 8    Q   Okay.  So -- and this is a figure from your
 9  original report that's Figure V.C.C -- I'm sorry.  Let
10  me say it again.  Roman numeral V.C.2.8.  Do you see
11  that?
12    A   Yes.
13    Q   Okay.  So -- and this is a photograph of the
14  North-South Ditch and wetlands; right?
15    A   Yes.
16    Q   Okay.  So when I look at this photograph --
17  and by the way, this photograph was taken in August of
18  2021; right?
19    A   Yes.
20    Q   And that was a high rainfall month, wasn't it?
21    A   At the beginning of the month, yes, it was.
22    Q   Okay.
23    A   This photograph was taken near the end of the
24  month.
25    Q   What exactly -- where exactly along the
```

Page 199

```
 1  North-South Ditch was this taken?
 2    A   I did not take this photograph, but I believe
 3  it's about midway down near where the flow path takes
 4  off to the west.  But I don't have the exact coordinates
 5  of where it's located.
 6    Q   So where is the North-South Ditch in this
 7  photograph?
 8    A   The North-South Ditch is where the -- is where
 9  the arrow with the two arrowhead points on it, and then
10  continuing to the upper portion of the photograph where
11  it says "North-South Ditch."  That's the ditch.
12    Q   Okay.  So when I look at this photograph,
13  there's two red arrows; right?
14    A   Yes.
15    Q   There's one that has arrows on both ends and
16  there's one in arrows just on one end.
17    A   Yes.
18    Q   So the North-South Ditch is the one that has
19  the arrow with both ends, both ends with a pointer?
20    A   Yes.
21        MR. HUGHES:  Objection.
22  BY MR. McALILEY:
23    Q   Okay.  So then where are the wetlands in this?
24    A   Wait a minute.  Hang on just a minute.  Let
25  me -- (examining document).
```

Page 200

```
 1        Let me correct my observation here.  The --
 2  where the shovel is is most likely an upland and is a --
 3  is part of a berm.  And I believe the North-South Ditch
 4  is running from just to the right of the shovel towards
 5  the arrow where it says "North-South Ditch."  And the
 6  abutting wetland is where the double-headed arrow is.
 7    Q   Okay.  So the person looks like they're
 8  standing in the North-South Ditch; right?
 9    A   Yes.  On the edge of it, yes.
10    Q   Okay.  So is -- the area of the shovel, is
11  that -- is that a wetland?
12    A   It appears that it's -- to me, it is not.
13  It's probably a berm.
14    Q   And to the left side of the photograph, it
15  looks like there's -- the ground's a few feet higher.
16  Isn't that right?
17        MR. HUGHES:  Objection.
18        THE WITNESS:  Where the trees are, yes.
19  BY MR. McALILEY:
20    Q   So do you think that's a wetland?
21    A   No, I don't think so.
22    Q   So the areas where you say there's abutting
23  wetlands is this area of -- the wet area that's in the
24  left foreground?
25    A   Yes.  Or just below where it says "Abutting
```

Page 201

```
 1  Wetlands."
 2    Q   Okay.  All right.
 3        Okay.  You know what?  Let me -- I think I've
 4  asked some of these questions before about the images,
 5  so let me just try to go back to the text here.
 6        Okay.  So, again -- well, I shouldn't -- I
 7  took out the highlighting too fast.
 8        All right.  There we are.
 9        Okay.  So the wetlands -- again, I'm just
10  going to focus on this -- "is connected to and
11  physically abuts or touches the North-South Ditch."
12  Is -- when you say "connected to," do you mean the same
13  thing as physically abuts or touches?
14    A   Yes.
15    Q   And when you say -- and you say that they --
16  "connected to and physically abuts or touches the
17  North-South Ditch, the 84th Avenue Roadside Ditch and
18  the upstream reach of Bessey Creek, each a relatively
19  permanent water."  Let me focus on each of those waters.
20        I think I've already asked you the basis for
21  why you think the East-West Ditch is a relatively
22  permanent water.  Right?
23    A   Yes.
24    Q   And I think I've already --
25    A   You did ask me that, I believe, yes.
```

Page 202

1    Q    Okay.  And I think I've already asked you that
2  about the 84th Avenue Roadside Ditch.  Right?
3    A    Yes.
4    Q    Okay.  Let me just ask the same question about
5  the North-South Ditch.  Tell me why you think the
6  North-South Ditch is a relatively permanent water.
7    A    Our observations and the team observations
8  were that it had water for sufficiently long periods of
9  time to qualify as an RPW.  So it had relatively
10  permanent water that was -- that was the response of
11  precipitation and it had subsurface flow from the
12  wetlands when the water surface dropped below the
13  surface, the water -- excuse me -- the surface water
14  diminished and the soil was saturated to or near the
15  surface and would drain to the ditch.
16    Q    What is --
17    A    And that was -- excuse me.  That was
18  illustrated by the wells, when we could see the wells
19  that were located near the North-South Ditch or Bessey
20  Creek.  When the water dropped below the surface, the
21  water continued to drain.  And that was in part due to
22  the evapotranspiration but also then water moving
23  subsurface along a gradient to the discharge point to
24  being a ditch or a lower part of the landscape.
25    Q    What is a sufficient amount of time for the

Page 203

1  ditch to have water in it for it to be a relatively
2  permanent water?
3    A    Well, it would be -- in my mind, it would be
4  where there's seasonal flow that's -- or presence of
5  water that's driven by rainfall and then maintained for
6  a period of time by the baseflow or groundwater
7  discharge.
8    Q    Seasonal flow means it would flow during one
9  of the seasons of the year; right?
10    A    It would flow --
11        MR. HUGHES:  Objection.
12        THE WITNESS:  I'm sorry.
13  BY MR. McALILEY:
14    Q    It would flow during one of the seasons of the
15  year?
16    A    During the wet season, yes.
17    Q    Okay.  So you would agree that the North-South
18  Ditch may not flow during the dry season; right?
19    A    I would agree to that, yes.
20    Q    And in fact, would you agree with me that
21  there are typically more months out of the year when the
22  North-South Ditch does not flow than there are months
23  when it does flow?
24    A    Yes, but there's -- I'm not putting a time
25  frame on that, just that there are months that it flows

Page 204

1  and months that it doesn't flow.  I would agree with
2  that statement.
3    Q    And you don't know how many months out of the
4  year the North-South Ditch flows; right?
5    A    I don't have knowledge because I wasn't there.
6  But I'm looking at the hydrologic signatures and the
7  size of the watershed rainfall patterns to make that
8  conclusion.
9    Q    And you visited the North-South Ditch four
10  times; right?
11    A    That was not my only intention.  I was on the
12  site and had observations of the North-South Ditch
13  sometimes more often, more frequent than others, but I
14  did see it on four different occasions.
15    Q    Right.  And those occasions were August,
16  September, October and December of 2021; right?
17    A    Yes.
18    Q    On how many of those visits did you see water
19  flowing in the North-South Ditch up to the East-West
20  Ditch?
21    A    To the East-West Ditch, did you say?
22    Q    (Nodding head.)
23    A    I did not personally observe that discharge.
24  I was -- particularly in August and in September, I was
25  involved in doing other things and then -- other work on

Page 205

1  the sites and drew that conclusion from others who were
2  on the site.  I don't recall making direct observation
3  of flow from the North-South Ditch into Bessey Creek,
4  but others did, and they -- you know, that was
5  discussed.
6    Q    Well, but you're the hydrologist for the team;
7  right?
8    A    Yes.
9    Q    You're the one who's supposed to be figuring
10  out where all the water is going; right?
11        MR. HUGHES:  Objection.
12        THE WITNESS:  Yes, it is.  But it's also a
13  very big site, and I still -- we had a very
14  short period of time the first time we were there,
15  and my objective was to get the wells in place and
16  the staff gages in place on the reference area and
17  to figure out just exactly how the site was acting
18  hydrologically.  The North-South Ditch was just a
19  portion of that.
20        It was apparent to me that the North-South
21  Ditch was not -- did not have high flow and there
22  was -- a lot of the water was being diverted to the
23  west in what I later called the primary flow
24  pathway.  But I did see evidence of flow in the
25  North-South Ditch, being oriented vegetation and

52 (Pages 202 - 205)

Page 206

1 ponded water in the places that I did look, and so
2 it indicated to me that flow had occurred. But I
3 did not see the direct -- I don't recall seeing the
4 direct observation of flow from the North-South
5 Ditch into Bessey Creek. I'm not saying it didn't
6 occur; I just didn't see it personally.
7 BY MR. McALILEY:
8    Q   Did you answer my questions to you on this
9 topic truthfully in your August -- I'm sorry -- in your
10 April 2022 deposition?
11    A   At the time I was truthful, yes. I think that
12 I might have misspoken there, but I think that I'm
13 clarifying that point right now.
14    Q   Did somebody -- did a member of your team tell
15 you that you had testified to something that they
16 disagreed with after you took your -- after I took your
17 deposition back in April of 2022?
18       MR. HUGHES: Objection. I would instruct you
19 not to answer.
20       MR. McALILEY: Hold on. I didn't say
21 "lawyer." Let me rephrase this.
22 BY MR. McALILEY:
23    Q   Did Mr. Wylie tell you you testified
24 incorrectly after he saw the transcript of your
25 deposition from April of 2022? I'm not asking what the

Page 207

1 lawyers said.
2    A   I don't recall Mr. Wylie telling me that he
3 read my deposition, so I don't -- I didn't have that
4 discussion.
5       To be -- that doesn't mean that we didn't
6 discuss it later, but not in response to my discussion
7 in the deposition, to my recollection.
8    Q   Let me go back to your supplemental report
9 here, Page 7. There's a section here on the North-South
10 Ditch at the top of the page. Do you see that
11 paragraph?
12    A   Yes.
13    Q   I want to -- I want to highlight a sentence
14 here in the middle of the paragraph, and I'll read it.
15       Quote, "The ditch structure appears to have
16 been modified by long-term cattle trampling and some
17 mechanical maintenance some years ago, resulting in
18 obstruction to some lower flows which are diverted into
19 the connected wetlands," period, end quote.
20       Did I read that right?
21    A   Yes.
22    Q   Is that a true and correct statement?
23    A   Yes.
24    Q   So when water levels in the ditch are -- in
25 the North-South Ditch are lower, there are obstructions

Page 208

1 in the ditch that prevent surface water from flowing to
2 the East-West Ditch; right?
3       MR. HUGHES: Objection.
4       THE WITNESS: Yes. The way it's -- that's
5 what I meant to say.
6 BY MR. McALILEY:
7    Q   Okay.
8       Okay. And then there is -- the next sentence
9 says "During wetter periods, surface flow from the
10 North-South Ditch and the connected wetlands also
11 discharge directly to the upstream reach of Bessey
12 Creek, as shown in Exhibit 13," end quote.
13       Did I read that right?
14    A   Yes.
15    Q   Okay. Let's go to Exhibit 13.
16       Do you see Exhibit 13 on the screen?
17    A   Yes.
18    Q   So this is a figure from your original report.
19 It's Figure V.C.2.3. What is this a picture of?
20    A   This is a picture taken by Mr. Wylie, as I
21 recall, showing the North-South Ditch confluence with
22 Bessey Creek.
23    Q   So the East-West Ditch is the ditch visible on
24 the left side of the image going out into the --
25    A   Yes.

Page 209

1    Q   And then the label "North-South Ditch" is on
2 the right foreground; is that right?
3    A   Yes.
4    Q   And this photo was taken in August of 2021?
5    A   Yes.
6    Q   So this photo shows wet conditions; right?
7       MR. HUGHES: Objection.
8       THE WITNESS: I'm sorry. It shows what?
9 BY MR. McALILEY:
10    Q   Wet conditions.
11       MR. HUGHES: Objection.
12       THE WITNESS: It shows water in Bessey Creek
13 and extending up into the North-South Ditch.
14 BY MR. McALILEY:
15    Q   Well, sir, you referenced this exhibit in your
16 report in a sentence that says "During wetter periods,
17 surface flow from the North-South Ditch directly
18 discharges to the upstream reach of Bessey Creek";
19 right?
20    A   Yes.
21       MR. HUGHES: Objection.
22 BY MR. McALILEY:
23    Q   Are you confirming that this is a photograph
24 of, I guess, a wetter period?
25    A   Yes.

53 (Pages 206 - 209)

Page 210

