# ATTACHMENT 2

**Declaration of Charlie Clark**

Pursuant to 28 U.S.C. § 1746, I, Charlie Clark, state the following:

1. I am a professional photographer based in Palm Beach County, Florida. I work for YachtPics.com, a company that provides photography services.

2. On April 26, 2022, I took an aerial video from a helicopter in the area of the property that is the subject of this litigation, which is located at 8227 S.W. Martin Highway, Palm City, Florida. I filmed the ground below as the helicopter flew at low altitude, just over the height of treetops. We generally traveled north/northwest from the property until we reached an east-west oriented ditch, and then we travelled generally eastward following that ditch and Bessey Creek until we reached the St. Lucie River. While I took the video with my camera, an iPad recorded the location of the helicopter on Google Maps in real time.

3. A copy of the video can be found at:

   https://carltonfields.box.com/s/dk7p4a8jimvkf7h1t52e2652nz4peol5

The images on the left are the video that I took, and the images on the right are the recording from the iPad. The video accurately portrays what I saw on April 26, 2022, and the iPad recording accurately depicts the route traveled by the helicopter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2023.

*Charles Clark*
_____
Charlie Clark