# ATTACHMENT 3

