# ATTACHMENT 4

**EXHIBIT 16**

**PHOTO STATION 5
(N-S DITCH WHERE IT MEETS E-W DITCH, 3-10-22)**



**Photo Station 5**
**North-South Canal Ditch Where it Enters the East-West Canal Ditch**
**March 10, 2022**

**EXHIBIT 17**

**PHOTO STATION 6 (E-W DITCH LOOKING WEST, 3-10-22)**



**Photo Station 6**
**East-West Canal Ditch Looking West**
**from Area Where North-South Canal Ditch Enters East-West Canal Ditch**
**March 10, 2022**