UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, *Plaintiff*, v. BENJAMIN K. SHARFI, in his personal and fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and NESHAFARM, INC., *Defendants*. | Case No. 2:21-cv-14205-KAM |
|---|---|

**UNITED STATES' INDEX TO ADDITIONAL EXHIBITS**

| Plaintiff's Summary Judgment Exhibit No. | Identification No. (if applicable) | Document Description |
|---|---|---|
| 84 | | Excerpted Deposition Transcript of Wade L. Nutter (October 12, 2023) |
| 85 | | Excerpted Deposition Transcript of Richard Creech (May 24, 2022) |
| 86 | | Excerpted Deposition Transcript of W. Michael Dennis (May 27, 2022) |
| 87 | | Excerpted Deposition Transcript of Benjamin K. Sharfi (June 9, 2022) |
| 88 | | Excerpted Deposition Transcript of Wade Nutter (April 1, 2022) |
| 89 | | Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in *Rapanos v. United States* & *Carabell v. United States* (December 2, 2008) |
| 90 | | Excerpted Deposition Transcript of Michael M. Wylie (April 4, 2022) |
| 91 | | Excerpted Deposition Transcript of Charles Berlusconi (March 18, 2022) |
| 92 | | Excerpted Deposition Transcript of Danna Small (March 17, 2022) |

| | | |
|---|---|---|
| 93 | | Excerpted Deposition Transcript of Michael M. Wylie (October 5, 2023) |
| 94 | | Excerpted Deposition Transcript of W. Michael Dennis (October 19, 2023) |
| 95 | DX 193 | Antecedent Precipitation vs Normal Range based on NOAA's Daily Global Historical Climatology Network (March 10, 2022) |
| 96 | | Declaration of Jonathan C. Pempek (December 22, 2023) |