# EXHIBIT 84

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                 FORT PIERCE DIVISION

 3

 4   UNITED STATES OF AMERICA,

 5        Plaintiff,

 6   vs.
                                    CASE NO.:
 7   BENJAMIN K. SHARFI, in his     2:21-cv-14205-KAM
     personal and fiduciary capacity
 8   as trustee of the Benjamin Sharfi
     2002 Trust, and NESHAFARM, INC.,

 9

          Defendants.
10

     _____
11

12

13              VIDEOTAPED DEPOSITION OF

14              WADE L. NUTTER, Ph.D., PH

15          Taken on behalf of Defendants

16

17   DATE TAKEN:  October 12, 2023
     TIME:        9:07 a.m. - 3:55 p.m.
18   PLACE:       By videoconference

19

20      Examination of the witness taken before:
21              Bobbie A. Umstead
            Registered Professional Reporter
22          Florida Professional Reporter

23

24

25
```

Page 34

```
 1        A    Yes.
 2        Q    And you've also personally seen the East-West
 3   Ditch, haven't you?
 4        A    Yes.
 5        Q    Am I right that there are berms along much of
 6   the length of both of those ditches?
 7             MR. HUGHES:  Objection.
 8             THE WITNESS:  There are discontinuous berms.
 9        It's not -- it's not continuous.
10   BY MR. McALILEY:
11        Q    Yeah.  But putting aside whether they are
12   continuous, along most of the length of those ditches
13   there are berms next to the ditch; right?
14             MR. HUGHES:  Objection.
15             THE WITNESS:  I don't know that I could
16        characterize it that, but there are berms on
17        sometimes both sides, sometimes just one side.
18   BY MR. McALILEY:
19        Q    Is there any -- is there any figure that you
20   or the other DOJ team has prepared that shows the
21   location of the berms next to the North-South Ditch or
22   the East-West Ditch?
23        A    No.  Not to my knowledge.
24        Q    Do you understand that the berms that you saw
25   looked like sidecast material dating back to the
```

Page 35

```
1    construction of the ditch, looked like somebody, when
2    they dug out the ditch, they threw the dirt to the side
3    and that resulted in the berm?
4         A    That would be typically the source of the
5    berms, yes.  They're not natural features of the
6    landscape.
7         Q    And those berms in some cases are several feet
8    above the level of the water in the ditches; right?
9              MR. HUGHES:  Objection.
10             THE WITNESS:  In some places that's true, yes,
11        but not in all places.
12   BY MR. McALILEY:
13        Q    Okay.  Actually there's some places along the
14   Countess Joy property and the East-West Ditch that the
15   berms are more than ten feet higher than the level of
16   water in the ditch; right?
17        A    I did not see anything close to ten feet.
18   Several feet, but not ten feet.
19        Q    Okay.
20             So, Dr. Nutter -- oh, one last thing while
21   we're looking at this.  We're also -- I see on Exhibit 1
22   there is -- on the left side of the exhibit there's a
23   line and a notation for Southwest 84th Avenue.  Can you
24   see that on the exhibit?
25        A    Yes.
```

1      Q    Is that the paved roadway which is -- as

2    you're driving, you'd see the sign that says "Southwest

3    84th Avenue"?

4      A    Yes.

5      Q    And so -- and there is a ditch next -- on the

6    east side of that roadway; right?

7      A    There's a ditch on both sides of the roadway,

8    yes.

9      Q    So in your report you talk about the Southwest

10   84th Avenue Roadside Ditch; isn't that right?

11     A    Yes.

12     Q    Are you referring to the ditch that's on the

13   east side of Southwest 84th Avenue?

14     A    Yes.

15     Q    So when I refer to the Southwest 84th Avenue

16   Ditch, just to be clear, I'm referring to the one on the

17   east side of the roadway.

18     A    Yes.

19     Q    And that also is a -- is a man-made ditch;

20   right?

21     A    Yes.

22     Q    And it's a ditch that was made to manage

23   stormwater off the road after it rains; right?

24          MR. HUGHES:  Objection.

25          THE WITNESS:  That's the function that it

Page 37

```
 1        serves in addition to draining wetlands.  It's -- I
 2        believe it was constructed earlier than 84th
 3        Avenue.
 4   BY MR. McALILEY:
 5        Q    Okay.  When was that ditch constructed?
 6        A    I believe it was part of the original -- I'd
 7   have to go back and refresh my memory, but I believe
 8   that it was part of the original construction of
 9   drainage ditches in the area.
10        Q    Approximately when was that?
11        A    Pardon me?
12        Q    Approximately when was that?
13        A    Well, it would have been in the same time
14   frame we talked about, sometime around the '60s or
15   earlier.
16        Q    Okay.  So basically --
17        A    84th Avenue was not constructed until later.
18        Q    All right.  Well, let's -- as I look at
19   Exhibit 1, I'm going to focus in on the words "Bessey
20   Creek" that is in the middle of this that has an arrow
21   pointing at the East-West Ditch.  Do you see that?
22        A    Yes.
23        Q    Why do you call the East-West Ditch the
24   upstream reach of Bessey Creek?
25        A    Because that's what -- that's what it is.
```

Page 38

1        Q    The National Hydrography Dataset does not
2    indicate that it is a stream or a river, does it?
3        A    It calls it -- it's a canal or ditch.  But it
4    is a -- functioning as a creek and gathering flow from
5    the watershed.  And it's functioning as a creek, it's
6    been called a creek in other submittals by other people
7    to different agencies, and for that reason we have
8    called it that.
9        Q    Okay.  Let me break this down.  You just said
10   that the East-West Ditch functions as a creek that
11   drains the area.  That's also true of the North-South
12   Ditch; right?
13       A    Yes.
14       Q    And that's true of every other north-south
15   ditch that's visible on Exhibit 1; right?
16       A    Yes.  They're -- the objective of all that
17   ditch network is to consolidate drainage of the
18   wetlands.  That was the purpose in putting them in.
19       Q    So you think that because man-made ditches can
20   drain an area and send water downstream, that that
21   qualifies them as creeks?
22            MR. HUGHES:  Objection.
23            THE WITNESS:  Bessey Creek is just a name.  I
24       don't think that we're trying to or anybody else is
25       trying to make a distinction.  It functions as a --

```
 1        the same as a natural creek would in terms of
 2        gathering water and discharging it from a
 3        watershed.
 4   BY MR. McALILEY:
 5        Q    A moment ago you said that you've seen
 6   official government submittals that label the East-West
 7   Ditch as Bessey Creek.  Did I hear that right?
 8        A    Yes.
 9        Q    Can you tell me what specific documents you're
10   referring to?
11        A    I'm not sure that I used the word "official,"
12   but two things that come to mind is there was a
13   submittal by Mr. Sharfi's consultants to the Florida
14   Department of Agriculture and Consumer Services in which
15   it was labeled as Bessey Creek.  In the hybrid waste
16   treatment technology system it was labeled as Bessey
17   Creek in terms of discharge from the -- taking water
18   from Bessey Creek and discharging water back to Bessey
19   Creek in their -- in their documents.
20        Q    Are there any other documents that you have
21   seen that refer to the East-West Ditch as Bessey Creek?
22        A    Those are the two that come to mind right now.
23        Q    Would you agree with me that the word "creek"
24   ordinarily is used to refer to a natural stream?
25        A    Would you repeat that, please?
```

Page 40

1     Q    Would you agree with me that the word "creek"

2  is ordinarily used to refer to a natural stream?

3     A    Most commonly, yes.

4     Q    And I think I covered this last time in the

5  last deposition, but just to be sure, you don't live in

6  Martin County, Florida, do you?

7     A    No.

8     Q    You live in Georgia; right?

9     A    Yes.

10    Q    And you've never lived in Martin County, have

11  you?

12    A    No.

13    Q    So you don't have any personal knowledge of

14  what local residents call the East-West Ditch, do you?

15          MR. HUGHES:  Objection.

16  BY MR. McALILEY:

17    Q    And when I say "personal knowledge," I mean

18  that you've seen it yourself, you've heard it yourself.

19  That's what I mean by "personal knowledge."

20    A    I've not interviewed anyone or anything to --

21  to -- but I've only looked at documents or for my

22  knowledge to call it Bessey Creek.

23    Q    And you don't know what the locals call that

24  East-West Ditch, do you?

25    A    We had an interview with a -- the rancher that

Page 44

 1   believe the East-West Ditch is a relatively permanent

 2   body of water because it has flow during the wet season.

 3   Is that right?

 4          MR. HUGHES:  Objection.

 5          THE WITNESS:  And it can have flow during the

 6       dry season as well.  It may not be continuous

 7       through the dry season.  But, yes, that's the

 8       definition of a relatively permanent body of water.

 9   BY MR. McALILEY:

10       Q    How many -- how many months out of the year is

11   there flowing water in the East-West Ditch near the

12   defendants' site and the Countess Joy property?

13       A    Well, I can't say because I haven't been

14   there.  But I do know by looking at records downstream

15   and observations of the rainfall patterns that it would

16   meet that definition that I gave you of a relatively

17   permanent body of water.

18       Q    So you don't know how many months out of the

19   year there is water flowing in the East-West Ditch near

20   the defendants' site; right?

21       A    I do know from records at the hybrid

22   wastewater treatment facility that -- what the flow is

23   there, which is just about two miles downstream.

24       Q    Okay.  So you know -- you have some

25   information regarding flow at the HWTT facility, but you

 1   agree that's two miles away from the defendants' site;

 2   right?

 3       A    Yes.

 4       Q    And you also agree that there is multiple

 5   other ditches that connect to the East-West Ditch

 6   between the defendants' site and the HWTT; right?

 7       A    Yes.

 8            MR. HUGHES:  Objection.

 9   BY MR. McALILEY:

10       Q    You would agree with me that the flow at the

11   HWTT facility is not necessarily the same as the flow

12   two miles further to the west by the Countess Joy

13   property; right?

14       A    I would have to agree with the general

15   concept, the terms of your question, but a -- the flow

16   is contingent upon the size of the watershed as being

17   rain.  And of course the watershed down at the HWTT is

18   larger than the watershed at the Countess Joy.

19            But the concept of perennial flow and the size

20   of the watershed would indicate to me, in terms of my

21   knowledge of hydrology and study of the hydrology in

22   that region, that the flow would be -- would meet this

23   condition, what I described as a relatively permanent

24   body of water.

25       Q    Yeah.  But my question here was -- was just

