EXHIBIT 85

RICHARD CREECH                                              May 24, 2022
USA vs SHARFI                                                        1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO. 2:21-cv-14205-KAM
 3
      UNITED STATES OF AMERICA,
 4
                  Plaintiff,
 5
      vs.
 6
      BENJAMIN K. SHARFI, in his
 7    personal and fiduciary
      capacity as trustee of the
 8    Benjamin Sharfi 2002 Trust,
      and NESHAFARM, INC.,
 9
                  Defendants.
10    _____/

11

12

13        VIDEOTAPED DEPOSITION OF RICHARD CREECH

14

15             TUESDAY, MAY 24, 2022
               9:00 A.M. - 5:22 P.M.
16

17          VIA ZOOM VIDEOCONFERENCE
                    -  -  -
18

19

20

21

22

23    Reported By:
      Jack Finz
24    Notary Public, State of Florida
      West Palm Beach Office #J8348161
25
```



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                              154

1    A.    Upland.

2    Q.    So is it fair to say that you have

3    experience with other drainage districts and your

4    generalized experience with respect to the excavated

5    portion of Bessey Creek and the north-south ditch?

6    A.    That's based on my opinion, yes, it comes

7    from my experience.

8    Q.    Is that correct?

9    A.    Yes.

10   Q.    What is the basis of your opinion that the

11   excavated portion of Bessey Creek was constructed in

12   the 1920s and the 1930s?

13   A.    As we went over earlier, the invention of

14   the pumps in the drainage district in 1921, and

15   the Reclamation Plan in 1920, would go hand in

16   hand in identifying the works that were going to

17   be necessary.  The majority of the drainage

18   districts of that time would have begun

19   construction soon after they would have been able

20   to get taxing authority or bonding.

21         What makes me believe it was constructed

22   in the twenties and thirties is exactly that, it

23   was approved in 1921, got the funding, started

24   building, and those improvements were relatively

25   substantially complete by the 1940 aerial that I



1   used in my report.  So that would have basically

2   said that all of them were constructed prior to

3   1940.

4      Q.   And you said that 1940 aerial in your

5   report -- let's take a look at that.

6           (DEFENDANTS' EXHIBIT 171, Aerial entitled

7       "1940 Aerial," Bates stamped SHARFIEXPERT 81

8       was marked for identification, as of today's

9       date.)

10     Q.   Is this the document you are referring to?

11     A.   Yes.

12     Q.   And this is a document Bates stamped

13  SHARFIEXPERTS 81, entitled Exhibit A, "1940 Aerial."

14  Is that correct?

15     A.   That's correct.

16     Q.   And how does this document inform your

17  opinion that the Palm City Drainage District

18  substantially excavated ditches according to the

19  plan of the reclamation map by 1940?

20     A.   If you zoom in onto the eastern one-half

21  of the map, you will notice that that lateral

22  ditch, Bessey Creek outlet for the east-west

23  ditch, it is very evident that it's been constructed.

24     Q.   Where do you see that on this map?

25     A.   Keep going north.  And keep going north.



RICHARD CREECH                                      May 24, 2022
USA vs SHARFI                                                156

