EXHIBIT 87

**BENJAMIN K. SHARFI**                              June 09, 2022
**USA vs BENJAMIN K. SHARFI**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE No.: 2:21-cv-14205-KAM

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

BENJAMIN K. SHARFI, in his personal and
fiduciary capacity as trustee of the Benjamin
Sharfi 2002 Trust, and NESHAFARM, INC.,

      Defendants.

_____

REMOTE VIDEOTAPED DEPOSITION OF
BENJAMIN K. SHARFI

Thursday, June 9, 2022
9:06 - 5:49 p.m.

Reported By:
Wendy Beath Anderson, RDR, CRR, CRC
Notary Public, State of Florida
Esquire Deposition Services
West Palm Beach Office  Job #J8302685

1

**BENJAMIN K. SHARFI**                      **June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

1  BY MR. ADKINS:

2      Q.   And who were the people that you sent to look

3  at the ditch?

4      A.   I was not.  I just let Chuck know to go ahead

5  and find out what the issues are and resolve it.

6      Q.   Can you describe what was done to clear the

7  ditch?

8      A.   Because its very awkward placement, they

9  brought in -- I remember on the site they brought in one

10  of those, I don't know what the proper name is.  It has

11  a long reach to be able to go over the fence to remove

12  the debris.  I think they call it backhoe, or I'm not

13  sure of the proper equipment name.

14      Q.   Do you know who brought a backhoe on to the

15  site?

16      A.   No.  It was not ours.  We don't have such

17  equipment.

18      Q.   It was a contractor?

19      A.   Yes, sir.

20      Q.   Do you know the name of the contractor?

21      A.   No, sir.

22      Q.   Who hired the contractor?

23      A.   Very likely, Mr. Chuck.

24      Q.   Okay.  All right.  Do you know what was done

25  with the material that was removed from the ditch using

800.211.DEPO (3376)
EsquireSolutions.com

**BENJAMIN K. SHARFI**                          **June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

```
1   a backhoe?
2        A.   Yes.  It was, we paid to be hauled away
3   because it was very contaminated materials.  It was
4   hauled away.
5        Q.   What do you mean by "contaminated"?
6        A.   Contaminated with debris, cans, metal trash,
7   plastic bottles, just trash.
8        Q.   Do you know anything else about the
9   consistency of what was removed from the ditch?
10       A.   No, sir.
11       Q.   Was any of the material that was removed from
12  the ditch left on site?
13       A.   Not to the best of my knowledge.
14       Q.   Was the backhoe used to do any other work on
15  the site?
16       A.   Not that I'm aware of.
17       Q.   Other than this instance where a backhoe was
18  used by a contractor to remove material from the ditch,
19  are there any other instances that you recall where the
20  ditch along the western boundary of the site was cleaned
21  or cleared?
22       A.   We maintain it, but -- without any need for
23  such equipment.  So if we see the adjacent farmer, that
24  he has a lot of bamboo that get fallen into the debris
25  that blocks it, we manually go and remove the fallen
```

**BENJAMIN K. SHARFI**                    **June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

1  bamboos or branches or any other debris that goes.  So
2  we try to maintain it free for water flow to the best of
3  our ability without use of heavy equipment.
4       Q.   And you said that you noticed the ditch was
5  not flowing during a wet season?
6       A.   Correct.
7       Q.   How did you make that determination?
8       A.   Water not flowing.  I'm not sure how else
9  would I describe it.  Water is not flowing.
10      Q.   Okay.  And that's something that you observed
11 personally?
12      A.   Yes.
13      Q.   Okay.
14      A.   It was brought to my attention and I met with
15 Chuck and he explained the situation, and that's when I
16 authorized him to do what he needs to do to make the
17 water flow and he coordinated with the neighbors to the
18 west and to the north.
19      Q.   Have you ever observed the ditch along the
20 western boundary of the site without water in it?
21      A.   Most time of the year it has no water in it.
22      Q.   Most time of the year?
23      A.   Most time of the year, yes.
24      Q.   So about how many months out of the year would
25 you say there isn't water in the ditch?

