# EXHIBIT 88

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE No. 2:21-cv-14205-KAM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

BENJAMIN K. SHARFI, in his personal and fiduciary
capacity as trustee of the Benjamin Sharfi 2002 Trust,
and NESHAFARM, INC.,

       Defendants.

_____

REMOTE DEPOSITION OF WADE NUTTER

Friday, April 1, 2022
9:01 - 5:20 p.m.

Witness Located in Athens, Georgia

Reported By:
Christina Andrioff, Court Reporter
Notary Public, State of Florida
Boca Raton Office    Job #J8094595



1  the literature that is available, in some parts of

2  the country, it is overestimated and some parts of

3  the country, it is underestimated.

4  BY MR. MCALILEY:

5      Q    It depends on the site?

6      A    Yes.

7      Q    Let me take down Exhibit 72 here and let's

8  go back to the previous, I am putting back up on the

9  screen Deposition Exhibit 73.  Can you see it on

10  screen here, Dr. Nutter?

11     A    Yes.

12     Q    I have on the screen here actually

13  Figure II.B.2 which is the figure we were just

14  talking about in the context of the U.S. Geological

15  Survey information, do you see that?

16     A    Yes.

17     Q    By the way, does the USGS Topographical

18  map identify the east/west ditch in the vicinity of

19  the site at Bessey Creek?

20     A    At some scales of the USGS map, it does,

21  yes.

22     Q    It is your testimony that the USGS map

23  identifies the east/west ditch right by the site at

24  Bessey Creek at some scales?

25                MR. ADKINS:  Objection.



1              THE WITNESS:  There is another screen

2    that comes in from the southeast and joins with what

3    we are referring to as escalated ditch, it is also

4    called Bessey Creek.  I can't recall directly, but

5    it's commonly known within the area as Bessey Creek.

6    Work has been done downstream at a treatment

7    facility that refers to it as Bessey Creek and I

8    believe that the water management district refers to

9    it as Bessey Creek.

10   BY MR. MCALILEY:

11        Q    Dr. Nutter, my question was much simpler,

12   I am just confirming your testimony that you saw a

13   USGS Topographical map that identifies the east/west

14   ditch near the site as Bessey Creek, is that

15   accurate?

16        A    At this point, I looked at so many maps;

17   at this point, going back, I can't answer that

18   question in the infirmative, I am not sure.

19        Q    You're not sure, right?

20        A    Right.

21        Q    All that other statements you just made

22   about the name Bessey Creek in that area, I want to

23   unpack that.  First of all, you don't live in

24   Martin County, right?

25        A    No.



WADE NUTTER                                             April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                               68

```
 1        Q    You have never done scientific
 2    investigations in Martin County, right?
 3        A    No.
 4        Q    You have never done a wetlands delineation
 5    in Martin County, right?
 6        A    No.
 7        Q    Have you ever worked at the South Florida
 8    Water Management District?
 9        A    No.
10        Q    Have you had any involvement in that
11    Hybrid Wetland Treatment Technology Facility that is
12    further downstream from the site?
13        A    Have I worked on it?
14        Q    Yes.
15        A    No.
16        Q    So you just made references here about
17    people referring to the ditch as Bessey Creek, which
18    specific people that are not members of the DOJ
19    expert team or members of the Plaintiff's team for
20    this case have you heard refer to the east/west
21    ditch as Bessey Creek?
22        A    Well, I guess I misspoke, I haven't heard
23    I know that in the Hybrid Waste Treatment Facility,
24    it is referred to as Bessey Creek.
25        Q    You have seen a document which is the
```



1  permit application for the Hybrid Wetland Treatment

2  Facility, right?

3      A    Yes.

4      Q    That permit, you saw referenced to

5  Bessey Creek, right?

6      A    As I recall, yes.

7      Q    Are there any other documents that you

8  have read that refer to the east/west ditch in the

9  vicinity of the site as Bessey Creek?

10     A    I don't recall.

11     Q    Is there any specific person who is not a

12 member of the Plaintiff's trial team here who you

13 have heard refer to that east/west ditch in the

14 vicinity of the site as Bessey Creek?

