EXHIBIT 90

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE No.: 2:21-cv-14205-KAM

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

BENJAMIN K. SHARFI, in his personal and
fiduciary capacity as trustee of the Benjamin
Sharfi 2002 Trust, and NESHAFARM, INC.,

      Defendants.

_____

REMOTE VIDEOTAPED DEPOSITION OF
MICHAEL M. WYLIE, M.S.

Monday, April 4, 2022
9:00 - 6:22 p.m.

Reported By:
Wendy Beath Anderson, RDR, CRR, CRC
Notary Public, State of Florida
Esquire Deposition Services
West Palm Beach Office  Job #J8094615

1

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1    connection to each other?
 2              MR. ADKINS:  Objection; vague.
 3    BY MR. MCALILEY:
 4        Q.   I'm asking what's shown on the map from the
 5    USGS.  That's the question.
 6              MR. ADKINS:  Same objection.
 7              THE WITNESS:  I -- the -- would you please --
 8        please, one more time with the question and I'll
 9        try to answer it.
10    BY MR. MCALILEY:
11        Q.   Okay.  I'm asking you on Figure II.B.2, am I
12    correct the USGS map that you used to create this figure
13    does not show any surface water connection between the
14    wetlands identified on the Countess Joy property?
15              MR. ADKINS:  Same objection.
16              THE WITNESS:  That's correct.
17    BY MR. MCALILEY:
18        Q.   Thank you.  And is it your opinion that
19    virtually all of the Countess Joy East property is a
20    wetland?
21        A.   No, sir.  There are uplands there.  You can
22    see the west of the north/south ditch.  You can see a
23    contour line that's 25 feet.  Those are uplands.  We did
24    a wetland determination along that line.  It was clearly
25    uplands.  There's other uplands that are on the eastern
```

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1   section that are identified, that are much more easier
 2   to identify from an aerial photograph and also from the
 3   inspection that we did.
 4          So the -- this map is a tool that we use and
 5   we augment this map with aerial photography, with hydric
 6   soils.  If you overlaid the hydric soils on this map you
 7   would clearly see that there's many more wetland or
 8   potential wetland areas that we confirmed on the site.
 9   So for this map and for the USGS, that was their
10   portrayal, and we used this to show the improved reach
11   of Bessey Creek ditches and some depressional wetlands.
12          So that was the goal of using this figure.
13   Q.    Thank you, Mr. Wylie, but again, I think
14   you've answered a different question that I asked.  I
15   simply asked, do you think that the Countess Joy
16   property is all wetlands?  And I think you've answered
17   that.  The answer is no, right?
18   A.    Yes, sir, that's correct.
19   Q.    Okay.  What percentage of the Countess Joy
20   property do you believe constitutes wetlands?
21          MR. ADKINS:  Objection; vague.
22          THE WITNESS:  I -- my goal on the site was to
23      do determinations at several points, which I did,
24      and accompanied by soil scientists, hydrologists
25      and vegetation experts.  So we did determinations.
```

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1        They're totally different than delineations, which
2        we then set a line up and make a polygon in.
3            That was not our goal here.  Our goal was to
4        find flow paths, find connections, ensure that what
5        we were looking at met the definitions of what a
6        wetland is under the '87 manual and regional
7        supplements, and then confirm their connections to
8        Bessey Creek, which we did.
9    BY MR. MCALILEY:
10       Q.   Okay.  So is the answer more than half of the
11   Countess Joy property you believe is a wetland?
12       A.   I -- it would be -- I'd be remiss in giving
13   you a number that there's extensive areas of wetlands on
14   the Countess Joy East and West site.
15       Q.   So you can't tell me how many acres of the
16   Countess Joy property consists of wetlands, right?
17       A.   I can't give you an exact number.  Typically
18   we give approximations, but I can't give you an exact
19   number.
20       Q.   Okay.  You can't give me an approximation of
21   the number of acres of wetlands in the Countess Joy
22   property, right?
23       A.   That wasn't our goal.
24       Q.   So the answer is no, you can't give me an
25   approximation of the number of wetlands on the Countess

