EXHIBIT 91

Charles Berlusconi                                    March 18, 2022

Page 1

1                     UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
2                        FORT PIERCE DIVISION
3                    CASE NO. 2:21-cv-14205-KAM
4
       UNITED STATES OF AMERICA,
5
            Plaintiff,
6
       vs.
7
       BENJAMIN K. SHARFI, in his personal
8      and fiduciary capacity as trustee of
       the Benjamin Sharfi 2002 Trust, and
9      NESHAFARM, INC.,
10          Defendants.
       _____/
11
12
13                            United States Attorney's Office
                              101 South US 1
14                            Suite 3100
                              Fort Pierce, Florida
15                            Friday, 9:10 a.m.-4:14 p.m.
                              March 18, 2022
16
17
              VIDEOTAPED DEPOSITION OF CHARLES BERLUSCONI
18
19
20            Taken on Behalf of the Plaintiff before
21       Lisa Gerlach, Court Reporter, Notary Public
22       in and for the State of Florida at Large,
23       pursuant to Notice of Taking Deposition in
24       the above cause.
25

Charles Berlusconi                                          March 18, 2022

1        We were constantly having laborers in there with rakes

2        and raking the potholes in there so they wouldn't

3        break their ankles and stuff.

4        BY MR. ADKINS:

5             Q.   What did you use to grade that area?

6                  MR. HAMILTON:   Object to form.

7             A.   Metal rakes, hand rakes.

8        BY MR. ADKINS:

9             Q.   Any other areas of the site that were graded

10       that you're aware of?

11            A.   This plant area that I told you about

12       previous, where we were planting palm trees and bottle

13       necks, we did the same thing as the arena.  We didn't

14       use concrete, but we put railroad ties around that

15       square -- about three railroad ties high -- so the

16       dirt wouldn't come out.  We just had to grade that

17       dirt and then we planted trees in there.

18            Q.   Can you indicate that area on the map with an

19       X and an E with a circle around it?

20            A.   (Complies.)

21            Q.   Okay.  So you've indicated on DX 40 with an X

22       and an E where you installed railroad ties and graded

23       a small area for planting vegetation; is that correct?

24            A.   Uh-huh.

25            Q.   Any other area on the site where you observed

Charles Berlusconi                                    March 18, 2022

Page 65

1      grading?

2           A.   Just where we would take out -- we did that

3      mostly by hand -- where we took out the vines and

4      trees that were non-invasive.  Once again, that's

5      something that Kevin would know more, because he asked

6      the city what stuff can stay and what stuff can leave.

7      I know some of the trees, they had to stay -- whatever

8      names they were.  What was it?  Some kind of palm.  I

9      don't know the name of it.

10          Q.   You also testified that there was a small,

11     little lake in the southwest corner of the site where

12     earthwork activity took place.

13               Can you explain that?

14          A.   That was in -- this area here was pretty

15     muddy constantly.  It was always mud and the water

16     always gathered when it rained hard.  It would form --

17     this was a lower area -- so every time it rained,

18     water would gather there and it would stay until it

19     evaporated or sunk down or the cows drank it or

20     whatever.

21          Q.   Can you indicate on DX 4 with an X and an F

22     with a circle around it where you observed water

23     collecting because of rain?

24          A.   Right here.

25          Q.   You drew an X and an F with a circle around

Charles Berlusconi                                    March 18, 2022

Page 66

1          it in the southwest corner of the site?

2               A.   Uh-huh.

3                    MR. HAMILTON:  Just for clarity, it also

4               looks like you drew a circle.

5                    THE WITNESS:  Because it wasn't as big as

6               that.  It was just an area in the corner,

7               because this here -- right here -- is a

8               corner of getting off this parcel.  It's the

9               other spot that came over this way.  There's

10              another canal that goes that way.  You know,

11              if it rained hard, the water could have came

12              up from that too, but I never observed it.

13              But it would collect right there.

14     BY MR. ADKINS:

15              Q.   What about after that perimeter road went in,

16     do you think the water could've still overflowed from

17     the canal?

