# EXHIBIT 92

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                   FORT PIERCE DIVISION
 3                CASE NO. 2:21-cv-14205-KAM
 4
      UNITED STATES OF AMERICA,
 5
           Plaintiff,
 6
      vs.
 7
      BENJAMIN K. SHARFI, in his personal
 8    and fiduciary capacity as trustee of
      the Benjamin Sharfi 2002 Trust, and
 9    NESHAFARM, INC.,
10         Defendants.
      _____/
11
12
13                         United States Attorney's Office
                           101 South US 1
14                         Suite 3100
                           Fort Pierce, Florida
15                         Thursday, 10:21 a.m.-5:21 p.m.
                           March 17, 2022
16
17
             VIDEOTAPED DEPOSITION OF DANNA SMALL
18
19
20         Taken on Behalf of the Plaintiff before
21      Lisa Gerlach, Court Reporter, Notary Public
22      in and for the State of Florida at Large,
23      pursuant to Notice of Taking Deposition in
24      the above cause.
25    Job No. CS5105560
```

Danna Small                                                    March 17, 2022

Page 50

1   heavy machinery operating on the site in March 2018?

2        A.  No.

3        Q.  Did you observe any other construction

4   activities that were occurring on the site in

5   March 2018, other than the operation of the bulldozer?

6        A.  No.

7        Q.  I'm going to move on to the April 2018 Water

8   Management District inspection.  If you want, we can

9   take a break now.  It's probably a sensical time.  If

10  you want to keep going, that's fine too.

11       A.  Let's keep going.

12            MR. MCALILEY:  That's fine.  I would just

13       say, Ms. Small, we're going to be here for a

14       while.  So, whenever you want to take a

15       break, you tell us.  You should be

16       comfortable.

17            THE WITNESS:  Okay.  I'm hoping we're

18       here not that long.

19            MR. MCALILEY:  We're with you on that.

20       I'm just being realistic.  I know we all want

21       you to be comfortable.  Whenever you need a

22       break, let us know.

23            THE WITNESS:  Thank you.

24  BY MR. ADKINS:

25       Q.  Well, before we move on to April, anything

Danna Small                                    March 17, 2022

Page 51

1   else that we should know about the March 2018

2   inspection that you conducted of the site that you

3   haven't already described on the record today?

4        A.   No.

5        Q.   So let's move on to the South Florida Water

6   Management District visit of the site in April 2018.

7             What time of the day did that inspection

8   commence?

9        A.   It was in the morning.

10       Q.   Do you recall who else was present with you

11  during the inspection?

12       A.   There were two girls from South Florida Water

13  Management District.  One was Jessica Hoffman --

14  Huffman.  The other one was Trish.  I can't remember

15  her last name.

16       Q.   So, Trisha Stone?

17       A.   Sounds right.

18       Q.   Okay.  Anyone else from the South Florida

19  Water Management District present with you?

20       A.   No.

21       Q.   How about anyone else?

22       A.   When they first got to the site or either

23  after they looked at the wetland flagging, somebody --

24  I can't remember who it was -- took them around and

25  showed them the farm.

Danna Small                                      March 17, 2022

Page 52

```
 1        Q.  Was Mr. Small with you?

 2        A.  No.

 3        Q.  Was Mr. Sharfi present?

 4        A.  No.

 5        Q.  Were any representatives of Mr. Sharfi

 6   present?

 7        A.  When they took them around the farm?

 8        Q.  At any time during the April 2018 inspection.

 9        A.  There was somebody.  I can't recall who it

10   was who took them around the farm part.

11        Q.  Was that person, who took Ms. Huffman and

12   Ms. Stone around the farm after they viewed your

13   wetland delineation, also present at other parts of

14   the inspection?

15        A.  No.

16        Q.  How did you get around the site that day?

17        A.  Walked.

18        Q.  Did you use any vehicles?

19        A.  No.

20        Q.  Okay.  What happened first during the

21   inspection?

22        A.  I'm not certain -- I don't understand the

23   question.

24        Q.  What was the purpose of the inspection?

25        A.  To verify the wetland line.
```

Danna Small                                                    March 17, 2022

Page 53

