# EXHIBIT 95

