EXHIBIT 96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

BENJAMIN K. SHARFI, in his personal and
fiduciary capacity as trustee of the Benjamin
Sharfi 2002 Trust, and NESHAFARM, INC.,

*Defendants*.

Case No. 2:21-cv-14205-KAM

### DECLARATION OF JONATHAN C. PEMPEK

I, Jonathan C. Pempek, declare, based on my personal observations, the following:

1.      I am more than 18 years old and competent to provide this declaration.

2.      All the information contained in this declaration is based on my personal

knowledge and observations.

3.      I am a project manager within the Regulatory Division of the U.S. Army Corps of

Engineers' Jacksonville District.

4.      I am the Compliance and Enforcement Project Manager for Southeast Florida and

the Antilles. My responsibilities include ensuring compliance with issued permits and

investigating unauthorized activities in my area of responsibility.

5.      I have a Bachelor of Science Degree in Oceanography and a Master of Business

Administration Degree.

6.      On May 9, 2022, I inspected the area where the upstream reach of Bessey Creek

(what Defendants refer to as the "East-West Ditch") crosses under SW Boatramp Avenue in

Martin County, Florida. This area is near where the channelized portion of the upstream reach of Bessey Creek ends and near the Hybrid Wetland Treatment Technology ("HWTT") facility.

7.      I observed water flowing in the upstream reach of Bessey Creek from west to east, going under SW Boatramp Avenue, and continuing eastward. I recognized that water was flowing by visual observations of ripples of water around obstructions and suspended debris being transported downstream.

8.      On May 9, 2022, I took a photograph of the upstream reach of Bessey Creek immediately west of SW Boatramp Avenue (that is, looking upstream the upstream reach of Bessey Creek). The photograph was produced with the identifier USACE0011742 and is attached as Exhibit A to my declaration. The photograph depicts water flowing in the upstream reach of Bessey Creek. USACE0011742 accurately depicts my observations of the upstream reach of Bessey Creek at that location that day.

9.      On June 14, 2022, I inspected the area where the upstream reach of Bessey Creek crosses under SW 84th Avenue in Martin County, Florida.

10.      I observed water flowing in the upstream reach of Bessey Creek from the west side of SW 84th Avenue and continuing east onto the Countess Joy Reference Area. I recognized that water was flowing by visual observations of ripples of water around obstructions and suspended debris being transported downstream.

11.      On June 14, 2022, I took a photograph of the upstream reach of Bessey Creek on the east side of SW 84th Avenue facing east (that is, looking downstream the upstream reach of Bessey Creek). The photograph was produced with the identifier USACE0014113 and is attached as Exhibit B to my declaration. The photograph depicts water flowing in the portion of the upstream reach of Bessey Creek that borders the Countess Joy East Reference Area. The

photograph also depicts an alligator in the water. USACE0014113 accurately depicts my observations of the upstream reach of Bessey Creek that day at that location.

12.     On June 14, 2022, I again inspected the area where the upstream reach of Bessey Creek crosses under SW Boatramp Avenue in Martin County, Florida.

13.     I again observed water flowing in the upstream reach of Bessey Creek from west to east, going under SW Boatramp Avenue, and continuing eastward. I recognized that water was flowing by visual observations of ripples of water around obstructions and suspended debris being transported downstream.

14.     On June 14, 2022, I took a photograph of the upstream reach of Bessey Creek immediately west of SW Boatramp Avenue (that is, looking upstream the upstream reach of Bessey Creek). The photograph was produced with the identifier USACE0014112 and is attached as Exhibit C to my declaration. The photograph depicts water flowing in the upstream reach of Bessey Creek. USACE0014112 accurately depicts my observations of the upstream reach of Bessey Creek at that location that day.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2023, in Martin County, Florida.

PEMPEK.JONATH
AN.CARL.139259
8177

Digitally signed by
PEMPEK.JONATHAN.CARL.13
92598177
Date: 2023.12.22 15:54:18
-05'00'

_____

Jonathan C. Pempek

## Pempek Declaration Exhibit A (USACE0011742)



## Pempek Declaration Exhibit B (USACE0014113)



# Pempek Declaration Exhibit C (USACE0014112)

