UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14205-CIV-MARRA/MAYNARD

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENJAMIN K. SHARFI, in his personal and fiduciary capacity as trustee of the Benjamin Sharfi 2002 Trust, and NESHAFARM, INC.,

Defendants.
_____/

## JUDGMENT

Based on the separately entered Order granting Defendants summary judgment, Judgment is hereby entered on behalf of Defendants and against Plaintiff, and Plaintiff shall take nothing from Defendant in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of December, 2024.

KENNETH A. MARRA
United States District Judge