```
 1    Q   So you can't see water flowing in this
 2  photograph, can you?
 3    A   No.
 4       MR. HUGHES:  Objection.
 5  BY MR. McALILEY:
 6    Q   So just looking at this photograph doesn't
 7  tell you the water is flowing?
 8    A   No, it doesn't.
 9       MR. HUGHES:  Objection.
10  BY MR. McALILEY:
11    Q   So how can you tell from this photograph that
12  water is flowing from the North-South Ditch on the right
13  into the East-West Ditch?
14    A   That was a communication by Mr. Wylie to
15  myself.  He's the one that took the photograph in
16  August.  And as I said before, this was while I was off
17  with my installation of wells and so forth across the
18  site.
19    Q   Were you there at this scene where the
20  photograph was taken?
21    A   Eventually I was, yes, but not at the time
22  that it was taken.
23    Q   Okay.  Let's go back to the main body of --
24  the text in your report, your supplemental report.  Let
25  me -- let me highlight a different sentence here.
```

Page 211

```
 1       So there's the next one down, which says,
 2  quote, "In my opinion, based on my visual observations
 3  of the abutting wetland features and land surface
 4  elevations as well as the photographic evidence, the
 5  North-South Ditch has continuous flow to the upstream
 6  reach of Bessey Creek during the wet season and at other
 7  times of the year when large rain events occur," period,
 8  end quote.
 9       Did I read that right?
10    A   Yes.
11    Q   What do you mean by "continuous flow"?
12    A   The flow that I would expect to occur as a --
13  as a relatively permanent water, as I defined it.  And
14  in this particular case what I'm referring to is that
15  because of the vegetation providing resistance to flow,
16  the cattle influence, and other influences on the ditch
17  itself, that when the flow is -- when there's a lot of
18  rainfall, flow would occur all the way down the
19  North-South Ditch.
20       And this was evidenced by my observation of --
21  later on about the vegetation oriented in the flow
22  direction and so forth.  During low flows, the water is
23  diverted to the west from the North-South Ditch in my
24  primary flow path that I identify.
25    Q   All right.  So when water levels are lower,
```

Page 212

```
 1  there is not a continuous flow to the East-West Ditch;
 2  right?
 3    A   MR. HUGHES:  Objection.
 4       THE WITNESS:  That would be -- but again,
 5    "low" is not defined.  It's just -- because we
 6    don't have the [indecipherable].  But whenever the
 7    water levels drop to the point where the flow path
 8    for the west dominates, then that would be the
 9    major flow.  And there may still be some flow in
10    the North-South Ditch, but it would be ponded and
11    responsive to rainfall.
12  BY MR. McALILEY:
13    Q   All right.  So I'm trying to get at this word
14  "continuous."  When you say "continuous," you're not
15  saying flow that is uninterrupted in time, are you?
16    A   No.
17    Q   So you're -- when you say "continuous flow,"
18  there could be flow that is interrupted in time.  There
19  could be times when the water is flowing and times when
20  it's not, and you still think the flow can be
21  continuous; is that right?
22    A   That's right, yes.
23    Q   Okay.  And you would -- based on this
24  sentence, what you're saying is that in -- that there is
25  flow in the North-South Ditch up to the East-West Ditch
```

Page 213