```
 1   simpler.  You agree with me that the flow information
 2   you have at the HWTT does not represent the flow
 3   conditions two miles upstream at the Countess Joy
 4   property or by the defendants' site; right?
 5            MR. HUGHES:  Objection.
 6            THE WITNESS:  I would agree with that
 7        statement with -- that the flow -- yes, I would
 8        agree with your statement.
 9   BY MR. McALILEY:
10        Q    And because the -- because the portion of the
11   East-West Ditch near the Countess Joy property is
12   further upstream, as you've described it, you would
13   expect there to be less water at that location than
14   there -- than there would be downstream at the HWTT;
15   right?
16        A    Typically, yes.
17        Q    Okay.  So going back to a question I asked a
18   little while ago, to make sure I understand this, am I
19   right that you do not know how many months out of the
20   year water flows in the East-West Ditch by the Countess
21   Joy property?
22            MR. HUGHES:  Objection.
23            THE WITNESS:  I don't have specific knowledge
24        other than my knowledge of watershed behavior and
25        rainfall patterns that I would expect water to be
```

1    at that location for many months of the year.

2    BY MR. McALILEY:

3        Q    You'd expect there to be water flowing in that

4    ditch more than half the year?  When I say "that ditch,"

5    I mean the portion, again, by the Countess Joy property.

6        A    Well, I have observation of water in the

7    Bessey Creek at that location for at least five months

8    of the year when I had instrumentation there in the

9    observation August through December of '21.

10       Q    When you say water in the ditch, are you

11   referring to flowing water or standing water?

12       A    When I was there, there was flow, yes.

13       Q    Okay.  So do you believe that there's water

14   flowing in the East-West Ditch by the Countess Joy

15   property for at least six months each year?

16       A    I said I had data for five months and I saw a

17   flow.  Certainly because of the extent of flow that I

18   saw in August, I could extend that to six months and

19   beyond into the wet season.  When I last made the

20   observation in December of '21, that was in the dry

21   season, and there was flow.  It was slight, but there

22   was flow.  I observed flow.

23       Q    When you say it was slight, what do you mean

24   by that?

25       A    Well, it was -- it was observable.

Page 48

1      Q    There was times when you went out there and
2  saw the East-West Ditch -- and I guess I'm looking at
3  the end of the period that you looked at,
4  November/December -- where there was just a mere trickle
5  of water in the middle of the ditch; right?
6           MR. HUGHES:  Objection.
7           THE WITNESS:  Well, I don't know what you'd
8       call a trickle.  Water movement was observable.  I
9       have never quantified what a trickle is.
10  BY MR. McALILEY:
11      Q    In order for something to be a relatively
12  permanent body of water, do you think that there needs
13  to be a certain amount of water that's present?
14           When I say "amount," I mean like volume.
15      A    I missed the first part of your statement.
16  Would you --
17      Q    In order -- let me ask it again.  In order for
18  something to be a relatively permanent body of water, is
19  there a minimum volume or amount of water that needs to
20  be present?
21      A    Not to my knowledge.  Not the way I interpret
22  it, no.
23      Q    And do you think there's any minimum amount of
24  time that water needs to be flowing in order for
25  something to be a relatively permanent body of water?

1      A      Well, when I gave you my -- my I guess you'd

2    call it a definition or -- I referred to it as seasonal

3    flow driven by rainfall.  So we have a seasonal pattern

4    of rainfall in that area and so I would -- by that

5    definition, we would have flow during the seasonal

6    rainfall period and some -- for some time after that as

7    baseflow continues to contribute to flow in the channel.

8      Q      So water does not need to be permanently

9    present in the East-West Ditch for you to consider it a

10   relatively permanent body of water; is that right?

11     A      I'm sorry.  I missed the first part of your

12   question.

13     Q      Water does not need to be permanently present

14   in the East-West Ditch in order for you to determine it

15   to be a relatively permanent body of water; is that

16   right?

17     A      The key word in your statement is "permanent."

18   And, no, it does not need to have permanent water to be

19   a relatively -- a permanent body of water.  Excuse me.

20     Q      Are there times during the typical year that

21   the portion of the East-West Ditch near the Countess Joy

22   property and the defendants' site has no flow?

23     A      I would expect that to be the case,

24   particularly in extended dry periods or low seasonal

25   rainfall or during the dry period.

1      Q    There's times of the year when that East-West

2   Ditch by the defendants' site is bone dry; right?

3              MR. HUGHES:  Objection.

4              THE WITNESS:  I can't say that because I've

5         not seen it bone dry.

6   BY MR. McALILEY:

7      Q    But you would expect it to be dry for some

8   period of the year; right?

9      A    I would expect there -- that during some parts

10  of the year, during again the dry season, particularly

11  if that dry season is more dry than other seasons, that

12  there would not be surface water in the creek.  But

13  chances are that the groundwater input to that system

14  continues and so you'd have water beneath the surface.

15             So when you say "dry," I would say yes, I

16  would not expect surface water always to be there during

17  the dry season, but the channel bottom of the creek

18  itself, creek bed, could have water and still support

19  some vegetation that's rooted there.  So ...

20     Q    Am I right, Dr. Nutter, that you never went

21  out and measured the rate of flow in the East-West

22  Ditch?

23     A    No, I did not.

24     Q    And you didn't measure -- you actually never

25  attempted to measure flow at all in any of the ditches

1    near the defendants' site; right?

2              MR. HUGHES:   Objection.

3              THE WITNESS:   I couldn't say that we didn't

4         intend to.  We had put in place gages, staff

5         gages -- well, excuse me.  Not staff gages but

6         water level sensors.  And by looking at the

7         hydrograph with its fluctuations, we can identify

8         that there is flow.  But the quantity of flow we

9         did not intend to measure.

10   BY MR. McALILEY:

11        Q    Do you measure the elevation -- or let me

12   rephrase this.  You measured the depth of water at those

13   monitoring wells and gages; right?

14        A    They weren't -- well, they weren't wells.

15   They were -- but they were inside PVC pipe, but just to

16   protect the sensor.  But when we put them in, we

17   measured the depth of water as a basis for establishing

18   the base level at that period of time to what our sensor

19   was reading.  And then from that point on, we were just

20   measuring the sensor.  Every time we would -- the

21   different times we were there, we would measure what

22   the -- or we would read what the sensor was reading, and

23   we confirmed that depth of water or what the water level

24   was by measuring it from a -- from the same point as

25   when we put it in.

Page 52

1      Q    Okay.  So those surface water gages measured
2  the depth of the water.  That's what they did; right?
3      A    Yes.
4      Q    But you put no flow meters into any of the
5  ditches; right?
6      A    No.
7      Q    So you don't -- you can't -- you can't tell me
8  which way the water's moving based upon the gages you
9  put in; right?
10      A    So your question is I could not measure which
11  direction the water was flowing?
12      Q    Based on the gages.
13      A    No.  Except that we observed flow every time
14  we went there in -- the four times.  For instance, in
15  Bessey Creek and the North-South Ditch the four times
16  that I was there, I saw flow going in the direction of
17  downgradient.
18      Q    Did you ever see flow going upgradient?
19      A    Not at that location, those locations, no, I
20  did not.
21      Q    So, for instance, you never saw flow going
22  from the ditches into a wetland next to it; right?
23      A    I never saw that, but the evidence of some of
24  the hydrologic data from the HWTT shows high peak flows
25  at times, which means that the Bessey Creek would be in

Page 53

 1    flood stage, and you could have flow back into wetlands
 2    when that occurs.
 3         Q    So it's possible that that could happen in a
 4    high flow stage; is that what you're saying?
 5         A    Yes.
 6         Q    But you never actually saw that happen, did
 7    you?
 8         A    No.  I was not there during a heavy rainfall.
 9    It was -- we observed those rainfall events by looking
10    at the actual hydrograph of our gages.
11         Q    Let's go back to your report here on that
12    highlighted paragraph.  I want to turn to the next
13    sentence, where you say, "The upstream reach of Bessey
14    Creek is a perennially flowing tributary of the tidal
15    reach of Bessey Creek."  Can you tell me what you mean
16    by that?
17         A    Well, it's a perennial stream and it flows to
18    the tidal reach of Bessey Creek.
19         Q    And "perennial" means year round?
20         A    Perennial means in the lower reaches of the
21    upstream reach, as we discussed, at the HWTT, the
22    records there indicate that for several years in which
23    they had records that they published in their permit
24    application there was flow for every day of the year, or
25    in one particular year nearly every day, and another

Page 54

1     very dry year just a few days.

2         Q    So when you say that the upstream reach of

3     Bessey Creek is a perennially flowing tributary, you're

4     referring to that specific area down by the HWTT

5     facility; is that right?

6              MR. HUGHES:  Objection.

7              THE WITNESS:  That's where I have -- excuse

8         me.  That's where I have data to observe, and I

9         know that those -- that flow is not just going to

10        initiate right at that point; it's going to be

11        coming from upstream as well because of the size of

12        the water stream.

13    BY MR. McALILEY:

14        Q    You just agreed with me, though, that

15    two miles upstream by the Countess Joy property and the

16    defendants' site you don't think there's perennial flow

17    or year-round flow in the East-West Ditch; right?

18             MR. HUGHES:  Objection.

19             THE WITNESS:  I don't have direct knowledge

20        that -- I'm talking here in this particular

21        sentence that the stream is classified as a

22        perennial stream, tributary of the tidal reach of

23        Bessey Creek.  I'm not stating there that it's

24        year-round flow at the Countess Joy property.

25        That's just talking about the general watershed

Page 90

1     Q    There was also some areas in the Countess Joy

2  property with mounded soil from old planting rows; is

3  that right?

4     A    Yes.

5     Q    And there was some areas of depressions,

6  depressional areas, in the Countess Joy property; right?

7     A    Yes.

8     Q    Would you agree with me that the depressional

9  areas were largely discontinuous?

10         MR. HUGHES:  Objection.

11         THE WITNESS:  What do you mean by

12    "discontinuous"?

13  BY MR. McALILEY:

14     Q    Well, that's a word that you used in your

15  original report; right?

16     A    Uh-huh.

17         I'm sorry.  Would you say that again?

18     Q    You used the word "discontinuous" in your

19  original report; right?

20     A    I did, yes.

21     Q    Okay.  So -- and you would agree with me that

22  there was -- that the -- that the depressional areas in

23  the Countess Joy property were discontinuous; right?

24     A    Discontinuous landform, yes.

25     Q    And "discontinuous" means, you know, not

Page 91

1    continuous or broken or interrupted or intermittent,
2    something like that; right?
3        A    They're a distinct landform not connected to a
4    similar landform.  They're a unique feature in the
5    landscape, in that in that case they're at a lower
6    elevation, slightly lower elevation.  That's what was I
7    think meant by "discontinuous."
8        Q    The depressional areas aren't all connected in
9    the Countess Joy property; right?
10       A    Not connected as a landform, but they are
11   connected as wetlands, continuous wetlands.
12       Q    Dr. Nutter, there's also berms along the
13   ditches in the Countess Joy property, aren't there?
14       A    Yes.
15       Q    And there are berms along the southern
16   boundary of the East-West Ditch where it goes past the
17   Countess Joy property; right?
18       A    Yes.  All the berms are -- they're not
19   continuous.  They're -- using the word again as
20   "discontinuous."  They're not a continuous berm on both
21   sides.  They are discontinuous.
22       Q    So when you say -- so when we're talking
23   discontinuous berms, it means that there are some places
24   where there's breaks in the berm.  Is that what you're
25   trying to say?

Page 92

1       A     Yes.

2             MR. HUGHES:  Objection.

3    BY MR. McALILEY:

4       Q     And you would agree with me, though, that

5    other than a few breaks, there's -- there is a berm

6    along most of the length of the East-West Ditch as it

7    goes by the Countess Joy property; right?

8             MR. HUGHES:  Objection.

9             THE WITNESS:  There are places where there's a

10            very definite berm.  There's places where the berm

11            has been broken down.  There are places where the

12            berm was -- was by all appearances not there in the

13            first place, because during construction oftentimes

14            the excavated material is piled up in a pile and

15            then moved on to the next pile.

16            So it's not -- it was not a continuous berm,

17            at least what we were able to observe, and

18            particularly in looking at some of the old aerial

19            photographs.

20    BY MR. McALILEY:

21      Q     My question -- my question's actually more

22    specific.  Maybe I wasn't being clear.  Today, or at

23    least, you know, when you went out and you visited the

24    Countess Joy East property in this case, you saw that in

25    most locations along the East-West Ditch there was a

Page 93