```
 1   Actually, you are too far west.  Go east.
 2         If you look just below or above that
 3   panel that says 310, I believe, right above it,
 4   about one-third into the section is a ditch, as
 5   represented by the aerial, with the spoil material
 6   being on typically one or both sides, and then
 7   that runs east and west, and then there are a
 8   series of ditches that run north and south that
 9   connect to it within that section.
10      Q.   And this is in a square marked, to the best
11   of my knowledge, CJF2 07; is that correct?
12      A.   That's a portion of the ditch, correct.
13      Q.   And what is it that you see in this
14   document that indicates to you that there is a ditch
15   there?
16      A.   There's a linear progression, and my
17   usual experience of looking at historical aerials,
18   this is a signature or a mark of excavated linear
19   ditch, going east and west, and also ditches
20   running north and south, down to what is a
21   roadway, which is now known as Martin Highway.
22      Q.   Can you see Martin Highway on this map?
23      A.   Yes.  If you at panels into at CJF 311
24   and look right above it, you will see a very
25   linear east-west line.  That's a signature of a
```



1    road on an aerial.

2        Q.    When you say a signature, what do you mean?

3        A.    It's what's indicated to me, and when you

4    look at an aerial, what a road would look like on

5    an aerial.  So they call it a signature.  It's

6    very much like you see an airport on an aerial map

7    that's a signature of an airport.  Very much like

8    you see a linear ditch, that's a signature of a

9    ditch.

10       Q.    You're saying that a ditch is a signature

11   of a ditch?

12       A.    Yes.  It has very distinct, you know,

13   line work, it has a lot of times spoils areas

14   adjacent to it that tend to pop out at you when

15   you looked at them enough.

16       Q.    Can you see spoil areas in this image?

17       A.    I believe you can, yes.

18       Q.    Where is that?

19       A.    The spoil areas are intermittent along

20   the lateral east-west ditch, for Bessey Creek

21   excavated ditch, as you call it, and you can see

22   that the lines are somewhat interrupted, but you

23   can see a ditch and some spoil areas in and around

24   it when you zoom in a little bit.  But when you

25   zoom in, you lose the clarity and you lose a little



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                              158

1    bit of the focus from looking at it from afar.

2         Q.   It is your opinion you can see the

3    excavated portion of Bessey Creek in this

4    photograph; correct?

5         A.   Yes.

6         Q.   And can you identify the north-south ditch

7    in this photograph?

8         A.   I believe it to be a small signature, but

9    I don't believe it to be that prominent.  You

10   know, there are various lateral ditches running

11   north and south, and that south ditch may be a

12   shallow swale in this aerial.

13        Q.   So you can't tell if the north-south ditch

14   is on this aerial?

15        A.   I believe it might be, but I'm not wholly

16   sure that it's there as a ditch.

17        Q.   Would it be there in some other form?

18        A.   Yes, you can see a little bit of spoil

19   area in that area where there might have been some

20   construction, but I'm not sure it's really

21   formalized as a ditch yet.

22        Q.   Would you agree with me that there are

23   lighter and darker areas of this document, DX 171?

24        A.   I believe there's a lot of different

25   lighter and darker areas, that go from gray to



1    dark, yes.

2        Q.   But there are quite dark areas running

3    west-east and northwest-southeast; is that correct?

4        A.   Also agree that they run north and south

5    directly, and they may at times go east or west.

6        Q.   What is your understanding of what those

7    darker areas are on this map?

8        A.   Those darker areas I would suspect are,

9    you know, basically areas of inundation.  There

10   may have been a heavy rainfall year that year, so

11   there's most likely standing water in those areas.

12   So it would be typically the signature of an

13   historical wetland maybe.

14       Q.   And would you agree with me that DX 171

15   shows significant, or shows more historical wetlands

16   than the USGS maps we just looked at?

17       A.   I haven't been asked to provide an opinion

18   on that, so I really couldn't say one way or the

19   other.

20       Q.   Well, you have seen both now; correct?

21       A.   Yes, I have.

22       Q.   And you don't have an opinion as to whether

23   this DX 171 shows more historical wetlands than the

24   USGS maps that we just looked at?

25       A.   I think this shows historical wetlands.



 1   I think the USGS shows historical wetlands as they

 2   delineated them or observed them in the field.

 3          So as you pointed out earlier, I wasn't

 4   around in 1940, so I couldn't tell you whether

 5   it's an historical wetland or these are just flooded

 6   areas.  So I don't really understand the question.

 7      Q.   You identified these darker areas on DX 171

 8   as historical wetlands, and you identified certain

 9   features on the USGS maps for which we don't have a

10   key as wetlands.  And I'm just asking you, does this

11   document, DX 171, appear to show more historical

12   wetlands than the USGS maps that we just looked at?

13      A.   I would admit that they have a signature

14   of more wetland type areas out there than, yes,

15   the USGS maps.

16      Q.   And the USGS maps both postdated this

17   aerial; is that correct?

18      A.   Postdated it in 1948, that's correct.

19      Q.   And one was a few years later than that?

20      A.   1950.

21      Q.   Do you know how this document, DX 171, was

22   constructed?

23      A.   I don't know for sure, but in my

24   experience they basically have taken photographic

25   panels and stapled them together in Tallahassee.



RICHARD CREECH                                          May 24, 2022
USA vs SHARFI                                                      200

```
 1  at 4th Avenue, Boat Ramp Road, and what else?