800.211.DEPO (3376)
EsquireSolutions.com

BENJAMIN K. SHARFI                    June 09, 2022
USA vs BENJAMIN K. SHARFI

1        A.    The ditch represents the water table.
2   Whatever the water table is, the ditch is at that
3   elevation.  So the ditch itself, it essentially
4   represents the water table.
5            So if the water table is high, the ditch will
6   be full.  If the water table -- and I remind you that in
7   Martin County the water table most year is 3 to 5 feet
8   below grade.  So we have a very high water table.  So
9   during the dryer parts of the year, the ditch has no
10  water in it.
11       Q.    Okay.  My question was:  How many months of
12  the year does the ditch not have water in it?
13       A.    Depends on the year, sir.  There are times
14  like several years ago even during dry season, we had
15  tremendous amount of rain, and there are seasons like
16  this last year we had hardly any rain.  So it really
17  varies.  But I would say roughly at least four to six
18  months out of the year it's dry.
19       Q.    And what do you mean when you say "it's dry"?
20       A.    The water --
21            MR. MIRON:  Objection.  Objection.  Vague.
22            MR. ADKINS:  What's the objection?
23            MR. MIRON:  Vague.
24            MR. ADKINS:  I'm asking him what he meant by
25       dry.  How is that vague?

800.211.DEPO (3376)
EsquireSolutions.com

BENJAMIN K. SHARFI                           June 09, 2022
USA vs BENJAMIN K. SHARFI

1              MR. MIRON:  Is there some other defined, some
2         other definition of dry other than not wet?
3    BY MR. ADKINS:
4         Q.    Mr. Sharfi, what did you mean by four to six
5    months of the year the ditch is dry?
6         A.    This is wet.
7         Q.    Okay.
8         A.    This is dry.
9         Q.    Okay.  So four to six months of the year did
10   you observe any standing water in the ditch?
11             MR. MIRON:  Objection; form.  I'm sorry,
12        vague.
13             THE WITNESS:  Most winter month the ditch,
14        unless we have unpredictable storms, it's dry and
15        if it does get wet, it represents the water table.
16        So whatever the water table would be, which in most
17        cases, as I mentioned multiple times, around 4 to
18        5 feet below grade.  So any time that the water
19        table is below 4 to 5 feet, it's dry.
20   BY MR. ADKINS:
21        Q.    Are you a hydrologist, Mr. Sharfi?
22        A.    I'm an engineer, sir.
23        Q.    Okay.  And what kind of engineer are you?
24        A.    I have multiple engineering talents,
25   electrical, mechanical, structural, and as well as

124

BENJAMIN K. SHARFI                          June 09, 2022
USA vs BENJAMIN K. SHARFI

1   metallurgy.
2        Q.   Okay.  And what is the basis for your belief
3   that water in the ditch represents a water table?
4        A.   Extensive amount of personal self-education,
5   speaking to neighbors, people and digging a hole for a
6   tree and finding water just about anywhere that I dig to
7   plant a tree up to 3 feet to 5 feet of it, I'll find
8   water and the water seems to be exact and we measured it
9   multiple times.  Same as the watering hole and same as
10  in Site 1 and Site 2 water holes.
11            So the water table for all the water
12  structures are the same, including whenever you dig a
13  hole for a tree, you'll find that same water table.  But
14  does not require a degree in anything else except common
15  sense and knowledge.
16       Q.   Okay.  Are there any drainage connections
17  between the two ponds on the site?
18            MR. MIRON:  Objection.  Vague.
19            THE WITNESS:  Please explain that between the
20       two sites and what do you mean, "drainage"?
21  BY MR. ADKINS:
22       Q.   Well, maybe I'll start more generally.  Are
23  there any underground pipes anywhere on the site?
24       A.   Yes.
25       Q.   Where?