15     A    The rancher that raises cattle on the

16 Countess Joy property has referred to it as

17 Bessey Creek, his name is referenced in our report;

18 when we interviewed people at the Martin County

19 Landfill Waste Management Facility, the person we

20 spoke to, whose name I don't recall, she referred to

21 it as Bessey Creek, those are two specific

22 instances.  It was also referred to as Bessey Creek

23 by an individual from the Corps that we had spoken

24 to in getting background information.

25     Q    Anybody else?



WADE NUTTER                                          April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                            70

1        A     That's all that I recall.

2        Q     So the Corps of Engineers is essentially

3   the Plaintiff in this case, right?

4        A     Yes.

5        Q     What is the name of the person of the

6   Corps of Engineers?

7        A     Jon Stempic.

8        Q     Jon what?

9        A     Jon Stempic.

10       Q     Can you spell it, please.

11       A     I'm sorry, I can't, S-T-E-M-P-I-C,

12   something like that.

13       Q     Jon Stempic, am I hearing that right?

14       A     J-O-N.

15       Q     What is his job at the Army Corps of

16   Engineers?

17       A     My understanding, he was one of the

18   regulators that dealt with the Sharfi property.

19       Q     He is not a hydrologist then, right?

20       A     I don't know what his background is.

21       Q     As far as you know, he is not an expert at

22   all, right?

23       A     I don't know.

24       Q     The rancher on the site, is that

25   Dewaine Hazellief?



1        A     Yes.

2        Q     He's referenced in your report, right?

3        A     Yes.

4        Q     Tell me about Mr. Dewaine Hazellief, when

5   did you speak with Mr. Hazellief?

6        A     We spoke with him on two different

7   occasions, the first was during our August site

8   visit on the Countess Joy properties.  He leases it

9   from the owner of the property to raise cattle; and,

10  then the second occasion, I believe was in September

11  and then I believe he got sick after that and we

12  didn't see him again.  Generally, he gave us access

13  onto the Countess Joy properties when we visited the

14  site.

15       Q     When you spoke with Mr. Hazellief, it

16  sounds like you spoke with him when you were out on

17  the field at the Countess Joy property, is that

18  right?

19       A     That's correct, yes.

20       Q     The first time you spoke with him, how

21  long did you speak with him for?

22       A     We stood around and talked for probably

23  twenty minutes, mostly about raising cattle and land

24  management and so forth.  He complained a good bit

25  about the water quality of Bessey Creek.



WADE NUTTER                                                                   April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                                                      72

1       Q     What specifically did he say about the

2    water quality in Bessey Creek?

3       A     Well, he was aware of the hydrid waste

4    treatment facility that they put in and he said

5    that, in his opinion, a lot of that was being blamed

6    on agriculture.  He felt most of the contamination

7    was coming from the landfill operation upstream, his

8    personal opinion.

9       Q     There is a large landfill at the western

10   end of what I am calling the east/wast ditch?

11      A     Yes.

12      Q     That landfill covers many acres of land,

13   right?

14      A     Yes.

15      Q     Is that landfill a source of pollutants to

16   the east/west ditch to your knowledge?

17      A     I'm sorry, would you repeat the first

18   part.

19      Q     Is that landfill a source of pollutants to

20   the east/west ditch to your knowledge?

21      A     I don't know.

22      Q     You never specifically looked at that,

23   right?

24      A     No.

25      Q     Are the cattle that are out on the



 1  Countess Joy property a source of pollutants in the

 2  east/west ditch?

 3         A      Probably, yes.

 4         Q      Did you specifically go to look at that

 5  issue?

 6         A      We could see where cattle crossed into the

 7  Bessey Creek and also there in the wetlands, yes,

 8  there was a possibility there was contamination of

 9  Bessey Creek from cattle including wildlife, deer so

10  forth.

11         Q      Basically, when you have large mammals or

12  mammals of any type, when they defecate and it gets

13  in the water, that could be a source of pollution,

14  right?

15         A      Yes.

16         Q      Is there any other source of pollution

17  related to the cattle that you can think of that

18  relates to the east/west ditch?