800.211.DEPO (3376)
EsquireSolutions.com

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1    Joy site, right?
2         A.    That's correct.
3         Q.    Okay.  And you did not delineate any wetlands
4    on the Countess Joy site, right?
5              MR. ADKINS:  Objection.
6              THE WITNESS:  Yes, sir, that's correct.
7    BY MR. MCALILEY:
8         Q.    So there's no map that you have created or
9    other members of the DOJ team have created that shows
10   the boundaries of wetlands on the Countess Joy site,
11   right?
12        A.    We identified wetlands at points across the
13   east and west boundary, and we've also connected those
14   points up with flow paths that Dr. Nutter performed and
15   we married those up with hydric soil maps, aerial
16   photography and on-site inspections.
17             So we feel comfortable and I feel comfortable
18   that the wetlands go from the Sharfi site through the
19   Countess Joy East site and abut the improved section of
20   Bessey Creek.
21        Q.    Okay.  Hold on.  So a moment ago you told me
22   that you have not delineated wetlands on the Countess
23   Joy site.
24             Was that a correct statement, sir?
25        A.    Yes, sir, that's correct.

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

 1      Q.   So there is no map that I can look at that
 2   will show me the boundaries of where the wetlands are on
 3   the Countess Joy site, in your opinion; is that right?
 4      A.   I have not drawn a polygon along the wetlands
 5   on the Countess Joy site; correct.
 6      Q.   Okay.  Did I hear you just say that you
 7   believe it is wetlands all the way from the north
 8   boundary of the site all the way up to the east/west
 9   ditch?
10      A.   Yes, sir, I do.
11      Q.   Okay.  So is that entire area that is on
12   Figure II.B.2 that is directly north of the site going
13   up the north/south ditch to the east/west ditch, do you
14   believe that entire area is wetland?
15      A.   No, sir, I don't.
16      Q.   Okay.  So, but you do believe that there are
17   wetlands that go all the way from the site up to the
18   east/west ditch; is that right?
19      A.   Yes, sir, I do.
20      Q.   And do those wetlands follow the flow path
21   that Dr. Nutter identified?
22           MR. ADKINS:  Objection; vague.
23           THE WITNESS:  Yes, sir, they do.
24   BY MR. MCALILEY:
25      Q.   Okay.  By the way -- well, never mind.