18                    MR. HAMILTON:  Object to form.

19              A.   Yeah.

20     BY MR. ADKINS:

21              Q.   The perimeter road out on the western edge of

22     the site, after that road was constructed, do you

23     think it's more or less likely that water from the

24     ditch on the western part of the site would overflow?

25                    MR. HAMILTON:  Object to form.

Charles Berlusconi                                           March 18, 2022

Page 67

1          A.  In a good storm, in a hurricane or a two or

2     three-day -- one of our thunder busters, that it rains

3     and rains -- I've seen the rain out there so hard, you

4     would think the end of the world was coming.

5     BY MR. ADKINS:

6          Q.  Did the road on the western edge of the site

7     raise the elevation?

8               MR. HAMILTON:  Object to form.

9          A.  The road here?  This one?

10    BY MR. ADKINS:

11         Q.  The road on the western edge of the site.

12              MR. HAMILTON:  Object to form.

13         A.  No.  We had to keep it within the elevation

14    of the rest of the property, you know.  The road rock

15    might have brought it up a little bit, but we didn't

16    raise it up to where we had a wall or anything like

17    that.

18              If you looked along this canal area where the

19    road rock and the fence was, our road -- Mr. Sharfi's

20    road -- right there would be level and then, all of a

21    sudden, the canal would ditch down.  So we were at the

22    same level as the earth was when we were starting to

23    put the road in.  We didn't go high or nothing.  I

24    mean, a couple inches here or there, but I couldn't

25    tell you exactly.  I didn't record any of that.

Charles Berlusconi                                          March 18, 2022

Page 68

1          Q.  So could you describe -- continue to

2     describe, I should say -- the earthwork activity that

3     took place in the area where you've indicated X and an

4     E with a circle?  This is in the southwest corner of

5     the site where you said there was an area that

6     collected water --

7          A.  Right here.

8          Q.  And it looks different now.

9          A.  Here.

10         Q.  Yeah.  So what happened there?

11              MR. HAMILTON:  I'm going to object to

12         form.  I think that's F.

13              MR. ADKINS:  Oh, I'm so sorry.  Thank

14         you.

15         A.  The blacker marker.  No -- it's F.  That area

16    was always a muddy area.  It collected -- when it

17    rained, it would hold water.  It would -- it

18    wouldn't -- it's not deep, but it would go -- wherever

19    the low part of this property was, the water would

20    settle.

21         Q.  Well, is the area different now than it was

22    when Mr. Sharfi first acquired the site?

23              MR. HAMILTON:  Object to form.

24         A.  Say that one more time.

25    BY MR. ADKINS:

Charles Berlusconi                                    March 18, 2022

Page 69

1          Q.   That area where you indicated X with an F and

2     a circle, is it different now compared to when

3     Mr. Sharfi first acquired the site?

4               MR. HAMILTON:  Object to form.

5          A.   Well, I haven't been out there in three

6     years, so...

7     BY MR. ADKINS:

8          Q.   When was the last time you were on the site?

9          A.   When I got fired three -- two and a half

10    years ago.

11         Q.   2020, around?

12         A.   Something like that.

13         Q.   Between when Mr. Sharfi first acquired the

14    site and 2020, did that area change?

15              MR. HAMILTON:  Object to form.

16         A.   It changed to where they did some more

17    grading in there just to get the wetness out of there.

18    They tried to put some dirt around here to keep it

19    from flooding, because it was a mess.  It was always

20    mud out there.

21    BY MR. ADKINS:

22         Q.   This is in the area that you indicated X with

23    an F and a circle around it?

24         A.   Right, right.

25         Q.   You said they put some dirt in there.  Can

1     you describe what you mean?

2          A.  Yeah.  Once again, the Gators that we use on

3     the farm, they have like a -- it's like a mini pickup

4     truck.  It has a little bed in the back.  We would

5     bring fill and dump it out there and rake it -- hand

6     rake it -- and try to fill in this muddy area.

7          Q.  Where did that fill come from?

8          A.  We had, right -- let's see -- before this got

9     cleaned up, we would have a dump truck dump a load of

10    fill right there, because we needed that to -- it

11    wasn't really dirt.  It was like a -- it was not sand,

12    but it was -- I don't know what kind of soil it was.