```
 1        Q.  Did the representatives from the Water
 2   Management District verify the wetland line?
 3        A.  To the best they could at that point, yes.
 4        Q.  How did they do that?
 5        A.  They look at my flagging and see if they have
 6   any concerns with the flag locations.
 7        Q.  Did they have any concerns?
 8        A.  No.
 9        Q.  Did they dig any holes?
10        A.  No.
11        Q.  Did they observe any wetland vegetation?
12        A.  Yes.
13        Q.  Where did they observe wetland vegetation?
14        A.  Within the wetland area that was flagged.
15        Q.  Did they observe wetland vegetation anywhere
16   else on the site?
17        A.  Not that I recall.
18        Q.  How about photographs?
19        A.  I don't know if -- are you asking, did they
20   take some?
21        Q.  Did the representatives from the Water
22   Management District take any photographs during the
23   April 2018 inspection?
24        A.  I don't recall.
25        Q.  Did you take any photographs during the
```

Danna Small                                    March 17, 2022

Page 54

1    April 2018 inspection?

2         A.  Yes.

3         Q.  Did you take any notes during the April 2018

4    inspection?

5         A.  No.

6         Q.  Do you recall observing the representatives

7    of the Water Management District taking any notes

8    during the April 2018 inspection?

9         A.  I don't recall.

10        Q.  When the representatives of the Water

11   Management District looked at your flagging, from

12   where were they standing when they did that?

13        A.  They were all over the site.  They don't

14   stand in one spot and look at the flag.  They were all

15   over the site.

16        Q.  Okay.  So they walked around the area that

17   you had delineated; is that right?

18        A.  Yes.

19        Q.  Did they walk around any other parts of the

20   site that were not delineated as a wetland?

21        A.  I don't recall, but, typically, they would.

22        Q.  Did you walk any portion of the site north of

23   where you delineated a wetland?

24        A.  Yes.

25        Q.  Did you walk all the way to the northern

1     border of the site?

2          A.  With them, I can't recall.

3          Q.  But you did when you were on the site in

4     March 2018?

5          A.  Absolutely.

6          Q.  Do you recall having any conversations with

7     representatives from the Water Management District

8     during the April 2018 inspection?

9          A.  We did have conversations.  We don't walk

10    around the site silent.  So there were conversations

11    and they did identify that work was going on in

12    wetlands.

13         Q.  Do you remember specifically what

14    representatives of the Water Management District said

15    with respect to work that was going on in wetlands?

16         A.  No.

17         Q.  Do you recall about how long those

18    conversations took place?

19         A.  No.

20         Q.  Did you observe any change in conditions at

21    the site from the time you inspected in March 2018 and

22    when you inspected in April 2018?

23         A.  Yes.

24         Q.  What change in conditions did you observe?

25         A.  The work being performed in the wetlands had

1    expanded and some of my flagging was gone as a result

2    of that work.

3          Q.  How did work that was being performed in

4    wetlands expand?

5          A.  It got bigger.

6          Q.  So it expanded in area?

7          A.  Yes.

8          Q.  So more of the area that you had delineated

9    as a wetland was being worked in from the time you had

10   visited in April 2018 to the time when you visited --

11   sorry -- when you visited in March until the time you

12   visited in April 2018; is that right?

13         A.  Yes.

14         Q.  What about the nature of that work, did it

15   change in any way?

16         A.  It looked like it was the same kind of work.

17         Q.  So I don't want to put words in your mouth.

18   Is this removing vegetation?

19         A.  Yes.  Bulldozer, vegetation gone, yes.

20         Q.  Did you notice any changes in the soil from

21   the time you visited in March 2018 to the time you

22   visited in April 2018?

23         A.  Are you asking, did I go into the areas where

24   they had cleared and checked the soil again?

25         Q.  Well, maybe not subsurface; although, if you

Dayna Small                                              March 17, 2022

Page 57

1   have, I think that would be relevant to my question.

2   My question is more, did you observe any changes in

3   the soil within the area you delineated as a wetland

4   from the time you were there in March until you were

5   there in April 2018?

6        A.  No.  Other than it had been cleared and you

7   could tell heavy equipment was going through it.

8        Q.  Did you observe any additions of soil to the

9   wetland area?

10       A.  Are you asking if I observed fill?

11       Q.  By fill, will you understand it to mean

12  additions of soil?

13       A.  Yes.  That's what it usually means.  No.

14       Q.  Did you observe any changes to the elevation

15  of the soil in the area that you delineated as a

16  wetland from the time you were there in March until

17  you were there in April of 2018?

18       A.  No.

19       Q.  Was any heavy equipment present on the site

20  when you were there in April 2018?

21       A.  Yes.

22       Q.  What heavy equipment did you observe on the

23  site in April 2018?

24       A.  I believe there was a bulldozer there.

25       Q.  Did you observe any other heavy equipment on

Page 58

```
 1    the site in April 2018?
 2         A.  Not that I recall.
 3         Q.  Was the bulldozer in operation?
 4         A.  I can't recall.
 5         Q.  Okay.  About how long did it take the Water
 6    Management District to verify the wetland delineation
 7    that you made?
 8         A.  I don't recall.
 9         Q.  Did it take more than a couple hours?
10         A.  Not likely.
11         Q.  Do you recall when you left the site that
12    day?
13         A.  No.
14         Q.  Did you leave before lunch?
15         A.  I can't recall.
16         Q.  Did you have any other conversations with
17    anyone other than the representatives of the Water
18    Management District before you left the site that day?
19         A.  Not that I recall.
20         Q.  How were you let out of the site?
21         A.  I can't recall.
22         Q.  At any point, have you visited properties
23    that are adjacent to the site?
24         A.  No.
25         Q.  You've never visited the property that is
```

Page 67

 1           MR. ADKINS:  I agree with that, yeah.

 2    BY MR. ADKINS:

 3       Q.  Okay.  So I'm going to do them all at once

 4    unless your answer is no.  All ten of these pictures,

 5    do they accurately represent your observations of the

 6    site in March 2018?

 7       A.  Yes.

 8       Q.  So let's start with the first one, which is

 9    Bates 0000001.  What is this photograph depicting?

10       A.  A pile of vegetative debris in a muck area

11    with red maples in it.

12       Q.  How do you know this is in a muck area?

13       A.  I'm pretty certain this is the area that I

14    stepped near and went up to my shin in muck.

15       Q.  Okay.  So when you were visiting the site in

16    March 2018, you stepped in an area of muck that went

17    up to your shin; is that correct?

18       A.  Yes.

19       Q.  Is that area that you stepped in muck around

20    where you indicated on DX 10 with an A and a circle

21    around it?

22       A.  Not quite.

23       Q.  Are you able to indicate on DX 10 where you

24    stepped in an area of muck that went up to your shin?

25       A.  Yeah, pretty much.

Danna Small                                    March 17, 2022

Page 68

1          Q.  Can you do that with an X and a D with a
2    circle around it?
3          A.  (Complies.)
4          Q.  Okay.  Great.  Do you recall from where you
5    took the photograph that is depicted at DLS0000001?
6          A.  Specifically from where I took the
7    photograph?  I don't recall.
8          Q.  This was within an area that you had
9    delineated as a wetland on the site?
10         A.  Yes.
11         Q.  So what is this -- I'm not sure how to
12   describe it -- but a clump of roots and dirt, it looks
13   like?
14         A.  Vegetative debris.
15         Q.  Where did this dirt come from?
16         A.  It looked like it came from on-site.
17         Q.  Is this some of this debris from a tree that
18   has been knocked over?
19         A.  Crunched.
20         Q.  What's the difference between knocked over
21   and crunched?
22         A.  Knocked over seems to apply it's all in one
23   piece still.  Crunched means knocked over and crunched
24   up.
25         Q.  Did you observe any dirt from the roots of

Page 69

```
 1   this tree being moved in this process of being

 2   crunched?