```
 1  during the wet season and at other times in the year
 2  when large rain events occur, but you are also saying
 3  that there is no flow up to the East-West Ditch at other
 4  times of the year, like the dry season, right; right?
 5    A   Yes, I would agree with that statement.
 6    Q   Okay.
 7       Okay.  I'm going to jump ahead some here.
 8       So I'm now on Page 8.  There's a section here
 9  called "The Primary Flow Pathway."
10    A   Yes.
11    Q   And I've already asked you some questions
12  about the primary flow pathway earlier today and also in
13  the prior deposition, so I just want to ask -- I want to
14  ask just a couple of questions here.
15       There's a sentence here that says -- toward
16  the bottom.  Two sentences here.  Quote, "The flow
17  condition of the North-South Ditch at that time is shown
18  in Exhibit 17."  And that time, am I correct in
19  understanding, is the time when you saw water flowing
20  along the primary flow pathway?
21    A   Yeah.  Can we look at Exhibit 17 just to
22  refresh my memory?
23    Q   That's what I'm -- I'm just setting up.  Let's
24  go to --
25    A   Okay.  Yes.  Of course.
```

54 (Pages 210 - 213)

Page 214

1    Q   That's why I'm asking. I really --
2    A   Okay.
3    Q   You beat me to it. Let me go there.
4        Okay. Can you see Exhibit 17?
5    A   Yes.
6    Q   Okay. So this Exhibit 17 is a figure from
7  your original report, figure Roman numeral V.C.2.5. Do
8  you see that?
9    A   Yes.
10    Q   Okay. And am I right that the North-South
11  Ditch is the area of water in the middle of the
12  photograph?
13    A   Yes.
14    Q   And you can see an individual on the left side
15  of the photograph. Looks like he's standing on top of a
16  berm; right?
17    A   Yes.
18        MR. HUGHES: Objection.
19  BY MR. McALILEY:
20    Q   And then there's another individual. Looks
21  like he's standing in the ditch near the edge; right?
22    A   Yes.
23    Q   Okay. So am I right that this is -- this
24  photograph shows what the water level looked like in the
25  North-South Ditch at the time that you -- that you

Page 215

1  observed that primary flow pathway flowing?
2        MR. HUGHES: Objection.
3        THE WITNESS: This photo was taken in -- do I
4    read the date correctly as September?
5  BY MR. McALILEY:
6    Q   I think that's what it says. Let me zoom it
7  in for all of us here. It's one of those color things.
8    A   September 15th. Yes.
9    Q   Okay.
10    A   Yes.
11        And, oh, in the caption it says
12  September 15th. Okay.
13    Q   Okay. Okay.
14    A   I'm sorry. What was your question?
15    Q   The purpose of this photograph is to show what
16  water levels were at in the North-South Ditch when the
17  primary flow path was moving? Is that the purpose of
18  this photograph?
19    A   Yes. It shows that there was still water in
20  the North-South Ditch at that -- at that time.
21    Q   By the way, when I look at the photographs,
22  you can see in this photograph how the berms at those
23  locations are barriers to flow; right?
24        MR. HUGHES: Objection.
25        THE WITNESS: I'm sorry. The berms do what?

Page 216

1  BY MR. McALILEY:
2    Q   At those locations that you can see them in
3  this photograph --
4    A   Yes.
5    Q   -- are those barriers to flow?
6        MR. HUGHES: Objection.
7        THE WITNESS: I wouldn't say barriers to flow.
8    It's defining the channel. The flow would then be
9    between those.
10        In the foreground on the left is a break in
11    the berm, although the photo unfortunately doesn't
12    show it, but there's a break in the berm there.
13    And I can't recall if that was a cattle breakdown
14    or what, but that is -- the berm is not continuous
15    on the left side.
16  BY MR. McALILEY:
17    Q   You know, I asked you questions earlier about
18  how you figure out what the boundaries of a ditch are.
19  Maybe I can ask those questions with this photograph.
20        So if I look at that individual who's standing
21  in the ditch, or at least toward the edge of the ditch,
22  tell me, where are the edges -- where would you define
23  to be the boundaries of the ditch around his location in
24  the photograph?
25    A   From a physical standpoint, the boundary of

Page 217

1  the ditch would be from the top of the edge of the berm
2  on one side to the top of the edge of the berm on the
3  other side. That would contain the flow. So I'm not
4  sure I understand what you mean by "boundary."
5    Q   You had --
6    A   It would bound the water. If the water gets
7  up that high, it would bound the water between those two
8  points.
9    Q   It just -- in your report a few places you
10  give an estimate of the width of various ditches, of the
11  North-South Ditch and the East-West Ditch. And so I'm
12  just -- and then you've also talked about, you know,
13  wetlands touching the ditch. So I'm just trying to
14  figure out where do I -- I'm trying to identify the
15  exact spot where I can figure this out. So that's just
16  why I'm asking the question.
17        So you're saying in this photograph the
18  boundaries of the ditch are the top of the berm on the
19  left bank and top of the berm on the right bank?
20    A   Those are -- I don't believe I ever used the
21  term "boundary." Those are the physical edges of the
22  ditch, that if the water level rose above those
23  elevations, then it would overtop those and go over into
24  the surrounding territory or surrounding land.
25        So when we spoke of a waterway or a ditch

Page 218

1  being a certain width, it depends upon the shape of the
2  bank, where it appears that water flow is concentrated.
3  Oftentimes that is the ordinary high water mark. But in
4  a case like this, it depends upon what you're -- how
5  you're -- what you're defining, as you call, the
6  boundaries for.
7      Although water might be contained between the
8  top of the berm on one side and the other side, we have
9  the break in the berm which is shown on the left, and so
10  the width of the ditch there might be considerably wider
11  because it contains water at the same elevation.
12    Q   I want to go back to the main text of the
13  report here.
14      And let's go to this next section, 4 -- this
15  is on Page 8 -- "Other Hydrological Connections Between
16  the Wetlands and the Upstream Reach of Bessey Creek."
17  Do you see that section?
18    A   Yes.
19    Q   And so this is the section where you talk
20  about where wetlands in the Countess Joy property go up
21  to the East-West Ditch in that area west of the
22  North-South Ditch; right?
23    A   Yes.
24    Q   Okay. And you reference a few exhibits here.
25  So let me just -- I just want to go through these

Page 219

1  exhibits with you.
2      So let me start with this -- let me -- let's
3  just look at the text here as you're describing
4  exhibits, and I just want to go to the exhibits with
5  you.
6      So the second sentence says, quote, "One
7  discharge point is in the vicinity of the R Well 4
8  located near the upstream reach of Bessey Creek west of
9  the North-South Ditch (refer to Exhibit 6 for the
10  location of R Well 4). An example of one of the
11  observed active surface water movement locations is
12  shown in Exhibit 18 at R Well 4 near the upstream reach
13  of Bessey Creek. Surface water depicted in the photo
14  was flowing toward the upstream reach of Bessey Creek,
15  out of view in the photo. Exhibit 19 shows flow direct
16  to the upstream reach of Bessey Creek. Exhibit 20 shows
17  concentrated flow had recently occurred, forming small
18  dams of wrack at the same location near R Well 4,"
19  period, end quote.
20      Did I read that right?
21    A   Yes.
22    Q   Okay. So with that introduction to these
23  exhibits, let me go to the exhibits and ask you some
24  questions about them so I understand.
25    A   Okay.

Page 220

1    Q   All right. Can you see Exhibit 18 on the
2  screen?
3    A   Yes.
4    Q   So this is a photograph, I believe in the
5  original report photograph Roman numeral IV.C.3.a.3 --
6    A   Yes.
7    Q   -- which is a photograph of the installed well
8  in the Countess Joy East Reference Area, R Well A4. Is
9  that right?
10    A   Yes.
11    Q   Where is the well in the photograph?
12    A   I'm sorry. Say that again?
13    Q   Where is the well in this photograph?
14    A   It's that standpipe standing there with the
15  flagging attached to it.
16    Q   Okay. So when we looked at the graphical data
17  from R Well 4, there was data from that spot where that
18  pipe is located; right?
19    A   Yes.
20    Q   And where is the East-West Ditch in this
21  photograph?
22    A   The East-West Ditch is -- I took this picture.
23  It would be at my back. I'm looking --
24    Q   Okay.
25    A   I'm looking upgradient.

Page 221

1    Q   Okay. Where is the surface water you write
2  about in your report?
3    A   It's the sheet flow over that whole area
4  there. You can see the water.
5    Q   It's the water that's in the foreground and
6  toward the right side; correct?
7    A   Yes. And there's some over to the left side
8  as well. And it's all flowing -- as you'll see I think
9  in the next exhibit, or one of the next exhibits, it's
10  all flowing towards Bessey Creek.
11    Q   Am I right the photograph makes it look like
12  it's dry in at least some areas on the left side of this
13  photograph?
14      MR. HUGHES: Objection.
15  BY MR. McALILEY:
16    Q   Is that right?
17    A   You have microtopography. There may not be
18  surface water, but the water table is just below the
19  surface there.
20    Q   But I'm just asking whether I can see surface
21  water. So you'd agree with me you can't see surface
22  water at least on this photograph on the left side;
23  right?
24    A   Correct.
25    Q   Let's go to the next one, Exhibit 19.

Page 222

1      So can you see that on the screen?
2    A   Yes.
3    Q   So this one's labeled "Photo 2593 Surface Flow
4  near R Well 4 toward Bessey Creek."
5    A   Yes.
6    Q   So is -- where is this photo taken?
7    A   So it's taken from the same location.  All I
8  did was turn 180 degrees and face Bessey Creek and take
9  the photograph.
10    Q   Got it.
11      And where is the East-West Ditch in this
12  photo?
13    A   It's that body of water that's in the top of
14  the photograph.
15    Q   So where I can see the -- I can just see a
16  body of surface water in sort of the -- in sort of the
17  back of the photo, toward the top of the photo in the
18  distance, that's the East-West Ditch?
19    A   Yes.
20    Q   Okay.  And where is the wetland in this
21  photograph?
22    A   It's all -- it's all confirmed to be wetlands
23  by the -- by the rest of the team.
24    Q   So everything in this photograph other than
25  the water in the ditch is a wetland?

Page 223

1    A   Say that again?
2    Q   Everything in this photograph other than the
3  water in the ditch is a wetland?
4      MR. HUGHES:  Objection.
5      THE WITNESS:  I think that to the -- to the
6    left, where those palm trees are, there's a rise in
7    elevation.  I believe that would be -- might not
8    meet the wetland criteria.  Then on the right, the
9    upper right, you can see the edge of the berm, and
10    that would be an upland.  But everything between
11    those two locations and to where I'm standing would
12    be -- would be a wetland.
13  BY MR. McALILEY:
14    Q   Where in this photograph is the wetland
15  connecting to the ditch?
16    A   Would you repeat that, please?
17    Q   Where in this photograph is the wetland
18  connecting to the ditch?  Can you just point it out to
19  me?
20    A   Water is continuously flowing down to the
21  ditch sort of in -- a straight towards that -- the water
22  feature, the black spot, which is Bessey Creek.
23    Q   So is the point of connection where you can
24  see the grass right in front of the open water of the
25  ditch?

Page 224

1    A   Yes.
2      MR. HUGHES:  Form.
3      THE WITNESS:  That is flowing through the
4    grass and into the ditch.
5  BY MR. McALILEY:
6    Q   By the way, am I right in my seeing of the
7  photograph that it looks like there's no ground --
8  there's no water above ground surface on the left side
9  of this photograph?
10    A   On the surface, that's correct.  There's no
11  water just to the left on the surface.
12    Q   Okay.  Let's go down to Exhibit 20.  And this
13  is labeled "Photo 2602 Evidence of surface flow near
14  R Well 4."  Can you see that?
15    A   Yes.
16    Q   Okay.  So tell me what we're looking at here.
17    A   Well, I took this photograph.  I walked
18  further upgradient from Well 4.  And this is evidence of
19  surface flow that had occurred several days or sometime
20  prior to my visit.  The two pieces of wood are pointing
21  out, just for the photographic purposes, where flow had
22  occurred.  And you see the wrack, the small woody debris
23  that's piled up as low-velocity surface water flowed
24  over the area.
25      But at that point in time there was no surface

Page 225

1  flow, but the water table was just below the surface, as
2  exemplified by R Well 4.
3    Q   Okay.  So this -- in this photograph there's
4  no surface water present, but you could see -- the
5  wrack, as you call it, is to you evidence that there had
6  been surface water present at this location.  Am I
7  understanding correctly?
8      MR. HUGHES:  Objection.
9      THE WITNESS:  Yes, most definitely.  Yes.
10  BY MR. McALILEY:
11    Q   Thank you.
12    A   And this was not the only location.  It was
13  quite evident for quite some distance upslope.  I mean,
14  there's not much slope, but I'm upgradient, so I just
15  took the one picture to demonstrate it.
16    Q   Okay.  So let me go back up to the text again.
17      So I'm now on Page 9, the second paragraph.
18  There's this paragraph about bidirectional flow between
19  the wetlands and the ditches.  Do you see where I've
20  highlighted that?
21    A   Yes.
22    Q   So -- and I think I've asked you some of these
23  questions before, but just to confirm, you never saw
24  water flowing from the ditches into the wetlands; right?
25      MR. HUGHES:  Objection.

57 (Pages 222 - 225)

Page 226

1    THE WITNESS: Not when I was there, no, I did
2  not.
3  BY MR. McALILEY:
4    Q   Okay. And you just believe it could happen if
5  there's a thunderstorm somewhere up a ditch that would
6  raise the water level in the ditch faster than water
7  level in the wetland; right?
8    MR. HUGHES: Objection.
9    THE WITNESS: Would you repeat that statement?
10 BY MR. McALILEY:
11   Q   You just believe bidirectional flow could
12 happen if a thunderstorm was in part of the area but not
13 the other; right?
14   MR. HUGHES: Objection.
15   THE WITNESS: It could be upstream and create
16 high flows, although it might not have rained at
17 that location but it could have rained upstream and
18 caused a high flow, which could possibly lead to
19 flow back into the wetlands.
20 BY MR. McALILEY:
21   Q   Did you see -- did you ever see any physical
22 evidence of bidirectional flow during your site visits
23 in Countess Joy?
24   A   Well R7 called peaks resulting from rainfall
25 that would have indicated to me that it was flow back

Page 227

1  into the wetland during those discharge periods in the
2  84th Avenue Ditch. And also when we had -- Bessey Creek
3  itself, when the hydrographs or stage gages showed water
4  peaking, there would have been flow back into -- at low
5  places, back into some of the wetlands.
6    I don't have -- I don't have a map of where
7  those might have occurred, but they're all pretty low
8  elevation, and an increase of half a foot or more of
9  flow could cause flow back into the wetland momentarily.
10   Q   So let's talk about that gage data.
11   So the gages simply show -- the surface gages
12 you're referring to in Bessey Creek and also the
13 R Well 7 water monitoring well, they just measure
14 surface water levels; right?
15   A   The height of surface water above a datum.
16   Q   Right.
17   And that -- and the water level -- and the
18 higher water elevations at those locations correspond
19 with rainfall events; right?
20   A   Yes. During the period of time we were there,
21 it was a result of rainfall.
22   Q   And your graph shows that; right? It'll show
23 the water level on the well or the gage and it'll also
24 show where the rainfall is.
25   A   Yes.

Page 228

1    Q   And you can see that when it rains, there's
2  more water, the water gets higher at the well or the
3  gage; right?
4    A   Yes.
5    Q   So you would agree with me the reason the
6  water is going up at the wells or the gages isn't
7  necessarily just from rain falling directly on the gage;
8  it's because the rain is falling around the gage and
9  raising the ambient water level; right?
10   MR. HUGHES: Objection.
11   THE WITNESS: Yes. Yes. It's not just what's
12 in the stream. You have discharge from the
13 watershed surrounding areas into the -- into the
14 stream, and that's being measured. So ...
15 BY MR. McALILEY:
16   Q   So the fact that water level is going up,
17 let's say, in the East-West Ditch because of rain
18 doesn't mean that it's not also at the very same time
19 going up in the -- on the ground on either side of the
20 ditch, does it?
21   A   If the water level rises -- I'm not sure I
22 fully understand what you're saying. If the water rises
23 in the East-West Ditch or Bessey Creek, then we also
24 would expect, if the rain occurred on the site, not
25 further upstream, but if the rain occurred on the site,

Page 229

1  we would also have increased flow from the wetlands into
2  the Bessey Creek, and that would cause the water level
3  to rise as well.
4    So -- but the -- the -- raising the water
5  level by six inches or a foot could actually impede the
6  water flow coming into the creek, because it's a head.
7  The head is higher than what it is back on the land
8  surface. So it could impede the flow, and then as the
9  water level drops in the channel, then the water would
10 be released from the wetland.
11   I don't know whether that makes any sense or
12 not, but that's just a hydrologic fact, that water can
13 raise and block water coming in.
14   Q   But here's my point: Just because the water
15 elevation goes up at a gage on the East-West Ditch after
16 a rainfall event doesn't mean that it's getting higher
17 than the water level in -- on the ground next to it.
18 The water level could be going up on that gage because
19 the water is flowing into the ditch from the nearby
20 areas; right?
21   A   Yes. Yes. Yeah.
22   Q   So when you have a peak on the hydrograph,
23 that's not necessarily indicating what you're calling
24 bidirectional flow here where water is flowing from the
25 ditch into the wetlands; right?

58 (Pages 226 - 229)

Page 230