```
 1    berm; not in every location, but most of the length of
 2    the East-West Ditch there was a berm in the Countess Joy
 3    property side.  Right?
 4              MR. HUGHES:  Objection.
 5              THE WITNESS:  Again, if you accept "most" as a
 6         general term, I would agree with your statement.
 7    BY MR. McALILEY:
 8         Q    Thank you.
 9              And, Dr. Nutter, you also observed berms along
10    portions of the North-South Ditch in the Countess Joy
11    property; right?
12         A    Along portions, that's correct, yes.
13         Q    And most of the North-South Ditch has a berm
14    next to it; right?  Maybe not all of it, but most of it
15    has a berm next to it?
16              MR. HUGHES:  Objection.
17              THE WITNESS:  Well, I think "most" is a
18         relative term.  But I would agree that there are
19         discontinuous berms along the North-South Ditch on
20         both sides.
21    BY MR. McALILEY:
22         Q    Okay.  Well, I don't want "most" to be a
23    relative term, so let me say what I mean by that.  If I
24    take the whole length of the North-South Ditch -- which
25    I don't know what the length of it is.  2,000 feet,
```

Page 94

1   1600 feet from the defendants' property value --

2   property boundary up to the East-West Ditch?

3          A    Yes.

4          Q    If 1600 feet, more than -- more than 800 feet

5   of the North-South Ditch lengthwise has a berm next to

6   it; right?

7          A    Of the approximately 1700 feet, you're saying

8   at least 800 feet has berm beside it?

9          Q    Yeah.

10          A    I would -- in a general sense, I would agree

11   with that.

12          Q    And it could be more than a thousand feet in

13   linear length of the North-South Ditch has a berm next

14   to it; right?

15              MR. HUGHES:  Objection.

16              THE WITNESS:  That could be, but not

17       necessarily on both sides.  But that could be true,

18       yes.

19   BY MR. McALILEY:

20          Q    Did --

21          A    But I don't know.  I don't have any survey

22   to -- to say that, but in a general sense I would agree

23   with your statement.

24          Q    You-all never -- when I say "you-all," the DOJ

25   expert team -- never went out to survey where the berms

Page 95

1    were located along the North-South Ditch; right?

2        A    No.

3        Q    And you also didn't go out to try to survey

4    and identify the location of berms along the East-West

5    Ditch; right?

6        A    No.  We were -- in both cases we were

7    primarily looking for connections to wetlands, where

8    wetlands were touching or abutting those -- those

9    features, the North-South Ditch or Bessey Creek.

10       Q    You would agree with me that berms along these

11   ditches can function as physical barriers to surface

12   flow; right?

13       A    Yes.

14       Q    So the DOJ expert team never went out to

15   identify where those physical barriers to surface flow

16   were located; correct?

17           MR. HUGHES:  Objection.

18           THE WITNESS:  We did the opposite.  We were

19       looking for places where there was connections,

20       where the berms were not continuous, looking for --

21       identifying connections in those -- in those

22       ditches adjacent -- excuse me -- abutting wetlands.

23   BY MR. McALILEY:

24       Q    All right.  So, Dr. Nutter, let's go back to

25   your supplemental report here.  Let's go to the next

Page 96

1   paragraph.  I think we're on Page 4 here.  So this is
2   Paragraph 3.  And I just highlighted so we can see it,
3   and I'll read it.
4          Quote, "Local climate during the study was
5   evaluated using the U.S. Army Corps of Engineers
6   Antecedent Precipitation Tool," or APT.  "The APT
7   indicated the precipitation regime during the study
8   period varied from above normal for the August 2021
9   field visit, below normal for September and October, and
10  normal for December 2021.  The APT graph of
11  precipitation during the field visits and analysis of
12  normal conditions is shown at Exhibit 5," end quote.
13         Did I read that right?
14  A    Yes.
15  Q    Okay.  So can you just describe for me what is
16  the APT?
17  A    It's a tool that was developed by the Corps of
18  Engineers with -- and EPA, under the Corps; it's been
19  published by the Corps -- for evaluating regional
20  rainfall or take rainfall, measured rainfall, within
21  close proximity to the site and then comparing that with
22  normal rainfall.  And normal rainfall is that rainfall
23  that occurs -- average rainfall over a 30-year period,
24  updated every ten years.  So it's a running mean
25  referred to as normal rainfall.

```
 1           And those are published data available on the
 2   web and -- today on the web.  They used to be published.
 3       Q    So am I right, Dr. Nutter, that you relied on
 4   the APT to determine whether the area was wet or dry at
 5   the time of your visits?
 6           MR. HUGHES:  Objection.
 7           THE WITNESS:  We used that to tell us the
 8       comparison of the actual rainfall within the area
 9       to that of the normal rainfall expected over --
10       historical normal rainfall.
11   BY MR. McALILEY:
12       Q    When you say -- your judgment about the
13   hydrological conditions in the Countess Joy property is
14   based in part on your use of the APT; right?
15       A    We used that in terms of evaluating the data
16   that we were collecting.  The important -- the real data
17   that we were collecting was primary, and we were using
18   the APT to indicate whether we were looking at unusual
19   circumstances or -- and also to interpret the data when
20   we were not there.
21       Q    All right.  So when you say on Page 4,
22   Paragraph 3, of your supplemental report, in the second
23   sentence, "The APT indicated the precipitation regime
24   during the study period varied from above normal," and
25   then you referenced below normal and then normal, your
```

Page 98