 2       A.   Bessey Creek ditch.

 3       Q.   And have you visited the north-south ditch?

 4       A.   Yes.

 5       Q.   And when was that?

 6       A.   Yesterday.

 7       Q.   Any other times?

 8       A.   Not that I recollect, other than maybe

 9  incidentally with the east-west ditch.

10       Q.   So the first time you had ever visited the

11  north-south ditch was yesterday?

12       A.   That's my recollection, yes.

13       Q.   So that visit didn't inform any of the

14  opinions in your report; is that correct?

15       A.   That's correct.

16       Q.   What, if anything, did you do -- where

17  along the north-south ditch did you visit yesterday?

18       A.   The southern end.

19       Q.   Where is that located?

20       A.   At the northwest corner of the subject

21  property.

22       Q.   It's your opinion that that is the southern

23  end of the north-south ditch, that it terminates

24  there?

25       A.   A ditch formally, yes.  There's a swale,
```



RICHARD CREECH                                          May 24, 2022
USA vs SHARFI                                                   201

1   I think, attached to it, but, yes, that's the

2   formal ditch.

3       Q.   Did you leave the site when you visited the

4   north-south ditch yesterday?

5       A.   Yes.

6       Q.   I guess, I'm sorry, withdrawn.

7            Did you follow the north-south ditch off of

8   the property yesterday?

9       A.   No.  Only a portion of it.

10      Q.   You only saw a portion of it; is that

11  correct?

12      A.   That's correct.

13      Q.   And what did you do yesterday at the

14  north-south ditch?

15      A.   Essentially rode the job, looked down at

16  the ditch, and observed that it looked like most

17  of the ditches in and around that area.

18      Q.   Did you take any soil samples?

19      A.   No, I did not.

20      Q.   Did you fill out any wetland determination

21  forms?

22      A.   No, I did not.

23      Q.   Did you take any vegetative samples?

24      A.   No, I did not.

25      Q.   Did you compare any vegetation that you saw



1   to the two lists of -- withdrawn.

2           Did you identify any vegetation yesterday?

3      A.   Yes.  I saw various types of vegetation.

4      Q.   And what did you see in and around the

5   north-south ditch yet?

6      A.   Exotics come up on vegetation, some

7   wetland vegetation.

8      Q.   What upland vegetation did you see?

9      A.   I saw some pine trees nearby, and some

10   cabbage palms.

11      Q.   Do you know what type of palm trees?

12      A.   Cabbage.

13      Q.   What kind of pine trees, excuse me?

14      A.   Pine trees?  Typically slash pines, to my

15   recollection.

16      Q.   Do you recall what wetland vegetation you

17   saw yesterday?

18      A.   Mostly likely I think it was arrowhead or

19   pickleweed inside the bottom of the ditch.

20      Q.   Did you take any photos when you visited

21   the north-south ditch yesterday?

22      A.   No.

23      Q.   Did you install any wellpoints yesterday in

24   that ditch?

25      A.   No, I did not.



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                            203