**BENJAMIN K. SHARFI**                    June 09, 2022
**USA vs BENJAMIN K. SHARFI**

1      A.   There is a pipe at two wells that were dug in
2   the site.  One on the west side on the middle of the
3   property and another well is dug in the northeast
4   section of the property, and waters are piped into hoses
5   for watering the animals and giving water to the
6   livestock and including the horse arena, including the
7   stalls and the pens in the horse arena and on the west
8   side of the property where the goats and the sheep
9   graze.
10         And in the later years with assistance from
11   Mr. Kryzda and other professionals that we hired, we
12   established the storm water level and we put in there
13   storm pipe drainage so when the water table at the
14   watering holes get above certain elevation, what they
15   consider to be storm level, they get used to go into the
16   ditch.
17      Q.   Any other underground pipes on the site?
18      A.   There could be electrical pipes, water pipes.
19   And those are the only ones that I can recall that
20   are -- as of this time.
21      Q.   Do you remember pointing out an irrigation
22   pipe to me on the site when I was there with you in
23   2021?
24      A.   I'm sorry?
25      Q.   Do you remember pointing out an irrigation

800.211.DEPO (3376)
EsquireSolutions.com

**BENJAMIN K. SHARFI**                      **June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

1   pipe to me when I was there with you in 2021?

2       A.   No.  We do not -- that site, what we call

3   Site 1, is not -- that does not have irrigation piping

4   systems in it.  Oh.  I'm sorry.  We do have one

5   additional pipe that it goes from the well into the

6   watering hole for situations where the watering hole

7   gets extremely low and we put water into it for the

8   animals to graze.

9       Q.   You're starting to say --

10          MR. MIRON:  I'm sorry, Brandon.  You were cut

11      out.

12  BY MR. ADKINS:

13      Q.   You were starting to say Site 1, it sounded

14  like in one of your answers.  I'm --

15      A.   At the site.

16      Q.   Okay.

17      A.   At the site we do not have irrigation systems

18  or pumps or everything is done manually aboveground with

19  hoses.

20      Q.   And so there's no underground pipes in the

21  northern area of the pipe towards the middle?

22      A.   I mentioned to you the pipes that we have

23  there, sir.

24      Q.   Okay.  Are there any pipes that lead into the

25  ditch or swale that runs along the northern boundary of

**BENJAMIN K. SHARFI**　　　　　　　　　**June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

```
1        A.   No, sir.
2        Q.   Is there a control elevation pipe installed in
3   Cypress Lake?
4        A.   Yes, sir.
5        Q.   Where is that pipe located?
6        A.   Again, closest to most western portion of the
7   Cypress Lake.
8        Q.   Where does the control elevation pipe that's
9   installed in Cypress Lake lead to?
10       A.   Also to the ditch.
11       Q.   And do you know how the control elevation pipe
12  in Cypress Lake works?
13       A.   No, sir.
14       Q.   Is there any kind of piping in the southern
15  area of the depressional wetland feature that exists on
16  the site?
17            MR. MIRON:  Objection.  Vague.
18            THE WITNESS:  If you would be kind enough to
19       show me on a map where you mean, I can try to
20       answer that to you, sir.
21  BY MR. ADKINS:
22       Q.   Okay.  I'm happy to do that.
23            (Deposition Exhibit No. 236 was identified for
24  the record.)
25
```

800.211.DEPO (3376)
EsquireSolutions.com

**BENJAMIN K. SHARFI**                    **June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

```
 1    BY MR. ADKINS:
 2         Q.   So we will mark this DX236 and it is a map of
 3    the site that we've been describing with a red and black
 4    line around the boundaries of the site, roughly.
 5         A.   Yes, sir.
 6         Q.   Do you see the map that we will mark as DX236
 7    on your screen?
 8         A.   Yes, I do.
 9         Q.   Okay.  Great.  So I'm going to zoom in for
10    you, Mr. Sharfi, on the wetland feature on the site that
11    is surrounded by a fence.
12              Do you see that?
13         A.   Yes, sir.
14         Q.   Okay.  Are there any pipes leading into or out
15    of that wetland feature?
16         A.   No.
17         Q.   Okay.
18         A.   Not that I'm aware of that -- not that I'm
19    aware of, no.
20         Q.   Okay.  So I want to just circle something here
21    for you temporarily so you can see it on my screen.
22         A.   Mm-hmm.
23         Q.   On your screen, I should say.
24              Are you aware whether there's any kind of
25    piping anywhere on the wetland?
```

**BENJAMIN K. SHARFI**                    June 09, 2022
**USA vs BENJAMIN K. SHARFI**

1      A.   No, sir.

2      Q.   Okay.  And that's in the southern area of the

3  wetland feature on the site that we're looking at?