19         A      No, I don't think so.

20         Q      Okay.  Mr. Hazellief stated his view that

21  the contamination of the east/west ditch came from

22  the landfill and not the cattle, what else did he

23  tell you?

24         A      Well, we asked him about his land

25  management practice, if he improved his pasture to



WADE NUTTER                                          April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                          74

1   be fertilized, he said, no, that the landowner did

2   not want him to do that, he did not want him to

3   clear, so it was just natural woodland grazing.

4        Q    What else did he tell you?

5        A    He told us how many cows he grazed on the

6   three hundred acres.  He grazed cattle on the west

7   side as well, west side of 84th Street, 84th Avenue.

8        Q    How many cows did Mr. Hazellief graze on

9   the Countess Joy property?

10        A    He said he grazed thirty cattle on the

11   three hundred acres on what we call the Countess Joy

12   East and because it was so wet at times he had to

13   move his cattle out so they didn't get diseases and

14   so forth.  On the west side of 84th Avenue, he was

15   only able -- six hundred acres was the total area, I

16   think he only grazed ten cattle over there because

17   it was so wet, such poor grazing.

18        Q    What else did Mr. Hazellief tell you?

19        A    That's all I can recall.  I guess I did

20   mention that the landlord did not want him to do any

21   clearing or burning to improve the pasture, I think

22   I mentioned that, that's all.  We also talked, if

23   you want a complete conversation, he had some health

24   issues which we talked about that, I don't remember

25   what they were.  I think the later site visit we had



1   he mentioned he had Covid, I mean it was just

2   general conversation.  He talked about he wouldn't

3   be there the next day and he was there on site for

4   two days.  He mentioned he wouldn't be there, he

5   gave us the combination for the lock because he was

6   on the west side because he was taking cattle to the

7   market I think.

8        Q    In all your conversations with

9   Mr. Hazellief, you just summarized what you recall

10  about them, right?

11       A    Yes, yes.

12       Q    Did you ever speak with the owner of the

13  Countess Joy property?

14       A    No, I did not.

15       Q    Do you know who the owner is?

16       A    My understanding his name is Goodfrin.

17       Q    Is he a farmer, does he do something else

18  for a living?

19       A    I don't know, I think he's -- I don't know

20  what his occupation is, I don't think he is a

21  farmer.

22       Q    Do you know whether Mr. Goodfrin intends

23  to develop the property to residential?

24       A    I have no idea.

25       Q    Did you speak with any other person



1   associated with the Countess Joy property?

2        A    No.

3        Q    Let's go back to the figures, Dr. Nutter,

4   we were talking about the National Wetland Inventory

5   now.  I have put up on the screen Deposition Exhibit

6   73, I am going to go down to Figure II.B.3, can you

7   see that on the screen?

8        A    Yes.

9        Q    Do you see at the bottom it says USGS

10  topographic map, National Hydrography Dataset

11  streams, canals and ditches and the USFWS National

12  Wetland Inventory wetlands in the vicinity of the

13  Site and Reference Areas, did I read that right?

14       A    Yes.

15       Q    Am I understanding this correctly that

16  this Figure II.B.3 is essentially the same as the

17  prior figure except for that it layers on top of it

18  the National Wetland Inventory information for the

19  vicinity?

20       A    Yes.

21       Q    Am I right that on Figure II.B.3 there

22  is -- on the upper right-hand corner, there is

23  another legend that says NWI wetland type?

24       A    Yes.

25       Q    It shows different colors, once again, for



 1   different wetland types.  This legend is in addition

 2   to the legend on the lower left-hand corner which

 3   has the USGS designations and the National

 4   Hydrography Dataset, right?

 5        A    It has the property designations not the

 6   USGS designations, the NHD.

 7        Q    On the lower right-hand corner of this

 8   figure, it has a zoomed in section that shows the

 9   site in the Countess Joy East property, do you see

10   that?

11        A    Yes.

12        Q    I see on this one there is a color, it is

13   a bluish color, that covers a portion of the site,

14   do you see that?