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1              Let's go to the next figure here,
 2     Figure II.B.3.  So this is the same map but overlaid on
 3     this is the National Wetland Inventory information
 4     regarding wetlands.
 5              Do you see that?
 6        A.    Yes, sir, I do.
 7        Q.    And the National Wetland Inventory is a source
 8     of information that you have used in preparing your
 9     opinions in this case, right?
10        A.    Yes, sir, I did.
11        Q.    And you determined the acreage of the
12     similarly situated wetlands by taking information from
13     the National Wetland Inventory for Basin 4, right?
14        A.    I used that approximation; yes, sir.
15        Q.    Okay.  So am I right that on this National
16     Wetland Inventory map overlay, Figure II.B.3, it
17     indicates that the north/south ditch is not located in
18     wetlands?
19        A.    Yes, sir, that's true, uh-huh.
20        Q.    And am I right that the National Wetland
21     Inventory database does not show a contiguous wetland
22     complex that includes the site and connects up to the
23     east/west ditch?
24              MR. ADKINS:  Objection.
25              THE WITNESS:  Yes, sir, that's correct.
```

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1    BY MR. MCALILEY:

2         Q.    And the National Wetland Inventory database

3    does not show that the east/west ditch north of the site

4    is located in wetlands, right?

5         A.    That's correct, yes, sir.

6         Q.    Okay.  So let me exit out of this and let's go

7    back to your report.

8              Okay.  Can you see the report up on the

9    screen?  This is page 2, Section II.B, Study Area.

10        A.    Yes, sir.

11        Q.    Okay.  And so I had highlighted previously

12   that you had established approximately an 11,049-acre

13   study area, which is Basin 4, right?

14        A.    Yes, sir.

15        Q.    Okay.  So I'm going to get rid of this

16   highlighting and just to make it easier to read, I'm

17   going to highlight the next sentence here.

18              So the third sentence says, quote, This study

19   area included the site wetlands and approximately

20   1,064 acres of similarly situated wetland areas within

21   the Bessey Creek watershed that were mapped by the U.S.

22   Fish and Wildlife Service's National Wetlands Inventory,

23   Figure II.B.1, did I read that right?

24        A.    Yes, sir.

25        Q.    So am I understanding this correctly, that

**MICHAEL M. WYLIE, M.S.**                    **April 04, 2022**
**USA vs BENJAMIN K. SHARFI**

1  goes over to the 84th Avenue ditch.

2          Here you can see on the north/south ditch, and

3  we observed flow out of the ditch towards the west and

4  84th Avenue and through to the north to the confluence

5  with Bessey Creek.

6          So what this is doing is we observed flow in

7  both areas to the west and to the north.  And it's

8  storing water because this flow of water is then going

9  back to surface water and also depressional wetlands off

10  to the west that we looked at earlier.

11          So it's storing water.  It's preventing flood

12  events because it goes straight to Bessey Creek in two

13  different directions at least.  And then what these

14  depressional wetlands do when they're full of water, as

15  time goes on and we get out of the rainy season or

16  whatnot, surficial flow through subsurface flow to

17  Bessey Creek to maintain water quality flow regime and

18  also navigation downstream.

19      Q.   Mr. Wylie, so you're telling me that this

20  photo shows the wetlands capturing flood flows and

21  attenuating it; is that right?

22      A.   Yes, sir.

23      Q.   And this was taken in August of 2021?

24      A.   Yes, sir, I think it was August 23rd, I think

25  it is.

800.211.DEPO (3376)
EsquireSolutions.com

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1    Q.   Did you testify earlier that this was
2  equivalent of the dry season because there was a
3  drought?
4    A.   Not in August.  In September and in October
5  were below rainfall.  In August we used the Corps'
6  APT -- ATP tool.  There was above-normal rainfall and
7  this is where, obviously, we saw water going north into
8  the west out of the north/south ditch.
9    Q.   Let me leave the figures here.  Let's go back