13         In this facility right here where we keep the

14    horses, behind the stables, there was what they call

15    walkabouts.  The horses could go out back.  They

16    would -- that's where they went to the bathroom and

17    everything, so we had to clean up the manure all the

18    time.  And the dirt would get kicked all over the

19    place, so we'd always have to bring fill in there to

20    regrade the stalls.

21         We always had a little dirt to take care of

22    the stalls and any low points that got -- from rain

23    and stuff like that.  So -- and it wasn't, like, every

24    week or every day.  But, after a couple of weeks, the

25    stalls would get low and then the horses, once again,

Charles Berlusconi                                    March 18, 2022

                                                    Page 183

1          A.  No.  Just -- Tony was one and then you got

2      your stuff on Eddie Huggins.

3          Q.  So other than Eddie Huggins and --

4          A.  Yeah -- because I --

5          Q.  Just one second.  Other than Eddie Huggins

6      and AWB Trucking, were there any other companies that

7      performed dump truck services for work being performed

8      at the site?

9          MR. HAMILTON:  Objection; asked and

10          answered.

11          A.  I'm going to say, not to my knowledge,

12      because I didn't -- I didn't want to bring in so many

13      different vendors, you know.  It got complicated in

14      billing and all that, and who did what, who did what.

15          So I -- one thing that I am, I'm loyal to

16      contractors that do me right or do the company I work

17      for right.  If you're honest, then we're going to give

18      you more work.  If you're a dirtbag and you just want

19      to gouge me, you'll never hear from us again, or hear

20      from me again.

21          Q.  Are you familiar with the company, Palm City

22      Landscape & Irrigation?

23          A.  Palm City?  That's got to be one of the other

24      well guys.  The "Landscape" is throwing me off, but --

25          Q.  How about Palm City Sod?

Charles Berlusconi                                    March 18, 2022

                                                           Page 184

1              A.  Oh, oh, yeah.  All right.  That's better.

2        Yeah.  That's Palm City Sod.  They're right down the

3        street.

4              Q.  Did Palm City Sod perform any work at the

5        site?

6              A.  Supplied me with sod.

7              Q.  About when did Palm City Sod supply you with

8        sod?

9              A.  Oh, ongoing.  Sod dies.  Despite what Angie,

10       the animal keeper -- would fight with Ben.  He wants

11       the horses running and he wants the cows running.

12       Well, what do they do?  They graze, and all they do is

13       eat grass all day long.  So if you put them in this

14       section, they tear up all the grass.  Okay?  Billy,

15       bring me some more grass.  You're sodding all the

16       time.

17              I mean, off of DX 40 and go to DX 60, that

18       soccer field --

19             Q.  I'm only asking about the site.  You can

20       continue your answer.

21             A.  No.

22             Q.  Okay.  Are you able to indicate where on

23       DX 40 you placed sod?

24             A.  In this area here --

25             Q.  Can you put some Xs -- and I think we are --

Charles Berlusconi                                    March 18, 2022

Page 185

1       let me just be sure here before we --

2               MR. HAMILTON:  Do you want him to do a

3           different shape, since he's going to be

4           putting multiple ones, just to give you --

5               MR. ADKINS:  I think that's a good idea.

6       BY MR. ADKINS:

7           Q.  Do you want to do a couple squares where you

8       placed sod on the site?

9           A.  (Complies.)

10          Q.  Okay.  I see you placed three squares on

11      DX 40 in, generally, the western side of the site.

12              Now, are those squares the precise areas of

13      where you placed sod or are they more of a general

14      indication?

15          A.  It's a general, because -- I mean, if you

16      want me to outline it all, this is all -- this is all

17      grass right here.  At least, it was when I left.  Over

18      here, there's more grass in here.

19          Q.  So you put a fourth square in the northwest

20      corner?

21          A.  XP, yeah.

22          Q.  Any other areas on the site where you recall

23      laying sod?

24          A.  Over in XD, in front of the new building, to

25      make it look good.