 3        A.  I don't recall.

 4        Q.  Let's turn to picture 2.  This is DLS0000002.

 5   What is this picture depicting?

 6        A.  It's a close-up of the previous one to show

 7   that is a red maple in the vegetative debris file.

 8        Q.  Why is it relevant that this is a red maple?

 9        A.  That's a wetland tree.

10        Q.  So you took a picture of this to document

11   there was a wetland tree on the site?

12        A.  Yes.

13        Q.  Do you recall where you took this picture?

14        A.  Not specifically.

15        Q.  Do you recall whether you took this picture

16   within the area that you delineated a wetland in

17   March 2018?

18        A.  Yes.

19        Q.  Is there anything else notable about this

20   picture or why you took it?

21        A.  Not really.

22        Q.  Let's turn to DLS0000003.  What is this a

23   picture of?

24        A.  The wetland area.

25        Q.  So this is a picture of the area that you
```

Darna Small                                                    March 17, 2022

Page 70

1    delineated as a wetland in March 2018?

2         A.   This area was located within the area flagged

3    as a wetland, yes.

4         Q.   I see there's a mechanical arm in the top

5    right area of this picture.  What is that?

6         A.   I don't recall that one.

7         Q.   So you don't recall, at the time you were on

8    the site in March 2018, this mechanical device being

9    on the site?

10        A.   That looks like a track hoe.  Obviously, it

11   is on the site.  I just don't specifically recall it.

12        Q.   Right.  There are some areas that look to me,

13   looking at this picture, like standing water; is that

14   accurate?

15        A.   It's hard to say from the photo.

16        Q.   Do you recall there being standing water in

17   the areas that are depicted in this photograph?

18        A.   I can't recall specifically.

19        Q.   The soil looks roiled to me.  Would you agree

20   with that or disagree?

21        A.   Agree.

22        Q.   How did that happen?

23        A.   Looks like heavy equipment.

24        Q.   Would this be from the operation of the

25   bulldozer that you observed in March 2018?

Page 71

```
 1            MR. MCALILEY:  Object to form.

 2       A.  It's possible.

 3  BY MR. ADKINS:

 4       Q.  Do you know how the soil became roiled?

 5       A.  Not specifically.

 6       Q.  Looking at this picture, is there anything to

 7  indicate that there was fill placed in the area

 8  depicted in DLS0000003?

 9       A.  Not that I see.

10       Q.  Let's turn to DLS0000004.  There's a man in

11  the bottom left corner.

12            Is that someone familiar to you?

13       A.  That's my husband.

14       Q.  Where is this -- do you recall where this

15  picture is, what is being depicted in this picture?

16       A.  It's a picture of the wetland area.

17       Q.  Do you recall where -- did you take this

18  picture?

19       A.  Yes.

20       Q.  Do you remember where you were standing when

21  you took this picture?

22       A.  This one, I was standing on the south road.

23       Q.  Would you be able to indicate on DX 10 where

24  you were standing when you took this picture?

25       A.  How do you want me to mark this?
```

Page 72

1      Q.  Is the answer, yes, you can?

2      A.  Oh, yes.

3      Q.  I'll have you, please, mark on DX 10 with an

4  X and E with a circle around it the position where you

5  took the picture represented as DLS0000004.

6      A.  (Complies.)

7      Q.  Have you done that, Ms. Small?

8      A.  Yes.

9      Q.  Are you able to identify any wetland

10  vegetation in DLS0000004?

11      A.  Not from the photo.

12      Q.  Okay.  Let's turn to the next photograph.

13  This is DLS0000005.  What is this picture depicting?

14      A.  Still the wetland area.

15      Q.  I see that there is a mound of soil in the

16  right side of this picture.

17          Do you see that?

18      A.  Yes.

19      Q.  What is that; do you recall?

20      A.  I don't recall.

21      Q.  Is this an area where the bulldozer was

22  operating on March 2018?

23      A.  I believe it was, yes.

24      Q.  Did you observe the bulldozer pushing any

25  soil that would have created this mound in the right

Danna Small                                            March 17, 2022

                                                        Page 73

1    side of the picture?

2          A.  I can't recall.

3          Q.  Are you able to identify any wetland

4    vegetation in this picture?

5          A.  It looks like the majority of it's been

6    removed already.

7          Q.  Do you recall where you were standing when

8    you took this picture?

9          A.  Not specifically.

10         Q.  Okay.  Let's turn to DLS0000006.  What is

11   this picture depicting?

12         A.  An area that was borderline as far as

13   wetlands, where the agency might think it's wetlands,

14   but I determined it was not.

15         Q.  Is there a reason why you thought it was

16   important to take this picture?

17         A.  To keep my memory fresh.

18         Q.  Why did you think that the -- I assume you

19   meant the Water Management District when you said "the

20   agency"?

21         A.  Correct.

22         Q.  Why do you think the Water Management

23   District might find this area to be a wetland?

24         A.  If I remember correctly, it had some

25   melaleuca in it.

Dana Small                                        March 17, 2022

Page 74

1        Q.   What's the meaning of that?

2        A.   That's a wetland vegetation.

3        Q.   So did you observe melaleuca in the area

4   that's depicted in DLS0000006?

5        A.   I don't specifically see any, but I kind of

6   remember taking this picture.

7        Q.   Are there areas -- were there areas on the

8   site, when you visited in March 2018, where you

9   observed melaleuca that were outside of the area that

10  you identified to be a wetland?

11       A.   Yes.

12       Q.   Why is it that your delineation did not

13  include those areas?

14       A.   The soils were not wetland soils.

15       Q.   Are there any other reasons?

16       A.   That's the main reason.

17       Q.   Do you recall any others?

18       A.   Any other what?

19       Q.   Reasons.  You said it was the main reason.

20  Were there other reasons that weren't the main reason?

21       A.   There wasn't any other indicators to take me

22  there to call it a wetland.

23       Q.   Do you remember where you took this picture

24  from?

25       A.   I recall to some degree where I took it.

Page 75

```
 1        Q.   Would you be able to indicate on DX 10 to

 2   some degree where you took the photograph that's

 3   depicted as DLS0000006?