```
 1      A   No, that wasn't what it was meant to be, or I
 2   didn't mean that by that statement.
 3      Q   Okay.  I understand, then.  Okay.
 4          All right.  Let's -- let's go to your
 5   conclusions on Page 9.
 6      A   Okay.
 7      Q   Conclusion No. 1:  "Before defendants' impacts
 8   on the site, wetlands on the site were part of a large
 9   wetland connected and discharging to the upstream reach
10   of Bessey Creek."
11          Did I read that right?
12      A   Yes.
13      Q   Once again, I'm just confirming.  You're going
14   to be testifying strictly on matters of hydrology.
15   You're not going to be offering opinions as to the
16   identification of all three characteristics of wetlands
17   on the site or Countess Joy; right?
18          MR. HUGHES:  Objection.
19          THE WITNESS:  No.  Just hydrology.
20   BY MR. McALILEY:
21      Q   Thank you.
22          All right.  Let's go to the last conclusion,
23   Paragraph 5, which I just highlighted.
24      A   Before you go to that, just to clarify on
25   No. 1, when you asked me if I would be testifying on
```

Page 231

```
 1   anything -- I'll be testifying about the hydrology, but
 2   in terms of -- I think part of your question was what
 3   about the wetland.
 4          I would also testify that if the other
 5   parameters are present as defined -- or defined by the
 6   other team members, then I would be able to testify that
 7   it qualifies as a wetland.
 8      Q   But you're not the witness who's pulling it
 9   all together, necessarily, like pulling together the
10   information from all the different experts to reach the
11   ultimate conclusion as to whether it's a wetland.
12   That's Mr. Wylie's job; right?
13      A   Yes.
14      Q   All right.  Paragraph 5.  Let me read it
15   aloud.
16          Quote, "The Countess Joy East Reference Area
17   wetland, which includes the wetland on the site before
18   earthmoving and fill activities, physically touches and
19   has a continuous surface connection to the relatively
20   permanent waters of the North-South Ditch, the
21   84th Avenue Roadside Ditch, and the upstream reach of
22   Bessey Creek.  These relatively permanent waters are
23   connected to traditional navigable waters, i.e., the
24   tidal reach of Bessey Creek, the St. Lucie River, the
25   St. Lucie inlet, and the Atlantic Ocean."
```

Page 232

```
 1          Did I read that correctly?
 2      A   Yes.
 3      Q   So once again, when you say "physically
 4   touches," you mean the wetland comes down to the ditch;
 5   right?
 6      A   It comes -- yes.
 7      Q   And, now, you have a term in here that you
 8   have not used elsewhere in your report, "continuous
 9   surface connection."  What do you mean by that?
10      A   The -- when it has a physical touching of the
11   channel system, it can also have a continuous flow of
12   water or continuous connection to.  It's not implying
13   continuous water surface, surface water flow; it's a
14   continuous feature of the landscape connected to the --
15   to the water feature, the NPW.
16      Q   Okay.  So let me break this down to understand
17   it.
18      A   I'm sorry.  I said NPW.  I mean RPW.  Excuse
19   me.
20      Q   We're all tired.  We're getting near the end
21   here.  Okay?
22          So -- okay.  So when you say "continuous
23   surface connection," you do not mean that there's
24   continuous surface water flow from the wetland to the
25   ditch; right?
```

Page 233