```
 1   judgment about whether the rainfall was normal was based
 2   upon your use of the APT; right?
 3        A    Yes.
 4        Q    By the way, is there any regulation that
 5   recommends the use of this tool?
 6        A    I don't -- not a regulation, no.  It's a tool
 7   that is recommended to be used in evaluating wetlands,
 8   but to my knowledge, it's not a regulation.  It's a tool
 9   which the hydrologist or wetland scientist would use,
10   just one of many tools.
11        Q    Okay.  So that sentence that you have here
12   that says -- and let's just break it down.  That second
13   sentence says the APT indicates a precipitation regime
14   was normal for December of 2021.  Do you see where it
15   says that?
16        A    Yes.
17        Q    So what do you mean by "normal," again?
18        A    The normal is the -- is published by the
19   weather service, to my knowledge.  Usually the
20   climatological office in each state will compile those.
21   And it's the 30-year average rainfall, updated at the
22   beginning of each decade.  So it's 30 years, so in --
23   when you reach the next decade, the first ten years are
24   dropped and then the preceding ten years are added in,
25   so you have this running average of 30 years called
```

Page 127

1        Q     Okay.  So help me understand this.

2              So if I look at -- I'm just looking at the

3    graph for Ref Staff Gage 1 in feet, and I just want to

4    make sure I understand what I'm seeing here.

5              So, again, the horizontal access is time.

6    It's the dates at which you're collecting data; right?

7        A     Yes.

8        Q     And the left-hand axis, vertical axis, it says

9    "Sensor depth in feet."  Do you see that?

10       A     Yes.

11       Q     What is shown by that axis?

12       A     That is the height of water above the sensor.

13   In this particular place, this references in the

14   North-South Ditch just downstream -- just north of the

15   Sharfi site boundary.

16       Q     Where is the -- where is the sensor relative

17   to the bottom of the ditch?

18       A     It's not in the bottom of the ditch.  I would

19   have to go back and look as best we could determine the

20   depth of the sensor above the bottom of the ditch.  But

21   it was placed beyond the bank into the -- into the

22   ditch, but because of the limitations we had on the

23   various things we had, it is not on the bottom; it's on

24   the side of the bank, into the ditch.

25       Q     But at the location -- and when you put this

Page 128

1    gage in, you said earlier you installed it with a PVC

2    pipe --

3         A    Yes.

4         Q    -- is that right?

5              So at the location of the PVC pipe, is the

6    sensor down at where the PVC pipe hits the soil at the

7    bottom of the ditch?

8         A    Just above that, yes.

9         Q    "Just above" meaning what?  Within a few

10   millimeters?

11        A    I'm sorry.  Say that again?

12        Q    When you say "just above," are we talking a

13   few millimeters?  Is it very close?

14        A    Well, the -- the PVC pipe has a point on the

15   bottom of it, and that's to protect the sensor from soil

16   and so forth.  So there's a -- there's holes in that,

17   and the pipe has also slots in it.  It's a screened

18   pipe.  And so there's also then a sock of fiber, fabric,

19   around that, so -- to keep out, again, soil.

20             So I would say that, generally speaking, the

21   sensor is maybe a tenth of a foot or so above the bottom

22   of the -- it's inside the point that's on the bottom of

23   the pipe but above the -- about a tenth or a foot or so

24   above the bottom of the point.

25             I hope that made sense.

Page 129

1      Q    Yeah.  No.  Let me just see whether I
2    understand it.

3            So basically the sensor is located around a
4    tenth of a foot from the -- from the bottom of the ditch
5    wherever that pipe was placed?

6      A    No.

7      Q    Is that --

8      A    No, not from the bottom of the ditch.  From --
9    from where we located the pipe.  The bottom of the ditch
10   was deeper.  We couldn't get into, with the equipment we
11   had -- we didn't know what we were getting into because
12   we had no prior knowledge of the site, and the equipment
13   we had -- and so we were -- we reached in as far as we
14   could, waded in along the side of the bank and reached
15   in as far as we could, and then we measured what the
16   depth of the water was at the thalweg, the deepest part
17   of the ditch.  But the zero point here is the location
18   of the sensor, not the bottom of the ditch.

19     Q    But the zero represents the location where at
20   least the pipe is touching the soil at the bottom,
21   wherever the PVC pipe is stuck in; right?

22            MR. HUGHES:  Objection.

23            THE WITNESS:  On the bank, yes.

24   BY MR. McALILEY:

25     Q    On the bank.  But this is -- you're -- this is

1    not on the bank; this is actually in the ditch.  Maybe

2    it's not in the center of the ditch, but it's actually

3    in the water of the ditch is where you put this PVC

4    pipe; right?

5         A    Yes.  It's from the top of the bank into

6    the -- into the ditch at a point several feet from

7    the -- from the top of the bank, but not in the bottom

8    of the ditch.

9         Q    So am I right, then, the blue line on this

10   graph represents the water depth at the specific

11   location of where the pipe is, the PVC pipe was

12   installed?

13        A    Yes.

14             MR. HUGHES:  Objection.

15   BY MR. McALILEY:

16        Q    So when it has sensor depth in feet and I get

17   down to zero, zero is approximately the -- where you

18   reach the soil at the bottom of the ditch, just at the

19   specific place where the pipe is.  It's not necessarily

20   the deepest location of the ditch; it's just where the

21   pipe is located.  Right?

22        A    You just said "bottom of the ditch" in leading

23   up to that.  It's not at the bottom of the ditch; it's

24   on the side wall of the ditch.

25        Q    Right.  But it's -- but the zero represents

Page 131

1   where the pipe reaches the dirt at --

2        A     Essentially --

3        Q     -- the location of the pipe?

4        A     Essentially that's correct, yes.

5        Q     Okay.  All right.

6              All right.  So if I look, then, at this

7   figure, this is for -- this is the figure for Ref Staff

8   Gage 1.  And you said a moment ago that this was

9   installed in the North-South Ditch just north of the

10  defendants' property?

11       A     Yes.  It's located -- when we were there,

12  there had been some excavation of the ditch just north

13  of the Sharfi property line, so we went just a few feet,

14  five feet or ten feet, north of that excavation to place

15  this gage.

16       Q     The ground elevation at the bottom of the

17  ditch at this location is a little lower than the ground

18  elevation of the ditch further to the north; isn't that

19  right?

20             MR. HUGHES:  Objection.

21             THE WITNESS:  I'm not sure I fully understood

22       what you were saying.

23  BY MR. McALILEY:

24       Q     Well, okay.  I'm trying to get at what I'll

25  say is the bathymetry of the ditch.

Page 132

1      A    Yes.

2      Q    There's some places where the absolute

3  elevation of the soils at the bottom are higher and

4  there's some parts where the elevation is lower.  One

5  way to think about it is the ditch is deeper in some

6  spots and shallower in some spots.

7           Let me rephrase it.

8           This is -- this location of the ditch is

9  somewhat deeper than areas in the North-South Ditch

10 further to the north as you go towards the East-West

11 Ditch; right?

12           MR. HUGHES:  Objection.

13           THE WITNESS:  I have no data to substantiate

14      that.  I know that the -- from our observation,

15      where the ditch had been excavated, just north of

16      the Sharfi property, that was deeper than where we

17      placed our sensor.  Whether that elevation is

18      higher or lower than further north, I don't have

19      data to respond to that.

20 BY MR. McALILEY:

21      Q    So if I look at this graph for Ref Staff

22 Gage 1, it typically shows the water is I'm going to say

23 approximately one foot deep at the location of the gage;

24 right?

25      A    Yes.

```
                                                   Page 133

 1            MR. HUGHES:  Objection.

 2    BY MR. McALILEY:

 3        Q    For the period of record.

 4        A    Yes.

 5        Q    All right.  But if you go further north in the

 6    North-South Ditch, you would agree with me that the

 7    water in some places further north was just a couple of

 8    inches deep; right?

 9        A    At times that's true.  But also the channel's

10    much wider and has less distinct banks.  The banks there

11    are very distinct because of the excavation, and it had

12    been -- there was evidence it had been excavated some

13    time -- some couple years maybe or so prior to the more

14    recent excavation that was evident when we were there.

15    So it's a different straight channel at that location

16    than further north.

17        Q    Okay.  But I'm only asking about water depth.

18    The water was deeper at this location than some

19    locations further north in the North-South Ditch, at

20    least that you observed when you went to the site?

21        A    Yes, that would be true.

22        Q    Okay.  All right.  Let's go down to the next

23    graph here.  So this is -- on the same figure, this is

24    the graph for Ref Staff Gage Bessey UP in feet.  Do you

25    see that?
```

Page 138

```
 1            THE WITNESS:  I didn't understand what you
 2        said.
 3            MR. HUGHES:  I'm just checking to see if you
 4        were finished with your answer before Mr. McAliley
 5        asks the next one.
 6            THE WITNESS:  Yes, I was finished.
 7            MR. HUGHES:  Okay.
 8   BY MR. McALILEY:
 9        Q    So am I right, though, that when I look at
10   this graph for Ref Staff Gage Bessey UP, if it's showing
11   the water going down to zero a few times in the end of
12   your period of record, but you're saying that there
13   still was a little bit of water in the middle of the
14   ditch you saw flowing --
15        A    Yes.
16        Q    -- am I right in understanding that
17   essentially the flow of water in the ditch had shrank,
18   it got much narrower and it got much shallower, from
19   where it was at other points when this graph is showing
20   higher water levels?
21            MR. HUGHES:  Objection.
22            THE WITNESS:  That would be correct, that the
23        ditch -- the channel is somewhat truncated V-shaped
24        in places, and so the water would be -- the width
25        of the water in the channel would be narrower at
```

Page 139

1          those times.
2               And then in December when I was there to take
3          out the structure, then the water was concentrated
4          in the center of the channel, several feet wide,
5          but there was still observation of flow.
6               In the period from October to the rain event
7          on November 21st, you can see that the squiggly
8          lines there indicate that the water was bouncing
9          around right at the level of the sensor.
10    BY MR. McALILEY:
11         Q     It was bouncing around right at the bottom of
12    the ditch at the location of the sensor; right?
13         A     The location of the sensor, yes.
14         Q     Okay.  Let's go to the next graph here.  This
15    is Ref Staff Gage Bessey in feet.  Do you see that on
16    the screen?
17         A     Yes.
18         Q     So this is another sensor you put into the
19    East-West Ditch.  This one was just a little further to
20    the east; is that right?
21         A     Yes.
22         Q     And am I right that this graph also shows the
23    water level dropping to almost ground level, or at least
24    to the bottom of the ditch at that location, starting in
25    late October and through much of November, and then you

```
 1   have a spike after a rainfall event, and then it goes

 2   down to the zero line in looks like the very end of

 3   November and into December?

 4        A    Yes.

 5             MR. HUGHES:  Objection.

 6             THE WITNESS:  It essentially mimics the Gage

 7        UP, the Bessey Gage UP.

 8   BY MR. McALILEY:

 9        Q    Okay.  And so at least at the location of the

10   gage, the water dried up in the ditch, at the location

11   of the gage?