```
1    Q.   Did you obtain any relative hydrology when
2  you visited the north-south ditch yesterday?
3    A.   That it was dry.
4    Q.   Did you measure the groundwater, where the
5  water table lay?
6    A.   I didn't measure it, no.
7    Q.   So you said you visited the excavated
8  portion of Bessey Creek approximately five times
9  since the end of February.  Is that correct?
10   A.   That's correct.
11   Q.   Did you take any photographs of the
12  excavated portion of Bessey Creek during those
13  visits?
14   A.   Not that I recollect.
15   Q.   Did you install any wellpoints in the
16  excavated portion of Bessey Creek during your visits
17  since the end of February?
18   A.   No.
19   Q.   Did you take any soil samples when you
20  visited the excavated portion of Bessey Creek since
21  the end of February?
22   A.   No.
23   Q.   Did you obtain any relative hydrology in
24  the excavated portion of Bessey Creek in your visits
25  since February?
```



RICHARD CREECH                                                    May 24, 2022
USA vs SHARFI                                                            204

1    A.    Yes.

2    Q.    What did you obtain?

3    A.    Visual observation in February that there

4  was some modest flow and it was, you know,

5  somewhat wet, with a low level of depth, and then

6  subsequently by March-April and it becomes

7  significantly dryer, and by May there was no flow

8  and dry, except at Boat Ramp Road where there was

9  standing water with no flow.

10   Q.    But before May was there flow in the

11 excavated portion of Bessey Creek when you visited

12 since the end of February?

13   A.    No, there was no flow.

14   Q.    Was there water in it?

15   A.    There was standing water at Boat Ramp Road.

16   Q.    You said that there was no flow in May, but

17 there was flow in the end of February; is that

18 correct?

19   A.    That's my recollection, yes.

20   Q.    Was there flow the other times you visited

21 prior to May?

22   A.    Not that I could recognize, no.

23   Q.    Have you visited the excavated portion of

24 Bessey Creek prior to the end of February?

25   A.    Yes.



RICHARD CREECH                                       May 24, 2022
USA vs SHARFI                                                 205

1    Q.   When was that?

2    A.   Year ago, two years ago.

3    Q.   What did you do at that time?

4    A.   I was interested in seeing the new culvert

5   that had been put in on Boat Ramp Road, and we had

6   a tornado that had come through.

7    Q.   And so you went there just to look at the

8   culvert?

9    A.   Yes, check out the damage from the tornado.

10   Q.   Did you do anything else on that visit?

11   A.   I don't know.  I think I may have made a

12   stop and had a cocktail somewhere.

13   Q.   Prior to that, had you ever been to the

14   excavated portion of Bessey Creek?

15   A.   Yes.

16   Q.   When was that?

17   A.   As I mentioned earlier in testimony, when

18   I did some surveys along that excavated portion.

19   Q.   Were those surveys all at the Boat Ramp

20   Road area?

21   A.   Yes.  That is my recollection.

22   Q.   Is your testimony that the water in the

23   excavated portion of Bessey Creek is entirely

24   runoff?

25   A.   Can you rephrase that question?



RICHARD CREECH                                           May 24, 2022
USA vs SHARFI                                                    206

1      Q.    Yes.

2            Is it your testimony that the flow, when

3    there is flow in Bessey Creek -- withdrawn.

4            Is it your testimony that during the wet

5    season any flow in the excavated portion of Bessey

6    Creek is stormwater runoff?

7      A.    Yes.  That would be a significant portion

8    of it.

9      Q.    What else does that water consist of?

10     A.    Probably the expert team probably would

11   have noticed if they had been out at significant

12   portions of that ditch, there were various people

13   pumping water out of their ponds or using it as an

14   outfall.  So some of those flows probably are

15   from, you know, pump situations, pump scenarios,

16   you know, other types of inflows that are not

17   runoff-based.

18           So there's artificial -- I believe

19   there's some artificial flows that are coming in

20   that are not necessarily precipitated-based.

21     Q.    And so is it your testimony that during the

22   wet season any flow in the excavated portion of

23   Bessey Creek is either stormwater runoff or

24   artifical outflow?

25     A.    That's what creates the runoff and the



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                              207