4      A.   Correct.

5      Q.   Okay.  Do you see on the northern part of the

6  wetland feature an area that seems to be connected to

7  Cypress Lake?

8      A.   Yes, sir.

9      Q.   What is that?

10          MR. MIRON:  Objection.  Vague.

11          THE WITNESS:  Connection between Point A to

12      Point B?  I'm not sure what you're asking.

13          MR. MIRON:  Objection.  Vague.

14  BY MR. ADKINS:

15      Q.   Is it a ditch, any kind of feature that's

16  being used to convey water?

17      A.   No, sir.  Those are the natural slopes and

18  elevations that are maintained.

19      Q.   Was there any intention to have water flow

20  from Cypress Lake into the wetland feature?

21      A.   Not that I recall, no.

22      Q.   Do you know whether it does?

23      A.   No.

24      Q.   How frequently does water flow from Peanut

25  Lake into the ditch on the western boundary of the site

**BENJAMIN K. SHARFI**                    June 09, 2022
**USA vs BENJAMIN K. SHARFI**

```
 1   through the control elevation pipe?
 2        A.   I have not seen it go there, that I recall at
 3   all.  It happens probably when it's a very high rains
 4   and I'm not on site looking at it.
 5        Q.   How frequently does water flow from the
 6   control elevation pipe in Cypress Lake to the ditch on
 7   the western boundary of the site?
 8        A.   Same answer, sir.  I have not personally
 9   observed it.
10        Q.   Since you purchased the site in April 2017,
11   the site's been sodded, correct?
12             MR. MIRON:  Objection.  Vague.
13             THE WITNESS:  No, sir.
14   BY MR. ADKINS:
15        Q.   It has not been sodded?
16        A.   There have been sod put in different
17   locations, but the site has not been sodded.
18        Q.   Okay.  What locations on the site have been
19   sodded since you purchased it in April 2017?
20        A.   The primary areas that were sodded is on the
21   banks and slopes of the watering holes to prevent
22   erosion of the dirt going back into the watering hole,
23   and that would be the majority of the sod that was used
24   in any other area that we had erosion issues.
25        Q.   Okay.  Why don't we look back at what's been
```

**BENJAMIN K. SHARFI**                        **June 09, 2022**
**USA vs BENJAMIN K. SHARFI**

1   marked as DX236.  Do you see that on your screen?

2       A.   Yes, sir.

3       Q.   Okay.  So I'm looking at the southwest

4   quadrant of the site where the two ponds are located.

5            Do you see that?

6       A.   Yes, I do.

7       Q.   Was the part that has been sodded at the site

8   within the southwest quadrant of the site?

9       A.   Was that a question?

10      Q.   Yeah.  Is that where you're describing these

11  ponds on the southwest quadrant of the site the areas

12  around those ponds were sodded?  Is that your testimony?

13      A.   Correct.

14      Q.   Okay.  And is it your testimony that only the

15  banks of those ponds were sodded?

16      A.   My testimony is banks and any other area that

17  we had fast erosion that the natural grass did not have

18  a chance to grow.

19      Q.   Okay.  Other than the two ponds, is there any

20  part of the southwest quadrant that is not sodded?

21      A.   Any other part of the southwest that was not

22  or was sodded?

23      Q.   Was not.

24      A.   As I mentioned, most of it is natural growth

25  there and I couldn't tell you exactly how much of it,

**BENJAMIN K. SHARFI**                              June 09, 2022
**USA vs BENJAMIN K. SHARFI**

1   but the material that is growing is not exactly sod.

2   It's basically weed that has been mowed, gets mowed

3   often.

4        Q.   Do you know what bahiagrass is?

5        A.   No, sir.

6        Q.   Okay.  So you're not aware of whether it's

7   bahiagrass that's growing on the site?

8        A.   No.  I'm not a grass expert.

9        Q.   So when you say "natural growth," is it your

10  testimony that the plant life that's growing is

11  carryover from before you purchased the site?