15        A    Yes.

16        Q    And what color does that represent?

17        A    That represents a freshwater

18   forested/shrub wetland.

19        Q    If I go to the legend at the top right of

20   Figure II.B.D, I can see that color matches up with

21   freshwater forested/shrub wetland, right?

22        A    Yes.

23        Q    Am I right that if I look at the rest of

24   the site there is the same green color that was on

25   the USGS map?



WADE NUTTER                                              April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                              78

1       A     The same what color?

2       Q     Green.

3       A     Green, yes.

4       Q     Am I correct that green color comes from

5    the USGS map that is part of what was used to

6    compile this figure?

7       A     Yes.

8       Q     So we have colors from the USGS map on

9    this figure and colors from the National Wetland

10   Inventory map on this figure, right?

11      A     Yes.

12      Q     If I look at -- That green color on the

13   site that is outside the bluish area that you just

14   identified, that is not a color that indicates the

15   presence of a wetland according to the National

16   Wetland Inventory, am I understand that right?

17      A     That's correct, it just indicates a

18   forested situation.

19      Q     If I look at Figure II.B.3, I do see there

20   are some ovals with a solid line around it with what

21   appears to be a slightly lighter green color, do you

22   see those?

23      A     Yes.

24      Q     Am I right that those correspond,

25   according to the legend for the National Weather



 1   change in the groundwater elevation, it was a

 2   relatively dry period in comparison with the period

 3   of time earlier.

 4        Q    Let me go to the next tab RStaff Bessey,

 5   am I right this the data from the surface water

 6   gauge located in the north side ditch just north of

 7   the site?

 8        A    No, RStaff gauge one is the one in the

 9   north/south ditch downstream from the site.  RStaff

10   Bessey is the one opposite well 5, I think it is,

11   well 4 and Bessey is the one opposite 6.

12        Q    I apologize, this is the afternoon getting

13   to me, I promise on the next break, I will have more

14   coffee.

15        A    You're keeping me on my toes.

16        Q    These staff gauges that you have at the

17   surface water, am I correct they measure the

18   elevation of the surface water?

19        A    Not elevation, just the depth of the water

20   with the fluctuations in the depth of the water as

21   it fluctuates, yes.

22        Q    So it just shows the depth of the water at

23   the location where you have the gauge, right?

24        A    The depth of the water above the sensor,

25   yes.



WADE NUTTER                                                    April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                                      190

1       Q    I see.

2       A    It is not measured from the bottom of the

3   channel because we didn't have our boots on and we

4   couldn't go out into the middle of the channel,

5   these were several feet off the edge of the channel.

6   You will notice in this one you have RStaff Bessey,

7   you will see it shows zero for a period of time,

8   that was when the water level had dropped below the

9   sensor but there was still water in the ditch, more

10  towards the center.

11      Q    Did you survey the bottom elevation of the

12  east/west ditch of the location of this gauge?

13      A    No, we did not.

14      Q    I can't tell how deep the water is in the

15  ditch based on looking, I can only see how deep the

16  water was over the top of the sensor?

17      A    That's right, yes.

18      Q    These surface water sensors do not show

19  the volume of the water in the ditch at that site,

20  do they?

21      A    No, if you knew the cross sectional area

22  survey the cross sectional area using the depth

23  would determine how much water was there, we did not

24  do that.  Our response was to determine how Bessey

25  Creek responds to rainfall.



1    Q    You don't know the volume of the water in

2    the ditch in the east/west ditch at any point in

3    time, correct?

4    A    No.

5    Q    Does this ditch show the rate at which

6    water was moving at the east/west ditch?

7    A    No, this is not a flow measure, this is

8    just a depth measurement.

9    Q    You don't know how fast the water was

10   moving in the east/west ditch based on --

11             MR. ADKINS:  Objection, is this based

12   on the well data that we're looking at or generally?

13             MR. MCALILEY:  Counsel, is there a

14   problem with the question?

15             MR. ADKINS:  Objection, vague.

16   BY MR. MCALILEY:

17   Q    Dr. Nutter, we are looking right now at

18   the data for your RStaff Bessey gauge, right?