10  to the report.  I'm back in Deposition Exhibit No. 72 on
11  page 39 and the -- in the second full paragraph, and in
12  this paragraph you write that "The DOJ expert team found
13  water in the soils on the site," correct?
14    A.   Yes, we found watered soil surface.
15    Q.   And so am I understanding this correctly, but
16  the fact that you're finding water -- a high water
17  table, water in the soils, is a sign that wetlands on
18  the site are, you know, holding flood waters, preventing
19  a fast runoff so there will be a base flow?  Am I
20  understanding that right?
21    A.   In the dry season.
22    Q.   Okay.  But that's the significance of the fact
23  that you found a high water table in soils on the site?
24  Am I understanding that right?
25    A.   Well, what the significance of that during the

**MICHAEL M. WYLIE, M.S.**                    **April 04, 2022**
**USA vs BENJAMIN K. SHARFI**

1    rainy season, which August is the rainy season, is that

2    the wetlands store precipitation, surface water and

3    groundwater in anticipation of the -- if you want to

4    give -- anthropomorphize wetlands in the dry season,

5    then the shallow subsurface flow flows through in

6    groundwater to Bessey Creek maintaining its flow volume

7    and rate in navigation.

8            So what that picture was portraying is it was

9    storing excess rainwater from -- during the growing

10   season -- I mean during the rainy season.

11       Q.   Okay.  So the DOJ expert team's investigations

12   on the site where you looked, you took these -- you put

13   wells on the site, you took soil samples, you found

14   evidence that at the site it was storing water from, you

15   know, rainfall so it wouldn't flood in the short-term

16   and, rather, it would release it was base flow.

17           Am I understanding this correctly?

18       A.   Yes, that's correct it ameliorates flow

19   downstream.  It reduces flood peeks.  And that's a

20   function of surface and subsurface flow of what a

21   wetland does.

22       Q.   Okay.  So basically, wetlands store water by

23   letting rainwater percolate into the ground where you

24   have a high water table and it could flow out more

25   slowly, you know, eventually out to the east/west ditch.

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1              Do I have that right?
2        A.   That's what we observed on the site; yes.
3        Q.   Okay.  So when you went on the site in 2021,
4   it's your opinion that most of the site the wetlands had
5   been filled, right?
6        A.   I'm sorry, I didn't get the very last
7   sentence.
8        Q.   It's your opinion that when you went out in
9   2021, most of the wetlands in the site had been filled,
10  correct?
11       A.   That's correct, yes, sir.
12       Q.   So you found, even though the wetlands no
13  longer existed, in your opinion, across most of the
14  site, you still found water in the soil that was being
15  stored there from rainfall so it would be released out
16  for base flow in the dry season, right?
17       A.   The water that we found was in the wetland
18  that was the reserve wetland.  So if there had been fill
19  added, which we think there has been some scraping or
20  whatnot, it still wasn't too far away from the original
21  soil surface.  So one would expect that a depressional
22  wetland like that would still have a high water table.
23  We also found a high water table on the site near
24  Cypress Lake where it was scraped out to lower the
25  ground and then layered with sod and filled with sod.

1            So in that area it appeared it was -- that it
2    was scraped lower and then filled.  So those kind of
3    lower areas outside of the vast majority of the site,
4    one would expect we would find a high water table at
5    those areas, especially in August when you had
6    above-normal rainfall.
7        Q.   Okay.  Mr. Wylie, let me find the sentence
8    here.  Let me read you aloud page 39.  This is the first
9    full paragraph.  Quote, During the August 2021
10   investigation of the Countess Joy site, we find water at
11   the soil surface or within 3 inches of the soil surface
12   at the eight wetland locations we sampled, right?
13       A.   Yes, sir, that's correct.
14       Q.   Okay.  And you also found -- in the first
15   sentence, "We found soil saturation within 12 inches of