Charles Berlusconi                                    March 18, 2022

Page 186

1          Q.  So you put a fifth square in the northeast

2      corner?

3          A.  Yeah.

4          Q.  Any other areas where you recall laying sod?

5          A.  No.  It's a pretty big area.

6          Q.  Do you know from where the sod was harvested?

7              MR. HAMILTON:  Object to form.

8          A.  In a sod field.

9      BY MR. ADKINS:

10         Q.  Do you know where that sod field was?

11         A.  It's somewhere out west.  I'm going to take a

12     guess that it's somewhere in the Belle Glade area

13     or -- somewhere out there in Belle Glade or Plant

14     City, out there where the good muck is.

15         Q.  Did you do any work to prepare the surface

16     before laying the sod?

17             MR. HAMILTON:  Object to form.

18         A.  Only if there was traffic from a Gator or

19     golf cart that made tiny, little ruts.  We would go

20     out there with the laborers, with rakes, and rake it

21     as flat as you can get it.  Otherwise, sod gets all

22     lumpy and then now you've got lumpy sod.  It's just

23     like a lumpy road.  Sod should be, like, a mirror --

24     nice and flat.

25     BY MR. ADKINS:

Page 187

 1          Q.  Are you familiar with an environmental

 2     consultant by the name of Danna Small?

 3          A.  I've heard of her.  Is it a she or a me --

 4     she or a man?

 5          Q.  It's a she.

 6          A.  I think I heard the name.

 7          Q.  Have you ever met Ms. Small?

 8          A.  At this point, I can't say yes or no, because

 9     the name doesn't really -- I don't want to be a -- I

10     would only recognize her if I could remember what she

11     looked like.  You know what I mean?

12          Q.  You don't recall any conversations with

13     Ms. Small?

14          A.  Not right now, unless you got something to

15     refresh my memory.  Then I could help you out.

16          Q.  What about a company called Karner Surveying;

17     have you ever heard of a company called Karner

18     Surveying?

19          A.  I've heard of them.  There's been surveyors

20     out on the property.  I just don't remember which ones

21     they were.  Once again, Emilie would know -- if we

22     called them, then Emilie would know who they were.  If

23     someone else called them, then I wouldn't know.

24          Q.  Are you aware of any surveys being done on

25     the site?

Charles Berlusconi                                    March 18, 2022

Page 188

1            MR. HAMILTON:  Object to form.

2            A.  I don't know if they were surveys or what,

3       but the only strangers that I've seen out there was

4       the time when -- I believe it was Martin County or the

5       Army Corps came out and flagged wetlands, like I told

6       you.  That's the only strangers that I've seen other

7       than people that belong there.  And who they were, I'm

8       not sure.  If they introduced themselves, it didn't

9       mean that much to me to remember.

10      BY MR. ADKINS:

11           Q.  When did you first become aware that work

12      being conducted on alleged wetlands on the site could

13      be a problem?

14           MR. HAMILTON:  Object to form.

15           A.  I'm going to speculate and say --

16           MR. HAMILTON:  Don't speculate.

17           MR. ADKINS:  I'm sorry.  He can answer

18      the question.

19           MR. HAMILTON:  I'm just saying, you

20      shouldn't speculate.

21           THE WITNESS:  Oh, okay.  I'll say -- I

22      got curious when I seen people putting flags

23      everywhere and marking stuff up.  Like I told

24      you, it's way before.  I didn't know where

25      the wetlands were, didn't know what they

Charles Berlusconi                                    March 18, 2022

Page 189

1          looked like.  It was all a learning process

2          on, this is a wetland, this is a preserve.  I

3          couldn't give you a good answer on that.

4     BY MR. ADKINS:

5          Q.  When you became curious about that, what did

6     you do?

7               MR. HAMILTON:  Object to form.

8          A.  Nothing.  I stayed out of it, like I was

9     told.  And, like I told you before, I didn't give a

10    shit about it then.  I don't give a shit now.

11    BY MR. ADKINS:

12         Q.  Do you recall members from the Water

13    Management District, the South Florida Water

14    Management District, visiting the site in April 2018?

15              MR. HAMILTON:  Object to form.

16         A.  Yep.  They drove around with Kevin and I

17    wasn't -- I was present for a little bit -- then they

18    drove around -- whatever they talked about.