 4        A.   Yes.

 5        Q.   Please do so with an X and an F with a circle

 6   around it.

 7        A.   (Complies.)

 8        Q.   Have you done that, Ms. Small?

 9        A.   Yes.

10        Q.   The area depicted in DLS0000006, did you ever

11   observe any heavy machinery working in this area?

12        A.   No.

13        Q.   Let's turn to the next picture.  So this is

14   identified as Bates DLS0000007.

15             What area of the site is this picture

16   depicting?

17        A.   I don't recall.

18        Q.   Do you remember why you might have taken this

19   picture?

20        A.   Not specifically.

21        Q.   What is the -- it looks like broken concrete

22   in the picture.  Do you recall observing that on the

23   site?

24        A.   I don't specifically recall it.  Obviously, I

25   observed it, I took a picture of it.  But I don't
```

Page 76

1   really recall this location.

2       Q.  Are you able to identify any wetland

3   vegetation in this picture?

4       A.  I can't tell what the vegetation is from the

5   photo.

6       Q.  Okay.  Let's turn to the next picture.  Now

7   we're looking at DLS0000008.

8           Do you recall what part of the site this is a

9   photograph of?

10      A.  No.

11      Q.  Are you able to identify any wetland

12  vegetation in this picture?

13      A.  Not from the photo.

14      Q.  Do you recall seeing any broken concrete on

15  the site when you visited either in March or April?

16      A.  Obviously, I did.  I just don't recall where

17  it was.

18      Q.  Sitting here today, you don't recall seeing

19  broken concrete on the site?

20      A.  I don't specifically recall it, yeah.

21      Q.  Next picture, please.  So this is DLS0000009.

22  Do you recall from where you took this picture?

23      A.  I think I took this one from the north side

24  of the site.

25      Q.  Okay.  Do you recall what direction you

Dayna Small                                          March 17, 2022

Page 77

1    would've been facing?

2         A.   South.

3         Q.   Can you observe any wetland vegetation in

4    this photograph?

5         A.   I can't really see any in the photograph.  I

6    thought it was -- I can't see any in the photograph.

7         Q.   Do you remember why you would have taken this

8    picture?

9         A.   Documenting site conditions.

10        Q.   Are there any site conditions here that are

11   notable as you look at this picture today?

12        A.   Not that I can see right offhand.

13        Q.   Would you be able to identify on DX 10 from

14   where you took this picture?

15        A.   Not really.

16        Q.   When you were on the site in March 2018, was

17   there any kind of road along the northern edge of the

18   site?

19        A.   Yes, there was.

20        Q.   You testified that you believe you took the

21   picture from the northern portion of the site.

22             Would this have been perhaps from the road or

23   somewhere else?

24             MR. MCALILEY:  Object to form.

25        A.   Standing on the road somewhere.  Where along

Dayna Small                                            March 17, 2022

Page 78

1    the road, I can't tell you specifically.

2    BY MR. ADKINS:

3        Q.  Okay.  Did you ever step off the road?

4        A.  Oh, yeah.

5        Q.  So let's turn to DLS0000010.  What is this a

6    picture of?

7        A.  I don't really know exactly what it's a

8    picture of.  Probably documenting site conditions.

9        Q.  Do you see any wetland vegetation represented

10   in this picture?

11       A.  That right there looks like a wetland flag,

12   because I use pink wetland flags.  This must have been

13   either on the outskirts or within the wetland.  I

14   can't recall.

15       Q.  So you testified about how you placed flags

16   on the site to mark the wetland that you delineated.

17           You're saying that you used pink flagging?

18       A.  Yes.

19       Q.  And the pink flagging that we see in this

20   picture may be your wetland flagging?

21       A.  If it's a pink flag that I'm looking at, then

22   it is my wetland flagging.

23       Q.  Do they go in the ground or do you tie them

24   off to trees?

25       A.  I usually try to tie them off to a tree

Danna Small                                                March 17, 2022

Page 79

 1   because -- what the purpose is, is, once South Florida

 2   Water Management District reviews the location of

 3   those wetland flags and says, "We're good with it,"

 4   they need to be located by survey.

 5            So survey's gotta be able to see them, and

 6   typically people aren't looking on the ground to find

 7   the flags.  So if there's vegetation that we can hang

 8   them on that's within vision level, the goal is to be

 9   able to get survey from one flag to the next flag to

10   the next flag, visually.

11       Q.  There's something white, it looks, in the

12   distance on the ground to the right of one of your

13   flags.

14            Are you able to identify what that is?

15       A.  I don't recall.

16       Q.  And are you able to identify on DX 10 from

17   where you took this picture?

18       A.  No.

19            (DX Exhibit 13 was marked.)

20   BY MR. ADKINS:

21       Q.  Ms. Small, I'm handing you what's been marked

22   as DX 13.  This is an email from Mr. Kryzda to you.

23   Subject line, "FW: SAJ-2018-00569 (Sharfi,

24   Benjamin/Northeast 10, AC pasture, Palm City/Martin)."

25   There's an attachment identified as "20180317-RAI."

Page 80

1    And it's been Bates-stamped DLS0000070, sequentially

2    to DLS0000076.

3              Do you have that document?

4         A.  Yes.

5         Q.  Do you recognize this document?

6         A.  Yes.

7         Q.  What is this?

8         A.  It's a copy of an email that Kevin sent me.

9         Q.  Do you remember receiving this email?

10        A.  Not specifically.

11        Q.  Is DX 13 an accurate reproduction of an email

12   that you produced to the United States?

13        A.  Yes.

14        Q.  Do you have any reason to believe that it's

15   not an accurate reproduction?

16        A.  No.

17        Q.  There's an attachment to this email that

18   starts on DLS0000072.  It's a March 17, 2018 letter

19   from the Department of the Army, Jacksonville

20   District, Corps of Engineers.

21              Are you familiar with this letter?

22        A.  Yes.