```
 1      A   That's correct.  I do not.
 2      Q   What you -- what you are saying, though, is
 3   you believe that the wetland comes down and is
 4   contiguous to the ditch; right?
 5      A   Yes.  Yes.
 6      Q   Okay.  So "continuous surface connection" as
 7   you're using it here means that there is a --
 8   essentially the wetland touches the ditch; right?
 9      A   Yes.
10          MR. HUGHES:  Objection.
11          THE WITNESS:  As part of the continuous land.
12   BY MR. McALILEY:
13      Q   So you're not saying that there is a sheet of
14   surface water that is always present between the ditch
15   and covering all of these wetlands that you've
16   identified in the Countess Joy site and on the
17   defendants' property; right?
18      A   That's correct.  If I understood, I'm not
19   saying there's a continuous sheet of flow, but there can
20   be at times a water flow on the surface, but it's -- I'm
21   not saying that it's continuous and occurs all the time.
22      Q   Right.
23          So here's the thing about the word
24   "continuous"; right?  There's different aspects to it.
25      A   Yes.
```

Page 234

1  Q   So one is like if something's physically
2  continuous, like it's not physically interrupted, and
3  then there's also continuous in terms of time, something
4  is continuous over a period of time and it's not
5  interrupted.
6  A   Right.
7  Q   So you're not saying that it's -- that there's
8  an uninterrupted body of surface water that covers all
9  these wetlands and also the ditch, uninterrupted in the
10 sense of time; right?
11 A   That's correct. Only in physical -- the
12 physical sense.
13 Q   And in the physical sense, when you're saying
14 there's -- there may be physically a body of surface
15 water that goes from the ditch under the wetlands,
16 that's not even necessarily covering the whole area;
17 that's just some of the area. Right?
18     MR. HUGHES: Objection.
19     THE WITNESS: It can be -- that surface water
20     will be an expression of where the water table is.
21     If you have microtopographic features, the water
22     may be sort of, if you will, ponded as sheet flow,
23     seeps into the ground, becomes part of the water
24     table. So it's all part of the wetland hydrology,
25     water near the surface or above the surface, but it

Page 235

1  doesn't have to be a continuous sheet of flow -- or
2  continuous sheet of water.
3  BY MR. McALILEY:
4  Q   So in this conclusion where you say the
5  Countess Joy East Reference Area wetland, which you say
6  includes the wetlands on the defendants' site, and you
7  say it physically touches and has a continuous surface
8  connection to the ditches, all of that physical -- the
9  locations of physical touching and continuous surface
10 connection are located on the Countess Joy property;
11 right?
12     MR. HUGHES: Objection.
13     THE WITNESS: No. We -- based upon our
14     evaluations, before the site had been -- before the
15     Sharfi site had been impacted, there was a surface
16     water connection to the North-South Ditch at times.
17 BY MR. McALILEY:
18 Q   Okay. That is not discussed in your
19 supplemental report, is it?
20 A   No. That was discussed in the original expert
21 report.
22 Q   Okay. And so if I want to find out exactly
23 what your opinions were on that, I'd have to go back to
24 your original report; right?
25 A   Yes.

Page 236

1  Q   And but everything that's discussed here in
2  your supplemental report about the physical touching of
3  the wetland and the ditches discusses the touches that
4  occur on the Countess Joy property; right?
5  A   Yes. The focus is on the Countess Joy
6  property, yes.
7  Q   So, for instance, the place where you think
8  the wetland goes down to the 84th Avenue Roadside Ditch,
9  that's maybe a third of a mile away from the defendants'
10 property, isn't it?
11 A   Yes.
12 Q   And the areas where you think the wetland
13 touches the East-West Ditch that we've been talking
14 about, that's maybe about the same distance away from
15 the defendants' property, maybe slightly less; right?
16 A   Yes.
17     MR. HUGHES: Objection.
18 BY MR. McALILEY:
19 Q   And even the areas where you think the wetland
20 is touching the North-South Ditch, that's maybe a
21 thousand feet, at the closest, to the edge of the
22 defendants' property; right?
23     MR. HUGHES: Objection.
24     THE WITNESS: Would you repeat that statement,
25     please?

Page 237

1 BY MR. McALILEY:
2  Q   So the place where you think the wetlands on
3  the Countess Joy property touch the North-South Ditch
4  is -- the area that you show in the photographs is that
5  area where -- like the cattle crossing; right?
6      MR. HUGHES: Objection.
7      THE WITNESS: It's my opinion that the
8      wetlands starting at the northern boundary of the
9      site touch the North-South Ditch and going north
10     where wetlands are and where they touch to breaks
11     in the berm or wherever. But they -- there are
12     wetlands abutting the North-South Ditch adjacent to
13     the northern boundary of the site on the Countess
14     Joy property.
15 BY MR. McALILEY:
16 Q   Okay. You have never mapped where the berms
17 are located along the North-South Ditch; right?
18 A   No.
19 Q   The photographs that we -- that are referenced
20 in your supplemental report showing wetlands touching
21 the North-South Ditch show a location that's about
22 halfway out to the East-West Ditch; right?
23     MR. HUGHES: Objection.
24     THE WITNESS: I'm not sure where you're
25     talking about. Could you ...

60 (Pages 234 - 237)

Page 238

1 BY MR. McALILEY:
2     Q   Let's go back.  Let's go to -- let's go to --
3 I believe it's Exhibit -- let's see which one it is.
4         Let's go to Exhibit 17.
5     A   Yes.
6     Q   So I just put that up on the screen.
7         That shows the North-South Ditch; right?
8     A   Yes.
9     Q   That's looking back toward the defendants'
10 property; right?
11    A   Yes.
12    Q   And you can see berms on either side of the
13 ditch --
14    A   Yes.
15    Q   -- except for maybe in the foreground on the
16 left?
17    A   Yes.
18    Q   So when I look at this photograph, there's no
19 wetland touching the ditch until you get maybe to this
20 area in the foreground on the left; right?
21    A   Correct.
22        MR. HUGHES:  Objection.
23        THE WITNESS:  Yes.
24 BY MR. McALILEY:
25    Q   This photograph is taken about halfway from

Page 239

1 the defendants' site up to the East-West Ditch; right?
2     A   Yes.
3         MR. HUGHES:  Objection.
4 BY MR. McALILEY:
5     Q   This is maybe a thousand feet north of the
6 property line, isn't it?
7         MR. HUGHES:  Objection.
8         THE WITNESS:  Somewhere in that -- that
9     distance frame.  I don't recall exactly.  I'd have
10    to go back and look at the map.  But that's -- the
11    general statement is correct.
12 BY MR. McALILEY:
13    Q   So this is the place where you think the
14 wetlands touch the North-South Ditch; right?
15    A   On the left side of the photograph, yes.
16    Q   Okay.  So let me go back now to the issue
17 about the touching of the wetlands in the -- in the --
18 on the defendants' site in the North-South Ditch.  Tell
19 me again, what is the evidence you have that the wetland
20 on the defendants' site touched or had some kind of
21 connection to the North-South Ditch prior to the time
22 the defendants purchased the property.
23    A   That would be the mapping that was done by the
24 team, primarily the soils experts and Mr. Wylie,
25 Dr. Scott Stewart and Wylie, and their augering of the

Page 240

1 soils and looking at the disturbed soils adjacent to the
2 western side of the site, adjacent to the North-South
3 Ditch.  And the delineation of the wetland on the site
4 was touching the North-South Ditch.
5     Q   So if I understand it, then, you believe the
6 wetland on the defendants' site touches the North-South
7 Ditch because the wetland soils came down to the edge of
8 the ditch just like these other photographs we've been
9 looking at today, just like you see that at other
10 places.  Do I have that right?
11    A   That was the conclusion of the soils experts,
12 yes.
13    Q   So when you say that you --
14    A   Stewart and Wylie.
15    Q   So when you say you believe that the wetland
16 on the defendants' site touches the North-South Ditch,
17 you're basically saying you believe the wetlands came
18 down to and -- went down to the bank and touched the
19 ditch; right?
20    A   Yes.  That --
21    Q   You're not saying --
22    A   That was the evidence that was developed
23 during the onsite visit.
24    Q   You're not saying that you have evidence that
25 water in the -- surface water in the ditch came up and

Page 241

1 covered all of the wetlands on the defendants' site in
2 like a continuous sheet; right?
3     A   I have no evidence of -- you're talking about
4 direct flow from the North-South Ditch onto the
5 property?
6     Q   Yeah.
7     A   No, I don't have any evidence of that.
8         MR. McALILEY:  Okay.  All right.  I think I'm
9     probably done.  If I could take a five-minute break
10    and just go through my notes.
11        THE WITNESS:  Okay.
12        MR. McALILEY:  I can probably do that before
13    3:00 p.m.  So would a five-minute break be all
14    right with everybody?
15        MR. HUGHES:  Neal, why don't we take like a
16    20-minute break?  That way I can collect all my
17    notes and then we can go right into, you know, any
18    questions I have and I can -- that will make my
19    organization quicker.
20        MR. McALILEY:  Sure.  No problem.
21        VIDEOGRAPHER:  Okay.  We're off the record.
22    The time is 2:56 p.m.
23        (Brief recess.)
24        VIDEOGRAPHER:  We're back on the record.  The
25    time is 3:17 p.m.

61 (Pages 238 - 241)

Page 242

1     MR. McALILEY: So I'm done. Thank you,
2 Dr. Nutter.
3     THE WITNESS: Thank you.
4     MR. McALILEY: It's a pleasure to see you over
5 the video. And I pass the witness to your counsel,
6 Mr. Hughes.
7     THE WITNESS: Thank you.
8         CROSS-EXAMINATION
9 BY MR. HUGHES:
10  Q  Good afternoon, Dr. Nutter.
11  A  Good afternoon.
12  Q  I just have a handful of questions for you
13 this afternoon. Of course I'm going to be bouncing
14 around a little bit, following on what Mr. McAliley
15 discussed, but I'll try to reorient us.
16     You defined earlier what "relatively permanent
17 water" means to you. Do you recall that?
18  A  Yes.
19  Q  According to your definition, are there any
20 geographic features associated with a relatively
21 permanent water?
22     MR. McALILEY: Object to form.
23     THE WITNESS: Well, it's a -- it's a channel
24 that would have a -- in my mind, a defined -- in
25 most cases, a defined ordinary high water mark, but

Page 243

1 not necessarily -- an ordinary high water mark does
2 not have to be continuous.
3     So I'm not sure I fully understood your
4 question, but that would be ...
5 BY MR. HUGHES:
6  Q  Just if there -- if your definition of
7 "relatively permanent water" includes any geomorphic
8 features such as the ordinary high water mark you just
9 mentioned.
10  A  Well, it would be a channel with evidence of
11 flow, seasonal flow. And it would have a connection to
12 another water, in this case a TNW, traditional navigable