12             MR. HUGHES:  Objection.

13             THE WITNESS:  Not during the period of October

14        of 31st to November 21st.  There was still -- the

15        sensor was still responding to water levels

16        fluctuating.  And after November 28th until the

17        time I took it out, it appears that the -- probably

18        the water was below the sensor.

19   BY MR. McALILEY:

20        Q    Right.  So at least in that ending period it

21   looks like in December of 2021, the water level dropped

22   to the bottom of the ditch at that location where the

23   sensor was; right?

24        A    It dropped below the sensor, yes.

25        Q    And you did not actually go out and measure
```

Page 141

1  how deep the water was at the center of the ditch during
2  that time period; right?
3        A    Well, when I took out the gage in the middle
4  of December, I made an observation when I walked out to
5  the center of the ditch where water was present, and
6  there was very, very slow indications of flow, there
7  were small amounts of small leaves or twigs or
8  something, and that there was a very, very small amount
9  of flow, but there was still flow in that narrow
10  portion.  I would -- the water was several feet wide,
11  and I don't recall the actual depth, but it was flowing.
12        Q    It could have just been a couple of inches;
13  right?
14            MR. HUGHES:  Objection.
15            THE WITNESS:  I think -- I don't know.  But it
16        was deep enough that it was flowing.
17  BY MR. McALILEY:
18        Q    Okay.
19            Okay.  Let me -- let me exit out of this
20  figure.  Let's go back to your supplemental report.
21            So I'm now back to Deposition Exhibit 261,
22  your supplemental report, and I'm on Page 4, and I want
23  to go to Paragraph 6.
24            And there you say, quote, "Walkovers noted" --
25  I'll highlight it so you can see it -- "where water flow

Page 142

1   pathways were present based on observed water flow

2   patterns exhibited by actual surface water flow,

3   microtopographic surfaces, vegetation bent in direction

4   of surface flow, ponded water connections, and other

5   indicators."

6           Did I read that right?

7       A   Yes.

8       Q   Did you or any other member of the DOJ expert

9   team map all of the microtopography in the Countess Joy

10  property?

11      A   No.

12      Q   Is there any figure that you developed that

13  shows the variations in ground elevation across the

14  Countess Joy property?

15      A   Would you repeat that?

16      Q   Is there any figure that you have developed or

17  any exhibit that you've developed that shows the

18  variations in ground elevation across the Countess Joy

19  property?

20      A   No figures developed for that specific

21  purpose.

22      Q   Okay.  Thank you.

23          And let's go to the next paragraph here,

24  Paragraph 7, on Page 4 of your report.  I'll read it

25  aloud.

Page 143

1          Quote, "Collective team expertise in wetland

2     determination using applicable national and regional

3     manuals and databases was applied to identify wetlands,"

4     end quote.

5          Do you see that?

6     A    Yes.

7     Q    So are you personally going to testify as to

8     whether any specific location meets all three criteria

9     that you need for something to be a wetland?

10    A    Well, I was -- as a member of the team, we --

11    we all shared our information.  But I'm going to -- I

12    would testify only to the hydrology.

13    Q    Okay.

14         Okay.  So if you're not going to testify as to

15    whether something met the definition of a wetland under

16    all three criteria, I'm going to move on.  I think

17    that's Mr. Wylie who's going to do that.  So I think

18    you've been clear that you're testifying on the

19    hydrology piece but not on the other pieces.

20    A    Yes.

21         MR. HUGHES:  Objection.

22    BY MR. McALILEY:

23    Q    Okay.  Let's --

24    A    But I will say that as a team we all agreed

25    that we have the information that it met the three

Page 144

1    criteria, vegetation, hydrology and soil.  So -- but I'm

2    going to testify only with respect to the hydrology as I

3    input to the other team members.

4         Q    Sir, did the DOJ expert team follow the

5    procedures set forth in the 1987 wetland manual and 2010

6    supplement in its work in the Countess Joy property?

7         A    Yes.  To my knowledge, that's correct.

8         Q    The 1987 wetland manual establishes different

9    methods that one can use to make a wetland

10   determination; right?

11        A    Yes.

12        Q    And on the defendants' site the DOJ team used

13   the method for atypical situations; correct?

14        A    For the Sharfi site, yes.

15        Q    So for the Countess Joy property, what wetland

16   determination method did the DOJ team apply?

17        A    The --

18             MR. HUGHES:  Objection.

19             THE WITNESS:  The standard methodology.  The

20        atypical method was applied to the Sharfi site

21        because of the disturbances, and the grazing and

22        long-time disturbances on the Countess Joy property

23        did not disqualify it from using the standard

24        methodology.

25   BY MR. McALILEY:

Page 164

1      A     Well, it shows where we observed physical

2    surface flow at -- into 84th Avenue Ditch and Bessey

3    Creek.

4      Q     When you say "surface connection," you mean

5    surface water connection?

6            MR. HUGHES:  Objection.

7            THE WITNESS:  Surface water flow, yes.

8            And there would be confirmed wetlands at those

9        locations as well, not just surface flow.  The

10       wetlands were touching the RPWs, the relatively

11       permanent waters, in those locations as well as

12       flow, surface flow, at the time we observed it.

13   BY MR. McALILEY:

14     Q     So when I look at this exhibit, Exhibit 7, if

15   I go to the upper left-hand corner, there's a gold star

16   at the intersection of the 84th Avenue Roadside Ditch

17   and the East-West Ditch.  Do you see that?

18     A     Yes.

19     Q     And you have not shaded the area around that

20   star as blue, as being a wetland, have you?

21     A     No.  The purpose of that star is to show where

22   the 84th Avenue Roadside Ditch, which is an RPW,

23   connects with Bessey Creek.

24     Q     All right.  So the gold star just means that

25   there's some kind of surface water connection; it

Page 165

```
 1   doesn't necessarily have to be a surface water
 2   connection between a wetland and a ditch?
 3        A    Well --
 4             MR. HUGHES:  Objection.
 5             THE WITNESS:  -- in the legend there in the
 6        lower left-hand corner, it says "Direct Surface
 7        Connection," yes.
 8   BY MR. McALILEY:
 9        Q    And in the legend you also -- on the lower
10   right-hand corner, there's a -- there's an arrow, and I
11   think it's pink, for -- I'm sorry, it's a broken line
12   that says "Primary Surface Flow Pathway."
13        A    Yes.
14        Q    Do you see that?
15        A    Yes.
16        Q    Do you believe the primary surface flow
17   pathway that you identified in your original report is a
18   relatively permanent water?
19        A    No.
20        Q    And I also see in this Exhibit 7 there's a --
21   in the lower right-hand corner there's what looks like a
22   broken white line for "Secondary Surface Flow Pathway."
23   Do you see that?
24        A    Yes.
25        Q    Do you believe the secondary surface flow
```

Page 166

1    pathway is a relatively permanent water?

2        A    No.  It is not.

3        Q    When I look at this figure and I see that blue

4    shading across it that -- the approximate location of

5    the contiguous wetlands, that doesn't mean that there is

6    an unbroken expanse of surface water that covers that

7    entire area, does it?

8        A    Would you repeat your question, or your

9    statement?

10       Q    All right.  That -- you know, the shading --

11   the shading you have for the contiguous wetland is in

12   blue; right?

13       A    Yes.

14       Q    Sometimes blue on maps, you know, means, you

15   know, water.  So -- and so as I'm looking at that, that

16   area of blue shading does not mean that that area is

17   covered with surface water across that whole area, does

18   it?

19       A    No, it does not.

20       Q    That simply means that you think that there

21   are -- that that area is all wetlands?

22       A    Yes.

23       Q    And much of that area you think is a wetland

24   based upon saturated soils where the water is below the

25   groundwater table; right?

Page 167

```
 1              MR. HUGHES:  Objection.

 2              THE WITNESS:  Or at the surface.

 3   BY MR. McALILEY:

 4        Q    Right.  But there's some --

 5        A    Or --

 6        Q    Okay.

 7        A    Or at the surface various times of the year.

 8        Q    Dr. Nutter, if I look at that blue shaded line

 9   where it crosses the North-South Ditch, you would agree

10   with me that there are berms along the North-South Ditch

11   within that blue shaded area?

12        A    Yes.

13        Q    All right.  And that those berms are sometimes

14   a few feet higher than the water level in the ditch;

15   right?

16        A    Yes.

17              MR. HUGHES:  Objection.

18   BY MR. McALILEY:

19        Q    And those berms would serve as physical

20   barriers to surface flow, wouldn't they?

21        A    Yeah.  Where they occur, and if the

22   configuration is right, yes, they would be that.