```
 1   flow, yes.
 2       Q.   So it is your testimony that any flow in
 3   the excavated portion of Bessey Creek is either
 4   artifical or stormwater runoff?
 5           MR. HAMILTON:  Object to form.
 6       A.   Yes.  I believe that that's what happens.
 7   It rains, and runoff happens, and either via
 8   groundwater movement or via some form of movement,
 9   and that's where the water comes from, other than
10   from other sources pumping water into it.
11       Q.   Does groundwater contribute to the flow of
12   the excavated portion of Bessey Creek?
13       A.   The groundwater is elevated by virtue of
14   precipitation, so, yes, groundwater is part of the
15   flow.
16       Q.   And do you consider groundwater contributed
17   to the flow of Bessey Creek to be stormwater runoff?
18       A.   Yes.
19       Q.   You said that there's artificial water
20   pumped into the excavated portion of Bessey Creek.
21   Is that correct?
22       A.   I believe there are some residential
23   pumps out there.  I have not witnessed them in a
24   long time, but, you know, a number of years ago I
25   visited them.
```



RICHARD CREECH                                      May 24, 2022
USA vs SHARFI                                            212

1    Q.   When you say gardens discharging into it,

2   what does that mean?

3    A.   Nurseries, you know, tomato plants,

4   vegetables, maybe some greenhouses.  You know,

5   agricultural uses.

6    Q.   And what were these agricultural uses

7   discharging?

8    A.   They weren't discharging anything at this

9   time.

10    Q.   So what forms the basis of your belief that

11   the gardens do discharge into this swale?

12    A.   Experience, and it looked like the grading

13   went in that direction.  So given that there's no

14   other, at least in my opinion, everything was

15   oriented north and south, so I would suspect from

16   looking at the property that anything graded to at

17   least drain to that part -- that's been graded to

18   drain to that swale.

19    Q.   I'm sorry, I think I maybe just missed

20   that.  What had been graded to drain to that swale?

21    A.   A portion of the property, going all over

22   the property and getting detailed survey

23   information, I would suspect that a portion of the

24   property was graded to drain to that swale.

25   Otherwise why would you have a swale exist.



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                              213

```
1    Q.   Do you know if the swale is artificial?

2    A.   I'm pretty sure it's artifical, yeah.

3    Q.   Do you know when it was constructed?

4    A.   Not specifically, no.

5    Q.   You said you believe that the site was

6  graded; is that correct?

7    A.   That's correct.

8         MR. HAMILTON:  Object to form.

9    Q.   And do you know when that grading took

10  place?

11   A.   Not specifically.  I could look at the

12  aerials.  But probably in the last ten years.

13   Q.   When you say grading, what do you mean by

14  that?

15   A.   I mean to improve the land or change the

16  topography of the land, such that precipitation

17  will run off into a certain direction.

18   Q.   When you visited the north-south ditch

19  yesterday, who, if anyone, was with you?

20   A.   Chris Hamilton was with me.

21   Q.   Anybody else?

22   A.   No.

23   Q.   What about the approximately five times you

24  visited the excavated portion of Bessey Creek since

25  late February?
```



RICHARD CREECH                                        May 24, 2022
USA vs SHARFI                                               214

1      A.    I was by myself.  Well, I had my grandson
2   with me one day, if I remember right.
3      Q.    Have you ever followed the entirety of the
4   excavated portion of Bessey Creek?
5      A.    No.
6      Q.    Have you ever followed the entirety of
7   Bessey Creek east of Boat Ramp Road?
8      A.    East of Boat Ramp Road?  Not that portion,
9   no.  I have walked several portions east of the
10  Turnpike, yeah.  Not east of Boat Ramp Road.
11  Maybe 50, 60 feet inside.  I don't remember.  It's
12  been a while.
13     Q.    Do you recall the last time you did?
14     A.    When did I do the culverts?  Probably in
15  the nineties, and the other significant portion
16  east of the Turnpike would have been in the
17  seventies and eighties.
18     Q.    Do you recall the specific dates that you
19  visited the excavated portions of Bessey Creek since
20  the end of February?
21     A.    Without looking at my timesheets, no.
22     Q.    Would your timesheets say?
23     A.    Probably.  I probably went to pick up a
24  couple of them, because I live out that way, so I
25  probably would have -- I either did it on the way



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                          215