12       A.   No, sir.  What I'm saying is take any areas

13  that we have, if you keep it short and mow it, then

14  these ground-based grass, weed, whatever grows naturally

15  and we do every once in a while seed the area as well to

16  help the growth.

17       Q.   Okay.  What about in the southeast quadrant of

18  the site, you didn't sod within that wetland feature,

19  right?

20       A.   No, sir.  It was a fence and it was clear

21  marching orders to stay out of it.  In fact, that's a

22  great point you're bringing out.

23       Q.   Why don't you wait for a question, Mr. Sharfi.

24  I haven't asked you a question yet.

25       A.   Well, I'm just trying to tell you that the

**BENJAMIN K. SHARFI**                          June 09, 2022
**USA vs BENJAMIN K. SHARFI**

1    point I'm making is the color in the grass inside the

2    fenced area is exactly the same as outside.

3         Q.   Okay.  So are there any other parts of the

4    southeast quadrant of the site that were sodded?

5         A.   No, sir.

6         Q.   Okay.  And then I'm going to scroll up to the

7    northeast quadrant of the site.

8              Do you see that?

9         A.   Yes, I do.

10        Q.   Were any parts of the northeast quadrant of

11   the site sodded?

12        A.   Well, it was sodded or seeded for the special

13   kind of grass so the horses and animals can graze on it.

14        Q.   Where would that be?

15        A.   In the stall area where the horses, in that

16   area where they hang out.

17        Q.   Oh, is that in the northwest quadrant of the

18   site?

19        A.   Yes, sir.

20        Q.   Okay.  Got it.  And do you know whether it was

21   seeded or was it sodded?

22        A.   I couldn't tell you that.

23        Q.   Okay.

24        A.   We tried to use mostly seeds for obvious

25   reasons.  It's a lot more economical and they grow

**BENJAMIN K. SHARFI**                    June 09, 2022
**USA vs BENJAMIN K. SHARFI**

1    naturally much quicker.

2         Q.   In the northeast quadrant of the site, was any

3    portion of the northeast quadrant sodded?

4         A.   There was a small portion of it right in front

5    of the arena that we sodded, but unfortunately, because

6    of lack of irrigation, it all died.  So it only grows

7    natural vegetation.  And as I mentioned, there is no

8    irrigation system anywhere.  So during certain time of

9    the year, it all looks brown and dead and certain parts

10   of the year, they look nice and pretty and clean.

11        Q.   Are you familiar with a company called Eddie

12   Huggins Land Grading Company?

13        A.   Yes, I am.

14        Q.   Did the Eddie Huggins Land Grading Company do

15   any work at the site that we defined at your deposition

16   today?

17        A.   Eddie Huggins has done a lot of work for me

18   throughout the years at all the different sites, so I

19   can't tell you whether it's done there or what.  But if

20   there was grading in areas where we needed heavy

21   machinery, he would be the first person we would call.

22        Q.   Was any grading needed on the site,

23   Mr. Sharfi?

24        A.   No, sir.  Oh, one more person that in my

25   previous conversation you asked.  There was also another

**BENJAMIN K. SHARFI**                              June 09, 2022
**USA vs BENJAMIN K. SHARFI**

```
 1  gentleman that used to work there and he had a blue
 2  tractor that did some of the grading work, and his name
 3  was Curtis.  And I don't know Curtis, and unfortunately,
 4  the gentleman passed away.  Very good man.
 5       Q.   Is Curtis Bell the person you're thinking of?
 6       A.   I don't know his last name.
 7       Q.   Okay.  We'll call him Curtis then.
 8       A.   Curtis.
 9       Q.   Did Curtis do any work on the site that we
10  defined?
11       A.   I don't recall him specifically on the site,
12  but he would be one of the guys that we hired his
13  services frequently to do any of the tractor work.
14       Q.   Are you aware of any other companies that did
15  tractor work at the site?
16       A.   The only companies that I would know would be
17  when the arena was built, it was a gentleman named John
18  White.  I don't recall the name of his company.  And
19  other people would be Tom, irrigation and pump guy that
20  he worked there quite a bit, and the Eddie Huggins
21  Company.  Those are the ones that come to mind, sir.
22       Q.   So I'm going to show you a document that we'll
23  mark 237.
24            (Deposition Exhibit No. 237 was identified for
25  the record.)
```