19   A    Yes.

20   Q    Your RStaff Bessey gauge is a surface

21   water gauge, correct?

22   A    Yes.

23   Q    You have the RStaff Bessey Up gauge?

24   A    Yes.

25   Q    And the RStaff gauge 1?



WADE NUTTER                                                    April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                                       192

```
 1          A    Yes.
 2          Q    All of these surface water gauges measure
 3   the same thing, don't they?
 4          A    Yes.
 5          Q    Based on these gauges, you don't know the
 6   volume of the water in these ditches at any point in
 7   time, correct?
 8          A    No.
 9          Q    You also don't know how fast the water is
10   moving in either the east/west ditch or the
11   north/south ditch, correct?
12          A    I do not know the rate of flow, is that
13   what your question was?
14          Q    Yes, sir.
15          A    No, I do not.
16          Q    You asked it better than me.
17          A    It tells me because the water level was
18   dropping that there is flow.
19          Q    You don't know how much flow there is, do
20   you?
21          A    No.
22          Q    How much water flows down the east/west
23   ditch by the Countess Joy property each year?
24          A    I don't know.
25          Q    You can't tell me how much water was
```



1  flowing down the east/west ditch in any specific

2  year, isn't that right?

3       A    That's correct.

4       Q    You can't tell me on average how much

5  water flows down the east/west ditch?

6       A    The east/west ditch, no.  I do have

7  knowledge of the stream data which I reproduced from

8  the Hybrid Waste Treatment Facility.

9       Q    You have data from what the water flow is

10  at the Hybrid Wetland Treatment Facility, correct?

11       A    Yes.

12       Q    That is data that you got from the permit

13  application for that facility?

14       A    Yes, I also looked at the report that I

15  relied on the information given in the permit

16  application.

17       Q    Other than information that you got from

18  the Hybrid Wetland Treatment Facility, you don't

19  have any data about how much water flows down the

20  east/west ditch each year, do you?

21       A    No.

22       Q    Do you have any data of how much water

23  flows down the pathway that you identified from the

24  site to the east/west ditch, right?

25       A    No.



WADE NUTTER                                                   April 01, 2022
UNITED STATES vs BENJAMIN K. SHARFI                                    194

1      Q    How much freshwater flows into Bessey

2   Creek each year from all sources?

3      A    It is all freshwater from this location

4   upstream and some distance downstream.  From the

5   data presented in the Hybrid Wetland Treatment

6   system, I could calculate that but I haven't done

7   that.

8      Q    When I am referring to Bessey Creek, I am

9   referring to all of Bessey Creek, do you remember

10  before lunch we looked at a figure that showed there

11  is multiple branches to Bessey Creek east of the

12  turnpike, right?

13     A    Yes.

14     Q    Even for the area west of the turnpike,

15  there is more water going into Bessey Creek than the

16  water in the east/west ditch, right?

17     A    I'm sorry, say that again.

18     Q    The east/west ditch does not deliver all

19  the water to Bessey Creek that originates west of

20  the turnpike?

21     A    No.

22     Q    My question to you is this, how much water

23  flows into Bessey Creek, in general, from all

24  sources each year?

25     A    I don't know.  At this time, I don't now.



1      Q    How much water flows from Bessey Creek
2   into the St. Lucie River each year?
3      A    I don't have that data but I could
4   determine it.
5      Q    It is not in your report, right?
6      A    No.
7      Q    Let me go to the tab RStaff gauge 1, am I
8   right this data is showing the reason for your gauge
9   in the north/south ditch just north of the site?
10      A    Yes.
11      Q    Does this gauge indicate during the period
12   you were taking the measurements there is always
13   some water in the north/south ditch at that
14   location?
15      A    Yes.
16      Q    Once again, it doesn't show me the volume
17   of water flowing in the north/south ditch, right?
18      A    No.
19      Q    By the way, this doesn't tell you the
20   direction it flows, does it?
21      A    No.
22      Q    Is the north/south ditch wet year round?
23      A    From my understanding and from what I
24   recently read in the deposition on this case, it is
25   half water year round.