16   the ground surface at several locations on the site,"
17   right?
18       A.   Yes, sir, that's correct.
19       Q.   These observations are sufficient to meet the
20   mandatory criteria for hydrology articulated in the
21   manual and the regional supplements.
22            Did I read that correct?
23       A.   Yes, sir, that's correct.
24       Q.   But you found saturated soils in the areas of
25   the site where you believe they were all wetlands before

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1    the defendants --
2             (Reporter interruption.)
3             MR. MCALILEY:  No problem.
4    BY MR. MCALILEY:
5        Q.   You found saturated soils in the areas of the
6    site that you believe constitutes the 6 acres of
7    wetlands, right?
8        A.   We found soil saturation in several locations
9    that we believe were inside the wetland delineation, but
10   that doesn't mean that the soils were hydric.  And
11   these -- both these areas, or three of these areas, I
12   forget exactly how many there were, were filled with
13   either sod and the associated material attached to that
14   sod, land cleared.
15            So just because it had saturation doesn't mean
16   that there were present wetlands, but we feel like that
17   they were former wetlands.
18       Q.   Okay.  But the point is, there's still -- you
19   still have the site holding water from the rainfall,
20   right?  It's in the ground where it can be released over
21   time, right?
22       A.   There were just a couple locations that we
23   found here and the other areas were depressional
24   wetlands which hadn't been mechanically land cleared,
25   shaped to runoff surface water or storm water.  And

800.211.DEPO (3376)
EsquireSolutions.com

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

 1   there's also -- we think there might have been some
 2   piping involved, I think.
 3        Q.   So Mr. Wylie, in the area -- you've delineated
 4   6 acres of wetlands on the site, right?
 5        A.   Yes, sir, approximately.
 6        Q.   In order for there to be a wetland under that
 7   1987 wetland manual, there needs to be hydric soils,
 8   there needs to be saturated soils and there needs to be
 9   wetland vegetation under normal circumstances, right?
10        A.   Yes, sir.
11        Q.   Okay.  So you found hydric soils at all of
12   these locations on the site when you went and took your
13   samples in August and September of 2021, right?
14        A.   In September and October of 2021.
15        Q.   Okay.  So you found the hydric soil there in
16   the 6 acres.  You also found that the soils were
17   saturated with water, right?
18        A.   I would defer to Dr. Stewart on any soil
19   characterizations, and if we found soil saturation, I'm
20   sure Dr. Nutter would -- could report that.  But
21   regardless of those issues, what we found was deposition
22   of dredge and fill material in these areas.
23             So even if it was a wetland, which we were
24   only be able to establish in some of the depressional
25   areas, there were impact to these sites even with the

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1   soil saturation.
 2        Q.   Hold on.  I'm not asking about that.  What I'm
 3   asking about is the conditions that you found, right?
 4   On page 39 you wrote the words We found soil saturation
 5   within 12 inches of the ground surface at several
 6   locations on the site, end quote.
 7             Is that a true and correct statement, sir?
 8        A.   Yes, sir, it is.
 9        Q.   Okay.  So you could not reach the conclusion
10   that you had 6 acres of wetlands on the site unless you
11   found soil saturation in the area of the 6 acres, right?
12             MR. ADKINS:  Objection.
13             THE WITNESS:  No, sir, that's not true.
14   BY MR. MCALILEY:
15        Q.   Oh, okay.  So -- okay.  So let me -- okay.  So
16   you think you can find a wetland even if there's not
17   wetland hydrology?
18             MR. ADKINS:  Objection.
19             THE WITNESS:  Oh, yes, sir.  It could be
20        totally removed by underground pipes.  It could be
21        filled 5 feet up.  The soil could be so rolled and
22        picked apart, porosity of the soil, it just falls
23        right through.
24             When we were there, we had below-average
25        rainfall in September and October.  That's always
```