19    BY MR. ADKINS:

20         Q.  Did you have any conversations with any of

21    the representatives from the Water Management

22    District?

23         A.  If I did, it was just them asking me where

24    this was or what was something.  Nothing relevant that

25    I can remember.

Charles Berlusconi                                      March 18, 2022

Page 258

1    put me in jail.  I'll plead the 5th.  I'm not helping

2    anybody.

3              You're lucky I stayed here.  I should've -- I

4    fuckin' knew I should have brought my lawyer with me,

5    and I wouldn't have had to answer a God damn question.

6         Q.  Okay.  Well, we weren't aware of that when we

7    started this deposition.

8              My last question is, would you like an

9    opportunity to review and sign your transcript?

10        A.  Review what?

11        Q.  There will be a transcript taken of this

12   proceeding and I'm wondering if you want an

13   opportunity to review it.

14        A.  Well, I want a copy of it at least.

15             MR. ADKINS:  Okay.  We'll give you an

16         opportunity to review.

17             THE WITNESS:  I ain't doing it today.

18             MR. ADKINS:  Of course not, no.  We're

19         going to take a short break and then the

20         defendants will have some questions for you.

21         Okay?  Go off the record.

22             THE VIDEOGRAPHER:  Going off record at

23         3:56 p.m.

24             (Brief recess.)

25             THE VIDEOGRAPHER:  Back on the record at

Page 259

1              4:06.

2                  MR. ADKINS:  The United States passes the

3         witness.

4                          CROSS-EXAMINATION

5    BY MR. HAMILTON:

6         Q.  Good afternoon, Mr. Berlusconi.  Chris

7    Hamilton.  I represent Mr. Sharfi and NeshaFarm in

8    this matter.

9              I know we've been here for a long time -- I

10   think, close to seven hours that the government has

11   had with you without lunch.  I know you've had a

12   bottle of water today.  So I'm going to make this as

13   quick as I can and then we'll get you out of here.

14             So I just have a few questions.  I want to

15   direct you first to DX 40.  We talked a ton about it

16   -- this one -- this exhibit here.  Right?

17             So you had testified earlier -- let me back

18   up.  You had said you saw the site before any of the

19   work was done on it; correct?

20        A.  As far as when the property was bought or --

21        Q.  When it was bought.  Yeah, shortly after it

22   was bought.

23        A.  Well, yeah.  I seen it when it was bought,

24   yes.

25        Q.  Okay.  I know we talked a lot about this sort

Page 260

1      of southwest corner here; right?

2           A.  Yes.

3           Q.  And I know you talked about -- we talked

4      about this western ditch that goes up and down?

5           A.  Yes.

6           Q.  When I say, "western ditch," I'm talking

7      about the one that goes on the left side, the left

8      side of DX 40.  And I know you also testified about a

9      fence that was existing going north to south along

10     that ditch when the property was bought?

11          A.  Yes.

12          Q.  So you recall seeing that; correct?

13          A.  Yeah.  It was a typical skinny post with

14     barbed wire that went along that canal and the back

15     property.  Actually, there was a fence on this other

16     property too, but it was a little better fence,

17     because these homeowners that lived there had horses,

18     so they had a fence that would contain the horses.

19          Q.  Right.  So on the, I guess, kind of the

20     closer side to that ditch to the site, there was

21     already a fence and berm along that ditch; correct?

22          A.  Uh-huh.

23          Q.  I'm sorry.  Is that yes?

24          A.  Yes, yes.

25          Q.  So that side was higher than the ditch;

Page 261

1      correct?

2              MR. ADKINS:  Objection.

3      BY MR. HAMILTON:

4          Q.  Let me rephrase the question.  Where the

5      fence was along the west side of the property when it

6      was purchased, it was higher than the ditch; correct?

7          A.  The property that was purchased by Mr. Sharfi

8      was higher than the ditch, the canal?