23        Q.  What is this letter?

24        A.  It's a request for additional information.

25        Q.  Why was the United States Army Corps of

Dayna Small                                    March 17, 2022

Page 96

1   the northwest corner?

2       A.   Yes.

3       Q.   Do you recall whether you completed any

4   wetland delineation forms based on your observations

5   in the northwest corner?

6       A.   A wetland data form?

7       Q.   A wetland data form, yes.  Thank you.

8       A.   I can't recall.

9       Q.   So turning to page DLS0000254, this is an

10  FLUCFCS map.  I'll admit, I looked that acronym up.

11          Do you know what it is?

12      A.   Uh-huh.

13      Q.   Okay.  What is it?

14      A.   You couldn't find it?

15      Q.   This is a quiz now.

16      A.   Oh.  Florida Land Use, Cover and something

17  Classification System.

18      Q.   Cover and Forms.  The second F got me too.

19          What's the purpose of this map?

20      A.   To try to characterize what you're seeing

21  on-site according to that system.

22      Q.   The dotted lines that appear over the site,

23  are those dotted lines that you obtained from

24  somewhere else or are those lines that you placed?

25      A.   Those are lines that I placed based upon the

Dayna Small                                            March 17, 2022

Page 97

1    site visit.

2         Q.   The March 2018 site visit?

3         A.   Correct.

4         Q.   Based on anything else?

5         A.   No.

6         Q.   So you identified mixed wetland/hardwoods,

7    617.

8              Is that the wetland area that you delineated

9    on the site?

10        A.   It's an approximate representation of that.

11        Q.   The actual area you flagged?

12        A.   Well, it's an approximate representation of

13   the area I flagged.  Because when I'm on a site and

14   I'm flagging, I have no idea where I am in that site

15   until survey comes and picks up those flags and puts

16   them on a survey.  It's meant to be an approximate

17   representation of the wetland area, and survey can

18   come and pick up those flags and then it goes in a

19   survey and there it is.

20        Q.   The area 434, hardwood/conifer mixed, what is

21   that?

22        A.   That would be a combination of pines and

23   possibly some laurel oaks.

24        Q.   Did you observe that vegetation when you were

25   on the site?

Dama Small                                                    March 17, 2022

                                                              Page 98

1        A.   I saw pines definitely and probably laurel

2   oaks.  Something similar to that.

3        Q.   Any of those portions of that area, 434, on

4   the western part of the site, were they being affected

5   by the bulldozing activities you observed?

6        A.   Most of it was not.

7        Q.   And 329, other shrubs and brush, what does

8   that category mean?

9        A.   That's a garbage category.  It's like a

10  mixture of everything.  That portion of the property

11  had heavy Lygodium, which is a vine that covers

12  everything, and it had very few pines.  There were

13  some palmettos that were covered -- I mean, there were

14  shrubs that were covered with Lygodium, but it was

15  mostly what I would categorize as shrub and brush.

16       Q.   Lygodium, is that an invasive species?

17       A.   Yes.

18       Q.   How about any of the others you mentioned,

19  any of those invasive?

20       A.   No, uh-uh.

21            (DX Exhibit 17 was marked.)

22  BY MR. ADKINS:

23       Q.   I'm handing you a document that's been marked

24  as Exhibit DX 17.  This appears to be an invoice dated

25  April 3, 2018, from DLS Environmental Services, Inc.,

Dama Small                                              March 17, 2022

Page 99

1    for the amount of $955, and it's stamped DLS0000057.

2             Are you familiar with this document?

3        A.   Yes.

4        Q.   What is this?

5        A.   It's an invoice.

6        Q.   An invoice of what?

7        A.   An invoice of services.

8        Q.   By whom?

9        A.   By me.

10       Q.   By DLS Environmental Services?

11       A.   Yes.

12       Q.   Is this a document that you keep in your

13   business records for DLS Environmental Services?

14       A.   Yes.

15       Q.   Do you have any reason to believe that this

16   document is not an accurate representation of the

17   invoice dated 4318?

18       A.   Nope.

19       Q.   Under wetland delineation, you identified

20   site visit to flag wetland line, 3.5 hours.

21            Do you see that?

22       A.   Yes.

23       Q.   Is that 3.5 hours you spent on the site?

24       A.   Thereabouts.

25       Q.   About how much time of the 3.5 do you think

Darna Small                                                    March 17, 2022

                                                        Page 100

1    you spent on the site to flag the wetland line?

2         A.   I don't recall.

3         Q.   Would this have been during your March 2018

4    visit?

5         A.   Yes.

6         Q.   Prepare and submit application to the South

7    Florida Water Management District to verify wetland

8    line, 3 hours.

9              This is for work to prepare that application

10   we looked at; is that right?

11        A.   Correct.

12        Q.   Does this include any time for attending the

13   site inspection in April?

14        A.   No.

15             (DX Exhibit 18 was marked.)

16   BY MR. ADKINS:

17        Q.   I'm handing you a document that's been marked

18   Exhibit DX 18.  This is an email from Kevin Kryzda to

19   you on April 5, 2018.  It's identified with Bates

20   stamp DLS0000200 through DLS0000203.

21             Do you recognize this document?

22        A.   Yes.

23        Q.   What is this?

24        A.   It's an email.

25        Q.   Do you recall receiving this email from

Dayna Small                                               March 17, 2022

                                                          Page 101

1   Mr. Kryzda?

2        A.  Not specifically, but...

3        Q.  Did you produce this email to the United

4   States?

5        A.  Yes.

6        Q.  Do you have any reason to believe this is not

7   an accurate representation of the email you received

8   from Mr. Kryzda on April 5, 2018?

9        A.  No.

10       Q.  In the last communication in this chain on