13 water. In other words, it wouldn't stand alone. It has
14 to be connected as a tributary to -- in what we're
15 speaking of, to jurisdictional waters.
16  Q  I'm going to share my screen and show you
17 what's been previously marked as Exhibit 73.
18  A  Okay.
19  Q  Can you see that?
20  A  Yes.
21  Q  Okay. And this is Figure V.D.1.b.1.3,
22 "Graphical output of Reference Area water level
23 monitoring wells R Well 7."
24     Did I read that correctly?
25  A  Yes.

Page 244

1  Q  What, if anything, does this Figure
2 V.D.1.b.1.3 tell you about flow from the Countess Joy
3 property to the 84th Avenue Roadside Ditch?
4  A  Well, it's a continuous connection. This was
5 located -- this well was located in the Countess Joy
6 property at the -- near the connection point of what I
7 call my -- the primary flow path with the 84th Avenue
8 Ditch. So it shows water present throughout the study
9 period and never going below a half a foot above the
10 surface.
11  Q  And now I'm going to share with you
12 Exhibit 261. So this is your report -- this is -- I'm
13 showing you Exhibit 7, which is Figure Wetland Map 1.
14  A  Yes.
15  Q  Can you see that?
16  A  Yes.
17  Q  So you'll see there are five stars located on
18 this map towards the top of the page?
19  A  Yes.
20  Q  And the stars in the legend "USDOJ Expert Team
21 Assessment Type" refers to a direct surface connection;
22 is that correct?
23  A  Yes.
24  Q  And so what do these stars at the -- what does
25 this star at the congruence of Southwest 84th Avenue and

Page 245

1 what we call the upstream reach of Bessey Creek --
2     COURT REPORTER: Excuse me, sir.
3     MR. HUGHES: Yes.
4     COURT REPORTER: You're not very clear to me.
5     MR. HUGHES: Oh. Is it -- am I not loud
6 enough, or is it am I turning away?
7     COURT REPORTER: I'm not sure. You're a
8 little garbled on my end, so -- I can read to you
9 what I thought you said, but if you'd like to
10 restate that question, I'd appreciate it.
11     MR. HUGHES: Yeah. Of course.
12     Let me orient it this way so that I'm looking
13 more clearly at the screen.
14     Can you read back what you have so far?
15     COURT REPORTER: Question: "And so what did
16 the stars at the" -- this is where I'm going. I
17 didn't understand what you were saying.
18     "What does the star in the congruence of
19 Southwest 84th Avenue and what we call the" -- and
20 then I interrupted, but I didn't hear that
21 correctly at all, I don't believe.
22     MR. HUGHES: Okay.
23 BY MR. HUGHES:
24  Q  So there's a star at the confluence of
25 Southwest 84th Avenue and what we call the upstream

Veritext Legal Solutions
800-726-7007              305-376-8800

Page 246

1 reach of Bessey Creek; correct?
2    A   All I'm seeing right now is just a list of
3 files.
4    Q   I see.
5        Can you see that now?
6    A   Yes.
7    Q   Okay. So this is Exhibit 7 to your report?
8    A   Yes.
9    Q   And so there's a star at the confluence of the
10 84th Avenue Roadside Ditch and what we call the upstream
11 reach of Bessey Creek; correct?
12    A   Yes.
13    Q   And what does that star represent?
14    A   That is where -- excuse me -- that is where
15 the 84th Avenue Ditch -- it's the confluence with that
16 ditch with Bessey Creek just next to the culvert
17 underneath 84th Avenue bridge -- 84th Avenue roadway.
18    Q   Okay. When you say that's a direct surface
19 connection, what do you mean by that?
20    A   It's a direct surface connection of the
21 84th Avenue Ditch to Bessey Creek.
22    Q   Okay. And --
23    A   I guess -- it's not a wetland connection; it's
24 a -- it's a waters connection.
25        MR. HUGHES:  Bobbie, can you hear me okay now?

Page 247

1        THE WITNESS:  Yes.
2        COURT REPORTER:  I can.
3        THE WITNESS:  Oh, I'm sorry.  I can hear you.
4 BY MR. HUGHES:
5    Q   And so then just below that, there's another
6 star.  And what does that star represent?
7    A   That is what we were just looking at.  That is
8 Well RW7.
9    Q   And so what -- when that star refers to a
10 direct surface connection, what does that mean there?
11    A   That's the direct surface connection of the
12 flow in the primary flow pathway that I identified
13 flowing into the 84th Avenue Ditch.
14    Q   And any other -- any other connections at that
15 location?
16    A   Well, I identified several other locations,
17 but -- pretty much in that area shown by the blue from
18 north to south, but they were small.  This where the
19 star is is where we had the well, and that was the major
20 connection point of that pathway.
21    Q   I guess you said there was a surface water
22 connection, if I heard you correctly.  Were there any
23 other kinds of connections at that point is my question.
24    A   Well, the wetlands were abutting 84th Avenue
25 because they were touching the 84th Avenue Ditch.

Page 248

1    Q   Okay.  And then there are these -- to the east
2 of the star at the confluence of the 84th Avenue
3 Roadside Ditch and the upstream reach of Bessey Creek
4 there are two additional stars here.  What do those
5 stars represent?
6    A   Those stars represent what we looked at
7 earlier as the wetlands touching the Bessey Creek and
8 where we identified some surface flow into Bessey Creek,
9 which we discussed earlier as also demonstrated in the
10 photographs.  And then we also have the wells, R4 and --
11 R Well 4 and R Well 6, that confirm that -- that --
12 water levels in the wetlands.
13    Q   And then finally there's a star here at the
14 confluence of the North-South Ditch and the upstream
15 reach of Bessey Creek; is that correct?
16    A   Yes.
17    Q   And what does that star represent?
18    A   That is the connection of the North-South
19 Ditch to Bessey Creek that was identified in one of the
20 photo exhibits we looked at earlier.
21    Q   And then moving to Exhibit 9 in your
22 supplemental report, Figure Wetland Map 3, can you see
23 that?
24    A   Yes.
25    Q   Okay.  We discussed earlier this word "upland"

Page 249

1 that's appearing in the purple shaded area towards the
2 left of the wetland.  Do you see -- to the left of the
3 map.  Do you see that?
4    A   Yes.
5    Q   Okay.  And what does that -- well, and to the
6 right of it is a wetland assessment reference figure
7 marked by a green cross; is that correct?
8    A   Yes.
9    Q   And what does that -- do you know what that
10 wetland assessment showed at that location?
11    A   Yes.  It was a -- using the same techniques as
12 all the other locations, where a soil boring was made,
13 an evaluation of the vegetation, and also I looked at
14 potential hydrologic wetland indicators.  There were no
15 hydrologic wetland indicators, and my understanding from
16 the others -- I was there; I watched -- there was --
17 there were no hydric soil indicators and no hydrophytic
18 vegetation indicators.  So it was an upland confirmed by
19 the location of the soil map.
20    Q   And so the DOJ expert team performed wetland
21 assessments in areas -- in upland areas on the Countess
22 Joy property?
23        MR. McALILEY:  Object to form.
24        THE WITNESS:  Yes.
25 BY MR. HUGHES:

63 (Pages 246 - 249)

Page 250

1   Q   And is it your opinion that based on soils
2   alone, you can determine if an area is an upland or a
3   wetland?
4       MR. McALILEY: Object to form.
5       THE WITNESS: Well, if you -- if it's
6   determined to be a wetland, you have to have all
7   three parameters present. If this is an
8   undisturbed area and you have one of those
9   parameters missing, then it would be classified as
10  a wetland -- excuse me -- it would be classified as
11  an upland, as it was in this case.
12      But in this -- as I recall, all three
13  parameters were not present, wetland parameters
14  were not present, at this location.
15  BY MR. HUGHES:
16  Q   Do you have an opinion as to whether the
17  entirety of this figure that's mapped according to the
18  NRCS hydric soils map unit as waveland and Immokalee
19  fine sands is up under wetland?
20      MR. McALILEY: Object to form.
21      THE WITNESS: I don't know if the soil
22  scientist confirmed what the soil series was, but I
23  do know that he determined that it was not a
24  wetland -- or, excuse me -- a hydric soil.
25  BY MR. HUGHES:

Page 251

1   Q   Throughout the area mapped as waveland and
2   Immokalee fine sands?
3   A   Well, I know that we walked along the
4   vegetation line, and I know that occasionally, as is
5   typically done, they would stop and take a
6   shovelful and say it's not hydric. And so eventually
7   they came to a spot where they actually then did a data
8   forum and confirmed that it was upland.
9   Q   I'm showing you Exhibit 11. Can you see that?
10  A   Yes.
11  Q   This is still Exhibit 261.
12      So this is Figure 3.C.2.1. Now, if -- if this
13  exhibit was not in your report, would it change your
14  conclusions?
15      MR. McALILEY: Object to form.
16      MR. HUGHES: Withdrawn.
17  BY MR. HUGHES:
18  Q   If this exhibit was not in your report, would
19  your conclusions change?
20  A   No.
21      I'm sorry. My conclusion with regard to what?
22  Q   Your conclusions listed in your report that --
23  well, withdrawn.
24      Would it change your conclusions about the
25  hydrology of the site pre and post defendants' work on

Page 252

1   the site?
2   A   No.
3   Q   Would it change your conclusions about whether
4   the North-South Ditch, the upstream reach of Bessey
5   Creek, and the 84th Avenue Roadside Ditch are relatively
6   permanent waters?
7   A   No.
8   Q   And would it change your conclusion -- your
9   opinion that the wetlands on the Countess Joy property
10  which used to be a former part of the wetlands on the
11  site have a physical connection to these relatively
12  permanent waters?
13      MR. McALILEY: Object to form.
14      THE WITNESS: No.
15  BY MR. HUGHES:
16  Q   Okay. Have you prepared materials to submit
17  in support of an application for a permit before?
18  A   For a what?
19  Q   For a permit.
20  A   No.
21      In this particular case?
22  Q   In general.
23  A   Oh, I've -- in the past on occasion I've been
24  part of a team or individually submitting a permit
25  application for very small wetlands for permits from the

Page 253

1   Corps of Engineers. But not -- certainly not in this
2   case.
3   Q   And in that context when you've consulted on
4   permit applications, did you do any technical research
5   beforehand?
6       MR. McALILEY: Object to form.
7       THE WITNESS: You mean onsite?
8   BY MR. HUGHES:
9   Q   Yes.
10  A   Well, that would be part of the investigation
11  on the permit application, and looking at historical
12  information and onsite-specific information. And this
13  is always done as a team, with a vegetation specialist,
14  a soil specialist, and I doing a hydrology. But
15  sometimes I actually more or less headed up the team
16  making a permit application.
17      And these are relatively small
18  couple-acre-type systems that -- and I'm talking --
19  probably the last time I ever did that was maybe
20  15 years ago.
21  Q   Did you just write whatever you wanted on the
22  maps you found?
23  A   No.
24      MR. McALILEY: Object to form.
25      THE WITNESS: No. We backed up that

Veritext Legal Solutions

Page 254