23   Uh-huh.

24        Q    So this figure doesn't show where all -- where

25   the berms are located, does it?
```

Page 168

1      A    No.

2      Q    Did you ever see surface water extending in an

3  unbroken expanse all the way from the East-West Ditch up

4  to the defendants' property?

5           MR. HUGHES:  Objection.

6           THE WITNESS:  See it where?

7  BY MR. McALILEY:

8      Q    Going from the East-West Ditch up to the edge

9  of the defendants' property.

10           MR. HUGHES:  Objection.

11           THE WITNESS:  Did I see surface flow

12      continuous all the way up to the --

13  BY MR. McALILEY:

14      Q    Let me rephrase.

15           Did you ever see -- I'm not talking about

16  flow.  I'm just talking about surface water.  Did you

17  ever see an uninterrupted expanse of surface water going

18  from the East-West Ditch across that area of wetlands

19  that you've marked here in Exhibit 7, going all the way

20  up to the defendants' property line?

21           MR. HUGHES:  Objection.

22           THE WITNESS:  No.

23  BY MR. McALILEY:

24      Q    Did you ever -- okay.

25           So surface water -- well, let me just -- by

Page 169

1   the way, did you ever see water, surface water,

2   extending all the way from the North-South Ditch into --

3   across wetlands in the Countess Joy property going up to

4   the edge of the defendants' property?

5           And what I mean by surface water extending all

6   the way up, I mean like an uninterrupted expanse of

7   surface water.

8           MR. HUGHES:  Objection.

9           THE WITNESS:  From the point where the primary

10          surface flow pathway takes off to the west, from

11          that point north to the -- adjacent to the site, I

12          saw continuous water.

13  BY MR. McALILEY:

14      Q    You say from that point north or that point

15  south?

16      A    I'm sorry.  South.  South.

17      Q    Okay.  So you're saying from that point -- and

18  when did you see -- you said you saw continuous water.

19  When was that?

20      A    In both August and September.  I saw water in

21  the ditch, North-South Ditch, in September -- excuse

22  me -- in October, but I did not walk it to verify that

23  it was continuous.  But there were certainly ponds of

24  water in the North-South Ditch in October.

25      Q    Okay.  So here's what I'm trying to get at,

Page 201

 1   Wetlands."

 2        Q    Okay.  All right.

 3             Okay.  You know what?  Let me -- I think I've

 4   asked some of these questions before about the images,

 5   so let me just try to go back to the text here.

 6             Okay.  So, again -- well, I shouldn't -- I

 7   took out the highlighting too fast.

 8             All right.  There we are.

 9             Okay.  So the wetlands -- again, I'm just

10   going to focus on this -- "is connected to and

11   physically abuts or touches the North-South Ditch."

12   Is -- when you say "connected to," do you mean the same

13   thing as physically abuts or touches?

14        A    Yes.

15        Q    And when you say -- and you say that they --

16   "connected to and physically abuts or touches the

17   North-South Ditch, the 84th Avenue Roadside Ditch and

18   the upstream reach of Bessey Creek, each a relatively

19   permanent water."  Let me focus on each of those waters.

20             I think I've already asked you the basis for

21   why you think the East-West Ditch is a relatively

22   permanent water.  Right?

23        A    Yes.

24        Q    And I think I've already --

25        A    You did ask me that, I believe, yes.

Page 202

1      Q    Okay.  And I think I've already asked you that

2   about the 84th Avenue Roadside Ditch.  Right?

3      A    Yes.

4      Q    Okay.  Let me just ask the same question about

5   the North-South Ditch.  Tell me why you think the

6   North-South Ditch is a relatively permanent water.

7      A    Our observations and the team observations

8   were that it had water for sufficiently long periods of

9   time to qualify as an RPW.  So it had relatively

10   permanent water that was -- that was the response of

11   precipitation and it had subsurface flow from the

12   wetlands when the water surface dropped below the

13   surface, the water -- excuse me -- the surface water

14   diminished and the soil was saturated to or near the

15   surface and would drain to the ditch.

16      Q    What is --

17      A    And that was -- excuse me.  That was

18   illustrated by the wells, when we could see the wells

19   that were located near the North-South Ditch or Bessey

20   Creek.  When the water dropped below the surface, the

21   water continued to drain.  And that was in part due to

22   the evapotranspiration but also then water moving

23   subsurface along a gradient to the discharge point to

24   being a ditch or a lower part of the landscape.

25      Q    What is a sufficient amount of time for the

```
 1   ditch to have water in it for it to be a relatively
 2   permanent water?
 3        A    Well, it would be -- in my mind, it would be
 4   where there's seasonal flow that's -- or presence of
 5   water that's driven by rainfall and then maintained for
 6   a period of time by the baseflow or groundwater
 7   discharge.
 8        Q    Seasonal flow means it would flow during one
 9   of the seasons of the year; right?
10        A    It would flow --
11             MR. HUGHES:  Objection.
12             THE WITNESS:  I'm sorry.
13   BY MR. McALILEY:
14        Q    It would flow during one of the seasons of the
15   year?
16        A    During the wet season, yes.
17        Q    Okay.  So you would agree that the North-South
18   Ditch may not flow during the dry season; right?
19        A    I would agree to that, yes.
20        Q    And in fact, would you agree with me that
21   there are typically more months out of the year when the
22   North-South Ditch does not flow than there are months
23   when it does flow?
24        A    Yes, but there's -- I'm not putting a time
25   frame on that, just that there are months that it flows
```

1  and months that it doesn't flow.  I would agree with

2  that statement.

3      Q    And you don't know how many months out of the

4  year the North-South Ditch flows; right?

5      A    I don't have knowledge because I wasn't there.

6  But I'm looking at the hydrologic signatures and the

7  size of the watershed rainfall patterns to make that

8  conclusion.

9      Q    And you visited the North-South Ditch four

10  times; right?

11      A    That was not my only intention.  I was on the

12  site and had observations of the North-South Ditch

13  sometimes more often, more frequent than others, but I

14  did see it on four different occasions.

15      Q    Right.  And those occasions were August,

16  September, October and December of 2021; right?

17      A    Yes.

18      Q    On how many of those visits did you see water

19  flowing in the North-South Ditch up to the East-West

20  Ditch?

21      A    To the East-West Ditch, did you say?

22      Q    (Nodding head.)

23      A    I did not personally observe that discharge.

24  I was -- particularly in August and in September, I was

25  involved in doing other things and then -- other work on

1   the sites and drew that conclusion from others who were

2   on the site.  I don't recall making direct observation

3   of flow from the North-South Ditch into Bessey Creek,

4   but others did, and they -- you know, that was

5   discussed.

6        Q    Well, but you're the hydrologist of the team;

7   right?

8        A    Yes.

9        Q    You're the one who's supposed to be figuring

10  out where all the water is going; right?

11            MR. HUGHES:  Objection.

12            THE WITNESS:  Yes, it is.  But it's also a

13        very big site, and I was still -- we had a very

14        short period of time the first time we were there,

15        and my objective was to get the wells in place and

16        the staff gages in place on the reference area and

17        to figure out just exactly how the site was acting

18        hydrologically.  The North-South Ditch was just a

19        portion of that.

20            It was apparent to me that the North-South

21        Ditch was not -- did not have high flow and there

22        was -- a lot of the water was being diverted to the

23        west in what I later called the primary flow

24        pathway.  But I did see evidence of flow in the

25        North-South Ditch, being oriented vegetation and

 1          ponded water in the places that I did look, and so

 2          it indicated to me that flow had occurred.  But I

 3          did not see the direct -- I don't recall seeing the

 4          direct observation of flow from the North-South

 5          Ditch into Bessey Creek.  I'm not saying it didn't

 6          occur; I just didn't see it personally.

 7     BY MR. McALILEY:

 8          Q    Did you answer my questions to you on this

 9     topic truthfully in your August -- I'm sorry -- in your

10     April 2022 deposition?

11          A    At the time I was truthful, yes.  I think that

12     I might have misspoken there, but I think that I'm

13     clarifying that point right now.

14          Q    Did somebody -- did a member of your team tell

15     you that you had testified to something that they

16     disagreed with after you took your -- after I took your

17     deposition back in April of 2022?

18               MR. HUGHES:  Objection.  I would instruct you

19          not to answer that.

20               MR. McALILEY:  Hold on.  I didn't say

21          "lawyer."  Let me rephrase this.

22     BY MR. McALILEY:

23          Q    Did Mr. Wylie tell you you testified

24     incorrectly after he saw the transcript of your

25     deposition from April of 2022?  I'm not asking what the

1   lawyers said.

2       A    I don't recall Mr. Wylie telling me that he

3   read my deposition, so I don't -- I didn't have that

4   discussion.

5           To be -- that doesn't mean that we didn't

6   discuss it later, but not in response to my discussion

7   in the deposition, to my recollection.

8       Q    Let me go back to your supplemental report

9   here, Page 7.  There's a section here on the North-South

10  Ditch at the top of the page.  Do you see that

11  paragraph?

12      A    Yes.

13      Q    I want to -- I want to highlight a sentence

14  here in the middle of the paragraph, and I'll read it.

15          Quote, "The ditch structure appears to have

16  been modified by long-term cattle trampling and some

17  mechanical maintenance some years ago, resulting in

18  obstruction to some lower flows which are diverted into

19  the connected wetlands," period, end quote.

20          Did I read that right?

21      A    Yes.

22      Q    Is that a true and correct statement?

23      A    Yes.

24      Q    So when water levels in the ditch are -- in

25  the North-South Ditch are lower, there are obstructions

Page 208