```
 1   to work or on the way home.
 2       Q.   You said you went and visited a culvert, I
 3   believe you said near Boat Ramp Road.
 4       A.   Yes.  It's actually the culvert that the
 5   Bessey Creek excavated area crosses under Boat
 6   Ramp Road.
 7       Q.   Do you recall when that was, what time of
 8   year that was?
 9       A.   It was a dry period.  There wasn't much
10   flow in water, or wasn't any flow, actually.
11       Q.   Do you recall one way or the other?
12       A.   Yes, it was probably March, April.  It
13   was during the dry season.
14       Q.   Do you recall whether there was flow at the
15   time?
16       A.   I wasn't really looking specifically at
17   it, but there wasn't a lot of water in it.  I was
18   looking forward to seeing a lot of water and a lot
19   of flow, and there wasn't.
20       Q.   Do you have any pictures of the excavated
21   portion of Bessey Creek at all?
22       A.   I'd have to check my photo album.  I
23   might.  I don't recollect having any.
24       Q.   Setting aside any drafts of your expert
25   report, have you taken any notes in connection with
```



RICHARD CREECH                                                May 24, 2022
USA vs SHARFI                                                          216

1   this matter?

2      A.   No.  I typically keep it all in my head.

3      Q.   Let me show you a document that I'm going

4   to call DX 180.

5           (DEFENDANTS' EXHIBIT 180, Aerial photo

6      entitled "1952(a) Aerial," Bates stamped

7      SHARFIEXPERTS 84, was marked for

8      identification, as of today's date.)

9      Q.   Can you see that okay?

10     A.   Um-hum.

11     Q.   Do you know what this is?

12     A.   Yes, it's an aerial photograph of the

13  general vicinity of Palm City and Palm City Farms.

14     Q.   This is a document Bates stamped

15  SHARFIEXPERTS 84, and it is Exhibit D to your

16  report, "1952 (a) Aerial."  Is that correct?

17     A.   That's correct.

18     Q.   And what does this -- how, if at all, does

19  this document inform any of the opinions in your

20  report?

21     A.   I think it's a continuation of my

22  original opinion, just further documents, you

23  know, the development of the area.  The

24  photography gets a lot better with resolution.  It

25  identifies the Bessey Creek ditch more



 1  specifically, and just starts to show general

 2  development of the area.  So it's a continuation

 3  of my previous testimony.

 4      Q.   Is there anything in this document, DX 180,

 5  that informs your opinion, that is distinct from

 6  earlier aerials or maps that we looked at?

 7      A.   Not that I can recollect.

 8           Oh, there is one thing.  Go ahead and

 9  zoom in where the ditch intersects the natural

10  tributary.

11      Q.   Where do you understand that to be?

12      A.   Right there.  And I believe that -- no,

13  it's not this one.  Okay.

14           One of the aerials, you know, indicates

15  something to me that I may want to bring up, but

16  this one doesn't.

17      Q.   It is a little hard to see, but maybe

18  DUF-7-105 in this document; is that correct?

19      A.   That's correct.

20      Q.   And at the bottom of that square with that

21  number, you can see what appears to be the excavated

22  portion of Bessey Creek?  Is that correct?

23      A.   The what portion of Bessey Creek?

24      Q.   The excavated portion.

25      A.   Yes, where it intersects the natural



RICHARD CREECH                                    May 24, 2022
USA vs SHARFI                                            218

1   tributary.

2       Q.   And it is your testimony that the natural

3   tributary is this darker line to the right; is that

4   correct?

5       A.   That's correct.

6       Q.   And in this document, can you see that --

7   is there any evidence of the natural tributary, or

8   what you call the natural tributary of Bessey Creek,

9   extending to the northwest?

10      A.   Yes.  Actually, this is the aerial I

11  wanted to mention.  There is a small portion of

12  the excavated area that extends the tributary, but

13  it comes through basically, you know, that section

14  prior to where it goes into a linear system, and

15  you can see the tributary going up into northwest

16  corner of section 5, and where that intersection

17  takes place.  So it identifies, because of the

18  photograph's quality, of where that tributary

19  subsequently ends.

20      Q.   And where do you see what you called the

21  natural tributary of Bessey Creek ending?

22      A.   At the northwest corner of section 5.  If

23  you take that curved linear section and take it up

24  to where that road and ditch basically are

25  extended along the section line, it's right at