800.211.DEPO (3376)
EsquireSolutions.com

**BENJAMIN K. SHARFI**                    June 09, 2022
**USA vs BENJAMIN K. SHARFI**

```
 1   BY MR. ADKINS:
 2        Q.   And this is "Defendant Benjamin K. Sharfi's
 3   Amended Answers and Objections to Plaintiff United
 4   States of America's Interrogatories."
 5             Do you see that document, Mr. Sharfi?
 6        A.   Yes, sir.
 7        Q.   I'm going to scroll to the end of this
 8   document here and there's a verification page.
 9             Do you see that?
10        A.   Yes, sir.
11        Q.   Is that your signature?
12        A.   Yes, sir.
13        Q.   And you signed this before a Notary public,
14   correct?
15        A.   Yes, sir.
16        Q.   Is your Notary public your assistant?
17        A.   She is my executive assistant.
18        Q.   Okay.  I thought the name looked familiar.
19             So I'm going to take you to your response to
20   the United States first interrogatory and the
21   interrogatory says, "Describe with maximum available
22   precision, including dates, all activities involving the
23   use of mechanized equipment that took place at the site
24   between January 1, 2017 and the present, excluding
25   activities that did not result in the discernable
```

800.211.DEPO (3376)
EsquireSolutions.com

```
 1              DEPOSITION ERRATA SHEET

 2   Page No. 7    Line No. 9-11 Change to: _____

 3      "Correct."
     _____

 4   Reason for change: Misunderstood the question. _____

 5   Page No. 149-50 Line No. 25-1 Change to: _____

 6        "...he's going to do to me..."
     _____

 7   Reason for change: Misstatement in transcription. _____

 8   Page No. 164   Line No. 5-6   Change to: _____

 9      "I did not approve or disapprove."
     _____

10   Reason for change: Misstatement in transcription. _____

11   Page No. 192  Line No. 4    Change to: _____

12      "Let me review."
     _____

13   Reason for change: Misstatement in transcription. _____

14   Page No. 202  Line No. 22   Change to: _____

15    "...hire people to do a job."
     _____

16   Reason for change: Misstatement in transcription. _____

17   Page No. 211   Line No. 7--8   Change to: _____

18   "And by no means is it reasonable, sir, giving somebody ..."
     _____

19   Reason for change: Misstatement in transcription. _____

20   Page No. 215   Line No. 10    Change to: _____

21    remove "212 and 214"
     _____

22   Reason for change: Not sure why included. _____

23

24   SIGNATURE: _____ DATE: 7-22-22

25            BENJAMIN K. SHARFI      Job# J8302685
```



BENJAMIN K. SHARFI                                          June 09, 2022
USA vs BENJAMIN K. SHARFI                                              289

1          DEPOSITION ERRATA SHEET

2    Page No. 222  Line No. 14   Change to: _____

3      Word "site" should actually read "location"

4    Reason for change: Site is term of art in case - change to avoid confusion.

5    Page No. 257  Line No. 22   Change to: _____

6    Should state "4 miles away" and not "14"

7    Reason for change: Misstatement.

8    Page No. 266  Line No. 19   Change to: _____

9     "...standards for an American person. I came to the ..."

10   Reason for change: Mistatement and/or unclear transcription.

11   Page No. 268  Line No. 8   Change to: _____

12    Should state "4 miles away" and not "14"

13   Reason for change: Misstatement.

14   Page No. 283  Line No. 8   Change to: _____

15    "...been a native to the area..."

16   Reason for change: Misstatement in transcription.

17   Page No. _____ Line No. _____ Change to: _____

18   _____

19   Reason for change: _____

20   Page No. _____ Line No. _____ Change to: _____

21   _____

22   Reason for change: _____

23

24   SIGNATURE: _____  DATE: 7/22/22

25            BENJAMIN K. SHARFI     JOB # J8302685