271

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1          an issue to think about.  So just because we found
 2          soil saturation in two or three sites, it really
 3          doesn't mean that there was other wetlands there,
 4          or if we found no saturation there it doesn't mean
 5          it.  There were so many impacts on the site.
 6     BY MR. MCALILEY:
 7          Q.   Water can still percolate into the soil on the
 8     site, right?
 9          A.   Water can still percolate with soil on the
10     site?  Yes, it can.
11          Q.   And Mr. Wylie, did the defendants pave the
12     site?
13          A.   What Mr. Sharfi did was, he enclosed the site
14     and raised the site with the road around it.  He moved
15     massive amounts of material around.  He excavated ponds,
16     scraped the material around from the -- from my reading
17     of the depositions, there were roads constructed to the
18     site.
19               I saw that of Mr. Berlusconi, his deposition,
20     I saw -- the site was totally land cleared.  We saw
21     areas of muck on the site, areas of water.  The several
22     photos that I reviewed from the 2018 South Florida Water
23     Management District flyover found large amounts of sandy
24     material, land-cleared material and water still evident
25     on site and then large amounts of land clearing.
```

**MICHAEL M. WYLIE, M.S.**                    **April 04, 2022**
**USA vs BENJAMIN K. SHARFI**

1    significant nexus for Bessey Creek where it's TNW.

2         Q.   Okay.  I'm going to show you another document.

3    This is -- well, I'm showing you a document that I have

4    marked Deposition Exhibit 81.

5              (Deposition Exhibit No. 81 was marked for

6    identification.)

7    BY MR. ADKINS:

8         Q.   At the top of this document is "Appendix 5,

9    Chronology of Activities on the Site."

10             Do you see this?

11        A.   Yes, I do.

12        Q.   It says "Photograph 5-1, 1966 Partially

13   Cleared for Pasture/Agricultural Production."

14             Do you see that?

15        A.   Yes.

16        Q.   Do you recognize this appendix as one that was

17   attached to the expert report that the DOJ expert team

18   submitted?

19        A.   Yes, I do.

20        Q.   Do you recall being asked some questions

21   during your deposition whether you had photographs in

22   your report that you believe support that wetlands on

23   the site abut the north/south ditch?

24        A.   Yes, I do.

25        Q.   Do you know whether any of those photographs

800.211.DEPO (3376)
EsquireSolutions.com

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1   that you had in mind are in this appendix?

2       A.   Yes, they are.

3       Q.   Let's look at the first photograph here.  What

4   is this a photograph -- oh, I'm sorry.  Okay.  I'm going

5   back to Photograph 5-1, 1966.  Does this photograph have

6   any relevance to that conclusion that we discussed

7   earlier in deposition?

8       A.   It's very important; yes.

9       Q.   Why is that?

10      A.   In the southwest corner you see the wetland

11  that is basically abutting any future location of the

12  north/south ditch.  I can't really observe a ditch

13  imprint here until we get up to the northwest portion

14  and you can see side casts.  It's typically when folks

15  excavate a ditch, they throw side casts and you could

16  see that in the northwest portion.

17          When you go down to the southwest portion, I

18  see no evidence of ditch.  I'm not saying it's not

19  there, but there's no evidence of it.  And there's a

20  large depressional wetland right there that certainly

21  goes right to the edge of the Sharfi property.

22      Q.   So when you say this picture is important,

23  does this picture support your conclusion that wetlands

24  on the site abut the north/south ditch prior to

25  disturbances by defendants?

MICHAEL M. WYLIE, M.S.                        April 04, 2022
USA vs BENJAMIN K. SHARFI

1      A.    Yeah, the way I would characterize it is the
2  ditch was excavated through this area of wetlands on the
3  southwest side.
4      Q.    I'm moving to the second page of Appendix 5.
5  This is Photograph 5-2, 1995.  Do you see the picture
6  I'm looking at here?
7      A.    Yes, I do.
8      Q.    Okay.  Does this picture have any relevance to
9  your conclusion that wetlands on the site abut the
10  north/south ditch prior to defendants' activities?
11      A.    Yes, it does.  It's a very similar picture
12  except it's, you know, obviously 30 years later almost
13  and the wetlands cross the Sharfi property line.
14      Q.    Let's go to the next photograph.  This is
15  Photograph 5-3, 2005.  Do you see that photograph?
16      A.    Yes, I do.
17      Q.    Does this Photograph 5-3, 2005 have any
18  relevance to your conclusion that wetlands on the site
19  abut the north/south ditch prior to the defendants'
20  activities?
21      A.    It's the same conclusion that the wetlands on
22  the southwest side run to the next property, which is
23  the greenhouse property.
24          (Deposition Exhibit No. 82 was identified for
25  the record.)

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1   BY MR. ADKINS:
 2        Q.   I'm now showing you a document that's been
 3   marked Deposition Exhibit 82.  This has been
 4   Bates-stamped USAExperts_0000425.
 5            Are you familiar with this document,
 6   Mr. Wylie?
 7        A.   Yes, I am.  I took the picture.
 8        Q.   Okay.  Do you recall where you took this
 9   picture from?
10        A.   I took it from the west bank of the
11   north/south ditch.
12        Q.   Were you on the Countess Joy referenced
13   property when you took this picture?
14        A.   That's correct.
15        Q.   What is this picture depicting?
16        A.   Bessey Creek is the water body to the left.
17   It's flowing away from us and where I've put the dutch
18   auger, that's the confluence of north/south ditch in
19   Bessey Creek.
20        Q.   Okay.  So there are three, I'll say images on
21   this document; is that right?
22        A.   That's correct.
23        Q.   And there's a photograph at the top and two
24   images on the bottom; is that correct?
25        A.   That's correct.
```