9          Q.  Yes, sir.

10         A.  Yes.  The canal went from whatever elevation

11     the ground was, whether it was on Sharfi's side or the

12     other little path that went along the canal -- was

13     always the same height, and then it dipped down to a

14     slope just like -- this is how a drainage canal is

15     made.  Just like that.

16         Q.  Right.  So --

17         A.  When it gets up here, it levels out and goes

18     to zero to your property line -- to your property

19     level.

20         Q.  Right.  So why don't we use that -- what you

21     just did there -- if you want to hold it up again?

22     You talked about -- right -- the side being higher on

23     this side?  It flattened out kind of.  So the fence

24     was along this here, right -- above the ditch, right?

25         A.  Right.

Charles Berlusconi                                           March 18, 2022

Page 262

1        Q.  So there was already a berm along this side?

2        A.  You know, it was -- you would have to be

3    careful walking it, you know.  It's not wide.  You'd

4    slide down or whatever.  Then, of course -- I don't

5    know -- other than weed-eating it, I don't know why

6    you would be in there for.  There was alligators in

7    there and so forth.

8        Q.  Okay.  We talked about -- you talked about

9    kind of this area in the southwest corner here.  I

10   forget which letter you put.  I think it's F maybe.

11       A.  Yeah.  I think it's F or E.  I think it's XF.

12       Q.  XF, right.  So, that area, I think you

13   described it at one point as being mucky, depending on

14   when it rains?

15       A.  Yeah.  It always held water in that corner.

16       Q.  Right.  But since there was a berm here along

17   this side of the ditch, that mucky water never

18   connected to that ditch; correct?

19           MR. ADKINS:  Objection.

20       A.  You mean, the water never flowed over into

21   the canal?

22   BY MR. HAMILTON:

23       Q.  Yes, sir.

24       A.  I never seen it do that.

25       Q.  Let me re-ask the question because Mr. Adkins

Charles Berlusconi                                    March 18, 2022

Page 263

1    objected.  I want the record to be really clear.

2              The water you saw standing here never flowed

3    over to this ditch, the north-south ditch; correct?

4              MR. ADKINS:  Objection.

5              MR. HAMILTON:  What's your objection?

6              MR. ADKINS:  How can he testify to

7        whether it's ever done that?

8              MR. HAMILTON:  His personal observations.

9    BY MR. HAMILTON:

10       Q.  Your personal observations.  Have you ever

11   seen the water here on the southwest corner flow over

12   the ditch?

13       A.  I'm going to say only once -- and I didn't,

14   you know, make that big a deal -- is when that storm

15   came through -- that hurricane -- and water was

16   literally everywhere.  So, you know -- any other time,

17   I didn't know.

18   BY MR. HAMILTON:

19       Q.  So from 2017 to 2020 -- so three, three and a

20   half years -- it was that one-time storm; correct?

21       A.  Yes.  And to go back to your statement -- it

22   couldn't flow over because this area, XF, was low and

23   it was holding water.  So how does water that goes

24   from this down here to go up here and flow into

25   something?

Charles Berlusconi                                          March 18, 2022

Page 264

1          Q.   One moment.  Just to clarify, because I think

2     you testified early on that you saw the water flow --

3     or during that storm -- talking about the storm -- you

4     saw it flow over on this northwest corner; correct?

5          A.   Right.

6          Q.   So did you mean the northwest corner or the

7     southwest corner when you saw it flow over the --

8          A.   During the storm, that whole -- that whole

9     road and everything was gone.  It was all water.  It

10    was -- I'll say it again.  At that hurricane, there

11    was water everywhere, everywhere on the property.

12    Everything was flooded.

13         Q.   I know we looked at a ton of pictures

14    today -- Mr. Adkins showed you a bunch -- of different

15    angles and aerials and sites.  You pointed out some

16    water here and there.

17              Do you remember all these questions he asked

18    you, generally?

19         A.   Uh-huh.

20         Q.   Yes?

21         A.   Yes, I remember the questions.

22         Q.   So we don't know, though, looking, as we sit

23    here today, whether it had rained that day when the

24    photo was taken?

25         A.   Oh, yeah.  I mean, I can't tell you from when