11  the last page, 203, you said, "Also, I received

12  notification from the South Florida Water Management

13  District that the site meeting will be 9:00 on 4/9.

14  So I assume I will contact Chuck to let us in the

15  gate."

16           Chuck, is that Chuck Berlusconi?

17       A.  Yes.

18       Q.  Do you remember having any conversations with

19  Mr. Berlusconi when you --

20       A.  I don't recall.

21       Q.  Actually, I'll withdraw the question.

22           So the next sentence, he said, "Are you

23  planning on being there?  Might not be a bad idea

24  since we are going to be dealing with a, quote, bump,

25  end quote, due to the wetland impacts which have

Dama Small                                          March 17, 2022

                                                    Page 102

1    already occurred."

2            Do you see where I'm reading?  This is on

3    page 203.  It's the paragraph that starts, "Also, I

4    received notification."

5        A.  Okay.  Yeah.

6        Q.  You were asking if Mr. Kryzda was planning on

7    being at the site inspection with the Water Management

8    District; is that right?

9        A.  Yes.

10       Q.  Why did you think it might not be a bad idea

11   for Mr. Kryzda to be there?

12       A.  For him to hear what the Water Management

13   District had to say about anything.

14       Q.  What were you anticipating?

15       A.  A problem.

16       Q.  Why is that?

17       A.  Because of the activity that already

18   occurred.

19       Q.  What do you mean by the activity that already

20   occurred?

21       A.  Some of the clearing of the wetlands that had

22   occurred that I had seen on-site when I did the first

23   site visit.

24       Q.  You had said you called Mr. Kryzda when you

25   were on the site when you saw this activity.

Dana Small                                                    March 17, 2022

                                                              Page 103

 1              Did you ever get the sense that that would
 2       stop, based on your strong recommendation that it
 3       stop?
 4              MR. MCALILEY:  Object to form.
 5         A.  I don't have an opinion on that, actually.
 6       BY MR. ADKINS:
 7         Q.  So what did you mean by dealing with a bump
 8       due to the wetland impacts.  What did you mean by
 9       bump?
10              MR. MCALILEY:  Object to form; asked and
11         answered.
12         A.  That's the wetland impact.
13       BY MR. ADKINS:
14         Q.  Did you mean a bump like a bump on the head?
15         A.  No.  I meant, it could be an issue with the
16       South Florida Water Management District and how they
17       might want to handle it or address it.
18         Q.  Like a bump in the road maybe?
19         A.  Right.
20         Q.  Later in your email, you said, "I also
21       attached a proposal for assistance with the Corps
22       permitting.  These fees may come as a bit of a shock,
23       or not.  I have no idea what other charge.  But their
24       process for wetlands, et cetera, is totally different
25       and they have a form which is three pages long, which

Dama Small                                                     March 17, 2022

Page 188

 1   have been cleared for a perimeter road are on the

 2   site?

 3           MR. MCALILEY:  Object to form.

 4       A.  The perimeter road, I assume she was

 5   referring to the one that was already there.

 6   BY MR. ADKINS:

 7       Q.  When you were at the site in April, did you

 8   observe anything that would suggest the construction

 9   of a different road?

10       A.  No.

11       Q.  What do you think happened to the wetland

12   flagging?

13       A.  I don't know.

14       Q.  You didn't go back onto the site to replace

15   the flagging; is that right?

16       A.  Correct.

17       Q.  You responded to Ms. Karner on June 11, 2018.

18   You wrote, "These locations are based upon my field

19   notes.  Since I don't have exact GPS for these points,

20   this is about the best I can provide based upon my

21   notes during the wetland flagging."

22           Do you see that?

23       A.  Yes.

24       Q.  Can we go back to your field notes and try to

25   identify how you did that?

Dama Small                                            March 17, 2022

Page 189

1        A.  I don't know -- yeah.

2        Q.  This is DX 34, your field notes.

3        A.  Your question?

4        Q.  Can you explain how you were able to identify

5   the missing flaggings from your field notes?

6        A.  There is -- it's hard to see, but I believe

7   I've got some numbers in here.  There appears to be a

8   number 3 right there.

9        Q.  I see you're indicating at page 262?

10       A.  262.  And there's a number 9 here.  So that

11  helped me to kind of figure out where those flags

12  might have been.

13       Q.  Connect the dots?

14       A.  Basically, yes.

15       Q.  Okay.  The area that has been cleared for the

16  perimeter road, based on your understanding now of

17  where those missing flags were, that area that has

18  been cleared, would that have fallen within the area

19  that you determined was a wetland on the site?

20            MR. MCALILEY:  Object to form.

21       A.  Okay.  So that seems like two separate

22  questions.

23  BY MR. ADKINS:

24       Q.  Okay.  We can take them one by one.

25       A.  Okay.

Page 190

1      Q.  Ms. Karner identified an area that appeared

2   to have been cleared for a perimeter road and there

3   was a missing flag around that area.  We understand

4   that.

5           MR. MCALILEY:  Object to form.

6   BY MR. ADKINS:

7      Q.  My question then is, that area that had been

8   cleared for a perimeter road, would that have fallen

9   within the boundary of the wetland that you delineated

10  on the site?

11          MR. MCALILEY:  Object to form.

12     A.  Okay.  The perimeter road was there when I

13  did the first site visit.  I'm not going to make an

14  assessment on something that was or was not present

15  before I ever stepped foot on the site.  So that is

16  not -- to me -- I do not assess what's already there,

17  and I can't speak to what it might have been.  So the

18  perimeter road was not part of where I flagged.

19  BY MR. ADKINS:

20     Q.  Okay.  So when you delineated a wetland on

21  the site in March 2018, you did not consider one way

22  or the other whether wetlands had existed along that