```
1    information that we presented with the best
2    information we could gather, either onsite or from
3    historical information available to us and
4    published documents such as soil maps and various
5    things that are called for in the '87 manual.
6    BY MR. HUGHES:
7       Q   And would you expect someone submitting
8    material in support of a -- well, withdrawn.
9           Would you expect someone submitting a map of a
10   flow regime in support of a permit to just write
11   whatever they wanted on the map?
12      MR. McALILEY:  Object to form.
13      THE WITNESS:  No, I wouldn't think so, I mean,
14   if there is any information in support of a permit
15   application.  So I would -- I would think if they
16   were doing due diligence, they would have some
17   knowledge, prior knowledge, as to portraying what
18   they've shown here on this figure.
19   BY MR. HUGHES:
20      Q   Did you see evidence of flow from the
21   North-South Ditch to the upstream reach of Bessey Creek?
22      A   Did I see evidence of flow from the
23   North-South Ditch into Bessey Creek?
24      Q   Yes.
25      A   At the confluence, as I said, later on in
```

Page 255

```
1    subsequent site visits I saw oriented vegetation
2    indicating that flow had occurred, but I did not see
3    actual flow at the time that I specifically looked at
4    it.  I mean, I was in that area my earlier visits, but I
5    was involved in doing other things and wasn't focused on
6    that at that time.
7       Q   So I'm showing you Exhibit 17 from your
8    report.  Can you see that?
9       A   Yes.
10      Q   And this is Figure V.C.2.5.
11      A   Yes.
12      Q   And I think Mr. McAliley asked you earlier if
13   this was about a thousand feet north of the site.  Do
14   you recall that?
15      A   If he said a thousand feet, I missed that.
16   It's about 500 feet north of the site.
17      Q   And I think there was a question about whether
18   this was looking north or south.  Do you know if this
19   was looking north or south?
20      A   The flow area arrow is pointing towards the
21   foreground, so that would be looking -- looking south.
22      Q   This is a -- is this -- what is this red
23   arrow?
24      A   If I remember correctly, that red arrow was
25   indicating the direction of flow in the North-South
```

Page 256

```
1    Ditch.
2       Q   Do you recall as you sit here today if that's
3    what that red arrow represents?
4       A   As I recall, this was prepared by Mr. Wylie.
5    He took the photograph.  It's showing the direction of
6    flow towards Bessey Creek.  So Bessey Creek would be in
7    the foreground.
8       Q   So this is -- can you see my screen?
9       A   Yes.
10      Q   This is Exhibit 12 to your report --
11      A   Okay.
12      Q   -- Exhibit 261 --
13      A   Yes.
14      Q   -- Figure V.C.2.8.
15          Does this figure -- well, what does this
16   figure show?
17      A   Well, it shows the North-South Ditch at high
18   water levels and, as the caption indicates, west towards
19   the 84th Avenue Ditch.  So the west would be to the --
20   if I read this figure correctly, west -- you're looking
21   south and the 84th Avenue Ditch would be to the west,
22   and the sign there that says "Abutting Wetlands" would
23   be a wetland that abuts the North-South Ditch.
24      Q   So this is Exhibit 2 to your report.
25      A   Yes.
```

Page 257

```
1       Q   Table III.C.1.1.
2       A   Yes.
3       Q   And this says "Composited historical flow in
4    Bessey Creek at the Hybrid Water Treatment Technology
5    facility"?
6       A   Yes.
7       Q   So this is -- Mr. McAliley asked you some
8    questions about this, about this table; is that correct?
9       A   Yes.
10      Q   And so this is from -- going to Exhibit 3 of
11   your report --
12      A   Yes.
13      Q   -- which is an individual permit.
14      A   Yes.
15      Q   And then if we go here to Page
16   USAEXPERTS0005262, do you see there's a chart on the top
17   of the page?
18      A   Yes.
19          Could you blow that up a little bit?
20      Q   Yes.
21      A   Yes.
22      Q   Okay.  And there are two sort of larger
23   columns here?
24      A   Yes.
25      Q   What I'll call -- one says "Composited
```

65 (Pages 254 - 257)

Page 258

1 Historical Flow in Bessey Creek"?
2   A   Yes.
3   Q   And the other says "HWTT Pump Estimate"?
4   A   Yes.
5   Q   And there's a series of four columns
6 under "Composited Historical Flow in Bessey Creek"; is
7 that correct?
8   A   Yes.
9   Q   And two under -- two columns under "HWTT Pump
10 Estimate"?
11   A   Yes.
12   Q   Okay.  And does this composited -- do the
13 columns under "Composited Historical Flow in Bessey
14 Creek" look to you to be the same as those in your
15 Exhibit 2?
16   A   Yes, it is.
17       And I didn't include the flow in million
18 gallons because I recognize that many people reading the
19 reports don't understand the units, and I thought mixing
20 million gallons with cubic feet per second would be --
21 confuse the issue.  So I only showed the
22 cubic-feet-per-second flow, which is the way most people
23 who recognize hydrologic events express flow.  A million
24 gallons would be used more in a pumping regime, which is
25 what they're limited to in their permit.

Page 259

1   Q   Okay.  And then this is Page
2 USAEXPERTS0005258.  Do you see that?
3   A   Yes.
4   Q   Also from your Exhibit 3?
5   A   Yes.
6   Q   Okay.  And this says, in the second paragraph
7 on the page -- I'll highlight it -- "Using daily creek
8 flow data, operation of the proposed HWTT inflow pump
9 station over the period of record was modeled to
10 estimate daily, monthly and annual withdrawals from the
11 creek."
12   A   Yes.
13   Q   "The model assumes withdrawals are made at a
14 rate equal to creek flows from zero to 20 CFS.  The
15 daily pump withdrawal model also" -- "model results,"
16 excuse me -- "are also plotted on Figure 3 along with a
17 30-day moving average of pump withdrawals."
18       Skipping a couple of sentences, "A comparison
19 of historical annual creek flows and modeled annual pump
20 withdrawals is provided in Figure 4."
21       Did I read that correctly?
22   A   Yes.
23   Q   Okay.  And then the next paragraph, the third
24 paragraph on this page, says "A wide range of seasonal
25 variability in creek flow was exhibited during the

Page 260

1 relatively short period of record.  To observe the
2 seasonal trends, historic daily flow data were
3 composited over the period of record to generate
4 statistics for maximum, median and mean daily flow
5 during each month of the year.  The mean daily flow
6 values were then used to calculate mean monthly creek
7 flow for each month.  Figure 5 shows the composited
8 monthly results."
9       Did I read that correctly?
10   A   Yes.
11   Q   And is that Figure 5 what we just looked at on
12 USAEXPERTS0005262?
13   A   Yes.
14   Q   And so to your knowledge, does this daily max,
15 daily median, and daily mean columns represent
16 historical flow data or the modeled flow data?
17       MR. McALILEY:  Object to form.
18       THE WITNESS:  I'm sorry.  Repeat that, please.
19 BY MR. HUGHES:
20   Q   Does -- to your knowledge, based on what we
21 just read, does this composited historical flow in
22 Bessey Creek reflect historical collected data or the
23 modeled data referred to earlier?
24       MR. McALILEY:  Object to form.
25       THE WITNESS:  (Examining document.)

Page 261

1 BY MR. HUGHES:
2   Q   I can go back to the earlier page.
3   A   Yeah.  Can you -- can you expand that page
4 just a little bit, please?
5   Q   This page?
6   A   Yeah.  Yeah.
7   Q   Okay.
8   A   I just wanted to read the caption on the
9 figure beneath that table.  (Examining document.)
10       So it says "... in Bessey Creek at Project
11 Site and Proposed HWTT Mean Monthly Inflows (used to
12 calculate maximum monthly and annual flows)."  So I
13 would read that as being the model, the adjusted flows
14 for moving the flow data from downstream to up at the
15 location where the pump stations were.
16   Q   You would read -- which would you read to be
17 the modeled data?
18   A   The model -- in the table.  The title refers
19 to the table and the graph, the Figure 5 figure title.
20   Q   Yeah.
21   A   If you look at -- if you go forward one
22 page -- whoops, back; back one -- that page right there,
23 if you -- if you expand that page ...
24   Q   This is USAEXPERTS0005261.
25   A   Yes.

66 (Pages 258 - 261)

Page 262

1     This is "Comparison of Historical Annual Flows
2 in Bessey Creek at the Project Site." And again, I read
3 that with -- "at the project site" would be the adjusted
4 flows, the model flows.
5     And the -- the table there at the top shows
6 the number of days in which flow occurred in each one of
7 those years. 2004 was apparently a very dry year.
8 2005, 2006, 2007, 2008 had flow every day of the year,
9 according to this table, and 2009 had -- over
10 three-quarters of the days had flow.
11    Q  So at the top of this chart here on Figure 4,
12 there are two large -- there are several columns, but
13 there are two larger columns?
14    A  Yes.
15    Q  "Historical Annual Creek Flow" and "Modeled
16 HWTT Pump Inflow"?
17    A  Yes.
18    Q  Okay. And you interpret "Historical Annual
19 Creek Flow" to be modeled flow?
20    A  Reading the figure title, "Comparison of
21 Historical Annual Flows in Bessey Creek at Project
22 Site." And so that implies to me that these were
23 adjusted from -- by the 55 percent that was discussed to
24 reduce the flows because the point is further upstream
25 from where the flows were measured. That's the way I

Page 263

1 read that figure.
2    Q  Okay. And so going back to USAEXPERTS0005258,
3 on this page in the second paragraph, the first sentence
4 refers to "Using daily creek flow data, operation of the
5 proposed HWTT inflow pump station over the period of
6 record was modeled to estimate daily, monthly and annual
7 withdrawals from the creek"; correct?
8    A  Yes.
9    Q  But then the following paragraph refers to use
10 of historic daily flow data composited over the period
11 of record to generate statistics for maximum, median and
12 mean daily flow during each month of the year; correct?
13    A  Yes.
14    Q  And that's reflected in Figure 5; is that
15 correct?
16    A  That's my understanding, yes. That's what it
17 says, "also shown in Figure 5."
18    Q  Okay. And so Figure 5 relies on historic
19 daily flow data; correct?
20    MR. McALILEY: Object to form.
21    THE WITNESS: I read that to be historic daily
22 flow data adjusted to where the pump station would
23 be, because if they're going to model the pump
24 flow, they have to use the adjusted flow values
25 where the pumps are going to be located. They

Page 264

1 wouldn't design their pump flow based upon the
2 downstream gaging or flow data. So that is the
3 adjusted 55 percent of the measured flow, is the
4 way I had interpreted that.
5 BY MR. HUGHES:
6    Q  And have you used such models before in your
7 work?
8    A  I don't know what model they used, but
9 generally speaking, a very -- I wouldn't call it simple,
10 but an approach -- and they point this out -- is that --
11 is you take the watershed area and assume that the --
12 you have a unit discharge value per unit area. And so
13 you measure downstream, and you have a certain flow for
14 a certain amount of acreage. And in this case it says
15 here, in the middle of that first paragraph, "Likewise,
16 the watershed area upstream of the proposed HWTT site
17 inflow point was estimated to be 2,675 acres."
18    I don't recall that they said exactly what the
19 watershed area was at the point where -- oh, they did.
20 Just the line above that, 4860 acres was the entire
21 watershed area where the flow was measured.
22    So the assumption is that you have a per-unit
23 flow per acre, and so you just proportional that volume
24 of flow to the 2675 acres, and that turned out to be
25 55 percent. And that's how they came up with the flow,

Page 265

1 estimated flow.
2    Q  And you --
3    A  That's what they define -- that's what --
4 excuse me. That's what they based their pump -- pumping
5 requirements for in design of the system.
6    Q  And have you used methods like that in your
7 work previously?
8    A  Sure. That's a pretty common approach.
9    Q  And do you find that method to be reliable?
10   A  It's reliable for a watershed of this size.
11 As you get larger and a much more complex, more urban
12 area and things like that, then you would approach with
13 other modeling approaches. But for a relatively
14 homogeneous watershed that this is, this would be a
15 correct approach.
16   MR. HUGHES: Thank you very much, Dr. Nutter.
17 I have no further questions for you.
18   THE WITNESS: Thank you. Yes.
19   MR. McALILEY: And I have no further
20 questions, either. Thank you.
21   THE WITNESS: Thank you. It was a nice short
22 day.
23   (Laughter.)
24   VIDEOGRAPHER: Off the record. The time is
25 3:54 p.m.

67 (Pages 262 - 265)

Page 266