```
 1   in the ditch that prevent surface water from flowing to
 2   the East-West Ditch; right?
 3              MR. HUGHES:  Objection.
 4              THE WITNESS:  Yes.  The way it's -- that's
 5       what I meant to say.
 6   BY MR. McALILEY:
 7       Q    Okay.
 8              Okay.  And then there is -- the next sentence
 9   says "During wetter periods, surface flow from the
10   North-South Ditch and the connected wetlands also
11   discharge directly to the upstream reach of Bessey
12   Creek, as shown in Exhibit 13," end quote.
13              Did I read that right?
14       A    Yes.
15       Q    Okay.  Let's go to Exhibit 13.
16              Do you see Exhibit 13 on the screen?
17       A    Yes.
18       Q    So this is a figure from your original report.
19   It's Figure V.C.2.3.  What is this a picture of?
20       A    This is a picture taken by Mr. Wylie, as I
21   recall, showing the North-South Ditch confluence with
22   Bessey Creek.
23       Q    So the East-West Ditch is the ditch visible on
24   the left side of the image going out into the --
25       A    Yes.
```

Page 224

1          A    Yes.

2               MR. HUGHES:   Form.

3               THE WITNESS:   That is flowing through the

4          grass and into the ditch.

5     BY MR. McALILEY:

6          Q    By the way, am I right in my seeing of the

7     photograph that it looks like there's no ground --

8     there's no water above ground surface on the left side

9     of this photograph?

10         A    On the surface, that's correct.   There's no

11    water just to the left on the surface.

12         Q    Okay.   Let's go down to Exhibit 20.   And this

13    is labeled "Photo 2602 Evidence of surface flow near

14    R Well 4."   Can you see that?

15         A    Yes.

16         Q    Okay.   So tell me what we're looking at here.

17         A    Well, I took this photograph.   I walked

18    further upgradient from Well 4.   And this is evidence of

19    surface flow that had occurred several days or sometime

20    prior to my visit.   The two pieces of wood are pointing

21    out, just for the photographic purposes, where flow had

22    occurred.   And you see the wrack, the small woody debris

23    that's piled up as low-velocity surface water flowed

24    over the area.

25               But at that point in time there was no surface

Page 225

1    flow, but the water table was just below the surface, as

2    exemplified by R Well 4.

3        Q    Okay.  So this -- in this photograph there's

4    no surface water present, but you could see -- the

5    wrack, as you call it, is to you evidence that there had

6    been surface water present at this location.  Am I

7    understanding correctly?

8              MR. HUGHES:  Objection.

9              THE WITNESS:  Yes, most definitely.  Yes.

10   BY MR. McALILEY:

11       Q    Thank you.

12       A    And this was not the only location.  It was

13   quite evident for quite some distance upslope.  I mean,

14   there's not much slope, but I'm upgradient, so I just

15   took the one picture to demonstrate it.

16       Q    Okay.  So let me go back up to the text again.

17             So I'm now on Page 9, the second paragraph.

18   There's this paragraph about bidirectional flow between

19   the wetlands and the ditches.  Do you see where I've

20   highlighted that?

21       A    Yes.

22       Q    So -- and I think I've asked you some of these

23   questions before, but just to confirm, you never saw

24   water flowing from the ditches into the wetlands; right?

25             MR. HUGHES:   Objection.

1            THE WITNESS:  Not when I was there, no, I did
2        not.
3    BY MR. McALILEY:
4        Q    Okay.  And you just believe it could happen if
5    there's a thunderstorm somewhere up a ditch that would
6    raise the water level in the ditch faster than water
7    level in the wetland; right?
8            MR. HUGHES:  Objection.
9            THE WITNESS:  Would you repeat that statement?
10   BY MR. McALILEY:
11       Q    You just believe bidirectional flow could
12   happen if a thunderstorm was in part of the area but not
13   the other; right?
14           MR. HUGHES:  Objection.
15           THE WITNESS:  It could be upstream and create
16       high flows, although it might not have rained at
17       that location but it could have rained upstream and
18       caused a high flow, which could possibly lead to
19       flow back into the wetlands.
20   BY MR. McALILEY:
21       Q    Did you see -- did you ever see any physical
22   evidence of bidirectional flow during your site visits
23   in Countess Joy?
24       A    Well R7 called peaks resulting from rainfall
25   that would have indicated to me that it was flow back

Page 227

1   into the wetland during those discharge periods in the

2   84th Avenue Ditch.   And also when we had -- Bessey Creek

3   itself, when the hydrographs or stage gages showed water

4   peaking, there would have been flow back into -- at low

5   places, back into some of the wetlands.

6           I don't have -- I don't have a map of where

7   those might have occurred, but they're all pretty low

8   elevation, and an increase of half a foot or more of

9   flow could cause flow back into the wetland momentarily.

10      Q    So let's talk about that gage data.

11          So the gages simply show -- the surface gages

12  you're referring to in Bessey Creek and also the

13  R Well 7 water monitoring well, they just measure

14  surface water levels; right?

15      A    The height of surface water above a datum.

16      Q    Right.

17          And that -- and the water level -- and the

18  higher water elevations at those locations correspond

19  with rainfall events; right?

20      A    Yes.  During the period of time we were there,

21  it was a result of rainfall.

22      Q    And your graph shows that; right?  It'll show

23  the water level on the well or the gage and it'll also

24  show where the rainfall is?

25      A    Yes.

Page 228

1      Q    And you can see that when it rains, there's

2  more water, the water gets higher at the well or the

3  gage; right?

4      A    Yes.

5      Q    So you would agree with me the reason the

6  water is going up at the wells or the gages isn't

7  necessarily just from rain falling directly on the gage;

8  it's because the rain is falling around the gage and

9  raising the ambient water level; right?

10          MR. HUGHES:  Objection.

11          THE WITNESS:  Yes.  Yes.  It's not just what's

12      in the stream.  You have discharge from the

13      watershed surrounding areas into the -- into the

14      stream, and that's being measured.  So ...

15  BY MR. McALILEY:

16      Q    So the fact that water level is going up,

17  let's say, in the East-West Ditch because of rain

18  doesn't mean that it's not also at the very same time

19  going up in the -- on the ground on either side of the

20  ditch, does it?

21      A    If the water level rises -- I'm not sure I

22  fully understand what you're saying.  If the water rises

23  in the East-West Ditch or Bessey Creek, then we also

24  would expect, if the rain occurred on the site, not

25  further upstream, but if the rain occurred on the site,

Page 229

1  we would also have increased flow from the wetlands into

2  the Bessey Creek, and that would cause the water level

3  to rise as well.

4          So -- but the -- the -- raising the water

5  level by six inches or a foot could actually impede the

6  water flow coming into the creek, because it's a head.

7  The head is higher than what it is back on the land

8  surface.  So it could impede the flow, and then as the

9  water level drops in the channel, then the water would

10  be released from the wetland.

11         I don't know whether that makes any sense or

12  not, but that's just a hydrologic fact, that water can

13  raise and block water coming in.

14    Q    But here's my point:  Just because the water

15  elevation goes up at a gage on the East-West Ditch after

16  a rainfall event doesn't mean that it's getting higher

17  than the water level in -- on the ground next to it.

18  The water level could be going up on that gage because

19  the water is flowing into the ditch from the nearby

20  areas; right?

21    A    Yes.  Yes.  Yeah.

22    Q    So when you have a peak on the hydrograph,

23  that's not necessarily indicating what you're calling

24  bidirectional flow here where water is flowing from the

25  ditch into the wetlands; right?

Page 230

1     A    No, that wasn't what it was meant to be, or I
2     didn't mean that by that statement.
3          Q    Okay.  I understand, then.  Okay.
4               All right.  Let's -- let's go to your
5     conclusions on Page 9.
6          A    Okay.
7          Q    Conclusion No. 1:  "Before defendants' impacts
8     on the site, wetlands on the site were part of a large
9     wetland connected and discharging to the upstream reach
10    of Bessey Creek."
11              Did I read that right?
12         A    Yes.
13         Q    Once again, I'm just confirming.  You're going
14    to be testifying strictly on matters of hydrology.
15    You're not going to be offering opinions as to the
16    identification of all three characteristics of wetlands
17    on the site or Countess Joy; right?
18              MR. HUGHES:  Objection.
19              THE WITNESS:  No.  Just hydrology.
20    BY MR. McALILEY:
21         Q    Thank you.
22              All right.  Let's go to the last conclusion,
23    Paragraph 5, which I just highlighted.
24         A    Before you go to that, just to clarify on
25    No. 1, when you asked me if I would be testifying on

Page 233

1      A    That's correct.  I do not.

2      Q    What you -- what you are saying, though, is

3  you believe that the wetland comes down and is

4  contiguous to the ditch; right?

5      A    Yes.  Yes.

6      Q    Okay.  So "continuous surface connection" as

7  you're using it here means that there is a --

8  essentially the wetland touches the ditch; right?

9      A    Yes.

10          MR. HUGHES:  Objection.

11          THE WITNESS:  As part of the continuous land.

12  BY MR. McALILEY:

13      Q    So you're not saying that there is a sheet of

14  surface water that is always present between the ditch

15  and covering all of these wetlands that you've

16  identified in the Countess Joy site and on the

17  defendants' property; right?

18      A    That's correct.  If I understood, I'm not

19  saying there's a continuous sheet of flow, but there can

20  be at times a water flow on the surface, but it's -- I'm

21  not saying that it's continuous and occurs all the time.

22      Q    Right.

23          So here's the thing about the word

24  "continuous"; right?  There's different aspects to it.

25      A    Yes.

1      Q    So one is like if something's physically

2   continuous, like it's not physically interrupted, and

3   then there's also continuous in terms of time, something

4   is continuous over a period of time and it's not

5   interrupted.

6      A    Right.

7      Q    So you're not saying that it's -- that there's

8   an uninterrupted body of surface water that covers all

9   these wetlands and also the ditch, uninterrupted in the

10  sense of time; right?

11     A    That's correct.  Only in physical -- the

12  physical sense.

13     Q    And in the physical sense, when you're saying

14  there's -- there may be physically a body of surface

15  water that goes from the ditch under the wetlands,

16  that's not even necessarily covering the whole area;

17  that's just some of the area.  Right?

18          MR. HUGHES:  Objection.

19          THE WITNESS:  It can be -- that surface water

20       will be an expression of where the water table is.