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

1        Q.   Okay.  And the photograph in the top you say
2   there's a dutch auger.  Is that the metallic implement
3   that is -- it appears to be in some standing water?
4        A.   It's like a T-bar on top and then an auger on
5   the bottom.  It's underneath the water.
6        Q.   Okay.  To the right of that picture, what --
7   is that -- what are we seeing here?  What is the water
8   to the right of that dutch auger?
9        A.   That's the north/south ditch flowing from the
10  picture from right to left into Bessey Creek.
11       Q.   And on the left side of the dutch auger, is
12  that a water body we see?
13       A.   That's Bessey Creek.
14       Q.   Do you recall about what date you took this
15  picture?
16       A.   I think it's August the 23rd, 2021.
17       Q.   Does the picture depicted on Deposition
18  Exhibit 82, does this accurately reflect your
19  observations of the north/south ditch of Bessey Creek
20  that day?
21       A.   Yes, it does.
22       Q.   Did you rely on your observations in forming
23  your opinions in this case?
24       A.   Yes, I did.
25

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1            (Deposition Exhibit No. 83 was marked for
 2    identification.)
 3    BY MR. ADKINS:
 4        Q.    Okay.  I'm now showing you a document that's
 5    been marked deposition Exhibit 83.  At the top of this
 6    document it reads "Clean Water Act Jurisdiction
 7    Following the U.S. Supreme Court's Decision in Rapanos
 8    vs. United States and Carabell vs. United States."
 9            Have you ever seen a document like this
10    before?
11        A.    Yes, many times.
12        Q.    What is this, Mr. Wylie?
13        A.    The colloquialism is the Rapanos guidance for
14    the EPA and the Corps and consultants to consult
15    other -- determining if certain wetlands are waters of
16    the United States.
17        Q.    How are you familiar with this document?
18        A.    Well, I have employed it as an -- I employed
19    it in the field.  I've also used it in court cases as an
20    expert witness for the government.  I've taught Rapanos
21    guidance to eight Corps districts.  I've spent weeks
22    with them in the field, discussing it in courtroom, in
23    classrooms and field.  I've taught hundreds of EPA
24    employees this document and how I interpret it along
25    with other attorneys.
```

MICHAEL M. WYLIE, M.S.                    April 04, 2022
USA vs BENJAMIN K. SHARFI

```
 1              So I'm pretty familiar with this document.
 2         Q.   Do you recall being asked questions at your
 3    deposition today about the term in your report
 4    seasonally permitted?
 5         A.   Yes.
 6         Q.   And your reports states that your conclusion
 7    that the north/south ditch is a seasonally permitted
 8    waterway.
 9              Do you recall that?
10         A.   A seasonally permitted tributary, yes.
11         Q.   Okay.  And you said during your deposition
12    today that the term seasonally permitted is used in
13    Rapanos guidance, in fact, it's in that guidance.
14              Do you recall that testimony?
15         A.   Yes, I do.
16         Q.   Okay.  I want to take you to page 1 of this
17    document.  I'm going to try to zoom in here.  Do you see
18    the boxes there's a summary of key points?
19         A.   Yes, sir, I do.
20         Q.   Okay.  I'm going to highlight the third bolded
21    in that box.  It says, "Non-navigable tributaries of
22    traditional navigable waters that are relatively
23    permanent where the tributaries typically flow year
24    round or have continuous flow at least seasonally (e.g.,
25    typically three months.)"
```

**MICHAEL M. WYLIE, M.S.**                    **April 04, 2022**
**USA vs BENJAMIN K. SHARFI**