23  perimeter -- under the perimeter road.  Is that right?

24          MR. MCALILEY:  Object to form.

25     A.  Incorrect.

Dayna Small                                         March 17, 2022

                                                    Page 191

1    BY MR. ADKINS:

2        Q.  Okay.  Correct me.

3        A.  I did speculate that it appeared that road

4    had been constructed in wetlands from everything I

5    could see.  However, I'm not there to -- I can't tell

6    for certain, because I wasn't there beforehand.

7        Q.  Okay.

8        A.  But that wasn't where my flags were.  My

9    flags were on the north side of the perimeter road.

10       Q.  So the boundary that you were delineating,

11   you weren't considering what existed under the

12   perimeter road before it was constructed; is that

13   right?

14               MR. MCALILEY:  Object to form.

15       A.  The boundary that I was delineating were the

16   wetlands on the site at the time I did the

17   delineation.  I can't make an assumption one way or

18   another.

19   BY MR. ADKINS:

20       Q.  And the perimeter road area, you assumed

21   there were no wetlands that existed at the time of

22   your delineation; is that right?

23       A.  At the time of my site visit, there was no

24   wetlands in the perimeter road location at the time of

25   my site visit.

Dayna Small                                          March 17, 2022

Page 192

1       Q.  I think I understand.  Thank you.  Okay.

2          After your email clarifying the boundary for

3  Karner Surveying, did you do any other work for

4  defendants?

5       A.  I don't recall.

6       Q.  Did you receive any payments for work that

7  you performed after clarifying the boundary for Karner

8  Surveying?

9       A.  If I invoiced them, then I received payment.

10  If it was invoiced after that date, I don't

11  specifically recall.

12      Q.  Are you currently employed by the defendants?

13      A.  No.

14      Q.  When did your employment for them end?

15          MR. MCALILEY:  Object to form.

16  BY MR. ADKINS:

17      Q.  I'll withdraw the question.  You were never

18  employed by the defendants; is that right?  You were

19  contracted by them; is that correct?

20      A.  Correct.

21      Q.  When did your relationship with the

22  defendants end?

23      A.  I can't specifically recall.

24      Q.  Did it end in 2018?

25      A.  Yes.

Dajna Small                                              March 17, 2022

Page 193

1       Q.  What was -- how did it end?

2       A.  It was an acknowledgement that I felt like

3    they were -- I couldn't keep up with them.

4       Q.  Who acknowledged that you couldn't keep up

5    with them?

6       A.  I believe I stated something along those

7    lines to Kevin.

8       Q.  What was it about them that you couldn't keep

9    up with?

10      A.  I can't keep chasing the dog down the street.

11   It's on its path and I just -- I can't keep chasing it

12   down the street.  So what I couldn't keep up with is

13   the change in the activities.

14      Q.  Could you be more descript by what you mean

15   by change in activities?

16          MR. MCALILEY:  Object to form.

17      A.  The continued work.  The continued work.

18   BY MR. ADKINS:

19      Q.  At the site?

20      A.  At the site.

21      Q.  You knew at the beginning of the relationship

22   that defendants were intending to do work at the site.

23   They had heavy machinery there when you were there in

24   March.  Certainly, you knew that work was going to

25   continue there in some respect.

Page 194

 1          What was it that was happening that caused

 2    you to want to end the relationship?

 3          MR. MCALILEY:  Object to form.

 4      A.  My crystal ball doesn't give me future

 5    assumptions.  Most clients do take my recommendations

 6    and typically respond appropriately in order to

 7    correct anything that might be going on.  And I'm

 8    typically going to give somebody the benefit of the

 9    doubt to get something rolling in the right direction.

10    If I continue chasing that dog down the street, then I

11    give up.

12    BY MR. ADKINS:

13      Q.  Who is the dog in this situation?

14      A.  Well, I mean, I don't mean, like, he's a dog,

15    but the client.

16      Q.  Sure.  Who were you chasing down the street

17    in this situation?

18      A.  In my mind, the client, the person who

19    continues to do the activity.

20      Q.  Is that Mr. Sharfi?

21          MR. MCALILEY:  Object to form.

22      A.  Whoever is doing the activity on the site.

23    BY MR. ADKINS:

24      Q.  Who do you understand to be controlling

25    activity on the site?

Dama Small                                                    March 17, 2022

Page 250

1        Q.  Do you remember you were asked questions by

2   Mr. Adkins about your field notes?

3        A.  Which question about my field notes?

4        Q.  So do you recall that he asked you whether

5   all the information that was in those wetland data

6   forms was in your field notes?

7        A.  I remember some questions similar to that,

8   yes.

9        Q.  Isn't it right, Ms. Small, that you filled

10  out those wetland data forms within a matter of a

11  couple of days of when you were out on-site with the

12  Water Management District?

13          MR. ADKINS:  Objection.

14       A.  Most likely.  It's hard for me to say for

15  certain yes or no, but considering when they were

16  submitted --

17  BY MR. MCALILEY:

18       Q.  Let's do some chronology here.  So you were

19  out on the site with the Water Management District

20  inspectors on or about April 25, 2018; right?

21       A.  Yes.

22       Q.  And you sent that letter to Kelly Egan at the

23  Corps of Engineers on May 3rd of 2018?

24       A.  Yes.

25       Q.  This is just a few days after you're sending

Darna Small                                           March 17, 2022

                                                    Page 251

1    the letter; correct?

2         A.  Yes.

3         Q.  And the letter you sent to Ms. Egan had those

4    wetland data sheets; right?

5         A.  Yes.

6         Q.  It had just been a couple of days since you

7    were last on the site to the time that you had

8    submitted those wetland data sheets?

9              MR. ADKINS:  Objection.

10        A.  Yes.

11   BY MR. MCALILEY:

12        Q.  You didn't need everything written in your

13   notes for you to remember what you saw; did you?

14             MR. ADKINS:  Objection.

15        A.  Correct.

16   BY MR. MCALILEY:

17        Q.  What I think is my last question is this.  Do

18   you remember you had the questions about laying down

19   the sod on the property?  Do you remember those

20   questions?

21        A.  Yes.

22        Q.  And Mr. Adkins asked you whether putting down

23   sod needs a permit.  Do you recall that?

24        A.  Yes.

25        Q.  Do you think that the owners of that property

Dayna Small                                           March 17, 2022

                                                        Page 252

1   needed a permit from the Army Corps of Engineers to

2   put in grass on the property?

3        A.   If those are isolated wetlands, then they

4   wouldn't need a permit from the Army Corps of

5   Engineers to do anything.

6        Q.   Does the Corps of Engineers really try to

7   control whether people put down grass in wetlands they

8   think are under their jurisdiction?

9             MR. ADKINS:   Objection.

10       A.   I don't have much experience with that.

11            MR. MCALILEY:   One moment.

12            Ma'am, I'm done, unless I have some

13        follow-up questions from the questions that

14        Mr. Adkins has.   Thank you very much for you

15        bearing with me here.

16            MR. ADKINS:   We'll be quick, but I do

17        have a few questions, so keep the mic on,

18        please.

19                   REDIRECT EXAMINATION

20   BY MR. ADKINS:

21       Q.   You testified earlier that you took the site

22   in March and April 2018 as it was and you did not

23   attempt to delineate wetlands under portions of the

24   site that had already been built upon; is that right?

25       A.   That is correct.

Dana Small                                      March 17, 2022

                                                    Page 253

1       Q.   So you made no attempt to understand or

2  delineate a wetland below the surface of the perimeter

3  road that had already existed on the site when you

4  were there in March; is that correct?

5       A.   I was not doing an after-the-fact delineation

6  on the property.   It was a delineation on the property

7  as it was at the time.

8       Q.   At that time, the perimeter road already

9  existed on-site; is that right?

10      A.   It was present.

11      Q.   So what you mean by that is that you did not

12 attempt to delineate a wetland under the perimeter

13 road when you did that in March 2018; is that right?

14      A.   Correct.

15      Q.   Would you agree, if wetlands existed under

16 that perimeter road, that they would no longer be what

17 you described as isolated wetlands on the site?

18           MR. MCALILEY:   Objection to form.

19      A.   I don't necessarily agree with what you're

20 saying.

21 BY MR. ADKINS:

22      Q.   Why is that?

23      A.   You're saying, if the road wasn't filled,

24 they wouldn't be isolated?   Is that what your

25 statement is?

Page 254

1      Q.  Well, say wetlands existed under the road,

2   before it was filled, that connected the wetlands on

3   the site that you delineated with the ditch that runs

4   along the western boundary of the site.

5          Would you still consider the site wetlands

6   that you delineated to be isolated in that moment of

7   time?

8          MR. MCALILEY:  Object to form.

9      A.  I believe I identified that I felt like these

10  were isolated wetlands until that ditch was

11  constructed, and I don't know what the ditch led to

12  off-site.  But I still look at those and say, they

13  were isolated wetlands at the time that I did the site

14  visit.  I'm unable to make a final assessment on that,

15  but I believe I spoke to -- saying, prior to that

16  ditch being constructed, they would have been

17  isolated.

18  BY MR. ADKINS:

19     Q.  So your characterization of the wetlands

20  being isolated is based on the wetlands as they

21  existed on the site at the time you performed your

22  delineation?

23          MR. MCALILEY:  Object to form.

24     A.  Okay.  The wetlands being isolated could be

25  based upon at the time that I did the site visit and

Page 255

1    did the wetland delineation.  At that time, they were

2    isolated.  I would -- based upon what I've looked at

3    here, it appears that I would make that same

4    assessment if I went back before anything was -- the

5    ditch was constructed.  So what happens in between, I

6    don't know.

7           There's no connection -- I mean, there's no

8    way to physically, visually establish a connection of

9    that ditch, because the bank was higher, to the

10   wetland via aerial or the site visit.

11   BY MR. ADKINS:

12       Q.  And do you recall what aerials that you

13   looked at to make --

14       A.  You asked this before and I couldn't recall.

15       Q.  Okay.  Now, you testified in response to one

16   of Mr. McAliley's questions that it's more difficult

17   to delineate a wetland after work has been performed.

18   Is that accurate?

19       A.  Yes.

20       Q.  Okay.  When you delineated a wetland on the

21   site, had work already been performed on the site?

22       A.  The perimeter road was present.

23       Q.  So work had already been performed on the

24   wetland site?

25           MR. MCALILEY:  Object to form.

Page 256

1      A.  Yes.  I mean, there was work in the wetlands

2   also.  I pointed that out in the southwest corner.

3   BY MR. ADKINS:

4      Q.  Okay.  Let's look at DX 12.  I want to

5   confirm a couple things with these pictures.

6   Mr. McAliley asked you some questions about

7   DLS0000007, DLS0000008, and I believe those are the

8   only two.

9           Now, I'm going to ask you to look at

10  DLS0000001.

11     A.  Yes.

12     Q.  Do you have any doubt that this is a

13  representation of the site and not some other

14  property?

15     A.  No doubt.

16     Q.  How about with respect to DLS0000002; do you

17  have any doubt this is a representation of the site

18  and not some other property?

19     A.  No doubt.

20     Q.  With respect to DLS0000003, do you have any

21  doubt that this is a representation of the site and

22  not some other property?

23     A.  No doubt.

24     Q.  With respect to DLS0000004, do you have any

25  doubt that this is a representation of the site and