```
1        THE WITNESS:  I'm ready to log out.
2        COURT REPORTER:  Before you do, if the
3    transcript is ordered, would you like to read and
4    sign or would you like to waive reading and
5    signing?
6        MR. HUGHES:  We would like to read and sign.
7        THE WITNESS:  I want to read it, yes.
8        COURT REPORTER:  Mr. McAliley, would you like
9    to order the transcript?
10        MR. McALILEY:  I'd like to order the
11    transcript, and I'd like to get it next week, if
12    you can.
13        MR. HUGHES:  We would like a rough, if
14    possible.
15        MR. McALILEY:  Yeah.  The parties have got
16    papers we've got to file in a few weeks, so --
17        COURT REPORTER:  Would you like a rough as
18    well?
19        MR. McALILEY:  Sure.  That would be great.
20        COURT REPORTER:  Okay.  Would you please state
21    the date you would like to receive your final.
22        MR. McALILEY:  Like next Wednesday?  Would
23    that work?
24        COURT REPORTER:  That will be fine.
25        And, Mr. Hughes, you would like it the same
```

Page 267

```
1    day?
2        MR. HUGHES:  Yeah, that would be fine.
3            (Witness excused.)
4        (Thereupon, the deposition was concluded at
5    3:55 p.m.)
6            - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 268

```
1        C E R T I F I C A T E
2
3
4    STATE OF FLORIDA )
     COUNTY OF DUVAL )
5
6        I, Bobbie A. Umstead, Registered Professional
     Reporter, certify that I was authorized to and did
7    stenographically report the deposition of WADE L.
     NUTTER, Ph.D., PH, remotely; that a review of the
8    transcript was requested; and that the transcript is a
     true and complete record of my stenographic notes.
9
10        I further certify that I am not a relative,
     employee, attorney, or counsel of any of the parties,
11    nor am I a relative or employee of any of the parties'
     attorneys or counsel connected with the action, nor am I
12    financially interested in the action.
13
        DATED this 17th day of October, 2023.
14
15
16
17        Bobbie A. Umstead
18        Bobbie A. Umstead, RPR
19
20
21
22
23
24
25
```

Page 269

```
1        CERTIFICATE OF OATH
2
3
4    STATE OF FLORIDA )
     COUNTY OF DUVAL  )
5
6
7        I, the undersigned authority, certify that
     WADE L. NUTTER, Ph.D., PH, appeared before me and was
8    duly sworn remotely.
9
10        WITNESS my hand and official seal this 17th
     day of October, 2023.
11
12    Identification:
        Personally Known
13        Produced Identification    XXX
        Type of ID Produced        Georgia driver's license
14
15
16
17        Bobbie A. Umstead
        Bobbie A. Umstead
18        Notary Public - State of Florida
        My Commission No. HH 216534
19        Expires:  May 11, 2026
20
21
22
23
24
25
```

68 (Pages 266 - 269)

Page 270

1  Jeffrey Hughes, Esquire
   jeffrey.hughes@usdoj.gov
2
3  October 17, 2023
4  Re: UNITED STATES OF AMERICA v. BENJAMIN K. SHARFI, et al.
   October 12, 2023/WADE L. NUTTER, Ph.D., PH/6131976
5
   The above-referenced transcript is available for
6  review.
7     The witness should read the testimony to verify its
   accuracy. If there are any changes, the witness should
8  note those with the reason on the attached errata sheet.
9     The witness should please date and sign the errata
   sheet and e-mail to the deposing attorney as well as to
10 Veritext at transcripts-fl@veritext.com and copies will
   be e-mailed to all ordering parties.
11
   It is suggested that the completed errata be
12 returned 30 days from receipt of testimony, as
   considered reasonable under Federal rules*; however,
13 there is no Florida statute to this regard.
14    If the witness fails to do so, the transcript may
   be used as if signed.
15
   Yours,
16 Veritext Legal Solutions
17 *Federal Civil Procedure Rule 30(e)/
   Florida Civil Procedure Rule 1.310(e)
18
19
20
21
22
23
24
25

Page 271

1     ERRATA SHEET
2  DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
3  Re: UNITED STATES OF AMERICA v. BENJAMIN K. SHARFI, et al.
   Taken: October 12, 2023
4  Reporter: Bobbie A. Umstead, RPR, FPR
5  Page Line  Where it reads:   Should read:
6  _____ _____  _____   _____
7  Reason:_____
8  _____ _____  _____   _____
9  Reason:_____
10 _____ _____  _____   _____
11 Reason:_____
12 _____ _____  _____   _____
13 Reason:_____
14 _____ _____  _____   _____
15 Reason:_____
16 _____ _____  _____   _____
17 Reason:_____
18 _____ _____  _____   _____
19 Reason:_____
20 _____ _____  _____   _____
21 Reason:_____
22
   Under penalties of perjury, I declare that I have read
23 the foregoing document and that the facts stated in it
   are true.
24
25 DATE _____      WADE L. NUTTER, Ph.D., PH

69 (Pages 270 - 271)

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

Re:  UNITED STATES OF AMERICA V. BENJAMIN K. SHARFI, ET AL.

Taken:   October 12, 2023

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 34 | 16 | characterize it that, | characterize it that way, |
| **Reason:** | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 45 | 16-17 | size of the watershed as being rain. | size of the watershed receiving rain. |
| **Reason:** | misstated or mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 54 | 12 | the water stream. | the watershed. |
| **Reason:** | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 55 | 1 | and the continuing | and then continuing |
| **Reason:** | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 92 | 15 | then moved on to the next pile | then the equipment moves on to the next pile |
| **Reason:** | Clarification in testimony | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 95 | 19 | where there was connections, | where there were connections, |
| **Reason:** | Grammar correction | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 114 | 3 | says to two to three months. | says two to three months. |
| Reason: | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 127 | 5 | access | axis |
| Reason: | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 170 | 17 | the in North- | in the North- |
| Reason: | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 177 | 19 | There's was nothing | There was nothing |
| Reason: | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 202 | 24 | being a ditch | a ditch |
| Reason: | mistranscribed | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 204 | 11 | That was not my only intention. | That was not my only observation. |
| Reason: | Clarification of testimony | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 226 | 24 | Well R7 called peaks | Well R7 showed peaks |
| Reason: | Clarifying testimony | | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 227 | 20 | During the period of time, we were there, | During the period of time the wells were installed, |
| Reason: | | Clarifying testimony | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 247 | 18-19 | This where the star is is where | The star is where |
| Reason: | | Clarifying testimony | |
| | | | |

Under Penalties of perjury, I declare that I have read the
foregoing document and that the facts states in it are true.

_____11/1/23_____            _____
Date                           Wade L. Nutter, Ph.D., PH