21       If you have microtopographic features, the water

22       may be sort of, if you will, ponded as sheet flow,

23       seeps into the ground, becomes part of the water

24       table.  So it's all part of the wetland hydrology,

25       water near the surface or above the surface, but it

Page 235

1      doesn't have to be a continuous sheet of flow -- or
2      continuous sheet of water.
3  BY MR. McALILEY:
4      Q    So in this conclusion where you say the
5  Countess Joy East Reference Area wetland, which you say
6  includes the wetlands on the defendants' site, and you
7  say it physically touches and has a continuous surface
8  connection to the ditches, all of that physical -- the
9  locations of physical touching and continuous surface
10 connection are located on the Countess Joy property;
11 right?
12          MR. HUGHES:  Objection.
13          THE WITNESS:  No.  We -- based upon our
14      evaluations, before the site had been -- before the
15      Sharfi site had been impacted, there was a surface
16      water connection to the North-South Ditch at times.
17 BY MR. McALILEY:
18     Q    Okay.  That is not discussed in your
19 supplemental report, is it?
20     A    No.  That was discussed in the original expert
21 report.
22     Q    Okay.  And so if I want to find out exactly
23 what your opinions were on that, I'd have to go back to
24 your original report; right?
25     A    Yes.

Page 236

1      Q    And but everything that's discussed here in

2   your supplemental report about the physical touching of

3   the wetland and the ditches discusses the touches that

4   occur on the Countess Joy property; right?

5      A    Yes.  The focus is on the Countess Joy

6   property, yes.

7      Q    So, for instance, the place where you think

8   the wetland goes down to the 84th Avenue Roadside Ditch,

9   that's maybe a third of a mile away from the defendants'

10   property, isn't it?

11      A    Yes.

12      Q    And the areas where you think the wetland

13   touches the East-West Ditch that we've been talking

14   about, that's maybe about the same distance away from

15   the defendants' property, maybe slightly less; right?

16      A    Yes.

17         MR. HUGHES:  Objection.

18   BY MR. McALILEY:

19      Q    And even the areas where you think the wetland

20   is touching the North-South Ditch, that's maybe a

21   thousand feet, at the closest, to the edge of the

22   defendants' property; right?

23         MR. HUGHES:  Objection.

24         THE WITNESS:  Would you repeat that statement,

25      please?

Page 237

1    BY MR. McALILEY:

2        Q    So the place where you think the wetlands on

3    the Countess Joy property touch the North-South Ditch

4    is -- the area that you show in the photographs is that

5    area where -- like the cattle crossing; right?

6              MR. HUGHES:  Objection.

7              THE WITNESS:  It's my opinion that the

8         wetlands starting at the northern boundary of the

9         site touch the North-South Ditch and going north

10        where wetlands are and where they touch to breaks

11        in the berm or wherever.  But they -- there are

12        wetlands abutting the North-South Ditch adjacent to

13        the northern boundary of the site on the Countess

14        Joy property.

15   BY MR. McALILEY:

16        Q    Okay.  You have never mapped where the berms

17   are located along the North-South Ditch; right?

18        A    No.

19        Q    The photographs that we -- that are referenced

20   in your supplemental report showing wetlands touching

21   the North-South Ditch show a location that's about

22   halfway out to the East-West Ditch; right?

23             MR. HUGHES:  Objection.

24             THE WITNESS:  I'm not sure where you're

25        talking about.  Could you ...

Page 238

1   BY MR. McALILEY:

2        Q    Let's go back.  Let's go to -- let's go to --

3   I believe it's Exhibit -- let's see which one it is.

4             Let's go to Exhibit 17.

5        A    Yes.

6        Q    So I just put that up on the screen.

7             That shows the North-South Ditch; right?

8        A    Yes.

9        Q    That's looking back toward the defendants'

10  property; right?

11       A    Yes.

12       Q    And you can see berms on either side of the

13  ditch --

14       A    Yes.

15       Q    -- except for maybe in the foreground on the

16  left?

17       A    Yes.

18       Q    So when I look at this photograph, there's no

19  wetland touching the ditch until you get maybe to this

20  area in the foreground on the left; right?

21       A    Correct.

22            MR. HUGHES:  Objection.

23            THE WITNESS:  Yes.

24  BY MR. McALILEY:

25       Q    This photograph is taken about halfway from

1  the defendants' site up to the East-West Ditch; right?

2      A    Yes.

3              MR. HUGHES:   Objection.

4  BY MR. McALILEY:

5      Q    This is maybe a thousand feet north of the

6  property line, isn't it?

7              MR. HUGHES:   Objection.

8              THE WITNESS:   Somewhere in that -- that

9      distance frame.  I don't recall exactly.  I'd have

10     to go back and look at the map.  But that's -- the

11     general statement is correct.

12 BY MR. McALILEY:

13     Q    So this is the place where you think the

14 wetlands touch the North-South Ditch; right?

15     A    On the left side of the photograph, yes.

16     Q    Okay.  So let me go back now to the issue

17 about the touching of the wetlands in the -- in the --

18 on the defendants' site in the North-South Ditch.  Tell

19 me again, what is the evidence you have that the wetland

20 on the defendants' site touched or had some kind of

21 connection to the North-South Ditch prior to the time

22 the defendants purchased the property.

23     A    That would be the mapping that was done by the

24 team, primarily the soils experts and Mr. Wylie,

25 Dr. Scott Stewart and Wylie, and their augering of the

Page 240

1   soils and looking at the disturbed soils adjacent to the
2   western side of the site, adjacent to the North-South
3   Ditch.  And the delineation of the wetland on the site
4   was touching the North-South Ditch.
5        Q    So if I understand it, then, you believe the
6   wetland on the defendants' site touches the North-South
7   Ditch because the wetland soils came down to the edge of
8   the ditch just like these other photographs we've been
9   looking at today, just like you see that at other
10  places.  Do I have that right?
11       A    That was the conclusion of the soils experts,
12  yes.
13       Q    So when you say that you --
14       A    Stewart and Wylie.
15       Q    So when you say you believe that the wetland
16  on the defendants' site touches the North-South Ditch,
17  you're basically saying you believe the wetlands came
18  down to and -- went down to the bank and touched the
19  ditch; right?
20       A    Yes.  That --
21       Q    You're not saying --
22       A    That was the evidence that was developed
23  during the onsite visit.
24       Q    You're not saying that you have evidence that
25  water in the -- surface water in the ditch came up and

Page 241

1  covered all of the wetlands on the defendants' site in

2  like a continuous sheet; right?

3      A    I have no evidence of -- you're talking about

4  direct flow from the North-South Ditch onto the

5  property?

6      Q    Yeah.

7      A    No, I don't have any evidence of that.

8          MR. McALILEY:  Okay.  All right.  I think I'm

9      probably done.  If I could take a five-minute break

10     and just go through my notes.

11         THE WITNESS:  Okay.

12         MR. McALILEY:  I can probably do that before

13     3:00 p.m.  So would a five-minute break be all

14     right with everybody?

15         MR. HUGHES:  Neal, why don't we take like a

16     20-minute break?  That way I can collect all my

17     notes and then we can go right into, you know, any

18     questions I have and I can -- that will make my

19     organization quicker.

20         MR. McALILEY:  Sure.  No problem.

21         VIDEOGRAPHER:  Okay.  We're off the record.

22     The time is 2:56 p.m.

23         (Brief recess.)

24         VIDEOGRAPHER:  We're back on the record.  The

25     time is 3:17 p.m.

Page 242

1           MR. McALILEY:  So I'm done.  Thank you,

2      Dr. Nutter.

3           THE WITNESS:  Thank you.

4           MR. McALILEY:  It's a pleasure to see you over

5      the video.  And I pass the witness to your counsel,

6      Mr. Hughes.

7           THE WITNESS:  Thank you.

8                    CROSS-EXAMINATION

9  BY MR. HUGHES:

10     Q    Good afternoon, Dr. Nutter.

11     A    Good afternoon.

12     Q    I just have a handful of questions for you

13  this afternoon.  Of course I'm going to be bouncing

14  around a little bit, following on what Mr. McAliley

15  discussed, but I'll try to reorient us.

16          You defined earlier what "relatively permanent

17  water" means to you.  Do you recall that?

18     A    Yes.

19     Q    According to your definition, are there any

20  geographic features associated with a relatively

21  permanent water?

22          MR. McALILEY:  Object to form.

23          THE WITNESS:  Well, it's a -- it's a channel

24      that would have a -- in my mind, a defined -- in

25      most cases, a defined ordinary high water mark, but

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT – ENTER CHANGES HERE

Re:  UNITED STATES OF AMERICA V. BENJAMIN K. SHARFI, ET AL.

Taken:    October 12, 2023

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 34 | 16 | characterize it that, | characterize it that way, |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 45 | 16-17 | size of the watershed as being rain. | size of the watershed receiving rain. |
| **Reason:** | misstated or mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 54 | 12 | the water stream. | the watershed. |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 55 | 1 | and the continuing | and then continuing |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 92 | 15 | then moved on to the next pile | then the equipment moves on to the next pile |
| **Reason:** | Clarification in testimony | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 95 | 19 | where there was connections, | where there were connections, |
| **Reason:** | Grammar correction | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 114 | 3 | says to two to three months. | says two to three months. |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 127 | 5 | access | axis |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 170 | 17 | the in North- | in the North- |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 177 | 19 | There's was nothing | There was nothing |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 202 | 24 | being a ditch | a ditch |
| **Reason:** | mistranscribed | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 204 | 11 | That was not my only intention. | That was not my only observation. |
| **Reason:** | Clarification of testimony | | |

| Page | Line | Where it reads: | Should read: |
|---|---|---|---|
| 226 | 24 | Well R7 called peaks | Well R7 showed peaks |
| **Reason:** | Clarifying testimony | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 227 | 20 | During the period of time, we were there, | During the period of time the wells were installed, |
| **Reason:** | | Clarifying testimony | |
| | | | |

| Page | Line | Where it reads: | Should read: |
|------|------|-----------------|--------------|
| 247 | 18-19 | This where the star is is where | The star is where |
| **Reason:** | | Clarifying testimony | |
| | | | |

Under Penalties of perjury, I declare that I have read the foregoing document and that the facts states in it are true.

_11/1/23_
Date

Wade L. Nutter, Ph.D., PH