```
 1              Did I read that correctly?
 2      A.   Yes, sir, you did.
 3      Q.   What does this mean, Mr. Wylie?
 4      A.   It means a tributary, of course non-navigable
 5 tributary, that flows three months out of -- it flows at
 6 least continuously three months out of 12 out of a year,
 7 where agencies assert jurisdiction in their waters of
 8 the United States.
 9      Q.   Is it your opinion that the north/south ditch
10 fits this definition that we have just referred to?
11      A.   Yes.  It's my opinion that the north/south
12 ditch is a non-navigable relatively permanent tributary
13 of Bessey Creek.
14      Q.   So when you said that the north/south ditch is
15 seasonally permanent, were you referring to the word
16 permanent and seasonally that are in this definition in
17 the third bullet we've discussed?
18      A.   Yes, sir, I was.
19           MR. ADKINS:  Okay.  I have no further
20      questions for the witness.  Thank you very much for
21      your time.
22           MR. MCALILEY:  Okay.  Mr. Wylie, I have a few
23      questions on account of Exhibit No. 81.  So let me
24      share my screen here.
25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

           *Plaintiff*,

      v.

BENJAMIN K. SHARFI, in his personal and
fiduciary capacity as trustee of the Benjamin
Sharfi 2002 Trust, and NESHAFARM, INC.

         *Defendants.*

Case No. 2:21-cv-14205-KAM

## ERRATA FOR DEPOSITION OF MICHAEL M. WYLIE

I, Michael M. Wylie, have read the transcript of my deposition taken on April 4, 2022, in

the above-captioned case and, pursuant to Federal Rule of Civil Procedure 30(e)(1), list the

following changes to the transcript and the reasons for making them:

| Page | Line | Reads | Should Read | Reasons For Change |
|------|------|-------|-------------|---------------------|
| 12 | 9 | information | detail | Mistranscribed |
| 47 | 6 | agricultural | arresting | Mistranscribed |
| 65 | 14 | I think it does | It does not | Correction |
| 84 | 19 | definition | designation | Mistranscribed |
| 98 | 3 | October | August | Correction |
| 100 | 24 | De-ponded | ponded | Mistranscribed |
| 118 | 9 | regulations | wetlands | Mistranscribed |
| 118 | 25 | Some | Some --- most | Mistranscribed |
| 152 | 22 | silk | silt | Mistranscribed |
| 153 | 3 | DPE | DEP | Mistranscribed |
| 158 | 21 | terms | times | Mistranscribed |
| 179 | 25 | in 2008 | in December 2008 | Mistranscribed |
| 186 | 19 | tributary TNM | tributary of a TNW | Mistranscribed |
| 195 | 7 | order | area | Mistranscribed |
| 203 | 22 | However | "However | Mistranscribed |
| 207 | 19 | P&W | TNW | Mistranscribed |
| 210 | 22 | impoundment | improved | Mistranscribed |
| 227 | 20 | repairing | impairing | Mistranscribed |

| 237 | 17 | essential | residential | Mistranscribed |
|-----|-----|-----------|-------------|----------------|
| 238 | 5-6 | on the right side | right beside | Mistranscribed |
| 242 | 14 | north | south | Correction |
| 267 | 18 | reserve | preserve | Mistranscribed |
| 288 | 16 | inearth | inert | Mistranscribed |
| 289 | 17 | track | trap | Mistranscribed |
| 290 | 14 | esturean | estuarine | Mistranscribed |
| 290 | 15 | esturean | estuarine | Mistranscribed |
| 290 | 18 | esturean | estuarine | Mistranscribed |
| 292 | 16 | esturean | estuarine | Mistranscribed |
| 296 | 12 | esturean | estuarine | Mistranscribed |
| 298 | 14 | esturean | estuarine | Mistranscribed |
| 318 | 7 | permitted | permanent | Mistranscribed |
| 318 | 10 | permitted | permanent | Mistranscribed |

Executed on May 13, 2022, in Roswell, Georgia.

Michael M. Wylie

Michael M. Wylie